# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| FURIE OPERATING ALASKA, LLC, | § | Case No. 19-11781 (LSS) |
| *et al.*,[1] | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF ADJOURNMENT OF SEPTEMBER 11, 2019 OMNIBUS HEARING

With the Court's permission, the omnibus hearing scheduled for September 11, 2019 at 2:30 p.m. (ET) has been adjourned to Septemer 17, 2019 at 11:00 a.m. (ET). Accordingly, all matters scheduled for September 11, 2019, will be moved to September 17, 2019 at 11:00 a.m. (ET).

Dated: September 9, 2019  
Wilmington, Delaware

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:     matthew.ward@wbd-us.com
            ericka.johnson@wbd-us.com

-and-

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

McDERMOTT WILL & EMERY LLP
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:(212) 547-5400
Facsimile: (212) 547-5444
Email:     twwalsh@mwe.com
           dazman@mwe.com
           rorloff@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*