# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | § | Case No. 19-11781 (LSS) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 17, 2019 AT 11:00 A.M.[2]

## MATTERS WITH CERTIFICATIONS OF COUNSEL:

1. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Payment of (I) Royalty Payments, (II) Operating Expenses, (III) Shipper and Warehousemen Claims, (IV) Section 503(B)(9) Claims, and (V) Outstanding Orders; and (B) Granting Related Relief [Docket No. 8, filed August 9, 2019].

    Objection/Response Deadline:    September 4, 2019 at 4:00 p.m. (ET); Extended to September 6, 2019 at 12:00 p.m. (ET) for Certain Royalty and Working Interest Owners

    Objection/Responses Filed:

    A. Omnibus Objection of Certain Royalty and Working Interest Owners to (i) Final Approval of Certain of the Debtors' "First Day" Motions and (ii) Approval of the Debtors' Proposed Bid Procedures [Docket No. 105, filed September 6, 2019].

    Related Documents:

    A. Interim Order (A) Authorizing Payment of (I) Royalty Payments, (II) Operating Expenses, (III) Shipper and Warehousemen Claims, (IV) Section 503(B)(9) Claims, and (V) Outstanding Orders; and (B) Granting Related Relief [Docket No. 55, entered August 12, 2019].

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon, [Docket No. 66, filed August 14, 2019].

    C. Certification of Counsel [Docket No. 130, filed September 12, 2019].

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] Please note that the hearing will be held before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at 866-582-6878.

    Status: A certification of counsel has been filed.

2. Debtors' Application for an Order Authorizing the Debtors to Retain Seaport Global Securities LLC as Investment Bank *Nunc Pro Tunc* to the Petition Date [Docket No. 67, filed August 14, 2019].

    Objection/Response Deadline:    September 9, 2019 at 10:00 a.m. (ET)

    Objection/Responses Filed:

        A. Informal Comments of the United States Trustee

    Related Documents:

        A. Notice of (i) Filing of Engagement Agreement with Seaport Global Securities LLC and (ii) Revised Objection Deadline for Debtors' Application for an Order Authorizing the Debtors to retain Seaport Global Securities LLC as Investment Bank *Nunc Pro Tunc* to the Petition Date [Docket No. 99, filed September 2, 2019].

        B. Supplemental Declaration of Michael H. Schmidt in Support of Debtors' Application for an Order Authorizing the Debtors to Retain Seaport Global Securities LLC as Investment Bank *Nunc Pro Tunc* to the Petition Date [Docket No. 140, filed September 13, 2019].

        C. Certification of Counsel [Docket No. 143, filed September 13, 2019].

    Status: A certification of counsel has been filed.

3. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 82, filed August 21, 2019].

    Objection/Response Deadline:    September 4, 2019 at 4:00 p.m. (ET)

    Objection/Responses Filed:

        A. Informal Comments of the United States Trustee

    Related Documents:

        A. Declaration of Scott M. Pinsonnault, the Debtors' Interim Chief Operating Officer, in Support of the Debtors' Applications to Authorize the Retention and Employment of (a) McDermott Will & Emery LLP and (b) Womble Bond Dickinson (US) LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 84, filed August 21, 2019].

   B. Supplemental Declaration of Timothy W. Walsh in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of McDermott Will & Emery LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 141, filed September 13, 2019].

   C. Certification of Counsel [Docket No. 142, filed September 13, 2019].

   Status: A certification of counsel has been filed.

4. Application of the Debtors for an Order Under 11 U.S.C.§§ 327(a) and 328(a), Fed. R Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1 Authorizing and Approving the Employment and Retention of Womble Bond Dickinson (US) LLP as Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 83, filed August 21, 2019].

   Objection/Response Deadline:        September 4, 2019 at 4:00 p.m. (ET)

   Objection/Responses Filed:

      A. Informal Comments of the United States Trustee

   Related Documents:

      A. Declaration of Scott M. Pinsonnault, the Debtors' Interim Chief Operating Officer, in Support of the Debtors' Applications to Authorize the Retention and Employment of (a) McDermott Will & Emery LLP and (b) Womble Bond Dickinson (US) LLP as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 84, filed August 21, 2019].

      B. Certification of Counsel [Docket No. 118, September 11, 2019].

   Status: A certification of counsel has been filed.

5. Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 85, filed August 21, 2019].

   Objection/Response Deadline:        September 4, 2019 at 4:00 p.m. (ET)

   Objection/Responses Filed:

      A. Informal Comments of the United States Trustee

   Related Documents:

      A. Certification of Counsel [Docket No. 120, September 11, 2019].

   Status: A certification of counsel has been filed.

**MATTERS GOING FORWARD:**

6. Debtors' Motion for Interim and Final Orders Authorizing Debtors to Continue Using Existing Bank Accounts, Business Forms, and Cash Management System, [Docket No. 10, filed August 9, 2019; Interim Order, Docket No. 57].

    Objection/Response Deadline:   September 4, 2019 at 4:00 p.m. (ET); Extended to September 6, 2019 at 12:00 p.m. (ET) for Certain Royalty and Working Interest Owners

    Objection/Responses Filed:

    A. Omnibus Objection of Certain Royalty and Working Interest Owners to (i) Final Approval of Certain of the Debtors' "First Day" Motions and (ii) Approval of the Debtors' Proposed Bid Procedures [Docket No. 105, filed September 6, 2019].

    Related Documents:

    A. Interim Order Authorizing Debtors to Continue Using Existing Bank Accounts, Business Forms, and Cash Management System [Docket No. 57, entered August 12, 2019].

    B. Omnibus Notice of First Day Motions and Final Hearing Thereon, [Docket No. 66, filed August 14, 2019].

    Status: This matter will go forward.

7. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Super-Priority, Senior Secured Basis, (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Docket No. 11, filed August 9, 2019].

    Objection/Response Deadline:   September 4, 2019 at 4:00 p.m. (ET); Extended to September 5, 2019 at 12:00 p.m. (ET) for Shelf Drilling; Extended to September 6, 2019 at 12:00 p.m. (ET) for Certain Royalty and Working Interest Owners

    Objection/Responses Filed:

    A. Omnibus Opposition of Shelf Drilling to Debtors' Motions for (a) Approval of DIP Financing and (b) Approval of Sale Procedures [Docket No. 101, filed September 5, 2019].
    B. Omnibus Objection of Certain Royalty and Working Interest Owners to (i) Final Approval of Certain of the Debtors' "First Day" Motions and (ii) Approval of the Debtors' Proposed Bid Procedures [Docket No. 105, filed September 6, 2019].

    C. Omnibus Opposition of Bruce Webb to Debtors' Motions for (a) Approval of DIP Financing and (b) Approval of Sale Procedures [Docket No. 106, filed September 6, 2019].

<u>Related Documents</u>:

    A. Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Super-Priority, Senior Secured Basis, (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Docket No. 62, entered August 14, 2019].

    B. Notice of Hearing on Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Super-Priority, Senior Secured Basis, (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay, and (IV) Scheduling a Final Hearing [Docket No. 64, filed August 14, 2019].

    C. Notice of Filing of Final Order (i) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Super-Priority, Senior Secured Basis, (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay [Docket No. 100, filed September 4, 2019].

    D. (i) Statement of Energy Capital Partners in Support of Debtors' DIP Motion and Bidding Procedures Motion and Omnibus Response to Objections or Reservations of Rights and (ii) Joinder in Debtors' Omnibus Reply to Objections [Docket No. 126, filed September 12, 2019].

    E. Debtors' Omnibus Reply to Objections Filed in Connection with the Debtors' First Day Pleadings [Docket No. 127, filed September 12, 2019].

    F. Melody Lenders' (i) Statement in Support of the DIP Motion and Bidding Procedures Motion, and (ii) Joinder in (a) Statement of Energy Capital Partners in Support of Same and (b) Debtors' Omnibus Reply to Objections to Same [Docket No. 132, September 12, 2019].

<u>Status</u>: This matter will go forward.

8. Motion of Debtors for Entry of Orders (i) (a) Approving Bidding Procedures for the Sale of the Debtors'' Assets, (b) Approving Stalking Horse Bid Protections, (c) Schedule an Auction for, and Hearing to Approve, the Sale of the Debtors'' Assets, (e) Approving Contract Assumption and Assignment Procedures and (f) Granting Related Relief and (ii)(a) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interest and Encumbrances, (b) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [Docket No. 14, filed August 9, 2019].

    <u>Objection/Response Deadline</u>: September 4, 2019 at 4:00 p.m. (ET); Extended to September 5, 2019 at 12:00 p.m. (ET) for Shelf Drilling; Extended to September 6, 2019 at 12:00 p.m. (ET) for Certain Royalty and Working Interest Owners

    <u>Objection/Responses Filed</u>:

    A. Omnibus Opposition of Shelf Drilling to Debtors' Motions for (a) Approval of DIP Financing and (b) Approval of Sale Procedures [Docket No. 101, filed September 5, 2019].

    B. Omnibus Objection of Certain Royalty and Working Interest Owners to (i) Final Approval of Certain of the Debtors' "First Day" Motions and (ii) Approval of the Debtors' Proposed Bid Procedures [Docket No. 105, filed September 6, 2019].

    C. Omnibus Opposition of Bruce Webb to Debtors' Motions for (a) Approval of DIP Financing and (b) Approval of Sale Procedures [Docket No. 106, filed September 6, 2019].

    D. Notice to Prospective Bidders re: State of Alaska Bonding and Regulatory Requirements [Docket No. 112, filed September 11, 2019].

    E. State of Alaska's Objection to Bidding Procedures [Docket No. 114, filed September 11, 2019].

    <u>Related Documents</u>:

    A. Notice of Hearing on Motion of Debtors for Entry of Orders (i) (a) Approving Bidding Procedures for the Sale of the Debtors'' Assets, (b) Approving Stalking Horse Bid Protections, (c) Schedule an Auction for, and Hearing to Approve, the Sale of the Debtors'' Assets, (e) Approving Contract Assumption and Assignment Procedures and (f) Granting Related Relief and (ii)(a) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interest and Encumbrances, (b) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (c) Granting Related Relief [Docket No. 89, filed August 22, 2019].

B. Notice of Filing of Final Order (i) Authorizing the Debtors to (A) Obtain Postpetition Financing on a Super-Priority, Senior Secured Basis, (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Lenders, (III) Modifying the Automatic Stay [Docket No. 100, filed September 4, 2019].

C. (i) Statement of Energy Capital Partners in Support of Debtors' DIP Motion and Bidding Procedures Motion and Omnibus Response to Objections or Reservations of Rights and (ii) Joinder in Debtors' Omnibus Reply to Objections [Docket No. 126, filed September 12, 2019].

D. Debtors' Omnibus Reply to Objections Filed in Connection with the Debtors' First Day Pleadings [Docket No. 127, filed September 12, 2019].

E. Melody Lenders' (i) Statement in Support of the DIP Motion and Bidding Procedures Motion, and (ii) Joinder in (a) Statement of Energy Capital Partners in Support of Same and (b) Debtors' Omnibus Reply to Objections to Same [Docket No. 132, September 12, 2019].

F. Notice of Filing of Revised Proposed Order (I)(A) Approving Bidding Procedures For The Sale Of The Debtors Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling An Auction For, And Hearing To Approve, The Sale Of The Debtors Assets, (D) Approving The Form And Manner Of Notice Thereof, (E) Approving Contract Assumption And Assignment Procedures And (F) Granting Related Relief And (Ii)(A) Approving The Sale Of The Debtors Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) Authorizing The Assumption And Assignment Of Executory Contracts And Unexpired Leases And (C) Granting Related Relief [Docket No. 144, filed September 13, 2019].

Status: This matter will go forward as to bidding procedures only.

9. Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [Docket No. 65, filed August 14, 2019].

Objection/Response Deadline:     September 4, 2019 at 4:00 p.m. (ET)

Objection/Responses Filed:

A. Informal Comments of the United States Trustee

Status: This matter will go forward.

Dated: September 13, 2019  
Wilmington, Delaware

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)  
Ericka F. Johnson (DE Bar No. 5024)  
1313 North Market Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 252-4320  
Facsimile:  (302) 252-4330  
Email:    matthew.ward@wbd-us.com  
             ericka.johnson@wbd-us.com

-and-

McDERMOTT WILL & EMERY LLP  
Timothy W. Walsh (admitted *pro hac vice*)  
Darren Azman (admitted *pro hac vice*)  
Riley T. Orloff (admitted *pro hac vice*)  
340 Madison Avenue  
New York, New York 10173-1922  
Telephone: (212) 547-5400  
Facsimile:  (212) 547-5444  
Email:    twwalsh@mwe.com  
             dazman@mwe.com  
             rorloff@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*