**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re FURIE OPERATING ALASKA, LLC, et al.  Case No. 19-11781 (LSS)
Reporting Period: September 1, 2019 – September 30, 2019

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Yes | | |
|    Schedule of Professional Fees Paid | MOR-1b | Yes | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Postpetition Taxes | MOR-4 | Yes | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | Yes | | |
|    Listing of aged accounts payable | MOR-4 | Yes | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____     _____
Signature of Debtor                         Date


_____     _____
Signature of Joint Debtor                   Date

/s/ David W. Elder                          October 17, 2019
_____     _____
Signature of Authorized Individual*         Date

David Elder                                 Chief Financial Officer
_____     _____
Printed Name of Authorized Individual       Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] <br> Debtors. | Case No. 19-11781 (LSS) <br><br> Reporting Period: September 1, 2019 – September 30, 2019 |

I, David Elder, Chief Financial Officer, of Furie Operating Alaska, *et al.* (collectively, the "Debtors") hereby certify the following:

1. Attached to MOR-1a is a listing of the Debtors' bank account numbers and the closing balances. These accounts are reconciled monthly in accordance with the Debtors' ordinary accounting practices and are available to the Office of the United States Trustee upon request.

2. Cash disbursement journals are maintained in accordance with the Debtors' ordinary course of accounting practices and are available to the Office of the United States Trustee upon request.

3. To the best of my knowledge and belief, the Debtors are current on all post-petition taxes, and no post-petition tax amounts are past due.

10/17/2019
Date

David Elder, Chief Financial Officer

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

**Furie Operating Alaska, LLC**

| Active (Yes/No) | Account Name | Financial Institution | Account Number |
|---|---|---|---|
| Yes | Operating Account | Wells Fargo | 6064 |
| No | Escrow SEG | Wells Fargo | 1630 |
| Yes | DNR CD | Northrim Bank | 0668 |
| Yes | AOGCC CD | Northrim Bank | 9313 |
| Yes | AOGCC CD | Northrim Bank | 0746 |
| Yes | Pipeline Easement Bond | Northrim Bank | 8969 |
| Yes | Pipeline Survey Bond | Northrim Bank | 8977 |

**Cornucopia Oil & Gas Company, LLC**

| Active (Yes/No) | Account Name | Financial Institution | Account Number |
|---|---|---|---|
| Yes | Construction Account | Wells Fargo | 5500 |
| No | Insurance Proceeds Account | Wells Fargo | 5501 |
| Yes | Litigation Reserve Account | Wells Fargo | 5502 |
| Yes | Gas Proceeds Account | Wells Fargo | 5504 |
| No | Property Tax Reserve Account | Wells Fargo | 5505 |
| No | Capex Reserve Account | Wells Fargo | 5506 |
| No | Tax Credit Sweep Reserve Account | Wells Fargo | 5508 |
| Yes | Operating Account | Wells Fargo | 9240 |

Case 19-11781-LSS    Doc 214    Filed 10/17/19    Page 4 of 12

In re: FURIE OPERATING ALASKA, LLC, et al.    Case No. 19-11781 (LSS)
Reporting Period: September 1, 2019 - September 30, 2019

**Furie Operating Alaska, LLC**
**Schedule of Cash Receipts and Disbursements**

|  | Current Month (Sep. 2019) Actual | Current Month (Sep. 2019) Projected | Cumulative Filing to Date Actual | Cumulative Filing to Date Projected |
|---|---|---|---|---|
| **Operating Cash Flows** | | | | |
| **Operating Cash Receipts** | | | | |
| Gross Receipts | 3,348,513.50 | 1,367,100.00 | 6,911,431.84 | 4,916,600.00 |
| Weekly Operating Receipts | $ 3,348,513.50 | $ 1,367,100.00 | $ 6,911,431.84 | $ 4,916,600.00 |
| **Operating Cash Disbursements** | | | | |
| LOE Accounts Payable | (490,647.59) | (2,431,165.57) | (577,166.48) | (2,872,508.45) |
| Royalties Payable | (888,132.61) | (1,229,907.61) | (1,364,639.62) | (2,117,282.61) |
| Property taxes | - | - | (2,175,202.15) | (2,175,202.15) |
| Payroll, 401k, Health Insurance | (86,872.22) | (91,969.25) | (168,919.04) | (179,347.25) |
| Selling, General and Administrative | (36,292.96) | (512,960.27) | (83,795.60) | (1,045,420.53) |
| Litigation Reserve | - | - | - | - |
| Performance Bond | - | - | - | - |
| Insurance Premium | (168,500.33) | (168,500.33) | (333,447.56) | (333,365.80) |
| Weekly Operating Disbursements | $ (1,670,445.71) | $ (4,434,503.03) | $ (4,703,170.45) | $ (8,723,126.79) |
|  | | | | |
| Weekly Operating Net Cash Flows | $ 1,678,067.79 | $ (3,067,403.03) | $ 2,208,261.39 | $ (3,806,526.79) |
|  | | | | |
| **Capital Expenditure** | | | | |
| **Capital Expenditure Cash Flows** | | | | |
| CapEx | (540,482.99) | (814,665.20) | (934,906.59) | (1,753,367.40) |
| Workovers | - | (179,760.00) | - | (359,520.00) |
| Weekly Capital Expenditure Disbursements | $ (540,482.99) | $ (994,425.20) | $ (934,906.59) | $ (2,112,887.40) |
|  | | | | |
| **Other & Restructuring Cash Flows** | | | | |
| **Other & Restructuring Cash Flows** | | | | |
| Other Inflows | 4,473.23 | - | 4,433.35 | - |
| DIP Interest | - | - | - | - |
| Employee Retention | - | - | - | - |
| Weekly Other & Restructuring Cash Flows | $ 4,473.23 | $ - | $ 4,433.35 | $ - |
| **Professional Fees** | | | | |
| Debtor Professional Fees | (63,948.59) | (25,000.00) | (63,948.59) | (38,000.00) |
| Lender Professional Fees | - | (890,000.00) | (3,969,659.78) | (5,029,659.78) |
| UCC Professional Fees | - | - | - | - |
| Weekly Professional Fees Cash Flows | $ (63,948.59) | $ (915,000.00) | $ (4,033,608.37) | $ (5,067,659.78) |
|  | | | | |
| Total Cash Flows | $ 1,078,109.44 | $ (4,976,828.23) | $ (2,755,820.22) | $ (10,987,073.97) |
|  | | | | |
| **Cash and Liquidity** | | | | |
| Starting Cash Balance | $ (3,597,608.99) | | | |
| (+/-) Total Cash Flows | 1,078,109.44 | | | |
| Ending Cash Balance before DIP Funding | $ (2,519,499.55) | | | |
|  | | | | |
| **DIP Credit Facility** | | | | |
| (+/-) DIP Financing / (Repayment) | 7,000,000.00 | | | |
| (-) DIP Facility Funding Fee | - | | | |
| (-) DIP Facility Administrative Agent Fee | - | | | |
| Ending Cash Balance including DIP Funding | $ 4,480,500.45 | | | |
|  | | | | |
| Plus: Restricted Cash | 1,002,683.04 | | | |
| Total Cash - End of Month | $ 5,483,183.49 | | | |

**Disbursements for Calculating U.S. Trustee Quarterly Fees: (From Current Month Actual Column)**

| | | |
|---|---|---|
| Total Disbursements | 2,270,404.06 | 9,667,252.06 |
| Less: Transfers to Debtor in Possession Accounts | - | - |
| Plus: Estate Disbursements Made by Outside Sources | - | - |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | 2,270,404.06 | 9,667,252.06 |

In re: FURIE OPERATING ALASKA, LLC, *et al.*  Case 19-11781-LSS   Doc 214   Filed 10/17/19   Page 5 of 12   Case No. 19-11781 (LSS)

Reporting Period: September 1, 2019 - September 30, 2019

SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Expenses | Year-to-Date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|
| **Debtor Professionals:** | | | | | | | | | |
| Prime Clerk | 8/9/19 - 8/31/19 | $ 63,948.59 | FOA | Wire | 9/23/2019 | $ 25,474.99 | $ 38,473.60 | $ 25,474.99 | $ 38,473.60 |
| **Total Debtor Professionals** | | $ 63,948.59 | | | | $ 25,474.99 | $ 38,473.60 | $ 25,474.99 | $ 38,473.60 |
| **Lender Professionals:** | | | | | | | | | |
| Richards, Layton & Finger | Retainer | $ 25,000.00 | FOA | Wire | 8/15/2019 | $ 25,000.00 | $ - | $ 25,000.00 | $ - |
| Kirkland & Ellis LLP | Pre-Petition | $ 372,288.48 | FOA | Wire | 8/16/2019 | $ 372,288.48 | $ - | $ 372,288.48 | $ - |
| Kirkland & Ellis LLP | Pre-Petition | 383,108.21 | FOA | Wire | 8/16/2019 | 383,108.21 | - | 755,396.69 | - |
| Kirkland & Ellis LLP | Pre-Petition | 159,669.32 | FOA | Wire | 8/16/2019 | 159,669.32 | - | 915,066.01 | - |
| Kirkland & Ellis LLP | Pre-Petition | 184,833.59 | FOA | Wire | 8/16/2019 | 184,833.59 | - | 1,099,899.60 | - |
| Kirkland & Ellis LLP | Pre-Petition | 200,000.00 | FOA | Wire | 8/16/2019 | 200,000.00 | - | 1,299,899.60 | - |
| Kirkland & Ellis LLP | Pre-Petition | 518,843.52 | FOA | Wire | 8/16/2019 | 518,843.52 | - | 1,818,743.12 | - |
| Vinson & Elkins, LLP | Pre-Petition | $ 213,720.75 | FOA | Wire | 8/15/2019 | $ 213,720.75 | $ - | $ 213,720.75 | $ - |
| Vinson & Elkins, LLP | Pre-Petition | 112,417.30 | FOA | Wire | 8/15/2019 | 112,417.30 | - | 326,138.05 | - |
| Vinson & Elkins, LLP | Pre-Petition | 250,772.70 | FOA | Wire | 8/15/2019 | 250,702.95 | 69.75 | 576,841.00 | 69.75 |
| Manley & Brautigam | Pre-Petition | $ 1,899.50 | FOA | Wire | 8/15/2019 | $ 1,899.50 | $ - | $ 1,899.50 | $ - |
| Manley & Brautigam | Pre-Petition | 1,533.00 | FOA | Wire | 8/15/2019 | 1,533.00 | - | 3,432.50 | - |
| Manley & Brautigam | Pre-Petition | 10,903.00 | FOA | Wire | 8/15/2019 | 10,903.00 | - | 14,335.50 | - |
| Guess & Rudd P.C. | Pre-Petition | $ 7,080.91 | FOA | Wire | 8/15/2019 | $ 7,075.00 | $ 5.91 | $ 7,075.00 | $ 5.91 |
| Milbank, Tweed, Hadley & McCoy LLP | Pre-Petition | $ 1,041,904.62 | FOA | Wire | 8/15/2019 | $ 1,040,633.75 | $ 1,270.87 | $ 1,040,633.75 | $ 1,270.87 |
| Milbank, Tweed, Hadley & McCoy LLP | Pre-Petition | 349,845.79 | FOA | Wire | 8/15/2019 | 348,931.25 | 914.54 | 1,389,565.00 | 2,185.41 |
| Milbank, Tweed, Hadley & McCoy LLP | Pre-Petition | 108,249.59 | FOA | Wire | 8/15/2019 | 107,735.29 | 514.30 | 1,497,300.29 | 2,699.71 |
| Stinson LLP | Pre-Petition | $ 27,549.50 | FOA | Wire | 8/15/2019 | $ 27,549.50 | $ - | $ 27,549.50 | $ - |
| **Total Lender Professionals** | | | | | | $ 3,966,844.41 | $ 2,775.37 | | |
| **Total Professionals** | | | | | | $ 3,992,319.40 | $ 41,248.97 | | |

FORM MOR-1b

**STATEMENT OF OPERATIONS**
(Income Statement)

|  |  | Current Month | | | | Cumulative Filing to Date | | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Cornucopia Oil & Gas | Furie Operating Alaska | Total | Corsair Oil & Gas | Cornucopia Oil & Gas | Furie Operating Alaska | Total | Corsair Oil & Gas |
| REVENUES |  |  |  |  |  |  |  |  |  |
| Income: |  |  |  |  |  |  |  |  |  |
| Net O&G Revenue |  | 2,347,019.28 | 0.00 | 2,347,019.28 | 0.00 | 4,228,945.37 | 0.00 | 1,881,926.09 | 0.00 |
| PRODUCTION EXPENSE: COST OF GOODS SOLD |  |  |  |  |  |  |  |  |  |
| Total Production Expenses |  | 1,294,908.52 | 0.00 | 1,294,908.52 | 0.00 | 1,995,370.16 | 0.00 | 1,995,370.16 | 0.00 |
| Gross Profit on Production |  | 1,052,110.76 | 0.00 | 1,052,110.76 | 0.00 | 2,233,575.21 | 0.00 | 2,233,575.21 | 0.00 |
| ADMINISTRATION EXPENSE |  |  |  |  |  |  |  |  |  |
| G&G & Seismic Expense | G&G & Seismic Expense | 35,545.00 | 0.00 | 35,545.00 | 0.00 | 111,926.25 | 0.00 | 111,926.25 | 0.00 |
| Amortization Expense | Amortization Expense | 0.00 | 9,790.04 | 9,790.04 | 0.00 | 0.00 | 19,580.08 | 19,580.08 | 0.00 |
| Bank Charges | Bank Charges | 0.00 | 2,255.84 | 2,255.84 | 0.00 | 0.00 | 3,731.62 | 3,731.62 | 0.00 |
|  | Penalties and Late Charges | 0.00 | 50.00 | 50.00 | 0.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| Computer and Internet Expenses |  |  |  |  |  |  |  |  |  |
|  | Computer and Internet Expenses | 0.00 | 17,941.62 | 17,941.62 | 0.00 | 0.00 | 26,011.61 | 26,011.61 | 0.00 |
| Employees - Salaries & Wages | Employees - Salaries & Wages | 0.00 | 59,187.42 | 59,187.42 | 0.00 | 0.00 | 103,100.67 | 103,100.67 | 0.00 |
| Employees - Payroll Taxes | Employees - Payroll Taxes | 0.00 | 1,850.88 | 1,850.88 | 0.00 | 0.00 | 3,802.48 | 3,802.48 | 0.00 |
| Payroll Service Fees | Payroll Service Fees | 0.00 | 181.40 | 181.40 | 0.00 | 0.00 | 343.15 | 343.15 | 0.00 |
| Employees - Insurance | Employees - Insurance | 0.00 | 5,728.71 | 5,728.71 | 0.00 | 0.00 | 9,643.73 | 9,643.73 | 0.00 |
|  | Employees - WC Insurance | 0.00 | 1,439.82 | 1,439.82 | 0.00 | 0.00 | 1,439.82 | 1,439.82 | 0.00 |
| Employees - 401K |  |  |  |  |  | 0.00 | 1,807.50 | 1,807.50 | 0.00 |
| Employees - Contracted | Employees - Contracted | 0.00 | 78,000.00 | 78,000.00 | 0.00 | 0.00 | 136,103.10 | 136,103.10 | 0.00 |
| Insurance - General Liability | Insurance - General Liability | 0.00 | 284.53 | 284.53 | 0.00 | 0.00 | 569.06 | 569.06 | 0.00 |
| Insurance: D&O Officers Liab. | Insurance: D&O Officers Liab. | 0.00 | 10,567.66 | 10,567.66 | 0.00 | 0.00 | 21,135.32 | 21,135.32 | 0.00 |
| Loan Fees | Loan Fees | 116,021.65 | 0.00 | 116,021.65 | 0.00 | 232,043.30 | 0.00 | 232,043.30 | 0.00 |
| Meals & Entertainment | Meals & Entertainment | 0.00 | 175.25 | 175.25 | 0.00 | 0.00 | 317.89 | 317.89 | 0.00 |
| Office Supplies | Office Supplies | 0.00 | 100.49 | 100.49 | 0.00 | 0.00 | 111.08 | 111.08 | 0.00 |
|  | Pension Plan | 0.00 | 325.00 | 325.00 | 0.00 | 0.00 | 325.00 | 325.00 | 0.00 |
| Postage & Delivery | Postage & Delivery | 0.00 | 404.81 | 404.81 | 0.00 | 0.00 | 548.25 | 548.25 | 0.00 |
|  | Geological Service -Reserves | 0.00 | 14,110.00 | 14,110.00 | 0.00 | 0.00 | 14,110.00 | 14,110.00 | 0.00 |
|  | Professional Fees-Accounting | 0.00 | 3,300.00 | 3,300.00 | 0.00 | 0.00 | 3,300.00 | 3,300.00 | 0.00 |
| Legal Fees | Legal Fees | 0.00 | 30,963.75 | 30,963.75 | 0.00 | 0.00 | 150,963.75 | 150,963.75 | 0.00 |
| Rental Storage | Board member fees | 0.00 | 75,000.00 | 75,000.00 | 0.00 | 0.00 | 75,219.00 | 75,219.00 | 0.00 |
| Rent | Rent | 0.00 | 11,906.83 | 11,906.83 | 0.00 | 0.00 | 22,087.54 | 22,087.54 | 0.00 |
|  | Software & Computer Related | 0.00 | 4,800.00 | 4,800.00 | 0.00 | 0.00 | 4,800.00 | 4,800.00 | 0.00 |
| Office Expense | Office Expense | 0.00 | 168.01 | 168.01 | 0.00 | 0.00 | 275.00 | 275.00 | 0.00 |
| Telephone | Telephone | 0.00 | 9,091.06 | 9,091.06 | 0.00 | 0.00 | 9,248.69 | 9,248.69 | 0.00 |
| Travel | Travel | 0.00 | 4,931.54 | 4,931.54 | 0.00 | 0.00 | 9,608.65 | 9,608.65 | 0.00 |
| Utilities | Utilities | 0.00 | 498.72 | 498.72 | 0.00 | 0.00 | 924.58 | 924.58 | 0.00 |
| Depr\Depletion\Amortization | Depr\Depletion\Amortization | 1,756,613.19 | 4,512.98 | 1,761,126.17 | 0.00 | 3,518,416.66 | 9,025.96 | 3,527,442.62 | 0.00 |
| Total Administrative Expense |  | 1,908,179.84 | 347,566.36 | 2,255,746.20 | 0.00 | 3,862,386.21 | 628,183.53 | 4,490,569.74 | 0.00 |
| Net Profit (Loss) Before Other |  | (856,069.08) | (347,566.36) | (1,203,635.44) | $0.00 | (1,628,811.00) | (628,183.53) | (2,256,994.53) | $0.00 |
| OTHER INCOME AND EXPENSE |  |  |  |  |  |  |  |  |  |
| Interest Income |  | 2,465.72 | 3,756.33 | 6,222.05 | 0.00 | 2,465.76 | 3,756.33 | 6,222.09 | 0.00 |
| Interest Acretion Income |  | 0.00 | 50,752.00 | 50,752.00 | 0.00 | 0.00 | 102,803.00 | 102,803.00 | 0.00 |
| Other Income |  | 2,465.72 | 54,508.33 | 56,974.05 | 0.00 | 2,465.76 | 106,559.33 | 109,025.09 | 0.00 |
| Interest Expense |  | 6,204,410.30 | 55,670.98 | 6,260,081.28 | 0.00 | 10,661,467.65 | 111,012.90 | 10,772,480.55 | 0.00 |
| Net Income (Loss) Before Reorganization |  | (7,058,013.66) | (348,729.01) | (7,406,742.67) | 0.00 | (12,287,812.89) | (632,637.10) | (12,920,449.99) | 0.00 |
| REORGANIZATION ITEMS |  |  |  |  |  |  |  |  |  |
| Restructure fees |  | 0.00 | 2,419,672.40 | 2,419,672.40 | 0.00 | 0.00 | 2,725,317.56 | 2,725,317.56 | 0.00 |
| Net Profit (Loss) |  | ($7,058,013.66) | ($2,768,401.41) | ($9,826,415.07) | $0.00 | ($12,287,812.89) | ($3,357,954.66) | ($15,645,767.55) | $0.00 |

FORM MOR-2

**BALANCE SHEET**

Corsair Oil & Gas LLC

| | Book Value at End of Current Reporting Month | Book Value on Petition Date |
|---|---:|---:|
| **Assets** | | |
| Current Assets | | |
| Property & Equipment | | |
| Oil & Gas Property & Equipment | 218 | 218 |
| Total Property & Equipment | 218 | 218 |
| Other Assets | | |
| Total Assets | 218 | 218 |
| | | |
| **Liabilities and Members Equity** | | |
| Liabilities Not Subject to Compromise | | |
| Liabilities Subject to Compromise | | |
| OWNER EQUITY | | |
| Member Capital Contributions | 218 | 218 |
| NET OWNER EQUITY | 218 | 218 |
| | | |
| Total Liabilities & Owner Equity | 218 | 218 |

**BALANCE SHEET**

| | Book Value at End of Current Reporting Month | | | | Book Value on Petition Date | | |
|---|---|---|---|---|---|---|---|
| | Furie Operating Alaska | Cornucopia | Consolidated | | Furie Operating Alaska | Cornucopia | Consolidated |
| **Assets** | | | | **Assets** | | | |
| Current Assets | | | | Current Assets | | | |
| Unrestricted Cash and Equivalents | 132,887.56 | 4,347,864.89 | 4,480,752.45 | Unrestricted Cash and Equivalents | 127,906.88 | 109,852.66 | 237,759.54 |
| Restricted Cash | 1,667,247.71 | 1,002,683.04 | 2,669,930.75 | Restricted Cash | 1,663,491.38 | 1,001,791.04 | 2,665,282.42 |
| Accts Rec Oil & Gas | 3,156,708.15 | - | 3,156,708.15 | Accts Rec Oil & Gas | 3,562,918.37 | 881,158.97 | 4,444,077.34 |
| Accounts Receivable | 18,564.14 | 24,454.52 | 43,018.66 | Accounts Receivable | 18,564.14 | 24,454.52 | 43,018.66 |
| Accounts Receivable 1050+1201 | 3,175,272.29 | 24,454.52 | 3,199,726.81 | Accounts Receivable 1050+1201 | 3,581,482.51 | 905,613.49 | 4,487,096.00 |
| AR Jones Act-Current Portion | 3,371,429.00 | - | 3,371,429.00 | AR Jones Act-Current Portion | 3,371,429.00 | - | 3,371,429.00 |
| Prepaid Expenses 1305+1309+1312 | 2,066,643.89 | 570,000.00 | 2,636,643.89 | Prepaid Expenses 1305+1309+1312 | 2,366,865.08 | 570,000.00 | 2,936,865.08 |
| Professional Retainers | 1,229,586.47 | - | 1,229,586.47 | Professional Retainers | 1,389,878.33 | - | 1,389,878.33 |
| Total Current Assets | 11,643,066.92 | 5,945,002.45 | 17,588,069.37 | Total Current Assets | 12,501,053.18 | 2,587,257.19 | 15,088,310.37 |
| Property & Equipment | | | | Property & Equipment | | | |
| Real Property- Land | 297,168.33 | - | 297,168.33 | Real Property- Land | 297,168.33 | - | 297,168.33 |
| Furniture, Fixtures and Office Equip | 434,077.87 | - | 434,077.87 | Furniture, Fixtures and Office Equip | 431,180.87 | - | 431,180.87 |
| Oil & Gas Property & Equipment | - | 541,754,515.46 | 541,754,515.46 | Oil & Gas Property & Equipment | - | 540,680,154.73 | 540,680,154.73 |
| Accumualted Depreciation & Depletion | (242,332.79) | (60,340,529.06) | (60,582,861.85) | Accumualted Depreciation & Depletion | (233,306.83) | (56,974,275.74) | (57,207,582.57) |
| Total Property & Equipment | 488,913.41 | 481,413,986.40 | 481,902,899.81 | Total Property & Equipment | 495,042.37 | 483,705,878.99 | 484,200,921.36 |
| Other Assets | | | | Other Assets | | | |
| Alaska Tax Credit Receivable | - | 2,058,851.96 | 2,058,851.96 | Alaska Tax Credit Receivable | - | 3,459,255.11 | 3,459,255.11 |
| Indemnification Receivable-Jones Act PNL | 3,617,381.25 | - | 3,617,381.25 | Indemnification Receivable-Jones Act PNL | 3,514,578.25 | - | 3,514,578.25 |
| Goodwill | 734,253.56 | - | 734,253.56 | Goodwill | 753,833.64 | - | 753,833.64 |
| All Furie InterCompany AR AP | (56,260,675.99) | 56,260,675.99 | - | All Furie InterCompany AR AP | (56,614,058.59) | 56,614,058.59 | - |
| Total Other Assets | (51,909,041.18) | 58,319,527.95 | 6,410,486.77 | Unbilled JIB's | - | - | - |
| | | | | Total Other Assets | (52,345,646.70) | 60,073,313.70 | 7,727,667.00 |
| Total Assets | (39,777,060.85) | 545,678,516.80 | 505,901,455.95 | Total Assets | (39,349,551.15) | 546,366,449.88 | 507,016,898.73 |
| **Liabilities and Members Equity** | | | | **Liabilities and Members Equity** | | | |
| Liabilities Not Subject to Compromise | | | | Liabilities Not Subject to Compromise | | | |
| Accounts Payable | 1,147,933.64 | - | 1,147,933.64 | | - | - | - |
| Taxes Payable- Property Tax Accrual | 567,677.00 | - | 567,677.00 | | | | |
| Wages Payable | 2,269.09 | - | 2,269.09 | | | | |
| Revenues Payable | 5,995,900.94 | (4,890,438.29) | 1,105,462.65 | Revenues Payable | (0.10) | - | (0.10) |
| Note Payable-Accrued Interest | - | 9,123,981.18 | 9,123,981.18 | | - | - | - |
| DIP Interim Loan | - | 7,000,000.00 | 7,000,000.00 | | - | - | - |
| Other-Accrued Accts Payable 2038 | 2,797,481.54 | - | 2,797,481.54 | | - | - | - |
| TOTAL POSTPETITION LIABILITIES | 10,511,262.21 | 11,233,542.89 | 21,744,805.10 | TOTAL POSTPETITION LIABILITIES | (0.10) | - | (0.10) |
| Liabilities Subject to Compromise | | | | Liabilities Subject to Compromise | | | |
| Notes Payable | - | 368,175,316.81 | 368,175,316.81 | Notes Payable | - | 368,175,316.81 | 368,175,316.81 |
| Accrued Interest | - | 34,935,396.03 | 34,935,396.03 | Accrued Interest | - | 34,935,396.03 | 34,935,396.03 |
| Insurance Note Funding | 668,047.98 | - | 668,047.98 | Insurance Note Funding | 998,529.38 | - | 998,529.38 |
| Secured Debt Total | 668,047.98 | 403,110,712.84 | 403,778,760.82 | Secured Debt Total | 998,529.38 | 403,110,712.84 | 404,109,242.22 |
| Accrued Property Tax Payable | 2,373,675.70 | - | 2,373,675.70 | Accrued Property Tax Payable | 2,373,675.70 | - | 2,373,675.70 |
| Priority Debt | 2,373,675.70 | - | 2,373,675.70 | Priority Debt | 2,373,675.70 | - | 2,373,675.70 |
| Accrued Expenses | 124,186.17 | - | 124,186.17 | Accrued Expenses | 21,371.72 | - | 21,371.72 |
| Deferred Financing Costs | - | (696,129.97) | (696,129.97) | Deferred Financing Costs | - | (928,173.27) | (928,173.27) |
| Accounts Payable | 1,367,232.92 | - | 1,367,232.92 | Accounts Payable | 7,762,074.91 | - | 7,762,074.91 |
| Asset Retirement Obligation | - | 9,966,698.48 | 9,966,698.48 | Asset Retirement Obligation | - | 9,814,535.14 | 9,814,535.14 |
| Jones Act Penalty | 5,022,389.22 | - | 5,022,389.22 | Jones Act Penalty | 4,916,979.58 | - | 4,916,979.58 |
| Unsecured Debt Total | 6,513,808.31 | 9,270,568.51 | 15,784,376.82 | Unsecured Debt Total | 12,700,426.21 | 8,886,361.87 | 21,586,788.08 |
| Revenues Payable | 110,144.88 | - | 110,144.88 | Oil Revenues Payable-PrePet. | 1,173,303.03 | - | 1,173,303.03 |
| TOTAL PRE-PETITION LIABILITIES | 9,665,676.87 | 412,381,281.35 | 422,046,958.22 | TOTAL PRE-PETITION LIABILITIES | 17,245,934.32 | 411,997,074.71 | 429,243,009.03 |
| TOTAL LIABILITIES | 20,176,939.08 | 423,614,824.24 | 443,791,763.32 | TOTAL LIABILITIES | 17,245,934.22 | 411,997,074.71 | 429,243,008.93 |
| OWNER EQUITY | | | | OWNER EQUITY | | | |
| Member Capital Contributions | - | 497,909,478.28 | 497,909,478.28 | Member Capital Contributions | - | 497,909,478.28 | 497,909,478.28 |
| Member Capital Distributions | - | (125,555,609.37) | (125,555,609.37) | Member Capital Distributions | - | (125,555,609.37) | (125,555,609.37) |
| Retained Earnings | (46,720,221.31) | (189,074,268.20) | (235,794,489.51) | Retained Earnings | (46,720,221.31) | (189,074,268.20) | (235,794,489.51) |
| Current Year Earnings | (13,233,778.69) | (61,215,908.15) | (74,449,686.84) | Current Year Earnings | (9,875,264.48) | (48,910,225.12) | (58,785,489.60) |
| NET OWNER EQUITY | (59,954,000.00) | 122,063,692.56 | 62,109,692.56 | NET OWNER EQUITY | (56,595,485.79) | 134,369,375.59 | 77,773,889.80 |
| Total Liabilities & Owner Equity | (39,777,060.92) | 545,678,516.80 | 505,901,455.88 | Total Liabilities & Owner Equity | (39,349,551.57) | 546,366,450.30 | 507,016,898.73 |

In re: Furie Operating Alaska, LLC, *et al.*     Case 19-11781-LSS    Doc 214    Filed 10/17/19    Page 9 of 12     Case No. 19-11781 (LSS)

Reporting Period: September 30, 2019

MOR-4 SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---:|---:|---:|---:|---:|---:|
| Accounts Payable | $ 1,147,934 | $ - | $ - | $ - | $ - | $ 1,147,934 |
| Taxes Payable- Property Tax | 567,677 | - | - | - | - | 567,677 |
| Wages Payable | 2,269 | - | - | - | - | 2,269 |
| Revenues Payable | 1,105,463 | - | - | - | - | 1,105,463 |
| Loan Payable | 9,123,981 | - | - | - | - | 9,123,981 |
| DIP Interim Loan | 7,000,000 | - | - | - | - | 7,000,000 |
| Accrued Expenses | 2,797,482 | - | - | - | - | 2,797,482 |
| TOTAL POSTPETITION LIABILITIES | $ 21,744,805 | $ - | $ - | $ - | $ - | $ 21,744,805 |

In re: Furie Operating Alaska, LLC, *et al.*  
Case No. 19-11781 (LLS)  
Reporting Period: September 30, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Accounts Receivable Beginnng of Period | $ 3,391,532.19 |
| Amounts Billed During the Period | $ 3,156,708.12 |
| Amounts Collected During the Period | $ (3,348,513.50) |
| Total Accounts Receivable at the End of the Period | $ 3,199,726.81 |
| Amount Considered Uncollectable | $ 43,018.66 |
| Accounts Receivable (Net) | $ 3,156,708.15 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0-30 days old | $ 3,156,708.15 |
| 31-60 days old | |
| 61-90 days old | |
| 91+ days old | $ 43,018.66 |
| Total Accounts Receivable | $ 3,199,726.81 |
| Amount Considered Uncollectable | $ (43,018.66) |
| Accounts Receivable (Net) | $ 3,156,708.15 |

MOR-5

se No. 19-11781 (LLS)
September 30, 2019

MOR-5

In re: FURIE OPERATING ALASKA, LLC, *et al.*     Case 19-11781-LSS    Doc 214    Filed 10/17/19    Page 12 of 12     Case No. 19-11781 (LSS)

Reporting Period: September 1, 2019 - September 30, 2019

### DEBTOR QUESTIONNAIRE

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to Delaware Local Rule 4001-3. |  | X |

FORM MOR-5