**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | § | Case No. 19-11781 (LSS) |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 4, 2019 AT 11:00 A.M.** [2]

**MATTERS WITH CERTIFICATIONS OF COUNSEL/CERTIFICATES OF NO OBJECTION:**

1. Debtors' Motion for Entry of Order Authorizing Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 109, filed September 9, 2019].

    Objection/Response Deadline:    October 8, 2019 at 4:00 p.m. (ET)

    Objection/Responses Filed:

    A. Informal Comments of the United States Trustee.

    Related Documents:    None.

    A. Certification of Counsel [Docket No. 242, filed October 31, 2019].

    Status: A certification of counsel has been filed.

2. Debtors' Application for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (i) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtors an Interim Chief Operating Officer and Certain Additional Personnel and (ii) Designating Scott M. Pinsonnault as Interim Chief Operating Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 159, filed September 16, 2019].

---

[1]    The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2]    Please note that the hearing will be held before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at 866-582-6878.

Objection/Response Deadline:    September 30, 2019 at 4:00 p.m. (ET), extended for the United States Trustee.

Objection/Responses Filed:

A. Brutus AG f/k/a Deutsche Oel & Gas AG's Objection to Debtors' Application for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (i) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtors an Interim Chief Operating Officer and Certain Additional Personnel and (ii) Designating Scott M. Pinsonnault as Interim Chief Operating Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 191, filed September 30, 2019].

B. Declaration in Support of Brutus AG f/k/a Deutsche Oel & Gas AG's Objection to Debtors' Application for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (i) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtors an Interim Chief Operating Officer and Certain Additional Personnel and (ii) Designating Scott M. Pinsonnault as Interim Chief Operating Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 193, filed September 30, 2019].

C. Bruce Webb's Objection to Debtors Application for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (i) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtors an Interim Chief Operating Officer and Certain Additional Personnel and (ii) Designating Scott M. Pinsonnault as Interim Chief Operating Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 197, filed September 30, 2019].

D. Objection and Reservation of Rights of Certain Royalty and Working Interest Owners to Debtors' Application for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) (i) Authorizing the Employment and Retention of Ankura Consulting Group, LLC to Provide the Debtors an Interim Chief Operating Officer and Certain Additional Personnel and (ii) Designating Scott M. Pinsonnault as Interim Chief Operating Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 200, filed October 2, 2019].

E. Informal Comments of the United States Trustee.

Related Documents:

A. Debtors' Omnibus Reply to Objections Filed in Connection with the Debtors' Retention of Ankura Consulting Group, LLC [Docket No. 221, filed October 22, 2019].

B. Statement of Energy Capital Partners in Support of Debtors' Application for Retention of Ankura and Reply to Objections or Reservations of Rights and Joinder in the Debtors' Reply to the Objections [Docket No. 222, filed October 22, 2019].

    C. Notice of Withdrawal of Objection Filed by Brutus AG f/k/a Deutsche Oel & Gas AG [Docket No. 243, filed October 31, 2019].

    D. Certification of Counsel [Docket No. 244, filed October 31, 2019].

<u>Status</u>: Counsel for Mr. Webb intends to file a withdrawal of his objection later today and counsel for Certain Royalty and Working Interest Owners have also verbally withdrawn their objection and consented to the filing of a certification of counsel, which has been filed.

3. Motion to Seal Portions of (i) Debtors' Omnibus Reply to Objections Filed in Connection with the Debtors' First Day Pleadings and (ii) Reply to Debtors' Response to Omnibus Opposition of Bruce Webb to Debtors' Motions for (a) Approval of DIP Financing and (b) Approval of Sale Procedures [Docket No. 173, filed September 20, 2019].

    <u>Objection/Response Deadline</u>:    October 8, 2019 at 4:00 p.m. (ET)

    <u>Objection/Responses Filed</u>:

        A. Informal Comments of the United States Trustee.

    <u>Related Documents</u>:

        B. Certification of Counsel [Docket No. 227, filed October 23, 2019].

    <u>Status</u>: A certification of counsel has been filed.

4. Motion of the Debtors for Entry of an Agreed Order Authorizing the Debtors to Reject Executory Contracts and Unexpired *Nunc Pro Tunc* to the Petition Date [Docket No. 196, filed September 30, 2019].

    <u>Objection/Response Deadline</u>:    October 15, 2019 at 4:00 p.m. (ET)

    <u>Objection/Responses Filed</u>:    None.

    <u>Related Documents</u>:

        A. Certificate of No Objection [Docket No. 226, filed October 23, 2019].

    <u>Status</u>: A certificate of no objection has been filed.

5. Debtors' Motion for Entry of an Order (i) Establishing Deadlines for Filing Proofs of Claim; (ii) Approving Procedures for Filing Proofs of Claim; and (iii) Approving the Form, Manner, and Sufficiency of Providing Notice Thereof [Docket No. 209, filed October 11, 2019].

    <u>Objection/Response Deadline</u>:    October 18, 2019 at 4:00 p.m. (ET)

Objection/Responses Filed:

    A. Informal Comments of the United States Trustee.

Related Documents:

    A. Notice of Filing of Proposed Proof of Claim Form [Docket No. 224, filed October 23, 2019].

    B. Certification of Counsel [Docket No. 232, filed October 23, 2019].

Status: A certification of counsel has been filed.

**MATTERS GOING FORWARD:**

6. Motion for Relief from Stay (1) to Authorize Administrative and Judicial Appeals of the State of Alaska's Determination of Overpayment of 2014 Production Tax Credits; and (2) to Offset Such Overpayments Against Tax Credits [Docket No. 113, filed September 11, 2019].

    Objection/Response Deadline:    October 18, 2019 at 4:00 p.m. (ET); Extended to October 22, 2019 at 5:00 p.m. (ET) for the Debtors

    Objection/Responses Filed:

        A. Limited Objection and Reservation of Rights to Motion for Relief from Stay (1) to Authorize Administrative and Judicial Appeals of the State of Alaska's Determination of Overpayment of 2014 Production Tax Credits; and (2) to Offset Such Overpayments Against Tax Credits [Docket No. 220, filed October 22, 2019].

    Related Documents:

        A. Notice of Hearing [Docket No. 115, filed September 11, 2019].

        B. Notice of Hearing [Docket No. 117, filed September 11, 2019].

    Status: This matter will go forward.

| | |
|---|---|
| Dated: October 31, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>**WOMBLE BOND DICKINSON (US) LLP**<br><br>  */s/ Ericka F. Johnson*<br>Matthew P. Ward (DE Bar No. 4471)<br>Ericka F. Johnson (DE Bar No. 5024)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:(302) 252-4320<br>Facsimile: (302) 252-4330<br>Email:    matthew.ward@wbd-us.com<br>              ericka.johnson@wbd-us.com<br><br>-and-<br><br>**McDERMOTT WILL & EMERY LLP**<br>Timothy W. Walsh (admitted *pro hac vice*)<br>Darren Azman (admitted *pro hac vice*)<br>Riley T. Orloff (admitted *pro hac vice*)<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone:(212) 547-5400<br>Facsimile: (212) 547-5444<br>Email:    twwalsh@mwe.com<br>              dazman@mwe.com<br>              rorloff@mwe.com<br><br>*Counsel to the Debtors and Debtors in Possession* |