**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | § | Case No. 19-11781 (LSS) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 20, 2019 AT 10:00 A.M. (EASTERN TIME)

---

**THERE ARE NO MATTERS GOING FORWARD. ACCORDINGLY,
THIS HEARING IS CANCELED WITH PERMISSION FROM THE COURT.**

---

ADJOURNED / WITHDRAWN MATTERS:

1. (FILED UNDER SEAL) Motion of Bruce Webb and The Webb Family Trust (A) Seeking Authority and Standing to Pursue Derivative Claims, If Any, (B) Requesting an Extension of the Challenge Deadline, and (C) Requesting Conversion of Cases to Chapter 7, Or, Alternatively, Appointment of Chapter 11 Trustee [Docket No. 236, filed October 28, 2019]

   Objection/Response Deadline:   November 12, 2019 at 4:00 p.m. (ET) (extended for the Debtors)

   Objection/Responses:   None.

   Related Documents:

   A.   Notice of Withdrawal [Docket No. 282, filed November 18, 2019]

   B.   Certification of Counsel Regarding Scheduling Stipulation [Docket No. 284, filed November 18, 2019]

   **C.   Order Approving Stipulation [Docket No. 292, entered November 18, 2019]**

   Status:   The movants have withdrawn this motion and have filed an amended motion noticed for hearing on December 12, 2019.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] **Amended items appear in bold type.**

2.    (FILED UNDER SEAL) Motion of Certain Royalty and Working Interest Owners for Entry of an Order (I) Determining Nature of Certain Claims and (II) If Necessary, Granting Leave, Standing, and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 238, filed October 28, 2019]

     Objection/Response Deadline:   November 12, 2019 at 4:00 p.m. (ET) (extended for the Debtors)

     Objection/Responses:   None.

     Related Documents:

     A.   Certification of Counsel Regarding Scheduling Stipulation [Docket No. 284, filed November 18, 2019]

     B.   Notice of Withdrawal [Docket No. 286, filed November 18, 2019]

     **C.   Order Approving Stipulation [Docket No. 292, entered November 18, 2019]**

     Status:   The movants have withdrawn this motion and have filed an amended motion noticed for hearing on December 12, 2019.

3.    Motion of Bruce Webb and The Webb Family Trust to File Certain Documents, Or Portions Thereof, Under Seal [Docket No. 239, filed October 28, 2019]

     Objection/Response Deadline:   November 12, 2019 at 4:00 p.m. (ET) (extended for the Debtors)

     Objection/Responses:   None.

     Related Documents:

     A.   (FILED UNDER SEAL) Motion of Bruce Webb and The Webb Family Trust (A) Seeking Authority and Standing to Pursue Derivative Claims, If Any, (B) Requesting an Extension of the Challenge Deadline, and (C) Requesting Conversion of Cases to Chapter 7, Or, Alternatively, Appointment of Chapter 11 Trustee [Docket No. 236, filed October 28, 2019]

     B.   Notice of Withdrawal [Docket No. 282, filed November 18, 2019]

     Status:   The movants have withdrawn this motion.

4.    Motion to File Under Seal the Motion of Certain Royalty and Working Interest Owners for Entry of an Order (I) Determining Nature of Certain Claims and (II) If Necessary, Granting, Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 240, filed October 28, 2019]

     Objection/Response Deadline:   November 12, 2019 at 4:00 p.m. (ET) (extended for the Debtors)

Objection/Responses:        None.

Related Documents:

A.   (FILED UNDER SEAL) Motion of Certain Royalty and Working Interest Owners for Entry of an Order (I) Determining Nature of Certain Claims and (II) If Necessary, Granting Leave, Standing, and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 238, filed October 28, 2019]

B.   Notice of Withdrawal [Docket No. 286, filed November 18, 2019]

Status:   The movants have withdrawn this motion.

UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL:

5.   Debtors' Application for Entry of an Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Debtors to Retain and Employ Halperin Battaglia Benzija, LLP, as Counsel to the Independent Managers *Nunc Pro Tunc* to September 24, 2019 [Docket No. 223, filed October 22, 2019]

   Objection/Response Deadline:   November 13, 2019 at 4:00 p.m. (ET) (extended for the Office of the United States Trustee)

   Objection/Responses:   Informal comments from the Office of the United States Trustee

   Related Documents:

   A.   Certification of Counsel Regarding Debtors' Application for Entry of an Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Debtors to Retain and Employ Halperin Battaglia Benzija, LLP, as Counsel to the Independent Managers *Nunc Pro Tunc* to September 24, 2019 [Docket No. 281, filed November 15, 2019]

   **B.   Order Pursuant to Section 327(e) of the Bankruptcy Code Authorizing the Debtors to Retain and Employ Halperin Battaglia Benzija, LLP, as Counsel to the Independent Managers *Nunc Pro Tunc* to September 24, 2019 [Docket No. 291, entered November 18, 2019]**

   **Status:   The Court has entered an order granting the application. No hearing is necessary.**

6.  Motion of Debtors for Entry of an Order Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 260, filed November 5, 2019]

    <u>Objection/Response Deadline</u>:   November 13, 2019 at 4:00 p.m. (ET)

    <u>Objection/Responses</u>:   None.

    <u>Related Documents</u>:

    A.  Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 277, filed November 14, 2019]

    **B.  Order Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 289, entered November 18, 2019]**

    **<u>Status</u>:   The Court has entered an order granting the motion. No hearing is necessary.**

7.  Debtors' Motion for Entry of an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) [Docket No. 261, filed November 5, 2019]

    <u>Objection/Response Deadline</u>:   November 13, 2019 at 4:00 p.m. (ET)

    <u>Objection/Responses</u>:   None.

    <u>Related Documents</u>:

    A.  Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Exclusivity Periods for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 278, filed November 14, 2019]

    **B.  Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) [Docket No. 290, entered November 18, 2019]**

    **<u>Status</u>:   The Court has entered an order granting the motion. No hearing is necessary.**

Dated: November 18, 2019
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 /s/     Ericka F. Johnson
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 252-4320
Facsimile:     (302) 252-4330
Email:         matthew.ward@wbd-us.com
               ericka.johnson@wbd-us.com

-AND-

**McDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:     (212) 547-5400
Facsimile:     (212) 547-5444
Email:         twwalsh@mwe.com
               dazman@mwe.com
               rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*