**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | § | Case No. 19-11781 (LSS) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

**NOTICE OF TELEPHONIC STATUS CONFERENCE**
**SCHEDULED FOR NOVEMBER 21, 2019 AT 12:00 P.M. (NOON) (ET)**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has scheduled a telephonic status conference (the "Status Conference") in the above-captioned chapter 11 bankruptcy cases for **November 21, 2019 at 12:00 p.m. (noon) (prevailing Eastern Time)** regarding certain scheduling matters related to the *Amended Motion of Bruce Webb and The Webb Family Trust (A) Seeking Authority and Standing to Pursue Derivative Claims, If Any, (B) Requesting an Extension of the Challenge Deadline, and (C) Requesting Conversion of Cases to Chapter 7, or, Alternatively, Appointment of Chapter 11 Trustee* [Docket No. 283] and the *Motion of Certain Royalty and Working Interest Holders for Entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates* [Docket No. 285].

PLEASE TAKE FURTHER NOTICE that those parties wishing to participate in the Status Conference must make arrangements through CourtCall by telephone at (866) 582-6878.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

When making arrangements, please notify CourtCall that the Bankruptcy Court has authorized telephonic participation by the parties.

PLEASE TAKE FURTHER NOTICE that copies of the documents filed in the above-captioned chapter 11 bankruptcy cases are available on the Debtors' case website at https://cases.primeclerk.com/furieoperatingalaska/.

Dated: November 19, 2019
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 */s/     Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 252-4320
Facsimile:     (302) 252-4330
Email:          matthew.ward@wbd-us.com
                    ericka.johnson@wbd-us.com

-AND-

**McDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:     (212) 547-5400
Facsimile:     (212) 547-5444
Email:          twwalsh@mwe.com
                    dazman@mwe.com
                    rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*