## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | Case No. 19-11781 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.: 365** |

## APPENDIX IN SUPPORT OF DEBTORS'
## <u>OBJECTION TO STANDING MOTIONS</u>

**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:   (302) 252-4320
Facsimile:   (302) 252-4330
Email:       matthew.ward@wbd-us.com
             ericka.johnson@wbd-us.com

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Andrew B. Kratenstein (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:   (212) 547-5400
Facsimile:   (212) 547-5444
Email:       twwalsh@mwe.com
             akratenstein@mwe.com
             rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*

December 5, 2019

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC ("**Cornucopia**") (9914); and Corsair Oil & Gas LLC ("**Corsair**") (8012).  The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

## TABLE OF CONTENTS

| Ex. | Date | Description | Page |
|---|---|---|---|
| 1 | 5/7/11 | Spartan Notice of Default | DA00001 |
| 2 | 6/29/11 | Jones Act Letter Agreement | DA00006 |
| 3 | 7/21/13 | 2013 KLU-3 Authority For Expenditure | DA00009 |
| 4 | 1/1/14 | SPRI Reserve Report | DA00011 |
| 5 | 2/26/14 | NSAI Reserve Report (2013) | DA00078 |
| 6 | 4/16/14 | DOGSA Presentation | DA00120 |
| 7 | 7/10/14 | Lummus Consulting Report | DA00135 |
| 8 | 7/14/14 | ECP Credit Agreement | DA00226 |
| 9 | 7/14/14 | ECP Pledge and Security Agreement | DA00327 |
| 10 | 2/16/15 | Webb Purported Employment Agreement | DA00377 |
| 11 | 7/4/15 | Randolph Yost Bareboat Charter Agreement | DA00390 |
| 12 | 7/31/15 | DOGSA Deed of Guarantee | DA00516 |
| 13 | 11/2/15 | Kadmas-ADS Drilling Vessel Management Agreement | DA00523 |
| 14 | 11/2/15 | Assignment of Bareboat Charter Agreement | DA00549 |
| 15 | 12/1/15 | Offshore Daywork Drilling Contract | DA00714 |
| 16 | 1/31/16 | Memorandum of Agreement ("MOA") | DA00754 |
| 17 | 2/29.16 | NSAI Reserve Report (2015) | DA00758 |
| 18 | 2/26/16 | Gas Sales Agreement Between Furie and APC | DA00783 |
| 19 | 5/23/16 | Davis Email to Furie re: KLU A-2 DDR 15-17 | DA00835 |
| 20 | 6/14/16 | Taylor III Email to Degenhardt re: Per our conversation and proposed meeting | DA00837 |
| 21 | 9/9/16 | NSAI Report (2016) | DA00840 |
| 22 | 10/25/15 | Elder Email enclosing Analysis on Peak Performance Proposal | DA00870 |
| 23 | 11/11/16 | Ganer Email re: Copy of November 2016 lower stirling [sic] KLU #2 Well Data.xlsx | DA00877 |
| 24 | 2/3/17 | Jones Act Settlement Agreement and Mutual Release | DA00885 |
| 25 | 5/28/17 | Ganer Email re: Furie KLU Data | DA00902 |

| Ex. | Date | Description | Page |
|---|---|---|---|
| 26 | 7/10/17 | Webb Email to Elder re: Interruptible GSA – Valley Natural Gas | DA00907 |
| 27 | 7/10/17 | Elder Email to Tony Nunes re: Interruptible GSA – Valley Natural Gas | DA00911 |
| 28 | 7/10/17 | Elder Email to Webb re: Interruptible GSA – Valley Natural Gas | DA00916 |
| 29 | 7/10/17 | Jennifer Gray (ECP) Email to Webb re: Interruptible GSA – Valley Natural Gas | DA00920 |
| 30 | 7/14/17 | Elder Email to Rieck re: Consulting and Employee Spend – 6.30.17 YTD.pdf | DA00924 |
| 31 | 10/30/17 | NSAI Reserve Report (2017) | DA00927 |
| 32 | 10/31/17 | Sixth Amended Petition, *Berry and Davis v. Kade, et. al.* (No. 2016-49928, 125th Jud. Dist., Texas)) | DA00957 |
| 33 | 12/10/17 | Third Amended and Restated LLC Agreement of Furie | DA00975 |
| 34 | 12/10/17 | Third Amended and Restated LLC Agreement of Cornucopia | DA00994 |
| 35 | 12/10/17 | First Amended and Restated LLC Agreement of Corsair | DA01011 |
| 36 | 12/26/17 | Letter from Alaska Dept. Natural Resources to Webb re: Notice of Default and Cure Demand on KLU | DA01028 |
| 37 | 1/1/18 | Elder Email to Ganer | DA01032 |
| 38 | 1/6/18 | Ganer Email to Rieck FWD: Production versus Reserves | DA01036 |
| 39 | 1/8/18 | Emails between Raines and Elder re: Project Rates | DA01039 |
| 40 | 1/11/18 | Ganer Email to Furie operational team (including Webb) FW: current SPRI evaluation guidelines and mission | DA01041 |
| 41 | 1/22/18 | Van Stephoudt Email to Elder re: CFO Duties | DA01043 |
| 42 | 1/5/18 – 1/23/18 | 2018 Email chain re: KLU Production Information | DA01045 |
| 43 | 1/25/18 | Fourth Amended and Restated LLC Agreement of Furie | DA01050 |
| 44 | 1/25/18 | Fourth Amended and Restated LLC Agreement of Cornucopia | DA01065 |

| Ex. | Date | Description | Page |
|-----|------|-------------|------|
| 45 | 1/25/18 | Second Amended and Restated LLC Agreement of Cornucopia | DA01080 |
| 46 | 1/31/18 | ECP Notice of Default and Reservation of Rights Letter (encl. Exhibit A – Designated Events of Default) | DA01096 |
| 47 | 2/14/18 | Van Stephoudt Email to Raines re: KLU-A2A Upper Sterling Test | DA01109 |
| 48 | 2/14/18 | Webb Email to Rieck and van Stephoudt re: Ganer | DA01114 |
| 49 | 2/23/18 | RFP from PRA on behalf of Furie to Spartan and Shelf | DA01116 |
| 50 | 3/8/18 | Ankura Confidentiality Agreement | DA01127 |
| 51 | 3/8/18 | Kososki Email to Rieck and Brodsky re: Furie Board – Interim CEO Candidate Interviews Tuesday – 3/13 12pm ET (11am CT) | DA01134 |
| 52 | 3/15/18 | Written Consent of the Majority of Managers of Furie | DA01137 |
| 53 | 3/15/18 | Written Consent of the Majority of Managers of Cornucopia | DA01143 |
| 54 | 3/15/18 | Written Consent of the Majority of Managers of Corsair | DA01149 |
| 55 | 3/25/18 | Written Consent in Lieu of BOM Meeting of Furie | DA01158 |
| 56 | 3/25/18 | Written Consent in Lieu of BOM Meeting of Cornucopia | DA01193 |
| 57 | 3/25/18 | Written Consent in Lieu of BOM Meeting of Corsair | DA01229 |
| 58 | 3/29/18 | Webb Emails to van Stephoudt and Rieck re: Upcoming ECP Agreement – EVP employment contract request | DA01264 |
| 59 | 3/30/18 – 4/2/18 | Webb Emails re: Administrative Expense Claim in Aurora | DA01267 |
| 60 | 4/12/18 | Written Consent in Lieu of BOM Meeting of Furie Annex A – PRA MSA (Exhibit A – PRA Plan) | DA01270 |
| 61 | 4/12/18 | Written Consent in Lieu of BOM Meeting of Cornucopia Annex A – PRA MSA (Ex. A – PRA Plan) | DA01320 |
| 62 | 4/12/18 | Written Consent in Lieu of BOM Meeting of Corsair Annex A – PRA MSA (Exhibit A – PRA Plan) | DA01370 |

| Ex. | Date | Description | Page |
|---|---|---|---|
| 63 | 4/12/18 | First Amendment to Fourth Amended and Restated LLC Agreement of Furie | DA01419 |
| 64 | 4/17/18 | Image of Webb Text Message to Rieck with Certified Translation enclosed | DA01425 |
| 65 | 4/18/18 | Webb Email to Otto re: two e-mails | DA01429 |
| 66 | 4/23/18 | Pinsonnault Email to Board Members re: Rig Update and NPT for the Spartan 151 enclosing: A3 Spartan Rig 151 – Randolph Yost Comparison | DA01431 |
| 67 | 4/30/18 | PRA's KLU-3 Production Report (2018) | DA01442 |
| 68 | 5/31/18 | Webb Termination Letter | DA01457 |
| 69 | 7/12/18 – 7/20/18 | Emails between Pinsonnault and Elmer | DA01459 |
| 70 | 7/15/18 | Check from Pinsonnault to Kodiak Legends Lodge | DA01464 |
| 71 | 8/1/18 | Interview with Rieck: A Look Back at the First Six Months of 2018 (DOGSA website) | DA01466 |
| 72 | 8/9/18 | Combined KLU-A1 and KLU-A4 Cost Report | DA01470 |
| 73 | 10/3/18 | Rieck Email re: combined email to Scott, PRA, and BOM | DA01573 |
| 74 | 11/12/18 | Letter Response to Email dated October 3, 2018 | DA01583 |
| 75 | 11/1/18 | KLU Desktop Volumetric Update (Nov. 2018) | DA01590 |
| 76 | 12/9/18 | PRA Termination Letter sent to Pinsonnault | DA01691 |
| 77 | 6/2/19 | Petroleum News Article: "CIE, Hilcorp apply for APDES permits" | DA01694 |
| 78 | 6/21/19 | NSAI Reserve Report (2019) | DA01697 |
| 79 | 7/16/19 | M&H Engineering Services Report | DA01724 |
| 80 | 8/8/19 | Written Consent of the BOM of Furie | DA01771 |
| 81 | 8/8/19 | Written Consent of the BOM of Cornucopia | DA01778 |
| 82 | 8/8/19 | Written Consent of the BOM of Corsair | DA01785 |
| 83 | 11/24/19 | Waters Petroleum Report | DA01792 |
| 84 | 2019 | KLU-A4 Annotated Log (Tom Walsh) | DA01802 |
| 85 | 2019 | KLU-A4 Annotated Log (Waters Petroleum) | DA01808 |
| 86 | 2019 | Resume of William L. Transier | DA01820 |

DM_US 164422482-1.091621.0013