# EXHIBIT 1

DA00001



May 7, 2011

115 Christian Lane     Slidell, LA 70458
Phone: 504-885-7449    Fax: 504-456-6560

Mr. Danny Davis
Escopeta Oil Company, LLC
5005 Riverway
Suite 440
Houston, TX 77056

Re:    Defaults Under Master Drilling Contract for Rig 151 and Related Agreements

Dear Mr. Davis:

We are in receipt of your letter to Terry Parker, dated May 3, 2011. We would like to briefly discuss the matters you reference therein and then follow up on several issues of significant concern to Spartan which have arisen under our Master Drilling Contact (the "Contract") and certain related agreements between Spartan and Escopeta. We think it prudent to bring these issues to your attention one last time:

- **May 3, 2011 Letter Response**. In response to your statement in the May 3rd letter referenced above relaying your puzzlement with respect to securing the legs and Escopeta's $350,000 of additional expense, we would remind you that the securing and caretaking of the Rig during transport are Escopeta's sole responsibility and are to be conducted at Escopeta's sole expense. This includes all sea fastenings. Escopeta is fully responsible for any and all costs associated with the transport including any repairs that may be necessary as a result of any damage that may occur during the transport, and including the payment of any insurance deductibles.

- **Jones Act Defaults**. The Contract contemplates that Escopeta will obtain the necessary Jones Act waiver to enable the Rig to sail to and from the Cook Inlet to perform drilling operations. Moreover, the letter agreement between Spartan and Escopeta, dated March 16, 2011 (the "Jones Act Agreement"), specifically provides that Escopeta is responsible for acquiring such Jones Act waiver. Escopeta, after more than six months, has thus far failed to obtain said waiver and, based on information now at hand, it is quite reasonable to believe that Escopeta will be unable to do so. Furthermore, Spartan entered into the Jones Act Agreement as an accommodation to Escopeta and as a condition precedent to our agreement to relocate the Rig to Freeport, Texas. It has since come to our attention that, despite representations made by you prior to entering into said agreement that you fully expected to be able to obtain the Jones Act

FURIE-BANKR_00171344
DA00002

waiver, that you in fact knew in advance of entering into the agreement that your request for a waiver had already been denied.

Subsequent to this discovery, and pursuant to the recent agreement between Escopeta and Spartan, Spartan has agreed to pursue the waiver independently in the hope of salvaging the benefit of the Contract to both parties as best as possible. However, to be clear, the fact remains that Escopeta bears full responsibility for obtaining the waiver regardless of Spartan's independent efforts to aid in the process and Escopeta has defaulted in its agreed upon responsibility.

The Jones Act Agreement permits Escopeta to transport the Rig to Vancouver, British Columbia, where it is to remain pending Escopeta's receipt of a Jones Act waiver. In no event may the Rig be taken to any other destination without Spartan's prior approval, to be given in its sole discretion. For the avoidance of doubt, in no event may Escopeta seek to circumvent the Jones Act by proceeding to another U.S. port without permission from Spartan and the appropriate governmental authorities.

Separately, we note that the Jones Act Agreement permits Spartan to terminate the Contract in the event that Spartan reasonably believes that the Jones Act waiver "will not be obtained within a reasonable time frame." Spartan would further remind you that upon such termination, Escopeta is responsible for transporting the Rig back to port in Galveston, Texas and for bearing all associated Demobilization Costs & Charges (as defined in the Contract) and Escopeta is also responsible for the Early Termination Fee set forth in the Contract.

Lastly, in light of all the issues surrounding the mobilization, including Escopeta's failed efforts to obtain a Jones Act waiver, we find it very difficult to be comfortable with Escopeta's ability to ensure that it will be able to return the Rig back to the Gulf of Mexico upon the expiration or earlier termination of the Contract. In this regard, and again in the hope of salvaging value to both parties, Spartan is independently pursuing efforts to find a transport option to bring the Rig back to the Gulf of Mexico at the appropriate time. Notwithstanding Spartan's efforts, the fact remains that Escopeta bears full responsibility for the return (Demobilization) regardless of Spartan's independent efforts to aid in the process and in Spartan's view Escopeta has defaulted in its responsibility.

- **Late Payment Defaults**. Section 802(a) of the Contract, as amended by the April 6, 2011 letter agreement between Spartan and Escopeta, requires Escopeta to pay all invoices within 5 business days. Failure to do so permits Spartan to terminate the Contract upon 10 days' notice and, at Spartan's option, to also immediately draw upon the secured account established at Wells Fargo to pay itself for such invoices. To date, over thirty (30) invoices have been submitted to Escopeta for payment and only three (3) have been paid in accordance with the Contract. In fact, as of Monday, May 9, the past due balance may be over $343,000 and the total outstanding balance may be near $500,000.

FURIE-BANKR_00171345
DA00003

- **Insurance Defaults**. The Contract requires Escopeta to obtain and maintain in effect specified insurance policies throughout the term of the Contract. Such insurance is essential to protect Spartan's property and, most importantly, the health and safety of personnel working aboard the Rig and to facilitate Escopeta's obligations to indemnify Spartan. It has recently come to our attention that such insurance was not obtained until April 11, 2011– long after it was required to be in place – thereby placing Escopeta in yet another condition of default. Moreover, Escopeta failed to notify Spartan that it had not secured the required insurance leaving Spartan to discover the situation only following conversations with Escopeta management and its receipt and review of Escopeta's insurance certificates on or about April 14th.

- **Security Defaults**. Escopeta ignored, for several months, the security requirements set forth in the Contract, putting it in default thereof. These security requirements were continuously brought to Escopeta's attention for more than six months prior to the original contractual deadlines for their establishment. Escopeta then subsequently failed to meet extended deadlines which were agreed to by Spartan as a further accommodation, again putting Escopeta in default. Yet again, Escopeta failed to comply with its agreement to transfer the secured account established in favor of Spartan to a major national bank for a considerable period of time beyond the established deadline, putting Escopeta in default once more.

- **Failure to Obtain Permits**. Based on the correspondence and questions that we continue to receive from various Escopeta consultants and from State regulators it is apparent to us that Escopeta is missing some, many or all of the various permits it will need to actually commence operations upon the Rig's arrival in the Cook Inlet (assuming the Jones Act waiver is obtained to permit transport of the Rig to the Cook Inlet). You should take note that the Rig's Standby time waiting on the resolution of these issues will be charged at the rate stipulated in the Contract, i.e. $60,700 per day.

Today, May 7, 2011, marks the 55th day since the initial float over operation and the prepaid Mobilization Rate, paid by you to Spartan pursuant to Section 702 of Appendix A of the Contract, has now been fully utilized. As such, Escopeta is responsible for the Mobilization Rate of $32,500 multiplied by the number of days that Mobilization exceeds 55 days, such amount to be due upon offloading of the Rig. Additionally, the full Operating or Standby Rate (whichever is applicable) of $60,700 per day commences immediately when the Rig is offloaded from the heavy lift transport vessel – regardless of where that should occur – this pursuant to the Jones Act Agreement and Section 702 of Appendix A of the Contract.

Spartan, its Board of Directors and its lenders are very concerned about Escopeta's ability to resolve the foregoing and to perform going forward. In particular, we are concerned about Escopeta's ability to have funds on hand as and when required pursuant to the Contract, particularly in connection with increased costs incurred due to the delays which have and/or will resulted from the foregoing matters. As mentioned in the immediately preceding paragraph, these increased costs will also include a substantial

FURIE-BANKR_00171346
DA00004

amount for the Mobilization Rate to be due upon offloading of the Rig and all the Standby time that will undoubtedly be incurred.  While Spartan has thus far refrained from exercising remedies available to it as a result of the above matters, such forbearance will not continue going forward.  Preliminarily, Spartan intends to begin making withdrawals from the secured account at Wells Fargo for any payments which are past due.  In this respect we would further remind you that, pursuant to the letter agreement between Spartan and Escopeta, dated April 6, 2011, Escopeta is required to replenish the secured account within five (5) business days following any withdrawals.  Failure to do so permits Spartan to immediately withdraw all amounts on deposit in the secured account.  In addition to Spartan's withdrawals from the secured account we will be weighing the further remedies which Spartan may choose to exercise in the coming days and weeks, including Spartan's right to terminate the Contract and to require Escopeta to transport the Rig back to the Gulf of Mexico at Escopeta's sole expense plus, the enforce the payment of the Early Termination Fee provision referenced above.  Such rights, and all other contractual and other rights available to Spartan under applicable law, are expressly reserved.

Sincerely,

SPARTAN OFFSHORE DRILLING, LLC

By:

Name: Paul Butler
Title: President & CEO

# EXHIBIT 2

DA00006



June 29, 2011

## LETTER AGREEMENT

Danny S. Davis
5005 River Way - Suite 440
Houston, Texas 77056

Dear Danny,

This Letter Agreement is intended to serve as a documentation of our agreements and understandings with respect to any potential fine (the "Fine") that may be imposed on Escopeta Oil Company, LLC (or any owner, officer or director thereof, including successors and assigns) and paid, by the United States Customs Service for violation of the Jones Act. In particular, you agree that if any Fine is assessed than an amount equal to the total fine plus 10% will be deducted from the future (if any) production revenues of Danny S. Davis and Lawrence Berry until such amount is fully repaid.

Notwithstanding the conveyance to Escopeta of Alaska of his interest in Escopeta Oil, Davis shall retain all rights, claims and defenses necessary to contest the amount of the Fine; provided, however, no assertion of such rights, claims and/or defenses by Davis shall cause the amount of the Fine to increase.

If the foregoing correctly reflects your understanding of our agreements, please so indicate by executing two (2) originals hereof in the space provided below.   Retain one copy for your files and return one (1) copy to the undersigned.

Very truly yours,

Escopeta Oil of Alaska, LLC

By
  Edward Page Oliver, Authorized Agent

AGREE TO and ACCEPTED
this the ___ day of June, 2011:

652517.1                        Page 1 of 2

FURIE-BANKR_00106335
DA00007

| Escopeta Oil Company, LLC<br><br>By: <br>Name: Danny S. Davis<br>Title:   President | |
|---|---|
| Danny S. Davis<br><br><br>Danny S. Davis<br>*in his Individual Capacity* | Lawrence Berry<br><br><br>Lawrence Berry<br>*in his Individual Capacity* |

652517.1                              Page 2 of 2

FURIE-BANKR_00106336<br>DA00008

# EXHIBIT 3

DA00009

ANTICIPATED
[ ] OIL
[X] GAS
OTHER
[ ] W&W
[ ] SWD/INJ

**FURIE OPERATING ALASKA, LLC**
KITCHEN LIGHTS UNIT #3
AUTHORITY FOR EXPENDITURES
4/16/13 TO 7/21/13

[ X ] ORIGINAL

[ ] SUPPLEMENTAL

| | | |
|---|---|---|
| Lease | KITCHEN LIGHTS UNIT | Well No. 3 |
| Location: | KITCHEN LIGHTS UNIT | SEC ___ TWP ___ RGE ___   AFE No. 2013-003 |
| Surface | X = 294,345   Y = 2,536,130' | |
| Bottom Hole | SAME | |
| Field | KITCHEN LIGHTS UNIT | County Offshore   State Alaska   District ___ |
| Exp/Dev. | EXPLORATORY | Estimated Depth: 10,230' RKB 'MD   10,230' RKB 'TVD   Trend ___ |
| Ownership Company | Furie Operating Alaska, LLC | Other: __ 105'  Water depth   Facility AFE No. ___   Facility G/L No. ___ |

| Account Number | Line Number | EQUIPMENT QUANTITY ESTIMATED | | TANGIBLE EQUIPMENT Description | | SUB ACCT. | ESTIMATED EXPENDITURE COSTS ESTIMATED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dry Hole Feet: | Producer | | | | Dry Hole | Completion | Total |
| 9401 | | | | CASING: | $/ foot | | | | |
| | 001 | 400 | | 30" X 1 1/2" WT w/ FRANKS TENCOM connects | 625 | | 250,000 | | 250,000 |
| | 002 | 2,100 | | 13 3/8" 72# N-80 BT&C | 91.6 | | 192,400 | | 192,400 |
| | 003 | | 400 | 9 7/8" 62.8# HC Q-125 HYDRIL 523 | 96 | | | 38,400 | 38,400 |
| | 004 | | 5,000 | 7" 35# Q125 LTC | 58.83 | | - | 294,200 | 294,200 |
| | 005 | | 4,600 | 7" 35# P-110 LTC | 46.5 | | - | 213,900 | 213,900 |
| 9404 | | | | WELL HEAD & TREE: | | | | | |
| | 006 | - | | CAMERON  21 1/4" SM x 13 5/8" 10M SLIP ON & LOCK | | | 44,600 | | 44,600 |
| | | | | CAMERON  13 5/8"10M#WP X 11" 15M#WP | | | | 47,400 | 47,400 |
| 9416 | 007 | | | MUD LINE SUSPENSION HANGERS & ASSOCIATED EQUIPMENT | | | 189,000 | 59,700 | 248,700 |
| | | - | | | | | | | - |
| 9490 | | Units: | | MISCELLANEOUS TANGIBLES: | $/ unit | | | | - |
| | 008 | | | 13 3/8" Float Equipment, Float Collar, Plug | | | 7,000 | | 7,000 |
| | 009 | 45 | | 13 3/8" Centralizers - solid body device | 297 | | 13,400 | | 13,400 |
| | 010 | 45 | | 13 3/8" Stop Collars | 65.5 | | 2,900 | | 2,900 |
| | 011 | 200 | | 7" Solid Body Centralizers | 145 | | | 29,000 | 29,000 |
| | 012 | 400 | | 7" Stop Collars | 32.43 | | | 13,000 | 13,000 |
| | 013 | 2 | | Crossover 9 7/8" 523 x 7" LTC pin | | | | 4,500 | 4,500 |
| | 014 | | | Frac Pack Hardware | | | | 800,000 | 800,000 |
| | | | | | | | | | - |
| | | | | | TOTAL TANGIBLE | | 699,300 | 1,500,100 | 2,199,400 |
| | | | | INTANGIBLES | | | Drilling Days | Completion Days | |
| | | | | Total AFE # of days: 87 | days | | 36 | 51 | |
| 9202 | 001 | | | Rig | 65,000  $/day | | 3,060,000 | 4,335,000 | 7,395,000 |
| 9204 | | | | Directional Services | 29,000  $/day   18 | | 576,900 | | 576,900 |
| 9205 | | | | Overheads | 4,500  $/day | | 162,000 | 229,500 | 391,500 |
| 9206 | | | | Contract Labor | 8,657  $/day | | 311,700 | 441,500 | 753,200 |
| 9207 | | | | Surveys/Permits/Bonds | | | | | - |
| 9208 | | | | Cement and Cementing Services: | | | | | - |
| | | | | Surface    Baker Hughes proposal 6892C | | | 99,800 | | 99,800 |
| | | | | Long string    Baker Hughes proposal 6892C | | | - | 566,300 | 566,300 |
| | | | | 5 & 9 BOP Tests | 12,247  per test | | 67,400 | 110,200 | 177,600 |
| | | | | 5 RETAINERS + TP&A CEMENT | | | | 88,700 | 88,700 |
| 9209 | | | | Mud/Chemicals/Water | | | 767,800 | | 767,800 |
| 9211 | | | | Road and Location   Fugro & Watson | | | 317,000 | 50,000 | 367,000 |
| 9212 | | | | Rental Equipment | 9,610  /day | | 346,000 | 832,900 | 1,178,900 |
| 9213 | | | | Electric Line Logging--Open hole & Cased Hole | | | 502,100 | 352,300 | 854,400 |
| 9214 | | | | Acidizing & Fracturing | | | | | - |
| 9215 | | | | Ground Freight - Transportation and Hauling | 9,036  /day | | 325,300 | 460,800 | 786,100 |
| 9216 | | | | Conventional Coring and Core Analysis | | | 75,000 | | 75,000 |
| 9217 | | | | Inspection/Testing | | | 20,000 | 18,000 | 38,000 |
| 9218 | | | | Casing/Drive Pipe Services | | | 404,000 | 57,500 | 461,500 |
| 9220 | | | | Insurance | 7,200  /day | | 259,200 | 367,200 | 626,400 |
| 9222 | | | | Consulting Services - Company Men | 8,620  /day | | 310,300 | 439,600 | 749,900 |
| 9224 | | | | Fuel, Water, and Power    Rig Fuel- 2700 gal/day @ $4.60 | 12,420  /day | | 447,100 | 633,400 | 1,080,500 |
| 9226 | | | | Perforating | | | - | 240,000 | 240,000 |
| 9226 | | | | Wireline Services | | | - | 60,000 | 60,000 |
| 9227 | | | | Formation/Flow Test | | | - | 888,758 | 888,800 |
| 9228 | | | | Engineering    Drilling | 2,850  /day   143/63 days | | 401,900 | 179,600 | 581,500 |
| | | | | Completion/Testing | 1,900  /day   158 days | | | 237,000 | 237,000 |
| 9229 | | | | Mud Logging | 3,730  /day   27 | | 120,900 | 12,200 | 133,100 |
| 9231 | | | | Communication | 299  /day | | 13,200 | 16,700 | 29,900 |
| 9232 | | | | Completion/Workover Fluids | 2,250  bbls   316.9 | | - | 150,000 | 150,000 |
| 9233 | | | | Stimulation & Sand Control    3 ZONED @$84K • 1 ZONE @$99K | | | - | 720,000 | 720,000 |
| 9237 | | | | Marine Equipment    Two cargo boats | 9,950  /day/boat | | 716,400 | 1,014,900 | 1,731,300 |
| 9238 | | | | Dock Services | 5,918  /day | | 209,400 | 296,700 | 506,100 |
| 9239 | | | | Fishing Tools and Services | | | - | 87,600 | 87,600 |
| 9240 | | | | Environmental Services/Services/Disposal | 4,055  /day | | 146,000 | 206,800 | 352,800 |
| | | | | Mud Disposal    $197/barrel | 1,000  barrels | | 197,000 | | 197,000 |
| 9241 | | | | Repair and Maintenance - Well Equipment | /day | | - | | - |
| 9242 | | | | Transportation - Personnel/Crew Change | 5,671  /day | | 211,400 | 299,400 | 510,800 |
| 9245 | | | | Air Freight - Transportation and Hauling | 1,825  /day | | 78,900 | 190,500 | 269,300 |
| 9251 | | | | Mobilize Rig | | | 1,400,000 | | 1,400,000 |
| 9252 | | | | Environmental & Permitting | | | 43,000 | 71,000 | 114,000 |
| 9256 | | | | Demobilize Rig | | | 700,000 | | 700,000 |
| 9265 | | | | Drilling Contractor Other | 2,545  /day | | 109,900 | 155,800 | 265,700 |
| 9290 | | | | Miscellaneous | | | - | | - |
| | | | | PxA cost | | | | | - |
| | | | | Contingency    20% | | | 2,479,900 | 2,762,000 | 5,241,900 |
| | | | | | TOTAL INTANGIBLES | | 14,879,400 | 16,571,858 | 31,451,300 |
| | | | | | TOTAL COST | | $15,578,700 | $18,071,958 | $33,650,700 |

Date:  3/15/13

Approved: _____

Date:  3-15-13

PARTNER APPROVAL

ACCOUNTING USE:

Company: _____
By: _____
Date: _____

This AFE is an estimated amount only.
Approval is a commitment to pay your
proportionate share of actual costs
for completed work.

507/ ___
508/ ___
Well ref ___
G/L ___

# EXHIBIT 4

DA00011

 **Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

January 1, 2014

Sierra Pine Resources International (SPRI) has performed a reserves analysis and oil and gas potential study for Furie Operating Alaska, LLC ("Furie") and Cornucopia Oil and Gas Company, LLC ("Cornucopia") on approximately 9,300 acres within the KLU leases ADL389198, ADL389197, ADL389196, ADL389515, ADL389514, ADL389513, and ADL389507 (see Appendix 3 lease map for KLU) in the South Cook Inlet area of Alaska.  This area will herein be referred to as the ("Evaluation Area") and the term ("Project") used within this report refers specifically to this Evaluation Area.

Fourteen area wells are involved in the study, ten of which are within the Evaluation Area. Four additional wells are to the north-northeast of the KLU acreage in the closest analog field, the North Cook Inlet producing field approximately twenty miles away (See Figures 3 & 4). All wells have full suites of digitized wireline logs, at least from the top of the Tyonek down thru the Hemlock if drilled deep enough. Five of the ten wells within the KLU are the Kitchen Lights Unit #1, Kitchen Lights Unit #2, Kitchen Lights Unit #2 sidetrack, Kitchen Lights Unit #3, and the Kitchen Lights Unit #4 drilled and operated by Furie. The other five wells were drilled by Shell, Arco, and Phillips in the 1960's, 1980's and 1990's. Rock sample analyses, sidewall rotary core analyses, mudlogs, wireline pressure measurements, and production test information have been assimilated and integrated with the computer processed wireline log analyses to illustrate the key similarities between the KLU lease wells and the established production in the North Cook Inlet field.

A broad scope of technical and cultural information from in and around the Kitchen Lights Unit, as well as from nearby producing fields, in the Cook Inlet of Alaska, has been accumulated, organized, and analyzed to verify and quantify the presence of probably economically viable hydrocarbon accumulations. It is recognized that there are conceivably sufficient gas prone accumulations in the shallow multiple stacked sands within the Sterling and Beluga formations. Additionally favorable oil prone accumulations are indicated in multiple stacked sands in the deeper Tyonek and Hemlock formations.

Reserves within the Evaluation Area have been estimated and with additional successful evaluation drilling and testing, could be upgraded in part or wholly as Proved reserves. These estimates shown in this report and below have been prepared in accordance with the definitions and guidelines set forth in the 2007 Petroleum management system (PRMS) approved by the Society of Petroleum Engineers (SPE).

FURIE-BANKR_00200099
DA00012



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

We estimate the gross unrisked (100 percent) Proved, Probable, and Possible reserves and contingent resources in the Kitchen Lights Unit, as of January 1, 2014, to be:

| Formation - Location | 1P "Proved" Gross Gas, Mcf | 2P "Proved + Probable" Gross Gas, Mcf | 3P "2P + Possible" Gross Gas, Mcf | Contingent Gross Oil, Bo | Contingent Gross Gas, Mcf |
|---|---|---|---|---|---|
| Sterling - NE | 92,511,601 | 113,128,131 | 147,520,050 | | |
| Beluga - NE | 111,888,796 | 153,237,063 | 201,537,385 | | |
| Tyonek - NE | not determined | not determined | not determined | 6,534,902 | 5,482,835 |
| Sunfish – NE | | | | 3,534,612 | 3,191,755 |
| Foreland – NE | not determined | not determined | not determined | | |
| | | | | | |
| Tyonek – NE extension KLU#4 | | | | 868,790 | 43,440,000 |
| Sunfish – NE extension KLU#4 | | | | 8,701,962 | 7,857,872 |
| N. Foreland –NE extension KLU#4 | | | | 5,597,808 | 5,054,820 |
| Sunfish Channel – NE extension KLU#4 | | | | 14,306,885 | 12,919,117 |
| Hemlock – NE extension KLU#4 | | | | 6,203,088 | 5,601,389 |
| Naknek – NE extension KLU#4 | | | | 6,179,784 | 5,580,345 |
| | | | | | |
| Sterling - SW | 16,665,892 | 19,845,185 | 26,100,388 | | |
| Beluga - SW | 55,270,384 | 69,650,614 | 91,604,488 | | |
| Tyonek – SW | | | | 8,600,984 | 7,766,689 |
| Sunfish – SW | | | | 39,298,755 | 35,486,775 |
| Foreland - SW | | | | 23,069,632 | 20,831,878 |
| | | | | | |
| TOTAL (NE +SW) | 276,336,673 | 355,860,993 | 466,762,311 | 122,897,202 | 153,213,475 |

The above reserve estimates are deterministically calculated. The characterization of these estimates is supported by interpretation of complete well log suites, mudlog sample analyses, and by geological and engineering data from within the Kitchen Lights Unit as well as from nearby producing analog fields. As reported, there are four flow tests from the Kitchen Lights Unit #3 and one flow test from the Shell SRS ST1 well, which is in KLU, from between 13,050 feet to 13,300 feet that produced nearly 500 barrels of oil per day. The reserves being classified as Proved reserves are based on the production flow tests from the KLU #3 as well as on the strong petrophysical similarities of like Sterling and Beluga sands as seen in the rest of the Kitchen Lights Unit wells drilled to date.

Reserves shown in this report have been estimated using deterministic methods and are unrisked. With additional successful evaluation drilling and flow testing, it is likely about 50 percent of the tested formation reserves could be upgraded to the Proved Undeveloped  (PUD) category.

The reserves not stipulated as "Proved" reserves as specified by the Society of Petroleum Engineers, but rather as reserves presented as "Probable" and "Possible" attic reserves with technical merit based on wireline measurement attributes in existing wells comparable to the flow tested sands in the KLU#3 and also on known production in the area. Furthermore new generation structure and isopach maps were developed incorporating the new well information in support of these reported reserves.

For the purposes of this report, we did not perform any field inspection of the properties, nor did we examine the mechanical operation or condition of the wells. We have not investigated possible environmental liability related to the properties.

FURIE-BANKR_00200100
DA00013



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

Bruce Ganer and the SPRI team have prepared the report and constructed the exhibits as well as the technical write up. He has received technical support in the procurement of outside resource material referenced in the report and received help, which he supervised, with the refinement of exhibits that appear in the report.  From the petrophysical results derived from current well control and from 2D seismic data licensed to Furie Alaska Operating LLC, Bruce Ganer has performed reserve estimate calculations, performed detailed petrophysical evaluations, and mapped reservoirs via his geological staff. The structure maps were audited by Bruce Ganer and a SPRI contract Geoscientist after the existing 2D seismic data was loaded onto SPRI's workstation. He has directed the efforts of SPRI personnel towards collecting petrophysical information, engineering and geological information and constructing an informational database of the Cook Inlet area that includes a broad scope of information on analog oil and gas producers. Economic models were built and run under Bruce Ganer's supervision and input with regards to expected flowrate forecast and ultimate production. Bruce Ganer accepts responsibility for the report as delivered from SPRI to Furie Operating within the confines of the disclaimer(s) stipulated in the report. Methods employed are consistent with generally accepted industry standards as defined by the Society of Petroleum Engineers (SPE) and the Society of Petrophysicists and Well Log Analysts (SPWLA). There were no deviations from the standard practices for reserve categorization as set forth by SPE, unless otherwise stipulated herein. Bruce Ganer has been a member of the Society of Petroleum Engineers since June of 1981, Published SPE#12182 in 1985 November issue of Journal of Petroleum Technology. He has been a member of the Society of Petrophysicists and Well Log Analysts since June of 1981.

Bruce Ganer, and SPRI, is a third party consultant to Furie. SPRI, which includes Bruce Ganer, is independent of the company, its directors, senior management and its other advisers; has no economic or beneficial interest (present or contingent) in the company or in any of the mineral assets being evaluated and is not remunerated by way of a fee that is linked to the admission or value of the company.

_____

Bruce Ganer, M.S. Petroleum Engineer
President, Sierra Pine Resources International, Inc.

FURIE-BANKR_00200101
DA00014



Sierra Pine Resources International
110 Cypress Station Dr.  Ste. 155
Houston, TX 77090

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
As of January 1, 2014

### History

Furie Operating Alaska, LLC (Furie) drilled the Kitchen Lights Unit 1 (KLU 1 in KLU lease ADL389198) well in the Kitchen Lights Unit in the Cook Inlet of Alaska, finishing drilling operations in October of 2011. This well is centrally located in the Kitchen Lights Unit (see Figure 3), which is centrally located in the Cook Inlet of Alaska (see Figure 4). The well was drilled, during the third and fourth quarters of 2011 to a depth of 8,809 feet measured depth (MD), and drilling was suspended in October 2011 as a result of the drilling season coming to an end. The KLU 1 encountered gas shows over a gross interval of 3950 feet in the Beluga and Sterling Formation sands between 8,700 to 12,920 feet MD and oil pay in the Sunfish sands of the Lower Tyonek Formation between 13,050 to 13,150 feet MD.

Furie Operating Alaska, LLC (Furie) drilled the Kitchen Lights Unit 2 and 2 STA (sidetrack), in KLU lease ADL389198, well in the Kitchen Lights Unit in the Cook Inlet of Alaska, finishing drilling operations in November of 2012.  The KLU 2STA encountered gas shows over a gross interval of 3,894 feet in the Beluga Formation sands between 6,277 to 10,171 feet MD.

Furie Operating Alaska, LLC (Furie) drilled the Kitchen Lights Unit 3, in KLU lease ADL389197, well in the Kitchen Lights Unit in the Cook Inlet of Alaska, finishing drilling operations in July of 2013.  The KLU 3 encountered gas shows over a gross interval of 3,264 feet in the Beluga and Sterling Formations,  22 separate reservoir sands, between 3,732 to 4,740 feet MD and flow tested 4 pay intervals  (Figures 9-12).  Furie Operating Alaska, LLC (Furie) drilled the Kitchen Lights Unit 4 well, with the surface location in KLU lease ADL389514 and current bottomhole location in KLU lease ADL389513 in the Kitchen Lights Unit in the Cook Inlet of Alaska, finishing drilling operations in October of 2013.  Minor noncommercial shows were encountered in the Sterling and Beluga formations.  The permitted drilling season was coming to a close requiring that drilling operations were ceased and the well being temporarily suspended approximately 200 to 400 feet prior to reaching the primary reserve targets which include the upper Tyonek, Sunfish, North Foreland, Sunfish Channel, Hemlock and Naknek.  The KLU #4 was suspended in such a way as to allow reentering and drilling the deeper targets in the future, currently planned for early 2014.

FURIE-BANKR_00200102
DA00015



Sierra Pine Resources International
110 Cypress Station Dr. Ste. 155
Houston, TX 77090

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
As of January 1, 2014

### Geology

The main focus for this evaluation includes the Cenozoic-Tertiary strata, in particular, the stratigraphic zones seen by the wells drilled in the KLU which are the Sterling, Beluga, Tyonek, West Foreland, and Hemlock.[1] All of these are generally encountered at measured depths less than 15,000 feet. The Cook Inlet Basin (CIB) is generally established by three major faults, the Bruin Bay fault (West side) along the Alaskan Range, the Castle Mountain fault (North side), and the Border Ranges fault zone (East side) that runs along the Kenai Mountains. The Cook Inlet channel is oriented northeast to southwest unbounded and emptying into the Gulf of Alaska open water. The CIB is about 250 miles (Northeast to Southwest) long and 60 miles wide (East to West). About halfway out of the Cook Inlet, the Augustine-Seldovia Arch runs basically east to west across the Cook Inlet.

To date, all of the commercial gas and oil developments exist in an approximately 9,000 square miles area between the Augustine-Seldovia Arch and the Castle Mountain Fault which serves as the northern boundary of the CIB.[2] The KLU area is in the north quarter of this 9,000 square mile area as are four fields previously noted and judged by the DNR to have the greatest remaining gas reserve potential. The area can be further characterized as having intense tectonic activity and volcanic activity which can contribute to the creation of significant structuring which leads to the increased possibility of forming trapped reservoirs.

The Cook Inlet was a forearc basin during the Tertiary age when the Sterling, Beluga, and Tyonek Formations were deposited. The Tyonek Formation is Oligocene to Lower Miocene in age and produces oil in the lower part and primarily non-associated gas of biogenic origin in the upper section. The Tyonek sands are riverine and point bar deposits composed of sands, siltstones, shales and interbedded lignite. The Beluga is Upper Miocene in age, composed of sandstone, siltstone, shale and lignite similarly as in the Tyonek, and it unconformably overlies the Tyonek. The Beluga sand bodies have less areal extent and are more complex stratigraphy which presents the increased possibility of preserved reservoir traps where purely structural reservoir traps in this tectonically active environment could be purged. The trade off could be that sands are less correlative and continuous from well to well and could be smaller in size. The Sterling Formation overlies the Beluga. The Sterling sands were deposited as braided streams and rivers and as in the Beluga are stratigraphic in nature. Both the Beluga and Sterling formation reservoirs typically contain non- associated biogenic gas. The CIB has experienced compressional forces since the late Mesozoic age and continued through the Pliocene and Pleistocene time which caused intense folding and high-angle reverse faulting. This activity through the ages instigated the migration of oil and gas and the creation of structural traps that created the reservoirs that currently exist.

---

1. See Figure 2 of the DNR 2009 Cook Inlet Reserves report; also see slide #7 Cook Inlet DGGS study 5/2011
2. See pgs. 28, 29 Cook Inlet Energy Alternative Study Final Report

FURIE-BANKR_00200103
DA00016



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
As of January 1, 2014

### Data and Methodology

For our evaluation we were provided digital log data for the KLU 1, KLU 2, KLU 2 ST, KLU 3 and KLU 4 wells as well as test data from wells in the KLU and neighboring fields. We also received a seismic interpretation project containing 2D seismic data, culture data, horizon interpretations, and prior time and depth structure maps. We were provided copies of logs from the wells previously drilled in KLU as well as logs from offset analog fields. That log data was digitized and cross referenced with production and test information to derive "pay-show" petrophysical criteria, net pay, porosity, and water saturation for all the wells analyzed in KLU. New generation structure and isopach maps were created by SPRI and were used to determine a range of areas for input into our volumetric calculations. Generally the structurally lowest pay-show indicated in a well was taken as the lowest known oil or gas point and reserves attic to that point were estimated.

Technical analyses were undertaken to evaluate the volumes of gas and oil in KLU deriving performance parameters from existing analog fields also within the CIB. Those parameters which described the reservoir characteristics from a geologic, engineering, and petrophysical viewpoint were applied and tested against the technical information derived to date from the KLU and probably most importantly from the flow tests in the KLU #3.

The KLU data currently available at the time of this evaluation, including extensive well log wireline suites, 2D seismic, mudlogs and drilling samples, pressure, core data, and now four point flow tests (Figures 9-12), compares favorably to historic economic developments in CIB. Furthermore, pre-existing technical work and reports available through the Alaskan Department of Natural Resources (ADNR), publications from other established operators in the area, and reports or publications from outside consulting firms were considered. The findings of this evaluation are encouraging and fit comfortably within the ranges and limits of reservoir characteristics and reserve estimates made by independent outside sources.

FURIE-BANKR_00200104
DA00017



Sierra Pine Resources International
110 Cypress Station Dr.  Ste. 155
Houston, TX 77090

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
### As of January 1, 2014

## Reservoir Parameters

Upon evaluation of the KLU data for leases: ADL389198, ADL389197, ADL389196, ADL389515, ADL389507, ADL389513, ADL389514 (see Appendix 3 lease map for KLU, following the previously discussed methodology in this report, SPRI estimates the potential 81 million barrels of oil in the "drilled" area of the KLU and the possibility of an additional 80.5 billion cubic feet of gas and 41.9 million barrels of oil in an "exploratory" area recently identified which is currently being drilled by the KLU #4 well.  A noteworthy statement made in the introduction of the DNR 2009 Cook Inlet Reserves report, was "Most of the oil and gas fields in Alaska have outperformed their initial estimates for original in-place hydrocarbons."

This study concentrated on 55 of the higher quality, generally larger reservoirs as evidenced by the recent drilling of the KLU #3 well and the preexisting well control (six wells). In addition to these reservoirs there are numerous good "shows" of hydrocarbons not quantified by this study. Altogether it is estimated that within these 55 reservoirs, resources are 81 million barrels of oil.  Proved Undeveloped reserves are estimated to be 204.4 billion cubic feet of gas located in the northeastern half of the drilled KLU area. Another 62 billion cubic feet of gas is considered to be Probable reserves. Additionally, 82.7 billion cubic feet of gas is considered to be Possible reserves. (see Figure 1).

There are four Tyonek (11,500' deep) reservoirs with an "unrisked" estimated 15.1 million barrels of oil and 13.2 billion cubic feet of gas. Additionally, there are three Sunfish (13,000' deep) reservoirs with an "unrisked" estimated 42.8 million barrels of oil and 38.7 billion cubic feet of gas. The Sunfish has the strongest technical similarities to known production in the more immediate regional vicinity.

Furthermore, the two Foreland (14,000' deep) reservoirs highlighted by this study have estimated reserves of 23.1 million barrels of oil and 20.8 billion cubic feet of gas. Even though the Foreland zones have very positive wireline log attributes, less than favorable production tests indicate more risk associated with recoverable reserves in the Foreland reservoirs.

The criteria basis for the recognition of reserves are:  effective porosity (PHIE) greater than 12%, and water saturation (SWS) being less than 57%.  Porosity and permeability data from the Cook Inlet, in and near the KLU, available to Furie was collected and reviewed.  The porosity range of the data is from 4% to 24% and permeability ranged from 0.1 to 600 millidarcies.  The data distribution demonstrated a threshold for reservoir quality rock having a permeability of 4 millidarcies which generally corresponded to a porosity of 12%.  By log analysis, Sterling and Beluga porosities in zones of interest exhibited average porosities generally in the 25% to 35% range, which would correspond to permeabilities in the order of 600,000 plus millidarcys.  By log analysis, Tyonek and Sunfish porosities in zones of interest exhibited average porosities generally in the 13% to 22% range which would correspond to permeabilities in the order of 10 to 40 millidarcys.

FURIE-BANKR_00200105
DA00018



Sierra Pine Resources International
110 Cypress Station Dr. Ste. 155
Houston, TX 77090

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
### As of January 1, 2014

**Flow Rate and Formation Pressure Summary**

Considering pressure information currently available in the Cook Inlet, the KLU compares similarly to the rest of the known producing fields nearby on the basis of pressure gradient, that is, pounds per square inch per foot (psi/ft). It is noted that there are slight variances in a straight pressure gradient probably attributable to small trapped gas pockets or gas trapped in coal beds laminated within the sedimentary section. These are demonstrated as they are drilled and gas is liberated from the pockets by the drill bit. It is noted that most of the fields offsetting the KLU are producing from deeper horizons like the Hemlock, Sunfish, and Tyonek that are pushed up to much shallower depths than in the KLU. With that consideration it is still valid to make Depth (offset fields) to depth (KLU) for formation pressure comparisons. On that basis, at least to about 11,000 feet, the KLU and offset fields appear to be very similar in formation pressure, exhibiting pressure gradients ranging from about .41 to .55 psi per foot, and averaging around .472 psi per foot. In the KLU specifically, 31 pressures were taken in the KLU #1 from depths between 5054 feet to 10851 feet deep, using Schlumberger's XPT instrument.

The 31 KLU pressure measurements exhibited pressure gradients ranging from .4358 to .5462 psi per foot, averaging .4461 psi per foot. Deeper than 11,000 feet the information coming out of KLU indicates a rapidly increasing pressure gradient with depth, in this area these deeper depths correspond to Tyonek, Sunfish, and Hemlock horizons. The Shell wells drilled in KLU in 1964-1965, measured bottom hole pressures versus depth of 8,807 psi around 13,500 feet (.6524 psi/ft), 11,300 psi around 15,500 (.729 psi/ft), 12,648 psi around 15,364 feet (.823 psi/ft), and 13,794 psi around 16,030 feet (.861 psi/ft).

Hydraulic gradients in reservoirs vary from a maximum near 0.5 psi/ft for brines to 0.433 psi/ft for fresh water, depending upon the pressure, temperature, and salinity of the formation water. Mud weights for drilling are based on providing a hydraulic head slightly more than the weight needed to contain the formation from flowing, typically starting at surface with a weight of around 8.4 pounds per gallon corresponding to an expected formation pressure gradient of .436 psi/ft, then increased proportionately as the formation pressure gradient increases. As evidenced by the Schlumberger XPT measurements taken in the KLU #1 pressure gradients ranged from .4358 to .5462 psi per foot, averaging .4461 psi per foot corresponding to "equivalent mud weights" of 8.4 to 10.5 pounds per gallon, averaging 8.58 pounds per gallon for depths less than 11,000 feet.

The pressure measurements taken most recently in the KLU #3 demonstrated pressure gradients in the Sterling and Beluga formations to be .4215 to .4959 psi per foot. See the summary table (Figure 8) for the Schlumberger MDT measurements.

FURIE-BANKR_00200106
DA00019



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
As of January 1, 2014

**KLU #3 Flow Rates**

Refer to the KLU #3 four point flow test results:  See Figures 9-12 EXPRO summary reports

    Based on the Beluga flow tests in the KLU#3, 8.9 and 14.1 million cubic feet per day, the results yielded on average 34.1 cubic feet per psi per milidarcy-feet greatly exceeded the expected 0.2735 cubic feet per psi per millidarcy-feet as derived from prior well information. Similarly the Sterling flow test in the KLU#3, 12.25 million cubic per day, yielded 5.9 cubic feet per psi per milidarcy-feet also exceeding the expected 0.2735 cubic feet per psi per millidarcy-feet as discussed above.  These tests, totally 35.3 million cubic feet per day, appear to be representative of the remainder of the Sterling and Beluga pay zones that were not flow tested.  By this analysis it is indicated that less than one third of the total equivalent pay in the Sterling and Beluga formations, as seen in the KLU #3, was flow tested.

FURIE-BANKR_00200107
DA00020



**Sierra Pine Resources International**
**110 Cypress Station Dr. Ste. 155**
**Houston, TX 77090**

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
As of January 1, 2014

### Production Plans

Expected capital expenditures can be found in Figure 5 of this report and expected production rates for the lifetime of the Project can be found in Figure 6 of this report.  Peak gas production (53 MMcf/day) is forecast to be reached in early 2015.  The gas production plateau is forecast to last approximately 7 years.  Field production decline is forecast to be at an annual rate of 15% based on other North Cook Inlet producing wells.  It is difficult to determine the economic life of either the oil or gas production under present day circumstances, but it is expected that the KLU field developments will remain viable for at least the next 20 to 30 years.  No comment can be made regarding the prospect for enhanced recovery as the viability of enhanced recovery can only be determined on the performance characteristics of the primary field developments and resultant production.

### Valuation

The net present value is based only on what is considered to be Proved Undeveloped reserves and does not contemplate the Probable reserves, Possible reserves or Contingent resources mentioned earlier.  The net present value is the same as the "Present Worth" shown in Figure 7 of this report.  The net present value of this Project, considering a discount rate of 10%, is approximately $314.5 million (US).  This is based on a net investment of $76.2 million (US), producing 184 billion cubic feet of gas.  Forecasts were made using a flat commodity price of $6.50 (US) per thousand cubic feet of gas.  Exchange rates, realized prices, and local fiscal terms were not factored into this report.  This Project's outcome will exhibit sensitivity to factors such as commodity price fluctuation due to supply and demand variations, new improved technologies that lead to enhanced efficiencies, increased accumulation of technical data from additional well data, and varying economic standards.

### Environmental and Facilities

At this time Furie has no offshore production platforms or any field abandonment or ongoing environmental liabilities; however, once a Plan of Development is put into place later in 2013 abandonment and ongoing environmental obligations will be included at that time.

The only abandonment and environmental well obligations Furie has is to remove the 30 inch conductor pipe which KLU #1, KLU #2, and KLU #3 have if the wells are not to be reentered.  There has never been any production of hydrocarbons in the Kitchen Lights Unit and all past Exploration wells have been permanently abandoned by the previous well operators and Furie has no further well abandonment or environmental obligations to those wells.

FURIE-BANKR_00200108
DA00021



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# DISCUSSION
## KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
## MULTIPLE RESERVOIRS ANALYSIS
As of January 1, 2014

### Historic Production/Expenditures

No production wells or platforms have ever been drilled or installed within KLU only exploratory wells, thus there is no production, operating expenditures related to Furie or past operators related to historic production.

### Infrastructure

The KLU is surrounded by long standing producing fields.  The infrastructure in the region is reasonably well established with all necessary accessibility to the property.  Operational needs with regards to power, water, human resources, occupational health and safety are reasonably in place to accommodate the anticipated developments.

### Special Factors

The region is an area that presents operational challenges that have been successfully met over the last 50 years by both large and small oil companies.  The availability of a diverse group of service providers with a long history of providing services in the region, to adequately funded companies makes this possible.  Weather and tide fluctuations are key considerations and drive operational and cost considerations intrinsic to Furie's economic plan and operational forecasts as reported herein.

FURIE-BANKR_00200109
DA00022



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

## FIGURE 1

| Formation - Location | 1P "Proved" Gross Gas, Mcf | 2P "Proved + Probable" Gross Gas, Mcf | 3P "2P + Possible" Gross Gas, Mcf | Contingent Gross Oil, Bo | Contingent Gross Gas, Mcf |
|---|---|---|---|---|---|
| Sterling - NE | 92,511,601 | 113,128,131 | 147,520,050 | | |
| Beluga - NE | 111,888,796 | 153,237,063 | 201,537,385 | | |
| Tyonek - NE | not determined | not determined | not determined | 6,534,902 | 5,482,835 |
| Sunfish – NE | | | | 3,534,612 | 3,191,755 |
| Foreland – NE | not determined | not determined | not determined | | |
| | | | | | |
| Tyonek – NE extension KLU#4 | | | | 868,790 | 43,440,000 |
| Sunfish – NE extension KLU#4 | | | | 8,701,962 | 7,857,872 |
| N. Foreland –NE extension KLU#4 | | | | 5,597,808 | 5,054,820 |
| Sunfish Channel – NE extension KLU#4 | | | | 14,306,885 | 12,919,117 |
| Hemlock – NE extension KLU#4 | | | | 6,203,088 | 5,601,389 |
| Naknek – NE extension KLU#4 | | | | 6,179,784 | 5,580,345 |
| | | | | | |
| Sterling - SW | 16,665,892 | 19,845,185 | 26,100,388 | | |
| Beluga - SW | 55,270,384 | 69,650,614 | 91,604,488 | | |
| Tyonek – SW | | | | 8,600,984 | 7,766,689 |
| Sunfish – SW | | | | 39,298,755 | 35,486,775 |
| Foreland - SW | | | | 23,069,632 | 20,831,878 |
| | | | | | |
| TOTAL (NE +SW) | 276,336,673 | 355,860,993 | 466,762,311 | 122,897,202 | 153,213,475 |

    KLU Reserve Summary table listing reserves deterministically estimated based on the higher quality wireline log attributes and mudlog attributes comparable to known production in area offsetting fields.  Reservoir maps created from seismic generated structure maps and existing well control  were used for these reserve estimates.  The reservoir maps constructed represent areas "attic" to wireline log "hydrocarbon shows" in existing wells at the time of the evaluation.
    Deterministic reserve calculations are offered in lieu of probabilistic ranges because well information is available specific to each of the sands which appear to serve as reservoirs for oil and gas accumulations.  The known data serves to significantly narrow the range of possibilities for even a probabilistic assessment to the point that the experience driven "best" deterministic reserve estimate was used to represent a most likely case reserve estimate.  All reserve estimates, at this point, have a high level of uncertainty until significantly more additional drilling, and data acquisition occur.
    Mineral resources are reported not being inclusive of reserves.

FURIE-BANKR_00200110
DA00023



**Sierra Pine Resources International**
**110 Cypress Station Dr. Ste. 155**
**Houston, TX 77090**

**FIGURE 2**

## Location Map
Showing Kitchen Lights Unit in relation to Alaska



FURIE-BANKR_00200111
DA00024



**Sierra Pine Resources International**
**110 Cypress Station Dr. Ste. 155**
**Houston, TX 77090**

**FIGURE 3**

## <u>Structure Maps</u>

Sterling NE MDT 4018



FURIE-BANKR_00200112
DA00025



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Depth Structure - Sterling NE MDT 4018



FURIE-BANKR_00200113
DA00026



**Sierra Pine Resources International
110 Cypress Station Dr. Ste. 155
Houston, TX 77090**

**FIGURE 3 Continued**

## <u>Structure Maps Continued</u>

### Sterling NE MDT 4172



FURIE-BANKR_00200114
DA00027



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Sterling NE MDT 4669



FURIE-BANKR_00200115
DA00028



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

### Sterling SW CP 3604



FURIE-BANKR_00200116
DA00029



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Depth Structure - Sterling SW CP 3604



FURIE-BANKR_00200117
DA00030



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Sterling SW CP 3719



FURIE-BANKR_00200118
DA00031



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Depth Structure - Sterling SW CP 3719



FURIE-BANKR_00200119
DA00032



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Sterling SW CP 4272



FURIE-BANKR_00200120
DA00033



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Depth Structure - Sterling SW CP 4272



FURIE-BANKR_00200121
DA00034



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Time Structure – Beluga NE Horizon



FURIE-BANKR_00200122
DA00035



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Time Structure – Beluga NE Horizon



---

**Page 25**

FURIE-BANKR_00200123
DA00036



Sierra Pine Resources International
110 Cypress Station Dr.  Ste. 155
Houston, TX 77090

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Depth Structure – Beluga NE Horizon



FURIE-BANKR_00200124
DA00037



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Beluga NE MDT 5990



FURIE-BANKR_00200125
DA00038



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Beluga SW CP 4958



FURIE-BANKR_00200126
DA00039



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

# Structure Maps Continued

Seismic Depth Structure - Beluga SW CP 4958



FURIE-BANKR_00200127
DA00040



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Beluga SW CP 5562



FURIE-BANKR_00200128
DA00041



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

## Structure Maps Continued

Seismic Depth Structure - Beluga SW CP 5562



FURIE-BANKR_00200129
DA00042



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 3 Continued**

# Structure Maps Continued

Seismic Time Structure – Tyonek Horizon



FURIE-BANKR_00200130
DA00043



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 4**

## Base Map
Showing Neighboring Fields around the Kitchen Lights Unit



FURIE-BANKR_00200131
DA00044



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 5**

## <u>Expenditures Forecast</u>
Table Showing Planned Expenditures for the Project

8/8's Capital Expenditure - MM$

| First Prod | Event | Total | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | | 2018 | | 2028 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MM$ | MM$ | Date | MM$ | Date | MM$ | Date | MM$ | Date | MM$ | Date | MM$ | Date | MM$ | Date |
| | Gas Onshore Facilities | 23.000 | 6.000 | Jul-13 | 12.000 | Jul-14 | | | | | 5.000 | Jul-17 | | | | |
| | Tax Credits | (30.350) | | | (2.700) | Apr-14 | (5.400) | Apr-15 | | | | | (2.250) | Jul-18 | | |
| | Gas Monopod/Pipeline | 99.000 | 14.700 | Jul-13 | 84.300 | Jul-14 | | | | | | | | | | |
| | Tax Credits | (44.515) | | | (6.615) | Apr-14 | (37.900) | Apr-15 | | | | | | | | |
| | P/A | 50.000 | | | | | | | | | | | | | 40.000 | Jan-28 |
| | Tax Credits | 0.000 | | | | | | | | | | | | | | |
| Oct-14 | KLU3 A | 2.000 | | | 2.000 | Sep-14 | | | | | | | | | | |
| | Tax Credits | (1.300) | | | | | (1.300) | Jul-15 | | | | | | | | |
| Dec-14 | KLU3 B | 15.000 | | | 15.000 | Nov-14 | | | | | | | | | | |
| | Tax Credits | (9.750) | | | | | (9.750) | Jul-15 | | | | | | | | |
| | KLU3 C (Additional Recovery) | 9.000 | | | | | 9.000 | Jul-15 | | | | | | | | |
| | Tax Credits | (5.900) | | | | | | | (5.900) | Jul-16 | | | | | | |
| | **Investments** | **198.000** | 20.700 | | 113.300 | | 9.000 | | 0.000 | | 5.000 | | 0.000 | | 40.000 | |
| | **Tax Credits** | **(71.815)** | 0.000 | | (9.315) | | (54.350) | | (5.900) | | 0.000 | | (2.250) | | 0.000 | |
| | **Grand Total** | **126.185** | 20.700 | | 103.985 | | (45.350) | | (5.900) | | 5.000 | | (2.250) | | 40.000 | |

The above spreadsheet shows expected capital expenditures for the Project lifetime. On the left side of the sheet are the events for expenditure and the applicable totals. To the right is the breakdown of costs by year. All cost numbers are in millions of dollars.

FURIE-BANKR_00200132
DA00045



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 6**

## Evaluation Area Lifetime Production Forecast



This plot is showing expected gas production over the lifetime of the Evaluation Area as planned in Figure 5.  The year (20XX) is plotted linearly along the X-axis from 2011 – 2033.  The gas curve is in red and is plotted based on the left side Y-axis which is on a logarithmic scale from 100 – 100,000 million cubic feet of gas per month.

FURIE-BANKR_00200133
DA00046



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 7**

## Economic Summary Projections
Table Showing Expected Income, Expense, Cash Flow, and Present Worth for the Project

The financial data sheets on the following four pages show the expected values for the proved, probable, and possible reserve categories of the Furie KLU Evaluation Area.  The fourth page, a grand total page, shows a combination of the three other pages. The gas reserve values used in this figure are specific to the Evaluation Area and are "risked" values equal to 90% of the proved, 50% of the probable, and 10% of the possible "unrisked" estimated gas reserves in the NE section of KLU listed in Figure 1 of this report.  These economic summary pages are divided horizontally into two rows.  The top row shows the different factors which comprise the expected revenue stream and the bottom row similarly shows the expenses.  Additionally the two columns on the right side of the bottom row show the expected annual cash flow and resultant cumulative discounted (10%) cash flow.  The bottom of the page has five key metrics which are valuable as indicators of the viability of the Evaluation Area.

The five metrics are:

- Discounted initial investment
- Return on investment
- Years to payout
- Internal rate of return
- Disc PW (10%)

FURIE-BANKR_00200134
DA00047



**Sierra Pine Resources International**
**110 Cypress Station Dr. Ste. 155**
**Houston, TX 77090**

**FIGURE 7 Continued**

## Economic Summary Projection Inputs/Assumptions

| Field | Kitchen Lights Unit | County | | State | AK | | | | | | |

| Well | Operator | API# | Ser# | KB | Sec | Twn | Rge | Lat | Long |
|---|---|---|---|---|---|---|---|---|---|

| Reserves | Depth | | Reserve | Estimate | Estimate | Ownership | | Production Dates | | Cum | | | EUR | | | Rem | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reservoir Name | MD | TVD | Class | Method | Date | WI | NRI | Start | End | MBO | MMcf | MBW | MBO | MMcf | MBO | MMcf |
| Sterling NE | | | | | | 1.0000 | 0.7500 | | | | | | | 147,520.1 | | 147,520.1 |
| | | | | | | 0.8000 | 0.6000 | | | | | | | | | |
| Beluga NE | | | | | | 1.0000 | 0.7500 | | | | | | | 201,537.4 | | 201,537.4 |
| | | | | | | 0.8000 | 0.6000 | | | | | | | | | |

| Economics | Start | | Time or Vol | | | | Sk/Bbl | | Capital & Expenses - M$ | | | | Reserve Probabilities | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reservoir Name | Date | qi (Mo) | Constant | De | n | qf (Mo) | Boe/MMcf | Drill | (Re)Comp | Fac | P/A | Exp/Mo | Composite | Reservoir | Geological | Mechanical |
| KLU 3A | 10/01/14 | 750 | 62,523 MM | 23.368% | 0 | 70 MM | 0.0 | | | | | 150.0 | 0.639 | | | |
| | | | | | | | | See Figure 5: | | | | $.59/Mcf | | | | |
| KLU 3B | 12/01/14 | 900 | 61,869 MM | 27.726% | 0 | 70 MM | 0 | Expenditures | | | | 150.0 | 0.639 | | | |
| | | | | | | | | | | | | $.59/Mcf | | | | |
| | | | | Schedules shown are for Risked reserves | | | | | | | | | Reservoir probability includes drainage consideration | | | |

| Notes: | |

Gas Price: $6.50/Mcf          Ownership Reversion: 1/1/23          Platform Expense: 160 M$/Mo

FURIE-BANKR_00200135
DA00048



**Sierra Pine Resources International**
110 Cypress Station Dr.  Ste. 155
Houston, TX 77090

**FIGURE 7 Continued**

## Economic Summary Projection – "Proved"

| Year | Gross Oil (Mbbl) | Gross Gas (MMcf) | Gross NGL (Mgal) | Net Oil (Mbbl) | Net Gas (MMcf) | Net NGL (Mgal) | Oil Price ($/bbl) | Gas Price ($/Mcf) | NGL Price ($/gal) | Total Revenue (M$) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014 | 0.00 | 3,185.75 | 0.00 | 0.00 | 2,389.32 | 0.00 | 0.00 | 6.50 | 0.00 | 15,530.55 |
| 2015 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2016 | 0.00 | 19,854.25 | 0.00 | 0.00 | 14,890.68 | 0.00 | 0.00 | 6.50 | 0.00 | 96,789.45 |
| 2017 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2018 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2019 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2020 | 0.00 | 19,564.46 | 0.00 | 0.00 | 14,673.35 | 0.00 | 0.00 | 6.50 | 0.00 | 95,376.74 |
| 2021 | 0.00 | 16,829.27 | 0.00 | 0.00 | 12,621.96 | 0.00 | 0.00 | 6.50 | 0.00 | 82,042.71 |
| 2022 | 0.00 | 12,843.15 | 0.00 | 0.00 | 9,632.36 | 0.00 | 0.00 | 6.50 | 0.00 | 62,610.36 |
| 2023 | 0.00 | 9,589.82 | 0.00 | 0.00 | 5,753.89 | 0.00 | 0.00 | 6.50 | 0.00 | 37,400.29 |
| 2024 | 0.00 | 7,183.55 | 0.00 | 0.00 | 4,310.13 | 0.00 | 0.00 | 6.50 | 0.00 | 28,015.84 |
| 2025 | 0.00 | 5,355.98 | 0.00 | 0.00 | 3,213.59 | 0.00 | 0.00 | 6.50 | 0.00 | 20,888.31 |
| 2026 | 0.00 | 4,009.29 | 0.00 | 0.00 | 2,405.58 | 0.00 | 0.00 | 6.50 | 0.00 | 15,636.24 |
| 2027 | 0.00 | 3,003.67 | 0.00 | 0.00 | 1,802.20 | 0.00 | 0.00 | 6.50 | 0.00 | 11,714.33 |
| Rem | 0.00 | 3,341.16 | 0.00 | 0.00 | 2,004.70 | 0.00 | 0.00 | 6.50 | 0.00 | 13,030.54 |
| Total | 0.00 | 183,960.36 | 0.00 | 0.00 | 133,097.75 | 0.00 | 0.00 | 6.50 | 0.00 | 865,135.36 |
| Ult | 0.00 | 183,960.36 | 0.00 | | | | | | | |

| Year | Well Count | Net Tax Production (M$) | Net Tax AdValorem (M$) | Net Investment (M$) | Net Lease Costs (M$) | Net Well Costs (M$) | Other Costs (M$) | Abandon. Investment (M$) | Annual Cash Flow (M$) | Cum Disc. Cash Flow (M$) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 0.00 | 0.00 | 0.00 | 20,700.00 | 800.00 | 0.00 | 0.00 | 0.00 | -21,500.00 | -21,483.48 |
| 2014 | 2.00 | 0.00 | 310.61 | 103,985.00 | 1,920.00 | 600.00 | 1,592.88 | 0.00 | -92,877.94 | -106,049.16 |
| 2015 | 3.00 | 0.00 | 1,930.50 | -45,350.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 124,524.50 | -2,307.54 |
| 2016 | 3.00 | 0.00 | 1,935.79 | -5,900.00 | 1,920.00 | 3,600.00 | 9,927.12 | 0.00 | 85,306.54 | 61,502.78 |
| 2017 | 2.00 | 0.00 | 1,930.50 | 5,000.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 74,174.50 | 111,723.52 |
| 2018 | 2.00 | 0.00 | 1,930.50 | -2,250.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 81,424.50 | 161,631.24 |
| 2019 | 2.00 | 0.00 | 1,930.50 | 0.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 79,174.50 | 205,562.82 |
| 2020 | 2.00 | 0.00 | 1,907.53 | 0.00 | 1,920.00 | 3,600.00 | 9,782.23 | 0.00 | 78,166.98 | 244,843.47 |
| 2021 | 2.00 | 0.00 | 1,640.85 | 0.00 | 1,920.00 | 3,600.00 | 8,414.64 | 0.00 | 66,467.22 | 275,116.78 |
| 2022 | 2.00 | 0.00 | 1,252.21 | 0.00 | 1,920.00 | 3,600.00 | 6,421.58 | 0.00 | 49,416.58 | 295,507.96 |
| 2023 | 2.00 | 0.00 | 748.01 | 0.00 | 1,536.00 | 2,880.00 | 3,835.93 | 0.00 | 28,400.36 | 306,117.87 |
| 2024 | 2.00 | 0.00 | 560.32 | 0.00 | 1,536.00 | 2,880.00 | 2,873.42 | 0.00 | 20,166.10 | 312,938.11 |
| 2025 | 2.00 | 0.00 | 417.77 | 0.00 | 1,536.00 | 2,880.00 | 2,142.39 | 0.00 | 13,912.15 | 317,197.71 |
| 2026 | 2.00 | 0.00 | 312.72 | 0.00 | 1,536.00 | 2,880.00 | 1,603.72 | 0.00 | 9,303.80 | 319,777.35 |
| 2027 | 2.00 | 0.00 | 234.29 | 0.00 | 1,536.00 | 2,880.00 | 1,201.47 | 0.00 | 5,862.57 | 321,249.73 |
| Rem. | | 0.00 | 260.61 | 0.00 | 8,690.07 | 4,187.43 | 1,336.47 | 40,000.00 | -41,444.04 | -6,746.61 |
| Total | | 0.00 | 17,302.71 | 76,185.00 | 34,450.07 | 47,987.43 | 88,731.83 | 40,000.00 | 560,478.32 | 314,503.12 |

**Present Worth Profile (M$)**

| | | |
|---|---|---|
| PW | 5.00% : | 420,668.46 |
| PW | 10.00% : | 314,503.12 |
| PW | 12.00% : | 279,883.52 |
| PW | 14.00% : | 249,053.80 |
| PW | 15.00% : | 234,926.14 |
| PW | 20.00% : | 175,251.78 |

Disc. Initial Invest. (M$) :   141,218.953
ROInvestment (disc/undisc) :   3.23 / 5.56
Years to Payout :   2.76
Internal ROR (%) :   60.64

*Note Abandonment Investment used here is net to Furie after reversion of ownership (Gross amount is 50,000 M$)

FURIE-BANKR_00200136
DA00049



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 7 Continued**

## Economic Summary Projection – "Possible"

| Year | Gross Oil (Mbbl) | Gross Gas (MMcf) | Gross NGL (Mgal) | Net Oil (Mbbl) | Net Gas (MMcf) | Net NGL (Mgal) | Oil Price ($/bbl) | Gas Price ($/Mcf) | NGL Price ($/gal) | Total Revenue (M$) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2021 | 0.00 | 246.02 | 0.00 | 0.00 | 184.52 | 0.00 | 0.00 | 6.50 | 0.00 | 1,199.36 |
| 2022 | 0.00 | 766.06 | 0.00 | 0.00 | 574.54 | 0.00 | 0.00 | 6.50 | 0.00 | 3,734.52 |
| 2023 | 0.00 | 1,153.29 | 0.00 | 0.00 | 691.97 | 0.00 | 0.00 | 6.50 | 0.00 | 4,497.83 |
| 2024 | 0.00 | 1,006.59 | 0.00 | 0.00 | 603.95 | 0.00 | 0.00 | 6.50 | 0.00 | 3,925.70 |
| 2025 | 0.00 | 864.93 | 0.00 | 0.00 | 518.96 | 0.00 | 0.00 | 6.50 | 0.00 | 3,373.22 |
| 2026 | 0.00 | 739.31 | 0.00 | 0.00 | 443.59 | 0.00 | 0.00 | 6.50 | 0.00 | 2,883.32 |
| 2027 | 0.00 | 627.70 | 0.00 | 0.00 | 376.62 | 0.00 | 0.00 | 6.50 | 0.00 | 2,448.02 |
| Rem | 0.00 | 2,730.90 | 0.00 | 0.00 | 1,638.54 | 0.00 | 0.00 | 6.50 | 0.00 | 10,650.52 |
| Total | 0.00 | 8,134.80 | 0.00 | 0.00 | 5,032.69 | 0.00 | 0.00 | 6.50 | 0.00 | 32,712.51 |
| Ult | 0.00 | 8,134.80 | 0.00 | | | | | | | |

| Year | Well Count | Net Tax Production (M$) | Net Tax AdValorem (M$) | Net Investment (M$) | Net Lease Costs (M$) | Net Well Costs (M$) | Other Costs (M$) | Abandon. Investment (M$) | Annual Cash Flow (M$) | Cum Disc. Cash Flow (M$) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2020 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2021 | 0.00 | 0.00 | 23.99 | 0.00 | 0.00 | 0.00 | 123.01 | 0.00 | 1,052.36 | 463.13 |
| 2022 | 0.00 | 0.00 | 74.69 | 0.00 | 0.00 | 0.00 | 383.03 | 0.00 | 3,276.81 | 1,806.96 |
| 2023 | 0.00 | 0.00 | 89.96 | 0.00 | 0.00 | 0.00 | 461.32 | 0.00 | 3,946.56 | 3,278.91 |
| 2024 | 0.00 | 0.00 | 78.51 | 0.00 | 0.00 | 0.00 | 402.64 | 0.00 | 3,444.55 | 4,441.88 |
| 2025 | 0.00 | 0.00 | 67.46 | 0.00 | 0.00 | 0.00 | 345.97 | 0.00 | 2,959.79 | 5,346.47 |
| 2026 | 0.00 | 0.00 | 57.67 | 0.00 | 0.00 | 0.00 | 295.73 | 0.00 | 2,529.93 | 6,046.48 |
| 2027 | 0.00 | 0.00 | 48.96 | 0.00 | 0.00 | 0.00 | 251.08 | 0.00 | 2,147.98 | 6,584.53 |
| Rem. | | 0.00 | 213.01 | 0.00 | 0.00 | 1,666.23 | 1,092.36 | 0.00 | 7,678.92 | 1,445.47 |
| Total | | 0.00 | 654.25 | 0.00 | 0.00 | 1,666.23 | 3,355.13 | 0.00 | 27,036.89 | 8,030.00 |

| | | | | **Present Worth Profile (M$)** |
|---|---|---|---|---|
| Disc. Initial Invest. (M$) : | 0.000 | | PW | 5.00% : | 14,551.76 |
| ROInvestment (disc/undisc) : | 0.00 / 0.00 | | PW | 10.00% : | 8,030.00 |
| Years to Payout : | 0.00 | | PW | 12.00% : | 6,370.79 |
| Internal ROR (%) : | 0.00 | | PW | 14.00% : | 5,071.40 |
| | | | PW | 15.00% : | 4,530.21 |
| | | | PW | 20.00% : | 2,605.76 |

FURIE-BANKR_00200138
DA00051



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 7 Continued**

## Economic Summary Projection – "Grand Total"

| Year | Gross Oil (Mbbl) | Gross Gas (MMcf) | Gross NGL (Mgal) | Net Oil (Mbbl) | Net Gas (MMcf) | Net NGL (Mgal) | Oil Price ($/bbl) | Gas Price ($/Mcf) | NGL Price ($/gal) | Total Revenue (M$) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2013 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2014 | 0.00 | 3,185.75 | 0.00 | 0.00 | 2,389.32 | 0.00 | 0.00 | 6.50 | 0.00 | 15,530.55 |
| 2015 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2016 | 0.00 | 19,854.25 | 0.00 | 0.00 | 14,890.68 | 0.00 | 0.00 | 6.50 | 0.00 | 96,789.45 |
| 2017 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2018 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2019 | 0.00 | 19,800.00 | 0.00 | 0.00 | 14,850.00 | 0.00 | 0.00 | 6.50 | 0.00 | 96,525.00 |
| 2020 | 0.00 | 19,854.25 | 0.00 | 0.00 | 14,890.68 | 0.00 | 0.00 | 6.50 | 0.00 | 96,789.45 |
| 2021 | 0.00 | 19,741.77 | 0.00 | 0.00 | 14,806.33 | 0.00 | 0.00 | 6.50 | 0.00 | 96,241.13 |
| 2022 | 0.00 | 17,975.52 | 0.00 | 0.00 | 13,481.64 | 0.00 | 0.00 | 6.50 | 0.00 | 87,630.64 |
| 2023 | 0.00 | 14,959.17 | 0.00 | 0.00 | 8,975.50 | 0.00 | 0.00 | 6.50 | 0.00 | 58,340.75 |
| 2024 | 0.00 | 11,782.82 | 0.00 | 0.00 | 7,069.69 | 0.00 | 0.00 | 6.50 | 0.00 | 45,953.00 |
| 2025 | 0.00 | 9,235.41 | 0.00 | 0.00 | 5,541.24 | 0.00 | 0.00 | 6.50 | 0.00 | 36,018.09 |
| 2026 | 0.00 | 7,265.26 | 0.00 | 0.00 | 4,359.16 | 0.00 | 0.00 | 6.50 | 0.00 | 28,334.52 |
| 2027 | 0.00 | 5,718.68 | 0.00 | 0.00 | 3,431.21 | 0.00 | 0.00 | 6.50 | 0.00 | 22,302.86 |
| Rem | 0.00 | 14,304.69 | 0.00 | 0.00 | 8,582.81 | 0.00 | 0.00 | 6.50 | 0.00 | 55,788.28 |
| **Total** | **0.00** | **223,077.56** | **0.00** | **0.00** | **157,818.26** | **0.00** | **0.00** | **6.50** | **0.00** | **1,025,818.72** |
| Ult | **0.00** | **223,077.56** | **0.00** | | | | | | | |

| Year | Well Count | Net Tax Production (M$) | Net Tax AdValorem (M$) | Net Investment (M$) | Net Lease Costs (M$) | Net Well Costs (M$) | Other Costs (M$) | Abandon. Investment (M$) | Annual Cash Flow (M$) | Cum Disc. Cash Flow (M$) |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2013 | 0.00 | 0.00 | 0.00 | 20,700.00 | 800.00 | 0.00 | 0.00 | 0.00 | -21,500.00 | -21,483.48 |
| 2014 | 2.00 | 0.00 | 310.61 | 103,985.00 | 1,920.00 | 600.00 | 1,592.88 | 0.00 | -92,877.94 | -106,049.16 |
| 2015 | 3.00 | 0.00 | 1,930.50 | -45,350.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 124,524.50 | -2,307.54 |
| 2016 | 3.00 | 0.00 | 1,935.79 | -5,900.00 | 1,920.00 | 3,600.00 | 9,927.12 | 0.00 | 85,306.54 | 61,502.78 |
| 2017 | 2.00 | 0.00 | 1,930.50 | 5,000.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 74,174.50 | 111,723.52 |
| 2018 | 2.00 | 0.00 | 1,930.50 | -2,250.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 81,424.50 | 161,631.24 |
| 2019 | 2.00 | 0.00 | 1,930.50 | 0.00 | 1,920.00 | 3,600.00 | 9,900.00 | 0.00 | 79,174.50 | 205,562.82 |
| 2020 | 2.00 | 0.00 | 1,935.79 | 0.00 | 1,920.00 | 3,600.00 | 9,927.12 | 0.00 | 79,406.54 | 245,444.00 |
| 2021 | 2.00 | 0.00 | 1,924.82 | 0.00 | 1,920.00 | 3,600.00 | 9,870.88 | 0.00 | 78,925.42 | 281,328.57 |
| 2022 | 2.00 | 0.00 | 1,752.61 | 0.00 | 1,920.00 | 3,600.00 | 8,987.76 | 0.00 | 71,370.27 | 310,735.13 |
| 2023 | 2.00 | 0.00 | 1,166.81 | 0.00 | 1,536.00 | 2,880.00 | 5,983.67 | 0.00 | 46,774.27 | 328,199.04 |
| 2024 | 2.00 | 0.00 | 919.06 | 0.00 | 1,536.00 | 2,880.00 | 4,713.13 | 0.00 | 35,904.82 | 340,333.88 |
| 2025 | 2.00 | 0.00 | 720.36 | 0.00 | 1,536.00 | 2,880.00 | 3,694.16 | 0.00 | 27,187.56 | 348,651.40 |
| 2026 | 2.00 | 0.00 | 566.69 | 0.00 | 1,536.00 | 2,880.00 | 2,906.10 | 0.00 | 20,445.73 | 354,314.37 |
| 2027 | 2.00 | 0.00 | 446.06 | 0.00 | 1,536.00 | 2,880.00 | 2,287.47 | 0.00 | 15,153.33 | 358,114.38 |
| Rem. | 0.00 | 0.00 | 1,115.77 | 0.00 | 8,690.07 | 12,947.22 | 5,721.88 | 40,000.00 | -12,686.65 | -1,128.92 |
| **Total** | **0.00** | **20,516.37** | **76,185.00** | **34,450.07** | **56,747.22** | **105,212.18** | **40,000.00** | **692,707.88** | **356,985.46** | |

Disc. Initial Invest. (M$) :    141,218.953
ROInvestment (disc/undisc) :    3.53 / 6.64
Years to Payout :    2.76
Internal ROR (%) :    60.87

**Present Worth Profile (M$)**

| PW | | |
|----|----|----|
| PW | 5.00% : | 494,765.05 |
| PW | 10.00% : | 356,985.46 |
| PW | 12.00% : | 314,089.23 |
| PW | 14.00% : | 276,680.25 |
| PW | 15.00% : | 259,781.38 |
| PW | 20.00% : | 190,054.80 |

— **Page 41** —

FURIE-BANKR_00200139
DA00052



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 8**

## <u>KLU #3 MDT Test Results</u>

Table Showing Modular Formation Dynamic Test results from Schlumberger

| Probe TVD | DD Mobility | Mud Pres. Before | Formation Pres. | Temp. After | Pressure Gradients |
|---|---|---|---|---|---|
| ft | mD/cP | psi | psi | degF | psi/ft |
| 3455.43 | 279.9 | 2062.184 | 1506.559 | 85.87 | 0.4360 |
| 3544.41 | 141.83 | 2115.584 | 1538.375 | 86.47 | 0.4340 |
| 3806.38 | 128.55 | 2272.316 | 1642.048 | 88.69 | 0.4314 |
| 4051.22 | 112.72 | 2421.643 | 1724.071 | 88.89 | 0.4256 |
| 4274.25 | 125.82 | 2560.307 | 1825.057 | 92.2 | 0.4270 |
| 4275.27 | 82.16 | 2551.537 | 1823.534 | 90.28 | 0.4265 |
| 4334.56 | 105 | 2590.681 | 1826.904 | 90.62 | 0.4215 |
| 4492.83 | 46.45 | 2689.392 | 1951.31 | 91.54 | 0.4343 |
| 4704.92 | 56.57 | 2810.694 | 2048.425 | 91.88 | 0.4354 |
| 5072.95 | 2.5 | 3031.339 | 2278.709 | 92.83 | 0.4492 |
| 5231.09 | 10.41 | 3117.571 | 2331.708 | 93.29 | 0.4457 |
| 5257.61 | 67.47 | 3150.151 | 2327.401 | 92.93 | 0.4427 |
| 5403.36 | 87.04 | 3221.524 | 2384.827 | 93.77 | 0.4414 |
| 5636.98 | 40.19 | 3360.687 | 2504.738 | 96.42 | 0.4443 |
| 5710.64 | 14.58 | 3395.13 | 2526.137 | 101.65 | 0.4424 |
| 5800.25 | 15.36 | 3453.847 | 2603.227 | 105.38 | 0.4488 |
| 5877.23 | 17.25 | 3558.782 | 2617.195 | 110.31 | 0.4453 |
| 6968.24 | 5.14 | 4150.646 | 3455.24 | 127.7 | 0.4959 |
| 6984.48 | 10.7 | 4161.121 | 3458.18 | 102.1 | 0.4951 |

FURIE-BANKR_00200140
DA00053



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 9**

## Expro KLU #3 Pressure Transient Analysis – Sterling Upper

| | |
|---|---|
| FLOW RATE BEFORE SHUT-IN | 12.251 MMCFD |
| GAS FLOW CAPACITY (Kgh) | 37,652 MD-FT |
| RESERVOIR NET PAY (h) | 48 FT |
| GAS EFFECTIVE PERMEABILITY (Kg) | 784 MD |
| TOTAL SKIN FACTOR (St) | +52.4 |
| TOTAL PRESSURE DROP DUE TO SKIN (DPskin) | +48 PSIA |
| STATIC BHP BEFORE OPEN TO CLEAN-UP (AT G.D. 4,009') | 1,750 PSIA |
| RESERVOIR FALSE PRESSURE (P* AT G.D. 4,009') | 1,751 PSIA |
| FINAL FLOWING BHP BEFORE SI (AT G.D. 4,009') | 1,696 PSIA |
| FINAL SHUT-IN BHP (AT G.D. 4,009') | 1,750 PSIA |
| FLOW EFFICIENCY (FE) | 13.10% |
| PRODUCTIVITY INDEX (PI) | 221.78 MCFD/PSI |
| GAS MOBILITY (Kg/u) | 52,348 MD/CP |
| RADIUS OF INVESTIGATION (ri) | 2,138 FT |
| MINIMUM DRAINAGE AREA INVESTIGATED (Ai) | 330 ACRES |

**Comments:**
This 48 net feet of Sterling Upper Sand pay would be expected to produce more than 16 mmcfd without creating a 20% BHP drawdown at down hole. However, the maximum flow rate should be limited to 14.4 mmcfd due to the restriction of the erosional velocity in the current 2 7/8" tubing.

The test results reported in this analysis are the results that The Expro Group believes best reflect the behavior of the reservoir based on input from the client operating company and using known analysis techniques. The Expro Group gives no guarantees of results and shall not be liable for any decision made based on this report and the results shown.

FURIE-BANKR_00200141
DA00054



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 10**

## Expro KLU #3 Pressure Transient Analysis – Sterling Lower

| | |
|---|---|
| FLOW RATE BEFORE SHUT-IN | 1140 BWPD, 87 MCFD, 0 BOPD |
| WATER FLOW CAPACITY (Kwh) | 33,428 MD-FT |
| RESERVOIR NET PAY (h) | 61 FT |
| WATER EFFECTIVE PERMEABILITY (Kw) | 548 MD |
| GAS FLOW CAPACITY (Kgh) | 68.30 MD-FT |
| GAS EFFECTIVE PERMEABILITY (Kg) | 1.12 MD |
| TOTAL SKIN FACTOR (St) | +1 |
| TOTAL PRESSURE DROP DUE TO SKIN (DPskin) | +4 PSIA |
| STATIC BHP BEFORE OPEN TO CLEAN-UP (AT G.D. 4,397') | 1,975 PSIA |
| RESERVOIR FALSE PRESSURE (P* AT G.D. 4,397') | 1,913 PSIA |
| FINAL FLOWING BHP BEFORE SI (AT G.D. 4,397') | 1,875 PSIA |
| FINAL SHUT-IN BHP (AT G.D. 4,397') | 1,905 PSIA |
| FLOW EFFICIENCY (FE) | 89.51% |
| PRODUCTIVITY INDEX (PI) | 29.90 BWPD/PSI & 2.28 MCFD/PSI |
| WATER MOBILITY (Kw/uw) | 649.15 MD/CP |
| GAS MOBILITY (Kg/ug) | 70.17 MD/CP |
| RADIUS OF INVESTIGATION (ri) | 1,388 FT |
| MINIMUM DRAINAGE AREA INVESTIGATED (Ai) | 139 ACRES |

**Comments:**
In addition to a water production of 1,140 BWPD, this 61 net feet of Sterling
Lower Sand also produced a continuous flarable gas at rates ranging  from
21 mcfd to 321 mcfd during the clean-up period. 87 mcfd was the gas rate before
the shut-in.

The test results reported in this analysis are the results that The Expro Group believes best reflect
the behavior of the reservoir based on input from the client operating company and using known
analysis techniques. The Expro Group gives no guarantees of results and shall not be liable for
any decision made based on this report and the results shown.

FURIE-BANKR_00200142
DA00055



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 11**

## Expro KLU #3 Pressure Transient Analysis – Beluga Upper

| | |
|---|---|
| FLOW RATE BEFORE SHUT-IN | 8.851 MMCFD |
| GAS FLOW CAPACITY (Kgh) | 643 MD-FT |
| RESERVOIR NET PAY (h) | 25 FT |
| GAS EFFECTIVE PERMEABILITY (Kg) | 25.7 MD |
| TOTAL SKIN FACTOR (St) | +5.98 |
| TOTAL PRESSURE DROP DUE TO SKIN (DPskin) | +194 PSIA |
| STATIC BHP BEFORE OPEN TO CLEAN-UP (AT G.D. 5,769') | 2,637 PSIA |
| RESERVOIR FALSE PRESSURE (P* AT G.D. 5,769') | 2,631 PSIA |
| FINAL FLOWING BHP BEFORE SI (AT G.D. 5,769') | 2,207 PSIA |
| FINAL SHUT-IN BHP (AT G.D. 5,769') | 2,618 PSIA |
| FLOW EFFICIENCY (FE) | 54.25% |
| PRODUCTIVITY INDEX (PI) | 20.88 MCFD/PSI |
| GAS MOBILITY (Kg/u) | 1,447 MD/CP |
| RADIUS OF INVESTIGATION (ri) | 490 FT |
| MINIMUM DRAINAGE AREA INVESTIGATED (Ai) | 17.3 ACRES |

**Comments:**
This 25 net feet of Beluga Upper Sand pay would be expected to produce more
than 11 mmcfd without exceeding the erosional velocity limit in the current 2 7/8"
tubing. However, maximum produced rate should be limited to 10.2 mmcfd
because higher rates would create more than 20% BHP drawdown at down hole.

The test results reported in this analysis are the results that The Expro Group believes best reflect
the behavior of the reservoir based on input from the client operating company and using known
analysis techniques. The Expro Group gives no guarantees of results and shall not be liable for
any decision made based on this report and the results shown.

FURIE-BANKR_00200143
DA00056



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

**FIGURE 12**

## Expro KLU #3 Pressure Transient Analysis – Beluga Lower

| | |
|---|---|
| FLOW RATE BEFORE SHUT-IN | 14.1 MMCFD |
| GAS FLOW CAPACITY (Kgh) | 863 MD-FT |
| RESERVOIR NET PAY (h) | 30 FT |
| GAS EFFECTIVE PERMEABILITY (Kg) | 28.8 MD |
| TOTAL SKIN FACTOR (St) | -0.07 |
| TOTAL PRESSURE DROP DUE TO SKIN (DPskin) | -3 PSIA |
| STATIC BHP BEFORE OPEN TO CLEAN-UP (AT G.D. 6,798') | 3,391 PSIA |
| RESERVOIR FALSE PRESSURE (P* AT G.D. 6,798') | 3,426 PSIA |
| FINAL FLOWING BHP BEFORE SI (AT G.D. 6,798') | 2,939 PSIA |
| FINAL SHUT-IN BHP (AT G.D. 6,798') | 3,256 PSIA |
| FLOW EFFICIENCY (FE) | 100.70% |
| PRODUCTIVITY INDEX (PI) | 31.20 MCFD/PSI |
| ESTIMATED CHANNEL SAND WIDTH | 140 FT |
| RADIUS OF INVESTIGATION IN OPEN AREA (ri) | 584 FT |
| MINIMUM DRAINAGE AREA INVESTIGATED (Ai) | 3.75 ACRES |

**Comments:**
This 30 net feet of Beluga Lower Sand pay would be expected to produce more
than 20 mmcfd without creating a 20% BHP drawdown at down hole.  However, the
maximum produced rate should be limited to 20 mmcfd due to the restriction of the
erosional velocity in the current 2 7/8" tubing.

The test results reported in this analysis are the results that The Expro Group believes best reflect
the behavior of the reservoir based on input from the client operating company and using known
analysis techniques. The Expro Group gives no guarantees of results and shall not be liable for
any decision made based on this report and the results shown.

FURIE-BANKR_00200144
DA00057



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## Preamble

Petroleum resources are the estimated quantities of hydrocarbons naturally occurring on or within the Earth's crust. Resource assessments estimate total quantities in known and yet-to-be discovered accumulations; resources evaluations are focused on those quantities that can potentially be recovered and marketed by commercial  projects.  A petroleum resources management system provides a consistent approach to estimating petroleum quantities, evaluating development projects, and presenting results within a comprehensive classification framework.

International efforts to standardize the definitions of petroleum resources and how they are estimated began in the 1930s. Early guidance focused on Proved Reserves. Building on work initiated by the Society of Petroleum Evaluation Engineers (SPEE), SPE published definitions for all Reserves categories in 1987. In the same year, the World Petroleum Council (WPC, then known as the World Petroleum Congress), working independently, published Reserves definitions that were strikingly similar. In 1997, the two organizations jointly released a single set of definitions for Reserves that could be used worldwide. In 2000, the American Association of Petroleum Geologists (AAPG), SPE, and WPC jointly developed a classification system for all petroleum resources. This was followed by additional supporting documents: supplemental application evaluation guidelines (2001) and a glossary of terms utilized in resources definitions (2005).  SPE also published standards for estimating and auditing reserves information (revised 2007).

These definitions and the related classification system are now in common use internationally within the petroleum industry. They provide a measure of comparability and reduce the subjective nature of resources estimation. However, the technologies employed in petroleum exploration, development, production, and processing continue to evolve and improve. The SPE Oil and Gas Reserves Committee works closely with other organizations to maintain the definitions and issues periodic revisions to keep current with evolving technologies and changing commercial opportunities.

This document consolidates, builds on, and replaces guidance previously contained in the 1997 Petroleum Reserves Definitions, the 2000 Petroleum Resources Classification and Definitions publications, and the 2001 "Guidelines for the Evaluation of Petroleum Reserves and Resources"; the latter document remains a valuable source of more detailed background information, and specific chapters are referenced herein.

These definitions and guidelines are designed to provide a common reference for the international petroleum industry, including national reporting and regulatory disclosure agencies, and to support petroleum project and portfolio management requirements. They are intended to improve clarity in global communications regarding petroleum resources. It is expected that this document will be supplemented with industry education programs and application guides addressing their implementation in a wide spectrum of technical and/or commercial settings.

It is understood that these definitions and guidelines allow flexibility for users and agencies to tailor application for their particular needs; however, any modifications to the guidance contained herein should be clearly identified. The definitions and guidelines contained in this document must not be construed as modifying the interpretation or application of any existing regulatory reporting requirements.

This SPE/WPC/AAPG/SPEE Petroleum Resources Management System document, may be referred to by the abbreviated term "SPE-PRMS" with the caveat that the full title, including clear recognition of the co- sponsoring organizations, has been initially stated.

FURIE-BANKR_00200145
DA00058



**Sierra Pine Resources International**
**110 Cypress Station Dr. Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

### Basic Principles and Definitions

The estimation of petroleum resource quantities involves the interpretation of volumes and values that have an inherent degree of uncertainty. These quantities are associated with development projects at various stages of design and implementation. Use of a consistent classification system enhances comparisons between projects, groups of projects, and total company portfolios according to forecast production profiles and recoveries. Such a system must consider both technical and commercial factors that impact the project's economic feasibility, its productive life, and its related cash flows.

### Petroleum Resources Classification Framework

Petroleum is defined as a naturally occurring mixture consisting of hydrocarbons in the gaseous, liquid, or solid phase. Petroleum may also contain non-hydrocarbons, common examples of which are carbon dioxide, nitrogen, hydrogen sulfide and sulfur. In rare cases, non-hydrocarbon content could be greater than 50%.

The term "resources" as used herein is intended to encompass all quantities of petroleum naturally occurring on or within the Earth's crust, discovered and undiscovered (recoverable and unrecoverable), plus those quantities already produced. Further, it includes all types of petroleum whether currently considered "conventional" or "unconventional."

Figure 1-1 is a graphical representation of the SPE/WPC/AAPG/SPEE resources classification system. The system defines the major recoverable resources classes: Production, Reserves, Contingent Resources, and Prospective Resources, as well as Unrecoverable petroleum.



Figure 1-1: Resources Classification Framework.

FURIE-BANKR_00200146
DA00059



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

The "Range of Uncertainty" reflects a range of estimated quantities potentially recoverable from an accumulation by a project, while the vertical axis represents the "Chance of Commerciality", that is, the chance that the project that will be developed and reach commercial producing status. The following definitions apply to the major subdivisions within the resources classification:

**TOTAL PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated to exist originally in naturally occurring accumulations. It includes that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production plus those estimated quantities in accumulations yet to be discovered (equivalent to "total resources").

**DISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production.

**PRODUCTION** is the cumulative quantity of petroleum that has been recovered at a given date. While all recoverable resources are estimated and production is measured in terms of the sales product specifications, raw production (sales plus non-sales) quantities are also measured and required to support engineering analyses based on reservoir voidage (see Production Measurement, section 3.2).

Multiple development projects may be applied to each known accumulation, and each project will recover an estimated portion of the initially-in-place quantities. The projects shall be subdivided into Commercial and Sub-Commercial, with the estimated recoverable quantities being classified as Reserves and Contingent Resources respectively, as defined below.

**RESERVES** are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. Reserves must further satisfy four criteria: they must be discovered, recoverable, commercial, and remaining (as of the evaluation date) based on the development project(s) applied. Reserves are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by development and production status.

**CONTINGENT RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations, but the applied project(s) are not yet considered mature enough for commercial development due to one or more contingencies.  Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly  assess commerciality.  Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub- classified based on project maturity and/or characterized by their economic status.

FURIE-BANKR_00200147
DA00060



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

**UNDISCOVERED PETROLEUM INITIALLY-IN-PLACE**  is that quantity of petroleum estimated, as of a given date, to be contained within accumulations yet to be discovered.

**PROSPECTIVE RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from undiscovered accumulations by application of future development projects. Prospective Resources have both an associated chance of discovery and a chance of development. Prospective Resources are further subdivided in accordance with the level of certainty associated with recoverable estimates assuming their discovery and development and may be sub-classified based on project maturity.

**UNRECOVERABLE**  is  that portion of Discovered or Undiscovered Petroleum Initially-in- Place quantities which is estimated, as of a given date, not to be recoverable by future development projects. A portion of these quantities may become recoverable in the future as commercial  circumstances  change  or  technological developments  occur;  the remaining portion may never be recovered due to physical/chemical constraints represented by subsurface interaction of fluids and reservoir rocks.

Estimated Ultimate Recovery (EUR) is not a resources category, but a term that may be applied to any accumulation or group of accumulations (discovered or undiscovered) to define those quantities of petroleum estimated, as of a given date, to be potentially recoverable under defined technical and commercial conditions plus those quantities already produced (total of recoverable resources).

In specialized areas, such as basin potential studies, alternative terminology has been used; the total resources may be referred to as Total Resource Base or Hydrocarbon Endowment. Total recoverable  or  EUR  may  be  termed Basin Potential. The  sum  of  Reserves,  Contingent  Resources,  and  Prospective  Resources  may  be  referred  to  as "remaining  recoverable resources." When such terms are used, it is important that each classification component of the summation also be provided. Moreover, these quantities should not be aggregated without due consideration of the varying degrees of technical and commercial risk involved with their classification.

FURIE-BANKR_00200148
DA00061



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

### Project-Based Resources  Evaluations

The resources evaluation process consists of identifying a recovery project, or projects, associated with a petroleum accumulation(s), estimating the quantities of Petroleum Initially-in- Place, estimating that portion of those in- place quantities that can be recovered by each project, and classifying the project(s) based on its maturity status or chance of commerciality.

This concept of a project-based classification system is further clarified by examining the primary data sources contributing to an evaluation of net recoverable resources (see Figure 1-2) that may be described as follows:



Figure 1-2: Resources Evaluation Data Sources.

• The Reservoir (accumulation): Key attributes include the types and quantities of Petroleum Initially-in-Place and the fluid and rock properties that affect petroleum recovery.

• The Project: Each project applied to a specific reservoir development generates a unique production and cash flow schedule. The time integration of these schedules taken to the project's technical, economic, or contractual  limit defines the  estimated  recoverable resources and associated future net cash flow projections for each project. The ratio of EUR to Total  Initially-in-Place  quantities  defines  the  ultimate recovery efficiency  for  the development project(s). A project may be defined at various levels and stages of maturity; it may include one or many wells and associated production and processing facilities. One project may develop many reservoirs, or many projects may be applied to one reservoir.

• The Property (lease or license area):  Each property may have unique associated contractual rights and obligations including the fiscal terms. Such information allows definition of each participant's share of produced quantities (entitlement) and share of investments, expenses, and revenues for each recovery project and the reservoir to which it is applied. One property may encompass many reservoirs, or one reservoir may span several different properties. A property may contain both discovered and undiscovered accumulations.

---

**Page 51**

FURIE-BANKR_00200149
DA00062



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

In context of this data relationship, "project" is the primary element considered in this resources classification, and net recoverable resources are the incremental quantities derived from each project. Project represents the link between the petroleum accumulation and the decision-making process. A project may, for example, constitute the development of a single reservoir or field, or an incremental development for a producing field, or the integrated development of several fields and associated facilities with a common ownership. In general, an individual project will represent the level at which a decision is made whether or not to proceed (i.e., spend more money) and there should be an associated range  of estimated recoverable quantities for that project.

An accumulation or potential accumulation of petroleum may be subject to several separate and distinct projects that are at different stages of exploration or development. Thus, an accumulation may have recoverable quantities in several resource classes simultaneously.

In order to assign recoverable resources of any class, a development plan needs to be defined consisting of one or more projects. Even for Prospective Resources, the estimates of recoverable quantities must be stated in terms of the sales products derived from a development program assuming successful discovery and commercial development. Given the major uncertainties involved at this early stage, the development program will not be of the detail expected in later stages of maturity.  In  most  cases,  recovery  efficiency  may  be  largely  based  on  analogous  projects. In-place quantities for which a feasible project cannot be defined using current, or reasonably forecast improvements in, technology are classified as Unrecoverable.

Not all technically feasible development plans will be commercial. The commercial viability of a development project is dependent on a forecast of the conditions that will exist during the time period encompassed by the project's activities (see Commercial Evaluations, section 3.1). "Conditions" include technological, economic, legal, environmental, social, and governmental factors. While economic factors can be summarized as forecast costs and product prices, the underlying influences include, but are not limited to, market conditions, transportation and processing infrastructure, fiscal terms, and taxes.

The resource quantities being estimated are those volumes producible from a project as measured according to delivery specifications at the point of sale or custody transfer (see Reference Point, section 3.2.1). The cumulative production from the evaluation date forward to cessation of production is the remaining recoverable quantity. The sum of the associated annual net cash flows yields the estimated future net revenue. When the cash flows are discounted according to a defined discount rate and time period, the summation of the discounted cash flows is termed net present value (NPV) of the project (see Evaluation and Reporting Guidelines, section 3.0).

The supporting data, analytical processes, and assumptions used in an evaluation should be documented in sufficient detail to allow an independent evaluator or auditor to clearly understand the basis for estimation and categorization of recoverable quantities and their classification.

FURIE-BANKR_00200150
DA00063



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

### Classification and Categorization Guidelines

To consistently characterize petroleum projects, evaluations of all resources should be conducted in the context of the full classification system as shown in Figure 1-1. These guidelines reference this classification system and support an evaluation in which projects are "classified" based on their chance of commerciality (the vertical axis) and estimates of recoverable and marketable quantities associated with each project are "categorized"  to reflect uncertainty (the horizontal axis). The actual workflow of classification vs. categorization varies with individual projects and is often an iterative analysis process leading to a final report. "Report," as used herein, refers to the presentation of evaluation results within the business entity conducting the assessment and should  not  be  construed  as replacing  guidelines  for public  disclosures  under  guidelines established by regulatory and/or other government agencies.

Additional background information on resources classification issues can be found in Chapter 2 of the 2001 SPE/WPC/AAPG publication: "Guidelines for the Evaluation of Petroleum Reserves and Resources," hereafter referred to as the "2001 Supplemental Guidelines."

### Resources Classification

The basic classification requires establishment of criteria for a petroleum discovery and thereafter the distinction between commercial and sub-commercial projects in known accumulations (and hence between Reserves and Contingent Resources).

### Determination of Discovery Status

A discovery is one petroleum accumulation, or several petroleum accumulations collectively, for which one or several exploratory wells have established through testing, sampling, and/or logging the existence of a significant quantity of potentially moveable hydrocarbons.

In this context, "significant" implies that there is evidence of a sufficient quantity of petroleum to justify estimating the in-place volume demonstrated by the well(s) and for evaluating the potential for economic recovery.  Estimated recoverable quantities within such a discovered (known) accumulation(s) shall initially be classified as Contingent Resources pending definition of projects with sufficient chance of commercial development to reclassify all, or a portion, as Reserves. Where in-place hydrocarbons are identified but are not considered currently recoverable, such quantities may be classified as Discovered Unrecoverable, if considered appropriate for resource management purposes; a portion of these quantities may become recoverable resources in the future as commercial circumstances change or technological developments occur.

FURIE-BANKR_00200151
DA00064

 **Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

### Determination of Commerciality

Discovered recoverable volumes (Contingent Resources) may be considered commercially producible,  and thus Reserves, if the entity claiming commerciality has demonstrated firm intention to proceed with development and such intention is based upon all of the following criteria:

• Evidence to support a reasonable timetable for development.
• A reasonable assessment of the future economics of such development projects meeting defined investment and operating criteria:
• A reasonable expectation that there will be a market for all or at least the expected sales quantities of production required to justify development.
• Evidence that the necessary production and transportation facilities are available or can be made available:
• Evidence that legal, contractual, environmental and other social and economic concerns will allow for the actual implementation of the recovery project being evaluated.

To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability.  There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame. A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.

To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that

the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests.

FURIE-BANKR_00200152
DA00065



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## Resources Categorization

The horizontal axis in the Resources Classification (Figure 1-1) defines the range of uncertainty in estimates of the quantities of recoverable, or potentially recoverable, petroleum associated with a project. These estimates include both technical and commercial uncertainty components as follows:

•  The total petroleum remaining within the accumulation (in-place resources).
•  That portion of the in-place petroleum that can be recovered by applying a defined development project or projects.
•  Variations in the commercial conditions that may impact the quantities recovered and sold
•  (e.g., market availability, contractual changes).

Where commercial uncertainties are such that there is significant risk that the complete project (as initially defined) will not proceed, it is advised to create a separate project classified as Contingent Resources with an appropriate chance of commerciality.

## Range of Uncertainty

The range of uncertainty of the recoverable and/or potentially recoverable volumes may be represented by either deterministic scenarios or by a probability distribution (see Deterministic and Probabilistic Methods, section 4.2).

When the range of uncertainty is represented by a probability distribution, a low, best, and high estimate shall be provided such that:

•  There should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the low estimate.
•  There should be at least a 50% probability (P50) that the quantities actually recovered will equal or exceed the best estimate.
•  There should be at least a 10% probability (P10) that the quantities actually recovered will equal or exceed the high estimate.

When using the deterministic scenario method, typically there should also be low, best, and high estimates, where such estimates are based on qualitative assessments of relative uncertainty using consistent interpretation guidelines. Under the deterministic incremental (risk-based) approach, quantities at each level of uncertainty are estimated discretely and separately (see Category Definitions and Guidelines, section 2.2.2).

These same approaches to describing uncertainty may be applied to Reserves, Contingent Resources, and Prospective Resources. While there may be significant risk that sub-commercial and undiscovered accumulations will not achieve commercial production, it useful to consider the range of potentially recoverable quantities independently of such a risk or consideration of the resource class to which the quantities will be assigned.

FURIE-BANKR_00200153
DA00066



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

### Category Definitions and Guidelines

Evaluators may assess recoverable quantities and categorize results by uncertainty using the deterministic  incremental (risk-based)  approach,  the  deterministic  scenario  (cumulative) approach, or probabilistic methods. (see "2001 Supplemental Guidelines," Chapter 2.5).  In many cases, a combination of approaches is used.

Use of consistent terminology (Figure 1-1) promotes clarity in  communication  of  evaluation results. For Reserves, the general cumulative terms low/best/high estimates are denoted as
1P/2P/3P, respectively. The associated incremental quantities are termed Proved, Probable and
Possible. Reserves  are  a  subset  of,  and  must  be  viewed  within  context  of,  the  complete resources classification system. While the categorization criteria are proposed specifically for Reserves, in most cases, they can be equally applied to Contingent and Prospective Resources conditional upon their satisfying the criteria for discovery and/or development.

For Contingent Resources, the general cumulative terms low/best/high estimates are denoted as
1C/2C/3C respectively. For Prospective Resources, the general cumulative terms low/best/high estimates still apply. No specific terms are defined for incremental quantities within Contingent and Prospective Resources.

Without new technical information, there should be no change in the distribution of technically recoverable volumes and their categorization boundaries when conditions are satisfied sufficiently to reclassify a project from Contingent Resources to Reserves. All evaluations require application of a consistent set of forecast conditions, including assumed future costs and prices, for both classification of projects and categorization of estimated quantities recovered by each project (see Commercial Evaluations, section 3.1).

FURIE-BANKR_00200154
DA00067



Sierra Pine Resources International
110 Cypress Station Dr.  Ste. 155
Houston, TX 77090

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

Table III presents category definitions and provides guidelines designed to promote consistency in resource assessments. The following summarizes the definitions for each Reserves category in terms of both the deterministic incremental approach and scenario approach and also provides the probability criteria if probabilistic methods are applied.

• **Proved Reserves** are those quantities of petroleum, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.

• **Probable Reserves** are those additional Reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.

• **Possible Reserves** are those additional reserves which analysis of geoscience and engineering data suggest are less likely to be recoverable than Probable Reserves. The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P) Reserves, which is equivalent to the high estimate scenario. In this context, when probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate.

Based on additional data and updated interpretations that indicate increased certainty, portions of Possible and Probable Reserves may be re-categorized as Probable and Proved Reserves.

Uncertainty in resource estimates is best communicated by reporting a range of potential results. However, if it is required to report a single representative result, the "best estimate" is considered the most realistic assessment of recoverable quantities. It is generally considered to represent the sum of Proved and Probable estimates (2P) when using the deterministic scenario or the probabilistic assessment methods. It should be noted that under the deterministic incremental (risk-based) approach, discrete estimates are made for each category, and they should not be aggregated without due consideration of their associated risk (see "2001 Supplemental Guidelines," Chapter 2.5).

FURIE-BANKR_00200155
DA00068

 **Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## TABLE 1:  Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Reserves | Reserves are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. | Reserves must satisfy four criteria: they must be discovered, recoverable, commercial, and remaining based on the development project(s) applied. Reserves are further subdivided in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their development and production status.<br><br>To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with  development within  a  reasonable time frame.<br><br>A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives.  In  all  cases,  the justification for classification as Reserves should be clearly documented.<br><br>To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests. |
| On Production | The development project is currently producing and selling petroleum to market. | The key criterion is that the project is receiving income from sales, rather than the approved development project necessarily being complete.  This is the point at which the project "chance of commerciality" can be said to be 100%.<br><br>The project "decision gate" is the decision to initiate commercial production from the project. |
| Approved for Development | All necessary approvals have been obtained, capital funds have been committed, and    implementation of the development project is under way. | At this point, it must be certain that the development project is going ahead. The project must not be subject to any contingencies such as  outstanding regulatory approvals or sales contracts.                                   Forecast capital expenditures should be included in the reporting entity's current or following year's approved budget.<br><br>The project "decision gate" is the decision to start investing capital in the construction of production facilities and/or drilling development wells. |

FURIE-BANKR_00200156
DA00069



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## TABLE 1:  Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Justified for Development | Implementation of the development project is justified on the basis of reasonable forecast commercial conditions at the time of reporting, and there are reasonable expectations that all necessary approvals/contracts will be obtained. | In order to move to this level of project maturity, and hence have reserves associated with it, the development project must be commercially viable at the time of reporting, based on the reporting entity's assumptions of future prices, costs, etc. ("forecast case") and the specific circumstances of the project. Evidence of a firm intention to proceed with development within a reasonable time frame will be sufficient to demonstrate commerciality. There should be a development plan in sufficient detail to support the assessment of commerciality and a reasonable expectation that any regulatory approvals or sales contracts required prior to project implementation will be forthcoming. Other than such approvals/contracts, there should be no known contingencies that could preclude the development from proceeding within a reasonable timeframe (see Reserves class).<br><br>The project "decision gate" is the decision by the reporting entity and its partners, if any, that the project has reached a level of technical and commercial maturity sufficient to justify proceeding with development at that point in time. |
| Contingent Resources | Those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations by application of development projects, but which are not currently considered to be commercially recoverable due to one or more contingencies. | Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their economic status. |
| Development Pending | A discovered accumulation where project activities are ongoing to justify commercial development in the foreseeable future. | The project is seen to have reasonable potential for eventual commercial development, to the extent that further data acquisition (e.g. drilling, seismic data) and/or evaluations are currently ongoing with a view to confirming that the project is commercially viable and providing the basis for selection of an appropriate development plan. The critical contingencies have been identified and are reasonably expected to be resolved within a reasonable time frame.  Note that disappointing appraisal/evaluation results could lead to a re-classification of the project to "On Hold" or "Not Viable" status.<br><br>The project "decision gate" is the decision to undertake further data acquisition and/or studies designed to move the project to a level of technical and commercial maturity at which a decision can be made to proceed with development and production. |

FURIE-BANKR_00200157
DA00070