

**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## TABLE 1:  Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Development Unclarified or on Hold | A discovered accumulation where project activities are on hold and/or where justification as a commercial development may be subject to significant delay. | The project is seen to have potential for eventual commercial development, but further appraisal/evaluation activities are on hold pending the removal of significant contingencies external to the project, or substantial further appraisal/evaluation activities are required to clarify the potential for eventual commercial development. Development may be subject to a significant time delay. Note that a change in circumstances, such that there is no longer a reasonable expectation that a critical contingency can be removed in the foreseeable future, for example, could lead to a re-classification of the project to "Not Viable" status.<br><br>The project "decision gate" is the decision to either proceed with additional evaluation designed to clarify the potential for eventual commercial development or to temporarily suspend or delay further activities pending resolution of external contingencies. |
| Development Not Viable | A discovered accumulation for which there are no current plans to develop or to acquire additional data at the time due to limited production potential. | The project is not seen to have potential for eventual commercial development at the time of reporting, but the theoretically recoverable quantities are recorded so that the potential opportunity will be recognized in the event of a major change in technology or commercial conditions.<br><br>The project "decision gate" is the decision not to undertake any further data acquisition or studies on the project for the foreseeable future. |
| Prospective Resources | Those quantities of petroleum which are estimated, as of a given date, to be potentially recoverable from undiscovered accumulations. | Potential accumulations are evaluated according to their chance of discovery and, assuming a discovery, the estimated quantities that would be recoverable under defined development projects. It is recognized that the development programs will be of significantly less detail and depend more heavily on analog developments in the earlier phases of exploration. |
| Prospect | A project associated with a potential accumulation that is sufficiently well defined to represent a viable drilling target. | Project activities are focused on assessing the chance of discovery and, assuming discovery, the range of potential recoverable quantities under a commercial development program. |
| Lead | A project associated with a potential accumulation that is currently poorly defined and requires more data acquisition and/or evaluation in order to be classified as a prospect. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to confirm whether or not the lead can be matured into a prospect. Such evaluation includes the assessment of the chance of discovery and, assuming discovery, the range of potential recovery under feasible development scenarios. |
| Play | A project associated with a prospective trend of potential prospects, but which requires more data acquisition and/or evaluation in order to define specific leads or prospects. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to define specific leads or prospects for more detailed analysis of their chance of discovery and, assuming discovery, the range of potential recovery under hypothetical development scenarios. |

FURIE-BANKR_00200158
DA00071



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## TABLE 2:  Reserves Status Definitions and Guidelines

| Status | Definition | Guidelines |
|---|---|---|
| Developed Reserves | Developed Reserves are expected quantities to be recovered from existing wells and facilities. | Reserves are considered developed only after the necessary equipment has been installed, or when the costs to do so are relatively minor compared to the cost of a well. Where required facilities become unavailable, it may be necessary to reclassify Developed Reserves as Undeveloped. Developed Reserves may be further sub-classified as Producing or Non-Producing. |
| Developed Producing Reserves | Developed Producing Reserves are expected to be recovered from completion intervals that are open and producing at the time of the estimate. | Improved recovery reserves are considered producing only after the improved recovery project is in operation. |
| Developed Non-Producing Reserves | Developed Non-Producing Reserves include shut-in and behind-pipe Reserves. | Shut-in Reserves are expected to be recovered from (1) completion intervals which are open at the time of the estimate but which have not yet started producing, (2) wells which were shut-in for market conditions or pipeline connections, or (3) wells not capable of production for mechanical reasons. Behind-pipe Reserves are expected to be recovered from zones in existing wells which will require additional completion work or future re- completion prior to start of production.<br><br>In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |
| Undeveloped Reserves | Undeveloped Reserves are quantities expected to be recovered through future investments: | (1) from new wells on undrilled acreage in known accumulations, (2) from deepening existing wells to a different (but known) reservoir, (3) from infill wells that will increase recovery, or (4) where a relatively large expenditure (e.g. when compared to the cost of drilling a new well) is required to (a) recomplete an existing well or (b) install production or transportation facilities for primary or improved recovery projects. |

FURIE-BANKR_00200159
DA00072



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## TABLE 3:  Reserves Category Definitions and Guidelines

| Category | Definition | Guidelines |
|---|---|---|
| Proved Reserves | Proved Reserves are those quantities of petroleum, which by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. | If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.<br><br>The area of the reservoir considered as Proved includes (1) the area delineated by drilling and defined by fluid contacts, if any, and (2) adjacent undrilled portions of the reservoir that can reasonably be judged as continuous with it and commercially productive on the basis of available geoscience and engineering data.<br><br>In the absence of data on fluid contacts, Proved quantities in a reservoir are limited by the lowest known hydrocarbon (LKH) as seen in a well penetration unless otherwise indicated by definitive geoscience, engineering, or performance data. Such definitive information may include pressure gradient analysis and seismic indicators. Seismic data alone may not be sufficient to define fluid contacts for Proved reserves (see "2001 Supplemental Guidelines," Chapter 8).<br><br>Reserves in undeveloped locations may be classified as Proved provided that:<br>• The locations are in undrilled areas of the reservoir that can be judged with reasonable certainty to be commercially productive.<br>• Interpretations of available geoscience and engineering data indicate with reasonable certainty that the objective formation is laterally continuous with drilled Proved locations.<br><br>For Proved Reserves, the recovery efficiency applied to these reservoirs should be defined based on a range of possibilities supported by analogs and sound engineering judgment considering the characteristics of the Proved area and the applied development program. |
| Probable Reserves | Probable Reserves are those additional Reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. | It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.<br><br>Probable Reserves may be assigned to areas of a reservoir adjacent to Proved where data control or interpretations of available data are less certain. The interpreted reservoir continuity may not meet the reasonable certainty criteria.<br><br>Probable estimates also include incremental recoveries associated with project recovery efficiencies beyond that assumed for Proved. |

FURIE-BANKR_00200160
DA00073



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Society of Petroleum Engineers (SPE) Petroleum Management System

## TABLE 3:  Reserves Category Definitions and Guidelines

| Category | Definition | Guidelines |
|---|---|---|
| Possible Reserves | Possible Reserves are those additional reserves which analysis of geoscience and engineering data indicate are less likely to be recoverable than Probable Reserves. | The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P), which is equivalent to the high estimate scenario. When probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate. <br><br> Possible Reserves may be assigned to areas of a reservoir adjacent to Probable where data control and interpretations of available data are progressively less certain. Frequently, this may be in areas where geoscience and engineering data are unable to clearly define the area and vertical reservoir limits of commercial production from the reservoir by a defined project. <br><br> Possible estimates also include incremental quantities associated with project recovery efficiencies beyond that assumed for Probable. |
| Probable and Possible Reserves | (See above for separate criteria for Probable Reserves and Possible Reserves.) | The 2P and 3P estimates may be based on reasonable alternative technical and commercial interpretations within the reservoir and/or subject project that are clearly documented, including comparisons to results in successful similar projects. <br><br> In conventional accumulations, Probable and/or Possible Reserves may be assigned where geoscience and engineering data identify directly adjacent portions of a reservoir within the same accumulation that may be separated from Proved areas by minor faulting or other geological discontinuities and have not been penetrated by a wellbore but are interpreted to be in communication with the known (Proved) reservoir. Probable or Possible Reserves may be assigned to areas that are structurally higher than the Proved area. Possible (and in some cases, Probable) Reserves may be assigned to areas that are structurally lower than the adjacent Proved or 2P area. <br><br> Caution should be exercised in assigning Reserves to adjacent reservoirs isolated by major, potentially sealing, faults until this reservoir is penetrated and evaluated as commercially productive. Justification for assigning Reserves in such cases should be clearly documented. Reserves should not be assigned to areas that are clearly separated from a known accumulation by non-productive reservoir (i.e., absence of reservoir, structurally low reservoir, or negative test results); such areas may contain Prospective Resources. <br><br> In conventional accumulations, where drilling has defined a highest known oil (HKO) elevation and there exists the potential for an associated gas cap, Proved oil Reserves should only be assigned in the structurally higher portions of the reservoir if there is reasonable certainty that such portions are initially above bubble point pressure based on documented engineering analyses. Reservoir portions that do not meet this certainty may be assigned as Probable and Possible oil and/or gas based on reservoir fluid properties and pressure gradient interpretations. |

FURIE-BANKR_00200161
DA00074



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# Appendix 1

# SPRI Background

Sierra Pine Resources International (SPRI) ([www.sprioilgas.com](www.sprioilgas.com)) is an upstream oil and gas consulting firm based in Houston, Texas. SPRI has been very successful over the past 15 years providing technical evaluation services to companies including Pennzoil, Devon Energy, Dorchester Master Limited Partnership, Coastal Oil and Gas, Burlington, El Paso Energy Company, Southwestern Energy, and Rooster Petroleum.

Our success comes from utilizing computer based technologies and comprehensively assimilating technical and cultural information to identify reserve opportunities.  We are highly experienced in seismic data interpretation and, in conjunction with this data, our exploration teams utilize our proprietary well log analysis methods to enhance the quality and success of prospects. Additionally, due to the advancement of our well log analysis methods, we work exceptionally well in the absence of seismic data as well for cost-effective prospect generation.

SPRI provides development or exploration teams for evaluation of many different types of oil and gas opportunities.  The teams, depending on the circumstances and specific technical needs, include:  geologists, geophysicists, petrophysicists, reservoir engineers, and technical assistants.

We have organized a group of people who provide a very broad scope of problem solving skills. We have consistently added value several times the cost of our services.

FURIE-BANKR_00200162
DA00075



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# Appendix 2

# <u>Bruce Ganer Background</u>

Bruce received a BS in Physics & Math from Central Michigan University, and performed post graduate studies in Physics at  Central Michigan University. He  additionally performed post  graduate  studies in Geology and Geophysics at Centenary College and the University of Houston. He completed a Masters of Science in Petroleum Engineering from the University of Houston.

Bruce has 39 years of experience providing engineering, petrophysics, planning, and  managerial direction of oil and gas exploration and production development projects with a successful track record in both domestic U.S. and international projects.

Bruce started his career in January 1974, at Schlumberger working for seven years as a field engineer and manager of the SE Division Computing Center. He then moved on to Home Petroleum where he worked as a Petrophysicist evaluating properties in Oklahoma, Texas, Louisiana and Mississippi. In 1982 he joined Union Texas Petroleum where he worked for nine years as a petrophysicist and reservoir engineer assigned to seven of the top ten onshore fields. He also served as their onshore strategic plan and budget coordinator. Bruce provided solutions on particularly problematic reservoirs and evaluated exploration wells in domestic U.S., Alaska, Pakistan, Spain, Africa, Indonesia and Columbia. In 1991 Bruce joined Pennzoil Exploration and Production Company as their Chief Petrophysicist and Reservoir Engineer. A year later he was assigned to Pennzoil International in charge of all technical services worldwide, which he grew to thirty professionals that included geologists, geophysicists, petrophysicists, production engineers and reservoir engineers. He served as Pennzoil's Technical Project Leader for a six billion barrel offshore oil development in Azerbaijan's Caspian Sea. Late in 1997 Bruce left Pennzoil to form Sierra Pines Resources International, SPRI. Since then, as was done at Pennzoil, he has coordinated and actively participated in numerous field studies leading to drilling and workovers, significantly increasing production. Bruce is currently the President of Sierra Pine Resources which places exploration and development teams assisting clients to meet corporate goals. Most recent activities focus on acquisition and development of north Louisiana fields, offshore GOM, redevelopment of one field in Turkey and five fields in offshore Brazil. Two SPRI developed prospects led to cofounding two public companies, one offshore US and one onshore US, in which Bruce served, at different times, as President and Vice President. His company's efforts over the last fifteen years have directly resulted in several significant value-added projects accounting for in excess of 310 Bcfe in proven booked reserve additions. In today's dollars at $2/mcf and $96/bo, 310 Bcfe amounts to comfortably more than 1705 million dollars. Bruce Ganer has been a member of the Society of Petroleum Engineers since June of 1981, Published SPE#12182 in 1985 November issue of Journal of Petroleum Technology. He has been a member of the Society of Petrophysicists and Well Log Analysts since June of 1981.[1]

Bruce Ganer and the SPRI team have prepared the report and constructed the exhibits as well as the technical write up. He has received technical support in the procurement of outside resource material referenced in the report and received help, which he supervised, with the refinement of exhibits that appear in the report. Bruce Ganer accepts responsibility for the report as delivered from SPRI to Furie Operating Alaska, LLC within the confines of the disclaimer(s) stipulated in the report.

Bruce Ganer, and SPRI, is a third party consultant to Furie Operating Alaska, LLC. SPRI which includes Bruce Ganer, is independent of the company, its directors, senior management and its other advisers; has no economic or beneficial interest (present or contingent) in the company or in any of the mineral assets being evaluated and is not remunerated by way of a fee that is linked to the admission or value of the company.

---

1. See Appendix I Oil and Gas Reporting of ESMA update of the CESR recommendations.

FURIE-BANKR_00200163
DA00076



**Sierra Pine Resources International**
**110 Cypress Station Dr.  Ste. 155**
**Houston, TX 77090**

# Appendix 3
# UTILIZED ACREAGE MAP
(Showing locations of Tract Leases, Oil & Gas Platforms, previous
exploration wells, proposed well locations, and non-utilized acreage)



## KLU – Acreage Summary
- North Block:          21,012 acres   (25.196057% of Unit Area)
- Corsair Block:        10,185 acres   (12.213109% of Unit Area)
- Central Block:        24,885 acres   (29.840276% of Unit Area)
- Southwest Block: 27,312 acres   (32.750558% of Unit Area)
- **TOTAL UNIT:         83,394 acres   (100.00%)**

FURIE-BANKR_00200164
DA00077

# EXHIBIT 5

DA00078

# ESTIMATES

of

## RESERVES AND FUTURE REVENUE

and

## GROSS (100 PERCENT) CONTINGENT RESOURCES

for

## CERTAIN OIL AND GAS PROPERTIES

located in the

## KITCHEN LIGHTS UNIT
## COOK INLET, ALASKA

as of

## DECEMBER 31, 2013

Prepared for and

BASED ON PRICE AND COST PARAMETERS

specified by

**FURIE OPERATING ALASKA, LLC**



NSA

**NETHERLAND, SEWELL & ASSOCIATES, INC.**

WORLDWIDE PETROLEUM
CONSULTANTS
ENGINEERING • GEOLOGY
GEOPHYSICS • PETROPHYSICS

FURIE-BANKR_00106352
DA00079



| | CHAIRMAN & CEO | EXECUTIVE COMMITTEE |
|---|---|---|
| | C.H. (SCOTT) REES III | P. SCOTT FROST - DALLAS |
| | PRESIDENT & COO | J. CARTER HENSON, JR. - HOUSTON |
| | DANNY D. SIMMONS | DAN PAUL SMITH - DALLAS |
| | EXECUTIVE VP | JOSEPH J. SPELLMAN - DALLAS |
| | G. LANCE BINDER | THOMAS J. TELLA II - DALLAS |

February 26, 2014

Mr. Damon R. Kade
Furie Operating Alaska, LLC
100 Enterprise Avenue
League City, Texas 77573

Dear Mr. Kade:

In accordance with your request, we have estimated the proved undeveloped, probable, and possible reserves and future revenue, as of December 31, 2013, for certain oil and gas properties located in the Kitchen Lights Unit (KLU), Cook Inlet, Alaska.  For the purposes of this report, Furie Operating Alaska, LLC (Furie) and all of the other interest owners in these properties will be collectively referred to herein as the "Company".  It is our understanding that the Company currently owns 100 percent working interest in these properties.  However, these properties are subject to a future interest reversion at which time the Company will own an 80 percent working interest.  The net revenue interest is estimated based on Furie's current net revenue interest to working interest ratio.  Also as requested, we have estimated the gross (100 percent) contingent resources, as of December 31, 2013, for these properties.  We completed our evaluation on or about the date of this letter.  This report has been prepared using price and cost parameters specified by Furie, as discussed in subsequent paragraphs of this letter.

The estimates in this report have been prepared in accordance with the definitions and guidelines set forth in the 2007 Petroleum Resources Management System (PRMS) approved by the Society of Petroleum Engineers (SPE).  As presented in the 2007 PRMS, petroleum accumulations can be classified, in decreasing order of likelihood of commerciality, as reserves, contingent resources, or prospective resources.  Different classifications of petroleum accumulations have varying degrees of technical and commercial risk that are difficult to quantify; thus reserves, contingent resources, and prospective resources should not be aggregated without extensive consideration of these factors.  Definitions are presented immediately following this letter.

RESERVES _____

Reserves are those quantities of petroleum anticipated to be commercially recoverable from known accumulations by application of development projects from a given date forward under defined conditions. Reserves must be discovered, recoverable, commercial, and remaining as of the evaluation date based on the planned development projects to be applied.  Proved reserves are those quantities of oil and gas which, by analysis of engineering and geoscience data, can be estimated with reasonable certainty to be commercially recoverable; probable and possible reserves are those additional reserves which are sequentially less certain to be recovered than proved reserves.

We estimate the gas reserves and future net revenue to the Company interest in the Beluga and Sterling Formations in the KLU1/KLU3 Fault Block, as of December 31, 2013, to be:

| | Gas Reserves (MMCF) | | Future Net Revenue (M$) | |
|---|---|---|---|---|
| Category | Gross (100 Percent) | Net | Total | Present Worth at 10% |
| Proved Undeveloped | 59,495.0 | 44,621.2 | 171,331.7 | 121,411.7 |
| Probable | 109,683.2 | 71,429.6 | 534,125.2 | 333,169.6 |
| Possible | 218,757.7 | 133,167.2 | 963,929.6 | 554,535.4 |

4500 THANKSGIVING TOWER · 1601 ELM STREET · DALLAS, TEXAS 75201-4754 · PH: 214-969-5401 · FAX: 214-969-5411
1221 LAMAR STREET, SUITE 1200 · HOUSTON, TEXAS 77010-3072 · PH: 713-654-4950 · FAX: 713-654-4951

nsai@nsai-petro.com
netherlandsewell.com



Gas volumes are expressed in millions of cubic feet (MMCF) at standard temperature and pressure bases. These properties are not expected to produce commercial volumes of condensate.

The estimates of reserves shown in this report are for proved undeveloped, probable, and possible reserves. Reserves categorization conveys the relative degree of certainty; reserves subcategorization is based on development and production status. The estimates of reserves and future revenue included herein have not been adjusted for risk.

Gross revenue for the reserves shown in this report is the Company's share of the gross (100 percent) revenue from the properties prior to any deductions. Future net revenue is after deductions for Company's share of ad valorem taxes, capital costs, abandonment costs, and operating expenses but before consideration of any income taxes. The ad valorem taxes shown in this report include the Company's share of Alaska production taxes and ad valorem taxes. Future capital credits were provided by Furie and are based on Alaska's Clear and Equitable Share Act; these credits include the Alternative Exploration Tax Credit, the Capital Expenditure Credit, and the Carried-Forward Annual Loss Credit. A portion of these credits are based on capital spent prior to the as of date of this report. The future net revenue has been discounted at an annual rate of 10 percent to determine its present worth, which is shown to indicate the effect of time on the value of money. Future net revenue presented in this report, whether discounted or undiscounted, should not be construed as being the fair market value of the properties.

As requested, this report has been prepared using gas price parameters specified by Furie.[1] Gas prices are shown in the following table:

| Period Ending | Gas Price ($/MMBTU) |
|---|---|
| 12-31-2014 | 6.86 |
| 12-31-2015 | 7.13 |
| 12-31-2016 | 7.42 |
| 12-31-2017 | 7.72 |
| Thereafter | 8.03 |

Operating costs used in this report are based on our knowledge of similar offshore operations and estimates provided by Furie. These costs are intended to include the per-well overhead expenses allowed under joint operating agreements along with estimates of costs to be incurred at and below the district and field levels. Operating costs have been divided into per-well costs and per-unit-of-production costs. It is also intended that the headquarters general and administrative overhead expenses are included to the extent that they are covered under joint operating agreements for the operated properties. As requested, operating costs are not escalated for inflation.

Capital costs used in this report were provided by Furie and are based on authorizations for expenditure and actual costs from recent activity. Capital costs are included as required for new development wells and production equipment. Based on our understanding of Furie's future development plans, a review of the records provided to us, and our knowledge of similar properties, we regard these estimated capital costs to be reasonable. Abandonment costs used in this report are Furie's estimates of the costs to abandon the wells, platforms, and production facilities; these estimates do not include any salvage value for the lease and well equipment. As requested, capital costs and abandonment costs are not escalated for inflation.

CONTINGENT RESOURCES _____

Contingent resources are those quantities of petroleum which are estimated, as of a given date, to be potentially recoverable from known accumulations, but for which the applied project or projects are not yet considered mature enough for commercial development because of one or more contingencies. The contingent resources

[1] http://www.law.alaska.gov/pdf/press/110712-ConsentDecree.pdf



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

shown in this report are contingent upon the acquisition of additional technical data that demonstrate producing rates and volumes sufficient to sustain economic viability and finalization of the proposed development plans and marketing terms. If these contingencies are successfully addressed, some portion of the contingent resources estimated in this report may be reclassified as reserves; our estimates have not been risked to account for the possibility that the contingencies are not successfully addressed. Because of the early stage of development of this project, we did not perform an economic analysis on these resources; as such, the economic status of these resources is undetermined.

We estimate the gross (100 percent) contingent resources in these properties, as of December 31, 2013, to be:

| Fault Block/ Formation | Gross (100 Percent) Contingent Resources | | | | | |
|---|---|---|---|---|---|---|
| | Low Estimate (1C) | | Best Estimate (2C) | | High Estimate (3C) | |
| | Gas (BCF) | Oil (MMBBL) | Gas (BCF) | Oil (MMBBL) | Gas (BCF) | Oil (MMBBL) |
| KLU 2/KLU 2ST | | | | | | |
| Beluga and Sterling | 72.2 | 0.0 | 168.4 | 0.0 | 378.7 | 0.0 |
| | | | | | | |
| KLU 1/KLU 3 and KLU 2/KLU 2ST | | | | | | |
| Lower Tyonek | 3.0 | 6.0 | 11.0 | 22.1 | 34.6 | 69.2 |
| Upper Tyonek | 27.8 | 0.3 | 114.1 | 1.1 | 367.9 | 3.7 |

Gas volumes are expressed in billions of cubic feet (BCF) at standard temperature and pressure bases. The oil volumes shown include crude oil and condensate. Oil volumes are expressed in millions of barrels (MMBBL); a barrel is equivalent to 42 United States gallons.

The contingent resources shown in this report have been estimated using probabilistic methods. Once all contingencies have been successfully addressed, the probability that the quantities of contingent resources actually recovered will equal or exceed the estimated amounts is 90 percent for the low estimate, 50 percent for the best estimate, and 10 percent for the high estimate. The estimates of contingent resources included herein have not been adjusted for development risk.

GENERAL INFORMATION _____

As shown in the Table of Contents, this report includes summary projections of reserves and revenue by reserves category. Also included are reserves and economics data for each reserves category; these data include one-line summaries of reserves, economics, and basic data by lease. This report also includes a technical discussion followed by pertinent figures.

This report does not include any value that could be attributed to interests in undeveloped acreage beyond those tracts for which undeveloped reserves have been estimated. For the purposes of this report, we did not perform any field inspection of the properties, nor did we examine the mechanical operation or condition of the wells and facilities. We have not investigated possible environmental liability related to the properties; therefore, our estimates do not include any costs due to such possible liability.

The reserves and contingent resources shown in this report are estimates only and should not be construed as exact quantities. Estimates may increase or decrease as a result of market conditions, future operations, changes in regulations, or actual reservoir performance. Our estimates are based on certain assumptions including, but not limited to, that the properties will be developed consistent with current development plans, that the properties will be operated in a prudent manner, that no governmental regulations or controls will be put in place that would impact the ability of the interest owner to recover the volumes, and that our projections of future production will prove consistent with actual performance. If these volumes are recovered, the revenues therefrom and the costs related thereto could be more or less than the estimated amounts. Because of governmental

FURIE-BANKR_00106355
DA00082



policies and uncertainties of supply and demand, the sales rates, prices received, and costs incurred may vary from assumptions made while preparing this report.

For the purposes of this report, we used technical and economic data including, but not limited to, well logs, geologic maps, seismic data, well test data, and property ownership interests.  The reserves and contingent resources in this report have been estimated using a combination of deterministic and probabilistic methods; these estimates have been prepared in accordance with generally accepted petroleum engineering and evaluation principles set forth in the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information promulgated by the SPE (SPE Standards).  We used standard engineering and geoscience methods, or a combination of methods, including performance analysis, volumetric analysis, and analogy, that we considered to be appropriate and necessary to classify, categorize, and estimate volumes in accordance with the 2007 PRMS definitions and guidelines.  The reserves and contingent resources shown in this report are for undeveloped locations; such volumes are based on estimates of reservoir volumes and recovery efficiencies along with analogy to properties with similar geologic and reservoir characteristics.  As in all aspects of oil and gas evaluation, there are uncertainties inherent in the interpretation of engineering and geoscience data; therefore, our conclusions necessarily represent only informed professional judgment.

The data used in our estimates were obtained from Furie, public data sources, and the nonconfidential files of Netherland, Sewell & Associates, Inc. and were accepted as accurate.  Supporting work data are on file in our office.  We have not examined the titles to the properties or independently confirmed the actual degree or type of interest owned.  The technical persons responsible for preparing the estimates presented herein meet the requirements regarding qualifications, independence, objectivity, and confidentiality set forth in the SPE Standards.  We are independent petroleum engineers, geologists, geophysicists, and petrophysicists; we do not own an interest in these properties nor are we employed on a contingent basis.

Sincerely,

**NETHERLAND, SEWELL & ASSOCIATES, INC.**
Texas Registered Engineering Firm F-2699


By:     /s/ C.H. (Scott) Rees III

        C.H. (Scott) Rees III, P.E.
        Chairman and Chief Executive Officer



By:     /s/ Richard B. Talley, Jr.                 By:     /s/ Patrick L. Higgs

        Richard B. Talley, Jr., P.E. 102425                Patrick L. Higgs, P.G. 985
        Vice President                                     Vice President

Date Signed:  February 26, 2014                    Date Signed:  February 26, 2014

WKB:DEG

Please be advised that the digital document you are viewing is provided by Netherland, Sewell & Associates, Inc. (NSAI) as a convenience to our clients.  The digital document is intended to be substantively the same as the original signed document maintained by NSAI.  The digital document is subject to the parameters, limitations, and conditions stated in the original document.  In the event of any differences between the digital document and the original document, the original document shall control and supersede the digital document.

FURIE-BANKR_00106356
DA00083

NETHERLAND, SEWELL
& ASSOCIATES, INC.

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

This document contains information excerpted from definitions and guidelines prepared by the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE) and reviewed and jointly sponsored by the World Petroleum Council (WPC), the American Association of Petroleum Geologists (AAPG), and the Society of Petroleum Evaluation Engineers (SPEE).

### Preamble
Petroleum resources are the estimated quantities of hydrocarbons naturally occurring on or within the Earth's crust. Resource assessments estimate total quantities in known and yet-to-be-discovered accumulations; resources evaluations are focused on those quantities that can potentially be recovered and marketed by commercial projects. A petroleum resources management system provides a consistent approach to estimating petroleum quantities, evaluating development projects, and presenting results within a comprehensive classification framework.

These definitions and guidelines are designed to provide a common reference for the international petroleum industry, including national reporting and regulatory disclosure agencies, and to support petroleum project and portfolio management requirements. They are intended to improve clarity in global communications regarding petroleum resources. It is expected that this document will be supplemented with industry education programs and application guides addressing their implementation in a wide spectrum of technical and/or commercial settings.

It is understood that these definitions and guidelines allow flexibility for users and agencies to tailor application for their particular needs; however, any modifications to the guidance contained herein should be clearly identified. The definitions and guidelines contained in this document must not be construed as modifying the interpretation or application of any existing regulatory reporting requirements.

## 1.0  Basic Principles and Definitions
The estimation of petroleum resource quantities involves the interpretation of volumes and values that have an inherent degree of uncertainty. These quantities are associated with development projects at various stages of design and implementation. Use of a consistent classification system enhances comparisons between projects, groups of projects, and total company portfolios according to forecast production profiles and recoveries. Such a system must consider both technical and commercial factors that impact the project's economic feasibility, its productive life, and its related cash flows.

### 1.1  Petroleum Resources Classification Framework
Petroleum is defined as a naturally occurring mixture consisting of hydrocarbons in the gaseous, liquid, or solid phase. Petroleum may also contain non-hydrocarbons, common examples of which are carbon dioxide, nitrogen, hydrogen sulfide and sulfur. In rare cases, non-hydrocarbon content could be greater than 50%.

The term "resources" as used herein is intended to encompass all quantities of petroleum naturally occurring on or within the Earth's crust, discovered and undiscovered (recoverable and unrecoverable), plus those quantities already produced. Further, it includes all types of petroleum whether currently considered "conventional" or "unconventional."

Figure 1-1 is a graphical representation of the SPE/WPC/AAPG/SPEE resources classification system. The system defines the major recoverable resources classes: Production, Reserves, Contingent Resources, and Prospective Resources, as well as Unrecoverable petroleum.

The "Range of Uncertainty" reflects a range of estimated quantities potentially recoverable from an accumulation by a project, while the vertical axis represents the "Chance of



Figure 1-1: Resources Classification Framework.

FURIE-BANKR_00106357
DA00084



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
### Excerpted from the Petroleum Resources Management System Approved by
### the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

Commerciality", that is, the chance that the project that will be developed and reach commercial producing status.   The following definitions apply to the major subdivisions within the resources classification:

**TOTAL PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated to exist originally in naturally occurring accumulations.   It includes that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production plus those estimated quantities in accumulations yet to be discovered (equivalent to "total resources").

**DISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production.

**PRODUCTION** is the cumulative quantity of petroleum that has been recovered at a given date.   While all recoverable resources are estimated and production is measured in terms of the sales product specifications, raw production (sales plus non-sales) quantities are also measured and required to support engineering analyses based on reservoir voidage (see Production Measurement, section 3.2).

Multiple development projects may be applied to each known accumulation, and each project will recover an estimated portion of the initially-in-place quantities.   The projects shall be subdivided into Commercial and Sub-Commercial, with the estimated recoverable quantities being classified as Reserves and Contingent Resources respectively, as defined below.

**RESERVES** are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions.   Reserves must further satisfy four criteria: they must be discovered, recoverable, commercial, and remaining (as of the evaluation date) based on the development project(s) applied.   Reserves are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by development and production status.

**CONTINGENT RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations, but the applied project(s) are not yet considered mature enough for commercial development due to one or more contingencies.   Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality.   Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be subclassified based on project maturity and/or characterized by their economic status.

**UNDISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum estimated, as of a given date, to be contained within accumulations yet to be discovered.

**PROSPECTIVE RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from undiscovered accumulations by application of future development projects.   Prospective Resources have both an associated chance of discovery and a chance of development.   Prospective Resources are further subdivided in accordance with the level of certainty associated with recoverable estimates assuming their discovery and development and may be sub-classified based on project maturity.

**UNRECOVERABLE** is that portion of Discovered or Undiscovered Petroleum Initially-in-Place quantities which is estimated, as of a given date, not to be recoverable by future development projects.   A portion of these quantities may become recoverable in the future as commercial circumstances change or technological developments occur; the remaining portion may never be recovered due to physical/chemical constraints represented by subsurface interaction of fluids and reservoir rocks.

Estimated Ultimate Recovery (EUR) is not a resources category, but a term that may be applied to any accumulation or group of accumulations (discovered or undiscovered) to define those quantities of petroleum estimated, as of a given date, to be potentially recoverable under defined technical and commercial conditions plus those quantities already produced (total of recoverable resources).

FURIE-BANKR_00106358
DA00085



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

### 1.2 Project-Based Resources Evaluations

The resources evaluation process consists of identifying a recovery project, or projects, associated with a petroleum accumulation(s), estimating the quantities of Petroleum Initially-in-Place, estimating that portion of those in-place quantities that can be recovered by each project, and classifying the project(s) based on its maturity status or chance of commerciality.

This concept of a project-based classification system is further clarified by examining the primary data sources contributing to an evaluation of net recoverable resources (see Figure 1-2) that may be described as follows:



Figure 1-2: Resources Evaluation Data Sources.

ξ   The Reservoir (accumulation):  Key attributes include the types and quantities of Petroleum Initially-in-Place and the fluid and rock properties that affect petroleum recovery.

ξ   The Project:  Each project applied to a specific reservoir development generates a unique production and cash flow schedule.  The time integration of these schedules taken to the project's technical, economic, or contractual limit defines the estimated recoverable resources and associated future net cash flow projections for each project.  The ratio of EUR to Total Initially-in-Place quantities defines the ultimate recovery efficiency for the development project(s).  A project may be defined at various levels and stages of maturity; it may include one or many wells and associated production and processing facilities.  One project may develop many reservoirs, or many projects may be applied to one reservoir.

ξ   The Property (lease or license area):  Each property may have unique associated contractual rights and obligations including the fiscal terms.  Such information allows definition of each participant's share of produced quantities (entitlement) and share of investments, expenses, and revenues for each recovery project and the reservoir to which it is applied.  One property may encompass many reservoirs, or one reservoir may span several different properties.  A property may contain both discovered and undiscovered accumulations.

In context of this data relationship, "project" is the primary element considered in this resources classification, and net recoverable resources are the incremental quantities derived from each project.  Project represents the link between the petroleum accumulation and the decision-making process.  A project may, for example, constitute the development of a single reservoir or field, or an incremental development for a producing field, or the integrated development of several fields and associated facilities with a common ownership.  In general, an individual project will represent the level at which a decision is made whether or not to proceed (i.e., spend more money) and there should be an associated range of estimated recoverable quantities for that project.

An accumulation or potential accumulation of petroleum may be subject to several separate and distinct projects that are at different stages of exploration or development.  Thus, an accumulation may have recoverable quantities in several resource classes simultaneously.

In order to assign recoverable resources of any class, a development plan needs to be defined consisting of one or more projects.  Even for Prospective Resources, the estimates of recoverable quantities must be stated in terms of the sales products derived from a development program assuming successful discovery and commercial development.  Given the major uncertainties involved at this early stage, the development program will not be of the detail expected in later stages of maturity. In most cases, recovery efficiency may be largely based on analogous projects.  In-place quantities for which a feasible project cannot be defined using current, or reasonably forecast improvements in, technology are classified as Unrecoverable.

Not all technically feasible development plans will be commercial.  The commercial viability of a development project is dependent on a forecast of the conditions that will exist during the time period encompassed by the project's activities (see

Definitions - Page 3 of 10

FURIE-BANKR_00106359
DA00086



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

Commercial Evaluations, section 3.1).   "Conditions" include technological, economic, legal, environmental, social, and governmental factors.   While economic factors can be summarized as forecast costs and product prices, the underlying influences include, but are not limited to, market conditions, transportation and processing infrastructure, fiscal terms, and taxes.

The resource quantities being estimated are those volumes producible from a project as measured according to delivery specifications at the point of sale or custody transfer (see Reference Point, section 3.2.1).   The cumulative production from the evaluation date forward to cessation of production is the remaining recoverable quantity.   The sum of the associated annual net cash flows yields the estimated future net revenue.   When the cash flows are discounted according to a defined discount rate and time period, the summation of the discounted cash flows is termed net present value (NPV) of the project (see Evaluation and Reporting Guidelines, section 3.0).

The supporting data, analytical processes, and assumptions used in an evaluation should be documented in sufficient detail to allow an independent evaluator or auditor to clearly understand the basis for estimation and categorization of recoverable quantities and their classification.

## 2.0  Classification and Categorization Guidelines

### 2.1  Resources Classification
The basic classification requires establishment of criteria for a petroleum discovery and thereafter the distinction between commercial and sub-commercial projects in known accumulations (and hence between Reserves and Contingent Resources).

#### 2.1.1  Determination of Discovery Status
A discovery is one petroleum accumulation, or several petroleum accumulations collectively, for which one or several exploratory wells have established through testing, sampling, and/or logging the existence of a significant quantity of potentially moveable hydrocarbons.

In this context, "significant" implies that there is evidence of a sufficient quantity of petroleum to justify estimating the in-place volume demonstrated by the well(s) and for evaluating the potential for economic recovery.   Estimated recoverable quantities within such a discovered (known) accumulation(s) shall initially be classified as Contingent Resources pending definition of projects with sufficient chance of commercial development to reclassify all, or a portion, as Reserves.   Where in-place hydrocarbons are identified but are not considered currently recoverable, such quantities may be classified as Discovered Unrecoverable, if considered appropriate for resource management purposes; a portion of these quantities may become recoverable resources in the future as commercial circumstances change or technological developments occur.

#### 2.1.2  Determination of Commerciality
Discovered recoverable volumes (Contingent Resources) may be considered commercially producible, and thus Reserves, if the entity claiming commerciality has demonstrated firm intention to proceed with development and such intention is based upon all of the following criteria:

- ξ  Evidence to support a reasonable timetable for development.
- ξ  A reasonable assessment of the future economics of such development projects meeting defined investment and operating criteria.
- ξ  A reasonable expectation that there will be a market for all or at least the expected sales quantities of production required to justify development.
- ξ  Evidence that the necessary production and transportation facilities are available or can be made available.
- ξ  Evidence that legal, contractual, environmental and other social and economic concerns will allow for the actual implementation of the recovery project being evaluated.

To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability.   There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame.   A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project.   While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives.   In all cases, the justification for classification as Reserves should be clearly documented.

Definitions - Page 4 of 10

FURIE-BANKR_00106360
DA00087



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests.

## 2.2 Resources Categorization
The horizontal axis in the Resources Classification (Figure 1.1) defines the range of uncertainty in estimates of the quantities of recoverable, or potentially recoverable, petroleum associated with a project. These estimates include both technical and commercial uncertainty components as follows:

- The total petroleum remaining within the accumulation (in-place resources).
- That portion of the in-place petroleum that can be recovered by applying a defined development project or projects.
- Variations in the commercial conditions that may impact the quantities recovered and sold (e.g., market availability, contractual changes).

Where commercial uncertainties are such that there is significant risk that the complete project (as initially defined) will not proceed, it is advised to create a separate project classified as Contingent Resources with an appropriate chance of commerciality.

### 2.2.1 Range of Uncertainty
The range of uncertainty of the recoverable and/or potentially recoverable volumes may be represented by either deterministic scenarios or by a probability distribution (see Deterministic and Probabilistic Methods, section 4.2).

When the range of uncertainty is represented by a probability distribution, a low, best, and high estimate shall be provided such that:

- There should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the low estimate.
- There should be at least a 50% probability (P50) that the quantities actually recovered will equal or exceed the best estimate.
- There should be at least a 10% probability (P10) that the quantities actually recovered will equal or exceed the high estimate.

When using the deterministic scenario method, typically there should also be low, best, and high estimates, where such estimates are based on qualitative assessments of relative uncertainty using consistent interpretation guidelines. Under the deterministic incremental (risk-based) approach, quantities at each level of uncertainty are estimated discretely and separately (see Category Definitions and Guidelines, section 2.2.2).

These same approaches to describing uncertainty may be applied to Reserves, Contingent Resources, and Prospective Resources. While there may be significant risk that sub-commercial and undiscovered accumulations will not achieve commercial production, it is useful to consider the range of potentially recoverable quantities independently of such a risk or consideration of the resource class to which the quantities will be assigned.

### 2.2.2 Category Definitions and Guidelines
Evaluators may assess recoverable quantities and categorize results by uncertainty using the deterministic incremental (risk-based) approach, the deterministic scenario (cumulative) approach, or probabilistic methods (see "2001 Supplemental Guidelines," Chapter 2.5). In many cases, a combination of approaches is used.

Use of consistent terminology (Figure 1.1) promotes clarity in communication of evaluation results. For Reserves, the general cumulative terms low/best/high estimates are denoted as 1P/2P/3P, respectively. The associated incremental quantities are termed Proved, Probable and Possible. Reserves are a subset of, and must be viewed within context of, the complete resources classification system. While the categorization criteria are proposed specifically for Reserves, in most cases, they can be equally applied to Contingent and Prospective Resources conditional upon their satisfying the criteria for discovery and/or development.

FURIE-BANKR_00106361
DA00088



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

For Contingent Resources, the general cumulative terms low/best/high estimates are denoted as 1C/2C/3C respectively. For Prospective Resources, the general cumulative terms low/best/high estimates still apply. No specific terms are defined for incremental quantities within Contingent and Prospective Resources.

Without new technical information, there should be no change in the distribution of technically recoverable volumes and their categorization boundaries when conditions are satisfied sufficiently to reclassify a project from Contingent Resources to Reserves. All evaluations require application of a consistent set of forecast conditions, including assumed future costs and prices, for both classification of projects and categorization of estimated quantities recovered by each project (see Commercial Evaluations, section 3.1).

Based on additional data and updated interpretations that indicate increased certainty, portions of Possible and Probable Reserves may be re-categorized as Probable and Proved Reserves.

Uncertainty in resource estimates is best communicated by reporting a range of potential results. However, if it is required to report a single representative result, the "best estimate" is considered the most realistic assessment of recoverable quantities. It is generally considered to represent the sum of Proved and Probable estimates (2P) when using the deterministic scenario or the probabilistic assessment methods. It should be noted that under the deterministic incremental (risk-based) approach, discrete estimates are made for each category, and they should not be aggregated without due consideration of their associated risk (see "2001 Supplemental Guidelines," Chapter 2.5).

### Table 1: Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| **Reserves** | Reserves are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. | Reserves must satisfy four criteria: they must be discovered, recoverable, commercial, and remaining based on the development project(s) applied. Reserves are further subdivided in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their development and production status.<br><br>To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame.<br><br>A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.<br><br>To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests. |
| On Production | The development project is currently producing and selling petroleum to market. | The key criterion is that the project is receiving income from sales, rather than the approved development project necessarily being complete. This is the point at which the project "chance of commerciality" can be said to be 100%.<br><br>The project "decision gate" is the decision to initiate commercial production from the project. |

FURIE-BANKR_00106362
DA00089



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| **Class**/Sub-Class | **Definition** | **Guidelines** |
|---|---|---|
| Approved for Development | All necessary approvals have been obtained, capital funds have been committed, and implementation of the development project is under way. | At this point, it must be certain that the development project is going ahead. The project must not be subject to any contingencies such as outstanding regulatory approvals or sales contracts. Forecast capital expenditures should be included in the reporting entity's current or following year's approved budget.<br><br>The project "decision gate" is the decision to start investing capital in the construction of production facilities and/or drilling development wells. |
| Justified for Development | Implementation of the development project is justified on the basis of reasonable forecast commercial conditions at the time of reporting, and there are reasonable expectations that all necessary approvals/contracts will be obtained. | In order to move to this level of project maturity, and hence have reserves associated with it, the development project must be commercially viable at the time of reporting, based on the reporting entity's assumptions of future prices, costs, etc. ("forecast case") and the specific circumstances of the project. Evidence of a firm intention to proceed with development within a reasonable time frame will be sufficient to demonstrate commerciality. There should be a development plan in sufficient detail to support the assessment of commerciality and a reasonable expectation that any regulatory approvals or sales contracts required prior to project implementation will be forthcoming. Other than such approvals/contracts, there should be no known contingencies that could preclude the development from proceeding within a reasonable timeframe (see Reserves class).<br><br>The project "decision gate" is the decision by the reporting entity and its partners, if any, that the project has reached a level of technical and commercial maturity sufficient to justify proceeding with development at that point in time. |
| **Contingent Resources** | Those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations by application of development projects, but which are not currently considered to be commercially recoverable due to one or more contingencies. | Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their economic status. |
| Development Pending | A discovered accumulation where project activities are ongoing to justify commercial development in the foreseeable future. | The project is seen to have reasonable potential for eventual commercial development, to the extent that further data acquisition (e.g. drilling, seismic data) and/or evaluations are currently ongoing with a view to confirming that the project is commercially viable and providing the basis for selection of an appropriate development plan. The critical contingencies have been identified and are reasonably expected to be resolved within a reasonable time frame. Note that disappointing appraisal/evaluation results could lead to a re-classification of the project to "On Hold" or "Not Viable" status.<br><br>The project "decision gate" is the decision to undertake further data acquisition and/or studies designed to move the project to a level of technical and commercial maturity at which a decision can be made to proceed with development and production. |
| Development Unclarified or on Hold | A discovered accumulation where project activities are on hold and/or where justification as a commercial development may be subject to significant delay. | The project is seen to have potential for eventual commercial development, but further appraisal/evaluation activities are on hold pending the removal of significant contingencies external to the project, or substantial further appraisal/evaluation activities are required to clarify the potential for eventual commercial development. Development may be subject to a significant time delay. Note that a change in circumstances, such that there is no longer a reasonable expectation that a critical contingency can be removed in the foreseeable future, for example, could lead to a reclassification of the project to "Not Viable" status.<br><br>The project "decision gate" is the decision to either proceed with additional evaluation designed to clarify the potential for eventual commercial development or to temporarily suspend or delay further activities pending resolution of external contingencies. |

FURIE-BANKR_00106363
DA00090



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Development Not Viable | A discovered accumulation for which there are no current plans to develop or to acquire additional data at the time due to limited production potential. | The project is not seen to have potential for eventual commercial development at the time of reporting, but the theoretically recoverable quantities are recorded so that the potential opportunity will be recognized in the event of a major change in technology or commercial conditions.<br><br>The project "decision gate" is the decision not to undertake any further data acquisition or studies on the project for the foreseeable future. |
| **Prospective Resources** | Those quantities of petroleum which are estimated, as of a given date, to be potentially recoverable from undiscovered accumulations. | Potential accumulations are evaluated according to their chance of discovery and, assuming a discovery, the estimated quantities that would be recoverable under defined development projects. It is recognized that the development programs will be of significantly less detail and depend more heavily on analog developments in the earlier phases of exploration. |
| Prospect | A project associated with a potential accumulation that is sufficiently well defined to represent a viable drilling target. | Project activities are focused on assessing the chance of discovery and, assuming discovery, the range of potential recoverable quantities under a commercial development program. |
| Lead | A project associated with a potential accumulation that is currently poorly defined and requires more data acquisition and/or evaluation in order to be classified as a prospect. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to confirm whether or not the lead can be matured into a prospect. Such evaluation includes the assessment of the chance of discovery and, assuming discovery, the range of potential recovery under feasible development scenarios. |
| Play | A project associated with a prospective trend of potential prospects, but which requires more data acquisition and/or evaluation in order to define specific leads or prospects. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to define specific leads or prospects for more detailed analysis of their chance of discovery and, assuming discovery, the range of potential recovery under hypothetical development scenarios. |

### Table 2: Reserves Status Definitions and Guidelines

| Status | Definition | Guidelines |
|---|---|---|
| **Developed Reserves** | Developed Reserves are expected quantities to be recovered from existing wells and facilities. | Reserves are considered developed only after the necessary equipment has been installed, or when the costs to do so are relatively minor compared to the cost of a well. Where required facilities become unavailable, it may be necessary to reclassify Developed Reserves as Undeveloped. Developed Reserves may be further sub-classified as Producing or Non-Producing. |
| Developed Producing Reserves | Developed Producing Reserves are expected to be recovered from completion intervals that are open and producing at the time of the estimate. | Improved recovery reserves are considered producing only after the improved recovery project is in operation. |
| Developed Non-Producing Reserves | Developed Non-Producing Reserves include shut-in and behind-pipe Reserves. | Shut-in Reserves are expected to be recovered from (1) completion intervals which are open at the time of the estimate but which have not yet started producing, (2) wells which were shut-in for market conditions or pipeline connections, or (3) wells not capable of production for mechanical reasons. Behind-pipe Reserves are expected to be recovered from zones in existing wells which will require additional completion work or future re-completion prior to start of production.<br><br>In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |

FURIE-BANKR_00106364
DA00091



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Status | Definition | Guidelines |
|---|---|---|
| Undeveloped Reserves | Undeveloped Reserves are quantities expected to be recovered through future investments: | (1) from new wells on undrilled acreage in known accumulations, (2) from deepening existing wells to a different (but known) reservoir, (3) from infill wells that will increase recovery, or (4) where a relatively large expenditure (e.g. when compared to the cost of drilling a new well) is required to (a) recomplete an existing well or (b) install production or transportation facilities for primary or improved recovery projects. |

### Table 3: Reserves Category Definitions and Guidelines

| Category | Definition | Guidelines |
|---|---|---|
| Proved Reserves | Proved Reserves are those quantities of petroleum, which by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. | If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.<br><br>The area of the reservoir considered as Proved includes (1) the area delineated by drilling and defined by fluid contacts, if any, and (2) adjacent undrilled portions of the reservoir that can reasonably be judged as continuous with it and commercially productive on the basis of available geoscience and engineering data.<br><br>In the absence of data on fluid contacts, Proved quantities in a reservoir are limited by the lowest known hydrocarbon (LKH) as seen in a well penetration unless otherwise indicated by definitive geoscience, engineering, or performance data. Such definitive information may include pressure gradient analysis and seismic indicators. Seismic data alone may not be sufficient to define fluid contacts for Proved reserves (see "2001 Supplemental Guidelines," Chapter 8).<br><br>Reserves in undeveloped locations may be classified as Proved provided that:<br>ξ  The locations are in undrilled areas of the reservoir that can be judged with reasonable certainty to be commercially productive.<br>ξ  Interpretations of available geoscience and engineering data indicate with reasonable certainty that the objective formation is laterally continuous with drilled Proved locations.<br><br>For Proved Reserves, the recovery efficiency applied to these reservoirs should be defined based on a range of possibilities supported by analogs and sound engineering judgment considering the characteristics of the Proved area and the applied development program. |
| Probable Reserves | Probable Reserves are those additional Reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. | It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.<br><br>Probable Reserves may be assigned to areas of a reservoir adjacent to Proved where data control or interpretations of available data are less certain. The interpreted reservoir continuity may not meet the reasonable certainty criteria.<br><br>Probable estimates also include incremental recoveries associated with project recovery efficiencies beyond that assumed for Proved. |

FURIE-BANKR_00106365
DA00092



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Category | Definition | Guidelines |
|---|---|---|
| **Possible Reserves** | Possible Reserves are those additional reserves which analysis of geoscience and engineering data indicate are less likely to be recoverable than Probable Reserves. | The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P), which is equivalent to the high estimate scenario.  When probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate.<br><br>Possible Reserves may be assigned to areas of a reservoir adjacent to Probable where data control and interpretations of available data are progressively less certain.  Frequently, this may be in areas where geoscience and engineering data are unable to clearly define the area and vertical reservoir limits of commercial production from the reservoir by a defined project.<br><br>Possible estimates also include incremental quantities associated with project recovery efficiencies beyond that assumed for Probable. |
| **Probable and Possible Reserves** | (See above for separate criteria for Probable Reserves and Possible Reserves.) | The 2P and 3P estimates may be based on reasonable alternative technical and commercial interpretations within the reservoir and/or subject project that are clearly documented, including comparisons to results in successful similar projects.<br><br>In conventional accumulations, Probable and/or Possible Reserves may be assigned where geoscience and engineering data identify directly adjacent portions of a reservoir within the same accumulation that may be separated from Proved areas by minor faulting or other geological discontinuities and have not been penetrated by a wellbore but are interpreted to be in communication with the known (Proved) reservoir. Probable or Possible Reserves may be assigned to areas that are structurally higher than the Proved area.  Possible (and in some cases, Probable) Reserves may be assigned to areas that are structurally lower than the adjacent Proved or 2P area.<br><br>Caution should be exercised in assigning Reserves to adjacent reservoirs isolated by major, potentially sealing, faults until this reservoir is penetrated and evaluated as commercially productive.  Justification for assigning Reserves in such cases should be clearly documented. Reserves should not be assigned to areas that are clearly separated from a known accumulation by non-productive reservoir (i.e., absence of reservoir, structurally low reservoir, or negative test results); such areas may contain Prospective Resources.<br><br>In conventional accumulations, where drilling has defined a highest known oil (HKO) elevation and there exists the potential for an associated gas cap, Proved oil Reserves should only be assigned in the structurally higher portions of the reservoir if there is reasonable certainty that such portions are initially above bubble point pressure based on documented engineering analyses.  Reservoir portions that do not meet this certainty may be assigned as Probable and Possible oil and/or gas based on reservoir fluid properties and pressure gradient interpretations. |

*The 2007 Petroleum Resources Management System can be viewed in its entirety at*
*http://www.spe.org/spe-app/spe/industry/reserves/prms.htm.*

Definitions - Page 10 of 10

FURIE-BANKR_00106366
DA00093



# TABLE OF CONTENTS

SUMMARY PROJECTIONS OF RESERVES AND REVENUE

Proved Undeveloped Reserves                                          I
Probable Reserves                                                   II
Possible Reserves                                                  III


RESERVES AND ECONOMICS

Proved Undeveloped Reserves                                          1
Probable Reserves                                                    3
Possible Reserves                                                    5


TECHNICAL DISCUSSION

1.0    Kitchen Lights Unit History                                   7
       1.1    License                                                7
       1.2    Exploration                                            7
2.0    Geologic Description                                          8
       2.1    Stratigraphy                                           8
       2.2    Structure and Hydrocarbon Migration                    8
3.0    Data and Methodology                                          9
4.0    Reservoir Parameters                                          9


FIGURES

Location Map                                                         1
Detailed Location Map                                                2
Log Section
       Kitchen Lights Unit 1ST
              Beluga Formation                                       3
              Tyonek Formation                                       4
              Sunfish Formation                                      5
       Kitchen Lights Unit 2ST
              Beluga Formation                                       6
Depth Structure
       Top Sterling Formation                                        7
       Top Tyonek Formation                                          8
Monte Carlo Input Distribution Summary
       Gross (100 Percent) Contingent Gas Resources                  9
       Gross (100 Percent) Contingent Oil Resources                 10

FURIE-BANKR_00106367
DA00094



SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2013

COMPANY INTEREST

PROVED UNDEVELOPED RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| PERIOD ENDING M-D-Y | GROSS RESERVES | | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL $/BBL | NGL $/BBL | GAS $/MCF | OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
| 12-31-2014 | 0.0 | 0.0 | 1,080.0 | 0.0 | 0.0 | 810.0 | 0.00 | 0.00 | 6.860 | 0.0 | 0.0 | 5,556.6 | 5,556.6 |
| 12-31-2015 | 0.0 | 0.0 | 12,960.0 | 0.0 | 0.0 | 9,720.0 | 0.00 | 0.00 | 7.130 | 0.0 | 0.0 | 69,303.6 | 69,303.6 |
| 12-31-2016 | 0.0 | 0.0 | 12,934.5 | 0.0 | 0.0 | 9,700.9 | 0.00 | 0.00 | 7.420 | 0.0 | 0.0 | 71,980.6 | 71,980.6 |
| 12-31-2017 | 0.0 | 0.0 | 10,998.8 | 0.0 | 0.0 | 8,249.1 | 0.00 | 0.00 | 7.720 | 0.0 | 0.0 | 63,683.1 | 63,683.1 |
| 12-31-2018 | 0.0 | 0.0 | 8,249.1 | 0.0 | 0.0 | 6,186.8 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 49,680.2 | 49,680.2 |
| 12-31-2019 | 0.0 | 0.0 | 6,186.8 | 0.0 | 0.0 | 4,640.1 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 37,260.2 | 37,260.2 |
| 12-31-2020 | 0.0 | 0.0 | 4,640.1 | 0.0 | 0.0 | 3,480.1 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 27,945.1 | 27,945.1 |
| 12-31-2021 | 0.0 | 0.0 | 2,445.6 | 0.0 | 0.0 | 1,834.2 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 14,728.8 | 14,728.8 |
| 12-31-2022 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 0.0 | 59,495.0 | 0.0 | 0.0 | 44,621.2 | 0.00 | 0.00 | 7.623 | 0.0 | 0.0 | 340,138.2 | 340,138.2 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 0.0 | 59,495.0 | 0.0 | 0.0 | 44,621.2 | 0.00 | 0.00 | 7.623 | 0.0 | 0.0 | 340,138.2 | 340,138.2 |
| CUM PROD | 0.0 | | 0.0 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 59,495.0 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS AND EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL COST M$ | ABANDONMENT COST M$ | OPERATING EXPENSE M$ | UNDISCOUNTED PERIOD M$ | DISCOUNTED AT 10.000% | | | |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | | | | | PERIOD M$ | CUM M$ | DISC RATE % | CUM PW M$ |
| 12-31-2014 | 0 | 0.2 | 0.0 | 1,535.7 | 126,093.4 | 0.0 | 526.6 | -122,599.1 | -116,524.9 | -116,524.9 | 8.000 | 130,321.9 |
| 12-31-2015 | 2 | 2.0 | 0.0 | 2,680.0 | -58,583.7 | 0.0 | 3,319.2 | 121,888.1 | 107,946.4 | -8,578.5 | 12.000 | 113,023.4 |
| 12-31-2016 | 2 | 2.0 | 0.0 | 2,680.0 | 0.0 | 0.0 | 3,319.2 | 65,981.4 | 52,016.5 | 43,438.0 | 15.000 | 101,374.2 |
| 12-31-2017 | 2 | 2.0 | 0.0 | 2,730.0 | 5,000.0 | 0.0 | 3,516.9 | 52,436.1 | 37,688.0 | 81,126.0 | 20.000 | 84,244.9 |
| 12-31-2018 | 2 | 2.0 | 0.0 | 2,780.0 | -2,250.0 | 0.0 | 5,381.5 | 43,768.7 | 28,655.4 | 109,781.4 | 25.000 | 69,626.8 |
| 12-31-2019 | 2 | 2.0 | 0.0 | 2,780.0 | 0.0 | 0.0 | 4,865.9 | 29,614.3 | 17,586.9 | 127,368.4 | 30.000 | 57,138.5 |
| 12-31-2020 | 2 | 2.0 | 0.0 | 2,780.0 | 0.0 | 0.0 | 4,479.2 | 20,685.9 | 11,170.1 | 138,538.5 | 35.000 | 46,441.4 |
| 12-31-2021 | 1 | 1.4 | 0.0 | 2,085.0 | 0.0 | 0.0 | 3,087.5 | 9,558.3 | 4,762.6 | 143,301.1 | 40.000 | 37,248.3 |
| 12-31-2022 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 50,000.0 | 0.0 | -50,000.0 | -21,889.4 | 121,411.7 | 45.000 | 29,310.7 |
| | | | | | | | | | | | 50.000 | 22,433.5 |
| SUBTOTAL | | | 0.0 | 20,050.7 | 70,259.8 | 50,000.0 | 28,496.0 | 171,331.7 | 121,411.7 | 121,411.7 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 121,411.7 | | |
| TOTAL OF 8.8 YRS | | | 0.0 | 20,050.7 | 70,259.8 | 50,000.0 | 28,496.0 | 171,331.7 | 121,411.7 | 121,411.7 | | |

BASED ON FURIE PRICE AND COST PARAMETERS

Table I

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*



SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2013

COMPANY INTEREST

PROBABLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | NGL MBBL | GAS MMCF | NET RESERVES OIL MBBL | NGL MBBL | GAS MMCF | AVERAGE PRICES OIL $/BBL | NGL $/BBL | GAS $/MCF | GROSS REVENUE OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2014 | 0.0 | 0.0 | 240.0 | 0.0 | 0.0 | 180.0 | 0.00 | 0.00 | 6.860 | 0.0 | 0.0 | 1,234.8 | 1,234.8 |
| 12-31-2015 | 0.0 | 0.0 | 9,480.0 | 0.0 | 0.0 | 7,110.0 | 0.00 | 0.00 | 7.130 | 0.0 | 0.0 | 50,694.3 | 50,694.3 |
| 12-31-2016 | 0.0 | 0.0 | 10,825.5 | 0.0 | 0.0 | 8,119.1 | 0.00 | 0.00 | 7.420 | 0.0 | 0.0 | 60,243.8 | 60,243.8 |
| 12-31-2017 | 0.0 | 0.0 | 12,761.2 | 0.0 | 0.0 | 9,570.9 | 0.00 | 0.00 | 7.720 | 0.0 | 0.0 | 73,887.3 | 73,887.3 |
| 12-31-2018 | 0.0 | 0.0 | 15,486.7 | 0.0 | 0.0 | 11,615.0 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 93,268.4 | 93,268.4 |
| 12-31-2019 | 0.0 | 0.0 | 15,093.8 | 0.0 | 0.0 | 8,419.8 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 67,611.6 | 67,611.6 |
| 12-31-2020 | 0.0 | 0.0 | 12,404.3 | 0.0 | 0.0 | 6,746.6 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 54,174.9 | 54,174.9 |
| 12-31-2021 | 0.0 | 0.0 | 11,189.9 | 0.0 | 0.0 | 6,347.1 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 50,967.2 | 50,967.2 |
| 12-31-2022 | 0.0 | 0.0 | 10,908.4 | 0.0 | 0.0 | 6,545.1 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 52,556.8 | 52,556.8 |
| 12-31-2023 | 0.0 | 0.0 | 8,726.7 | 0.0 | 0.0 | 5,236.0 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 42,045.5 | 42,045.5 |
| 12-31-2024 | 0.0 | 0.0 | 2,566.7 | 0.0 | 0.0 | 1,540.0 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 12,366.2 | 12,366.2 |
| 12-31-2025 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 0.0 | 109,683.2 | 0.0 | 0.0 | 71,429.6 | 0.00 | 0.00 | 7.827 | 0.0 | 0.0 | 559,050.8 | 559,050.8 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 0.0 | 109,683.2 | 0.0 | 0.0 | 71,429.6 | 0.00 | 0.00 | 7.827 | 0.0 | 0.0 | 559,050.8 | 559,050.8 |
| CUM PROD | 0.0 | | 0.0 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 109,683.2 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NET | NET DEDUCTIONS AND EXPENDITURES TAXES PRODUCTION M$ | AD VALOREM M$ | CAPITAL COST M$ | ABANDONMENT COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD | DISCOUNTED AT 10.000% PERIOD | CUM | PRESENT WORTH PROFILE DISC RATE % | CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2014 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,234.8 | 1,131.5 | 1,131.5 | 8.000 | 363,799.5 |
| 12-31-2015 | 1 | 0.8 | 0.0 | 0.0 | 8,187.2 | 0.0 | 133.0 | 42,374.1 | 35,917.5 | 37,049.0 | 12.000 | 306,027.8 |
| 12-31-2016 | 1 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159.6 | 60,084.2 | 47,358.7 | 84,407.7 | 15.000 | 270,838.9 |
| 12-31-2017 | 1 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 291.9 | 73,595.5 | 52,640.3 | 137,047.9 | 20.000 | 223,879.0 |
| 12-31-2018 | 1 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3,701.3 | 89,567.1 | 58,292.6 | 195,340.5 | 25.000 | 187,844.2 |
| 12-31-2019 | 1 | 0.6 | 0.0 | -509.7 | 0.0 | 0.0 | 2,328.4 | 65,792.8 | 39,073.4 | 234,413.9 | 30.000 | 159,717.5 |
| 12-31-2020 | 1 | 0.5 | 0.0 | -556.0 | 0.0 | 0.0 | 1,712.7 | 53,018.2 | 28,587.2 | 263,001.1 | 35.000 | 137,415.9 |
| 12-31-2021 | 2 | 1.0 | 0.0 | 139.0 | 0.0 | 0.0 | 2,422.6 | 48,405.6 | 23,661.7 | 286,662.8 | 40.000 | 119,476.3 |
| 12-31-2022 | 3 | 2.4 | 0.0 | 2,224.0 | 0.0 | -50,000.0 | 4,964.7 | 95,368.1 | 42,116.0 | 328,778.8 | 45.000 | 104,853.9 |
| 12-31-2023 | 3 | 2.4 | 0.0 | 2,224.0 | 0.0 | 0.0 | 4,528.4 | 35,293.1 | 14,305.2 | 343,084.0 | 50.000 | 92,790.9 |
| 12-31-2024 | 1 | 0.9 | 0.0 | 1,112.0 | 0.0 | 0.0 | 1,862.3 | 9,391.9 | 3,559.5 | 346,643.5 | | |
| 12-31-2025 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,000.0 | 0.0 | -40,000.0 | -13,473.9 | 333,169.6 | | |
| SUBTOTAL | | | 0.0 | 4,633.3 | 8,187.2 | -10,000.0 | 22,104.9 | 534,125.2 | 333,169.6 | 333,169.6 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 333,169.6 | | |
| TOTAL OF 11.5 YRS | | | 0.0 | 4,633.3 | 8,187.2 | -10,000.0 | 22,104.9 | 534,125.2 | 333,169.6 | 333,169.6 | | |

BASED ON FURIE PRICE AND COST PARAMETERS

Table II

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

FURIE-BANKR_00106369
DA00096



SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF DECEMBER 31, 2013

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| PERIOD ENDING M-D-Y | GROSS RESERVES | | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL $/BBL | NGL $/BBL | GAS $/MCF | OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
| 12-31-2014 | 0.0 | 0.0 | 60.0 | 0.0 | 0.0 | 45.0 | 0.00 | 0.00 | 6.860 | 0.0 | 0.0 | 308.7 | 308.7 |
| 12-31-2015 | 0.0 | 0.0 | 4,470.0 | 0.0 | 0.0 | 3,352.5 | 0.00 | 0.00 | 7.130 | 0.0 | 0.0 | 23,903.3 | 23,903.3 |
| 12-31-2016 | 0.0 | 0.0 | 24,540.0 | 0.0 | 0.0 | 18,405.0 | 0.00 | 0.00 | 7.420 | 0.0 | 0.0 | 136,565.1 | 136,565.1 |
| 12-31-2017 | 0.0 | 0.0 | 25,920.0 | 0.0 | 0.0 | 16,956.0 | 0.00 | 0.00 | 7.720 | 0.0 | 0.0 | 130,900.3 | 130,900.3 |
| 12-31-2018 | 0.0 | 0.0 | 25,925.7 | 0.0 | 0.0 | 11,995.1 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 96,320.4 | 96,320.4 |
| 12-31-2019 | 0.0 | 0.0 | 26,394.6 | 0.0 | 0.0 | 15,545.1 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 124,827.5 | 124,827.5 |
| 12-31-2020 | 0.0 | 0.0 | 25,059.7 | 0.0 | 0.0 | 15,035.8 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 120,737.4 | 120,737.4 |
| 12-31-2021 | 0.0 | 0.0 | 22,169.0 | 0.0 | 0.0 | 13,301.4 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 106,810.0 | 106,810.0 |
| 12-31-2022 | 0.0 | 0.0 | 19,525.4 | 0.0 | 0.0 | 11,715.2 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 94,073.3 | 94,073.3 |
| 12-31-2023 | 0.0 | 0.0 | 17,142.0 | 0.0 | 0.0 | 10,285.2 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 82,590.1 | 82,590.1 |
| 12-31-2024 | 0.0 | 0.0 | 18,540.4 | 0.0 | 0.0 | 11,124.3 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 89,327.8 | 89,327.8 |
| 12-31-2025 | 0.0 | 0.0 | 8,745.4 | 0.0 | 0.0 | 5,247.2 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 42,135.3 | 42,135.3 |
| 12-31-2026 | 0.0 | 0.0 | 265.6 | 0.0 | 0.0 | 159.3 | 0.00 | 0.00 | 8.030 | 0.0 | 0.0 | 1,279.5 | 1,279.5 |
| 12-31-2027 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 0.0 | 218,757.7 | 0.0 | 0.0 | 133,167.2 | 0.00 | 0.00 | 7.883 | 0.0 | 0.0 | 1,049,778.9 | 1,049,778.9 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 0.0 | 218,757.7 | 0.0 | 0.0 | 133,167.2 | 0.00 | 0.00 | 7.883 | 0.0 | 0.0 | 1,049,778.9 | 1,049,778.9 |
| CUM PROD | 0.0 | | 0.0 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 218,757.7 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS AND EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL COST | ABANDONMENT COST | OPERATING EXPENSE | UNDISCOUNTED PERIOD | DISCOUNTED AT 10.000% | | | |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | M$ | M$ | M$ | M$ | PERIOD M$ | CUM M$ | DISC RATE % | CUM PW M$ |
| 12-31-2014 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 308.7 | 282.9 | 282.9 | 8.000 | 614,231.8 |
| 12-31-2015 | 0 | 0.4 | 0.0 | 0.0 | 29,771.8 | 0.0 | 66.5 | -5,935.0 | -5,384.2 | -5,101.4 | 12.000 | 502,522.1 |
| 12-31-2016 | 3 | 2.8 | 0.0 | 0.0 | -5,210.1 | 0.0 | 452.2 | 141,323.0 | 111,013.2 | 105,911.8 | 15.000 | 436,378.7 |
| 12-31-2017 | 3 | 1.0 | 0.0 | -185.3 | 0.0 | 0.0 | 161.0 | 130,924.7 | 94,245.7 | 200,157.5 | 20.000 | 350,513.1 |
| 12-31-2018 | 3 | -1.0 | 0.0 | -556.0 | 0.0 | 0.0 | -538.4 | 97,414.8 | 63,475.4 | 263,632.9 | 25.000 | 286,622.8 |
| 12-31-2019 | 3 | 2.3 | 0.0 | -46.3 | 0.0 | 0.0 | 5,230.8 | 119,643.0 | 70,795.2 | 334,428.1 | 30.000 | 238,059.6 |
| 12-31-2020 | 3 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 5,395.0 | 115,342.4 | 62,158.9 | 396,587.0 | 35.000 | 200,432.3 |
| 12-31-2021 | 3 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 4,816.6 | 101,993.2 | 49,971.2 | 446,558.2 | 40.000 | 170,772.5 |
| 12-31-2022 | 3 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 4,288.1 | 89,785.2 | 39,991.9 | 486,550.1 | 45.000 | 147,029.8 |
| 12-31-2023 | 3 | 2.4 | 0.0 | 0.0 | 0.0 | 0.0 | 3,811.4 | 78,778.7 | 31,900.3 | 518,450.4 | 50.000 | 127,759.1 |
| 12-31-2024 | 5 | 3.7 | 0.0 | 9,185.8 | 0.0 | 0.0 | 5,503.9 | 74,638.1 | 27,549.2 | 545,999.6 | | |
| 12-31-2025 | 3 | 2.2 | 0.0 | 18,699.1 | 0.0 | -40,000.0 | 4,500.2 | 58,936.0 | 19,875.8 | 565,875.4 | | |
| 12-31-2026 | 0 | 0.1 | 0.0 | 239.1 | 0.0 | 0.0 | 263.8 | 776.7 | 246.5 | 566,121.9 | | |
| 12-31-2027 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,000.0 | 0.0 | -40,000.0 | -11,586.6 | 554,535.4 | | |
| SUBTOTAL | | | 0.0 | 27,336.3 | 24,561.7 | 0.0 | 33,951.3 | 963,929.6 | 554,535.4 | 554,535.4 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 554,535.4 | | |
| TOTAL OF 13.1 YRS | | | 0.0 | 27,336.3 | 24,561.7 | 0.0 | 33,951.3 | 963,929.6 | 554,535.4 | 554,535.4 | | |

BASED ON FURIE PRICE AND COST PARAMETERS

Table III

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

RESERVES AND ECONOMICS

FURIE-BANKR_00106371
DA00098



RESERVES AND ECONOMICS
AS OF DECEMBER 31, 2013

COMPANY INTEREST

PROVED UNDEVELOPED RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| ACCOUNT NUMBER | LEASE NAME | GROSS RESERVES | | | NET RESERVES | | | GROSS REVENUE | | | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL M$ | NGL M$ | GAS M$ | | | | | | |
| | | | | | | | | ALASKA | | | | | | | | |
| | KITCHEN LIGHTS UNIT FIELD, COOK INLET COUNTY | | | | | | | | | | | | | | | |
| 000445 | KLU 3 A LOC | 0.0 | 0.0 | 29,754.0 | 0.0 | 0.0 | 22,315.5 | 0.0 | 0.0 | 169,670.8 | 0.0 | 2,000.0 | 0.0 | 3,681.3 | 163,789.5 | 118,661.6 |
| 000003 | KLU 3 B LOC | 0.0 | 0.0 | 29,741.0 | 0.0 | 0.0 | 22,305.8 | 0.0 | 0.0 | 170,467.4 | 0.0 | 14,885.9 | 0.0 | 3,864.7 | 151,716.8 | 105,551.6 |
| 000033 | CAPITAL FACILITY | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 20,050.7 | 121,700.0 | 0.0 | 0.0 | -141,750.7 | -128,772.9 |
| 000038 | ACES TAX CREDIT PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -68,326.2 | 0.0 | 0.0 | 68,326.2 | 61,895.7 |
| 000041 | AK PROD TAX PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 000023 | FIXED EXPENSE PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 20,750.0 | -20,750.0 | -14,034.9 |
| 000028 | ABANDONMENT PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 50,000.0 | 0.0 | -50,000.0 | -21,889.4 |
| | FIELD TOTAL | 0.0 | 0.0 | 59,495.0 | 0.0 | 0.0 | 44,621.3 | 0.0 | 0.0 | 340,138.2 | 20,050.7 | 70,259.7 | 50,000.0 | 28,496.0 | 171,331.7 | 121,411.7 |
| | TOTAL ALASKA | 0.0 | 0.0 | 59,495.0 | 0.0 | 0.0 | 44,621.3 | 0.0 | 0.0 | 340,138.2 | 20,050.7 | 70,259.7 | 50,000.0 | 28,496.0 | 171,331.7 | 121,411.7 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 59,495.0 | 0.0 | 0.0 | 44,621.3 | 0.0 | 0.0 | 340,138.2 | 20,050.7 | 70,259.7 | 50,000.0 | 28,496.0 | 171,331.7 | 121,411.7 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON FURIE PRICE AND COST PARAMETERS

FURIE-BANKR_00106372
DA00099



BASIC DATA
AS OF DECEMBER 31, 2013

COMPANY INTEREST

PROVED UNDEVELOPED RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | COMPLTNS OIL | COMPLTNS GAS | GROSS ULTIMATE OIL/COND MBBL | GROSS ULTIMATE GAS MMCF | WORKING INTEREST START | WORKING INTEREST END | REVENUE INTEREST START | REVENUE INTEREST END | OIL/COND $/BBL START | OIL/COND $/BBL END | NGL $/BBL START | NGL $/BBL END | GAS $/MCF START | GAS $/MCF END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ALASKA | | | | | | | | | | | |
| KITCHEN LIGHTS UNIT FIELD, COOK INLET COUNTY | | | | | | | | | | | | | | | | |
| O3SHJTQ4TP | KLU 3 A LOC | 0 | 1 | 0.0 | 29,754.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.880 | 8.030 | 7.7 |
| O81KI9OO9O | KLU 3 B LOC | 0 | 1 | 0.0 | 29,741.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.130 | 8.030 | 7.8 |
| O81LP8MQ1W | CAPITAL FACILITY | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.8 |
| O69K3FOA2G | ACES TAX CREDIT PUD | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 4.5 |
| O8CGTPV81C | AK PROD TAX PUD | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.0 |
| O81LCBGME6 | FIXED EXPENSE PUD | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.8 |
| O81LGARHNL | ABANDONMENT PUD | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 8.8 |
| FIELD TOTAL | | 0 | 2 | 0.0 | 59,495.0 | | | | | | | | | | | |
| TOTAL ALASKA | | 0 | 2 | 0.0 | 59,495.0 | | | | | | | | | | | |
| TOTAL ALL LEASES | | 0 | 2 | 0.0 | 59,495.0 | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON FURIE PRICE AND COST PARAMETERS

FURIE-BANKR_00106373
DA00100



RESERVES AND ECONOMICS
AS OF DECEMBER 31, 2013

COMPANY INTEREST

PROBABLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| ACCOUNT NUMBER | LEASE NAME | GROSS RESERVES OIL MBBL | NGL MBBL | GAS MMCF | NET RESERVES OIL MBBL | NGL MBBL | GAS MMCF | GROSS REVENUE OIL M$ | NGL M$ | GAS M$ | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ALASKA | | | | | | | | | |
| | KITCHEN LIGHTS UNIT FIELD, COOK INLET COUNTY | | | | | | | | | | | | | | | |
| 000004 | KLU 3 A LOC IPB | 0.0 | 0.0 | 26,647.0 | 0.0 | 0.0 | 16,566.0 | 0.0 | 0.0 | 130,578.3 | 0.0 | 0.0 | 0.0 | 4,477.2 | 126,101.1 | 74,592.1 |
| 000006 | KLU 3 B LOC IPB | 0.0 | 0.0 | 26,660.0 | 0.0 | 0.0 | 16,384.9 | 0.0 | 0.0 | 129,408.0 | 0.0 | 0.0 | 0.0 | 4,424.8 | 124,983.2 | 72,766.2 |
| 000012 | KLU 3 C LOC | 0.0 | 0.0 | 56,376.2 | 0.0 | 0.0 | 38,478.7 | 0.0 | 0.0 | 299,064.5 | 0.0 | 14,885.9 | 0.0 | 8,202.9 | 275,975.6 | 175,210.5 |
| 000036 | CAPITAL FACILITY PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4,633.3 | 0.0 | 0.0 | 0.0 | -4,633.3 | -1,763.9 |
| 000039 | ACES TAX CREDIT PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -6,698.7 | 0.0 | 0.0 | 6,698.7 | 5,852.6 |
| 000042 | AK PROD TAX PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 000026 | FIXED EXPENSE PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5,000.0 | -5,000.0 | -1,903.5 |
| 000029 | ABANDONMENT PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -10,000.0 | 0.0 | 10,000.0 | 8,415.5 |
| | FIELD TOTAL | 0.0 | 0.0 | 109,683.2 | 0.0 | 0.0 | 71,429.6 | 0.0 | 0.0 | 559,050.7 | 4,633.3 | 8,187.2 | -10,000.0 | 22,104.9 | 534,125.2 | 333,169.6 |
| | TOTAL ALASKA | 0.0 | 0.0 | 109,683.2 | 0.0 | 0.0 | 71,429.6 | 0.0 | 0.0 | 559,050.7 | 4,633.3 | 8,187.2 | -10,000.0 | 22,104.9 | 534,125.2 | 333,169.6 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 109,683.2 | 0.0 | 0.0 | 71,429.6 | 0.0 | 0.0 | 559,050.7 | 4,633.3 | 8,187.2 | -10,000.0 | 22,104.9 | 534,125.2 | 333,169.6 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON FURIE PRICE AND COST PARAMETERS

FURIE-BANKR_00106374
DA00101



BASIC DATA
AS OF DECEMBER 31, 2013

COMPANY INTEREST

PROBABLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | COMPLTNS OIL | COMPLTNS GAS | GROSS ULTIMATE OIL/COND MBBL | GROSS ULTIMATE GAS MMCF | WORKING INTEREST START | WORKING INTEREST END | REVENUE INTEREST START | REVENUE INTEREST END | OIL/COND $/BBL START | OIL/COND $/BBL END | NGL $/BBL START | NGL $/BBL END | GAS $/MCF START | GAS $/MCF END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ALASKA | | | | | | | | | | |
| KITCHEN LIGHTS UNIT FIELD, COOK INLET COUNTY | | | | | | | | | | | | | | | | |
| O81KL0SKBY | KLU 3 A LOC IPB | 0 | 0 | 0.0 | 26,647.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.880 | 8.030 | 10.3 |
| O81KM9QRHR | KLU 3 B LOC IPB | 0 | 0 | 0.0 | 26,660.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.130 | 8.030 | 10.4 |
| O81LMGEDPC | KLU 3 C LOC | 0 | 1 | 0.0 | 56,376.2 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.130 | 8.030 | 10.5 |
| O81M0MRD8W | CAPITAL FACILITY PRB | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 10.5 |
| O89K9OC07G | ACES TAX CREDIT PRB | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1.5 |
| O8CHM2PK2Q | AK PROD TAX PRB | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.3 |
| O81LDDELL0 | FIXED EXPENSE PRB | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 10.5 |
| O81LIIVKOQ | ABANDONMENT PRB | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 11.5 |
| | FIELD TOTAL | 0 | 1 | 0.0 | 109,683.2 | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 1 | 0.0 | 109,683.2 | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 1 | 0.0 | 109,683.2 | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON FURIE PRICE AND COST PARAMETERS

FURIE-BANKR_00106375
DA00102



RESERVES AND ECONOMICS
AS OF DECEMBER 31, 2013

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| ACCOUNT NUMBER | LEASE NAME | GROSS RESERVES OIL MBBL | GROSS RESERVES NGL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ALASKA | | | | | | | | |
| | KITCHEN LIGHTS UNIT FIELD, COOK INLET COUNTY | | | | | | | | | | | | | | | |
| 000007 | KLU 3 A LOC IPS | 0.0 | 0.0 | 8,268.0 | 0.0 | 0.0 | 3,438.9 | 0.0 | 0.0 | 27,198.9 | 0.0 | 0.0 | 0.0 | 974.6 | 26,224.4 | 11,464.2 |
| 000011 | KLU 3 B LOC IPS | 0.0 | 0.0 | 8,268.0 | 0.0 | 0.0 | 3,422.7 | 0.0 | 0.0 | 27,121.4 | 0.0 | 0.0 | 0.0 | 1,038.2 | 26,083.2 | 11,061.3 |
| 000016 | KLU 3 C LOC IPS | 0.0 | 0.0 | 8,292.8 | 0.0 | 0.0 | 3,427.7 | 0.0 | 0.0 | 27,201.6 | 0.0 | 0.0 | 0.0 | 1,119.5 | 26,082.0 | 10,721.4 |
| 000018 | KLU 3 D LOC | 0.0 | 0.0 | 64,669.0 | 0.0 | 0.0 | 41,285.4 | 0.0 | 0.0 | 324,073.9 | 0.0 | 14,885.9 | 0.0 | 9,306.4 | 299,881.6 | 175,913.0 |
| 000020 | KLU 3 E LOC | 0.0 | 0.0 | 64,669.0 | 0.0 | 0.0 | 40,974.9 | 0.0 | 0.0 | 322,977.8 | 0.0 | 14,885.9 | 0.0 | 9,298.5 | 298,793.4 | 171,079.8 |
| 000019 | KLU 3 F LOC | 0.0 | 0.0 | 64,590.9 | 0.0 | 0.0 | 40,617.6 | 0.0 | 0.0 | 321,205.5 | 0.0 | 14,885.9 | 0.0 | 9,264.2 | 297,055.3 | 166,004.1 |
| 000037 | CAPITAL FACILITY POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,733.7 | 0.0 | 0.0 | 0.0 | -2,733.6 | -682.0 |
| 000040 | ACES TAX CREDIT POSS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -20,096.0 | 0.0 | 0.0 | 20,096.0 | 16,262.3 |
| 000043 | AK PROD TAX POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 24,602.6 | 0.0 | 0.0 | 0.0 | -24,602.6 | -8,440.2 |
| 000024 | FIXED EXPENSE POSS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,950.0 | -2,950.0 | -736.0 |
| 000031 | ABANDONMENT POSS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,887.3 |
| | FIELD TOTAL | 0.0 | 0.0 | 218,757.7 | 0.0 | 0.0 | 133,167.2 | 0.0 | 0.0 | 1,049,779.0 | 27,336.3 | 24,561.7 | 0.0 | 33,951.3 | 963,929.7 | 554,535.3 |
| | TOTAL ALASKA | 0.0 | 0.0 | 218,757.7 | 0.0 | 0.0 | 133,167.2 | 0.0 | 0.0 | 1,049,779.0 | 27,336.3 | 24,561.7 | 0.0 | 33,951.3 | 963,929.7 | 554,535.3 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 218,757.7 | 0.0 | 0.0 | 133,167.2 | 0.0 | 0.0 | 1,049,779.0 | 27,336.3 | 24,561.7 | 0.0 | 33,951.3 | 963,929.7 | 554,535.3 |

Page 5

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON FURIE PRICE AND COST PARAMETERS

FURIE-BANKR_00106376
DA00103



BASIC DATA
AS OF DECEMBER 31, 2013

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | COMPLTNS | | GROSS ULTIMATE | | WORKING INTEREST | | REVENUE INTEREST | | OIL/COND $/BBL | | NGL $/BBL | | GAS $/MCF | | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OIL | GAS | OIL/COND MBBL | GAS MMCF | START | END | START | END | START | END | START | END | START | END | |

ALASKA

KITCHEN LIGHTS UNIT FIELD, COOK INLET COUNTY

| O81KL9PGEY | KLU 3 A LOC IPS | 0 | 0 | 0.0 | 8,268.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.860 | 8.030 | 10.8 |
| O81KMF1QKR | KLU 3 B LOC IPS | 0 | 0 | 0.0 | 8,268.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.130 | 8.030 | 11.0 |
| O81LPRE5TO | KLU 3 C LOC IPS | 0 | 0 | 0.0 | 8,292.8 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.130 | 8.030 | 11.2 |
| O81L24RT5L | KLU 3 D LOC | 0 | 1 | 0.0 | 64,669.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.130 | 8.030 | 11.7 |
| O81L88VG7A | KLU 3 E LOC | 0 | 1 | 0.0 | 64,669.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.130 | 8.030 | 11.9 |
| O81L81CL6A | KLU 3 F LOC | 0 | 1 | 0.0 | 64,590.9 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 7.420 | 8.030 | 12.1 |
| O81M0M9E9B | CAPITAL FACILITY POS | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 12.1 |
| O89KA4DA8G | ACES TAX CREDIT POSS | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 2.5 |
| O8CHPMPO34 | AK PROD TAX POS | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 12.1 |
| O81LD8PMJ0 | FIXED EXPENSE POSS | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 12.1 |
| O81LJ5EHQE | ABANDONMENT POSS | 0 | 0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 13.1 |
| FIELD TOTAL | | 0 | 3 | 0.0 | 218,757.7 | | | | | | | | | | | |
| TOTAL ALASKA | | 0 | 3 | 0.0 | 218,757.7 | | | | | | | | | | | |
| TOTAL ALL LEASES | | 0 | 3 | 0.0 | 218,757.7 | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON FURIE PRICE AND COST PARAMETERS

FURIE-BANKR_00106377
DA00104

TECHNICAL DISCUSSION

FURIE-BANKR_00106378
DA00105



TECHNICAL DISCUSSION
KITCHEN LIGHTS UNIT
COOK INLET, ALASKA
AS OF DECEMBER 31, 2013

## 1.0    KITCHEN LIGHTS UNIT HISTORY_____

### 1.1    LICENSE

The license for the Kitchen Unit was initially issued on January 31, 2007, by the State of Alaska Department of Natural Resources Division of Oil and Gas to Furie Operating Alaska, LLC (Furie), formerly Escopeta Oil Company, LLC.  That license was issued for an initial term of 5 years and covered approximately 46,521 acres encompassing 18 state oil and gas leases.  The unit was expanded and renamed the Kitchen Lights Unit (KLU) on June 30, 2009.  The expanded unit covers approximately 83,394 acres encompassing 30 state oil and gas leases.  On December 5, 2011, Furie filed an application for the extension of the KLU Agreement to January 31, 2016; the extension was granted on March 28, 2012.

The KLU is located in Cook Inlet, Alaska.  A map showing the location of the unit is shown in Figure 1.  A detailed map showing the unit outline, state oil and gas leases, and well locations is shown in Figure 2.

### 1.2    EXPLORATION

Furie drilled the KLU 1 well in the KLU in October 2011.  This well is located in the center of the KLU, as shown on Figure 2.  The well was drilled to a depth of 8,809 feet measured depth (MD), but drilling was temporarily suspended for the winter.  The KLU 1 well encountered pay with gas shows over a gross interval of 3,700 feet in the Beluga and Sterling Formations between 3,500 and 7,200 feet MD.  Furie reentered and sidetracked the KLU 1 well to a total depth of 15,350 feet MD.  The KLU 1 sidetrack (ST) well encountered gas pay in the Upper Tyonek Formation between 8,700 and 12,920 feet MD and oil pay in the Sunfish sands of the Lower Tyonek Formation between 13,020 and 14,030 feet MD.

The KLU 2 well was drilled 8,000 feet to the south-southwest of the KLU 1 well, roughly on geologic strike.  The KLU 2 well reached a total depth of 9,106 feet MD and penetrated the Beluga and Sterling Formations, but it did not encounter any significant pay intervals.  The KLU 2 well was sidetracked 2,000 feet to the north-northeast in the direction of the KLU 1 well.  The KLU 2ST well encountered gas pay in the Beluga and Sterling Formations between 3,992 and 10,213 feet MD.

A drillstem test (DST) was conducted on the KLU 2ST well to establish gas flow rates.  Four intervals in the Beluga Formation were tested simultaneously with perforation intervals from 7,453 to 7,606; 8,378 to 8,392; 8,520 to 8,530; and 8,570 to 8,580 feet MD.  The flow test was attempted for a period of three days.  The well would not flow because of the inability to unload the drilling fluid.  Shut-in pressure analysis indicates the well has a large amount of skin damage.  The DST was run with 3½-inch tubing.  The loading problem was most likely caused by a combination of high skin, lower than expected permeability, and the tubing size.  Furie planned to clean out the wellbore with a coil tubing unit and rerun the DST in the KLU 2ST well.  However, Furie was unable to do so because it had to move off location and stack the drilling rig because of the forecasted winter freeze in the Cook Inlet and because of insurance and contingency plan requirements.

Page 7


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

The KLU 3 well was drilled in April 2013, approximately 1,300 feet to the northwest of the KLU 1 well near the crest of the structure in the Beluga and Sterling Formations. The KLU 3 well reached a total depth of 8,320 feet MD and encountered significant gas pay in the Beluga and Sterling Formations between 3,730 and 6,997 feet MD.

A DST was conducted on the KLU 3 well to establish gas flow rates in the Beluga and Sterling Formations. Four intervals were tested separately, two in the Sterling and two in the Beluga. The Sterling tests had perforation intervals of 4,190 to 4,225 and 4,565 to 4,592 feet MD. The Beluga tests perforation intervals were 5,941 to 6,005 and 6,964 to 6,998 feet MD. The deepest Beluga interval flowed 14.08 million cubic feet per day (MMCFD) of gas, and the shallower Beluga interval flowed 8.85 MMCFD of gas. The deeper Sterling interval flowed 1,140 barrels per day of water; however, it flared approximately 990 thousand cubic feet per day of gas during the test. Log analysis shows the base of the Sterling Formation may be near a gas-water contact, and this could be the source of the water. The shallower Sterling interval flowed 12.25 MMCFD of gas. The results of the DST are incorporated into the reserves evaluation.

## 2.0 GEOLOGIC DESCRIPTION

The Cook Inlet region is located in southern Alaska. It is bordered by the granitic batholiths of the Aleutian Range and the Talkeetna Mountains on the northwest and by the Border Ranges of the Kenai Peninsula on the southeast. The area has been part of a convergent margin since the Jurassic Period.

### 2.1 STRATIGRAPHY

The Cook Inlet was a forearc basin during the Tertiary age when the Beluga, Sterling, and Tyonek Formations were deposited. The Tyonek Formation is Oligocene to Lower Miocene in age and produces oil in the lower part of the formation. The upper section of the Tyonek primarily produces non-associated gas of probable biogenic origin. The Tyonek Formation is riverine and point bar deposits composed of sands, siltstones, shales, and coals.

The Beluga Formation unconformably overlies the Tyonek. The Beluga is Upper Miocene in age and is composed of sandstone, siltstone, shale, and coal similar to the Tyonek, but the sand bodies have less areal extent and are less correlatable than the Tyonek. The Beluga Formation typically contains non-associated gas of biogenic origin.

The sand-rich Sterling Formation overlies the Beluga. Individual sands can reach a thickness of greater than 200 feet and are very correlatable. These sands were deposited in a braided river valley. Reservoir top seal and fault juxtaposition are significant risks in these sands. Non-associated gas sands that exhibit a combination of pressure depletion and water-drive are predominant in the Sterling Formation.

### 2.2 STRUCTURE AND HYDROCARBON MIGRATION

The Cook Inlet has experienced compressional forces since the late Mesozoic age. Mild compressional forces folded the sediments into broad folds on the edges of the basin during the Upper Miocene. Oil migrated from the center of the basin into reservoir rocks at this time. Increased compression during Pliocene and Pleistocene time caused intense folding and high-angle reverse faulting, which resulted in secondary oil migration into these new structures. The non-associated dry gas found in the Beluga, Sterling, and Upper Tyonek Formations is most likely indigenously sourced from the coals that are deposited with the sands and from marsh gas of geologic origin that has been buried with the sediments.

FURIE-BANKR_00106380
DA00107



The KLU structure is an elongated anticline striking northeast to southwest with minor faulting over the crest of the structure. The structure is covered by a 1997-vintage time-migrated 2-D seismic survey. The 2-D survey has nominal line spacing of approximately 3,300 feet for the strike-oriented lines and 2,500 feet for the dip-oriented lines. The KLU lies to the south of the North Cook Inlet Unit. The North Cook Inlet Unit produces oil from the Deep Tyonek Formations. These formations were encountered in the KLU 1ST well and exhibited mud log shows and pay on wireline logs but have not been tested.

## 3.0    DATA AND METHODOLOGY

For our evaluation, we were provided digital log data for the KLU 1, KLU 1ST, KLU 2, KLU 2ST, and KLU 3 wells, modular dynamic test data for the KLU 1 and KLU 3 wells, and DST data for the KLU 2ST and KLU 3 wells. We also received a seismic interpretation project containing 2-D seismic data, culture data, horizon interpretations, and time and depth structure maps. We utilized additional digital well log data from the Alaska Oil and Gas Conservation Commission. The well log data were processed to derive petrophysical parameters for net pay, porosity, and water saturation. Three models were used to develop low case, mid case, and high case ranges of net pay, porosity, and saturation.

Well log sections for the KLU 1ST and KLU 2ST wells are shown in Figures 3 through 6. Pay flags from petrophysical processing are noted on the log sections, and the DST intervals are shown on the KLU 2ST section.

Depth structure maps of the Sterling and Tyonek Formations were used to determine a range of areas for input into our volumetric calculations. Depth structure maps for the Sterling and Tyonek Formations are shown in Figures 7 and 8.

## 4.0    RESERVOIR PARAMETERS

The gross (100 percent) gas reserves for the KLU were estimated using deterministic methods. The reserves are estimated using volumetric inputs for porosity, gas saturation, formation volume factor, and recovery factor. For the proved reserves, the reservoir volume is based on mapping to the low known gas depth by log analysis in the KLU 1 well. For the proved plus probable plus possible reserves, the reservoir volume is based on mapping to the low known gas depth by log analysis in the South Cook Inlet 2 well.

The gross (100 percent) contingent resources for the KLU were estimated using probabilistic methods including Monte Carlo simulation. For the gas zones, we estimated probability distributions to capture ranges of uncertainty in area, net pay, porosity, gas saturation, gas formation volume factor, and gas recovery factor, as shown in the table included as Figure 9. For the oil zones, we estimated probability distributions to capture ranges of uncertainty in area, net pay, porosity, oil saturation, oil formation volume factor, and oil recovery factor, as shown in the table included as Figure 10. Gas and oil formation volume factors were estimated based on ranges of reservoir depths and temperature and pressure gradient data. Recovery factors were obtained from analogs in the Cook Inlet with similar geologic character and reservoir properties.

Page 9

FIGURES

FURIE-BANKR_00106382
DA00109



FURIE-BANKR_00106383
DA00110



FURIE-BANKR_00106384
DA00111



Log Section – Beluga Formation



FURIE-BANKR_00106385
DA00112





Log Section – Sunfish Formation☐
ffl☐☐☐☐☐☐ffl☐☐☐☐☐☐ffl☐☐☐☐☐☐
ffi☐☐ffl☐☐☐☐☐☐☐☐ffl☐☐☐☐☐☐☐☐☐☐☐☐☐☐
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐





FURIE-BANKR_00106388
DA00115







NETHERLAND, SEWELL
& ASSOCIATES, INC.

MONTE CARLO INPUT DISTRIBUTION SUMMARY
GROSS (100 PERCENT) CONTINGENT GAS RESOURCES
KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
AS OF DECEMBER 31, 2013

| Fault Block/Formation | Area (Acres) Lognormal Distribution | | Net Pay (Feet) Normal Distribution | | Porosity (Decimal) Normal Distribution | |
|---|---|---|---|---|---|---|
| | Low Estimate | High Estimate | Low Estimate | High Estimate | Low Estimate | High Estimate |
| KLU 2/KLU 2ST Beluga and Sterling | 756 | 2,854 | 55 | 225 | 0.25 | 0.28 |
| KLU 1/KLU 3 and KLU 2/KLU 2ST Upper Tyonek | 825 | 5,300 | 25 | 200 | 0.14 | 0.18 |

| Fault Block/Formation | Gas Saturation (Decimal) Normal Distribution | | Gas Formation Volume Factor (SCF/RCF)[1] Normal Distribution | | Gas Recovery Factor (Decimal) Normal Distribution | |
|---|---|---|---|---|---|---|
| | Low Estimate | High Estimate | Low Estimate | High Estimate | Low Estimate | High Estimate |
| KLU 2/KLU 2ST Beluga and Sterling | 0.48 | 0.64 | 150 | 219 | 0.65 | 0.85 |
| KLU 1/KLU 3 and KLU 2/KLU 2ST Upper Tyonek | 0.44 | 0.50 | 265 | 265 | 0.50 | 0.70 |

Note: For the purposes of this report, we used technical data including, but not limited to, well logs, geologic maps, and seismic data.

[1] The abbreviation SCF/RCF represents standard cubic feet per reservoir cubic foot.

Figure 9

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

FURIE-BANKR_00106391
DA00118



MONTE CARLO INPUT DISTRIBUTION SUMMARY
GROSS (100 PERCENT) CONTINGENT OIL RESOURCES
KITCHEN LIGHTS UNIT, COOK INLET, ALASKA
AS OF DECEMBER 31, 2013

| Fault Block/Formation | Area (Acres) Lognormal Distribution | | Net Pay (Feet) Normal Distribution | | Porosity (Decimal) Normal Distribution | |
| --- | --- | --- | --- | --- | --- | --- |
| | Low Estimate | High Estimate | Low Estimate | High Estimate | Low Estimate | High Estimate |
| KLU 1/KLU 3 and KLU 2/KLU 2ST Lower Tyonek | 825 | 5,300 | 45 | 145 | 0.13 | 0.15 |

| Fault Block/Formation | Oil Saturation (Decimal) Normal Distribution | | Oil Formation Volume Factor (RB/STB)[2] Uniform Distribution | | Oil Recovery Factor (Decimal) Normal Distribution | |
| --- | --- | --- | --- | --- | --- | --- |
| | Low Estimate | High Estimate[1] | Low Estimate | High Estimate | Low Estimate | High Estimate |
| KLU 1/KLU 3 and KLU 2/KLU 2ST Lower Tyonek | 0.57 | 0.55 | 1.30 | 1.30 | 0.15 | 0.40 |

Note: For the purposes of this report, we used technical data including, but not limited to, well logs, geologic maps, and seismic data.

[1] The high estimate oil saturation is lower than the low estimate because of the inclusion of lower quality rock in the high estimate for net pay.
[2] The abbreviation RB/STB represents reservoir barrels per stock tank barrel.

Figure 10

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

FURIE-BANKR_00106392
DA00119

# EXHIBIT 6

DA00120



SPRI vs. NSAI Reserve Review  Kitchen Lights Unit
Cook Inlet  Alaska

April 16, 2014

FURIE-BANKR_00200171
DA00121

# Netherland, Sewell, & Associates (NSAI) differences in KLU reserves from Sierra Pine Resources International, Inc. (SPRI)

## Probabilistic (P90, P50, P10) vs. Deterministic Reserves

- The "probabilistic" reserve determination approach sets out to establish a range of reserve estimates as "low" (P90), "best" (P50), and "high" (P10) as it pertains to likelihood of occurring. That is, P90 reserves (low estimate) is perceived to have the level of reserves with a 90% certainty (or comfort factor) in occurring. Thus it is regarded by far as the most conservative expectations for recoverable reserves. Whereas, P50 reserves (best estimate) is perceived to have a 50% certainty of occurring but is generally regarded, as the "best" association implies, to be the most likely reserve estimate and most appropriate for future development planning purposes.

- This has been represented by NSAI in several meetings. SPRI views the "best" deterministic reserve estimate and that which is felt to be most appropriate for investment planning purposes should be deemed "proved" reserves and thus has reported it as 1P (Proved reserves). This is in contrast to NSAI who reports P90 reserves as Proved and P50 reserves as Proved plus Probable. Note, for what has been dubbed the NE area of KLU, both SPRI's Proved (1P) and Proved plus Probable (2P) reserve estimates are reasonably close to NSAI's P50 "best" reserve estimate.

## Methodology Differences

- There are several calculation parameters with very small differences between SPRI and NSAI; however, these contribute cumulatively to some fairly large differences in reserves. Recovery factor is slightly less with NSAI, small differences in average porosity and average water saturation calculations contribute to somewhat less hydrocarbons in place for NSAI. Perhaps one of the bigger contributors to differences in reserves is the rationale exercised in criteria for net pay footage in each of the wells drilled to date. This factor is significant in that it establishes the mapping for net hydrocarbon pore volume used for reserve estimates.

FURIE-BANKR_00200172
DA00122

# RESERVOIR SIZE (Corsair Exploration Block)

| SPRI (NE Fault Block) | NSAI (NE Fault Block) |
|---|---|

- 1P: 204 Bcf (Proved Reserves): SPRI recognizes ten (10) reservoirs plus an additional thirteen (13) reservoirs for a total of twenty three (23) reservoirs equaling 204 BCF (1P-Proved) reserves.  SPRI calculates actual recovery beyond 500 acres to upwards of around 1000 acres in most of the reservoirs evaluated and given the development drilling being planned, SPRI is willing to designated expected drainage nearly twice that allowed for by NSAI.

- 2P: 266 Bcf (Proved + Probable) This estimate is for the twenty three (23) reservoirs mentioned and extends to acreage reaching out to and beyond the Tern A1 (1300 acres) to, in some cases, the SCI #2 (2100 acres).  Primarily the difference in reserves calculated between 1P and 2P is consideration given to increase recovery efficiency potentially due to a mechanism that is more depletion like rather than partial waterdrive.

- 3P: 349 Bcf (Proved + Probable + Possible) extends area much like in the 2P cases but gives additional consideration to strong depletion drive higher recovery and more liberal pay count criteria.

- 1P: 59.4 Bcf of Proved Reserves: NSAI has nine (9) reservoirs, in the Northeast region of the drilled area of the KLU, where the reserve estimates are directly comparable between SPRI and equaling 59.4 Bcf (P90) reserves. NSAI has determined Proved reserves limited to "lowest known gas" down to about 300 acres to 500 acres around the most recent test well KLU #3 and KLU #1 wells.

- 2P: 169.2 Bcf: NSAI has calculated the fourteen (14) total reservoirs also with Probable and Possible reserves equaling 169.2 Bcf (P50) reserves. NSAI used preexisting well control out to the Tern A well encompassing 1200 acres for only Probable and Possible reserves.

- 3P: 388.1 Bcf: Extends area to beyond the Tern A1 about 1300 acres to the SCI #2 well about 2100 acre.  These reserve estimates are derived from ten total reservoirs.

- Both companies agree the 162.9Bcf reserve range is most appropriate for minimum business planning purposes.  Further to this, note that NSAI proved about half of what SPRI has reported as Proved reserves for the nine reservoirs that can be directly compared.  It would seem reasonable to expect that NSAI would prove an additional 60 Bcf (about half of SPRI) if they were to report on the remaining thirteen (13) reservoirs evaluated by SPRI.

FURIE-BANKR_00200173
DA00123

# NE FAULT BLOCK RESERVES: NSAI vs. SPRI

| NSAI vs. SPRI Reserve Estimates | | | | | |
|---|---|---|---|---|---|
| | NSAI | SPRI | NSAI | SPRI | NSAI | SPRI |
| Formation - Location | 1P "Proved" | 1P "Proved" | 2P "Proved + Probable" | 2P "Proved + Probable" | 3P "2P + Possible" | 3P "2P + Possible" |
| Sterling - NE | 46,730,601 | 92,511,601 | 124,585,917 | 113,128,131 | 308,046,029 | 147,520,050 |
| Beluga - NE | 12,777,390 | 111,888,796 | 44,617,378 | 153,237,063 | 80,148,689 | 201,537,385 |
| NE Gross Gas Mcf Total | 59,507,991 | 204,400,397 | 169,203,295 | 266,365,194 | 388,194,718 | 349,057,435 |

\* NE = Northeast; SW = Southwest

CONFIDENTIAL                          DEUTSCHE OEL & GAS

FURIE-BANKR_00200174
DA00124

# NE FAULT BLOCK RESERVES: NSAI vs. SPRI

| Northeast Fault Corsair Block (KLU) – Reservoir (Sand) Analysis | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Zone | DRILL STEM TEST (DST) | MOUDLER DYNAMIC TEST ON WIRELINE (MDT) | NSAI 1P Proved | SPRI 1P Proved | NSAI 2P Proved + Probable | SPRI 2P Proved + Probable | NSAI 3P Proved + Probable + Possible | SPRI 3P Proved + Probable + Possible |
| Sterling 3812 | | | | 3,177,514 | | 3,823,784 | | 5,029,041 |
| Sterling 3864 | | MDT | 4,435,434 | 2,607,057 | 7,132,399 | 3,144,135 | 14,100,599 | 4,135,167 |
| Sterling 3968 | | MDT | 3,163,472 | 6,856,461 | 12,705,655 | 8,290,384 | 24,223,046 | 10,903,513 |
| Sterling 4018 | | MDT | 15,173,374 | 48,175,673 | 24,484,661 | 58,345,537 | 113,000,932 | 76,736,050 |
| Sterling 4172 | DST 4 | MDT | 11,697,469 | 11,886,890 | 23,201,107 | 14,401,360 | 46,623,130 | 18,940,668 |
| Sterling 4265 | | | | 387,169 | | 479,736 | | 630,948 |
| Sterling 4325 | | | | | 10,373,293 | | 19,147,864 | |
| Sterling 4540 | | | | 7,239,602 | | 9,470,886 | | 11,190,041 |
| Sterling 4561 | DST 3 | MDT | | | 9,807,650 | | 20,333,589 | |
| Sterling 4669 | | MDT | 12,260,852 | 10,082,536 | 27,661,379 | 12,448,285 | 57,166,693 | 16,371,985 |
| Sterling 4725 | | | | 2,098,699 | 9,219,773 | 2,724,024 | 13,450,176 | 3,582,637 |
| Beluga 4973 | | | | 3,305,621 | | 4,507,245 | | 5,927,929 |
| Beluga 5050 | | | | 2,368,621 | | 3,438,108 | 3,624,757 | 4,521,799 |
| Beluga 5090 | | | | 8,799,728 | 8,831,001 | 11,437,205 | 12,306,962 | 15,042,211 |
| Beluga 5250 | | MDT | 3,556,902 | 5,881,842 | 5,646,310 | 7,200,113 | 9,366,684 | 9,469,589 |
| Beluga 5630 | | | | 5,218,631 | | 7,185,941 | | 9,450,950 |
| Beluga 5700 | | MDT | 2,107,577 | 4,156,789 | 4,495,743 | 5,849,421 | 11,182,458 | 7,693,159 |
| Beluga 5790 | | | | 1,439,041 | | 2,063,502 | | 2,713,918 |
| Beluga 5869 | | | | 6,703,439 | 7,839,203 | 9,201,174 | 10,350,761 | 12,101,384 |
| Beluga 5930 | | | | 8,867,076 | | 12,163,610 | | 15,997,580 |
| Beluga 5990 | DST 2 | MDT | 3,736,844 | 13,036,115 | 9,583,790 | 16,735,163 | 16,869,262 | 22,010,086 |
| Beluga 6320 | | | | 25,160,176 | | 33,804,412 | | 44,459,563 |
| Beluga 6960 | DST 1 | MDT | 3,376,067 | 22,824,773 | 8,221,331 | 33,474,506 | 16,447,805 | 44,025,670 |
| Beluga 7615 | | | | 4,126,944 | | 6,176,663 | | 8,123,547 |
| TOTAL (Mcf) | | | 59,507,991 | 204,400,397 | 169,203,295 | 266,365,194 | 388,194,718 | 349,057,435 |

**CONFIDENTIAL**    DEUTSCHE OEL & GAS

FURIE-BANKR_00200175
DA00125

# NE FAULT BLOCK RESERVES: NSAI vs. SPRI

## NSAI

## SPRI





**CONFIDENTIAL**

DEUTSCHE OEL & GAS

FURIE-BANKR_00200176
DA00126

# NE FAULT BLOCK RESERVES: NSAI (P1, P2, and P3 Areas)

**NSAI P1 Reserves**

- Are within the red area which includes the KLU #1 and KLU #3 wells.
- 9 reservoirs (sands) are included, 5 within the Sterling and 4 within Beluga

**NSAI P2 Reserves**

- Are within the magenta area which includes the KLU #1 and KLU #3 wells plus out half way between the SRS ST1 (Shell #1 well) and the SRS Tern A1 well (Phillips well)
- 14 reservoirs (sands) 8 within the Sterling and 6 within Beluga
- 9 of the reservoirs included in P1 have expanded recovery factors

**NSAI P3 Reserves**

- Are within the brown area which and reach out half way beyond the Tern A1 well and the S Cook Inlet ST 2 well (Arco 2 well)
- 15 reservoirs (sands) 9 within the Sterling and 6 within Beluga and represent mostly expanded recovery factors in each sand



DEUTSCHE OEL & GAS

FURIE-BANKR_00200177
DA00127

# NE FAULT BLOCK RESERVES: SPRI (P1, P2, and P3 Areas)

**SPRI P1 Reserves**

- Are within the red area which includes the KLU #1 and KLU #3 wells.

- 22 reservoirs (sands) are included, within the 9 Sterling and 13 within Beluga

**SPRI P2 Reserves**

- Are within the magenta area which includes the KLU #1 and KLU #3 and reach out to the SRS Tern A1 well (Phillips well)

- All 22 reservoirs included in P1 have expanded recovery factors

**SPRI P3 Reserves**

- Are within the brown area which and reach out more than half way beyond the Tern A1 well and the S Cook Inlet ST 2 well (Arco 2 well)

- All 22 reservoirs included in P2 have expanded recovery factors



**CONFIDENTIAL**

DEUTSCHE OEL & GAS

FURIE-BANKR_00200178
DA00128

# CONTINGENT NSAI vs. SPRI SW BLOCK SPRI RESERVES

**Corsair SW Fault Block (KLU #2 Location)**

- NSAI stays close to the newly drilled most recent technical information and testing performed by Furie for Proved reserves. The old wells are essentially reference points for NSAI. On the other hand SPRI is treating all wells and associated information as directly comparable and analogous to recent tests. SPRI views the old wells as legitimate anchor points for Proved reserves with legitimate petrophysical likenesses to the newly tested well, even though they are in separate fault blocks and largely offset from the tested well. NSAI has elected to not take the latitude to make that determination..

FURIE-BANKR_00200179
DA00129

# KITCHEN LIGHTS UNIT – EXPLORATION BLOCKS

NSAI: Proved Reserves vs. Contingent Resource Areas



**CONFIDENTIAL**

DEUTSCHE OEL & GAS

FURIE-BANKR_00200180
DA00130



APPENDIX

CONFIDENTIAL

FURIE-BANKR_00200181
DA00131

# STERLING STRUCTURE MAP
Middle Sterling Sands (100 foot contours)



CONFIDENTIAL

DEUTSCHE OEL & GAS

FURIE-BANKR_00200182
DA00132

# BELUGA STRUCTURE MAP
Gas Sands (100 foot contours)



CONFIDENTIAL

DEUTSCHE OEL & GAS

FURIE-BANKR_00200183
DA00133

# TOP TYONEK STRUCTURE MAP

Sunfish Oil (Contingent) Note: Shell conducted oil flow test in the late 1960s on the SRS 1 well



CONFIDENTIAL

DEUTSCHE OEL & GAS

FURIE-BANKR_00200184
DA00134

# EXHIBIT 7

DA00135

Financial Close Report

# Kitchen Lights Unit, Alaska Technical Due Diligence Report



Prepared for

**Energy Capital Partners Mezzanine, LLC**

**July 2014**



A World of Solutions™

FURIE-BANKR_00199886
DA00136