

July 10, 2014

Mr. Trent J. Kososki
Energy Capital Partners Mezzanine LLC
51 JFK Parkway, Suite 200
Short Hills, NJ   07078

tkososki@ecpartners.com

Dear Trent :

### Furie Kitchen Lights Unit Project, Alaska

Lummus Consultants International, Inc. ("Lummus Consultants") was commissioned by Energy Capital Partners Mezzanine LLC ("ECP") to carry out the role of Independent Technical and Environmental Consultant ("ITEC") with respect to ECP's funding of the Kitchen Lights Unit Project (the "KLU" or the "Project"), a gas development in the Cook Inlet, Alaska, being developed by Furie Operating of Alaska, LLC ("Furie").

Natural gas was discovered during exploration for oil in the 1950's. The Kenai field, the first and largest commercial gas field in the Cook Inlet, was discovered by Union Oil of California ("Unocal") in 1959. Cook Inlet gas production commenced in 1961. Only Cannery Loop, the smallest of the 10 largest gas fields in the Cook Inlet was discovered by exploring specifically for natural gas. This was in 1979. Notably, of the 267 exploration wells drilled in the Cook Inlet through 2002, only 24 were natural gas exploration wells. Gas deposits in the Cook Inlet Basin have not followed "normal" distribution, as demonstrated by the following table.

| Gas Field Size | Number Expected ("Normal") | Number Found |
|---|---|---|
| Large | Few | Few |
| Medium | More | Some |
| Small | Lots | None |

Historically, the main natural gas producers in the Cook Inlet were Unocal, Chevron, Marathon and ConocoPhillips. More recently, a number of new entrants have entered the gas production and supply market in the Cook Inlet Basin. These include: Northstar Energy, Forest Oil, Aurora, XTO Energy and Escopeta of Alaska, LLC ("Escopeta"). Cornucopia Oil and Gas Company, LLC ("Cornucopia"), Furie's parent company, bought out Escopeta's interests in 2010 and took 79 percent working interest in the KLU. Later in June of 2011, Escopeta Oil CO, LLC, who was the operator of the KLU, was purchased by Cornucopia, and Escopeta Oil CO, LLC was renamed Furie Operating Alaska, LLC. With the purchase of Escopeta Oil Co, LLC, an additional 1.0 percent working interest was transferred and is now held by Furie. By way of example, during 2003, average daily consumption of natural gas was 548 MMscf, comprising 214 MMscfd by the Kenai liquefaction plant, 142 MMscfd by the Agrium ammonia and urea fertilizer plant, and 192 MMscfd by residential and commercial consumers. In 2013, Marathon Oil Corporation sold all of its production and midstream Cook Inlet assets to Hilcorp Alaska, LLC

FURIE-BANKR_00199887
DA00137

Mr. Trent J. Kososki
Energy Capital Partners

("Hilcorp"). Currently, the Cook Inlet region is producing 219 MMscfd of natural gas with Hilcorp and ConocoPhillips producing 124MMscfd and 72MMscfd, respectively. Recently, exploration activity has increased with Hilcorp, Buccaneer Alaska, LLC ("Buccaneer") and Furie being the most active. This activity is partially driven by tax incentives from the State of Alaska which was implemented in 2007.

Production from the Cook Inlet primarily supplies the local Anchorage heating/power market, and local industrial users. Until recently, ConocoPhillips and Marathon exported up to 225MMscfd of natural gas in the form of Liquefied Natural Gas ("LNG") from an LNG plant located at Nikiski. This plant started operation in 1969. ConocoPhillips, the Operator, allowed the export license to lapse on March 31, 2013. Similarly, the Agrium fertilizer plant was idled in 2007. Regional demand currently averages approximately 230MMscfd. On December 12, 2013, ConocoPhillips submitted an application to restart LNG exports in Q3 2014. On April 14, 2014, ConocoPhillips announced that the Department of Energy had authorized the renewal of its licenses for the export of LNG to Free Trade Area and Non-Free Trade Area nations for a period of two years. On this basis, ConocoPhillips announced that it will resume LNG exports in the spring.

Cornucopia and Furie own working interest mineral rights to approximately 83,000 acres in the Kitchen Lights Unit within the Cook Inlet and have drilled four exploratory wells to-date on this acreage since 2011. One of these wells will be converted to the first development well. This acreage represents the largest contiguous unit in the region. In 2013, Furie successfully tested the KLU #3 exploration well, achieving initial flows of approximately 40MMscfd. Furie is planning to drill two more development wells within the same acreage block and construct facilities to bring gas to market (the "Phase I Development").

The Phase I Development will comprise a not-normally-manned offshore platform, 16 miles of 10-inch diameter pipeline and onshore processing facilities. At the request of ECP, Furie has established a two-well base case. This defers drilling and completion of the third well. The original base plan of three wells in the initial development now forms an Expansion Case.

Furie's drilling plans are supported by rebates from the State of Alaska (AA credit rating). Alaska provides rebates for incurred development costs (45-percent for tangible assets, such as midstream facilities and 65 percent for intangible costs such as drilling expenses including in each an annual loss carry forward ("LCF") credit). These rebates would be earned by Cornucopia, and Cornucopia would file for the rebates and apply to turn them to cash from 2014 through 2016. For the three-well base case this rebate would be approximately US$115 million. Cornucopia has already established a history with the State of Alaska for turning past tax credit rebates from exploration wells to cash in the sum of US$109 million.

Sincerely,
**Lummus Consultants International, Inc.**

Keith Darby
Director

FURIE-BANKR_00199888
DA00138

Mr. Trent J. Kososki                                         July 10, 2014
Energy Capital Partners

**DISCLAIMER NOTICE**

This document was prepared by Lummus Consultants International, Inc. ("Consultant") for the benefit of Energy Capital Partners ("Company"). With regard to any use or reliance on this document by any party other than Company and those parties intended by Company to use this document ("Additional Parties"), Consultant, its parent, and affiliates: (a) make no warranty, express or implied, with respect to the use of any information or methodology disclosed in this document; and (b) specifically disclaims any liability with respect to any reliance on or use of any information or methodology disclosed in this document.

Any recipient of this document, other than Company and the Additional Parties, by their acceptance or use of this document, releases Consultant, its parent, and affiliates from any liability for direct, indirect, consequential, or special loss or damage whether arising in contract, warranty, express or implied, tort or otherwise, and irrespective of fault, negligence, and strict liability of Consultant.

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

i

FURIE-BANKR_00199889
DA00139

Trent J. Kososki                                                                July 10, 2014
ECP

1. EXECUTIVE SUMMARY ............................................................................................................. 1

   1.2   SUMMARY OF RISKS ......................................................................................................... 2
   1.3   CONCLUSIONS ................................................................................................................. 4

2. DESCRIPTION OF KLO PROJECT ............................................................................................ 6

   2.1   INTRODUCTION ............................................................................................................... 6
   2.2   PLATFORM ..................................................................................................................... 7
   2.3   PIPELINES ................................................................................................................... 14
   2.4   ONSHORE FACILITIES .................................................................................................. 14

3. MAJOR PROJECT PARTICIPANTS ....................................................................................... 18

   3.1   FURIE ........................................................................................................................ 18
   3.2   M&H ......................................................................................................................... 18
   3.3   WILLIAM JACOB ........................................................................................................ 18
   3.4   STATE SERVICES ........................................................................................................ 18
   3.5   CROWLEY .................................................................................................................. 18
   3.6   SPARTAN .................................................................................................................... 18
   3.7   CONAM CONSTRUCTION COMPANY .......................................................................... 18
   3.8   MEARS GROUP, INC. ................................................................................................. 19
   3.9   PACIFIC PILE & MARINE ............................................................................................ 19
   3.10  CONCLUSIONS ........................................................................................................... 19

4. FIELD DEVELOPMENT PLAN ............................................................................................... 20

   4.1   INTRODUCTION ........................................................................................................... 20
   4.2   RESERVOIR DESCRIPTION ........................................................................................... 21

5. GAS DELIVERABILITY ........................................................................................................... 23

6. DESIGN CONSIDERATIONS .................................................................................................. 26

   6.1   INTRODUCTION ........................................................................................................... 26
   6.2   TECHNOLOGY ............................................................................................................. 26
   6.3   CODES AND STANDARDS ............................................................................................ 26
   6.5   PROCESS PHILOSOPHY ............................................................................................... 28
   6.6   SAFETY ...................................................................................................................... 29
   6.7   CONCLUSIONS ........................................................................................................... 31

7. PROJECT SCHEDULE AND EXECUTION .............................................................................. 32

   7.1   INTRODUCTION ........................................................................................................... 32
   7.2   SCHEDULE ................................................................................................................. 32
   7.3   PROJECT EXECUTION ................................................................................................. 37
   7.4   CONCLUSIONS ........................................................................................................... 55

8. THIRD PARTY INTERFACES ................................................................................................. 61

9. CAPITAL COSTS ................................................................................................................... 62

   9.1   INTRODUCTION ........................................................................................................... 62
   9.2   THREE-WELL INITIAL DEVELOPMENT CAPEX BUILD-UP .............................................. 63
   9.3   INITIAL TWO-WELL DEVELOPMENT OPTION ............................................................... 67
   9.4   CONTINGENCY ........................................................................................................... 68
   9.5   CONCLUSIONS ........................................................................................................... 71

10. OPERATIONS AND MAINTENANCE ................................................................................... 72

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

FURIE-BANKR_00199890
DA00140

Mr. Trent J. Kososki
Energy Capital Partners

10.1 INTRODUCTION ...................................................................................................................72
10.2 OPERATIONS PHILOSOPHY ...................................................................................................73
10.3 SERVICE PROVIDERS ............................................................................................................73
10.4 ORGANIZATION ...................................................................................................................74

**11.    ENVIRONMENT, HEALTH, SOCIAL AND SAFETY ...................................................................76**

11.1 INTRODUCTION ...................................................................................................................76
11.2 PERMITTING AND APPROVALS ...............................................................................................76
11.3 ENVIRONMENTAL ................................................................................................................78
11.4 SOCIAL CONSIDERATIONS .....................................................................................................80
11.5 OCCUPATIONAL HEALTH AND SAFETY .....................................................................................80
11.6 CONCLUSIONS ....................................................................................................................81

LUMMUS CONSULTANTS
INTERNATIONAL
Furie Kitchen Lights Unit

FURIE-BANKR_00199891
DA00141

Mr. Trent J. Kososki
Energy Capital Partners

## Nomenclature

| | |
|---|---|
| 2P | Proved plus Probable |
| 3-D | Three Dimensional |
| ABS | American Bureau of Shipping |
| AFE | Authorization for Expenditure |
| API | American Petroleum Institute |
| ASME | American Society of Mechanical Engineers |
| ASTM | American Society for Testing and Materials |
| BACT | Best Available Control Technology |
| bhp | Brake Horsepower |
| BII | Business Interruption Insurance |
| BOD | Basis of Design |
| boe | Barrels of Oil Equivalent |
| bopd | Barrels of Oil per Day |
| bpd | Barrels per Day |
| BS&W | Basic Sediment and Water |
| Btu | British Thermal Unit |
| bwpd | Barrels of Water per Day |
| CAPEX | Capital Expenditure |
| CPAI | ConocoPhillips Alaska Inc. |
| DB | Design Basis |
| DC | Direct Current |
| DCA | Decline Curve Analysis |
| DNR | Department of Natural Resources |
| DSCR | Debt Service Coverage Ratio |
| DST | Drill Stem Test |
| DSU | Debt Service Undertaking |
| E&A | Exploration and Appraisal |
| EA | Environmental Assessment |
| EBIDTA | Earnings Before Interest, Taxes, Depreciation and Amortization |
| EIA | Environmental Impact Assessment |
| EPA | Environmental Protection Agency |
| EMP | Environmental Management Plan |
| EPC | Engineering, Procurement and Construction |
| ESA | Environmental Site Assessment |
| ESD | Emergency Shutdown |



Furie Kitchen Lights Unit

iv

FURIE-BANKR_00199892
DA00142

Mr. Trent J. Kososki
Energy Capital Partners

| | |
|---|---|
| ESP | Electric Submersible Pump |
| FAT | Factory Acceptance Test |
| FBE | Fusion Bonded Epoxy |
| FEED | Front End Engineering Design |
| FFS | Fitness for Service |
| FGIIP | Free Gas Initially In Place |
| FID | Final Investment Decision |
| FRP | Fiberglass Reinforced Plastic |
| FWS | Full Well Stream |
| GOR | Gas-to-Oil Ratio |
| HAZOP | Hazards and Operability |
| HDD | Horizontal Directional Drilling |
| HGOR | High Gas to Oil Ratio |
| HCIIP | Hydrocarbon Initially In Place |
| hp | Horsepower |
| HP | High Pressure |
| HSE | Health, Safety and Environment |
| IFC | International Finance Corporation |
| IPT | Integrated Project Team |
| IRR | Internal Rate of Return |
| ISO | International Standards Organization |
| ITEC | Independent Technical and Environmental Consultant |
| JIC | Joint Industry Companies |
| JV | Joint Venture |
| JVA | Joint Venture Agreement |
| kV | kilovolt |
| l | liter |
| LACT | Lease Automatic Custody Transfer |
| LD's | Liquidated Damages |
| LLI | Long Lead Items |
| LOI | Letter of Intent |
| LP | Low Pressure |
| LS | Lump Sum |
| LSTK | Lump Sum Turn Key |
| LWD | Logging While Drilling |
| m | Meter |



Furie Kitchen Lights Unit

FURIE-BANKR_00199893
DA00143

Mr. Trent J. Kososki
Energy Capital Partners

| | |
|---|---|
| MBE | Major Breakthrough Event |
| md | Millidarcy |
| MM | Million |
| MMscfd | Million Standard Cubic Feet per Day |
| MOU | Memorandum of Understanding |
| MW | megaWatt |
| NAAQS | National Ambient Air Quality Standards |
| NACE | National Association of Corrosion Engineers |
| NDE | Non-Destructive Examination |
| NDT | Non-Destructive Testing |
| NPV | Net Present Value |
| O&M | Operations and Maintenance |
| OA | Offtake Agreement |
| OOIP | Original Oil in Place |
| OPEX | Operating Expenditure |
| OSHA | Occupational Safety and Health Administration |
| PEP | Project Execution Plan |
| PF | Procurement and Fabrication |
| PFD | Process Flow Diagram |
| P&ID | Piping and Instrument Diagram |
| PLC | Programmable Logic Controller |
| PLET | Pipeline End Termination |
| PMT | Project Management Team |
| PO | Purchase Order |
| PoD | Plan of Development |
| psia | pounds per square inch (absolute) |
| psig | pounds per square inch (gauge) |
| PS | Pump Station |
| PSV | Pressure Safety Valve |
| Q | Calendar Quarter |
| QA | Quality Assurance |
| QC | Quality Control |
| QRA | Quantified Risk Assessment |
| RAM | Reliability, Availability and Maintainability |
| RFO | Ready for Operations |
| ROW | Right of Way |



LUMMUS CONSULTANTS
INTERNATIONAL
Furie Kitchen Lights Unit

vi

FURIE-BANKR_00199894
DA00144

Mr. Trent J. Kososki
Energy Capital Partners

| | |
|---|---|
| SCADA | Supervisory Control and Data Acquisition |
| SCD | Sustainable Community Development |
| scfm | Standard Cubic Feet per Minute |
| SDV | Shutdown Valve |
| SGIIP | Solution Gas Initially In Place |
| SIT | Site Integration Test |
| STOIIP | Stock Tank Oil Initially In Place |
| TRIR | Total Recordable Incident Rate |
| TVDSS | True Vertical Depth Subsurface |
| UO | Unit Operator |
| UR | Ultimate Recovery |
| USA | United States of America |
| US$ | United States Dollar |
| VOC | Volatile Organic Compounds |
| W | Watt |
| WBG | World Bank Group |
| WI | Water Injection |
| WIO | Working Interest Owner |

FURIE-BANKR_00199895
DA00145

Trent J. Kososki                                                                          July 10, 2014
ECP

## 1.    EXECUTIVE SUMMARY

### 1.1    Introduction

Energy Capital Partners Mezzanine, LLC ("ECP") is considering funding the development of the Kitchen Lights Unit ("KLU") Project, a gas development in the Cook Inlet, Alaska being undertaken by Furie Operating of Alaska, LLC ("Furie").

**Figure 1.1-1**
**Cook Inlet License Blocks**



Historically, the main natural gas producers in the Cook Inlet were Unocal, Chevron, Marathon and ConocoPhillips. More recently, a number of new entrants have entered the gas production and supply market in the Cook Inlet Basin. These include: Northstar Energy, Forest Oil, Aurora, XTO Energy and Escopeta of Alaska, LLC ("Escopeta"). Cornucopia Oil and Gas Company, LLC ("Cornucopia"), Furie's parent company, bought out Escopeta's interests in 2010 and took 79 percent working interest in the KLU. Later in June of 2011, Escopeta Oil Co, LLC, who was the operator of the KLU, was purchased by Cornucopia, and Escopeta Oil Co, LLC was renamed Furie Operating Alaska, LLC. With the purchase of Escopeta Oil Co, LLC, an additional 1.0 percent working interest was transferred and is now held by Furie.

By way of example, during 2003, average daily consumption of natural gas in the Cook Inlet was 548 MMscf, comprising 214 MMscfd by the Kenai liquefaction plant, 142 MMscfd by the Agrium ammonia



Furie Kitchen Lights Unit

Mr. Trent J. Kososki
Energy Capital Partners

and urea fertilizer plant, and 192 MMscfd by residential and commercial consumers. In 2013, Marathon Oil Corporation sold all of its production and midstream Cook Inlet assets to Hilcorp Alaska, LLC ("Hilcorp"). Currently, the Cook Inlet region is producing 219MMscfd of natural gas with Hilcorp and ConocoPhillips producing 124MMscfd and 72MMscfd, respectively. Recently, exploration activity has increased with Hilcorp, Buccaneer Alaska, LLC ("Buccaneer") and Furie being the most active. This activity is partially driven by tax incentives from the State of Alaska which were implemented in 2007.

Production from the Cook Inlet primarily supplies the local Anchorage heating/power market, and local industrial users. Until recently, ConocoPhillips and Marathon exported up to 225MMscfd of natural gas in the form of liquefied natural gas ("LNG") from an LNG baseload plant located at Nikiski. This plant started operation in 1969. ConocoPhillips, the Operator, allowed the export license to lapse on March 31, 2013. Similarly, the Agrium fertilizer plant was idled in 2007. Regional demand currently averages approximately 230MMscfd. On December 12, 2013, ConocoPhillips submitted an application to restart LNG exports in Q3 2014. On April 14, 2014, ConocoPhillips announced that the Department of Energy had authorized the renewal of its licenses for the export of LNG to Free Trade Area and Non-Free Trade Area nations for a period of two years. On this basis, ConocoPhillips announced that it will resume LNG exports in the spring.

Cornucopia and Furie own working interest mineral rights to approximately 83,000 acres in the Kitchen Lights Unit within the Cook Inlet. This acreage represents the largest contiguous unit in the region. Cornucopia and Furie have drilled four exploratory wells to-date on this acreage since 2011. One of these wells will be converted to the first development well,

In 2013, Furie successfully tested the KLU #3 exploration well, achieving initial flows of approximately 40MMscfd over several zones. Furie is planning to drill two more development wells within the same acreage block and construct facilities to bring gas to market (the "Phase I Development").

The Phase I Development will comprise a not-normally-manned offshore platform, one 16 mile long 10, inch diameter pipeline and onshore processing facilities. A second pipeline will be installed at a later date. Note, one pipeline has a nominal throughput capacity of 100 MMscfd.

Furie's drilling plan is supported by approximately US$115 million in rebates from the State of Alaska (AA credit rating). Alaska provides rebates for incurred development costs (45-percent for tangible assets, such as midstream facilities and 65 percent for intangible costs such as drilling expenses including in each an annual loss carry forward ("LCF") credit ). These rebates would be earned by Cornucopia, and Cornucopia would file for the rebates and apply to turn them to cash from 2014 through 2016. Cornucopia has already established a history with the State of Alaska for turning past tax credit rebates from exploration wells to cash in the sum of US$109 million.

## 1.2    Summary of Risks

In reviewing the potential acquisition, Lummus Consultants has considered areas where there is perceived technical risk to the execution and operation of the Development, particularly where the risk component could materially impact the projected cashflows.

The assessment is necessarily subjective and qualitative. Risk has been classified from low through to high. **In our opinion, there is no high technical risk but several medium risks. Schedule is medium to high.**

The ranking system we have used for the Project is consistent with that applied to other oil and gas projects which have been subject to technical due diligence review. Risk ratings may change as new data



FURIE-BANKR_00199897
DA00147

Mr. Trent J. Kososki
Energy Capital Partners

is introduced and as circumstances change. Certain risks will diminish and become negligible over time while other risks may emerge and/or mitigations to identified risks may not be fully effective.

Furie is implementing a fast-track project.

| Risk Component | Lummus Consultants' Risk Level | Lummus Consultants Risk Management Comment |
|---|---|---|
| Operator Experience | Medium | Furie is a recently-formed company. It has drawn on experienced service providers and freelance personnel to supplement its internal resources. |
| Project Participants | Medium | Furie has selected a number of competent, second tier contractors to implement the design, fabrication, construction and installation of the Project components. As a general statement, both Furie and its contractors have placed substantial reliance on seasoned personnel to work in a proactive and reactive manner to identify and mitigate interface issues both between contractors and within contractor / subcontractor organizational structures. |
| Project Concept | Medium | The monopod substructure is with an internal caisson is well-suited to the geographic location. |
| | | The inherent safety of an offshore facility is heavily influenced by the decisions made at the initial layout stage. In this Project, design has progressed at a rapid rate in parallel to fabrication which has resulted in delayed identification of facility modifications / additions required to address potential safety issues. It has been a challenge to incorporate these changes in a timely manner. |
| | | Explosion analyses identified a need for a blast wall between the hydrocarbon area and the living quarters. |
| | | Escape and Evacuation assessments have identified a need to relocate escape craft. Tertiary means of escape such as coiled rope ladders will be installed at strategic locations around the platform. |
| | | Furie made timely modifications required to address the issues identified in explosion analyses and escape and evacuation analyses. Furie completed the facilities installation prior to sailaway. |
| | | As a general observation, the platform has a small footprint for a 28-man complement during well workovers. |
| | | Basic processing facilities are located onshore. Engineering of the onshore plant is near-complete. This is a relatively simple facility. The design was scheduled to be finalized in May 2014, however, it is still in progress.. |
| Schedule | Medium to High | The Project has an aggressive schedule which is weather constrained. The jack-up drilling rig can only operate between mid-April and late October. However, completion and tie-back of the existing KLU#3 well is required to provide gas through the winter of 2014. The rig is expected to commence work on September 15, 2014, one month later than planned. This should enable caisson grouting and re-entry and completion of KLU#3 prior to the winter lay-up. |
| | | Fabrication of the offshore facilities is nominally complete. The monopod, module support frame and topsides are on a barge is Seattle harbor enroute to Alaska. |
| | | The contract for the installation, hook-up and commissioning of the onshore plant was executed on April 11, 2014. Long lead equipment has been ordered but the design is still incomplete. This is impacting the construction contractor. While the contractor is suggesting overall completion by April 2015, Furie is working to ensure that the "early production" facilities are on-stream by the end of November. |
| | | Negotiations with Hilcorp for tie-in to the CIGGS gas transmission pipeline are still in process. |
| | | Overall, the Project schedule has slipped by one month since April. |
| | | While First Gas in 2014 is likely to be achieved, only one well will be onstream by the end of October 2014. |



Furie Kitchen Lights Unit

3

FURIE-BANKR_00199898
DA00148

Mr. Trent J. Kososki
Energy Capital Partners

| Risk Component | Lummus Consultants' Risk Level | Lummus Consultants Risk Management Comment |
|---|---|---|
| **Project Execution** | Medium | SSCI fabricated the monopod and deck. Efforts were made to avoid carry-over work offshore. Some follow-up work is being undertaken in Seattle. |
| | | Transport duration through the Panama Canal was managed through pre-payment for "slots". |
| | | The monopod was close to the lift capacity of the stiff-leg crane at the required radius. Furie elected to contract a heavy lift ship the Svenja to install the monopod. Lummus Consultants concurs with this decision. It has however resulted in a delay to the installation schedule. |
| | | Crowley and its subcontractors have developed the overall story book for the installation sequence. This provides good definition of the installation sequence and vessel utilization. The use of the Svenja reduces the requirement for calm seas during the installation of the monopod. |
| | | The pipeline interfaces at the HDD tie-in point and the platform are now defined. |
| | | The HDD is a little behind schedule. This delay does have an impact on the execution of the onshore facility but it is not substantial. |
| | | There has been some reassignment of scope between contractors. This is reasonable. |
| | | All offshore pipe has been delivered to Port Mackenzie. |
| **Third Party Interfaces** | Low | Furie is negotiating with Hilcrorp for access to its Cook Inlet Gas Gathering System ("CIGGS") gas transmission pipeline. |
| | | Support services are available at OSK and Port MacKenzie. |
| **Capital Cost** | Medium | Furie established a budget of US$208 million for the original three-well development which contained US$10 million of contingency, primarily associated with drilling and completion of wells. The budget excluded costs that were clearly excluded from contractor cost forecasts (SSCI) and those which had not been contracted – commissioning. In addition, there was no contingency of significance for the offshore installation campaign. We suggested that the budget be increased by US$15 million. |
| | | ECP requested that the third well be used as a contingent well. This defers about US$12 million of capital expenditure for the well itself. In addition, Furie fixed the allocation that the Project will bear for the 2014/15 lay-up. This provided a US14 million saving. Drilling insurance was transferred to Furie's G&A. |
| | | At Lummus Consultants suggestion, Furie allocated a gross contingency of US$15 million on residual variable costs of US$66 million. In Lummus Consultants' opinion, the resultant US$195 million budget for the two-well initial development was reasonable target. |
| | | Furie has subsequently "fixed" the budget at US$174 million. In effect, it has used the drilling rig lay-up as contingency. Drilling lay-up is now reduced to US$4 million. |
| **O&M** | Low to Medium | Furie has established a shore-based operation. Maintenance / operations personnel will visit the platform about three times per week. Furie has identified a shortage of skilled mechanics. It will use a 28-day rotation for its O&M staff. This will enable out-of-state operators and maintenance personnel to be employed. A 28-day on, 28-day off rotation is commonplace for overseas oil and gas facilities. |
| **Permits** | Low | The Project is properly acquiring the required permits and approvals in a manner supportive of the construction schedule. The Project is designed to comply with its issued and anticipated permits in a manner protective of the environment. |

## 1.3  Conclusions

Furie is conducting a fast track project for the Cook Inlet. It has appointed a series of competent, second tier contractors to implement the design, fabrication, construction and installation of the Project components. As a general statement, both Furie and its contractors have placed substantial reliance on seasoned personnel to work in a proactive and reactive manner to identify and mitigate interface issues both between contractors and within contractor / subcontractor organizational structures.



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

FURIE-BANKR_00199899
DA00149

Mr. Trent J. Kososki
Energy Capital Partners

This notwithstanding, there are elements of the design that are still work in progress. Design of the onshore production plant was scheduled to be complete in May but is still incomplete.

Engineering and installation procedures required for the installation program have been completed for all major components.

The future use of the platform for well workover needs further evaluation.

A detailed schedule is required for the Spartan 15 after it mobilizes to the Kitchen Lights Unit platform on September 15, 2014. It has six weeks to grout the caisson void space and tie-back the KLU#3 well. Grouting will be a SIMOPS activity.

In Lummus Consultants' opinion, first gas in 2014 is achievable.

At ECP's request, Furie developed a budget for a two-well initial development. This budget was US$195 million includes US$15 million of overall contingency. Furie fixed the cost allocation to the Project for the 2014/15 lay-up of the Spartan 151 at US$13.05 million. In addition, it has transferred drilling insurance to its G&A budget. On this basis, Lummus Consultants was of the opinion that the US$15 million contingency was reasonable and the US$195 million budget was reasonable and achievable for a two-well initial development option.

In its latest budget, Furie is promoting a final cost of US$174 million. It has reduced the 2014/15 lay-up as a means of absorbing cost over runs, i.e. the US$13.05 million is used as contingency. In Lummus Consultants' opinion, the full US$13.05 million will be consumed. The budget has benefitted from removal of the Bond. Nonetheless, Lummus Consultants is of the opinion that the budget should be increased to US$180 million.

In our opinion, US$15 million should be added to the budget for the three-well base case development to cover installation contingencies.



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

FURIE-BANKR_00199900
DA00150

Mr. Trent J. Kososki
Energy Capital Partners

## 2.    DESCRIPTION OF KLO PROJECT

### 2.1    Introduction

The Project comprises an offshore wellhead platform, one sixteen mile 10-inch diameter pipelines to shore and an onshore production facility.

Figure 2.1-1 is a schematic of the overall development while Figure 2.1-2 is a schematic of the offshore platform.

**Figure 2.1-1**
**Furie Development**



Note that the pipeline is shown in a stylized manner.  Figure 7.3-3 shows a more representative trajectory of the horizontal directional drilled ("HDD") shore crossing.

In its initial mode of operation, the monopod is essentially a not-normally-manned wellhead platform providing well-test services.  Treatment of the produced fluids is undertaken onshore.  Operations personnel will be based onshore but will visit the platform nominally three times per week for maintenance and observation.  However, the platform is designed for self-contained well operations such as wirelining / coiled tubing workover in which case a 28-man crew can be accommodated.



Furie Kitchen Lights Unit

6

FURIE-BANKR_00199901
DA00151

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 2.1-2**
**KLU Platform**



## 2.2    Platform

### 2.2.1    Substructure

The substructure comprises an 18-foot diameter monopod substructure, secured by eight 42-inch diameter skirt piles grouted to 52-inch diameter pile sleeves connected radially to the monopod at 45 degree intervals.  The monopod supports a cellar deck which in turn supports an integrated topsides, the "Deck", see Figures 2.2-1 and 2.2-2.



Furie Kitchen Lights Unit

FURIE-BANKR_00199902
DA00152

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 2.2-1**
**Schematic of KLU Substructure**



| Monopod | Monopod with Module Support Frame |
|---------|-----------------------------------|

The water depth is relatively shallow at 104 feet. Monopods have been installed in such depths in many locations worldwide. It is well-suited to ice-infested waters. The composite construction of monopod wall, internal caisson and grout provides a rigid structure that is able to withstand the impact of winter ice floes in the Cook Inlet. Similarly, risers will run through the internal caisson which will provide physical protection from ice.

Photograph 2.2-1 depicts the upending of the monopod at State Services yard in Ingleside, Texas.

FURIE-BANKR_00199903
DA00153

Mr. Trent J. Kososki
Energy Capital Partners

**Photograph 2.2-1**
**Upending of the Monopod at State Services**



### 2.2.2    Topsides

The deck is offset to provide access to well slots for a jack-up drilling rig.  Figure 2.2-2 shows the Deck and Quarters and Helideck relative to the substructure.

FURIE-BANKR_00199904
DA00154

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 2.2-2**
**Topsides**

| Deck | Topsides and Helideck |
|------|----------------------|
|  | |

Figure 2.2-3 shows a three-dimensional view of the topsides while Figure 2.2-4 shows the platform with an optional workover mast in place. Note, while Figures 2.2-3 and 2.2-4 show an open trussed deck, the Production Deck will be enclosed by an external weather wall. This will impair natural ventilation but is required to provide protection from extreme winter weather.

**Figure 2.2-3**
**Topsides Perspective**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

10

FURIE-BANKR_00199905
DA00155

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 2.2-4**
**Platform with Workover Rig**



The optional workover rig is designed for completions and workovers. It is also capable of driving pipe for development wells. It can be rigged up using the platform crane.

The Production Deck of the topsides facilities will contain the following facilities:

- Crane and pedestal: Diesel-driven with a 100-foot boom providing an onboard capacity of 50 tons at up to 30 feet radius. The 56-inch-diameter pedestal provides storage for approximately 95 barrels of diesel;

- Two 5,000 gallon potable water storage tanks equipped with two three-horsepower ("hp"), 25-gallon per minute ("gpm") pumps, and one 158-gallon pressure tank;

- Utility gas scrubber/filter skid. The scrubber gas capacity will be approximately 0.5 million standard cubic feet per day (MMscfd) and the liquid capacity will be approximately two barrels per day ("bpd"). It will be equipped with a filter separator with a natural gas capacity of 0.5 MMscfd;

- Vent scrubber with a gas capacity of approximately 40 MMscfd and a liquid capacity of 100 bpd. It will be serviced by two 40-hp, 25-gpm produced liquid pumps. Two 15-gpm sump pumps will draw collected runoff water from open deck drain sumps into the scrubber;

- Methanol injection skid containing a 250-gallon day tank with two air-driven injection pumps;

- Test separator: 48-inch outside diameter by 15-feet seam-to-seam;

- Two gas-powered, 200 kilowatt ("kW") generators;

- Well control headers and manifold with a capacity of 2,500 barrels of condensate per day, 1,500 barrels of water per day and 60 MMscfd of natural gas;

FURIE-BANKR_00199906
DA00156

Mr. Trent J. Kososki
Energy Capital Partners

- Air compressor: 140 standard cubic feet per minute ("scfm"), equipped with a 650-gallon air receiver, coalescing filter, and instrument air dryers;
- Utility water pump: 20 hp, 200 gpm; and
- 28-person capacity wastewater treatment system with chlorination tank and tablet dechlorination unit.

Figure 2.2-5 is a conceptual layout of the Production Deck.

**Figure 2.2-5**
**Conceptual Layout of the Production Deck**



Safety equipment includes two escape craft, manual fire and gas stations, ultra-violet / infrared fire detectors, portable fire extinguishers, wheeled fire extinguishers, gas detectors and fusible loops. There is no firewater system.

The Main Deck, see Figure 2.2-6, is designed to accommodate a platform workover rig during platform operations and additional well-servicing and completion activities. This rig does not form part of the Phase I activities.

The following components are located on the Main Deck:

- Emergency diesel generator: 280-kW generator producing 480 volts with 10 bpd of fuel consumption. The generator is serviced by a 20-gpm transfer pump and filter;
- Gas-fired platform heating, ventilation, and air conditioning provided by two 1.2 million British thermal units per hour ("Btu/hr") heaters;
- 25.5-foot by 42-foot, two-story living quarters building located below the helideck. Originally, this was to be supplied as two lower units welded to the LQ support structure and two upper units


LUMMUS CONSULTANTS
INTERNATIONAL
Furie Kitchen Lights Unit

12

FURIE-BANKR_00199907
DA00157

Mr. Trent J. Kososki
Energy Capital Partners

that are installed offshore as separate lifts and bolted to the lower units. All four units will now be installed on the deck by State Services. This reduces the offshore work scope and reduces the risk of damage during the installation. The full 28-man crew will only be present during platform-based completion and well workover operations; significantly lower staffing levels (two to three persons, three days per week) are anticipated during routine operations.

**Figure 2.2-6**
**Conceptual Layout of Main Deck**



Photograph 2.2-1 shows the Monopod in the background and the deck in the foreground of State Services' yard at Ingleside, Texas.

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

13

FURIE-BANKR_00199908
DA00158

Mr. Trent J. Kososki
Energy Capital Partners

**Photograph 2.2-1**
**Deck and Monopod at State Services**



## 2.3   Pipelines

The initial development includes one 16 mile long, 10-inch diameter, concrete-weight coated pipeline between the platform and the onshore gas plant, see Figure 2.1-1. A second pipeline will be installed at a later date.

A horizontal directional drill ("HDD") shore crossing of approximately 3,000 feet in length will run from the onshore gas plant below a bluff and under the intertidal zone to a near-shore location in a water depth of about five meters from which point the pipeline will be laid by a pipeline lay-barge. The alignment of these pipelines will follow that of the existing, Hilcorp-operated, Cook Inlet Gas Gathering System ("CIGGS") but with an offset of about 100 feet. CIGGS is a major trunkline.

## 2.4   Onshore Facilities

An onshore production facility will be located southwest of the KLU Platform approximately 630 feet horizontally from the mean high water of Cook Inlet, on currently undeveloped land purchased and now owned by Furie (Parcel ID: 1203009), see Figures 2.4-1. Furie has subsequently acquired an additional 35 acres of land in parcels #01203010 and #01239002, see Figure 2.4-2. The facility and all related infrastructure are expected to have a footprint of approximately 28,000 square feet.


FURIE-BANKR_00199909
DA00159

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 2.4-1**
**Onshore Site Location**



**Figure 2.4-2**
**Vicinity Map of Onshore Gas Plant**



Figure 2.4-3 shows the site in relation to the surrounding infrastructure.

LUMMUS CONSULTANTS
INTERNATIONAL
Furie Kitchen Lights Unit

15

FURIE-BANKR_00199910
DA00160

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 2.4-3**
**Vicinity Map of Onshore Gas Plant**



Figure 2.4-4 is a block flow diagram showing the processing undertaken at the onshore gas plant.

**Figure 2.4-4**
**Block Flow Diagram**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

16

FURIE-BANKR_00199911
DA00161

Mr. Trent J. Kososki
Energy Capital Partners

The primary purpose of the onshore production facility is to process the well stream extracted from the KLU development well(s) into dry natural gas for market distribution. Furie is constructing a compressor station with liquids handling and gas dehydration facilities located on the Kenai Peninsula of Alaska's Cook Inlet. Processes include separating produced water, liquids, and sand from the natural gas. Produced water and sand will be stored in tanks onsite until a sufficient quantity is accumulated for transportation and disposal offsite at an approved disposal facility.  The compressor station will have two, three stage reciprocating compressor units, Ariel JGD-4, powered by Caterpillar 3606 engines. The major components of the station include but are not necessarily limited to:

- Two flowline heaters;
- Two two-phase separators;
- A three-phase separator;
- Two initial gas compressors with gas-fired engines (facilities are designed for four units);
- A triethylene glycol gas dehydration system and its associated pumps, regeneration system, and storage tanks;
- A sales gas meter (approved by the Alaska Oil and Gas Conservation Commission);
- Two hydrocyclones (one operating and one spare);
- A condensate coalescer, condensate surge tank, and two condensate injection pumps;
- A high-pressure flare unit, including a flare stack, scrubber tank, two 5-hp, 30-gpm scrubber pumps;
- Three 1,000-barrel ("bbl") produced-water storage tanks;
- Up to five gas-fired heating, ventilation, and air conditioning building heaters;
- A 1000-kW gas-fired generator;
- Two 40-hp instrument/utility air compressors;
- A 650-gallon compressed air receiver column;
- A set of 100 scfm instrument air dryers;
- A 10-hp, 100-gpm fresh water submersible pump to deliver water from an onsite well to a storage tank for fire suppression operations;
- A 5,700-gallon fresh water storage tank; and
- Two 10-hp, 100-gpm fire water pumps.

**2.5      Interfacing Infrastructure**

The selected site is in a predominately commercial and industrial area.  XTO Energy Inc. ("XTO") has a natural gas production facility and a marine gathering pipeline about half a mile to the west.  The Offshore Systems Kenai ("OSK") dock and industrial center is located about half a mile to the east and the CIGGS East Forelands production facility is approximately 800 feet to the west.  The gas plant will tie-in to the Hilcorp-owned existing CIGGS gas pipeline.

Furie uses Port MacDonald as a supply base for its drilling operations.



FURIE-BANKR_00199912
DA00162

Mr. Trent J. Kososki
Energy Capital Partners

## 3.    MAJOR PROJECT PARTICIPANTS

### 3.1    Furie

Furie Operating Alaska, LLC ("Furie") is the operator of the Kitchen Lights Unit (approximately 83,000 acres), which includes a number of oil and gas leases owned by the majority working interest (WI) owner Cornucopia Oil & Gas Company, LLC ("Cornucopia"), located in the Cook Inlet region of Alaska.

It has no operating assets and must therefore establish operating procedures and practices.

To implement the Project, Furie has contracted with a number of companies to provide specific services. Most of these companies are second-tier contractors, small companies with low overheads and limited resources.

### 3.2    M&H

M&H is a Houston-based, independent engineering consultancy. It is undertaking the civil engineering design for the gas plant, the pipeline engineering and the structural design for the monopod.

### 3.3    William Jacob

William Jacob Management ("WJM") is a Houston-based, independent engineering and project management consultancy. It is undertaking the design and procurement of the topsides facilities of the monopod and the onshore gas plant. WJM was established in 2007 and its core competency was drilling facilities.

### 3.4    State Services

State Service Co,. Inc. ("SSCI") has a 20-acre fabrication yard at Ingleside, Texas. It has been in business for more than 30 years and has fabricated a substantial number of small oil and gas platforms primarily for the Gulf of Mexico. It has multiple fabrication shops with a combined covered area of 25,000 feet and 1,200 linear feet of load-bearing bulkhead. SSCI is the fabricator of the monopod platform. It is primarily a steel fabricator and will utilize subcontractors for electrical and instrumentation work.

### 3.5    Crowley

Crowley is a long-established and highly experienced marine contractor. It has been contracted to undertake the transportation of the pipe and monopod/deck and installation of the pipeline and platform. This is its first contract as overall installation contractor. As is discussed in Section 6.3, Crowley is using several subcontractors to fulfill its scope of work.

### 3.6    Spartan

Spartan is a Slidell, Louisiana based drilling contractor. It will use the Spartan 151 jack-up drilling rig to tie-back the existing well and drill and complete new wells. The Spartan 151 has been working in the Cook Inlet for Furie since 2011 and has drilled all four of Furie's exploration wells to date.

### 3.7    CONAM Construction Company

CONAM Construction Company ("CONAM") is a general contractor providing services to Alaska's oil and gas fields. Its services include FEED, engineering, project management, procurement and construction for mechanical, electrical, pipeline, telecommunications, oil and gas facilities, power and infrastructure projects. CONAM began operations in 1984. It has worked in the Lower 48 but in Alaska it has undertaken pipeline rehabilitation and corrosion repair work, specialized civil construction, module



FURIE-BANKR_00199913
DA00163

Mr. Trent J. Kososki
Energy Capital Partners

fabrication in Anchorage and major facility installations and modifications in Prudhoe Bay. CONAM and its sister corporation, Price Gregory International, Inc. were purchased in 2009 by Qanta Services, Inc., an S&P 500 company specializing in the construction of energy infrastructure projects. CONAM has an excellent reputation in Alaska.

### 3.8    Mears Group, Inc.

Mears is also a Qanta Services company. Since it was founded in 1970, Mears Group, Inc. has grown from a local engineering firm into an international engineering and construction company with over 500 employees encompassing pipeline related services. The Engineering/Technical Division provides turnkey pipeline integrity management services, which includes:

- Pipeline integrity engineering testing and construction services; and
- Electric and power industry integrity services.

The Construction Division provides bellhole excavation, pipeline repair, anodeflex installation, pipeline maintenance support, in-line inspection ("ILI") support and anomaly digs, and pipeline coating and reconditioning.

The Horizontal Directional Drilling Division is one of the largest HDD contractors in the world, owning 26 HDD rigs working in the pipeline, utility, water and fiber industries. Projects include river, road and railroad crossings, shore approaches and intersects which entail installing steel, HDPE and FPVC pipe.

### 3.9    Pacific Pile & Marine

Pacific Pile & Marine ("PPM") is an international heavy civil and marine contractor based in the United States. It specializes in pile driving, dredging, cofferdams, shoring, pile sockets, large diameter caisson drilling, bridge and pier construction and foundation projects as well as access trestles and related heavy civil and marine services. PPM has a fleet of equipment that includes material barges, crane barges, land cranes, shallow- and deep-water dredge rigs, on- and off-shore rip rap placement gear as well as a variety of pile driving and drilling gear. It is based in Seattle, Washington and serves clients across the Pacific Northwest, Montana, Alaska, Canada and Mexico.

### 3.10    Conclusions

Furie has selected a number of competent, second tier contractors to implement the design, fabrication, construction and installation of the Project components. As a general statement, both Furie and its contractors have placed substantial reliance on seasoned personnel to work in a proactive and reactive manner to identify and mitigate interface issues both between contractors and within contractor / subcontractor organizational structures.



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

19

FURIE-BANKR_00199914
DA00164

Mr. Trent J. Kososki
Energy Capital Partners

## 4.    FIELD DEVELOPMENT PLAN

### 4.1    Introduction

The Field Development Plan envisions a two-phase development of KLU.  KLU is located in the Cook Inlet of Alaska, xx miles southwest of Anchorage, see Figure 4.1-1.

**Figure 4.1-1**
**Field Location**



Furie owns the lease on approximately 83,000 acres in the Cook Inlet; it represents the largest contiguous block in the region.  Since 2011, Furie has drilled four exploratory wells.  In 2013, Furie successfully tested the KLU #3 exploration well; it flowed at approximately 40MMscfd.

Under the Phase 1 Development, Furie will drill two more development wells within the same acreage block and construct an offshore platform, a subsea pipeline and an onshore gas plant to bring gas to market.  Up to three more wells (six wells in total for the platform) can be drilled from the platform to further develop reserves.  A second platform could be installed in the future.

The Phase II plan entails exploring and developing potential oil and/or rich gas wells in the North Block within the KLU acreage and obtaining 3D seismic data for the entire KLU acreage, see Figure 4.1-2. Development of the Northern acreage will require the construction of additional pipeline(s) and upgrading the onshore facilities.

Long-term development of the 83,000 acre lease would significantly expand the economic life of the Phase I infrastructure and create significant terminal value.



FURIE-BANKR_00199915
DA00165

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 4.1-2**
**Block Designation**



## 4.2    Reservoir Description

Gas reserves accessible from platform split into two areas (NE and SW) by fault, see Figure 4.2-1.

**Figure 4.2-1**
**Reserves**



The NE area has been classified as proven ("Phase I or Proven Reserves") by Netherland Sewell & Associates, Inc. ("NSAI") and the SW reserves as proven subject to certain contingencies ("Contingent Reserves"). Lummus Consultants confirms that NSAI is a highly reputable and experienced reserves

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

21

FURIE-BANKR_00199916
DA00166

Mr. Trent J. Kososki
Energy Capital Partners

consultant. Based on NSAI's report, total gas reserves accessible from the platform are estimated to be in the range from 60 billion cubic feet ("bcf") up to 700 bcf. The NE area reserves (Proven Reserves) are estimated by NSAI to be in the range between 60 and 330 bcf. Proved plus probable (P1+P2) reserves are estimated by NSAI to be 133 bcf based on three development wells. The Phase 1 FDP has four wells. SE area reserves (Contingent Reserves) are estimated by NSAI to be in the range between 70 and 378 bcf. NSAI's best estimate is 168 bcf. A second platform would likely be required to develop all 700 bcf and additional potential oil reserves.

Known gas sands in the KLU include: Sterling, Beluga, and Upper Tyonek. Sterling and Beluga are the primary focuses of the Phase I Development Plan.

**Figure 4.2-2**
**Stratigraphy**



*Redrawn from Curry and others (1993) and Swenson (2003); additional information from Little and Naesser (1989), Plafker and others (1989), and Nokleberg and others (1994)*

Known oil sands include: Lower Tyonek (Sunfish & Sunfish Channel) and Hemlock.

The Cretaceous period is not found in KLU. Furie has drilled to the base of Tyonek formation (Sunfish Channel) since 2011. Previously both Arco (1990's) and Shell (1960's) penetrated the Hemlock with through-pipe testing.



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

FURIE-BANKR_00199917
DA00167

Mr. Trent J. Kososki
Energy Capital Partners

## 5.    GAS DELIVERABILITY

### 5.1    Introduction

Table 5.1-1 shows the results of the June 2013 well test.

**Table 5.1-1**
**2013 Well Test Results**

| Zone | BHP Gauge Depth (ft) | Maximum Test Rate (MMcfd) | Recommended Initial Production Rate Per Zone (MMcfd) |
|---|---|---|---|
| Sterling Upper Sand | 4,009 | 12.2 | 14.4 |
| Beluga Upper Sand | 5,769 | 8.9 | 10.2 |
| Beluga Lower Sand | 6,798 | 14.1 | 20.0 |
| Total | | 35.2 | 44.6 |

Modular Dynamic Tests ("MDT") were conducted by Schlumberger in 22 intervals; samples of gas contained 99-percent methane. Pay sand intervals were categorized by Sierra Pines International ("SPRI") into "A", "B", and "C" quality level gross gas pay intervals, A being the best sands and C being the lower quality sands. Flows were limited to 15 MMcfd per flare boom; wind limited the use of both flare booms simultaneously except on one test. KLU#3 well was designed for tie-back to production with sliding sleeves isolating each test zone. Completions of future development wells will utilize a dual completion which will increase possible flow rates to 40 MMcfd.

### 5.2    Reserves Reports

The reserves of the KLU, offshore in the Cook Inlet, Alaska, were estimated separately and independently by Netherland, Sewell & Associates, Inc. ("NSAI"), and DeGolyer and MacNaughton ("DM"). NSAI conducted its study for Furie Operating Alaska, LLC ("Furie"), while DM undertook its work for Wildcat Midstream Partners ("WMP"). Both studies reported reserves as of December 31, 2013, and both studies state that they adhere to the definitions and guidelines set forth in the 2007 Petroleum Resources Management System ("PRMS") approved by the Society of Petroleum Engineers ("SPE").

While the DM study is limited to the estimation of reserves, NSAI also estimates contingent resources. Contingent resources are neatly delineated by fault block and formation, and will not be discussed in this review.

The formations of immediate target at the KLU are the Beluga and Sterling, found in the KLU#1 well at between 3,500 and 7,200 feet measured depth ("MD"), and in the KLU#3 well at between 3,730 and 6,997 feet MD. Another well drilled in the area, the KLU#2/KLU#2 ST well, also encountered the Beluga and Sterling formations, however the KLU#2 ST well failed to flow on DST.

NSAI explicitly identified the KLU#1 and KLU#3 wells as being assigned reserves, and while DM did not identify the same, DM reported that its reserves are based "only on reservoirs in the Beluga and Sterling formations that have been tested by either a drill stem test ("DST") or modular dynamic tester ("MDT")". The NSAI report states that MDTs were performed in the KLU#1 and KLU#3 wells, so by deduction, we conclude that NSAI and DM are consistent in relating reserves to the same wells. As such, the proven reserves estimated by NSAI and DM lie in the Northeastern fault block, where the KLU#1 and



Furie Kitchen Lights Unit

23

Mr. Trent J. Kososki
Energy Capital Partners

KLU#3 wells encounter pay zones. In contrast, the KLU#2/KLU#2 ST well is considered to be positioned outside of the fault block that is estimated to contain proven reserves.

A summary of the reserves estimates prepared by NSAI and DM are presented in Table 5.2-1. Lummus Consultants emphasizes that the reserves estimates developed by DM in Table 5.2-1 have been restated for comparison to NSAI figures. DM reported 2P reserves at 100,546 MMcf, and 3P reserves at 145,528 MMcf.

**Table 5.2-1**
**Summary of Gross Natural Gas Reserves at Standard Conditions, as of December 31, 2013**

| Reserves Class | MMcf, per NSAI | MMcf, per DM | NSAI – DM, MMcf |
|---|---|---|---|
| Proved Undeveloped | 59,495 | 58,993 | 502 |
| Probable | 109,683 | 41,553 | 68,130 |
| Possible | 218,757 | 44,982 | 173,775 |

The difference in estimates for the proved undeveloped reserves is insignificant. This gives some comfort that the parameters feeding into the volumetrics are similarly considered. The probable and possible reserves estimates, however, deviate considerably, for reasons not discernible from the reports.

The KLU#3 well was drilled about 1,300 feet to the northwest of the KLU#1 well, and lies favorably on the crest of the Beluga and Sterling structures. A DST performed in the KLU#3 established flows from the Beluga intervals at a combined rate of about 23 MMcfd and from the shallow Sterling interval at a rate of about 12 MMcfd. NSAI assigns all reserves of the Beluga and Sterling formations in this fault block to be produced by the KLU#3 well. This is a reasonable assumption as the KLU#3 well is located high on the structure. To flow the nearby KLU#1 well concurrently from the same zone would possibly introduce mutual well interference. Alternatively, each of the two wells could be completed to flow simultaneously from different, non-pressure communicating zones, to accelerate the depletion of proven reserves.

DM did not identify the wells that would produce the reserves. Its estimate of reserves was based on the zones where MDTs were conducted. Information was not provided to correlate the MDTs with wells.

The non-associated gas of the Beluga and Sterling formations is believed to be sourced indigenously from the coals that are deposited with the sands and from marsh gas buried with the sediments. The gas is reported to contain 99 percent methane and therefore, is not expected to produce commercial volumes of condensate. Water is also expected to be produced only in minimal quantities. Data available for the estimation of reserves were obtained from Furie and public data sources (for DM from Wildcat, ostensibly from Furie), and include well log data, core analysis, modular dynamic tests, DST (KLU#2ST and KLU#3 wells), and 2-D seismic. These are the typical types of data used in formulating initial volumetric estimates, which were carried out for the reserves. Reservoir volume mapping incorporates seismic and well control, where the lowest known gas from the KLU#1 well log sets the limit for proved reserves. For 2P and 3P volumes, NSAI uses the lowest known gas as seen in the log of the South Cook Inlet 2 well. After establishing Original Gas In Place ("OGIP"), ultimate recovery was estimated based on assigned recovery factors. Recovery factor estimation is typically based on consideration of the type of reservoir energy, type of petroleum, structural characteristics, and other. While not defined in the reserves reports, we assume the recovery factor is based on predominant pressure depletion type mechanism with some pressure support from bottom water drive. The initial recovery factors assigned by DM for the proven reserves range from 60 to 65 percent, which is reasonable for the Beluga and Sterling

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

24

Mr. Trent J. Kososki
Energy Capital Partners

reservoirs with porosities ranging from 27 to 35 percent. These reservoirs are analogous to Gulf Coast type sands with similar porosities. Gulf Coast sands are also produced under pressure depletion with moderate water drive, and exhibit even greater recoveries.

## 5.3    Conclusions

The estimates of reserves provided by NSAI and DM were performed in adherence to the definitions and guidelines set forth in the 2007 PRMS approved by the SPE. The data available is typical for fields at the given level of development with reasonable petrophysical values for analogous Gulf Coast type sandstones. Given this data, it is reassuring that the NSAI and DM estimates for proved undeveloped reserves are in conformance. The estimates for probable and possible reserves, however deviate considerably. The reason for this variance is not known. However, there may be manifold reasons with compounding effect.

The location of the KLU#3 well, at the top of the Beluga and Sterling structures, is favorable to producing natural gas under pressure depletion with any measure of water drive. By producing the undeveloped proven reserves with one well (assumed dual string) at an estimated rate of 35 MMcfd, the proven undeveloped reserves has a calculated life of about 4.7 years. This assumes the rate could be held constant, which is only likely with compression assist. The onshore facilities include compression.

While it is inconclusive whether the identified reserves could be produced from the KLU#3 well alone, the deferral of a second well into this block is reasonable.



FURIE-BANKR_00199920
DA00170

Mr. Trent J. Kososki
Energy Capital Partners

## 6.    DESIGN CONSIDERATIONS

### 6.1    Introduction

In this section of the report, Lummus Consultants discusses the technology issues and the design criteria that apply to the Project. A fundamental requirement of any engineered system is that the basic design data and criteria are consistent from component to component. Consistent and correct data provides a suitable foundation on which to develop the Project and ultimately achieve the required performance. It is normal industry practice on a project of this nature to develop and maintain a set of principle reference documents that define the basis of design. Lummus Consultants has not found such a document in the dataroom. We have not undertaken a robust review of the overall Project design but have reviewed various elements over the past three months.

We note that there can be conflicting requirements between codes such as energy conservation versus ventilation. These should be described and explained in the basis of design. The absence of such a document is a concern.

### 6.2    Technology

The Project utilizes industry-proven equipment.

Consideration has been given to the requirements of the geographic location:

- Primary structural steel has high ductility;
- Weather shielding is provided on the Production Deck of the KLU platform;
- Heat tracing is provided on pipework and under the helideck;
- Heating and ventilation is provided within the enclosed Production Deck; and
- Onshore facilities are contained within buildings.

However, Lummus Consultants is concerned that inadequate air changes are being provided within the enclosed Production Deck, see Section 6.6.

### 6.3    Codes and Standards

#### 6.3.1    Introduction

It appears that all equipment is being designed or selected on a "fit-for-purpose" basis taking into consideration the project requirements in regards to system standardization, availability, component reliability, operability, maintainability, and installation flexibility. Consideration has been given to the standardization of components and interfaces.

The governing design codes, standards and recommended practices utilized for the Project are issued by the following industry-recognized institutions:

- American Institute of Steel Construction  ("AISC");
- American Petroleum Institute ("API");
- American Society of Mechanical Engineers ("ASME");
- American Society of Testing Materials ("ASTM");
- American Welding Society ("AWS");
- Instrumentation, Systems and Automation Society ("ISA");
- International Organization for Standardization ("ISO");



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

26

FURIE-BANKR_00199921
DA00171

Mr. Trent J. Kososki
Energy Capital Partners

- National Electrical Manufacturer's Association ("NEMA");
- National Fire Protection Association ("NFPA");
- Occupational Safety and Health Act ("OSHA"); and
- Tubular Exchanger Manufacturers Association ("TEMA").

The platform is being engineered to the requirements of the American Petroleum Institute (API) Recommended Practice (RP) for Planning Designing and Constructing Fixed Offshore Platforms – Working Stress Design (WSD) (RP 2A-WSD) and the International Organization for Standardization (ISO) standard for natural gas arctic offshore structures (ISO 19906:2010). RP 2A-WSD is used as an international standard of engineering design principles and practices for fixed offshore platforms that considers personnel safety, regulatory compliance, and anti-degradation of water quality. RP 2A-WSD was revised in 2000 and reaffirmed in 2010. ISO 19906:2010 provides requirements and guidelines for the design, construction, transportation, installation, and removal of arctic and cold region offshore structures related to petroleum and natural gas industries. The objective of the standard is to ensure that offshore structures in arctic waters reliably protect personnel safety, the environment, and the owner's asset value. ISO 19906:2010 recognizes the artic environment as requiring unique engineering considerations, especially regarding seismic, sea ice, current and temperature considerations. It lists Cook Inlet as a unique artic environment and provides information specific to the region. The standard requires that an offshore natural gas platform be designed to withstand extreme events with no damage and abnormal events with minimal damage (no loss of life or pollution). Extreme events include a 100-year return period ice event or 200-year return period seismic activity and consideration of "companion" environmental actions such as wind and current.

### 6.3.2    Specifications

Table 6.3-1 lists the steel specifications utilized in the fabrication of the platform. As can be seen low-temperature, high-toughness steel has been utilized for the primary structure. This is required to prevent brittle fracture.

**Table 6.3-1**
**Steel Specifications**

| Platform Component | Specification | CVN Test Temperature | Supplemental Requirements |
|---|---|---|---|
| Joint Cans and Caisson above water | API 2H Gr 50 | (-)76 | 1,2,3,4,5 |
| Joint Cans and Caisson below water | API 2H Gr 50 | (-)40 | 1,3,4,5 |
| Primary Members above | API 5Lx Gr 52 API 2H Gr 50 | (-)40 | 5 |
| Primary Members below water | API 5Lx Gr 52 API 2H Gr 50 | (+)20 | 5 |
| Deck Girders | EM 10225-S355 G11 | (-)40 | |
| Deck Beams | ASTM A992 | | |
| Secondary Steel | ASTM A36 API 5L B | | |
| Walls | ASTM A500 GR B | | |



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

FURIE-BANKR_00199922
DA00172

Mr. Trent J. Kososki
Energy Capital Partners

In consequence, the majority of the primary steel has been sourced from Europe where low-temperature, high-toughness steel is routinely used for North Sea oil and gas facilities.

## 6.4    Facilities Assessment

### 6.4.1    Design Loads

The Main Deck and Production Deck of the KLU Platform are both designed for a load of 350 pounds per square inch ("psf"). In workover rig mode, the Main Deck is designed for an operating load of 855,000 pounds (855 kips), a hook load of 500 kips and a setback load of 300 kips and pipe rack loads of 250 psf, no load under the rig and 150 psf elsewhere. The combined load of the living quarters and helideck is specified to be 646 kips (323 short tons). Dr. Richard McKenna, an ice loading expert, developed ice loading in accordance with ISO 19906. ISO 19906:2010 specifies requirements and provides recommendations and guidance for the design, construction, transportation, installation and removal of offshore structures, related to the activities of the petroleum and natural gas industries in arctic and cold regions. Reference to arctic and cold regions in ISO 19906:2010 is deemed to include both the Arctic and other cold regions that are subject to similar sea ice, iceberg and icing conditions. The objective of ISO 19906:2010 is to ensure that offshore structures in arctic and cold regions provide an appropriate level of reliability with respect to personnel safety, environmental protection and asset value to the owner, to the industry and to society in general.

McKenna established a 10-year return ice thickness of 39 inches and a 100-year return ice thickness of 43 inches. A Dynamic Time History Analysis was performed. Ice loading controls the design of 70 percent of the structural members.

The design incorporates a fatigue analysis for the loading from ice drifts.

Alaska is in a seismically active area and therefore seismic analysis was undertaken. Fugro Consultants, a highly experienced and respected geotechnical consultancy, undertook a site specific study. This established that the maximum horizontal acceleration for a 200-year return event strength level earthquake was 0.7g, while that for the 1,000-year return event ductility level earthquake was 1.03g.

The performance requirement for strength level earthquake resistance is that the induced stresses should be less than the yield strength of the member. This was the controlling criterion for 30 percent of the members and all joints. It required ring stiffeners at the caisson.

The performance requirement for ductility level earthquake resistance is that the induced stresses should be less than the yield strength of the member.

The installation of the platform entails the use of a king pile and pre-driven freestanding piles that the monopod slots onto. These free-standing piles will be over a hundred feet long and possibly subject to strong tidal conditions. The effect of vortex shedding on these slender members is being evaluated in this temporary condition.

## 6.5    Process Philosophy

Lummus Consultants has not obtained a Process Philosophy for the Project. Our understanding is that the offshore platform serves two primary functions:

- Well test; and
- Well workover.



FURIE-BANKR_00199923
DA00173

Mr. Trent J. Kososki
Energy Capital Partners

## 6.6    Safety

The recommended design practices and standards that are typically considered to be industry design safety guidelines for offshore production platform facilities installed in U.S. waters comprise an extensive list of documents published by ABS, AISI, ANSI, API, ASME, ASTM, IES, IEEE, ISA, NEMA, NACE, NFPA, and UL. The design standards that have been adopted for the Kitchen Light Platform are those standards applicable to offshore facilities installed in the U.S. Gulf of Mexico.

The key recommended practices and standards applicable to planning, designing, and laying out the facilities on offshore production facilities include:

- API RP 14J – Recommended Practice for Design and Hazards Analysis for Offshore Production Facilities;
- API RP 14C – Recommended Practice for Analysis, Design, Installation, and Testing of Basic Surface Safety Systems for Offshore Production Platforms;
- API RP 14G – Recommended Practice for Fire Prevention and Control on Fixed Open-type Offshore Production Platforms;
- API RP 14H – Recommended Practice for Installation, Maintenance and Repair of Surface Safety Valves and Underwater Safety Valves Offshore;
- ANSI/API Standard 521 – Pressure-Relieving and Depressuring Systems;
- API RP 75 – Recommended Practice for Development of a Safety and Environmental Management Program for Offshore Operations and Facilities;
- API RP 1111 – Design, Construction, Operation and Maintenance of Offshore Hydrocarbon Pipelines; and
- API RP 500 – Recommended Practice for Classification of Location for Electrical Installations at Petroleum Facilities Classified as Class I, Division 1 and Division 2.

API RP 14J sets the framework for safe design of offshore production facilities.  The main principles for safe facility design and operation as stated in API RP 14J are:

- Minimize the likelihood of uncontrolled release of hydrocarbons and other hazardous materials,
- Minimize the chance for ignition,
- Prevent fire escalation and equip damage, and
- Provide for personnel protection and escape.

Lummus Consultants applied these "core" design recommended practices and standards in reviewing the Kitchen Lights Platform and developing its comments and conclusions.

The inherent safety of an offshore facility is heavily influenced by the decisions made at the initial layout stage.  In the case of the Project, design has progressed at a rapid rate in parallel to fabrication.  This makes design changes particularly difficult to implement.

The general layout arrangement generally conforms to API RP 14J in that a minimum of two egress routes are provided from each processing area in the facility layout.  Multiple stair egress is provided between decks.

The LQ is located on the south-east side of the platform.  However, Platform North is 128 degrees counterclockwise from True North, so the Living Quarters are upwind of the generally prevailing wind direction, see Figure 6.6-1.  A muster area is provided on the south-east side of the LQ.  The location of



FURIE-BANKR_00199924
DA00174

Mr. Trent J. Kososki
Energy Capital Partners

the two emergency escape craft has been revised to facilitate evacuation. Non-hazardous equipment (such as instrument air systems, potable water, generators, and sewage treatment has been located nearest the LQ on the Production Deck, while the more hazardous equipment containing high pressure gas and flammable liquids has been located as far away from the LQ as practicable. The flare boom is located on the north-east side of the platform downwind from the processing facilities providing maximum separation distance from the LQ and helideck. However, under the dominant wind direction, the jack-up drilling rig will also be downwind of hydrocarbon inventory on the platform.

**Figure 6.6-1**
**Wind Rose**



FURIE-BANKR_00199925
DA00175

Mr. Trent J. Kososki
Energy Capital Partners



## 6.7    Conclusions

The monopod substructure is with an internal caisson is well-suited to the geographic location.

The inherent safety of an offshore facility is heavily influenced by the decisions made at the initial layout stage. In the case of the Project, design has progressed at a rapid rate in parallel to fabrication. This makes design changes particularly difficult to implement.

Explosion analyses confirmed the need for a blast wall between the process area and the living quarters.

Escape and Evaluation assessments were undertaken. These identified a need to relocate escape craft which has been actioned.

As a general observation, the platform has a small footprint for a 28-man complement during well workovers. A standalone, bridge-linked living quarters platform would be desirable.



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

31

FURIE-BANKR_00199926
DA00176

Mr. Trent J. Kososki
Energy Capital Partners

## 7.    PROJECT SCHEDULE AND EXECUTION

### 7.1    Introduction

In this section of the report, Lummus Consultants discusses the Project Schedule and the associated Project Execution.

Furie is acting as the Managing Contractor for the implementation of the Project.  It has engaged several contractors to undertake specific aspects of the development of the Project, namely:

- M&H – onshore civil engineering, offshore structure and pipeline design;
- William Jacob – facilities design for monopod and gas plant;
- Crowley – transportation and installation.  Crowley is using the following subcontractors:
  - o Chet Morrison – pipeline installation;
  - o Pacific Pile and Marine – monopod installation;
  - o Mears – HDD;
  - o Global Diving & Salvage – diving;
  - o Baker Hughes – grouting of piles;
- State Services – platform fabrication; and
- Spartan – drilling.

It has not yet appointed a contractor for the hook-up of the onshore facilities or for commissioning.

### 7.2    Schedule

#### 7.2.1    Introduction

Furie is acting as the Managing Contractor for the implementation of the Project.  It developed an overall Project Master Schedule for Kitchen Lights.  This is shown in Figure 7.2-1 at Level 1.

**Figure 7.2-1**
**Overall Master Schedule**




INTERNATIONAL
Furie Kitchen Lights Unit

32

FURIE-BANKR_00199927
DA00177

Mr. Trent J. Kososki
Energy Capital Partners

Figure 7.2-2 shows the current schedule. This incorporates the effect of progress through to April 2014. Figure 7.2-3 at the end of this section shows the current Crowley schedule. This dominates the offshore portion of the overall Project critical path.

**Figure 7.2-2**
**Current Schedule**

| Activity | 2013 | | | | | 2014 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct |
| **Platform** | | | | | | | | | | | | | | | |
| Procure & install topside equipment | | | | | | | | | | | | | | | |
| Fabricate platform | | | | | | | | | | | | | | | |
| Loadout & transport to Alaska | | | | | | | | | | | | | | | |
| Install template & platform | | | | | | | | | | | | | | | |
| **Pipeline** | | | | | | | | | | | | | | | |
| Procure pipe & transport to Mexico | | | | | | | | | | | | | | | |
| Coat pipe & transport to Alaska | | | | | | | | | | | | | | | |
| HDD & lay pipeline | | | | | | | | | | | | | | | |
| **Onshore facility** | | | | | | | | | | | | | | | |
| Clear land & build facility foundations | | | | | | | | | | | | | | | |
| Procure & install equipment | | | | | | | | | | | | | | | |
| **Tieback KLU 3A & Commissioning** | | | | | | | | | | | | | | | |

The planned durations and current durations are as follows:

- Platform:
  - Procure and install equipment – 1 September 2013 through to 31 March 2014. End date extended to April 30,2014;
  - Fabricate platform – 1 September 2013 through to 30 April 2014. End date extended to the end of May 2014;
  - Loadout and transport to Alaska – 1 April through to 30 June, 2014. Schedule deferred by six weeks;
  - Install template and platform – 1 May 2013 through to 31 July 2014. Schedule deferred by six weeks;
- Pipeline:
  - Procure pipe and transport to Mexico – 1 November 2013 through to 31 March 2014. This was achieved on schedule;
  - Coat pipe and transport to Alaska – 1 March 2014 through to 30 May 2014. End date extended to June 30, 2014. This was achieved on schedule;
  - HDD and lay pipeline – 1 April 2014 through to 31 July 2014. Start date deferred until 1 May 2014, end date extended to October 28, 2014;



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

33

Mr. Trent J. Kososki
Energy Capital Partners

- Onshore Facility:
    - o Clear land and build foundations – 1 December 2013 through to 31 December 2013;
        - - 1 April 2014 through to 30 June 2014. End date extended to July 31, 2014;
    - o Procure and install equipment – 1 December 2013 through to 31 July 2014. End date extended to November 30, 2014;
- Tieback KLU3A and Commission – 1 August 2014 through to 30 September 2014. Schedule start deferred by six weeks.

**7.2.2    Facilities Engineering, Procurement and Fabrication**

The Project facilities are being provided under a design while build format. This is not uncommon practice for Gulf of Mexico projects. The design is divided between two contractors M&H is undertaking civil, structural and pipeline design while WJM is undertaking facilities design and providing support for procurement activities. Crowley is responsible for installation engineering and Matthew Daniel is the Marine Warranty Surveyor ("MWS"). Engineering is nearing completion.

M&H's scope of work comprises engineering and fabrication support. Its Engineering scope entails:

- Project Management / Administration
    - o General Coordination of all Structural and pipeline engineering
    - o Coordination of MWS activities
    - o General administration support, document control
- Structural Engineering / Drafting
    - o Support Fabrication and Installation contractors
    - o Completion of monopod structural drafting
- Civil Engineering / Drafting
    - o Design of foundations
    - o Design of pipe supports and pipe rack
    - o Coordination with building vendor
    - o Support construction contractor
    - o Foundation drawings
    - o Pipe support and pipe rack drawings
- Pipeline Engineering / Drafting
    - o Complete alignment sheets
    - o Onshore interconnect
    - o Tie-in material procurement
    - o Complete interconnect drawings
- Procurement
    - o Continue administration of existing contracts
    - o Bid process for onshore construction

Its fabrication and installation support scope of services comprise:

- Project Management / Administration
    - o General Coordination of all Structural and pipeline engineering
    - o Coordination of MWS activities
    - o General administration support
- Structural Engineering - support Fabrication and Installation Contractors;


LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

34

FURIE-BANKR_00199929
DA00179

Mr. Trent J. Kososki
Energy Capital Partners

- Civil Engineering
    - Coordination with building vendor
    - Support construction contractor
- Pipeline Engineering
    - Support pipeline installation contractor
    - Support onshore construction contractor
- Procurement - continue administration of existing contracts
- Installation Coordination - working for Furie as overall installation coordinator; and
- Inspection
    - Inspector resident in fabrication yard
    - Inspector resident on monopod installation spread
    - Inspector resident on pipeline installation spread
    - Inspector resident at onshore construction site

### 7.2.3   Transportation and Installation

Figure 7.2-3, at the end of this section,  depicts Crowley's schedule for transportation and installation of the facilities and pipeline.  Figure 7.2-4 provides this in simplified form.

**Figure 7.2-4**
**Crowley Schedule**



Lummus Consultants notes that both Chet Morrison and Pacific Pipe and Marine are constructing or modifying vessels to undertake their respective scopes of work.  It is not unreasonable to anticipate some teething problems with this equipment.  Chet Morrison notes that it has used the lay barge design before, i.e., it is not a first of a kind.  Nonetheless, commissioning of the marine equipment may have an adverse impact on the installation schedule.

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

35

FURIE-BANKR_00199930
DA00180

Mr. Trent J. Kososki
Energy Capital Partners

#### 7.2.4    Hook-up, Commissioning and Start-up

Figure 7.2-5 shows commissioning with respect to installation activities.

**Figure 7.2-5**
**Commissioning Schedule**



#### 7.2.5    Drilling

Figure 7.2-6 shows the drilling schedule. The Spartan 151 starts the 2014 season by returning to the KLU#4 well where it will re-enter, drill to the Sunfish interval and test this. It then mobilizes to the KLU platform. It will first grout the monopod to caisson void before re-entering the KLU#3A well and performing the tie-back.

**Figure 7.2-6**
**Drilling Schedule**



Lummus Consultants notes that the drilling schedule for the KLU#3B well is tight. It is conceivable that the KLU#3B well will be drilled and cased but completion will be deferred to the start of the 2015 drilling campaign in April 2015, see Figure 7.2-7.


I N T E R N A T I O N A L
Furie Kitchen Lights Unit

FURIE-BANKR_00199931
DA00181

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.2-7**
**2015 Drilling Schedule**



## 7.3    Project Execution

### 7.3.1    Civil, Structural and Pipeline Engineering and Procurement

The engineering workscope performed by M&H Energy Services is as follows:

- Perform analysis and design monopods structure and deck for ice, wave, earthquake and fatigue conditions;
- Perform analysis and design of monopod and deck structure for installation conditions, including loadout, transport, lift and upend condition;
- Perform pipeline design;
- Perform detail design of all monopod and deck appurtenances;
- Design civil and structural components of onshore facility;
- Perform pile design;
- Develop contracting plan for monopod and deck fabrication, transport monopod installation and pipeline installation;
- Provide procurement support for fabrication, transport, monopod installation, pipeline installation and onshore site preparation and foundations, including bid package preparation and bid evaluation;
- Facilitate safety audits of short-listed installation contractors and major subcontractors and provide comprehensive report;
- Develop monopod AFC drawings for fabrication and installation contractor;
- Provide support to permitting contractor, as needed; and
- Provide inspection services at State Services fabrication yard in Ingleside.

M&H has established manhour estimates for each of its responsibilities.


Furie Kitchen Lights Unit

37

Mr. Trent J. Kososki
Energy Capital Partners

### 7.3.2    Facilities Design and Procurement

William Jacob Management ("WJM") has been contracted to manage/design both the Onshore and
Offshore facilities including the following. Its scope of work includes preparation of:

- Equipment Arrangements;
- Process Flow Diagrams;
- P&IDs;
- Safety Flow Diagrams and SAFE Charts;
- Classification Review; and
- Equipment Bid Packages and Expediting.

### 7.3.3    Offshore Facility Fabrication

State Services is fabricating the Platform at Ingleside, Texas. State Services is essentially a structural
fabricator.

### 7.3.4    Installation

Introduction

Crowley is the overall installation contractor; the Kitchen Lights Project is its first project in this role. It
has previously worked within installation campaigns led by others. It has elected to subcontract a
considerable portion of the overall work scope, as shown in Figure 7.3-1. Unlike established installation
contractors, it does not have a fleet of installation vessels. Its subcontractors, Chet Morrison and Pacific
Pile & Marine are currently outfitting a pipelay barge and upgrading a shearleg for pipelay and platform
installation activities respectively. This constitutes an area of risk to the overall Project.

**Figure 7.3-1
Crowley Execution Organization**





FURIE-BANKR_00199933
DA00183

Mr. Trent J. Kososki
Energy Capital Partners

Pipeline

There are three principal elements to the pipeline installation. These are:

- Horizontal directional drill ("HDD") from the onshore gas plant to a point 3,000 yards from the shoreline;
- Offshore pipelay; and
- Tie-in of the pipeline to the platform riser.

All three elements are Crowley's responsibility. It has elected to subcontract a considerable portion of the overall work scope.

**Figure 7.3-2**
**Crowley Execution Organization**



Figure 7.3-3 shows a schematic of the HDD. Figures 7.3-4 through 7.3-6 show how Mears typically undertakes an HDD shore crossing.



FURIE-BANKR_00199934
DA00184

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-3**
**HDD**



FURIE-BANKR_00199935
DA00185

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-4**
**HDD Process**



**Figure 7.3-5**
**Pre-Reaming**



**Figure 7.3-6**
**Pullback**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

41

Mr. Trent J. Kososki
Energy Capital Partners

HDD are used extensively in the pipeline industry for shore crossings and pipeline crossings under a range of obstacles including rivers and canals, major highways, railways and the like.

Photograph 7.3-1 shows Mears' HDD rigs while Photograph 7.3-2 shows the footprint for a HDD crossing.

**Photograph 7.3-1**
**HDD Rigs**



**Photograph 7.3-2**
**Example of an HDD Pad Site**




Furie Kitchen Lights Unit

42

FURIE-BANKR_00199937
DA00187

Mr. Trent J. Kososki
Energy Capital Partners

HDD offers a number of benefits over traditional open cut. It requires a relatively short set up time, it minimizes surface disruption, it allows deep penetration when required and, for shore crossings, it eliminates work in the tidal region.

Figures 7.3-7 and 7.3-8 show the pipelay operation and the pipelay barge.

**Figure 7.3-7**
**Pipelay**



**Figure 7.3-8**
**Pipelay Barge Ninilchik**



FURIE-BANKR_00199938
DA00188

Mr. Trent J. Kososki
Energy Capital Partners

The tie-in of the pipeline to the riser is currently under discussion. From a schedule perspective it may require simultaneous operations, i.e. dive work while the drilling rig is on the platform. This requires special care to avoid accidental dropped objects which could kill a diver.

Photograph 7.3-3 shows concrete-coated pipe being unloaded at Port MacKenzie.

**Photograph 7.3-3**
**Concrete Weight-coat Pipe**



### 7.3.5    Facility Installation

The monopod, topsides module, living quarters and helideck are being transported to Alaska on a Crowley 455 Series cargo barge, see Figure 7.3-9. Photograph 7.3-4 shows the monopod and topsides on the barge. It is moored in Seattle after a successful transit of the Panama Canal.



LUMMUS CONSULTANTS
INTERNATIONAL
Furie Kitchen Lights Unit

44

FURIE-BANKR_00199939
DA00189

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-9**
**455 Cargo Barge and Platform Components**



**Photograph 7.3-4**
**Crowley 455 Series Barge with Monopod and Deck**



FURIE-BANKR_00199940
DA00190

Mr. Trent J. Kososki
Energy Capital Partners



**Photograph 7.3-5**
**KLU Deck on the Crowley 455 Barge**



A foundation template will be used to install the monopod, see Figures 7.3-10 through -16. First, a king pile will be installed over the existing wellhead. This will provide protection and act as a guide for the installation template. The installation template will be lowered over the king pile and checked for level. Four piles will be driven through the legs of the template. Pacific Pipe and Marine worked with M&H to re-engineer the template to facilitate the offshore installation. The template provides temporary lateral support to the piles. The piles will have different top elevations. Once the monopod is ready for installation, the template will be lifted vertically off of the piles. This will leave four free-standing piles. The first pile sleeve on the monopod will be placed over the highest of the four freestanding piles. As the monopod is lowered, the second, third and fourth piles will then slot into their respective pile sleeves. The monopod will then be lowered to the seabed. Then the four remaining piles will be driven through the respective pile sleeves.

Crowley has prepared a "story book" and used this as input to a risk assessment to assist in conveying the installation sequences and interfaces between subcontractors. In Lummus Consultants' opinion, a reasonable installation sequence has been developed.



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

46

FURIE-BANKR_00199941
DA00191

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-10**
**King Pile**



**Photograph 7.3-6**
**King Pile and Bullet**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

47

FURIE-BANKR_00199942
DA00192

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-11**
**Template Installation**



**Figure 7.3-12**
**Installed Template**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

48

FURIE-BANKR_00199943
DA00193

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-13**
**Pile Driving Through the Template**



**Figure 7.3-14**
**Template Guided Piles In-place**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

49

FURIE-BANKR_00199944
DA00194

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-15**
**Template Removed**



**Figure 7.3-16**
**Platform Lowered Over Four Preinstalled Piles**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

50

FURIE-BANKR_00199945
DA00195

Mr. Trent J. Kososki
Energy Capital Partners

**Figure 7.3-17**
**Platform Installed Over Piles**



**Figure 7.3-18**
**Illimani Heavy Lift Crane Barge**



Lummus Consultants noted that the lift capacity of the stiffleg crane is 1713 tons and the required radius and the expected weight of the monopod and lifting gear is 1,542 tons. Thus, the gross reserve was 171

FURIE-BANKR_00199946
DA00196

Mr. Trent J. Kososki
Energy Capital Partners

tons. However, we would expect a dynamic amplification factor of around 1.05 to apply to a lift in sheltered waters. This would reduce the available reserve to around 95 tons. Crowley undertook an analysis to determine the true DAF.

Ultimately, Crowley decided to utilize the Svenja heavy lift ship instead of the Illimani. The Svenja has recently completed work on the recovery of the Cruise Ship Concordia, see Photographs 7.3-7 through -9.

**Photograph 7.3-7**
**Svenja Transporting Living Quarters**



**Photograph 7.3-8**
**Svenja Lifting 1400t Living Quarters**



FURIE-BANKR_00199947
DA00197

Mr. Trent J. Kososki
Energy Capital Partners

**Photograph 7.3-9**
**Svenja Deck Looking Aft**



### 7.3.6    Drilling Program

Spartan Offshore Drilling ("Spartan") is a privately-owned drilling contractor based in Slidell, Louisiana. It will use the Spartan 151 drilling rig, see Photograph 7.3-10. The Spartan 151 has been working in the Cook Inlet for Furie since 2011 and has drilled all four of Furie's exploration wells to date.

**Photograph 7.3-10**
**Spartan 151**



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

53

FURIE-BANKR_00199948
DA00198

Mr. Trent J. Kososki
Energy Capital Partners

The Spartan 151 is a Baker Marine Corporation 150 H Class Independent Leg Cantilever Jackup rig which was designed and constructed by Bethlehem Steel Corporation in 1981.  It was completely refurbished and up graded in 2006. The 150 foot independent leg/cantilever unit was built in accordance with the rules of the American Bureau of Shipping and is classified as an A-1 Self-Elevating Mobile Drilling Unit 1980 Rules USCG Requirements for Mobile Offshore Drilling Units.

It has a 62-man air-conditioned quarters complete with galley, mess hall, recreation room, hospital room, bath facilities, change room, laundry and state rooms and office for rig manager and  Operator's representatives.

The design operating conditions for the Spartan 151 are:

- Maximum water depth (non-hurricane) 150 feet;
- Minimum water depth 12 feet; and
- Drilling depth capacity 25,000 feet.

The Spartan 151 has a Varco TDS-3, High Torque, top drive powered by a GE 752 traction motor, two 1350 horsepower mud pumps, one 1600 hp mud pump and a 2,000 hp draw works.  Its maximum envelope for normal drilling operations is:

- Variable deck load 3,313 kips;
- Drilling load 1,300 kips;
- Combined Hook, Setback and Pipe Rack load 1,600 kips;
- Wind speed of 70 knots, and
- Wave height of 35 feet.

The drill floor loading design is for:

- Rotary Beam Load 1,000,000 lbs;
- Setback 500,000 lbs; and
- Combined Hook and Setback 1,300,000 lbs.

The Spartan 151 has storage for:
- Bulk Mud 3,000 cubic feet;
- Bulk Cement 3,000 cubic feet;
- Sack Storage 5,000 sacks;
- Drilling mud 1,315 bbls;
- Drill water 3,373 bbls;
- Diesel fuel 1,543 bbls; and
- Potable water 1,186 bbls.

**7.3.7    Gas Plant**

Start of construction of the gas plant began a month later than planned in June 2014; as of July 6, 2014 Conam reported overall progress of 21.5 percent complete comprising civils 75.7 percent complete, structural 27.7 percent complete and mechanical 11.1 percent complete.  Mechanical work is scheduled to be complete in December 2014.  Electrical work is scheduled for completion in April 2014.  Engineering



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

FURIE-BANKR_00199949
DA00199

Mr. Trent J. Kososki
Energy Capital Partners

is lagging behind plan and this is impacting construction progress. Piping design is 75 percent complete and electrical is 95 percent complete.

### 7.3.8   Interface Management

In Lummus Consultants opinion, interface management will become more challenging as the project develops. Furie has not implemented interface management documents which define the various physical and functional interfaces between contractors and components of the Project. Interfaces are managed through weekly coordination calls which are beneficial but do not necessarily provide clear and unambiguous interfaces.

## 7.4   Conclusions

The Project has an aggressive schedule which is weather-constrained. The offshore facilities are progressing reasonably well, the monopod and deck are enroute to Alaska and offshore activities are starting. However, residual engineering is continuing, specifically with respect to the pig launcher design.

Purchase orders for the long-lead equipment for the onshore plant have been placed. The contract for installation, hook-up and commissioning of the onshore plant has been executed with CONAM, an experienced contractor. Groundwork has commenced. Engineering was scheduled to be complete in May 2014 but neither piping at 75 percent progress nor electrical at 95 percent progress are complete. Design changes include the following storage capacities - 500 barrels for condensate, 500 barrels for produced water and 500 barrels for firewater.

Negotiations with Hillcorp for tie-in to the CIGGS gas line have commenced but are not concluded.

Crowley and its subcontractors have developed the overall installation story book to ensure that interfaces are properly defined and the appropriate resources are available to complete the scope of work.

Furie advise that the pipeline interface at the HDD tie-in point has now been agreed.

Mears, the HDD contractor, is progressing slower than planned. It is preparing for the 30-inch diameter hole.

Better documentation of interfaces is desirable.



FURIE-BANKR_00199950
DA00200

Trent J. Kososki
ECP

July 10, 2014

## Figure 7.3-2
## Crowley Schedule



**CROWLEY** — Provide What Never

**Furie Contract Master Schedule**
**Kitchen Lights Unit #3 Project**

**FURIE** — Forever What Never

| ID | Task Name | Duration | Start | Finish | Predecessors | Successors |
|---|---|---|---|---|---|---|
| 1 | Furie Kitchen Lights | 390.25 days | 10/3/13 12:00 AM | 10/28/14 6:00 AM | | |
| 2 | Company Milestone | 362.25 days | 10/3/13 12:00 AM | 8/1/14 6:00 AM | | |
| 3 | Letter of Intent | 0 days | 10/3/13 12:00 AM | 10/3/13 12:00 AM | | 26,27,4RS+12 da |
| 4 | Kick-off Meeting | 0 days | 10/15/13 12:00 AM | 10/15/13 12:00 AM | 3FS+12 days | 28 |
| 5 | Final Client approval for Platform Procedures | 0 days | 11/22/13 12:00 AM | 11/22/13 12:00 AM | 30 | 53 |
| 6 | Final Client approval for Pipeline Procedures | 0 days | 11/22/13 12:00 AM | 11/22/13 12:00 AM | 31 | 33 |
| 7 | Officially Signed Contract | 0 days | 12/2/13 12:00 AM | 12/2/13 12:00 AM | 3FS+60 days | 10,23,38,22,11, |
| 8 | Estimate to Arrive of ARO-Coated Pipe in Nikiski | 0 days | 5/30/14 12:00 AM | 5/30/14 12:00 AM | 7 | 192 |
| 9 | Discharge Water Permit | 0 days | 5/15/14 12:00 AM | 5/15/14 12:00 AM | 7 | 195,194 |
| 10 | Cargo Readiness For loading the platform | 0 days | 5/21/14 12:00 AM | 5/21/14 12:00 AM | 7 | 76 |
| 11 | Complete Offload Concrete-Coated Pipe to Port Mackenzie | 0 days | 8/1/14 6:00 AM | 8/1/14 6:00 AM | 7 | 187 |
| 12 | Contractor Milestones | 288.25 days | 2/3/14 12:00 AM | 10/28/14 6:00 AM | | |
| 13 | Tow PLB NIKILCHIK to Vancouver | 0 days | 2/2/14 12:00 AM | 2/2/14 12:00 AM | 7 | 181 |
| 14 | Salvation-Outfit Ringer crane lift barge | 0 days | 3/31/14 12:00 AM | 3/31/14 12:00 AM | 7 | 68 |
| 15 | Salvation Ready for working - On Hire Date | 0 days | 5/24/14 12:00 AM | 5/24/14 12:00 AM | 68 | 89 |
| 16 | Mobilizing 4SO-6 to SSCI | 0 days | 5/19/14 12:00 AM | 5/19/14 12:00 AM | 7 | 73 |
| 17 | Equipment Set Up Operations at HDD Site | 0 days | 6/2/14 12:00 AM | 6/2/14 12:00 AM | 7 | 193 |
| 18 | Cargo Transportation Barge Sail Away Date | 0 days | 6/4/14 12:00 AM | 6/4/14 12:00 AM | 7 | 77 |
| 19 | 50' Pipe Assembly Dir. Bgmt. Spread Mob to Site | 0 days | 6/9/14 6:00 AM | 6/9/14 6:00 AM | 7 | 196 |
| 20 | SVENJA Mob from AUS to Singapore | 0 days | 6/11/14 12:00 AM | 6/11/14 12:00 AM | 7 | 95 |
| 21 | AMS 250 Readyness - On Hire Date | 0 days | 6/18/14 12:00 AM | 6/18/14 12:00 AM | 7 | 96 |
| 22 | Start of Survey and Locate Well Head with Survey Vessel | 0 days | 7/1/14 8:00 PM | 7/1/14 8:00 PM | 7 | 98 |
| 23 | Guide Template and Piles Readiness for Sea Fastening | 0 days | 7/4/14 12:00 AM | 7/4/14 12:00 AM | 7 | 86 |
| 24 | End of the Project | 0 days | 10/28/14 6:00 AM | 10/28/14 6:00 AM | 174,170,172,56,54 | |
| 25 | Project Management & Engineering | 304 days | 10/3/13 12:00 AM | 4/25/14 12:00 AM | | |
| 26 | Transportation Engineering | 204 days | 10/3/13 12:00 AM | 4/25/14 12:00 AM | 3 | 73 |
| 27 | Installation Engineering | 193 days | 10/3/13 12:00 AM | 4/14/14 12:00 AM | 3 | 93,89 |
| 28 | Pipeline Engineering | 178 days | 10/15/13 12:00 AM | 4/21/14 12:00 AM | 4 | 195 |
| 29 | Procedure | 50 days | 10/3/13 12:00 AM | 11/22/13 12:00 AM | | |
| 30 | Platform Procedure | 50 days | 10/3/13 12:00 AM | 11/22/13 12:00 AM3 | | 5 |
| 31 | Pipeline Procedure | 50 days | 10/3/13 12:00 AM | 11/22/13 12:00 AM3 | | 6 |
| 32 | Procurement | 227.46 days | 11/23/13 12:00 AM | 7/7/14 11:00 AM | | |
| 33 | Procurement of Long Lead Equipment and Outfitting | 205 days | 11/22/13 12:00 AM | 6/15/14 12:00 AM | 5,6 | 187 |
| 34 | Coated Pipes Schedule | 137.21 days | 2/20/14 6:00 AM | 7/7/14 11:00 AM | | |
| 35 | Estimated Korea Departure | 0 days | 2/20/14 6:00 AM | 2/20/14 6:00 AM | | 36 |
| 36 | On water Transit Arrival to Mexico | 40 days | 2/20/14 6:00 AM | 4/1/14 6:00 AM | 35 | 37FS+8 hrs |
| 37 | Ship Load in and Transport to VZ | 1.33 days | 4/2/14 8:00 AM | 4/15/14 5:00 PM | 36FS+8 hrs | 38FS-8 days |
| 38 | FBE Application | 2.87 days | 4/8/14 8:00 AM | 4/17/14 5:00 PM | 37FS-8 days | 39FS-2 days |
| 39 | Load BSM Trucks from Veracruz to Coatza | 3.33 days | 4/10/14 8:00 AM | 4/22/14 5:00 PM | 38FS-2 days | 40FS-1.5 days |
| 40 | Apply CWC (Double Shift) | 6.33 days | 4/17/14 1:00 PM | 5/9/14 12:00 PM | 39FS-1.5 days | 41 |
| 41 | 14-Day Concrete Cure Time | 864 hrs | 4/17/14 1:00 PM | 5/23/14 1:00 PM | 40SS | 43FS+214 hrs,4 |
| 42 | Install Customer Supplied Anodes | 7 days | 4/21/14 12:00 PM | 5/15/14 12:00 PM | 41FS-9.33 days | 43 |
| 43 | Deliver to Quay | 4 days | 6/1/14 11:00 AM | 6/5/14 11:00 AM | 41FS+214 hrs,42 | 44 |
| 44 | On Water Transit to Port Mackenzie | 25 days | 6/5/14 11:00 AM | 6/30/14 11:00 AM | 43 | 45 |
| 45 | Vessel Discharge Port Mackenzie | 7 days | 6/30/14 11:00 AM | 7/7/14 11:00 AM | 44 | 187 |

Note: Green Bar Lines and Dates in Gantt Chart Show the Late Start/Finish
Red Color Rows Show Critical Path

Page 1

CMS - Rev. Q -6-17-14

FURIE-BANKR_00199951
DA00201

Mr. Trent J. Kososki
Energy Capital Partners

July 10, 2014

**CROWLEY** *Proste 50he Sinow.*

**Furie Contract Master Schedule**
**Kitchen Lights Unit #3 Project**

**FURIE** *Operating Limited FC*

| ID | Task Name | Duration | Start | Finish | Predecessors | Successors |
|---|---|---|---|---|---|---|
| 46 | **Marine Asset Activities** | 145.25 days | 6/2/14 12:00 AM | 10/25/14 6:00 AM | | |
| 47 | Mobilize OCEAN WAVE | 0 days | 6/2/14 12:00 AM | 6/2/14 12:00 AM | 75+182 days | 77 |
| 48 | Mobilize PERSEVERANCE | 0 days | 6/20/14 12:00 AM | 6/20/14 12:00 AM | 75+200 days | 97 |
| 49 | Mobilize GUARDSMAN from Seattle to Cook Inlet | 6 days | 6/29/14 12:00 AM | 7/5/14 12:00 AM | 75+209 days | 89 |
| 50 | Mobilize DIANA G from San Diego to Cook Inlet | 14 days | 6/30/14 12:00 AM | 7/14/14 12:00 AM | 75+210 days | 130 |
| 51 | Mobilize JUSTIN ROSS Seattle-Vancouver-Cook Inlet | 2 days | 7/2/14 12:00 AM | 7/4/14 12:00 AM | 75+212 days | 86 |
| 52 | Mobilize SEA PRINCE to Vancouver | 2 days | 7/13/14 6:00 AM | 7/15/14 6:00 AM | 75+228.25 days | 185 |
| 53 | Mobilize TBN OSV (Furie OSV) | 0 days | 8/1/14 6:00 AM | 8/1/14 6:00 AM | 75+242.25 days | 187 |
| 54 | Demob JUSTIN ROSS to Seattle | 12 days | 8/9/14 8:00 PM | 8/21/14 8:00 PM | 129 | 24 |
| 55 | Demob OCEAN WAVE to Seattle | 12 days | 9/13/14 6:00 AM | 9/25/14 6:00 AM | 16835 | 24 |
| 56 | Demob GUARDSMAN to Seattle | 8 days | 9/19/14 6:00 AM | 9/25/14 6:00 AM | 178 | 24 |
| 57 | Demob TBN OSV (Furie OSV) | 0 days | 10/11/14 6:00 AM | 10/11/14 6:00 AM | 213 | 24 |
| 58 | Demob DIANA G to San Diego | 14 days | 10/11/14 6:00 AM | 10/25/14 6:00 AM | 212 | 24 |
| 59 | Demob SEA PRINCE to Vancouver | 9 days | 10/14/14 6:00 AM | 10/23/14 6:00 AM | 215 | 24 |
| 60 | Demob PERSEVERANCE | 0 days | 10/14/14 6:00 AM | 10/14/14 6:00 AM | 215 | 24 |
| 61 | **Project Execution** | 264.25 days | 2/2/14 12:00 AM | 10/28/14 6:00 AM | | |
| 62 | **Platform** | 180.25 days | 3/31/14 12:00 AM | 9/27/14 6:00 AM | | |
| 63 | **Vessel Outfitting** | 91 days | 3/31/14 12:00 AM | 6/30/14 12:00 AM | | |
| 64 | **SVENJA** | 19 days | 6/11/14 12:00 AM | 6/30/14 12:00 AM | | |
| 65 | SVENJA Mob from AUS to Singapore | 5 days | 6/11/14 12:00 AM | 6/16/14 12:00 AM | 7,20 | 66 |
| 66 | SVENJA Outfitting/Mooring/Positioning | 14 days | 6/16/14 12:00 AM | 6/30/14 12:00 AM | 65 | 93 |
| 67 | **Salvation** | 54 days | 3/31/14 12:00 AM | 5/24/14 12:00 AM | | |
| 68 | SALVATION-Outfit Ringer crane lift barge | 54 days | 3/31/14 12:00 AM | 5/24/14 12:00 AM | 14 | 15,86 |
| 69 | **Marine Transportation** | 86.5 days | 5/17/14 12:00 AM | 8/11/14 12:00 PM | | |
| 70 | **455 B** | 77 days | 5/17/14 12:00 AM | 8/2/14 12:00 AM | | |
| 71 | **455 B Transportation** | 77 days | 5/17/14 12:00 AM | 8/2/14 12:00 AM | | |
| 72 | Mobilize WARRIOR from Lake Charles, LA to Orange, TX | 1 day | 5/17/14 12:00 AM | 5/18/14 12:00 AM | 75+165 days | 73 |
| 73 | Tow 455 B to SSCI | 3 days | 5/19/14 12:00 AM | 5/22/14 12:00 AM | 14,26,72 | 74 |
| 74 | Crane out Seafastening of Manoprod Support Frame | 1 day | 5/22/14 12:00 AM | 5/23/14 12:00 AM | 73 | 75 |
| 75 | Ballast 455 B at SSCI | 2 days | 5/23/14 12:00 AM | 5/25/14 12:00 AM | 74 | 76 |
| 76 | Platform Cargo Loadout at SSCI | 10 days | 5/25/14 12:00 AM | 6/4/14 12:00 AM | 75,10 | 77 |
| 77 | Departure 455 B from Ingleside to Cristobal Panama | 8 days | 6/4/14 12:00 AM | 6/12/14 12:00 AM | 18,76,47 | 78 |
| 78 | Panama Canal Transit | 4 days | 6/12/14 12:00 AM | 6/16/14 12:00 AM | 77 | 79 |
| 79 | 455 B Balboa Panama to San Diego, CA | 12 days | 6/16/14 12:00 AM | 6/28/14 12:00 AM | 78 | 80 |
| 80 | Fuel and Stores | 2 days | 6/28/14 12:00 AM | 6/30/14 12:00 AM | 79 | 81 |
| 81 | 455 B San Diego, CA to Seattle | 6 days | 6/30/14 12:00 AM | 7/6/14 12:00 AM | 80 | 82 |
| 82 | 455 B Installation Props/Grout Seal/Gripper | 20 days | 7/6/14 12:00 AM | 7/26/14 12:00 AM | 81 | 83 |
| 83 | 455 B Seattle to Site KLU #3G Site | 7 days | 7/26/14 12:00 AM | 8/2/14 12:00 AM | 82 | 84 |
| 84 | 455 B Arrives at KLU #3G Site | 0 days | 8/2/14 12:00 AM | 8/2/14 12:00 AM | 83 | 130 |
| 85 | **AMS 250** | 17 days | 7/4/14 12:00 AM | 7/21/14 12:00 AM | | |
| 86 | Load & Tie-Down the Template & Piles on AMS 250 | 5 days | 7/4/14 12:00 AM | 7/9/14 12:00 AM | 23,51,31 | 87 |
| 87 | Template & Piles Transport Vancouver-Cook Inlet | 12 days | 7/9/14 12:00 AM | 7/21/14 12:00 AM | 86 | 111 |
| 88 | **SALVATION** | 4.5 days | 7/5/14 12:00 AM | 7/9/14 12:00 PM | | |
| 89 | Mobilize SALVATION from Seldovia to OSK | 1 day | 7/5/14 12:00 AM | 7/6/14 12:00 AM | 15,49,68,27 | 90 |
| 90 | Installing VibroHammer & Positioning System | 3 days | 7/6/14 12:00 AM | 7/9/14 12:00 AM | 89 | 91 |

Note: Green Bar Lines and Dates in Gantt Chart Show the Late Start/Finish
Red Color Rows Show Critical Path

Page 2

CMS - Rev. Q -6-17-14

**LUMMUS CONSULTANTS** INTERNATIONAL
Furie Kitchen Lights Unit

57

Mr. Trent J. Kososki
Energy Capital Partners

July 10, 2014

**CROWLEY**
Peopla Who Know

**Furie Contract Master Schedule**
**Kitchen Lights Unit #3 Project**

**FURIE**

| ID | Task Name | Duration | Start | Finish | Predecessors | Successors |
|---|---|---|---|---|---|---|
| 91 | Mob SALVATION to KLU #3G | 12 hrs | 7/9/14 12:00 AM | 7/9/14 12:00 PM | 90 | 103 |
| 92 | SVENJA | 15 days | 6/30/14 12:00 AM | 7/15/14 12:00 AM | | |
| 93 | Mobilize SVENJA from Singapore to Site | 15 days | 6/30/14 12:00 AM | 7/15/14 12:00 AM | 27,66 | 110 |
| 94 | TBN Barge | 0 days | 8/11/14 12:00 PM | 8/11/14 12:00 PM | | |
| 95 | Mobilize TBN Barge | 0 days | 8/11/14 12:00 PM | 8/11/14 12:00 PM | 7 | 141 |
| 96 | Pre-Construction Activities | 24 days | 6/20/14 12:00 AM | 7/14/14 12:00 AM | | |
| 97 | Anchor Holding Test w/ PERSEVERANCE | 2 days | 6/20/14 12:00 AM | 6/22/14 12:00 AM | 7,48 | 24 |
| 98 | Survey and Locate Well Head w/ DSV | 3 days | 7/1/14 8:00 PM | 7/4/14 8:00 PM | 22 | 99 |
| 99 | Subsea Debris Removal w/ DSV | 4 days | 7/4/14 8:00 PM | 7/8/14 8:00 PM | 98 | 101 |
| 100 | 10 point Mooring Installation | 7 days | 7/7/14 12:00 AM | 7/14/14 12:00 AM | 7 | 102 |
| 101 | Install Bullet/Guide Wires into Wellhead w/ DSV | 3 days | 7/8/14 8:00 PM | 7/10/14 8:00 PM | 99 | 103 |
| 102 | Platform Installation works | 69.42 days | 7/10/14 9:00 PM | 9/18/14 6:00 AM | | |
| 103 | Anchor SALVATION at KLU #3G | 1 day | 7/10/14 8:00 PM | 7/11/14 8:00 PM | 91,101 | 104 |
| 104 | SALVATION Locates Well Head/Support Diver Survey | 12 hrs | 7/11/14 8:00 PM | 7/12/14 8:00 AM | 103 | 105 |
| 105 | Bring OSV alongside SALVATION w\ King Pile | 6 hrs | 7/12/14 8:00 AM | 7/12/14 2:00 PM | 104 | 106 |
| 106 | SALVATION Lifts King Pile | 4 hrs | 7/12/14 2:00 PM | 7/12/14 6:00 PM | 105 | 107SS |
| 107 | Depart OSV | 4 hrs | 7/12/14 2:00 PM | 7/12/14 6:00 PM | 106SS | 108 |
| 108 | SALVATION Installs King Pile over Well Head | 2 days | 7/12/14 6:00 PM | 7/14/14 6:00 PM | 107 | 109 |
| 109 | SALVATION Pulls Anchors & Departs to Safe Harbor | 1 day | 7/14/14 6:00 PM | 7/15/14 6:00 PM | 108 | 110 |
| 110 | SVENJA Anchors at KLU #3G on SE of Platform | 3 days | 7/15/14 6:00 PM | 7/17/14 6:00 PM | 93,109,100,50 | 111 |
| 111 | Bring AMS 250 alongside SVENJA | 4 hrs | 7/21/14 12:00 AM | 7/21/14 4:00 AM | 115,87 | 112 |
| 112 | SVENJA Removes Template Seafastenings | 12 hrs | 7/21/14 4:00 AM | 7/21/14 4:00 PM | 111 | 113 |
| 113 | SVENJA Lifts Subsea Template | 6 hrs | 7/21/14 4:00 PM | 7/21/14 10:00 PM | 112 | 114 |
| 114 | Depart AMS 250 | 4 hrs | 7/21/14 10:00 PM | 7/22/14 2:00 AM | 113 | 115 |
| 115 | SVENJA Sets Subsea Template over King Pile | 1 day | 7/22/14 2:00 AM | 7/23/14 2:00 AM | 114 | 116SS,117 |
| 116 | Bring AMS 250 alongside SVENJA | 4 hrs | 7/22/14 2:00 AM | 7/22/14 6:00 AM | 115SS | 117 |
| 117 | SVENJA Lifts, Installs & Drives 4x 36" Pin Piles | 2 days | 7/23/14 2:00 AM | 7/25/14 2:00 AM | 116,115 | 118 |
| 118 | SVENJA Lifts, Levels & Aligns Template | 2 days | 7/25/14 2:00 AM | 7/27/14 2:00 AM | 117 | 119 |
| 119 | SVENJA Lifts & Drives 4x Permanent Piles(P1+P2+P3) | 7 days | 7/27/14 2:00 AM | 8/3/14 2:00 AM | 118 | 120 |
| 120 | Survey & Preps of 4x 42"main piles | 2 days | 8/3/14 2:00 AM | 8/5/14 2:00 AM | 119 | 121 |
| 121 | SVENJA Removes 4x 36" Pin Piles from Template | 1 day | 8/5/14 2:00 AM | 8/6/14 2:00 AM | 120 | 122 |
| 122 | Depart AMS 250 | 4 hrs | 8/6/14 2:00 AM | 8/6/14 6:00 AM | 121 | 123 |
| 123 | SVENJA Removes Template | 12 hrs | 8/6/14 6:00 AM | 8/6/14 6:00 PM | 122 | 124 |
| 124 | Bring AMS 250 alongside SVENJA | 4 hrs | 8/6/14 6:00 PM | 8/6/14 10:00 PM | 123 | 125 |
| 125 | Template Place on AMS 250 | 6 hrs | 8/6/14 10:00 PM | 8/7/14 4:00 AM | 124 | 126 |
| 126 | Tie-Down Template on AMS 250 | 1 day | 8/7/14 4:00 AM | 8/8/14 4:00 AM | 125 | 127 |
| 127 | SVENJA Removes King Pile | 1 day | 8/8/14 4:00 AM | 8/9/14 4:00 AM | 126 | 128 |
| 128 | SVENJA Removes Subsea Bullet | 12 hrs | 8/9/14 4:00 AM | 8/9/14 4:00 PM | 127 | 129 |
| 129 | AMS 250 Departs W/Template to Safe Harbor | 4 hrs | 8/9/14 4:00 PM | 8/9/14 8:00 PM | 128 | 130,170,54 |
| 130 | 455 B Comes alongside SVENJA | 12 hrs | 8/9/14 8:00 PM | 8/10/14 8:00 AM | 44,129 | 131 |
| 131 | 455 B Seafastening Removal 50% | 6 hrs | 8/10/14 8:00 AM | 8/10/14 2:00 PM | 130 | 132 |
| 132 | SVENJA Rigs & Lifts Monopod from 455 B | 1 day | 8/10/14 2:00 PM | 8/11/14 2:00 PM | 131 | 133 |
| 133 | 455 B Pulls Away from SVENJA | 6 hrs | 8/11/14 2:00 PM | 8/11/14 8:00 PM | 132 | 134,135 |
| 134 | Depart 455 B to Safe Place | 12 hrs | 8/11/14 8:00 PM | 8/12/14 8:00 AM | 133 | 136 |
| 135 | Install 8X External Grout Seal Cans | 4 days | 8/11/14 8:00 PM | 8/15/14 8:00 PM | 133 | 136 |

Note: Green Bar Lines and Dates in Gant Chart Show the Late Start/Finish
Red Color Rows Show Critical Path

Page 3

CMS - Rev. Q -6-17-14

**LUMMUS CONSULTANTS**
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

58

Mr. Trent J. Kososki
Energy Capital Partners

July 10, 2014

**CROWLEY**
People Who Know

**Furie Contract Master Schedule**
**Kitchen Lights Unit #3 Project**

**FURIE**
Operating Limited

| ID | Task Name | Duration | Start | Finish | Predecessors | Successors |
|---|---|---|---|---|---|---|
| 136 | SVENJA Sets Monopod over Piles | 1 day | 8/15/14 8:00 PM | 8/16/14 6:00 PM | 135 | 137 |
| 137 | SVENJA Elevates & Levels Monopod | 1 day | 8/16/14 6:00 PM | 8/17/14 6:00 PM | 136 | 138,139 |
| 138 | Bring 455 B alongside SVENJA | 12 hrs | 8/17/14 6:00 PM | 8/18/14 6:00 AM | 137,114 | 139 |
| 139 | SVENJA Lifts & Drives 4 post set 42" Piles | 4 days | 8/18/14 6:00 AM | 8/22/14 8:00 AM | 137,138 | 140 |
| 140 | Depart 455 B to Safe Harbor | 8 hrs | 8/22/14 8:00 AM | 8/22/14 2:00 PM | 139 | 145 |
| 141 | Mob TBN Barge for Grouting Equipment Outfitting | 1 day | 8/11/14 12:00 PM | 8/12/14 12:00 PM | 95 | 142 |
| 142 | Load out Grouting Equipment on TBN Barge | 7 days | 8/12/14 12:00 PM | 8/19/14 12:00 PM | 141 | 143 |
| 143 | Bring TBN Barge to Safe Harbor | 1 day | 8/19/14 12:00 PM | 8/20/14 12:00 PM | 142 | 144 |
| 144 | TBN Barge Standby at site | 2 days | 8/20/14 12:00 PM | 8/22/14 12:00 PM | 143 | 145 |
| 145 | Bring TBN Barge alongside Monopod | 4 hrs | 8/22/14 2:00 PM | 8/22/14 6:00 PM | 140,144 | 146 |
| 146 | Stage and Support Baker Hughes/ 8 Piles Grouting | 4 days | 8/22/14 6:00 PM | 8/26/14 6:00 PM | 145 | 147FF+1 day,148 |
| 147 | Cut Piles at Skirt Sleeve Top Elevation | 3 days | 8/24/14 6:00 PM | 8/27/14 6:00 PM | 146FF+1 day | 148 |
| 148 | Depart TBN Barge | 4 hrs | 8/27/14 6:00 PM | 8/27/14 10:00 PM | 147 | 150,154 |
| 149 | SVENJA Standby on Grout | 3 days | 8/18/14 6:00 PM | 8/29/14 4:00 PM | 146 | 150SS,151 |
| 150 | Bring 455 B alongside SVENJA | 12 hrs | 8/27/14 10:00 PM | 8/28/14 10:00 AM | 148,149SS | 151 |
| 151 | SVENJA Removes MSF Sea Fastening | 6 hrs | 8/29/14 6:00 PM | 8/30/14 12:00 AM | 150,149 | 152 |
| 152 | SVENJA Lifts, Sets, Secures MSF on Monopod and Derigs | 1 day | 8/30/14 12:00 AM | 8/31/14 12:00 AM | 151 | 153 |
| 153 | SVENJA supports for MSF welding | 7 days | 8/31/14 12:00 AM | 9/7/14 12:00 AM | 152 | 154 |
| 154 | SVENJA Removes Topside Deck Sea Fastening | 8 hrs | 9/7/14 12:00 AM | 9/7/14 8:00 AM | 153 | 155 |
| 155 | SVENJA Lifts & Sets Topside Deck on MSF | 1 day | 9/7/14 8:00 AM | 9/8/14 8:00 AM | 154 | 156 |
| 156 | SVENJA supports for Topside welding/Touch up/Cleaning | 2 days | 9/8/14 8:00 AM | 9/10/14 8:00 AM | 155 | 157SS+23 |
| 157 | 455 B Reposition for Hellideck | 12 hrs | 9/9/14 5:00 AM | 9/9/14 5:00 PM | 156SS+23 hrs | 158 |
| 158 | SVENJA Removes Hellideck Sea Fastening | 4 hrs | 9/9/14 5:00 PM | 9/9/14 9:00 PM | 157 | 159 |
| 159 | SVENJA Lifts & Sets Helideck on Topside | 8 hrs | 9/9/14 9:00 PM | 9/10/14 5:00 AM | 158 | 162,160 |
| 160 | SVENJA Pulls Anchors and Departs from Site | 2 days | 9/10/14 6:00 AM | 9/12/14 6:00 AM | 159,156 | 172,161 |
| 161 | SALVATION Comes alongside Monopod & Anchors | 1 day | 9/12/14 6:00 AM | 9/13/14 6:00 AM | 160 | 162 |
| 162 | Platform Completion & Clean up | 2 days | 9/11/14 6:00 AM | 9/15/14 6:00 AM | 159,161 | 163SS,165 |
| 163 | 455 Departs | 12 hrs | 9/13/14 6:00 AM | 9/13/14 6:00 PM | 162SS | 174,165SS,164 |
| 164 | Bring TBN Barge alongside Monopod | 4 hrs | 9/13/14 6:00 PM | 9/13/14 10:00 PM | 148,163 | 165 |
| 165 | SALVATION Lifts & Sets Final Subsea Pipeline Riser Spool Piece | 2 days | 9/15/14 6:00 AM | 9/17/14 6:00 AM | 162,164 | 167,166 |
| 166 | Depart TBN Barge from Site | 6 hrs | 9/17/14 6:00 AM | 9/17/14 12:00 PM | 165 | 176 |
| 167 | SALVATION Pulls Anchors and Departs from Site | 1 day | 9/17/14 6:00 AM | 9/18/14 6:00 AM | 165 | 205,178 |
| 168 | **Demobilization** | 48.42 days | 8/9/14 8:00 PM | 9/27/14 6:00 AM | | |
| 169 | **AMS 250** | 12 days | 8/9/14 8:00 PM | 8/21/14 8:00 PM | | |
| 170 | Demob AMS 250 to Seattle | 12 days | 8/9/14 8:00 PM | 8/21/14 8:00 PM | 129 | 24 |
| 171 | **SVENJA** | 15 days | 9/12/14 6:00 AM | 9/27/14 6:00 AM | | |
| 172 | Demob SVENJA to Singapore | 15 days | 9/12/14 6:00 AM | 9/27/14 6:00 AM | 160 | 24 |
| 173 | **Barge 455 #** | 12 days | 9/13/14 6:00 PM | 9/25/14 6:00 PM | | |
| 174 | Demob 455-B to Seattle | 12 days | 9/13/14 6:00 PM | 9/25/14 6:00 PM | 163 | 24 |
| 175 | **TBN Barge** | 0 days | 9/17/14 10:00 AM | 9/17/14 10:00 AM | | |
| 176 | Demob TBN Barge | 0 days | 9/17/14 10:00 AM | 9/17/14 10:00 AM | 166 | 24 |
| 177 | **SALVATION** | 1 day | 9/18/14 6:00 AM | 9/19/14 6:00 AM | | |
| 178 | Demob SALVATION | 1 day | 9/18/14 6:00 AM | 9/19/14 6:00 AM | 167 | 24,56 |
| 179 | **Pipeline** | 268.25 days | 2/2/14 12:00 AM | 10/26/14 6:00 AM | | |
| 180 | **Vessel Outfitting** | 163.25 days | 2/2/14 12:00 AM | 7/15/14 6:00 AM | | |

Note: Green Bar Lines and Dates in Gant Chart Show the Late Start/Finish
Red Color Rows Show Critical Path

Page 4

CMS - Rev. Q -6-17-14

FURIE-BANKR_00199954
DA00204

Mr. Trent J. Kososki
Energy Capital Partners

July 10, 2014

**CROWLEY**
Precade Waste Seware

**Furie Contract Master Schedule**
**Kitchen Lights Unit #3 Project**

**FURIE**

| ID | Task Name | Duration | Start | Finish | Predecessors | Successors |
|----|-----------|----------|-------|--------|--------------|------------|
| 181 | Tow PLB NINILCHIK to Vancouver | 32.25 days | 2/2/14 12:00 AM | 3/6/14 6:00 AM | 13 | 182 |
| 182 | Outfit PLB NINILCHIK | 120 days | 3/6/14 6:00 AM | 7/4/14 6:00 AM | 181 | 183FS-4 days |
| 183 | PLB NINILCHIK Commissioning | 15 days | 6/26/14 6:00 AM | 7/15/14 6:00 AM | 185 |
| 184 | Mobilize Pipelay Barge | 21 days | 7/15/14 6:00 AM | 8/5/14 6:00 AM | | |
| 185 | Tow PLB NINILCHIK from Vancouver to Port Mackenzie | 11 days | 7/15/14 6:00 AM | 7/26/14 6:00 AM | 183,52 | 186 |
| 186 | PLB NINILCHIK deploy stinger & Tensionometer Ins. | 7 days | 7/18/14 6:00 AM | 8/2/14 6:00 AM | 185 | 187 |
| 187 | Initial Loadout of pipe & Commissioning Test | 1 day | 8/2/14 6:00 AM | 8/3/14 6:00 AM | 186,53,11,33,45 | 188 |
| 188 | Tow PLB NINILCHIK to HDD Site | 1 day | 8/3/14 6:00 AM | 8/4/14 6:00 AM | 187 | 189 |
| 189 | PLB NINILCHIK anchor at HDD site | 1 day | 8/4/14 6:00 AM | 8/5/14 6:00 AM | 188 | 199 |
| 190 | Onshore Pipe Installation Works | 174.25 days | 2/17/14 12:00 AM | 8/10/14 8:00 AM | | |
| 191 | Delivery of 16" Casing Pipe to HDD Site | 50 days | 2/17/14 12:00 AM | 4/8/14 12:00 AM | 7 | 195 |
| 192 | Delivery of ARO-Coated Pipe to HDD Site | 1 day | 5/30/14 12:00 AM | 5/31/14 12:00 AM | 8 | 197 |
| 193 | HDD Equipment Set Up Operations at the Site | 3 days | 6/2/14 12:00 AM | 6/5/14 12:00 AM | 17 | 194 |
| 194 | HDD Pilot Hole Drilling | 5 days | 6/5/14 12:00 AM | 6/11/14 12:00 AM | 193,9 | 195 |
| 195 | HDD Drilling & 18" Casing Pipe Installation | 45 days | 6/11/14 12:00 AM | 7/29/14 12:00 AM | 28,9,194,191 | 199 |
| 196 | 10" Pipe Assembly Ctr. Eqmt. Spread Mob to Site | 3 days | 6/9/14 6:00 AM | 6/12/14 6:00 AM | 19 | 197 |
| 197 | Fabricate of ARO Coated on Shore Pipeline (By Conam) | 25 days | 6/12/14 6:00 AM | 7/7/14 6:00 AM | 192,196 | 198 |
| 198 | Hydro test Prefabricated Line | 2 days | 7/7/14 6:00 AM | 7/9/14 6:00 AM | 197 | 199 |
| 199 | Pull Cable through Bore Hole | 2 days | 8/5/14 6:00 AM | 8/7/14 6:00 AM | 198,189,195 | 200 |
| 200 | Pull Pipe through Bore Hole by PLB NINILCHIK | 2 days | 8/7/14 6:00 AM | 8/9/14 6:00 AM | 199 | 201 |
| 201 | Install Flanch on HDD Site & Pull Back | 1 day | 8/9/14 6:00 AM | 8/10/14 6:00 AM | 200 | 204 |
| 202 | Subsea Pipe Installation | 73.33 days | 7/29/14 10:00 PM | 10/11/14 6:00 AM | | |
| 203 | Setup for Concrete Coated Pipe Lay | 2 days | 7/29/14 10:00 PM | 7/31/14 10:00 PM | 7 | 204 |
| 204 | Laying of the Pipeline | 39 days | 8/10/14 6:00 AM | 9/18/14 6:00 AM | 201,203 | 205 |
| 205 | Lay out Pipeline at Platform | 1 day | 9/18/14 6:00 AM | 9/19/14 6:00 AM | 204,167 | 206 |
| 206 | Relocate PLB to HDD Site | 1 day | 9/19/14 6:00 AM | 9/20/14 6:00 AM | 205 | 207 |
| 207 | ARO Pipe to Concrete Coated Pipe Tie-Ins | 7 days | 9/20/14 6:00 AM | 9/27/14 6:00 AM | 206 | 208 |
| 208 | Install Spool Piece at Platform | 7 days | 9/27/14 6:00 AM | 10/4/14 6:00 AM | 207 | 209 |
| 209 | Gauge, Hydro test and Dewater Pipeline | 4 days | 10/4/14 6:00 AM | 10/8/14 6:00 AM | 208 | 210 |
| 210 | Reposition to HDD Site | 1 day | 10/8/14 6:00 AM | 10/9/14 6:00 AM | 209 | 211 |
| 211 | Install 30 cu Pallets on 3.1 Bags | 1 day | 10/9/14 6:00 AM | 10/10/14 6:00 AM | 210 | 212 |
| 212 | Barge Pulls Anchors | 1 day | 10/10/14 6:00 AM | 10/11/14 6:00 AM | 211 | 214,57,58 |
| 213 | Demobilization | 17 days | 10/11/14 6:00 AM | 10/28/14 6:00 AM | | |
| 214 | Tow NINILCHIK to Homer | 1 day | 10/11/14 6:00 AM | 10/12/14 6:00 AM | 212 | 215 |
| 215 | PLB NINILCHIK Remove Stinger | 2 days | 10/12/14 6:00 AM | 10/14/14 6:00 AM | 214 | 216,59,60 |
| 216 | Demob PLB NINILCHIK to Vancouver | 6 days | 10/14/14 6:00 AM | 10/23/14 6:00 AM | 215 | 217 |
| 217 | Equipment Removal on PLB | 5 days | 10/23/14 6:00 AM | 10/28/14 6:00 AM | 216 | 24 |

Note: Green Bar Lines and Dates in Gant Chart Show the Late Start/Finish
Red Color Rows Show Critical Path

Page 5

CMS - Rev. Q -6-17-14

**LUMMUS CONSULTANTS**
INTERNATIONAL
Furie Kitchen Lights Unit

60

Trent J. Kososki                                                                                          July 10, 2014
ECP

## 8.    THIRD PARTY INTERFACES

There are minimal physical third party interfaces.  The principal interface is the tie-in to the Hilcorp CIGGS gas transmission line.  This is being negotiated.  The tie-in is scheduled for September 2014.

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

61

FURIE-BANKR_00199956
DA00206

Mr. Trent J. Kososki                                                                        July 10, 2014
Energy Capital Partners

## 9.    CAPITAL COSTS

### 9.1    Introduction

In this section of the report, Lummus Consultants discusses the overall project budget, current expenditure and final forecast cost. The original budget was established for a three-well initial development program. Under the financing, this represents the Expansion Case.

In April 2014, at ECP's request, Furie also established a budget for a reduced scope, two-well initial development program that forms the basis of the financing. Both budgets are discussed hereafter.

The overall capital cost for the initial three-well development of Kitchen Lights was budgeted by Furie at US$209 million. These costs reflect the development program and schedule for start of production in Q4 2014 but with completion of the third well in 2015. The Project cost status, as of April 1, 2014, for the three-well initial development is summarized in Table 9.1-1.

**Table 9.1-1**
**KLU Budget for the Initial Three-Well Development**

| Component | Vendor / Contractor | Status | Invoiced Since Aug '13 | Left in 2014 | 2015 | Latest Estimate (in model) | Original Budget | Remaining Contingency (%) |
|---|---|---|---|---|---|---|---|---|
| Monopod & Pipeline Install | Crowley | Under Contract | 7.75 | 56.49 | - | 64.24 | 64.60 | 0.36 (1%) |
| Development Drilling of 3 Wells | Spartan & Others | Under Contract | - | 19.17 | 12.15 | 31.31 | 39.14 | 7.82 (20%) |
| 2014/2015 Layup | Spartan & Others | Under Contract | - | 9.19 | 15.82 | 25.01 | 27.73 | 2.72 (10%) |
| On-shore Facilities | Various | Bid Selected/Pos being issued | 0.97 | 25.08 | - | 26.35 | 19.97 | -6.36 (-32%) |
| Monopod Fabrication | State Services | Under Contract | 15.46 | 3.11 | - | 18.57 | 15.81 | -2.76 (-17%) |
| Pipe & Coating | Edgen Murray (pipe) Bredero Shaw (coat) | PO (pipe)/ LOI (coating) | 1.42 | 6.92 | - | 8.34 | 8.50 | 0.16 (2%) |
| Financing Commissions | BGR C&T | Pending | - | 4.12 | 0.91 | 5.03 | 5.97 | 0.94 (16%) |
| Top-side Equipment | Various | Purchase Orders | 3.93 | 1.48 | - | 5.41 | 4.93 | -0.48 (-10%) |
| Facilities Engineering | William Jacob Mgmt | Under MSA / T&M | 2.86 | 1.81 | - | 4.67 | 3.74 | -0.93 (-25%) |
| Structural Engineering & Project Mgmt Support | M&H Engineering | Under MSA / T&M | 2.03 | 1.19 | - | 3.22 | 3.22 | - |
| Insurance – Delayed Start Up | McGriff (broker) | Quote received | - | 1.34 | - | 1.34 | 2.68 | 1.34 (50%) |
| Facilities Bond | State of Alaska | Yet to be determined | - | 2.50 | - | 2.50 | 2.50 | - |
| Insurance – Drilling (Development Only) | McGriff (broker) | Under Policy | - | 1.17 | 1.17 | 2.34 | 2.34 | - |
| Insurance – Construction | McGriff (broker) | Under Policy | 1.16 | 1.17 | - | 2.33 | 2.33 | - |
| Living Quarters | LQT Technologies | Purchase Order | 0.83 | 1.31 | - | 2.14 | 1.95 | -0.19 (-10%) |
| Permitting | Stoel Rives Jacobs Engineering | T&M | 0.88* | 6.67 | 0.22 | 1.47 | 1.47 | - |
| Hydraulic Marine Crane | Sparrows Offshore | Purchase Order | 1.15 | 0.25 | - | 1.40 | 1.43 | 0.03 (2%) |
| Onshore Property | Vbet Family | Offer Accepted | 0.26 | - | - | 0.26 | 0.26 | - |
| **Total** | | | 38.50 | 137.17 | 30.27 | 205.94 | 208.57 | 2.63 (1.3%) |

The budget incorporates plans and contracts to complete the Project following an aggressive schedule and execution strategy in which the Operator functions as the overall "managing contractor

In Lummus Consultants' opinion, the budget for the initial three-well development program, the Expansion Case, is optimistic. Section 9.2 discusses the basis of our opinion.

The two-well development program, the Base Case, is discussed in Section 9.3. In this case the forecast final costs are being constrained by Furie.



LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit

62

Mr. Trent J. Kososki                                                                    July 10, 2014
Energy Capital Partners

## 9.2    Three-well Initial Development CAPEX Build-up

The overall Project budget and estimate were developed during Q4 2013 and are updated and as the work matures and more accurate data becomes available. Costs appear to be monitored and reported against contracts. More typically, the industry develops budgets against a Work Breakdown Structure ("WBS"). Furie's system should ensure consistency in cost allocation and forecasting and provide a direct correspondence to the schedule and progress monitoring systems. However, it does not capture gaps in the WBS.

Table 9.2-1 shows the fixed versus variable cost elements of the forecast final cost.

**Table 9.2-1**
**Fixed and Variable Cost Components for the Initial Three-Well Development**

| Component | Vendor / Contractor | Status | Fixed (includes paid variable costs) | Variable* | Latest Estimate (in model) |
|---|---|---|---|---|---|
| Monopod & Pipeline Install | Crowley | Under Contract | 27.59 | 36.65 | 64.24 |
| Development Drilling of **3 Wells** | Spartan & Others | Under Contract | 11.64 | 19.67 | 31.31 |
| 2014/2015 Layup | Spartan & Others | Under Contract | 17.57 | 7.44 | 25.01 |
| On-shore Facilities | Various | Bid Selected / Pos being issued | 9.09 | 17.26 | 26.35 |
| Monopod Fabrication | State Services | Under Contract | 17.75 | 0.82 | 18.57 |
| Pipe & Coating | Edgen Murray (pipe) Bredero Shaw (coat) | PO (pipe) / LOI (coating) | 8.34 | - | 8.34 |
| Financing Commissions | BGR C&T | Pending | 5.03 | - | 5.03 |
| Top-side Equipment | Various | Purchase Orders | 5.41 | - | 5.41 |
| Facilities Engineering | William Jacob Mgmt | Under MSA / T&M | 2.86 | 1.81 | 4.67 |
| Structural Engineering & Project Mgmt Support | M&H Engineering | Under MSA / T&M | 2.03 | 1.19 | 3.22 |
| Insurance – Delayed Start Up | McGriff (broker) | Estimated | 1.34 | - | 1.34 |
| Facilities Bond | State of Alaska | Yet to be determined | 2.5 | - | 2.50 |
| Insurance – Drilling (Development Only) | McGriff (broker) | Under Policy | 2.34 | - | 2.34 |
| Insurance – Construction | McGriff (broker) | Under Policy | 2.33 | - | 2.33 |
| Living Quarters | LQT Technologies | Purchase Order | 2.14 | - | 2.14 |
| Permitting | Stoel Rives Jacobs Engineering | T&M | 0.68 | 0.79 | 1.47 |
| Hydraulic Marine Crane | Sparrows Offshore | Purchase Order | 1.40 | - | 1.40 |
| Onshore Property | Vliet Family | Offer Accepted | 0.26 | - | 0.26 |
| **Total** | | | **120.30** | **85.63** | **205.93** |

Table 9.2-2 shows the increase in the fabrication costs for the monopod and deck. The majority of these were recognized by Lummus Consultants as "costs to come".

LUMMUS CONSULTANTS
I N T E R N A T I O N A L
Furie Kitchen Lights Unit                                                                            63

FURIE-BANKR_00199958
DA00208

Mr. Trent J. Kososki                                                        July 10, 2014
Energy Capital Partners

**Table 9.2-2**
**Platform Fabrication Costs**

| Component | Value (in millions) |
|---|---|
| **Original Estimate** | **15.81** |
| + Increase in Design After Contract Signed | 1.21 |
| + Change Order 1 – External Wall Panels | 0.12 |
| + Change Order 2 – Deck Weighing | 0.07 |
| + Change Order 3 – Fabricate Boom Rest | 0.11 |
| + Change Order 4 – Fabricate J-Tube & Anode Conduit | 0.11 |
| + Change Order 5 – ICP Heat Tracing & Insulation | 0.09 |
| + Change Order 6 – Helideck Heat Tracing & Insulation | 0.47 |
| + Additional Piping Installation above Original Estimate | 0.07 |
| + Revisions to Design After Fabrication & Night Shift | 0.37 |
| + Production Deck Foam Insulation | 0.10 |
| + Purchase of Additional Safety Equipment | 0.04 |
| **TOTAL** | **18.57** |

Table 9.2-3 shows the build-up of the forecast price for Crowley's scope of work.

**Table 9.2-2**
**Transportation and Installation Activities Cost**

| Component | Value (in millions) |
|---|---|
| **Original Estimate** | **15.81** |
| + Increase in Design After Contract Signed | 1.21 |
| + Change Order 1 – External Wall Panels | 0.12 |
| + Change Order 2 – Deck Weighing | 0.07 |
| + Change Order 3 – Fabricate Boom Rest | 0.11 |
| + Change Order 4 – Fabricate J-Tube & Anode Conduit | 0.11 |
| + Change Order 5 – ICP Heat Tracing & Insulation | 0.09 |
| + Change Order 6 – Helideck Heat Tracing & Insulation | 0.47 |
| + Additional Piping Installation above Original Estimate | 0.07 |
| + Revisions to Design After Fabrication & Night Shift | 0.37 |
| + Production Deck Foam Insulation | 0.10 |
| + Purchase of Additional Safety Equipment | 0.04 |
| **TOTAL** | **18.57** |

Table 9.2-4 shows the build-up of the forecast cost of the onshore plant construction.



LUMMUS CONSULTANTS
INTERNATIONAL
Furie Kitchen Lights Unit

64

Mr. Trent J. Kososki
Energy Capital Partners

July 10, 2014

**Table 9.2-3**
**Onshore Construction Capital Costs**

| Component | Value (in millions) |
|-----------|--------------------:|
| Civil Work | 3.21 |
| Mechanical Work | 3.08 |
| Electrical Work | 2.65 |
| Optional Erection | 0.90 |
| Labor & Misc Costs | 2.68 |
| **TOTAL** | **12.52** |

LUMMUS CONSULTANTS
INTERNATIONAL
Furie Kitchen Lights Unit

65

FURIE-BANKR_00199960
DA00210