**4.21 FINANCIAL STATEMENTS; SOLVENCY.**

**4.21.1** The consolidated and consolidating financial statements of Cornucopia delivered pursuant to Section 3.1.13 have been prepared in conformity with GAAP applied consistently throughout the relevant periods (except as otherwise approved and disclosed therein) and fairly presents, in all material respects, the consolidated and consolidating financial position of Cornucopia, as at the respective dates thereof and the consolidated results of operations and cash flows of Cornucopia described therein for each of the periods then ended, subject, in the case of any such unaudited financial statements, to changes resulting from audit and normal year-end adjustments and the absence of footnote disclosure.

**4.21.2** Each Borrower, individually, both immediately before and after giving effect to the transactions contemplated by the Credit Documents, is Solvent.

**4.22 NO DEFAULT.** No Default or Event of Default has occurred or is existing. No Borrower is in default in the performance, observance or fulfillment of any of the material obligations, covenants or conditions contained in any of its Contractual Obligations, and no condition exists which, with the giving of notice or the lapse of time or both, could constitute such a default, except where the consequences, direct or indirect, of such default or defaults referenced in this Section 4.22, if any, could not reasonably be expected to result in a Material Adverse Effect.

**4.23 ORGANIZATIONAL ID NUMBER; LOCATION OF COLLATERAL.**

**4.23.1** As of the Closing Date, FOA's organizational identification number is 706013222, and Cornucopia's organizational identification number is 800681197.

**4.23.2** As of the Closing Date, all of the tangible Collateral is located on the Properties of Borrowers or at the address set forth in Section 9.1, except as otherwise permitted by the Pledge and Security Agreement.

**4.24 TITLE AND LIENS.** Other than as expressly permitted by the Credit Documents, each Borrower has good, legal and valid title to, or, with respect to Property other than Real Property, right to use, their respective Properties and all of the Collateral free and clear of all Liens except Permitted Encumbrances and Permitted Prior Liens. All Material Contracts comprising the Collateral are in full force and effect. There is no material default under any such Material Contract and no event has occurred and is continuing or has failed to occur, and no condition exists, that, with the passage of time or upon giving of notice or both, could constitute an event of default thereunder or give rise to any right of termination of such Material Contract. No portion of the Properties of either Borrower has been leased, subleased, licensed or otherwise granted by either Borrower to any Person. No Borrower has leased or otherwise granted any Person the right to use or occupy its Properties. Except for the rights of first refusal set forth in favor of the other working interest owners under the JOA, no Borrower has granted any, and there are no, outstanding options, rights of first offer or rights of first refusal to purchase its Properties or any portion thereof or interest therein. No Borrower has received written notice of any pending, and to the knowledge of each Borrower, there is no threatened, condemnation proceeding or special assessment with respect to any of the Properties of either Borrower.

**4.25 INTELLECTUAL PROPERTY**. Each Borrower owns or has licensed rights to use all Patents, Trademarks, Copyrights, Licenses and other Intellectual Property rights which are necessary for the operation of its business as presently conducted. To the knowledge of each Borrower, there are no (a) allegations that any material product, process, method, substance, part or other material presently contemplated to be sold by or used by either Borrower will infringe any Patent, Trademark, Copyright, License or other Intellectual Property right owned by any other Person, (b) pending or threatened claims or litigation against or affecting either Borrower contesting its right to sell or use any product, process, method, substance, part or other material or (c) Patents or any statutes, laws, rules, regulations, standards or codes (whether in effect or pending) that could affect the right of either Borrower to use any Intellectual Property of the Borrowers.

**4.26 COLLATERAL**.

**4.26.1** The security interests granted to the ECP Administrative Agent for the benefit of the Secured Parties pursuant to the Security Documents in the Collateral:

(a) constitute, as to personal property included in the Collateral, a valid first priority security interest and lien under the UCC, except, with respect to priority, the Permitted Prior Liens and, after the Closing Date, Permitted Encumbrances; *provided* that such Permitted Encumbrances (other than Permitted Prior Liens) are subject to the Liens under the Security Documents;

(b) upon recording, constitute, as to real property included in the Collateral, a valid and subsisting first priority Lien of record on all the real property of each Borrower, to the extent applicable, subject to no Liens and encumbrances except, with respect to priority, the Permitted Prior Liens and, after the Closing Date, Permitted Encumbrances; *provided* that such Permitted Encumbrances (other than Permitted Prior Liens) are subject to the Liens under the Security Documents; and

(c) are perfected (i) with respect to any property that can be perfected by filing, upon the filing of financing statements in the filing offices identified on Exhibit G, (ii) with respect to any property that can be perfected by control and is described in a Control Agreement or other applicable control agreement, upon execution of such Accounts Agreement, any Control Agreement or other applicable control agreement, as applicable, and (iii) with respect to any certificated securities or any property that can only be perfected by possession, upon the ECP Administrative Agent receiving possession thereof, and in each case such security interest will be, as to Collateral perfected under the UCC as aforesaid, superior and prior to the rights of all third Persons now existing or hereafter arising whether by way of Lien of any type, assignment or otherwise, except, with respect to priority, the Permitted Prior Liens and, after the Closing Date, Permitted Encumbrances; *provided* that such Permitted Encumbrances (other than Permitted Prior Liens) are subject to the Liens under the Security Documents.

**4.26.2** Each Borrower has delivered or caused to be delivered to the ECP Administrative Agent all original certificates representing the Pledged Equity Interests, accompanied by instruments of transfer indorsed in blank.

TvanStephan@BeepSmith.com 08/08/2017 ... PM

**4.26.3** The tax credit certificates and proceeds from all Alaska state tax credits received by or on behalf of the Borrowers under Alaska Statute ("**AS**") 43.55.023(a) (Qualified Capital Expenditures), AS 43.55.023(l) (Well Lease Expenditures), AS 43.55.023(b) (Carry Forward Losses); and/or AS 43.55.025 (Exploration Expenditures) (all such state tax credits and tax credit certificates with respect to which the Borrowers are entitled to receive or to receive proceeds after the Closing Date (other than Excluded State Tax Credits), collectively, the "**State Tax Credits**"), including without limitation all State Tax Credits due to the Borrowers from the State of Alaska, Department of Revenue (the "**DOR**") with respect to the Project, have been collaterally assigned to the ECP Administrative Agent pursuant to the Pledge and Security Agreement.

**4.27 PATRIOT ACT**. To the extent applicable, each Borrower is in compliance, in all material respects, with (a) the Trading with the Enemy Act, as amended, and each of the foreign assets control regulations of the United States Treasury Department (31 C.F.R., Subtitle B, Chapter V, as amended) and any other enabling legislation or executive order relating thereto, and (b) the Patriot Act. Each Borrower has provided to the ECP Administrative Agent and the Lenders true and correct documentation and other information as requested by the ECP Administrative Agent or the Lenders in order to comply with requirements of the Patriot Act. No part of the proceeds of the Term Loans will be used, directly or indirectly, for any payments to any governmental official or employee, political party, official of a political party, candidate for political office, or anyone else acting in an official capacity, in order to obtain, retain or direct business or obtain any improper advantage, in violation of the United States Foreign Corrupt Practices Act of 1977, as amended.

**4.28 CERTAIN FEES**. No broker's, finder's or investment banking fee or commission will be payable by either Borrower to any Person with respect to the transactions contemplated by this Agreement or under any other agreement, document or instrument with any Person, except (a) as are paid on the Closing Date pursuant to the Closing Date Funds Flow Memorandum or (b) as are required to be paid to the Wildcat Parties pursuant to Section 3 of the Mutual Release Letter in accordance with Section 5.28.

**4.29 AFFILIATE TRANSACTIONS**. Except as (a) set forth on Schedule 4.29 or (b) permitted pursuant to Section 6.4, no Borrower is a party to any contract, or transaction or series of transactions with or for the benefit of an Affiliate.

**4.30 INSURANCE**. Each Borrower maintains the insurance required to be maintained by it pursuant to Section 5.30 and such insurance is in full force and effect and all premiums then due thereon have been paid. No notice has been received by either Borrower threatening to cancel any insurance policy of either Borrower within the last two years. Neither the execution of the Credit Documents, nor the performance of either Borrower of its obligations thereunder will result in any insurance policy of either Borrower being cancelled. As of the Closing Date, no Borrower is in default in the performance, observance or fulfillment of any of the obligations, covenants or conditions contained in the Marine Surveyor Warranty, and no condition exists which, with the giving of notice or the lapse of time or both, could constitute such a default.

**4.31 ACCOUNTS**. No Borrower has any deposit, securities or other accounts other than the accounts permitted by Section 6.24.

TransPecos@Brainmark.com - 06/02/17 14:18:56 PM

**4.32 SEPARATENESS**. Each Borrower:

(a) maintains deposit accounts or accounts separate from those of any Affiliate of either Borrower (other than FOA, in the case of Cornucopia, and Cornucopia, in the case of FOA) with commercial banking institutions and will not commingle its funds with any Affiliate of either Borrower (other than FOA, in the case of Cornucopia, and Cornucopia, in the case of FOA);

(b) acts solely in its own name and through its duly authorized officers, managers, representatives or agents in the conduct of its businesses;

(c) conducts in all material respects its business solely in its own name, in a manner not misleading to other Persons as to its identity (without limiting the generality of the foregoing, such conduct of business being reflected in all oral and written communications (if any), including invoices, purchase orders, and contracts);

(d) obtains legally sufficient authorization from member(s), shareholder(s), director(s) and manager(s), as required by its limited liability company agreement for all of its limited liability company actions; and

(e) complies in all material respects with the terms of its Organizational Documents.

**4.33 USE OF PROCEEDS**. Each Borrower will use the net proceeds of the Term Loans solely (a) to pay Project Costs for construction of the Kitchen Lights Unit Phase I Project in accordance with the Initial Construction Budget, the Project Design Basis and the terms and conditions of the Credit Documents and the Material Contracts, (b) and after the occurrence of the Expansion Conditions Approval Date, to pay Expansion Costs in accordance with the Initial Expansion Construction Budget, the Project Design Basis and the terms and conditions of the Credit Documents and the Material Contracts, (c) for working capital and general corporate purposes of the Borrowers in the ordinary course of business and in accordance with the Annual Operating Budget (including the initial Annual Operating Budget delivered pursuant to Section 3.1.16), (d) to pay fees and expenses related to the transactions (including closing costs and the Loan Discount) contemplated by this Agreement and the other Credit Documents and (e) to pay fees, expenses and costs and other amounts payable to the Wildcat Parties under the Mutual Release Letter.

**4.34 COMMODITY EXCHANGE ACT**. As of the Closing Date, no Borrower (a) has entered into any Hedging Agreements, (b) is subject to regulation as a "commodity pool," "commodity pool operator," or "commodity trading advisor," as defined in Sections 1a(10), 1a(11), and 1a(12), respectively, of the CEA or (c) is required to qualify as an Eligible Contract Participant.

**4.35 AVAILABLE CONSTRUCTION FUNDS**.

**4.35.1** Prior to the Project Completion Date, Available Phase I Construction Funds plus any available unfunded proceeds of the Term Loan Commitments as of such date, are not less than the aggregate unpaid amount of Project Costs of the Kitchen Lights Unit Phase I Project

Tvardek@PacerMonitor.com - 08/02/2024 4:18:19 PM

required to achieve Project Completion, in accordance with the Project Design Basis, Prudent Industry Practices, in accordance with, and in conformity with, all Applicable Laws applicable to the Kitchen Lights Unit Phase I Project and all Applicable Permits and all Pending Permits applicable to the Kitchen Lights Unit Phase I Project on or prior to the Project Date Certain and to pay or provide for all other anticipated Project Costs of the Kitchen Lights Phase I Project; *provided* that any amounts that are payable under the Cost Overrun Guaranty shall be excluded from Available Phase I Construction Funds for purposes of this Section 4.35.1.

**4.35.2** After the Expansion Conditions Approval Date and prior to the Expansion Completion Date, Available Expansion Construction Funds plus any available unfunded proceeds of the Term Loan Commitments as of such date, are not less than the aggregate unpaid amount of Project Costs of the Expansion required to achieve Expansion Completion, in accordance with the Project Design Basis, Prudent Industry Practices, in accordance with, and in conformity with, all Applicable Laws applicable to the Expansion on or prior to the Expansion Date Certain and to pay or provide for all other anticipated Project Costs of the Expansion; *provided* that any amounts that are payable under the Cost Overrun Guaranty shall be excluded from Available Expansion Construction Funds for purposes of this Section 4.35.2.

**4.35.3** Prior to the Project Completion Date, as of such date, there is no Phase I Cost Overrun Shortfall.

**4.36 SUFFICIENCY OF MATERIAL CONTRACTS; SERVICES RIGHTS.**

**4.36.1** Other than those that can be reasonably expected to be commercially available when and as required, the services to be performed, the materials to be supplied and the real property interests, easements and other Property and rights owned by or otherwise granted to the Borrowers pursuant to the Material Contracts:

(a) comprise all of the property interests necessary for the acquisition, leasing, development, construction, installation, completion, ownership, operation and maintenance of the Properties of each Borrower required to be used or maintained in connection with the Dedicated Acreage and the Project in accordance with all Legal Requirements, as presently contemplated and in the ordinary course of business;

(b) are sufficient to enable the Project to be located, constructed and operated in the locations where it is operated; and

(c) provide adequate ingress and egress for any reasonable purpose in connection with the ownership, construction, operation and maintenance of such Properties.

**4.36.2** There are no material services, materials or rights required for the construction, operation or maintenance of the Project for its intended purposes and in accordance with the Base Case Projections other than (a) those that are available to the Borrowers or (b) those that can reasonably be expected to be available to the Borrowers as and when required on commercially reasonable terms consistent with the Base Case Projections.

**4.37 STATE TAX CREDITS**. Other than the amounts owed to Vion under Section 8.4 of the Second Vion PSA, and the payment of proceeds for certificates of Excluded State Tax Credits, there are no deficiency payments, liquidated damages or other expenses currently due or payable (or reasonably expected to be due and payable) with respect to the State Tax Credits.

## ARTICLE 5.
## AFFIRMATIVE COVENANTS

Until the Credit Agreement Termination Date:

**5.1 FINANCIAL STATEMENTS AND OTHER REPORTS.**

**5.1.1** *Quarterly*. As soon as practicable and in any event within 55 days after the end of each quarterly accounting period of its fiscal year (including the fourth fiscal quarter of each fiscal year), each Borrower shall deliver an unaudited consolidated and consolidating (in the case of Cornucopia) balance sheet of such Borrower, as of the last day of such quarterly period and the related consolidated statements of income, cash flow, and equity (where applicable prepared in accordance with GAAP (subject to normal year-end audit adjustments and the absence of footnotes)) for such quarterly period and (in the case of second, third, and fourth quarterly periods) for the portion of the fiscal year ending with the last day of such quarterly period, setting forth in each case in comparative form corresponding unaudited figures from the preceding fiscal year, and a report from the management of the Borrowers discussing and analyzing such financial results and their effect on the Project Design Basis and the Base Case Projections.

**5.1.2** *Annual*. As soon as practicable and in any event within 120 days after the close of each applicable fiscal year, each Borrower shall deliver audited consolidated and consolidating (in the case of Cornucopia) financial statements of such Borrower. Such consolidated and consolidating (in the case of Cornucopia) financial statements shall include a consolidated statement of equity, a consolidated and consolidating balance sheet as of the close of such year, an consolidated income and expense statement, reconciliation of capital accounts and a consolidated statement of cash flow, all prepared in accordance with GAAP, certified by an independent certified public accountant selected by the Borrowers, with the approval of the ECP Administrative Agent in accordance with Section 5.12. Such certificate shall not be qualified or limited because of restricted or limited examination by such accountant of any material portion of the records of either Borrower.

**5.1.3** *Monthly*. As soon as practicable and in any event within fifteen (15) days after the end of each month commencing with the month ending December 2014, the Borrowers shall deliver internally prepared financial information (or management reports or updates) and monthly information with respect to the quantity of oil, natural gas, natural gas liquids and other liquid or gaseous hydrocarbons delivered by the Borrowers, sales of the foregoing (to the extent such information is available), average volumes processed per day, revenue and expenses, such information to be in the form of Exhibit H.

**5.1.4** *Summary of Offtake Contracts*. Together with the financial statements required in Section 5.1.1, Section 5.1.2, and Section 5.1.3 the Borrowers shall deliver a reasonably detailed

Tvansenhonedt@Redsmith.com 2017 4:18:39 PM

summary of information with respect to the Borrowers' current offtake contracts and performance thereunder as related to the Dedicated Acreage (including all oil, natural gas, natural gas liquids or other liquid or gaseous hydrocarbons), whether physical or financial, by volume, maturity date, rates, deliveries and payments.

**5.1.5** *ECP Administrative Agent Requests*. From time to time, as soon as practicable after the reasonable request of the ECP Administrative Agent or any Lender, each of the Borrowers shall deliver to the ECP Administrative Agent such other information and data with respect to the Borrowers or the Project.

**5.1.6** *Perfection Certificates*. Concurrently with the delivery of financial statements pursuant to Section 5.1.1 and 5.1.2, each of the Borrowers shall deliver to the ECP Administrative Agent (a) an updated Perfection Certificate or (b) a certificate signed by a Responsible Officer of each Borrower certifying that there have been no changes to the Perfection Certificate most recently delivered pursuant to this Section 5.1.6, which certification and certification may be made a part of the certificate delivered pursuant to Section 5.1.8.

**5.1.7** *Reserve Reports*. Within 120 days after the end of each Calendar Year, commencing with the Calendar Year ended December 31, 2014, each of the Borrowers shall deliver updates to or bringdowns, as of December 31 of such Calendar Year, of the Closing Date Reserve Reports, or other reserve reports which include the information contained in the Closing Date Reserve Reports.

**5.1.8** *Officer's Certificate*. Each time financial statements are delivered under Section 5.1.1 and 5.1.2 above, each of the Borrowers shall deliver or cause to be delivered along with such financial statements, a certificate signed by a Responsible Officer of each Borrower, certifying that (a) such officer has made or caused to be made a review of the transactions and financial condition of each Borrower during the relevant fiscal period, (b) that such review has not, to such Responsible Officer's knowledge, disclosed the existence of any event or condition which constitutes, as of the date of such certificate, a Default or Event of Default, or if any such event or condition existed or exists, the nature thereof and the corrective actions that either Borrower have taken or propose to take with respect thereto, and (c) that each Borrower is in full compliance with all covenants hereunder.

**5.2** NOTICES – OPERATION OF BUSINESS. The Borrowers shall promptly upon receipt of or giving notice (or upon a Responsible Officer of either Borrower otherwise obtaining knowledge thereof) and, except as otherwise noted below, in any event, within 30 days after the occurrence thereof, of any of the following, give notice to the ECP Administrative Agent of the following (with copies of any underlying notices, papers, files or related documentation), which notice shall be accompanied by a statement of a Responsible Officer of each Borrower setting forth details of the occurrence referred to therein and stating what action the Borrowers propose to take with respect thereto, of:

(a) as soon as possible, and in any event within three (3) Banking Days after (i) receipt of service of process in respect of any pending litigation, suit, proceeding or investigation before any court, arbiter or other governmental authority or, (ii) either Borrower's knowledge, that the same is threatened against either Borrower, such notice

TvanStee...@...com 4:48:39 PM

to include, if requested in writing by the ECP Administrative Agent, copies of all papers filed in such litigation and to be given monthly if any such papers have been filed since the last notice given;

(b) promptly, but in no event later than five (5) Banking Days after the receipt thereof by either Borrower, copies of (i) any material Permit obtained by either Borrower after the Closing Date relating to the Project, (ii) any material amendment, supplement or other modification to, or revocation of, any material Permit received by either Borrower after the Closing Date relating to the Project, (iii) all material notices relating to the Project received by either Borrower from or delivered by either Borrower to any Governmental Authority and (iv) material notices in connection with any material dispute or disputes of which either Borrower has knowledge or for which written notice has been received by either Borrower which may exist between either Borrower and any Governmental Authority;

(c) as soon as possible, and in any event within three (3) Banking Days after a Responsible Officer of either Borrower obtains knowledge of the occurrence thereof, any Default or Event of Default;

(d) any casualty, damage or loss, whether or not insured, through fire, theft, other hazard or casualty, to any property of (i) the Borrowers utilized in the Project having value in excess of Two Hundred and Fifty Thousand Dollars ($250,000) and (ii) either Borrower not utilized in connection with the Project having value in excess of One Million Dollars ($1,000,000) to the Borrowers;

(e) (i) promptly, and in any event within three (3) Banking Days of the occurrence thereof, any cancellation, expiration, suspension, material change in or non-renewal of the terms, coverage or amounts of any insurance required to be maintained hereunder (including the insurance described on Exhibit L), (ii) within ten (10) days after renewal of coverage of any insurance policy, updated certificates of insurance and (iii) upon request of the ECP Administrative Agent from time to time, full information as to insurance received;

(f) any (i) termination of, or material default or notice thereof under, any Material Contract, (ii) modifications or requests for amendments to its Material Contracts (with copies of all such modifications to its Material Contracts whether or not requiring approval of the ECP Administrative Agent or the Lenders), (iii) material information or reports provided by any counterparty to either Borrower under any Material Contract and (iv) without duplication, material dispute, under or relating to a Material Contract or any contractor or subcontractor with respect to the Project;

(g) any claim of events of force majeure or delay under any engineering, construction and procurement agreement relating to the Project or under any other Material Contract (including claims therefor regardless of whether the Borrowers believe such claim has merit);

TvanStephanie@Reedsmith.com 08/08/2019 4:39 PM

(h) any intentional withholding of compensation, or any right to withhold compensation, claimed by any Person under a Material Contract, other than retention provided by the express terms of any such contracts;

(i) any (i) Release of Hazardous Substances on or from any Project site or any other location that has resulted or reasonably could be expected to have a Material Adverse Effect or is required to be reported to any Governmental Authority under any Environmental Law, (ii) pending or, to either Borrower's knowledge, threatened, Claim under any Environmental Law against either Borrower or, to either Borrower's knowledge, any of its Affiliates, contractors, subcontractors, lessees, lessors or any other Persons, arising in connection with their occupying or conducting operations on or at any Project site which, if adversely determined, reasonably could be expected to have a Material Adverse Effect, (iii) any condition, circumstance, occurrence or event that reasonably could be expected to have a Material Adverse Effect under Environmental Laws or in the imposition of any Lien or any other restriction on the title, ownership or transferability of any Project site, (iv) any proposed action to be taken by either Borrower that could subject it to any additional or different requirements or liabilities under Environmental Laws that reasonably could be expected to have a Material Adverse Effect, or (v) existence of any underground tank not previously disclosed in writing, whether operative or temporarily or permanently closed, located on any Project site which adversely affects either Borrower's activities as contemplated by the Project Design Basis;

(j) any proceeding or legislation by any Governmental Authority to expropriate, condemn, confiscate, nationalize or otherwise acquire compulsorily either Borrower, all or any portion of the Project, or all or any portion of the Borrowers' business or assets (whether or not constituting a Default or Event of Default);

(k) promptly, but in no event later than five (5) Banking Days after occurrence thereof, (i) any Unplanned Outage or the scheduling of any Unplanned Outage, in each case, for any Facility with an anticipated duration in excess of 48 hours and (ii) any Unplanned Outage or Planned Outage for any Facility (scheduled or otherwise) with a duration in excess of five (5) days;

(l) as soon as possible, and in any event within three (3) Banking Days after a Responsible Officer of either Borrower obtains knowledge of the occurrence thereof, any termination (other than expiration in accordance with its terms), default or event of default under any contractual obligations of either Borrower or any other Person, or notice of any other event that, with the passage of time or upon giving of notice or both, that constitutes or reasonably could be expected, if not cured, to result in a Material Adverse Effect;

(m) any Lien (other than a Permitted Encumbrance) being granted or established or becoming enforceable over any portion of the Project or any other Properties of either Borrower;

TvanStephoutE@ReedSmith.com 08/08/2019 4:12:39 PM

(n) the occurrence of any event, condition or circumstance that would be required to be disclosed in a current report filed by either Borrower with the Securities and Exchange Commission on Form 8-K if such Borrower were required to file such reports;

(o) promptly, and in any event within three (3) Banking Days after a Responsible Officer of either Borrower obtains knowledge of the occurrence thereof, any event, condition, circumstance or change that has constituted or reasonably could be expected to result in, individually or in the aggregate, a Material Adverse Effect;

(p) the occurrence of an ERISA Event;

(q) each Material Contract (together with a true, complete and correct copy of such Material Contract) entered into after the Closing Date in accordance with the terms of this Agreement, together with copies thereof, promptly, but in no event later than five (5) Banking Days after either Borrower executes such additional Material Contract;

(r) promptly, upon the request thereof, such other information and documentation required by bank regulatory authorities under applicable "know-your-customer" and anti-money laundering rules and regulations (including the Patriot Act) as from time to time reasonably requested by the ECP Administrative Agent;

(s) prior to entering into any Hedging Agreement, the details of such agreement and a statement as to whether each Borrower qualifies as an Eligible Contract Participant or "commodity pool", "commodity pool operator" or "commodity trading advisor" as defined in Sections 1a(1) and 1a(12) of the CEA, respectively;

(t) any material modification to or deviation from the Project Design Basis; *provided* that the Borrowers shall comply with Section 5.13.3 with respect to any modifications to or deviation from the Project Design Basis; and

(u) promptly, from time to time, such other information regarding the operations, business affairs and financial condition of either Borrower or the Project or compliance with the terms of any Credit Document that the ECP Administrative Agent or any Lender may reasonably request.

**5.3 EXISTENCE; MAINTENANCE OF CONTRACTS**. Except as otherwise expressly permitted under this Agreement, at all times, (a) each of the Borrowers shall maintain and preserve its existence as a Texas limited liability company and all material rights, privileges and franchises necessary or desirable in the conduct of its business, (b) in the case of Cornucopia, maintain its ownership interest in FOA, (c) each of the Borrowers shall perform all of its material Contractual Obligations and enforce its material rights under its Material Contracts, (d) each of the Borrowers shall maintain, renew and comply in all material respects with all Applicable Permits, (e) take all reasonable action necessary to prevent termination (except by expiration in accordance with its terms) of, each and every Material Contract, including prosecution of suits to enforce any right of each Borrower thereunder and enforcement of any claims with respect thereto, (f) each of the Borrowers shall otherwise continue to engage in the same business as

Transcribed@ReedSmith.com 08/08/2017 4:39 PM

contemplated by the Credit Documents and the other Material Contracts, (g) each of the Borrowers shall maintain and keep, or cause to be maintained and kept, its properties in good repair, working order and condition consistent with Prudent Industry Practices (other than ordinary wear and tear) and (h) each of the Borrowers shall make or cause to be made all repairs (structural and non-structural, extraordinary or ordinary (ordinary wear and tear excepted)) necessary to keep such properties in such condition, in each case, as would allow for the ordinary conduct of business.

**5.4 Government Approvals**. The Borrowers shall promptly obtain all Governmental Authorizations required to operate its business in the ordinary course and operate the Project as contemplated by the Credit Documents and shall make such alterations to the Project (with the consent of the ECP Administrative Agent) as may be required to obtain such Governmental Authorizations.

**5.5 Compliance with Law**. The Borrowers shall promptly comply, or cause compliance, in all material respects with all Legal Requirements, including, without limitation, the CEA, the Dodd-Frank Act and all regulations promulgated thereunder, Environmental Laws and all Legal Requirements relating to equal employment opportunity or employee benefit plans, ERISA Plans and employee safety, with respect to each Borrower.

**5.6 Proceeds**. The Borrowers shall use the proceeds of the Term Loans only for the purposes set forth in Section 4.33, and, upon receipt of such net proceeds, shall promptly deposit all such net proceeds (other than amounts described in Section 4.33(d) that are paid on the Closing Date pursuant to the Closing Date Funds Flow Memorandum with respect to the transactions under the Credit Documents on the Closing Date) into the Construction Account.

**5.7 Construction Status Report**. During the Construction Period, the Borrowers shall deliver construction progress reports from each of (a) FOA and (b) the Independent Engineer with respect to the construction of the Project, which shall include, with respect to the period most recently ended, the information as required on Exhibit Q (i) within 15 days after the end of each calendar month, (ii) together with the delivery of each Construction Requisition by the Borrowers and (iii) as reasonably requested by the ECP Administrative Agent from time to time.

**5.8 Annual Budget**. On or before forty-five (45) days prior to the beginning of each Calendar Year, the Borrowers shall adopt and deliver to the ECP Administrative Agent (a) an operating plan and a budget for the Project, detailed by month, of anticipated revenues and anticipated expenditures related to the Project, each such annual budget to include operation expenses (including reasonable allowance for contingencies), reserves and all other anticipated operating costs applicable to the Project for the ensuing Calendar Year and (b) an additional budget for the Project, detailed by month, of aggregate anticipated corporate general and administrative expenses not included in the budgets prepared pursuant to clause (a) above, each such annual budget to include required interest payments applicable to the Project for the ensuing Calendar Year (each such annual operating plan and budget described in clauses (a) and (b) above, an "**Annual Operating Budget**").

**5.9 TAXES**. The Borrowers shall (a) timely file all tax returns, (b) pay, or cause to be paid, as and when due and prior to delinquency, all Taxes, assessments and governmental charges of any kind that may at any time be assessed or levied against or with respect to such Person or its Properties (including all Taxes, assessments and charges lawfully made by any Governmental Authority for public improvements that may be secured by a Lien on such Person's Properties), and all utility and other charges incurred in the operation, maintenance, use, occupancy and upkeep of its respective Properties; *provided*, *however*, that, in the case of this clause (b) such Person may, by appropriate proceedings, contest or cause to be contested in good faith any such Taxes, assessments and other charges and, in such event, may permit the Taxes, assessments or other charges so contested to remain unpaid during any period, including appeals, when such Person is in good faith contesting or causing to be contested the same by appropriate proceedings, so long as (i) such Person maintains adequate reserves with respect thereto in accordance with GAAP, (ii) enforcement of the contested Tax, assessment or other charge is effectively stayed pursuant to Applicable Law for the entire duration of such contest and (iii) any Tax, assessment or other charge determined to be due, together with any interest or penalties thereon, is timely paid after resolution of such contest and (c) shall each remain a Pass-Through Entity.

**5.10 ABANDONMENT**. The Borrowers shall provide written notice to the ECP Administrative Agent upon any decision by a Borrower to effect an Abandonment promptly, and in any event within five (5) Banking Days after any such final decision by either Borrower. Without limiting the generality of the foregoing, any such decision shall be deemed to have been made if the board of directors, any committee thereof or any other governing authority of a Borrower with authority over the decision of whether to proceed with or abandon the design and construction of the one or more of the Facilities shall have, by resolution or other means, determined or directed in writing that activities related to such design and construction permanently cease; *provided*, that any cessation of activities for the time periods set forth in the definition of Abandonment shall not be subject to any deemed decision or five (5) Banking Day period.

**5.11 PERMANENT MIDSTREAM SHUTDOWN**. The Borrowers agree to provide written notice to the ECP Administrative Agent promptly, and in any event within five (5) Banking Days, after the occurrence of the decision by a Borrower to effect a Permanent Midstream Shutdown. Without limiting the generality of the foregoing, any such decision shall be deemed to have been made if the board of directors, any committee thereof or any other governing authority of a Borrower with authority over the decision shall have, by resolution or other means, determined or directed either Borrower to effect a Permanent Midstream Shutdown.

**5.12 APPOINTMENT OF ACCOUNTING FIRM**. The Borrowers shall use commercially reasonable effort to retain, within one hundred and twenty (120) days following the Closing Date, a "big four" accounting firm or another nationally recognized accounting firm acceptable to the ECP Administrative Agent to perform an annual audit on all future annual financial statements of each Borrower. The Borrowers shall retain a "big four" accounting firm or other nationally recognized accounting firm acceptable to the ECP Administrative Agent for such purpose by January 1, 2016.

**5.13 CONSTRUCTION OF THE PROJECT**.

Tvarstedjaudio ReedSmith.com 08/05/2016 4:49 PM

**5.13.1** Without limiting the obligations set forth in this Section 5.13, the Borrowers shall construct, or cause the construction of, the (a) Kitchen Lights Unit Phase I Project and (b) after the Expansion Conditions Approval Date, the Expansion, in each case, in compliance in all respects with its Organizational Documents and with the applicable Credit Documents and Material Contracts, Applicable Laws (including Environmental Laws and Applicable Laws relating to equal employment opportunity) and all Applicable Permits and all Pending Permits and the Project Design Basis.

**5.13.2** The Borrowers shall utilize Prudent Industry Practices to drill, complete and connect the Pipeline to (a) the Initial Wells and (b) after the Expansion Conditions Approval Date, the Expansion Well, in each case in accordance with the specifications on Exhibit R.

**5.13.3** Subject to Sections 6.13 and 6.14, the Borrowers may deviate from the design of, or schedule or budget for the construction of, the Project from the Project Design Basis, so long as the function and capability of the Project remains consistent with Exhibit A; *provided* that, notwithstanding the foregoing, any deviation from the design of, or schedule or budget for the construction of, the Project as set forth in the Project Design Basis shall require the prior written consent of the ECP Administrative Agent, which shall not be unreasonably refused, restricted or delayed, *provided*, *further*, that any consent by the ECP Administrative Agent to any such deviation shall not relieve the Borrowers from their respective obligations under this Agreement. If within ten (10) Banking Days of receiving notice of any proposed deviation from the Project Design Basis, together with an explanation of the need and basis for such deviation and supporting technical documentation for any design deviation, if any, on which the Borrowers based their decision to propose such deviation, the ECP Administrative Agent does not notify the Borrowers in writing either that the ECP Administrative Agent (a) approves such deviation (or approves of such deviation subject to any conditions specified in such notice) or (b) does not approve of such deviation, then the ECP Administrative Agent shall be deemed to have approved of the deviation. Notwithstanding the foregoing, no consent shall be required if such deviation is necessary to comply with Applicable Laws or Applicable Permits to allow the Project to operate in accordance with the requirements of Exhibit A. The Borrowers shall provide all information reasonably requested by the ECP Administrative Agent or its advisors or the Lenders in connection with evaluating any proposed deviation from the Project Design Basis and shall make its officers available for consultations with the ECP Administrative Agent and its advisors and the Lenders during reasonable business hours to discuss such deviation. The Borrowers shall use its best efforts to incorporate any comments or input of the ECP Administrative Agent and its advisors and the Lenders in the plans for any such proposed deviation. The Borrowers will provide written notice to the ECP Administrative Agent of all deviations from the Project Design Basis (whether or not the ECP Administrative Agent's consent is required for such deviation hereunder).

**5.13.4** FOA shall act as construction manager of the Project and, subject to Section 5.29, the operator with respect to the drilling, completion, and operation of the Wells.

**5.13.5** The ECP Administrative Agent and the Independent Engineer shall have access to all documents related to the construction of the Project prepared by or on behalf of, or made available to, the Borrowers and each of the ECP Administrative Agent and the Independent Engineer shall be granted reasonable inspection and audit rights related to such construction and

documents during normal working hours, upon at least five (5) days' prior written notice; *provided* that following an Event of Default hereunder, any such inspection may occur at any time, with notice only required to the extent required for the safety of the Borrowers and personnel and representatives of the ECP Administrative Agent.

**5.13.6** The Borrowers shall be responsible for all costs and expenses related to the Project, including the design, permitting, construction, drilling, completion, and operation thereof and shall apply the proceeds of the Term Loans in accordance with the terms and conditions of this Agreement and the other Credit Documents.

**5.13.7** The Borrowers shall tender satisfaction of the Expansion Conditions to the ECP Administrative Agent on or before December 31, 2015, each of which Expansion Conditions shall be in form and substance reasonably satisfactory to the ECP Administrative Agent and the Required Lenders in each case in consultation with the Independent Engineer.

**5.14 WARRANTY OF TITLE**. Each of the Borrowers shall maintain (a) valid ownership or leasehold interest in, or valid rights to use (subject to the JOA), its respective interests in the Upland, the Facilities and any other Properties related to or used in connection with the Project and (b) good, marketable, legal and valid title (or with respect to Property other than Real Property, rights sufficient for the transactions contemplated hereby) to all of its respective Properties (other than Properties disposed of pursuant to Section 6.7), in each case, free and clear of all Liens other than Permitted Encumbrances.

**5.15 BOOKS AND RECORDS**. The Borrowers shall maintain adequate books, accounts and records with respect to the Borrowers and prepare all financial statements required hereunder in accordance with GAAP and in material compliance with the regulations of any Governmental Authority having jurisdiction thereof, and, subject to any applicable requirements of Applicable Law and safety requirements, permit employees or agents of the ECP Administrative Agent and the Lenders at any reasonable times and upon reasonable prior notice to inspect all of each Borrower's Properties related to the Project, to examine or audit all of its and their books, accounts and records and make copies and memoranda thereof, and to communicate with the auditors of the Borrowers outside the presence of the Borrowers.

**5.16 PRESERVATION OF RIGHTS; FURTHER ASSURANCES**.

**5.16.1** The Borrowers shall from time to time, execute, acknowledge, record, register, deliver and/or file all such notices, statements, instruments and other documents and pay any fees associated therewith (including any memorandum of lease or other agreement, financing statement, continuation statement, certificate of title or estoppel certificate) and take such other steps as may be necessary or advisable to render or maintain fully valid, perfected, protected and enforceable under all Applicable Laws, the rights, Liens and priorities of the ECP Administrative Agent (on behalf of the Secured Parties) with respect to all Collateral and other security from time to time furnished under this Agreement and the other Credit Documents or intended to be so furnished, in each case in such form and at such times as shall be reasonably requested by the ECP Administrative Agent.

Tvanstenhout@ReedSmith.com 08/12/17 4:48:39PM

**5.16.2** The Borrowers shall perform all acts that may be necessary to perfect the Lien granted to the ECP Administrative Agent (on behalf of the Secured Parties) herein, including, unless otherwise performed by the ECP Administrative Agent, the filing of UCC-1 financing statements and execution of other agreements in form and substance satisfactory to the ECP Administrative Agent, perform all acts that may be necessary to maintain, preserve, and protect the Collateral and the perfection and first priority of the Lien (subject to Permitted Prior Liens) granted to the ECP Administrative Agent (on behalf of the Secured Parties) pursuant to the Security Documents, and properly and efficiently administer, operate, and maintain the Collateral.

**5.17 SEPARATENESS**. Each of the Borrowers shall comply with the following:

(a) maintain deposit accounts or accounts, separate from those of any Affiliate of either Borrower (other than FOA, in the case of Cornucopia and Cornucopia, in the case of FOA) with commercial banking institutions and will not commingle its funds with those of any Affiliate of either Borrower (other than FOA, in the case of Cornucopia and Cornucopia, in the case of FOA);

(b) act solely in its own name and through its duly authorized officers, managers, representatives or agents in the conduct of its businesses;

(c) conduct in all material respects its business solely in its own name, in a manner not misleading to other Persons as to its identity (without limiting the generality of the foregoing, such conduct of business shall be reflected in all oral and written communications (if any), including invoices, purchase orders, and contracts);

(d) obtain legally sufficient authorization from member(s), shareholder(s), director(s) and manager(s), as required by its limited liability company agreement or bylaws for all of its limited liability company or corporate actions; and

(e) comply in all material respects with the terms of its Organizational Documents.

**5.18 ADDITIONAL COLLATERAL**. With respect to any property (other than any property with a fair market value of less than $100,000 individually or $500,000 in the aggregate) acquired after the Closing Date by a Borrower that is intended to be subject to the Lien created by any of the Security Documents but is not so subject, promptly (and in any event within thirty (30) days after the acquisition thereof) the Borrowers shall (a) execute and deliver to the ECP Administrative Agent such amendments or supplements to the relevant Security Documents or such other documents as the ECP Administrative Agent shall reasonably deem necessary or advisable to grant to the ECP Administrative Agent (on behalf of the Secured Parties), a Lien on, and security interest in, such property subject to no Liens other than Permitted Encumbrances, and (b) take all actions necessary, unless otherwise performed by the ECP Administrative Agent, to cause such Lien to be duly perfected to the extent required by such Security Documents in accordance with all applicable Legal Requirements, including the filing of financing statements in such jurisdictions as may be reasonably requested by the ECP Administrative Agent. Each of the Borrowers shall otherwise take such actions and execute

TwoSeventyFiveReedSmith.com 08/08/2017 4:18 PM

TvanSchoubroeck@reedsmith.com 12/18/2014 10:39 PM

and/or deliver to the ECP Administrative Agent such documents as the ECP Administrative Agent shall reasonably require to confirm the validity, perfection and priority of the Lien of the Security Documents on such after-acquired Collateral.

**5.19 Security Interests; Further Assurances**. Promptly, upon the reasonable request of the ECP Administrative Agent or the Required Lenders, at the expense of the Borrowers, each Borrower shall execute, acknowledge and deliver, or cause the execution, acknowledgment and delivery of, and thereafter register, file or record, or cause to be registered, filed or recorded, in an appropriate governmental office, any document or instrument supplemental to or confirmatory of the Security Documents or otherwise deemed by the ECP Administrative Agent or the Required Lenders reasonably necessary or desirable for the continued validity, perfection and priority of the Liens on the Collateral covered thereby subject to no other Liens except for Permitted Encumbrances or any Liens permitted by the applicable Security Documents, or obtain any consents or waivers as may be necessary or appropriate in connection therewith, to the extent required by the applicable Security Documents. Upon the exercise by the ECP Administrative Agent or the Required Lenders of any power, right, privilege or remedy pursuant to any Credit Document which requires any consent, approval, registration, qualification or authorization of any Governmental Authority, each Borrower shall execute and deliver all applications, certifications, instruments and other documents and papers that the ECP Administrative Agent or the Required Lenders may reasonably require.

**5.20 State Tax Credits**. As of any date of determination, if the Borrowers shall fail to deposit or cause to be deposited into the Construction Tax Credit Account at least 85% in the aggregate of all State Tax Credits set forth collectively in all duly submitted Alaska Tax Credit Applications filed eight (8) calendar months on or prior to such date of determination, the Borrowers shall provide written notice to the ECP Administrative Agent within ten (10) days of such determination. If at any time, less than $100,000,000 of proceeds of State Tax Credits are reasonably expected to be received by the Borrowers from the State of Alaska Department of Revenue and deposited into the Construction Tax Credit Account on or prior to March 31, 2016, the Borrowers shall provide notice to the ECP Administrative Agent.

**5.21 Credit Documents**. The Borrowers shall pay all sums due and perform all obligations under this Agreement and the other Credit Documents according to the terms hereof and thereof.

**5.22 Material Contracts**. The Borrowers shall pay all obligations due under the Material Contracts, howsoever arising, as and when due and payable, except such as may be contested in good faith or as to which a bona fide dispute may exist; *provided* that (a) adequate Cash reserves have been established or provision has been made to the satisfaction of the ECP Administrative Agent in its reasonable discretion for the posting of security for, or the bonding of, such obligations or the prompt payment thereof in the event that such obligation is payable or (b) non-payment of such obligation pending the resolution of such contest or dispute could not reasonably be expected to result in a Material Adverse Effect.

**5.23 Approvals of Foreclosures on Closing Date Leases**. The Borrowers shall use commercially reasonable efforts to obtain within 120 days of the Closing Date all approvals of the Alaska Department of Natural Resources (and any other applicable

Governmental Authority) for the ECP Administrative Agent (on behalf of the Secured Parties) to foreclose on or otherwise take ownership of or title to the Borrowers' interest in the Closing Date Leases that are subject to the Mortgages; *provided however* that, for the avoidance of doubt, failure of the Borrowers to obtain such approval after taking such commercially reasonable efforts shall not constitute an Event of Default.

**5.24 PERMITTED DEVELOPMENT ACTIVITIES**. In connection with any Permitted Development Activity undertaken by the Borrowers, the Borrowers shall (a) maintain at all times during the exploration, development and construction thereof sufficient committed funds for the completion of development, performance, exploration and construction of such Permitted Development Activity and (b) maintain the insurance specified in clause (a)(vi) of the definition of Permitted Development Activity Conditions at all times during the continuance of such activities.

**5.25 INDEMNIFICATION**.

**5.25.1** The Borrowers shall jointly and severally indemnify, defend and hold harmless the ECP Administrative Agent and each Lender, and, in their capacities as such, their respective Affiliates, officers, directors, shareholders, controlling Persons, employees, agents, advisors, members, successors and assigns (collectively, the "**Indemnitees**"), from and against and reimburse the Indemnitees for:

(a) any and all claims (including without limitation, claims by either Borrower or Lender), obligations, liabilities, losses, damages, injuries (to person or property), penalties, actions, suits, judgments, costs and expenses (including reasonable attorneys' fees) of whatever kind or nature, whether or not well founded, meritorious or unmeritorious, that are demanded, asserted or claimed against any such Indemnitee in any way relating to, or arising out of or in connection with, this Agreement, the other Credit Documents, the Collateral or the transactions contemplated thereunder, including any fees or commissions described in Section 4.28 (collectively, "**Subject Claims**"), except for Subject Claims by the Borrowers to enforce their rights under the Credit Documents against an Indemnitee; *provided, however*, that this Section 5.25.1(a) shall not apply with respect to Taxes other than any Taxes that represent losses, claims, damages, or other amounts arising from any non-Tax claims; and

(b) any and all Subject Claims arising in connection with the Release or presence of any Hazardous Substances, whether foreseeable or unforeseeable, including all reasonable costs of removal and disposal of such Hazardous Substances, all reasonable costs required to be incurred in complying with all applicable Legal Requirements, all reasonable costs associated with claims for damages to persons or property, and reasonable attorneys' and consultants' fees and court costs.

**5.25.2** The indemnities provided by the Borrowers pursuant to this Section 5.25 shall not apply with respect to an Indemnitee to the extent finally determined by a court of competent jurisdiction as arising in whole or in part as a result of the gross negligence or willful misconduct of such Indemnitee, but shall continue to apply to other Indemnitees. In addition, such indemnities shall not include or extend to any Subject Claims incurred or suffered by any of the

Tvaste@...com 08/08/2018 ... :38 PM

Indemnitees to the extent that such Indemnitee shall have expressly agreed in Section 2.3.4, Section 2.3.5, Section 2.5.1, Section 2.5.2, or Section 9.4 herein to bear such Subject Claim without right of reimbursement. In no event shall any Indemnitee have any liability for any determination made pursuant to this Agreement in the absence of its gross negligence or willful misconduct (as finally determined by a court of competent jurisdiction). The Borrowers agree to jointly and severally reimburse each Indemnitee for all reasonable expenses, as set forth in Section 9.4 as they are incurred by it in connection with investigating or defending any loss, claim, damage, liability or expense in respect of which indemnification is payable hereunder (whether or not such Indemnitee is a party to such proceeding); *provided* that the Borrowers shall not be required to pay any such expenses arising in whole or in part in connection with any Subject Claims or actions which are finally determined by a court of competent jurisdiction to have arisen as a result of the gross negligence or willful misconduct of such Indemnitee.

**5.25.3** The provisions of this Section 5.25 shall survive foreclosure of the Security Documents and satisfaction or discharge of the Borrowers' joint and several obligations hereunder, and shall be in addition to any other rights and remedies of the Lenders.

**5.25.4** In case any action, suit or proceeding shall be brought against any Indemnitee, such Indemnitee shall promptly notify the Borrowers of the commencement thereof, and the Borrowers shall be entitled, at its expense, acting through counsel reasonably acceptable to such Indemnitee, to participate in, and, to the extent that the Borrowers desire, to assume and control the defense thereof. Such Indemnitee shall be entitled, at its expense, to participate in any action, suit or proceeding the defense of which has been assumed by the Borrowers. Notwithstanding the foregoing, the Borrowers shall not be entitled to assume and control the defenses of any such action, suit or proceedings if and to the extent that, in the reasonable opinion of such Indemnitee and its counsel, such action, suit or proceeding involves the potential imposition of criminal liability upon such Indemnitee or a conflict of interest between such Indemnitee and the Borrowers or between such Indemnitee and another Indemnitee (unless such conflict of interest is waived in writing by the affected Indemnitees), and in such event the Borrowers shall pay the reasonable expenses of such Indemnitee in such defense.

**5.25.5** The Borrowers shall report to such Indemnitee on the status of such action, suit or proceeding as material developments shall occur and from time to time as requested by such Indemnitee (but not more frequently than every 30 days). The Borrowers shall deliver to such Indemnitee a copy of each document filed or served on any party in such action, suit or proceeding, and each Material Contract which the Borrowers possesses relating to such action, suit or proceeding.

**5.25.6** Notwithstanding the Borrowers' rights hereunder to control certain actions, suits or proceedings, if any Indemnitee reasonably determines that failure to compromise or settle any Subject Claim made against such Indemnitee could reasonably be expected to result in a material adverse effect on such Indemnitee, the Collateral or on such Indemnitee's interest in the Collateral, such Indemnitee shall be entitled to compromise or settle such Subject Claim, in consultation with the Borrowers.

**5.25.7** Notwithstanding the Borrowers' rights hereunder to control certain actions, suits or proceedings, any Indemnitee against whom any Subject Claim is made shall be entitled to

Transaction Documents - 08/08/2017 PM

compromise or settle any such Subject Claim if such Indemnitee determines, in its reasonable discretion, that failure to compromise or settle such Subject Claim could reasonably be expected to result in a Material Adverse Effect; *provided* that such Indemnitee consults with and coordinates such compromise or settlement with the Borrowers. Any such compromise or settlement shall be binding upon the Borrowers for the purposes of this Section 5.25.7.

**5.25.8** Upon payment of any Subject Claim by the Borrowers pursuant to this Section 5.25.8 or other similar indemnity provisions contained herein to or on behalf of an Indemnitee, the Borrowers, without any further action, shall be subrogated to any and all claims that such Indemnitee may have relating thereto, and such Indemnitee shall cooperate with the Borrowers and the Borrowers' insurance carrier as may be reasonably requested by the Borrowers to enable the Borrowers to vigorously pursue such claims. In the event that the Borrowers shall have paid an amount to or on behalf of an Indemnitee in respect of any Subject Claim pursuant to the indemnification provisions of this Section 5.25.8 and such Indemnitee subsequently shall be reimbursed in respect of such Subject Claim from any other Person and, as a result, the aggregate amount so received by such Indemnitee shall exceed the amount of such Subject Claim, then (a) so long as no Event of Default has occurred and is continuing, such Indemnitee shall promptly pay to the Borrowers an amount equal to the lesser of (i) the amount of such excess, (i) the amount of such reimbursement from such other Person and (iii) the amount so paid by the Borrowers and (b) if an Event of Default has occurred and is continuing, such Indemnitee shall promptly pay to the ECP Administrative Agent the amount otherwise payable pursuant to clause (a) of this sentence, for application by the ECP Administrative Agent to any amounts due and owing under this Agreement.

**5.25.9** Any amounts payable by the Borrowers pursuant to this Section 5.25 shall be payable within five (5) days after the Borrowers receive an invoice for such amounts from any applicable Indemnitee, and if not paid within such five (5)-day period shall bear interest at the applicable rate pursuant to Section 2.3.3 for late payments.

**5.26 RIGHT OF FIRST REFUSAL**.

(a) At any time during the period from the Closing Date until the third anniversary of the Closing Date, if a Borrower or any of its Affiliates desires to raise additional debt or equity financing, excluding any financing consisting of the issuance or sale of equity interests or profits interests in, or unsecured debt of, the Sponsor, ("**Third Party Financing**") from a third party ("**Third Party Financing Source**") to further develop (a) the Dedicated Acreage or infrastructure therefor (including a potential approximate seven mile onshore pipeline from the Processing Plant to termination and tie in near Kenai LNG, Agrium and Tesoro facilities in Kenai, Alaska, or (b) other midstream or downstream projects in, or using natural gas, natural gas liquids or oil produced from, Cook Inlet, Alaska undertaken by a Borrower or any of its Affiliates, the Borrowers shall provide to the ECP Administrative Agent and the Lenders in writing the terms and conditions of such proposed Third Party Financing, including (i) the amount of such Third Party Financing, (ii) the tenor of such Third Party Financing, (iii) the security, if any, proposed to be provided to secure such Third Party Financing, and (iv) the use of proceeds of such Third Party Financing (a "**Third Party Financing Notice**") prior to entering into any definitive documents with respect to such Third Party Financing, which

TvanStephens@ReedSmith.com 12/02/2019 4:18:39 PM

shall constitute an irrevocable offer to permit the Lenders to provide such financing on such terms and conditions set forth in the Third Party Financing Notice.

(b) The Lenders will have twenty (20) days from receipt of a Third Party Financing Notice to respond to the Third Party Financing Notice. If the Lenders respond within such twenty (20) day period, the Lenders will have a total of forty (40) days from the receipt of such Third Party Financing Notice, to execute a letter of intent reasonably acceptable to the Lenders and the Borrowers for such Third Party Financing. If the Lenders decline such offer or do not respond within such twenty (20) day period or do not execute a letter of intent within such forty (40) day period, the Borrowers will have 120 days from such date of the Lenders' rejection or failure to respond, as applicable, to execute definitive documents with respect to such Third Party Financing with a Third Party Financing Source on terms and conditions that are no more favorable to such Third Party Financing Source than as set forth in the Third Party Financing Notice provided to the Lenders. If such definitive documents with respect to such Third Party Financing are not executed within such 120 day period or if the terms of such Third Party Financing become more favorable to the Third Party Financing Source during negotiation with such Third Party Financing Source, such Third Party Financing opportunity shall again be offered to the Lenders to provide or participate in such Third Party Financing as provided in this Section 5.26.

(c) Notwithstanding any provision herein to the contrary, including the payment in full of the obligations under this Agreement, the provisions of this Section 5.26 shall survive until the third anniversary of the Closing Date.

**5.27 TAX CREDITS.**

(a) The Borrowers shall (i) cause the proceeds of all State Tax Credits to be deposited into the Construction Tax Credit Account and (ii) collaterally assign to the ECP Administrative Agent all tax credit certificates for State Tax Credits to the extent permitted by Alaska law.

(b) The Borrowers shall timely complete and file, in accordance with Applicable Laws, with the DOR all applications for State Tax Credits which the Borrowers are entitled to claim no later than forty five (45) days after the first date on which such applications can be filed with the DOR.

(c) All deposits in, transfers to and from and disbursements from the Construction Tax Credit Account shall be in accordance with the Accounts Agreement and Section 5.27(a).

**5.28 MUTUAL RELEASE PAYMENTS**. No later than one Banking Day following each Credit Date, the Borrowers shall pay all amounts required to be paid to the Wildcat Parties pursuant to Section 3 of the Mutual Release Letter as of (or as of the Banking Day following) such Credit Date.

**5.29 OPERATOR.**

Tvanderhoudt@Beesmith.com - 1/31/2021 4:59 PM

**5.29.1** FOA will act as the operator of the Project, subject to this Section 5.29 and the terms of the JOA to the extent applicable to the Project; *provided* that FOA will not voluntarily resign as operator under the JOA other than upon the request of the ECP Administrative Agent pursuant to this Section 5.29. While operator, FOA will operate the Project in accordance with Prudent Operating Practices, Applicable Laws, Applicable Permits and the terms of the JOA, the Credit Documents and the Material Contracts to the extent applicable to the Project, and the Borrowers will be responsible for all costs of operating and maintaining the Project.

**5.29.2** (a) In the event FOA for any reason shall cease to be the operator of any portion of the Project the operatorship of which is under the JOA (the "**JOA Assets**"), then, subject to the terms of the JOA, the Borrowers shall, at the request of the ECP Administrative Agent, take all such actions as within its control, including obtaining all applicable JOA approvals, to appoint an Acceptable Operator as operator of such portions of the JOA Assets with respect to which FOA has ceased to be the operator, subject to any applicable regulatory approvals. (b) Upon the request of the ECP Administrative Agent upon or following the occurrence of a Furie Operating Default or the occurrence of any matter which would give rise to or require the removal of FOA as operator under the JOA, FOA shall resign as operator under the JOA with respect to the JOA Assets and, subject to the terms of the JOA, the Borrowers shall take all actions as within the Borrowers' control, including obtaining all applicable JOA approvals, to appoint an Acceptable Operator as operator of the JOA Assets, subject to any applicable regulatory approvals. The Borrowers will promptly provide written notice to the ECP Administrative Agent of any notice received by either Borrower of any alleged default by FOA, as operator, under the JOA.

**5.29.3** In the event FOA for any reason shall cease to be the operator of any portion of the Project other than the JOA Assets, or upon or following the occurrence of a Furie Operating Default, the Borrowers shall take all such actions as within their control, including obtaining all applicable JOA approvals, to appoint an Acceptable Operator as operator of such portions of the Project or portions thereof covered by the JOA, and for those portions of the Project not covered by the JOA, in each case subject to any applicable regulatory approvals.

**5.29.4** Upon any resignation or removal of FOA as operator under the JOA in accordance with Section 5.29.2 or Section 5.29.3, or upon the appointment of an Acceptable Operator as contract operator with respect to any JOA Assets, (a) the Borrowers shall cooperate in the transition of operations to such Acceptable Operator, and (b) FOA shall promptly deliver all relevant books and records and other property (including, without limitation, Intellectual Property) of FOA or any other former operator under the JOA over to such Acceptable Operator (or other successor operator, as applicable); *provided* that FOA shall have the right to retain copies of any books, records and other files.

**5.30 INSURANCE.**

**5.30.1** *Insurance Requirements.*

(a) At all times and at the Borrowers' sole cost, the Borrowers shall maintain and shall cause their contractors and subcontractors to maintain the minimum types and limits of insurance specified on Exhibit L in accordance with Prudent Industry Practice, through either an individual policy or as part of a group policy maintained by or

TvanStephunter@JusticeSoft.com 2019-12-04 18:__PM

for the Borrowers, with financially sound and reputable insurance companies rated A- (or the then-equivalent grade) or better, with a minimum size rating of VII (or the then-equivalent grade) by A.M. Best Company (or any equivalent rating by another nationally recognized insurance rating agency of similar standing if A.M. Best Company shall no longer publish its Best's Credit Ratings) or other insurance companies of recognized responsibility satisfactory to the ECP Administrative Agent (in consultation with the Insurance Consultant), insurance on all Properties of the Borrowers that is of an insurable character in at least such amounts and against at least such risks (but including in any event property and casualty and business interruption) as are usually insured against in the same general area by companies engaged in the same or a similar business, in each case, to the extent available on commercially reasonable terms (the "**Required Insurance**"). If the Borrowers fail to take out or maintain the full insurance coverage required by this Section 5.30, the ECP Administrative Agent, upon 10 Banking Days' prior notice (unless the aforementioned insurance would lapse within such period or has already lapsed, in which event notice shall not be required) to the Borrowers of any such failure, may (but shall not be obligated to) take out the required policies of insurance and pay the premiums on the same. All amounts so advanced thereof by the ECP Administrative Agent shall become an additional obligation of the Borrowers and the Borrowers shall forthwith pay such amounts to the ECP Administrative Agent together with interest thereon from the date so advanced. At any time during the occurrence and continuation of a Default or Event of Default and in the event that the Borrowers fail to respond in a timely and appropriate manner to take any steps necessary or reasonably requested by the ECP Administrative Agent to collect from any insurers for any loss covered by any insurance required to be maintained by Exhibit L hereto, the ECP Administrative Agent shall have the right to make all proofs of loss, adjust all claims and/or receive all or any part of the proceeds of the foregoing insurance policies, either in its own name or the name of the Borrowers; *provided*, *however*, that the Borrowers shall, upon the ECP Administrative Agent's request, and at the Borrowers' own cost and expense, make all proofs of loss and take all other steps necessary or reasonably requested by the ECP Administrative Agent to collect from insurers for any loss covered by any insurance required to be obtained by Exhibit L.

(b) The insurance policies required pursuant to this Section 5.30 shall (i) include a waiver of subrogation, including a waiver of setoff and counterclaim, in favor of the ECP Administrative Agent and the Lenders, (ii) be primary for the benefit of the ECP Administrative Agent and the Lenders, (iii) name the ECP Administrative Agent on behalf of the Secured Parties, as additional insureds thereunder as their respective interests may appear, (iv) include severability of interests or multiple insured provisions as applicable, (v) include deductibles per loss, occurrence or event of an amount not more than that which is customarily maintained by Prudent Industry Practice with a standard of operation and maintenance comparable to and in the general vicinity of the Project and (vi) include a provision that such policies shall not be canceled, terminated or expire without at least 30 days' prior written notice to the ECP Administrative Agent.

(c) Upon execution of this Agreement, the Borrowers shall furnish certificates satisfactory to the ECP Administrative Agent evidencing that such insurance required by this Section 5.30 and Exhibit L is in full force and effect. Prior to operational

Tvanstaedt Research Thu 1/2 4:00 PM

activities of the Project and no later than 30 days after each annual policy renewal date, the Borrowers shall deliver to the ECP Administrative Agent (i) a certificate from the Borrowers' insurance broker(s), dated within such 30-day period, substantially in the form of Exhibit E, and (ii) customary insurance certificates confirming that the Borrowers have obtained the Required Insurance.

**5.30.2** *Additional Insurance Requirements*. All policies required to be maintained pursuant to this Agreement shall contain a standard "non-contributory mortgagee" endorsement or its equivalent relating, inter alia, to recovery by the ECP Administrative Agent (on behalf of the Secured Parties) notwithstanding the negligent or willful acts or omissions of the Borrowers.

**5.30.3** *Insurance Limitations*. The insurance requirements set forth in this Section 5.30 shall not be limited or expanded by the liability and indemnity provisions contained in this Agreement, except to the extent expressly provided in this Agreement. If it is judicially determined that any of the insurance obligations under this Agreement are unenforceable in any respect under Applicable Law, said obligations shall automatically be amended to conform to the maximum limits and other provisions in the Applicable Law for so long as the law is in effect.

**5.30.4** *Flood Insurance*. If any portion of any the Encumbered Property is located in an area identified by the Federal Emergency Management Agency as an area having special flood hazards and in which flood insurance has been made available under the National Flood Insurance Act of 1968 (or any amendment or successor act thereto), then the Borrowers shall maintain, or cause to be maintained, with a financially sound and reputable insurer, flood insurance in an amount sufficient to comply with all applicable rules and regulations promulgated pursuant to such Act.

**5.30.5** *Unavailable Insurance*. In the event any insurance (including the limits or deductibles thereof) required by this Agreement to be maintained, other than insurance required by law to be maintained, shall not be available on commercially reasonable terms in the commercial insurance market, the ECP Administrative Agent shall not unreasonably withhold its consent to waive such requirement to the extent the maintenance thereof is not so available; *provided*, *however*, that (a) the Borrowers shall first request any such waiver in writing, which request shall be accompanied by written reports prepared by the Borrowers' insurance broker (and confirmed by the Insurance Consultant) certifying that such insurance is not available on commercially reasonable terms in the commercial insurance market for projects of similar type and capacity (and, in any case where the required amount is not so available, certifying as to the maximum amount which is so available) and explaining in detail the basis for such conclusions and the form and substance of such reports to be reasonably acceptable to the ECP Administrative Agent (acting in consultation with the Insurance Consultant); (b) at any time after the granting of any such waiver, the ECP Administrative Agent may request, and the Borrowers shall furnish to the ECP Administrative Agent within 15 days after such request, supplemental reports reasonably acceptable to the ECP Administrative Agent (acting in consultation with the Insurance Consultant) updating the prior reports and reaffirming such conclusion; and (c) any such waiver shall be effective only so long as such insurance shall not be available on commercially reasonable terms in the commercial insurance market, it being understood that the failure of the Borrowers to timely furnish any such supplemental report shall be conclusive evidence that such waiver is no longer effective because such condition no longer exists.

Transcript Ad © beaconsmith.com 08/06/2017 4:18:39 PM

**5.30.6** *Limitation of Liability*. Neither the ECP Administrative Agent nor the Lenders shall have any obligation or liability for premiums, commissions, assessments or calls in connection with any insurance policy required by this Agreement. No provision of Exhibit L hereto or any provision of this Agreement shall impose on the ECP Administrative Agent or any Lender any duty or obligation to verify the existence or adequacy of the insurance coverage maintained by the Borrowers. Neither the ECP Administrative Agent nor any Lender shall be responsible for any representations or warranties made by or on behalf of the Borrowers to any insurance company or underwriter.

**5.30.7** *Marine Surveyor Warranty*. Each Borrower shall (a) perform all of its obligations under the Marine Surveyor Warranty and otherwise comply in all respects with the Marine Surveyor Warranty and related scope of work included as Endorsement 9 to the construction all risks insurance required by Exhibit L, (b) take all reasonable action necessary to prevent termination (except by expiration in accordance with its terms) of, each and every insurance policy that requires compliance by the Borrowers with the Marine Surveyor Warranty, including prosecution of suits to enforce any right of each Borrower thereunder and enforcement of any claims with respect thereto and (c) cause the Marine Surveyor described in the Marine Surveyor Warranty to provide copies of all material notices of Critical Path Items covered by the Marine Surveyor Warranty to the ECP Administrative Agent. "Critical Path Items" are defined as the setting of the Monopod over the pilings, the pipelaying operations and the horizontal directional drilling operations.

**5.31 DEDICATED GAS**. The Borrowers shall deposit, and shall use reasonable efforts to cause third parties that would otherwise make payments directly to the Borrower to deposit, into the Gas Proceeds Account all proceeds from the sale of any Dedicated Gas or Excess Gas. All proceeds of Dedicated Gas and Excess Gas shall be applied and disbursed from the Gas Proceeds Account as set forth in the Accounts Agreement.

**5.32 MEASUREMENT.**

**5.32.1** The measurement station(s) at the Measurement Point shall be equipped with meters, recording gauges, or other types of meter(s) and instrumentation in accordance with applicable American Gas Association ("**AGA**") standards, Applicable Law and the requirements of any applicable Material Contract.

**5.32.2** The Borrowers, at their expense, shall install, operate, maintain, test and calibrate all meters, gauges and other instrumentation used for custody transfer in accordance with the requirements of applicable AGA standards and Applicable Law and the requirements of any applicable Material Contract, and in accordance with Prudent Operating Practices.

**5.32.3** At any time the Borrowers shall, upon reasonable request of the ECP Administrative Agent, provide to the ECP Administrative Agent records from the Borrowers' measurement equipment, together with calculations therefrom, for inspection and verification.

**5.33 HOMER CONSENT TO ASSIGNMENT.**

Within 90 days of receipt by FOA or Alaska Electric and Energy Cooperative, Inc. ("**AEEC**") of the approval of the Regulatory Commission of Alaska of that certain Gas Sale and

TvanStephen@ReedSmith.com - 12/06/2021 4:48 PM

Purchase Agreement dated as of June 26, 2014 between FOA and AEEC, FOA shall deliver to the ECP Administrative Agent a duly executed and delivered Consent to Assignment for such agreement from AEEC and FOA.

**5.34 RELEASE OF ESCOPETA MORTGAGE**. The Borrowers shall use commercially reasonable efforts to obtain evidence satisfactory to the ECP Administrative Agent of the release or satisfaction of the Escopeta Mortgage.

**5.35 RELEASE OF LIS PENDENS**. The Borrowers shall use commercially reasonable efforts to obtain evidence satisfactory to the ECP Administrative Agent of the release or satisfaction of the Lis Pendens.

**5.36 SISTERCO TRANSFER**. Within 90 days following the Closing Date, the Borrowers shall cause (a) 0.001% of the working interests in the Closing Date Leases to be legally and validly transferred or assigned (including the receipt by the Borrowers or any other applicable Person of all Governmental Authorizations necessary for such transfer or assignment) to Corsair, (b) 100% of the Equity Interests of Corsair to be legally and validly distributed, assigned or otherwise transferred (including the receipt by the Borrowers or any other applicable Person of all Governmental Authorizations necessary for such distribution, assignment or transfer) from Cornucopia to the Sponsor, (c) the satisfaction of each of the conditions precedent set forth in Section 4.05 of the Corsair Pledge Agreement, (d) to be delivered to the ECP Administrative Agent, UCC financing statements (Form UCC-l), naming the Sponsor as debtor and the ECP Administrative Agent as secured party, in form appropriate for filing as may be necessary to perfect the security interests purported to be created by the Replacement Corsair Pledge Agreement, covering the Collateral (as defined in the Replacement Corsair Pledge Agreement) and (e) the execution and delivery of each other JOA Operator Appointment Agreement (to the extent not previously executed and delivered).

**5.37 TIME CHARTER PARTY**. Within 30 days of the Closing Date, FOA shall either (a) extend either of the Time Charter agreements listed as items 10 and 11 on Schedule 4.17 for a minimum additional term of 365 days or (b) enter into a replacement contract for such Time Charter agreements with a vessel capable of performing the services being performed under such existing Time Charter agreements, substantially similar in scope as such Time Charter agreements and having a minimum term of 365 days and otherwise in form and substance satisfactory to the ECP Administrative Agent.

## ARTICLE 6.
## NEGATIVE COVENANTS

Until the Credit Agreement Termination Date:

**6.1 DEBT, LIENS AND OTHER ENCUMBRANCES**.

**6.1.1** The Borrowers shall not incur, create, assume or permit to exist any Debt, except Permitted Debt.

Tvanstephoudt@reedsmith.com 01/06/2014 1:18:39 PM

TvanStedum@ReedSmith.com - 13/08/2019 4:39 PM

**6.1.2** The Borrowers shall not create, assume or suffer to exist any Lien or any other encumbrances, except Permitted Encumbrances, on the Collateral, real or personal, whether now owned or hereafter acquired, or any other asset of either Borrower, or assign any right to receive income.

**6.2 LIMITATION ON PLATFORM PIPELINE AND PROCESSING FACILITIES**. The Borrowers shall not cause or permit the Platform, the Pipeline or the Processing Plant to transport or process any natural gas or other hydrocarbons other than the Dedicated Gas; provided, that, on any day, so long as (a) the Project Completion Date has occurred, (b) no Default or Event of Default has occurred and is continuing and (c) at least 35 MMcf of Dedicated Gas (or, if required by Prudent Industry Practice with respect to the Dedicated Acreage, such lesser volume of Dedicated Gas required by Prudent Industry Practice) has been previously transported and processed thereon on such day, the Borrowers may thereafter, subject to available capacity thereon transport and/or process (without duplication) up to 25 MMcf of Excess Gas on such day.

**6.3 INVESTMENTS**. The Borrowers shall not make any investments (whether by ownership or purchase of (or extension or making of) stocks, bonds, notes, obligations or other securities, loans, extensions of credit, advances, making deposits with or otherwise) or make any capital contribution other than:

(a) Cash, Cash Equivalents and Permitted Account Investments;

(b) investments and capital contributions by Cornucopia in FOA and investments by FOA in Cornucopia;

(c) Capital Expenditures permitted herein;

(d) investments consisting of extensions of credit in the nature of deposits, prepayments, accounts receivable, notes receivable or other similar accounts arising from the grant of trade credit in the ordinary course of business;

(e) investments received in satisfaction or partial satisfaction thereof from financially troubled account debtors and other credits to suppliers in the ordinary course of business;

(f) investments in accordance with Section 6.24;

(g) investments in Subsidiaries permitted pursuant to Section 6.12(b)(y) and Section 6.12(c); *provided* that such investments are made with Cash equity contributions made to Cornucopia or amounts that are permitted to be distributed pursuant to Section 6.6(a) or (b);

(h) investments contemplated by the JOA Operator Appointment Agreements; and

(i) other investments in the ordinary course of business in an aggregate amount not to exceed $250,000.

**6.4 TRANSACTIONS WITH AFFILIATES**. The Borrowers shall not directly or indirectly enter into any contract, transaction or series of transactions with or for the benefit of an Affiliate without the prior approval of the ECP Administrative Agent except (a) in the ordinary course of business and on a commercially reasonable arms-length basis on terms at least as favorable to the Borrowers as terms that could have been obtained from a third party who was not an Affiliate, (b) the transactions contemplated by the JOA Operator Appointment Agreements, (c) the contracts, transactions or series of transactions set forth on Schedule 4.29 and (d) transactions between the Borrowers.

**6.5 CAPITAL EXPENDITURES**. The Borrowers shall not make or incur Capital Expenditures other than (a) as set forth in the Project Design Basis, (b) following the commencement of operations of the Project, as set forth in the then-applicable Annual Operating Budget, (c) to the extent not included in the Annual Operating Budget, maintenance Capital Expenditures that are reasonably necessary for the Project, or (d) subject to the satisfaction of the Permitted Development Activity Conditions, Capital Expenditures for Permitted Development Activities.

**6.6 DIVIDENDS, DISTRIBUTIONS AND REDEMPTIONS – DEDICATED ACREAGE PROCEEDS**. Neither Borrower shall pay, declare or make, directly or indirectly, any Restricted Payment, or incur any obligation (contingent or otherwise) to do so, except:

(a) with respect to Cash Flow Available for Restricted Payments relating to the Dedicated Acreage and Dedicated Gas, within 15 days following each Semi-Annual Payment Date, so long as (i) no Default or Event of Default has occurred and is continuing as of such date and as of the date of distribution thereof, (ii) the Tax Credit Repayment Trigger has occurred, (iii) as of such date and as of the date of distribution thereof, the Borrowers shall have Available Liquidity in an amount equal to the following ninety (90) days of reasonably expected operating and maintenance expenses incurred in the ordinary course of business and maintenance Capital Expenditures to the extent permitted and calculated pursuant to Section 6.5(c), and (iv) the Project Completion Date has occurred;

(b) with respect to amounts received by the Borrowers with respect to Properties other than the Dedicated Acreage and gas proceeds other than Dedicated Gas (other than any amounts thereof consisting of Available Liquidity described in clause (a) above), so long as no Default or Event of Default has occurred and is continuing as of such date, or as of the date of distribution thereof;

(c) with respect to proceeds of State Tax Credits received by the Borrowers after the Tax Credit Repayment Trigger has occurred (other than any amounts thereof consisting of Available Liquidity described in clause (a) above), so long as no Default or Event of Default has occurred and is continuing as of such date, or as of the date of distribution thereof;

(d) at any time, FOA may pay, declare, make, directly or indirectly, any Restricted Payment to Cornucopia;

(e) to the extent constituting a Restricted Payment, transactions contemplated by the JOA Operator Appointment Agreements; and

Transperfect@reedsmith.com 18/04/2017 4:18 PM

(f) payments to the Sponsor in an amount not to exceed $200,000 in any calendar month pursuant to the Management Service Agreement, so long as no Default or Event of Default has occurred and is continuing as of such date, or as of the date of distribution thereof.

**6.7 RESTRICTIONS ON ASSET SALES**. The Borrowers shall not sell, lease, assign, transfer or otherwise dispose of assets, whether now owned or hereafter acquired, except (a) sales of as-extracted hydrocarbons in the ordinary course of their business and at fair market value and for Cash (excluding, for the avoidance of doubt, any forward sale or volumetric or dollar denominated production payment), (b) sales, leases, assignments, transfers or other disposals of assets that are unnecessary, worn out or no longer useful or usable in connection with the operation or maintenance of the Project for Cash, or, in the case of an abandonment of an asset, in accordance with Applicable Law, (c) other sales, leases, assignments, transfers or other disposals of assets in the ordinary course of business in an aggregate amount not to exceed $250,000 in any fiscal year of Cornucopia, (d) the transactions contemplated by the JOA Operator Appointment Agreements, (e) subject to the satisfaction of the Non-Dedicated Acreage Release Conditions, the sale or transfer of the Non-Dedicated Acreage Leases, (f) sales, assignments, encumbrances, pledges or other transfers of Excluded State Tax Credits, (g) contracting of, or other disposals of, Closing Date Leases (other than the Dedicated Acreage) required pursuant to the Kitchen Lights Unit Agreement or (h) after the Tax Credit Repayment Trigger, sales, assignments, encumbrances, pledges or other transfers of State Tax Credits.

The Borrowers shall not enter into any sale and leaseback or synthetic debt transactions.

**6.8 PROHIBITION ON AMENDMENTS TO MATERIAL CONTRACTS**.

**6.8.1** Subject to Sections 6.13 and 6.14, The Borrowers shall not amend, modify, supplement or waive, accept, or permit or consent to the termination, amendment, modification, supplement or waiver (including any waiver (or refund) of damages (liquidated or otherwise) payable by any party under any Material Contracts) in any material respect of, any provision of, or give any material consent under any of the Material Contracts without the prior written consent of the ECP Administrative Agent, which shall not be unreasonably withheld or delayed.

**6.8.2** Without duplication of Section 6.8.1, the Borrowers shall not amend, modify, supplement or waive, accept, or permit or consent to the termination, amendment, modification, supplement or waiver of, any JOA Operator Appointment Agreements.

**6.9 MATERIAL CONTRACTS**. The Borrowers shall not enter into or become a party to any Additional Material Contract without (a) obtaining prior written consent from the ECP Administrative Agent (which consent shall not be unreasonably withheld or delayed), (b) delivering if requested by the ECP Administrative Agent such documents as shall be necessary or advisable for such Material Contract and the rights and interests thereunder to become subject to the Liens of the Security Documents, (c) providing an executed copy of such Material Contract to the ECP Administrative Agent pursuant to Section 5.2(q) and (d) procuring from each applicable counterparty to such Material Contract a Consent to Assignment promptly upon the execution of such agreement (other than as provided in Section 5.34 with respect to AEEC).

Tvanstrom@reedsmith.com - 12/04/2019 4:48:39 PM

**6.10 Material Changes in Business; Amendments to Organizational Documents**. The Borrowers shall not (a) change the nature of its business or expand its business beyond the business contemplated in the Credit Documents or activities incidental thereto or take any action, whether by acquisition or otherwise, which would constitute or result in any material alteration to the nature of such business; *provided*, that Cornucopia shall not be prohibited from pursuing other opportunities for the exploration or production of hydrocarbons if such opportunities are not otherwise prohibited by the terms of the Credit Documents; or (b) directly or indirectly, change its legal form or any of its Organizational Documents (including by the filing or modification of any certificate of designation) or any agreement to which it is a party with respect to its limited liability company interest or otherwise terminate, amend or modify any such Organizational Document or agreement or any provision thereof, or enter into any new agreement with respect to its limited liability company interest, other than any such amendments, modifications or changes or such new agreements to which the prior written consent of the ECP Administrative Agent has been obtained or which are not adverse in any material respect to the interests of the ECP Administrative Agent or the Lenders.

**6.11 Dissolution; Mergers; Acquisitions**. The Borrowers shall not (a) wind up, liquidate or dissolve its affairs, or sell, lease or otherwise transfer or dispose of all or substantially all of its property, assets or business, (b) combine, merge or consolidate with or into any other entity, or (c) purchase or otherwise acquire all or substantially all of the assets of any Person.

**6.12 Subsidiaries and Joint Ventures**. No Borrower shall (a) become a general or limited partner in any partnership or a joint venturer in any joint venture, except to the extent its respective activities under the JOA constitute a joint venture (b) form or hold any Equity Interest in any other Person, other than (i) Cornucopia's ownership of Equity Interests of FOA, (ii) other Subsidiaries described in clause (c) below or (iii) to the extent contemplated by the JOA Operator Appointment Agreements, the SisterCo Operator, so long as, in each case, all Equity Interests in any such Subsidiary are contemporaneously pledged to the ECP Administrative Agent with the issuance thereof in accordance with Sections 5.18 and 5.19, and the Pledge and Security Agreement, (c) engage in any business other than owning and operating the Project and related activities; *provided*, that the Borrowers shall not be prohibited from pursuing other opportunities for the exploration or production of hydrocarbons, through newly formed wholly-owned Subsidiaries, the obligations of which are non-recourse to the Borrowers, if such opportunities are not otherwise prohibited by the terms of the Credit Documents, (d) fail to maintain bank accounts and books of account separate from any other Person (other than, in the case of FOA, Cornucopia and in the case of Cornucopia, FOA), (e) fail to cause its liabilities to be readily distinguishable from the liabilities of another Person, or (f) fail to conduct its business solely in its own name in a manner not misleading to other Persons as to its identity.

**6.13 Change Orders – Kitchen Lights Unit Phase I Project**. The Borrowers shall not issue or approve any Change Orders for the Kitchen Lights Unit Phase I Project (a) in an aggregate amount that exceeds the lesser of (x) 10% of any line item in the then-current approved construction budget for the Kitchen Lights Unit Phase I Project to which such Change Order relates and (y) $1,000,000; *provided*, that any such Change Orders decreasing Project Costs shall be permitted to the extent that such Change Orders that do not adversely affect the

Kitchen Lights Unit Phase I Project or (b) that modify any of the specifications of the Kitchen Lights Unit Phase I Project set forth in the Project Design Basis.

**6.14 CHANGE ORDERS - EXPANSION**. The Borrowers shall not issue or approve any Change Orders for the Expansion (if any) (a) in an aggregate amount that exceeds the lesser or (x) 10% of any line item in the then-current approved construction budget for the Expansion to which such Change Order relates and (y) $1,000,000; *provided*, that any such Change Orders decreasing Project Costs shall be permitted to the extent that such Change Orders that do not adversely affect the Expansion or (b) that modify any of the specifications of the Expansion set forth in the Project Design Basis.

**6.15 PROHIBITION ON ISSUANCE OF EQUITY INTEREST**. (a) FOA shall not issue any additional Equity Interest on or following the Closing Date to any Person other than Cornucopia and such Equity Interests shall be subject to the Liens under the Security Documents and (b) Cornucopia shall not issue any additional Equity Interest on or following the Closing Date to any Person other than the Sponsor and such Equity Interests shall be subject to the Liens under the Security Documents.

**6.16 REGULATIONS**. The Borrowers shall not directly or indirectly apply any part of the proceeds of the Term Loans to the purchasing or carrying of any margin stock within the meaning of Regulation T, U or X of the Federal Reserve Board.

**6.17 DISPOSAL OF SUBSIDIARY INTERESTS**. Cornucopia shall not directly or indirectly sell, assign, pledge or otherwise encumber or dispose of or suffer to exist and Lien on any Equity Interests in FOA other than the Liens under the Security Documents.

**6.18 RESTRICTIVE AGREEMENTS**. The Borrowers shall not enter into any Contractual Obligation (other than this Agreement or any other Credit Document) that (a) limits the ability of either Borrower to create, incur, assume or suffer to exist Liens on its Properties, (b) requires the grant of a Lien to secure an obligation of either Borrower if a Lien is granted to secure another obligation of either Borrower or (c) restricts the ability of either Borrower to amend any Credit Document, sell assets, incur Debt or take any other action that is permitted by the terms of this Agreement.

**6.19 NAME AND LOCATION; FISCAL YEAR**. Unless waived in writing by the ECP Administrative Agent, no Borrower shall change its name, corporate structure (e.g., by merger, consolidation, change in corporate form or otherwise), jurisdiction of organization, type of organization, sole place of business, chief executive office or establish any trade names, in each case without notice to the ECP Administrative Agent at least sixty (60) days prior to such change, or change its fiscal year without the ECP Administrative Agent's consent.

**6.20 USE OF COLLATERAL**. The Borrowers shall not use, or permit to be used, the Collateral for any purpose other than for the operation of the Project as contemplated by the Credit Documents and the Material Contracts.

**6.21 ASSIGNMENT**. The Borrowers shall not assign its rights hereunder or under any of the Credit Documents to any Person except as permitted under this Agreement and the other Credit Documents.

Transcript Prepared by RealtimeLegal.com 08/08/2017 4:48:39 PM

**6.22 HAZARDOUS SUBSTANCE**. The Borrowers shall not Release into the environment any Hazardous Substances in violation of any Legal Requirements, including Environmental Laws, or any material Permits, except for violations with respect to which (a) the Release (i) is not continuing or reasonably likely to re-occur and is not susceptible to cure or (ii) is continuing but is susceptible to cure and which either Borrower is diligently and in good faith attempting to correct, (b) there are no unsatisfied reporting or remediation requirements under applicable Legal Requirements, including Environmental Laws, or material Permits, and (c) no material non-monetary penalties or sanctions have been imposed or are reasonably likely to be imposed (except for the remediation of such violation) under applicable Legal Requirements, including Environmental Laws, or material Permits.

**6.23 NO SPECULATIVE TRANSACTIONS**. The Borrowers shall not enter into any option, swap, cap, floor, collar, forward purchase, or similar agreements or arrangements (or any combination of the foregoing) dealing with interest rates, basis differentials, currency exchange rates or commodity prices that does not represent a substitute for transactions made or to be made or positions taken in a physical marketing channel that are economically appropriate to the reduction of risks in the conduct and management of a commercial enterprise or that do not represent the potential change in the value of liabilities that either Borrower has incurred or reasonably anticipates incurring in the ordinary course of business. Each Borrower shall comply with any mandatory trading requirements imposed pursuant to Section 2(h)(8) of the CEA and the regulations promulgated thereunder and will submit for clearing, or cause to be submitted for clearing, any Swap which is subject to mandatory clearing pursuant to Section 2(h)(1) of the CEA and the regulations promulgated thereunder and for which no exception or exemption from mandatory clearing or mandatory trading is available. No Borrower shall enter into any Hedging Agreement unless it qualifies as an Eligible Contract Participant and shall not enter into any Hedging Agreement in violation of any applicable Legal Requirements, including, without limitation, applicable position limits presently or hereafter imposed by the U.S. Commodity Futures Trading Commission ("**CFTC**") and/or any designated contract market, swap execution facility, or other trading platform that imposes position limits with respect to any Hedging Agreements entered into by either Borrower.

**6.24 ACCOUNTS**.

**6.24.1** The Borrowers shall not maintain any deposit or securities accounts other than (a) the Trust Accounts set forth in the Accounts Agreement, (b) deposit accounts and securities accounts subject to Control Agreements, (c) any zero balance account or substantially similar account solely to the extent remaining such type of account, (d) any Operating Account (*provided* that such account is subject to a Control Agreement), (e) each collateral account holding initial margin, variation margin and collateral or other performance assurance provided to the Borrowers by counterparties to the Borrowers' Contractual Obligations, (f) accounts holding performance assurances of the Borrowers to Spartan Offshore Drilling, LLC pursuant to the Spartan Contract and (g) accounts holding performance assurances of the Borrowers to Governmental Authorities pursuant to Applicable Law.

**6.24.2** With respect to any Control Agreement governing any deposit accounts or securities accounts of either Borrower that does not, upon a termination of such Control Agreement by the financial institution or securities intermediary party thereto, provide for a

Transaction Ref: ... 12/05/2019 ... PM

transfer of all amounts on deposit in, or credited to, such accounts on the effective date of termination thereof to an account of the Borrower that is subject to a Control Agreement, the ECP Administrative Agent shall be entitled, upon receipt of notice of any such termination, no earlier than five Banking Days prior to the effective date of such termination (and notwithstanding the absence of an Event of Default) to (a) issue instructions, entitlement orders or directions to such securities intermediary with respect to any such securities accounts (or securities entitlements) and (b) issue any instructions to any financial institution maintaining any deposit account in each case to liquidate such account and transfer all amounts on deposit in, or credited to, such accounts on the date of such termination to an account of either Borrower subject to a Control Agreement, if reasonably available, or, if such an account is not reasonably available, to the ECP Administrative Agent.

**6.25 COMPLIANCE WITH ANTI-TERRORISM LAWS**. The Borrowers shall not:

(a) directly or indirectly, knowingly (i) conduct any operations in violation of any Money Laundering Laws, (ii) conduct any business or engage in making or receiving any contribution of funds, goods or services to or for the benefit of any Embargoed Person or (iii) engage in or conspire to engage in any transaction that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate, any of the prohibitions set forth in any Money Laundering Laws;

(b) directly or indirectly, knowingly cause or permit any of the funds of the Borrowers that are used to repay the Term Loans or other Obligations to be derived from any unlawful activity with the result that the making of the Term Loans would be in violation of any Money Laundering Laws;

(c) knowingly cause or permit (i) an Embargoed Person to have any direct or indirect interest in or benefit of any nature whatsoever in either Borrower or (ii) any of the funds or properties of either Borrower that are used to repay the Term Loans or other Obligations to constitute property of, or be beneficially owned directly or indirectly by, an Embargoed Person; and

(d) deliver to the Lenders any certification or other evidence requested from time to time by any Lender in its reasonable discretion, confirming the compliance by each Borrower of this Section 6.25.

**6.26 EXPANSION CONDITIONS**. The Borrowers shall not permit any material drilling or completion activity with respect to the Expansion Well to commence until the occurrence of the Expansion Conditions Approval Date.

**6.27 PERMITTED DEVELOPMENT ACTIVITIES CONDITIONS**. The Borrowers shall not permit any material exploration, drilling or completion or any other activity with respect to Permitted Development Activity to commence until each of the applicable Permitted Development Activity Conditions have been satisfied, in each case, to the reasonable satisfaction of the ECP Administrative Agent.

Tvardek@Reedsmith.com 08/08/2017 4:18:15 PM

**6.28 ENERGY REGULATORY STATUS**. The Borrowers shall not:

(a) Take any action that is reasonably likely to result in the Lenders or the ECP Administrative Agent becoming directly subject to, or not exempt from, regulation by FERC under the NGA or NGPA solely as a result of entering into this Agreement.

(b) Take any action that is reasonably likely to result in the Lenders or the ECP Administrative Agent becoming, solely as a result of entering into this Agreement, directly subject to, or not exempt from, regulation by the Regulatory Commission of Alaska under the Alaska Public Utilities Regulatory Act, AS 42.05 *et seq.*; the Pipeline Act, AS 42.06 *et seq.* or the In-State Pipeline Contract Carrier Act, AS 42.08 *et seq.*

## ARTICLE 7.
## EVENTS OF DEFAULT; REMEDIES

**7.1 EVENTS OF DEFAULT**. The occurrence of any of the following events shall constitute an event of default (each an **"Event of Default")** hereunder:

**7.1.1** *Failure to Make Payments.* Either Borrower shall fail to pay, in accordance with the terms of this Agreement, (a) any principal (including PIK Interest) of the Term Loans, any Installment or any Prepayment Premium on the date that such sum is due, or (b) any interest on the Term Loans or any other Obligation, any scheduled fee, cost, charge, sum or amount due hereunder or under the other Credit Documents, or any other fee, cost, charge, sum or other amount due under this Agreement within three (3) Banking Days after such sum is due.

**7.1.2** *Violation of Covenants.*

(a) Either Borrower fails to perform or observe any of the covenants set forth in Section 5.3 (*Existence; Maintenance of Contracts*), 5.6 (*Proceeds*), 5.9 (*Timely Payment of Taxes and Claims*), 5.14 (*Warranty of Title*), 5.28 (*Mutual Release Letter*) 5.26 (*Financing ROFR*), 5.30 (*Insurance*) or Article 6 or Cornucopia shall fail to perform or observe any of the covenants set forth in Section 4.07(a), 4.08(a) or 4.08(d), in each case, of the Corsair Pledge Agreement.

(b) Either Borrower shall fail to perform or observe any other covenant to be observed or performed by it hereunder or any other Credit Document not otherwise specifically provided for in clause (a) above and such failure shall continue unremedied for a period of 30 days after a Responsible Officer of either Borrower becomes aware thereof or either Borrower receives written notice thereof from the ECP Administrative Agent.

(c) Any Credit Document or any material provision thereof shall at any time and for any reason be declared by a court of competent jurisdiction to be null and void, or a proceeding shall be commenced by either Borrower or the Sponsor or any other person, or by any Governmental Authority, seeking to establish the invalidity or unenforceability thereof (exclusive of questions of interpretation of any provision thereof), or either Borrower or the Sponsor shall repudiate or deny any portion of its liability or obligation for the Obligations.

TvanStephoudian.ReedSmith.com 08/08/2018 4:18:51 PM

**7.1.3** *Representations and Warranties.* Any representation, warranty, certification or statement of fact made or deemed made by either Borrower herein or by either Borrower or the Sponsor, in any other Credit Document, or in any document required to be delivered in connection herewith or therewith shall be untrue in any material respect when made or deemed made (except to the extent qualified as to materiality (including Material Adverse Effect) in which case a default shall occur if such representation, warranty, certification or statement of fact made or deemed to made shall be untrue in any respect).

**7.1.4** *Change of Control.* A Change of Control occurs.

**7.1.5** *Bankruptcy or Insolvency.* Either Borrower or any of its Subsidiaries, SisterCo Operator or the Sponsor shall become subject to a Bankruptcy Event.

**7.1.6** *Judgments.*

(a) A final judgment or judgments (including with respect to Environmental Claims) shall be entered against either Borrower or the Sponsor in the amount of $500,000 or more individually or in the aggregate or a final judgment shall be entered against either Borrower or the Sponsor which if left unstayed could reasonably be expected to result in a Material Adverse Effect (other than (i) a judgment which is fully covered by insurance (subject to applicable deductibles) as to which the insurer does not dispute coverage or is discharged within 30 days after its entry, or (ii) a judgment the execution of which is effectively stayed within 30 days after its entry unless, after the entry of such stay, there shall be a period of more than 30 consecutive days during which the execution of such judgment is not effectively stayed).

(b) A final judgment or judgments shall be entered against either Borrower after all appeals have been exhausted with respect to the Jones Act Claims (other than a Final Resolution of Jones Act Claims).

**7.1.7** *Debt Cross Default.* (a) Failure of either Borrower or the Sponsor to pay when due any principal of or interest on or any other amount, including any payment in settlement, payable in respect of one or more items of Debt in an individual principal amount of $500,000 or more or with an aggregate principal amount of $500,000 or more, in each case beyond the grace period, if any provided therefore, or (b) breach or default by either Borrower or the Sponsor with respect to any other material term of (i) one or more items of Debt in the individual or aggregate principal amounts referred to in clause (a) above or (ii) any loan agreement, mortgage, indenture or other agreement relating to such item(s) of Debt, in each case beyond the grace period, if any, provided therefor, and the effect (but without giving effect to any waivers or extensions granted by any such holder of such Debt (or a trustee or agent on behalf of such holder or holders)) of the occurrence of such breach or default is to cause, or to permit the holder of such Debt (or a trustee or agent on behalf of such holder or holders) to cause, with the giving of notice if required, such Debt to be demanded or to become or be declared due or to be repurchased, prepaid, defeased or redeemed (automatically or otherwise), or an offer to repurchase, prepay, defease or redeem such Debt to be made, prior to its stated maturity or the stated maturity of any underlying obligation, as the case may be.

Tvarsshore@Requestitle.com 06/08/2017 4:18:39 PM

**7.1.8** *Breach of Material Contract.*

(a) Either Borrower shall be in breach of, or in default under, any material term, condition, covenant or obligation under a Material Contract and such breach or default shall not be remediable or, if remediable, either Borrower, as applicable, shall fail to cure or otherwise remedy such breach or default within the cure period provided in such Material Contract.

(b) Any Person other than a Borrower shall be in breach of, in default under a material obligation under, or repudiate or disavow in writing, a Material Contract and such breach or default shall not be remediable or, if remediable, shall continue unremedied for a period beyond the applicable grace period in such Material Contract.

(c) At any time after the execution and delivery thereof, any Material Contract or any material provision hereof or thereof (1) ceases to be in full force and effect or to be valid and binding on any party thereto (other than by reason of the satisfaction of performance of such agreement or provision or any other any termination thereof in accordance with the terms thereof) or any such party shall so state in writing, or such agreement is assigned or otherwise transferred (except as otherwise required or expressly permitted hereunder or thereunder) or is prematurely terminated by any party thereto, (2) is or becomes invalid, illegal or unenforceable, or any party hereto or thereto repudiates or disavows such agreement in writing or takes any action to challenge the validity or enforceability of such agreement, (3) is declared null and void by a Governmental Authority of competent jurisdiction or written notice is given by any Governmental Authority or applicable counterparty contesting the validity or enforcement thereof, or (4) fails to or ceases to provide the rights, powers and privileges purported to be created thereby or hereby.

**7.1.9** *ERISA*. (a) An ERISA Event occurs which has resulted or could reasonably be expected to result in liability of either Borrower or any ERISA Affiliate in an aggregate amount in excess of $500,000, or (b) either Borrower or any ERISA Affiliate fails to pay when due, after the expiration of any applicable grace period, any installment payment with respect to its withdrawal liability under Section 4201 of ERISA under a Multiemployer Plan.

**7.1.10** *Invalidity of Documents.*

(a) Any material provision of any Credit Document, at any time after its execution and delivery and for any reason other than as expressly permitted hereunder or thereunder, ceases to be in full force and effect;

(b) either Borrower, the Sponsor or any other person a party thereto (other than the ECP Administrative Agent) contests in writing the validity or enforceability of any provision of any Credit Document; or

(c) either Borrower or the Sponsor denies in writing that it has any or further liability or obligation under any Credit Document, or purports in writing to revoke, terminate or rescind any Credit Document.

TvanStephoudt@ReedSmith.com 11/08/2019 4:18:35 PM

**7.1.11** *Project Completion by Date Certain.* The Project Completion Date shall not have occurred by the Date Certain and such failure shall continue unremedied for a period of 30 days after the Date Certain.

**7.1.12** *State Tax Credits.*

(a) As of any date of determination, the Borrowers shall fail to receive from the DOR or deposit into the Construction Tax Credit Account, within 10 calendar months of the date of each duly submitted Alaska Tax Credit Application therefor, at least 85% in the aggregate of the proceeds of all State Tax Credits set forth collectively in all Alaska Tax Credit Applications filed on or prior to the date that is 10 months prior to such date of determination; *provided* that for purposes of determining compliance with such 85% threshold, such proceeds of State Tax Credits shall, notwithstanding anything to the contrary contained herein, be deemed to include the amount of Cash equity contributions by (or on behalf of) the Sponsor that are applied by the Borrowers to repay the Term Loans in accordance with Section 2.1.5(d)(i) on or prior to such date of determination.

(b) At any time, less than $100,000,000 of proceeds of State Tax Credits are reasonably expected to be received by the Borrowers from the DOR and deposited into the Construction Tax Credit Account on or prior to March 31, 2016; *provided* that such $100,000,000 shall be reduced on a dollar-for-dollar basis by the amount of Cash equity contributions by (or on behalf of) the Sponsor that are applied by the Borrowers to repay the Term Loans in accordance with Section 2.1.5(d)(i) on or prior to such date of determination.

**7.1.13** *Loss of Collateral.* Any substantial portion of either Borrower's Properties are damaged or seized or appropriated by any Governmental Authority, without appropriate Insurance Proceeds (subject to the underlying deductible) or fair compensation being paid therefor so as to allow replacement of such property or prepayment of the Loans and to allow either Borrower, in the ECP Administrative Agent's reasonable judgment, to continue to satisfy its obligations hereunder and under the other Credit Documents.

**7.1.14** *Security.* Any of the Security Documents, once executed and delivered, shall, except as the result of the acts or omissions of the ECP Administrative Agent with respect to any Collateral in its possession, fail to provide the ECP Administrative Agent the Liens (or the priority thereof), rights, titles, interest, remedies permitted by law, powers or privileges intended to be created thereby with respect to the Collateral or, except in accordance with its terms, cease to be in full force and effect, or the first priority or validity thereof (except as permitted hereby) or the applicability thereof to the Term Loans, the Obligations or any other obligations purported to be secured or guaranteed thereby or any part thereof shall be disaffirmed in writing by or on behalf of either Borrower or the Sponsor.

**7.1.15** *Loss of, Failure to Obtain or Breach of Permits.*

(a) Either Borrower, as of any date, shall fail to possess any Applicable Permit necessary in connection with the transactions contemplated in the Credit Documents where such failure could reasonably be expected to have a Material Adverse

TvanStephen@Reedsmith.com 10/08/2019 4:18:39 PM

Effect, and such failure shall continue unremedied for a period of 45 days after a Responsible Officer of either Borrower becomes aware thereof or either Borrower receives written notice thereof from the ECP Administrative Agent.

(b) Any Applicable Permit necessary in connection with the transactions contemplated in the Credit Documents shall be materially modified (other than modifications requested by the Borrowers and approved in writing in advance of such modification by the ECP Administrative Agent, which approval shall not be unreasonably withheld or delayed), revoked, canceled or not renewed by the issuing agency or other Governmental Authority having jurisdiction where such modification, revocation, cancellation or nonrenewal could reasonably be expected to have a Material Adverse Effect, and such modification, revocation, cancellation or nonrenewal of such Applicable Permit shall continue unremedied for a period of 45 days after a Responsible Officer of either Borrower becomes aware thereof or either Borrower receives written notice thereof from the ECP Administrative Agent.

(c) Either Borrower shall be in breach of or in default under any material term, condition, covenant or obligation under any Applicable Permit where such breach or default could reasonably be expected to have a Material Adverse Effect and such breach or default shall not be remediable or, if remediable, either Borrower shall fail to cure or otherwise remedy such breach or default within 45 days after a Responsible Officer of either Borrower becomes aware thereof or either Borrower receives written notice thereof from the ECP Administrative Agent.

**7.1.16** *Abandonment*. An Abandonment shall have occurred.

**7.1.17** *Permanent Midstream Shutdown*. A Permanent Midstream Shutdown shall have occurred.

**7.1.18** *Sponsor Payment and other Breaches*.

(a) The Sponsor shall fail to make any payment required to be made by it under the Cost Overrun Guaranty within five (5) Banking Days after such sum is due.

(b) The Sponsor shall fail to perform or observe any of the covenants set forth in Section 4.08(a) or Section 4.09 in each case of the Sponsor Pledge Agreement.

(c) After the execution and delivery thereof by the Sponsor pursuant to Section 4.5 of the Corsair Pledge Agreement, the Sponsor shall fail to perform or observe any of the covenants set forth in Section 4.07(a), 4.07(b), 4.09(a) or 4.09(d) in each case of the Replacement Corsair Pledge Agreement.

**7.1.19** *Sponsor Violation of Covenants*. The Sponsor shall fail to perform or observe any covenant to be observed or performed by it under each Credit Document to which it is a party not otherwise specifically provided for in Section 7.1.18 and such failure shall continue unremedied for a period of 30 days after a Responsible Officer of the Sponsor, becomes aware thereof or either Borrower receives written notice thereof from the ECP Administrative Agent.

Tverstoprediti@ReedSmith.com 08/08/2014 4:39 PM

**7.1.20** *Operator Under JOA.* None of FOA, SisterCo Operator or an Acceptable Operator is the operator under the JOA with respect to the JOA Assets.

**7.1.21** *Expansion Completion by Expansion Date Certain.* If the Expansion Conditions Approval Date has occurred, the Expansion Completion Date shall have failed to occur by the Expansion Date Certain.

7.2 **REMEDIES**. Upon the occurrence and during the continuation of an Event of Default, the ECP Administrative Agent and the Lenders may, at the election of the Required Lenders, without further notice of default, presentment or demand for payment, protest or notice of nonpayment or dishonor, or other notices or demands of any kind, all such notices and demands being waived, exercise any or all of the following cumulative and non-exclusive rights and remedies, in any combination or order that the Required Lenders may elect, in addition to such other rights or remedies as the Lenders may have hereunder, under the Security Documents, any instrument, document or agreement now existing or hereafter arising, or at law or in equity:

**7.2.1** *Cure by the ECP Administrative Agent.* Without any obligation to do so, make disbursements on behalf of the Borrowers to cure any Event of Default hereunder and to cure any default and render any performance under any Material Contracts as the Required Lenders in their sole discretion may consider necessary or appropriate, whether to preserve and protect the Collateral or the ECP Administrative Agent's and Lenders' interests therein or for any other reason, and all sums so expended, together with interest on such total amount at the Default Rate (but in no event shall the rate exceed the maximum lawful rate), shall be repaid by the Borrowers to the ECP Administrative Agent on demand and secured by the Credit Documents, notwithstanding that such expenditures may, together with amounts advanced under this Agreement, exceed the aggregate amount of the Term Loan Commitments of all Lenders.

**7.2.2** *Acceleration.* Declare and make all sums of outstanding principal (including PIK Interest), all accrued but unpaid interest remaining under this Agreement and all outstanding Prepayment Premium, together with all unpaid fees, costs and charges due hereunder or under any other Credit Document, immediately due and payable and require the Borrowers, immediately, without presentment, demand, protest or other notice of any kind, all of which the Borrowers hereby expressly waives, to pay the ECP Administrative Agent or the Lenders an amount in immediately available funds equal to the aggregate amount of any outstanding Term Loans; *provided* that in the event of an Event of Default occurring under Section 7.1.5 with respect to the Borrowers, all such amounts shall become immediately due and payable without further act of the ECP Administrative Agent or the Lenders.

**7.2.3** *Cash Collateral.* Apply or execute upon any amounts on deposit or any proceeds or any other moneys of either Borrower on deposit with the ECP Administrative Agent or any Lender in the manner provided in the UCC and other relevant Applicable Law with respect to Cash collateral.

**7.2.4** *Foreclose on Collateral.* Exercise any or all of its rights as a secured creditor under the UCC, and any or all rights granted by this Agreement and by law, including the right to require the Borrowers to assemble the Collateral and make it available to the ECP Administrative Agent at a place to be designated by the ECP Administrative Agent. The Borrowers hereby

agree that 10 days' notice of a public sale of any Collateral or notice of the date after which a private sale of any Collateral may take place is commercially reasonable.

**7.2.5** *Remedies Under Credit Documents*. Exercise any and all rights and remedies available to it under any of the Credit Documents, including judicial or non-judicial foreclosure or public or private sale of any of the Collateral pursuant to the Security Documents.

## ARTICLE 8.
## THE AGENT; SUBSTITUTION

### 8.1 APPOINTMENT, POWERS AND IMMUNITIES.

**8.1.1** Each Lender hereby appoints and authorizes the ECP Administrative Agent to act as its agent hereunder and under the other Credit Documents with such powers as are expressly delegated to the ECP Administrative Agent by the terms of this Agreement and the other Credit Documents, together with such other powers as are reasonably incidental thereto. The ECP Administrative Agent shall not have any duties or responsibilities except those expressly set forth in this Agreement or in any other Credit Document, or be a trustee or fiduciary for any Lender. Notwithstanding anything to the contrary contained herein, the ECP Administrative Agent shall not be required to take any action which is contrary to this Agreement or any other Credit Documents or any Legal Requirement or exposes the ECP Administrative Agent to any liability. None of the ECP Administrative Agent, any Lender and any of their respective Affiliates shall be responsible to any other Lender for any recitals, statements, representations or warranties made by the Borrowers or any of their respective Affiliates contained in this Agreement or in any certificate or other document referred to or provided for in, or received by the ECP Administrative Agent, or any Lender under this Agreement, for the value, validity, effectiveness, genuineness, enforceability or sufficiency of this Agreement, any Notes or any other document referred to or provided for herein or for any failure by the Borrowers or any of their respective Affiliates to perform their respective obligations hereunder or thereunder. The ECP Administrative Agent may employ agents and attorneys-in-fact and shall not be responsible for the negligence or misconduct of any such agents or attorneys-in-fact selected by it with reasonable care.

**8.1.2** The ECP Administrative Agent and its directors, officers, employees or agents shall not be responsible for any action taken or omitted to be taken by it or them hereunder or under any other Credit Document or in connection herewith or therewith, except for its or their own gross negligence or willful misconduct. Without limiting the generality of the foregoing, the ECP Administrative Agent:

(a) may treat the payee of any Note as the holder thereof until the ECP Administrative Agent receives an Assignment Agreement or other written notice of the assignment or transfer thereof signed by such payee and in form satisfactory to the ECP Administrative Agent;

(b) may consult with legal counsel, independent public accountants and other experts selected by it and shall not be liable for any action taken or omitted to be

TvanStephoute@ReedSmith.com 08/30/2017 4:18:59 PM

taken in good faith by them in accordance with the advice of such counsel, accountants or experts;

(c) makes no warranty or representation to any Lender for any statements, warranties or representations made in or in connection with any Material Contract or Credit Document;

(d) shall not have any duty to ascertain or to inquire as to the performance or observance of any of the terms, covenants or conditions of any Credit Document on the part of any party thereto or to inspect the property (including the Books and Records) of the Borrowers, the Sponsor or any other Person;

(e) shall not be responsible to any Lender for the due execution, legality, validity, enforceability, genuineness, sufficiency or value of any Credit Document or any other instrument or document furnished pursuant hereto; and

(f) may rely solely on the advice of an independent engineer or an insurance consultant (except in circumstances in which the approval or consent of the Required Lenders or all of the Lenders is expressly required hereunder or under any other Credit Document) or the approval or consent of the Required Lenders (except in circumstances in which the approval or consent of all of the Lenders is expressly required hereunder or under any other Credit Document) in making any determination hereunder or under any other Credit Document.

Except as otherwise provided under this Agreement, the ECP Administrative Agent shall take such action with respect to the Credit Documents as shall be directed by the Required Lenders.

**8.1.3** Except for any action expressly required of the ECP Administrative Agent hereunder, it shall in all cases be fully justified in failing or refusing to act unless it shall receive further assurances to its reasonable satisfaction from the Lenders of their indemnification obligations under Section 8.5 against any and all liability and expense that may be incurred by it by reason of taking or continuing to take any such action. No provision of this Agreement or any Credit Document shall require the ECP Administrative Agent to take any action that it reasonably believes to be contrary to Applicable Law or to expend or risk its own funds or otherwise incur financial liability in the performance of any of its duties thereunder or in the exercise of any of its rights or powers if it shall have reasonable grounds to believe that repayment of such funds or adequate indemnity against such risk or liability is not reasonably assured to it.

**8.2 RELIANCE BY THE ECP ADMINISTRATIVE AGENT**. The ECP Administrative Agent shall be entitled to rely upon any certificate, notice or other document (including any cable, telegram, telecopy or written electronic communication) believed by it to be genuine and correct and to have been signed or sent by or on behalf of the proper Person or Persons, and upon advice and statements of legal counsel, independent engineers, insurance consultants, independent accountants and other experts selected by the ECP Administrative Agent. As to any other matters not expressly provided for by this Agreement, the ECP Administrative Agent shall not be required to take any action or exercise any discretion, but shall be required to act or to

refrain from acting upon instructions of the Required Lenders (except that the ECP Administrative Agent shall not be required to take any action which exposes the ECP Administrative Agent to personal liability or which is contrary to this Agreement, any other Credit Document or any Legal Requirement) and shall in all cases be fully protected in acting, or in refraining from acting, hereunder or under any other Credit Document in accordance with the instructions of the Required Lenders (or, where so expressly stated, all of the Lenders), and such instructions of the Required Lenders (or all of the Lenders, where applicable) and any action taken or failure to act pursuant thereto shall be binding on all of the Lenders.

**8.3 NON-RELIANCE**. Each Lender represents that it has independently and without reliance on the ECP Administrative Agent or any other Lender, and based on such documents and information as it has deemed appropriate, made its own appraisal of the financial condition and affairs of the Borrowers and decision to enter into this Agreement and agrees that it will, independently and without reliance upon the ECP Administrative Agent, or any other Lender, and based on such documents and information as it shall deem appropriate at the time, continue to make its own appraisals and decisions in taking or not taking action under this Agreement. None of the ECP Administrative Agent or any Lender shall be required to keep informed as to the performance or observance by the Borrowers or their respective Affiliates under this Agreement or any other document referred to or provided for herein or to make inquiry of, or to inspect the Properties or Books and Records of, the Borrower or their respective Affiliates.

**8.4 DEFAULTS**. The ECP Administrative Agent shall not be deemed to have knowledge or notice of the occurrence of any Default or Event of Default unless the ECP Administrative Agent has received a written notice from a Lender or the Borrowers, referring to this Agreement, describing such Default or Event of Default and indicating that such notice is a notice of default. If the ECP Administrative Agent receives such a notice of the occurrence of a Default or an Event of Default, the ECP Administrative Agent shall give notice thereof to the Lenders. The ECP Administrative Agent shall take such action with respect to such Default or Event of Default as is provided in Article 7 or if not provided for in Article 7, as the ECP Administrative Agent shall be reasonably directed by the Required Lenders; *provided, however,* that, unless and until the ECP Administrative Agent shall have received such directions, the ECP Administrative Agent may (but shall not be obligated to) take such action, or refrain from taking such action, with respect to such Default or Event of Default as it shall deem advisable in the best interest of the Lenders.

**8.5 INDEMNIFICATION**. Without limiting the Obligations of the Borrowers hereunder, each Lender agrees to indemnify the ECP Administrative Agent, ratably in accordance with its Proportionate Share, for any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever which may at any time be imposed on, incurred by or asserted against the ECP Administrative Agent in any way relating to or arising out of this Agreement, the other Credit Documents or any documents contemplated by or referred to herein or therein or the transactions contemplated hereby or thereby or the enforcement of any of the terms hereof or thereof or of any such other documents; *provided, however,* that no Lender shall be liable for any of the foregoing to the extent they arise from the ECP Administrative Agent's gross negligence or willful misconduct. The ECP Administrative Agent shall be fully justified in refusing to take or to continue to take any action hereunder unless it shall first be indemnified to its satisfaction by

the Lenders against any and all liability and expense which may be incurred by it by reason of taking or continuing to take any such action. Without limitation of the foregoing, each Lender agrees to reimburse the ECP Administrative Agent promptly upon demand for its ratable share of any out-of-pocket expenses (including counsel fees) incurred by the ECP Administrative Agent in connection with the preparation, execution, administration or enforcement of, or legal advice in respect of rights or responsibilities under, the Credit Documents, to the extent that the ECP Administrative Agent is not reimbursed for such expenses by the Borrowers.

**8.6 SUCCESSOR ECP ADMINISTRATIVE AGENT**. The ECP Administrative Agent may resign at any time by giving written notice thereof to the Lenders and the Borrowers. The ECP Administrative Agent may be removed involuntarily only for a material breach of its duties and obligations hereunder or under the other Credit Documents or for gross negligence or willful misconduct in connection with the performance of its duties hereunder or under the other Credit Documents and then only upon the affirmative vote of the Required Lenders (excluding the ECP Administrative Agent from such vote and the ECP Administrative Agent's Proportionate Share of the Term Loan Commitment from the amounts used to determine the portion of the Term Loan Commitment necessary to constitute the required Proportionate Share of the remaining Lenders). Upon any such resignation or removal, the Required Lenders shall have the right to appoint a successor ECP Administrative Agent. If no successor ECP Administrative Agent shall have been so appointed by the Required Lenders, and shall have accepted such appointment, within 10 days after the retiring ECP Administrative Agent's giving of notice of resignation or the Lenders' removal of the retiring ECP Administrative Agent, the retiring ECP Administrative Agent may, on behalf of the Lenders, appoint a successor ECP Administrative Agent, which shall be a Lender, if any Lender shall be willing to serve, and otherwise shall be a commercial bank having a combined capital and surplus of at least $50,000,000. Upon the acceptance of any appointment as the ECP Administrative Agent under the Credit Documents by a successor ECP Administrative Agent, such successor ECP Administrative Agent shall thereupon succeed to and become vested with all the rights, powers, privileges and duties of the retiring ECP Administrative Agent, and the retiring ECP Administrative Agent shall be discharged from its duties and obligations as the ECP Administrative Agent only under the Credit Documents. After any retiring ECP Administrative Agent's resignation or removal hereunder as the ECP Administrative Agent, the provisions of Section 5.25 and this Article 8 shall inure to its benefit as to any actions taken or omitted to be taken by it while it was the ECP Administrative Agent under the Credit Documents.

**8.7 AUTHORIZATION**. The ECP Administrative Agent is hereby authorized by each Lender to execute, deliver and perform each of the Credit Documents to which the ECP Administrative Agent is or is intended to be a party and each Lender agrees to be bound by all of the agreements of the ECP Administrative Agent contained in the Credit Documents. The ECP Administrative Agent is further authorized by each Lender (a) to release Liens on property (including any Collateral granted or held by it) (i) upon payment in full of all Obligations (other than (x) those expressly stated to survive termination and (y) contingent obligations as to which no claim has been asserted), (ii) that either Borrower is permitted to sell or transfer or otherwise dispose of pursuant to the terms of this Agreement and the other Credit Documents or (iii) if approved, authorized or ratified in writing in accordance with Section 8.9, and (b) to enter into agreements supplemental hereto for the purpose of curing any formal defect, inconsistency, omission or ambiguity in this Agreement or any other Credit Document to which it is a party.

**8.8 THE ECP ADMINISTRATIVE AGENT**. With respect to its Term Loan Commitment, the Term Loans made by it and any Note issued to it, the ECP Administrative Agent shall have the same rights and powers under the Credit Documents as any other Lender and may exercise the same as though it were not the ECP Administrative Agent. The term "Lender" or "Lenders" shall, unless otherwise expressly indicated, include the ECP Administrative Agent in its individual capacity. The ECP Administrative Agent and its Affiliates may accept deposits from, lend money to, act as trustee under indentures of, and generally engage in any kind of business with the Borrowers or any other Person, without any duty to account therefor to the Lenders.

**8.9 AMENDMENTS; WAIVERS**. Subject to the provisions of this Section 8.9, unless otherwise specified in this Agreement or another Credit Document, the Required Lenders (or the ECP Administrative Agent with the consent in writing of the Required Lenders) and the Borrowers may enter into agreements supplemental hereto for the purpose of adding, amending, modifying or waiving any provisions to the Credit Documents or changing in any manner the rights of the Lenders or the Borrowers hereunder or waiving any Default or Event of Default; *provided, however,* that:

(a) no such supplemental agreement shall, without the consent of all of the Lenders:

(i) modify or waive the requirements under:

(A) Section 2.1.1(e) (*Term Loan Principal Payment*), 2.1.5(c) (*Optional Prepayment*), 2.1.5(d) (*Mandatory Prepayment*), 2.4 (*Pro Rata Treatment*), 2.5 (*Change of Circumstances*), 5.6 (*Use of Proceeds*), 6.21 (*Assignment*), 8.1 (*Appointment, Powers and Immunities of the ECP Administrative Agent*), 8.12 (*Participation*) or 8.13 (*Transfer of Commitment*);

(B) any other provision of any Credit Document specifically requiring the consent of or waiver by all of the Lenders;

(ii) extend the Term Loan Availability Period, the Term Loan Commitment Termination Date or Term Loan Maturity Date;

(iii) reduce the amount or extend the payment date for any amount due hereunder, whether principal, interest, fees or other amounts;

(iv) increase the Total Term Loan Commitment or the amount of the Term Loan Commitment of any Lender hereunder;

(v) reduce the percentage specified in the definition of Required Lenders;

(vi) amend this Section 8.9; or

(vii) release any Collateral from the Lien of any of the Security Documents or release any party acting as a guarantor under a Credit Document (except as

TvanStephoud@ReedSmith.com - 08/08/2017 4:43:46 PM

specifically permitted by Section 2.7 of this Agreement and the other terms of the relevant Credit Document); and

(b) no such supplemental agreement shall, without the consent of the ECP Administrative Agent, change the ECP Administrative Agent's duties, obligations, rights, remedies, indemnities or immunities.

**8.10 WITHHOLDING TAX.**

**8.10.1** The ECP Administrative Agent may withhold from any interest payment to any Lender an amount equivalent to any applicable withholding tax. If the forms or other documentation required by Section 2.3.5 are not delivered to the ECP Administrative Agent, then the ECP Administrative Agent may withhold from any payment to any Lender not providing such forms or other documentation, an amount equivalent to the applicable withholding tax. Nothing in this Section 8.10.1 shall relieve the Borrowers of their obligations with respect to Indemnified Taxes and Other Taxes provided in Section 2.3.4.

**8.10.2** Subject to Section 2.3.4, if the ECP Administrative Agent reasonably determines that any payment under this Agreement has been made to a Lender without an applicable Tax being properly withheld for whatever reason or if the Internal Revenue Service or any authority of the United States or other jurisdiction asserts a claim that the ECP Administrative Agent did not properly withhold Tax from amounts paid to or for the account of any Lender, such Lender shall immediately pay the ECP Administrative Agent any such applicable withholding taxes to the extent not previously deducted and indemnify the ECP Administrative Agent fully for all amounts paid, directly or indirectly, by the ECP Administrative Agent as tax or otherwise, including penalties and interest, together with all expenses incurred in connection therewith, including legal expenses, allocated staff costs, and any out-of-pocket expenses. Each Lender hereby authorizes the ECP Administrative Agent to set off and apply any and all amounts at any time owing to such Lender under this Agreement or the Note against any amount due the ECP Administrative Agent under this Section 8.10.2.

**8.10.3** If any Lender sells, assigns, grants participation in, or otherwise transfers its rights under this Agreement, the purchaser, assignee, participant or transferee, as applicable, shall comply and be bound by the terms of Sections 2.3.5, 8.10.1 and 8.10.2 as though it were such Lender.

**8.11 GENERAL PROVISIONS AS TO PAYMENTS**. The ECP Administrative Agent shall promptly distribute to each Lender, subject to the terms of the assignment and assumption agreement between the ECP Administrative Agent and such Lender, its Proportionate Share of each payment of principal and interest payable to the Lenders on the Term Loans and of fees hereunder received by the ECP Administrative Agent for the account of the Lenders and of any other amounts owing under the Term Loans, in accordance with the provisions of Section 2.4. The payments made for the account of each Lender shall be made, and distributed to it, at its Lending Office designated in Exhibit D, as the same may be modified in accordance with the provisions of Section 2.6.3.

Tvarsenhoto@Resolutions.com 08/09/2017 4:18:39 PM

**8.12 PARTICIPATION**. Subject to the applicable provisions of Section 8.13 and this Section 8.12, nothing herein provided shall prevent any Lender from selling a participation in its Term Loans; *provided* that (a) (i) no such sale of a participation shall alter such Lender's or the Borrowers' obligations hereunder, (ii) such Lender's obligations hereunder shall remain unchanged, (iii) such Lender shall remain solely responsible to the other parties hereto for the performance of such obligations and (iv) the Borrowers, the ECP Administrative Agent and the other Lenders shall continue to deal solely and directly with such Lender in connection with such Lender's rights and obligations under this Agreement and (b) such Lender shall (and any agreement pursuant to which any Lender may grant a participation in its rights with respect to its Term Loans shall provide that such Lender shall), with respect to such Term Loans, subject to the following proviso, retain the sole right and responsibility to exercise the rights of such Lender, and enforce the obligations of the Borrowers relating to such Term Loans, including the right to approve any amendment, modification or waiver of any provision of this Agreement or any other Credit Document and the right to take action to have the Notes declared due and payable pursuant to Article 7; *provided, however,* that such agreement may provide that the participant may have rights to approve or disapprove decreases in the Interest Rate or the amount of specified fees, lengthening of maturity of the Term Loans, or release of all or substantially all of the Collateral (subject to the terms of this Agreement (including Section 2.7) and the other Credit Documents relating to the Non-Dedicated Collateral). The Borrowers agree that each participant of the Term Loans of any Lender shall be entitled to the benefits of Sections 2.3.4 and 2.5 (subject to the requirements and limitations therein, including the requirements under Section 2.3.5 (it being understood that the documentation required under Section 2.3.5 shall be delivered to the participating Lender)) to the same extent as if it were a Lender and had acquired its interest by assignment pursuant to Section 8.13; *provided* that such participant (A) agrees to be subject to the provisions of Section 2.6 as if it were an assignee under Section 8.13; and (B) shall not be entitled to receive any greater payment under Sections 2.3.4 and 2.5, with respect to any participation, than its participating Lender would have been entitled to receive, except to the extent such entitlement to receive a greater payment results from a Change of Law that occurs after the participant acquired the applicable participation. Any Lender may, in connection with any participation or proposed participation pursuant to this Section 8.12, disclose to the participant or proposed participant any information relating to the Borrowers furnished to such Lender by or on behalf of the Borrowers; *provided, however,* that, prior to any such disclosure, the participant or proposed participant shall agree to preserve the confidentiality of any Confidential Information received by it from such Lender on substantially the same terms as those set forth in Section 9.7. Each Lender that sells a participation shall, acting solely for this purpose as an agent of the Borrowers, maintain a register on which it enters the name and address of each participant and the principal amounts (and stated interest) of each participant's interest in the Term Loans or other obligations under the Credit Documents (the **"Participant Register"**); *provided* that no Lender shall have any obligation to disclose all or any portion of the Participant Register (including the identity of any participant or any information relating to a participant's interest in any loans or its other obligations under any Credit Document) to any Person except to the extent that such disclosure is necessary to establish that such loan or other obligation is in registered form under Section 5f.103-1(c) of the Treasury Regulations. The entries in the Participant Register shall be conclusive absent manifest error, and such Lender shall treat each Person whose name is recorded in the Participant Register as the owner of such participation for all purposes of this Agreement notwithstanding any notice to the contrary. For