
**NETHERLAND, SEWELL & ASSOCIATES, INC.**

costs, abandonment costs, and operating expenses but before consideration of any income taxes. The production taxes shown in this report include the Company's share of Alaska production taxes and ad valorem taxes. Future capital credits were provided by Furie and are based on Alaska's Clear and Equitable Share Act; these credits include the Alternative Exploration Tax Credit, the Capital Expenditure Credit, the Carried-Forward Annual Loss Credit, and the Small Producer Tax Credit. A portion of these credits are based on capital spent prior to the as of date of this report. The future net revenue has been discounted at an annual rate of 10 percent to determine its present worth, which is shown to indicate the effect of time on the value of money. Future net revenue presented in this report, whether discounted or undiscounted, should not be construed as being the fair market value of the properties.

As requested, this report has been prepared using gas price parameters specified by Furie. The gas prices along with escalation parameters are shown in the following table:

| Period Ending | Gas Price ($/MMBTU) | Period Ending | Gas Price ($/MMBTU) |
|---|---|---|---|
| 12-31-2016 | | 12-31-2025 | |
| 12-31-2017 | | 12-31-2026 | |
| 12-31-2018 | | 12-31-2027 | |
| 12-31-2019 | | 12-31-2028 | |
| 12-31-2020 | | 12-31-2029 | |
| 12-31-2021 | | 12-31-2030 | |
| 12-31-2022 | | 12-31-2031 | |
| 12-31-2023 | | Thereafter, escalated 4 percent per year. | |
| 12-31-2024 | | | |

Operating costs used in this report are based on operating expense records of Furie. These costs include the per-well overhead expenses allowed under joint operating agreements along with estimates of costs to be incurred at and below the district and field levels. Operating costs have been divided into field-level costs and per-well costs. The field-level costs are allocated by year among the proved reserves categories based on the proportionate share of total proved future net revenue. Estimates of proved developed producing reserves and revenue are consequently dependent on the Company completing the proved drilling and workover programs scheduled in this report. Headquarters general and administrative overhead expenses of Furie are included to the extent that they are covered under joint operating agreements for the operated properties. As requested, operating costs are escalated 4 percent per year throughout the lives of the properties.

Capital costs used in this report were provided by Furie and are based on authorizations for expenditure and actual costs from recent activity. Capital costs are included as required for workovers, new development wells, and production equipment. Based on our understanding of future development plans, a review of the records provided to us, and our knowledge of similar properties, we regard these estimated capital costs to be reasonable. Abandonment costs used in this report are Furie's estimates of the costs to abandon the wells, platforms, and production facilities; these estimates do not include any salvage value for the lease and well equipment. As requested, capital costs and abandonment costs are escalated 4 percent per year to the date of expenditure.

For the purposes of this report, we did not perform any field inspection of the properties, nor did we examine the mechanical operation or condition of the wells and facilities. We have not investigated possible environmental liability related to the properties; therefore, our estimates do not include any costs due to such possible liability.

The reserves shown in this report are estimates only and should not be construed as exact quantities. Proved reserves are those quantities of oil and gas which, by analysis of engineering and geoscience data, can be estimated with reasonable certainty to be commercially recoverable; probable and possible reserves are those additional reserves which are sequentially less certain to be recovered than proved reserves. Estimates of reserves may increase or decrease as a result of market conditions, future operations, changes in regulations, or actual reservoir performance. In addition to the primary economic assumptions discussed herein, our estimates are based on certain assumptions including, but not limited to, that the properties will be developed consistent with current development plans as provided to us by Furie, that the properties will be operated in a prudent manner, that no

FURIE-BANKR_00200189
DA00842



governmental regulations or controls will be put in place that would impact the ability of the interest owner to recover the reserves, and that our projections of future production will prove consistent with actual performance. If the reserves are recovered, the revenues therefrom and the costs related thereto could be more or less than the estimated amounts. Because of governmental policies and uncertainties of supply and demand, the sales rates, prices received for the reserves, and costs incurred in recovering such reserves may vary from assumptions made while preparing this report.

For the purposes of this report, we used technical and economic data including, but not limited to, well logs, geologic maps, seismic data, well test data, production data, historical price and cost information, and property ownership interests. The reserves in this report have been estimated using deterministic methods; these estimates have been prepared in accordance with generally accepted petroleum engineering and evaluation principles set forth in the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information promulgated by the SPE (SPE Standards). We used standard engineering and geoscience methods, or a combination of methods, including performance analysis, volumetric analysis, and analogy, that we considered to be appropriate and necessary to classify, categorize, and estimate reserves in accordance with the 2007 PRMS definitions and guidelines. A substantial portion of these reserves are for behind-pipe zones, undeveloped locations, and producing wells that lack sufficient production history upon which performance-related estimates of reserves can be based; such reserves are based on estimates of reservoir volumes and recovery efficiencies along with analogy to properties with similar geologic and reservoir characteristics. As in all aspects of oil and gas evaluation, there are uncertainties inherent in the interpretation of engineering and geoscience data; therefore, our conclusions necessarily represent only informed professional judgment.

The data used in our estimates were obtained from Furie, public data sources, and the nonconfidential files of Netherland, Sewell & Associates, Inc. and were accepted as accurate. Supporting work data are on file in our office. We have not examined the titles to the properties or independently confirmed the actual degree or type of interest owned. The technical persons primarily responsible for preparing the estimates presented herein meet the requirements regarding qualifications, independence, objectivity, and confidentiality set forth in the SPE Standards. We are independent petroleum engineers, geologists, geophysicists, and petrophysicists; we do not own an interest in these properties nor are we employed on a contingent basis.

Sincerely,

**NETHERLAND, SEWELL & ASSOCIATES, INC.**
Texas Registered Engineering Firm F-2699

/s/ C.H. (Scott) Rees III
By:
C.H. (Scott) Rees III, P.E.
Chairman and Chief Executive Officer

/s/ Richard B. Talley, Jr.
By:
Richard B. Talley, Jr., P.E. 102425
Senior Vice President

/s/ Mike K. Norton
By:
Mike K. Norton, P.G. 441
Senior Vice President

Date Signed: September 9, 2016

Date Signed: September 9, 2016

WKB:JMH

Please be advised that the digital document you are viewing is provided by Netherland, Sewell & Associates, Inc. (NSAI) as a convenience to our clients. The digital document is intended to be substantively the same as the original signed document maintained by NSAI. The digital document is subject to the parameters, limitations, and conditions stated in the original document. In the event of any differences between the digital document and the original document, the original document shall control and supersede the digital document.



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
### Excerpted from the Petroleum Resources Management System Approved by
### the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

This document contains information excerpted from definitions and guidelines prepared by the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE) and reviewed and jointly sponsored by the World Petroleum Council (WPC), the American Association of Petroleum Geologists (AAPG), and the Society of Petroleum Evaluation Engineers (SPEE).

### Preamble

Petroleum resources are the estimated quantities of hydrocarbons naturally occurring on or within the Earth's crust. Resource assessments estimate total quantities in known and yet-to-be-discovered accumulations; resources evaluations are focused on those quantities that can potentially be recovered and marketed by commercial projects. A petroleum resources management system provides a consistent approach to estimating petroleum quantities, evaluating development projects, and presenting results within a comprehensive classification framework.

These definitions and guidelines are designed to provide a common reference for the international petroleum industry, including national reporting and regulatory disclosure agencies, and to support petroleum project and portfolio management requirements. They are intended to improve clarity in global communications regarding petroleum resources. It is expected that this document will be supplemented with industry education programs and application guides addressing their implementation in a wide spectrum of technical and/or commercial settings.

It is understood that these definitions and guidelines allow flexibility for users and agencies to tailor application for their particular needs; however, any modifications to the guidance contained herein should be clearly identified. The definitions and guidelines contained in this document must not be construed as modifying the interpretation or application of any existing regulatory reporting requirements.

## 1.0 Basic Principles and Definitions

The estimation of petroleum resource quantities involves the interpretation of volumes and values that have an inherent degree of uncertainty. These quantities are associated with development projects at various stages of design and implementation. Use of a consistent classification system enhances comparisons between projects, groups of projects, and total company portfolios according to forecast production profiles and recoveries. Such a system must consider both technical and commercial factors that impact the project's economic feasibility, its productive life, and its related cash flows.

### 1.1 Petroleum Resources Classification Framework

Petroleum is defined as a naturally occurring mixture consisting of hydrocarbons in the gaseous, liquid, or solid phase. Petroleum may also contain non-hydrocarbons, common examples of which are carbon dioxide, nitrogen, hydrogen sulfide and sulfur. In rare cases, non-hydrocarbon content could be greater than 50%.

The term "resources" as used herein is intended to encompass all quantities of petroleum naturally occurring on or within the Earth's crust, discovered and undiscovered (recoverable and unrecoverable), plus those quantities already produced. Further, it includes all types of petroleum whether currently considered "conventional" or "unconventional."

Figure 1-1 is a graphical representation of the SPE/WPC/AAPG/SPEE resources classification system. The system defines the major recoverable resources classes: Production, Reserves, Contingent Resources, and Prospective Resources, as well as Unrecoverable petroleum.

The "Range of Uncertainty" reflects a range of estimated quantities potentially recoverable from an accumulation by a project, while the vertical axis represents the "Chance of



Figure 1-1: Resources Classification Framework.

FURIE-BANKR_00200191
DA00844



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

Commerciality", that is, the chance that the project that will be developed and reach commercial producing status. The following definitions apply to the major subdivisions within the resources classification:

**TOTAL PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated to exist originally in naturally occurring accumulations. It includes that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production plus those estimated quantities in accumulations yet to be discovered (equivalent to "total resources").

**DISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production.

**PRODUCTION** is the cumulative quantity of petroleum that has been recovered at a given date. While all recoverable resources are estimated and production is measured in terms of the sales product specifications, raw production (sales plus non-sales) quantities are also measured and required to support engineering analyses based on reservoir voidage (see Production Measurement, section 3.2).

Multiple development projects may be applied to each known accumulation, and each project will recover an estimated portion of the initially-in-place quantities. The projects shall be subdivided into Commercial and Sub-Commercial, with the estimated recoverable quantities being classified as Reserves and Contingent Resources respectively, as defined below.

**RESERVES** are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. Reserves must further satisfy four criteria: they must be discovered, recoverable, commercial, and remaining (as of the evaluation date) based on the development project(s) applied. Reserves are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by development and production status.

**CONTINGENT RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations, but the applied project(s) are not yet considered mature enough for commercial development due to one or more contingencies. Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be subclassified based on project maturity and/or characterized by their economic status.

**UNDISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum estimated, as of a given date, to be contained within accumulations yet to be discovered.

**PROSPECTIVE RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from undiscovered accumulations by application of future development projects. Prospective Resources have both an associated chance of discovery and a chance of development. Prospective Resources are further subdivided in accordance with the level of certainty associated with recoverable estimates assuming their discovery and development and may be sub-classified based on project maturity.

**UNRECOVERABLE** is that portion of Discovered or Undiscovered Petroleum Initially-in-Place quantities which is estimated, as of a given date, not to be recoverable by future development projects. A portion of these quantities may become recoverable in the future as commercial circumstances change or technological developments occur; the remaining portion may never be recovered due to physical/chemical constraints represented by subsurface interaction of fluids and reservoir rocks.

Estimated Ultimate Recovery (EUR) is not a resources category, but a term that may be applied to any accumulation or group of accumulations (discovered or undiscovered) to define those quantities of petroleum estimated, as of a given date, to be potentially recoverable under defined technical and commercial conditions plus those quantities already produced (total of recoverable resources).

FURIE-BANKR_00200192
DA00845



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

### 1.2 Project-Based Resources Evaluations

The resources evaluation process consists of identifying a recovery project, or projects, associated with a petroleum accumulation(s), estimating the quantities of Petroleum Initially-in-Place, estimating that portion of those in-place quantities that can be recovered by each project, and classifying the project(s) based on its maturity status or chance of commerciality.

This concept of a project-based classification system is further clarified by examining the primary data sources contributing to an evaluation of net recoverable resources (see Figure 1-2) that may be described as follows:



Figure 1-2: Resources Evaluation Data Sources.

- The Reservoir (accumulation):  Key attributes include the types and quantities of Petroleum Initially-in-Place and the fluid and rock properties that affect petroleum recovery.

- The Project:  Each project applied to a specific reservoir development generates a unique production and cash flow schedule.  The time integration of these schedules taken to the project's technical, economic, or contractual limit defines the estimated recoverable resources and associated future net cash flow projections for each project.  The ratio of EUR to Total Initially-in-Place quantities defines the ultimate recovery efficiency for the development project(s).  A project may be defined at various levels and stages of maturity; it may include one or many wells and associated production and processing facilities.  One project may develop many reservoirs, or many projects may be applied to one reservoir.

- The Property (lease or license area):  Each property may have unique associated contractual rights and obligations including the fiscal terms.  Such information allows definition of each participant's share of produced quantities (entitlement) and share of investments, expenses, and revenues for each recovery project and the reservoir to which it is applied.  One property may encompass many reservoirs, or one reservoir may span several different properties.  A property may contain both discovered and undiscovered accumulations.

In context of this data relationship, "project" is the primary element considered in this resources classification, and net recoverable resources are the incremental quantities derived from each project.  Project represents the link between the petroleum accumulation and the decision-making process.  A project may, for example, constitute the development of a single reservoir or field, or an incremental development for a producing field, or the integrated development of several fields and associated facilities with a common ownership.  In general, an individual project will represent the level at which a decision is made whether or not to proceed (i.e., spend more money) and there should be an associated range of estimated recoverable quantities for that project.

An accumulation or potential accumulation of petroleum may be subject to several separate and distinct projects that are at different stages of exploration or development.  Thus, an accumulation may have recoverable quantities in several resource classes simultaneously.

In order to assign recoverable resources of any class, a development plan needs to be defined consisting of one or more projects.  Even for Prospective Resources, the estimates of recoverable quantities must be stated in terms of the sales products derived from a development program assuming successful discovery and commercial development.  Given the major uncertainties involved at this early stage, the development program will not be of the detail expected in later stages of maturity.  In most cases, recovery efficiency may be largely based on analogous projects.  In-place quantities for which a feasible project cannot be defined using current, or reasonably forecast improvements in, technology are classified as Unrecoverable.

Not all technically feasible development plans will be commercial.  The commercial viability of a development project is dependent on a forecast of the conditions that will exist during the time period encompassed by the project's activities (see

Definitions - Page 3 of 10

FURIE-BANKR_00200193
DA00846



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

Commercial Evaluations, section 3.1). "Conditions" include technological, economic, legal, environmental, social, and governmental factors. While economic factors can be summarized as forecast costs and product prices, the underlying influences include, but are not limited to, market conditions, transportation and processing infrastructure, fiscal terms, and taxes.

The resource quantities being estimated are those volumes producible from a project as measured according to delivery specifications at the point of sale or custody transfer (see Reference Point, section 3.2.1). The cumulative production from the evaluation date forward to cessation of production is the remaining recoverable quantity. The sum of the associated annual net cash flows yields the estimated future net revenue. When the cash flows are discounted according to a defined discount rate and time period, the summation of the discounted cash flows is termed net present value (NPV) of the project (see Evaluation and Reporting Guidelines, section 3.0).

The supporting data, analytical processes, and assumptions used in an evaluation should be documented in sufficient detail to allow an independent evaluator or auditor to clearly understand the basis for estimation and categorization of recoverable quantities and their classification.

## 2.0  Classification and Categorization Guidelines

### 2.1  Resources Classification
The basic classification requires establishment of criteria for a petroleum discovery and thereafter the distinction between commercial and sub-commercial projects in known accumulations (and hence between Reserves and Contingent Resources).

#### 2.1.1  Determination of Discovery Status
A discovery is one petroleum accumulation, or several petroleum accumulations collectively, for which one or several exploratory wells have established through testing, sampling, and/or logging the existence of a significant quantity of potentially moveable hydrocarbons.

In this context, "significant" implies that there is evidence of a sufficient quantity of petroleum to justify estimating the in-place volume demonstrated by the well(s) and for evaluating the potential for economic recovery. Estimated recoverable quantities within such a discovered (known) accumulation(s) shall initially be classified as Contingent Resources pending definition of projects with sufficient chance of commercial development to reclassify all, or a portion, as Reserves. Where in-place hydrocarbons are identified but are not considered currently recoverable, such quantities may be classified as Discovered Unrecoverable, if considered appropriate for resource management purposes; a portion of these quantities may become recoverable resources in the future as commercial circumstances change or technological developments occur.

#### 2.1.2  Determination of Commerciality
Discovered recoverable volumes (Contingent Resources) may be considered commercially producible, and thus Reserves, if the entity claiming commerciality has demonstrated firm intention to proceed with development and such intention is based upon all of the following criteria:

- Evidence to support a reasonable timetable for development.
- A reasonable assessment of the future economics of such development projects meeting defined investment and operating criteria.
- A reasonable expectation that there will be a market for all or at least the expected sales quantities of production required to justify development.
- Evidence that the necessary production and transportation facilities are available or can be made available.
- Evidence that legal, contractual, environmental and other social and economic concerns will allow for the actual implementation of the recovery project being evaluated.

To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame. A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.

Definitions - Page 4 of 10

FURIE-BANKR_00200194
DA00847



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests.

## 2.2 Resources Categorization
The horizontal axis in the Resources Classification (Figure 1.1) defines the range of uncertainty in estimates of the quantities of recoverable, or potentially recoverable, petroleum associated with a project. These estimates include both technical and commercial uncertainty components as follows:

- The total petroleum remaining within the accumulation (in-place resources).
- That portion of the in-place petroleum that can be recovered by applying a defined development project or projects.
- Variations in the commercial conditions that may impact the quantities recovered and sold (e.g., market availability, contractual changes).

Where commercial uncertainties are such that there is significant risk that the complete project (as initially defined) will not proceed, it is advised to create a separate project classified as Contingent Resources with an appropriate chance of commerciality.

### 2.2.1 Range of Uncertainty
The range of uncertainty of the recoverable and/or potentially recoverable volumes may be represented by either deterministic scenarios or by a probability distribution (see Deterministic and Probabilistic Methods, section 4.2).

When the range of uncertainty is represented by a probability distribution, a low, best, and high estimate shall be provided such that:

- There should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the low estimate.
- There should be at least a 50% probability (P50) that the quantities actually recovered will equal or exceed the best estimate.
- There should be at least a 10% probability (P10) that the quantities actually recovered will equal or exceed the high estimate.

When using the deterministic scenario method, typically there should also be low, best, and high estimates, where such estimates are based on qualitative assessments of relative uncertainty using consistent interpretation guidelines. Under the deterministic incremental (risk-based) approach, quantities at each level of uncertainty are estimated discretely and separately (see Category Definitions and Guidelines, section 2.2.2).

These same approaches to describing uncertainty may be applied to Reserves, Contingent Resources, and Prospective Resources. While there may be significant risk that sub-commercial and undiscovered accumulations will not achieve commercial production, it is useful to consider the range of potentially recoverable quantities independently of such a risk or consideration of the resource class to which the quantities will be assigned.

### 2.2.2 Category Definitions and Guidelines
Evaluators may assess recoverable quantities and categorize results by uncertainty using the deterministic incremental (risk-based) approach, the deterministic scenario (cumulative) approach, or probabilistic methods (see "2001 Supplemental Guidelines," Chapter 2.5). In many cases, a combination of approaches is used.

Use of consistent terminology (Figure 1.1) promotes clarity in communication of evaluation results. For Reserves, the general cumulative terms low/best/high estimates are denoted as 1P/2P/3P, respectively. The associated incremental quantities are termed Proved, Probable and Possible. Reserves are a subset of, and must be viewed within context of, the complete resources classification system. While the categorization criteria are proposed specifically for Reserves, in most cases, they can be equally applied to Contingent and Prospective Resources conditional upon their satisfying the criteria for discovery and/or development.

FURIE-BANKR_00200195
DA00848



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

For Contingent Resources, the general cumulative terms low/best/high estimates are denoted as 1C/2C/3C respectively. For Prospective Resources, the general cumulative terms low/best/high estimates still apply. No specific terms are defined for incremental quantities within Contingent and Prospective Resources.

Without new technical information, there should be no change in the distribution of technically recoverable volumes and their categorization boundaries when conditions are satisfied sufficiently to reclassify a project from Contingent Resources to Reserves. All evaluations require application of a consistent set of forecast conditions, including assumed future costs and prices, for both classification of projects and categorization of estimated quantities recovered by each project (see Commercial Evaluations, section 3.1).

Based on additional data and updated interpretations that indicate increased certainty, portions of Possible and Probable Reserves may be re-categorized as Probable and Proved Reserves.

Uncertainty in resource estimates is best communicated by reporting a range of potential results. However, if it is required to report a single representative result, the "best estimate" is considered the most realistic assessment of recoverable quantities. It is generally considered to represent the sum of Proved and Probable estimates (2P) when using the deterministic scenario or the probabilistic assessment methods. It should be noted that under the deterministic incremental (risk-based) approach, discrete estimates are made for each category, and they should not be aggregated without due consideration of their associated risk (see "2001 Supplemental Guidelines," Chapter 2.5).

### Table 1: Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| **Reserves** | Reserves are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. | Reserves must satisfy four criteria: they must be discovered, recoverable, commercial, and remaining based on the development project(s) applied. Reserves are further subdivided in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their development and production status.<br><br>To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame.<br><br>A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.<br><br>To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests. |
| On Production | The development project is currently producing and selling petroleum to market. | The key criterion is that the project is receiving income from sales, rather than the approved development project necessarily being complete. This is the point at which the project "chance of commerciality" can be said to be 100%.<br><br>The project "decision gate" is the decision to initiate commercial production from the project. |

FURIE-BANKR_00200196
DA00849



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| **Class**/Sub-Class | Definition | Guidelines |
|---|---|---|
| Approved for Development | All necessary approvals have been obtained, capital funds have been committed, and implementation of the development project is under way. | At this point, it must be certain that the development project is going ahead. The project must not be subject to any contingencies such as outstanding regulatory approvals or sales contracts. Forecast capital expenditures should be included in the reporting entity's current or following year's approved budget.<br><br>The project "decision gate" is the decision to start investing capital in the construction of production facilities and/or drilling development wells. |
| Justified for Development | Implementation of the development project is justified on the basis of reasonable forecast commercial conditions at the time of reporting, and there are reasonable expectations that all necessary approvals/contracts will be obtained. | In order to move to this level of project maturity, and hence have reserves associated with it, the development project must be commercially viable at the time of reporting, based on the reporting entity's assumptions of future prices, costs, etc. ("forecast case") and the specific circumstances of the project. Evidence of a firm intention to proceed with development within a reasonable time frame will be sufficient to demonstrate commerciality. There should be a development plan in sufficient detail to support the assessment of commerciality and a reasonable expectation that any regulatory approvals or sales contracts required prior to project implementation will be forthcoming. Other than such approvals/contracts, there should be no known contingencies that could preclude the development from proceeding within a reasonable timeframe (see Reserves class).<br><br>The project "decision gate" is the decision by the reporting entity and its partners, if any, that the project has reached a level of technical and commercial maturity sufficient to justify proceeding with development at that point in time. |
| **Contingent Resources** | Those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations by application of development projects, but which are not currently considered to be commercially recoverable due to one or more contingencies. | Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their economic status. |
| Development Pending | A discovered accumulation where project activities are ongoing to justify commercial development in the foreseeable future. | The project is seen to have reasonable potential for eventual commercial development, to the extent that further data acquisition (e.g. drilling, seismic data) and/or evaluations are currently ongoing with a view to confirming that the project is commercially viable and providing the basis for selection of an appropriate development plan. The critical contingencies have been identified and are reasonably expected to be resolved within a reasonable time frame. Note that disappointing appraisal/evaluation results could lead to a re-classification of the project to "On Hold" or "Not Viable" status.<br><br>The project "decision gate" is the decision to undertake further data acquisition and/or studies designed to move the project to a level of technical and commercial maturity at which a decision can be made to proceed with development and production. |
| Development Unclarified or on Hold | A discovered accumulation where project activities are on hold and/or where justification as a commercial development may be subject to significant delay. | The project is seen to have potential for eventual commercial development, but further appraisal/evaluation activities are on hold pending the removal of significant contingencies external to the project, or substantial further appraisal/evaluation activities are required to clarify the potential for eventual commercial development. Development may be subject to a significant time delay. Note that a change in circumstances, such that there is no longer a reasonable expectation that a critical contingency can be removed in the foreseeable future, for example, could lead to a reclassification of the project to "Not Viable" status.<br><br>The project "decision gate" is the decision to either proceed with additional evaluation designed to clarify the potential for eventual commercial development or to temporarily suspend or delay further activities pending resolution of external contingencies. |

FURIE-BANKR_00200197
DA00850


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Development Not Viable | A discovered accumulation for which there are no current plans to develop or to acquire additional data at the time due to limited production potential. | The project is not seen to have potential for eventual commercial development at the time of reporting, but the theoretically recoverable quantities are recorded so that the potential opportunity will be recognized in the event of a major change in technology or commercial conditions.<br><br>The project "decision gate" is the decision not to undertake any further data acquisition or studies on the project for the foreseeable future. |
| **Prospective Resources** | Those quantities of petroleum which are estimated, as of a given date, to be potentially recoverable from undiscovered accumulations. | Potential accumulations are evaluated according to their chance of discovery and, assuming a discovery, the estimated quantities that would be recoverable under defined development projects. It is recognized that the development programs will be of significantly less detail and depend more heavily on analog developments in the earlier phases of exploration. |
| Prospect | A project associated with a potential accumulation that is sufficiently well defined to represent a viable drilling target. | Project activities are focused on assessing the chance of discovery and, assuming discovery, the range of potential recoverable quantities under a commercial development program. |
| Lead | A project associated with a potential accumulation that is currently poorly defined and requires more data acquisition and/or evaluation in order to be classified as a prospect. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to confirm whether or not the lead can be matured into a prospect. Such evaluation includes the assessment of the chance of discovery and, assuming discovery, the range of potential recovery under feasible development scenarios. |
| Play | A project associated with a prospective trend of potential prospects, but which requires more data acquisition and/or evaluation in order to define specific leads or prospects. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to define specific leads or prospects for more detailed analysis of their chance of discovery and, assuming discovery, the range of potential recovery under hypothetical development scenarios. |

### Table 2: Reserves Status Definitions and Guidelines

| Status | Definition | Guidelines |
|---|---|---|
| **Developed Reserves** | Developed Reserves are expected quantities to be recovered from existing wells and facilities. | Reserves are considered developed only after the necessary equipment has been installed, or when the costs to do so are relatively minor compared to the cost of a well. Where required facilities become unavailable, it may be necessary to reclassify Developed Reserves as Undeveloped. Developed Reserves may be further sub-classified as Producing or Non-Producing. |
| Developed Producing Reserves | Developed Producing Reserves are expected to be recovered from completion intervals that are open and producing at the time of the estimate. | Improved recovery reserves are considered producing only after the improved recovery project is in operation. |
| Developed Non-Producing Reserves | Developed Non-Producing Reserves include shut-in and behind-pipe Reserves. | Shut-in Reserves are expected to be recovered from (1) completion intervals which are open at the time of the estimate but which have not yet started producing, (2) wells which were shut-in for market conditions or pipeline connections, or (3) wells not capable of production for mechanical reasons. Behind-pipe Reserves are expected to be recovered from zones in existing wells which will require additional completion work or future re-completion prior to start of production.<br><br>In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |

FURIE-BANKR_00200198
DA00851



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Status | Definition | Guidelines |
|---|---|---|
| Undeveloped Reserves | Undeveloped Reserves are quantities expected to be recovered through future investments: | (1) from new wells on undrilled acreage in known accumulations, (2) from deepening existing wells to a different (but known) reservoir, (3) from infill wells that will increase recovery, or (4) where a relatively large expenditure (e.g. when compared to the cost of drilling a new well) is required to (a) recomplete an existing well or (b) install production or transportation facilities for primary or improved recovery projects. |

### Table 3: Reserves Category Definitions and Guidelines

| Category | Definition | Guidelines |
|---|---|---|
| Proved Reserves | Proved Reserves are those quantities of petroleum, which by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. | If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.<br><br>The area of the reservoir considered as Proved includes (1) the area delineated by drilling and defined by fluid contacts, if any, and (2) adjacent undrilled portions of the reservoir that can reasonably be judged as continuous with it and commercially productive on the basis of available geoscience and engineering data.<br><br>In the absence of data on fluid contacts, Proved quantities in a reservoir are limited by the lowest known hydrocarbon (LKH) as seen in a well penetration unless otherwise indicated by definitive geoscience, engineering, or performance data. Such definitive information may include pressure gradient analysis and seismic indicators. Seismic data alone may not be sufficient to define fluid contacts for Proved reserves (see "2001 Supplemental Guidelines," Chapter 8).<br><br>Reserves in undeveloped locations may be classified as Proved provided that:<br>• The locations are in undrilled areas of the reservoir that can be judged with reasonable certainty to be commercially productive.<br>• Interpretations of available geoscience and engineering data indicate with reasonable certainty that the objective formation is laterally continuous with drilled Proved locations.<br><br>For Proved Reserves, the recovery efficiency applied to these reservoirs should be defined based on a range of possibilities supported by analogs and sound engineering judgment considering the characteristics of the Proved area and the applied development program. |
| Probable Reserves | Probable Reserves are those additional Reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. | It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.<br><br>Probable Reserves may be assigned to areas of a reservoir adjacent to Proved where data control or interpretations of available data are less certain. The interpreted reservoir continuity may not meet the reasonable certainty criteria.<br><br>Probable estimates also include incremental recoveries associated with project recovery efficiencies beyond that assumed for Proved. |

FURIE-BANKR_00200199
DA00852



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, March 2007

| Category | Definition | Guidelines |
|---|---|---|
| **Possible Reserves** | Possible Reserves are those additional reserves which analysis of geoscience and engineering data indicate are less likely to be recoverable than Probable Reserves. | The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P), which is equivalent to the high estimate scenario.  When probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate.<br><br>Possible Reserves may be assigned to areas of a reservoir adjacent to Probable where data control and interpretations of available data are progressively less certain.  Frequently, this may be in areas where geoscience and engineering data are unable to clearly define the area and vertical reservoir limits of commercial production from the reservoir by a defined project.<br><br>Possible estimates also include incremental quantities associated with project recovery efficiencies beyond that assumed for Probable. |
| **Probable and Possible Reserves** | (See above for separate criteria for Probable Reserves and Possible Reserves.) | The 2P and 3P estimates may be based on reasonable alternative technical and commercial interpretations within the reservoir and/or subject project that are clearly documented, including comparisons to results in successful similar projects.<br><br>In conventional accumulations, Probable and/or Possible Reserves may be assigned where geoscience and engineering data identify directly adjacent portions of a reservoir within the same accumulation that may be separated from Proved areas by minor faulting or other geological discontinuities and have not been penetrated by a wellbore but are interpreted to be in communication with the known (Proved) reservoir. Probable or Possible Reserves may be assigned to areas that are structurally higher than the Proved area.  Possible (and in some cases, Probable) Reserves may be assigned to areas that are structurally lower than the adjacent Proved or 2P area.<br><br>Caution should be exercised in assigning Reserves to adjacent reservoirs isolated by major, potentially sealing, faults until this reservoir is penetrated and evaluated as commercially productive.  Justification for assigning Reserves in such cases should be clearly documented. Reserves should not be assigned to areas that are clearly separated from a known accumulation by non-productive reservoir (i.e., absence of reservoir, structurally low reservoir, or negative test results); such areas may contain Prospective Resources.<br><br>In conventional accumulations, where drilling has defined a highest known oil (HKO) elevation and there exists the potential for an associated gas cap, Proved oil Reserves should only be assigned in the structurally higher portions of the reservoir if there is reasonable certainty that such portions are initially above bubble point pressure based on documented engineering analyses.  Reservoir portions that do not meet this certainty may be assigned as Probable and Possible oil and/or gas based on reservoir fluid properties and pressure gradient interpretations. |

*The 2007 Petroleum Resources Management System can be viewed in its entirety at*
*http://www.spe.org/spe-app/spe/industry/reserves/prms.htm.*

FURIE-BANKR_00200200
DA00853

 NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF JULY 31, 2016

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

TOTAL PROVED RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES | | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL $/BBL | NGL $/BBL | GAS $/MCF | OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
| 12-31-2016 | 0.0 | 0.0 | 2,430.0 | 0.0 | 0.0 | 1,965.4 | 0.000 | 0.000 | 6.500 | 0.0 | 0.0 | 12,774.9 | 12,774.9 |
| 12-31-2017 | 0.0 | 0.0 | 6,571.1 | 0.0 | 0.0 | 5,271.2 | 0.000 | 0.000 | 6.690 | 0.0 | 0.0 | 35,264.2 | 35,264.2 |
| 12-31-2018 | 0.0 | 0.0 | 7,683.9 | 0.0 | 0.0 | 6,105.8 | 0.000 | 0.000 | 6.800 | 0.0 | 0.0 | 41,519.5 | 41,519.5 |
| 12-31-2019 | 0.0 | 0.0 | 10,552.8 | 0.0 | 0.0 | 8,256.5 | 0.000 | 0.000 | 6.950 | 0.0 | 0.0 | 57,382.8 | 57,382.8 |
| 12-31-2020 | 0.0 | 0.0 | 8,405.8 | 0.0 | 0.0 | 6,580.0 | 0.000 | 0.000 | 7.130 | 0.0 | 0.0 | 46,915.3 | 46,915.3 |
| 12-31-2021 | 0.0 | 0.0 | 5,647.5 | 0.0 | 0.0 | 4,428.6 | 0.000 | 0.000 | 7.320 | 0.0 | 0.0 | 32,417.1 | 32,417.1 |
| 12-31-2022 | 0.0 | 0.0 | 8,043.0 | 0.0 | 0.0 | 6,217.5 | 0.000 | 0.000 | 7.500 | 0.0 | 0.0 | 46,631.1 | 46,631.1 |
| 12-31-2023 | 0.0 | 0.0 | 17,400.0 | 0.0 | 0.0 | 13,181.3 | 0.000 | 0.000 | 7.680 | 0.0 | 0.0 | 101,232.0 | 101,232.0 |
| 12-31-2024 | 0.0 | 0.0 | 17,400.0 | 0.0 | 0.0 | 13,050.0 | 0.000 | 0.000 | 7.870 | 0.0 | 0.0 | 102,703.5 | 102,703.5 |
| 12-31-2025 | 0.0 | 0.0 | 17,179.4 | 0.0 | 0.0 | 12,884.5 | 0.000 | 0.000 | 8.050 | 0.0 | 0.0 | 103,720.5 | 103,720.5 |
| 12-31-2026 | 0.0 | 0.0 | 14,579.5 | 0.0 | 0.0 | 10,934.6 | 0.000 | 0.000 | 8.230 | 0.0 | 0.0 | 89,992.1 | 89,992.1 |
| 12-31-2027 | 0.0 | 0.0 | 10,027.1 | 0.0 | 0.0 | 7,520.3 | 0.000 | 0.000 | 8.410 | 0.0 | 0.0 | 63,246.1 | 63,246.1 |
| 12-31-2028 | 0.0 | 0.0 | 9,359.1 | 0.0 | 0.0 | 7,019.4 | 0.000 | 0.000 | 8.600 | 0.0 | 0.0 | 60,366.4 | 60,366.4 |
| 12-31-2029 | 0.0 | 0.0 | 7,651.3 | 0.0 | 0.0 | 5,738.4 | 0.000 | 0.000 | 8.780 | 0.0 | 0.0 | 50,383.5 | 50,383.5 |
| 12-31-2030 | 0.0 | 0.0 | 6,585.2 | 0.0 | 0.0 | 4,938.9 | 0.000 | 0.000 | 8.960 | 0.0 | 0.0 | 44,252.6 | 44,252.6 |
| | | | | | | | | | | | | | |
| SUBTOTAL | 0.0 | 0.0 | 149,515.7 | 0.0 | 0.0 | 114,092.4 | 0.000 | 0.000 | 7.790 | 0.0 | 0.0 | 888,801.7 | 888,801.7 |
| REMAINING | 0.0 | 0.0 | 1,651.2 | 0.0 | 0.0 | 1,238.4 | 0.000 | 0.000 | 9.150 | 0.0 | 0.0 | 11,331.2 | 11,331.2 |
| TOTAL | 0.0 | 0.0 | 151,166.9 | 0.0 | 0.0 | 115,330.8 | 0.000 | 0.000 | 7.805 | 0.0 | 0.0 | 900,132.9 | 900,132.9 |
| CUM PROD | 0.0 | | 1,961.5 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 153,128.3 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS/EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | UNDISCOUNTED | | DISC AT 10.000% CUM M$ | DISC RATE % | CUM PW M$ |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | | | | PERIOD M$ | CUM M$ | | | |
| 12-31-2016 | 2 | 2.0 | 0.0 | 0.0 | 21,793.1 | 0.0 | 11,390.6 | -20,408.7 | -20,408.7 | -20,209.3 | 8.000 | 307,426.2 |
| 12-31-2017 | 2 | 2.0 | 4,937.7 | 0.0 | -167,917.6 | 0.0 | 22,768.0 | 175,476.2 | 155,067.5 | 138,767.1 | 12.000 | 266,343.1 |
| 12-31-2018 | 3 | 3.0 | 4,784.3 | 0.0 | -10,281.0 | 0.0 | 22,333.4 | 24,682.8 | 179,750.3 | 159,006.5 | 15.000 | 241,990.3 |
| 12-31-2019 | 2 | 2.0 | 4,813.4 | 0.0 | 2,202.2 | 0.0 | 25,049.7 | 25,317.5 | 205,067.7 | 178,107.8 | 20.000 | 210,327.0 |
| 12-31-2020 | 2 | 2.0 | 4,841.7 | 0.0 | 0.0 | 0.0 | 25,478.3 | 16,595.2 | 221,662.9 | 189,628.4 | 25.000 | 186,620.3 |
| 12-31-2021 | 2 | 2.0 | 4,313.7 | 0.0 | 0.0 | 0.0 | 25,924.1 | 2,179.3 | 223,842.2 | 191,048.6 | 30.000 | 168,351.5 |
| 12-31-2022 | 5 | 5.0 | 3,516.2 | 0.0 | 43,146.1 | 0.0 | 26,896.8 | -26,927.9 | 196,914.3 | 175,288.7 | 35.000 | 153,875.4 |
| 12-31-2023 | 3 | 3.0 | 4,293.5 | 0.0 | 0.0 | 0.0 | 33,137.8 | 63,800.7 | 260,715.0 | 208,311.5 | 40.000 | 142,104.9 |
| 12-31-2024 | 3 | 3.0 | 20,159.3 | 0.0 | 0.0 | 0.0 | 33,889.9 | 48,654.2 | 309,369.2 | 231,181.4 | 45.000 | 132,310.3 |
| 12-31-2025 | 3 | 3.0 | 14,570.9 | 0.0 | 0.0 | 0.0 | 34,672.2 | 54,477.4 | 363,846.7 | 254,482.2 | 50.000 | 123,993.3 |
| 12-31-2026 | 3 | 3.0 | 6,597.4 | 0.0 | 0.0 | 0.0 | 35,485.7 | 47,909.0 | 411,755.7 | 273,151.8 | | |
| 12-31-2027 | 4 | 4.0 | 4,611.1 | 0.0 | 155.6 | 0.0 | 35,073.2 | 23,406.1 | 435,161.8 | 281,491.5 | | |
| 12-31-2028 | 3 | 3.0 | 3,795.9 | 0.0 | 0.0 | 0.0 | 31,464.3 | 25,106.2 | 460,268.0 | 289,593.5 | | |
| 12-31-2029 | 2 | 2.0 | 3,677.0 | 0.0 | 0.0 | 0.0 | 30,195.9 | 16,510.6 | 476,778.6 | 294,429.0 | | |
| 12-31-2030 | 2 | 2.0 | 3,319.1 | 0.0 | 0.0 | 0.0 | 30,830.3 | 10,103.2 | 486,881.8 | 297,131.4 | | |
| | | | | | | | | | | | | |
| SUBTOTAL | | | 88,231.3 | 0.0 | -110,901.6 | 0.0 | 424,590.2 | 486,881.8 | 486,881.8 | 297,131.4 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 53,941.3 | 10,026.7 | -52,636.9 | 434,244.8 | 285,482.5 | | |
| TOTAL OF 15.8 YRS | | | 88,231.3 | 0.0 | -110,901.6 | 53,941.3 | 434,616.9 | 434,244.8 | 434,244.8 | 285,482.5 | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

Table I

FURIE-BANKR_00200201
DA00854

 **NETHERLAND, SEWELL & ASSOCIATES, INC.**

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF JULY 31, 2016

COMPANY INTEREST

PROVED DEVELOPED PRODUCING RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| PERIOD ENDING M-D-Y | GROSS RESERVES | | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL $/BBL | NGL $/BBL | GAS $/MCF | OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
| 12-31-2016 | 0.0 | 0.0 | 1,905.0 | 0.0 | 0.0 | 1,571.6 | 0.000 | 0.000 | 6.500 | 0.0 | 0.0 | 10,215.6 | 10,215.6 |
| 12-31-2017 | 0.0 | 0.0 | 4,572.0 | 0.0 | 0.0 | 3,771.9 | 0.000 | 0.000 | 6.690 | 0.0 | 0.0 | 25,234.0 | 25,234.0 |
| 12-31-2018 | 0.0 | 0.0 | 4,572.0 | 0.0 | 0.0 | 3,771.9 | 0.000 | 0.000 | 6.800 | 0.0 | 0.0 | 25,648.9 | 25,648.9 |
| 12-31-2019 | 0.0 | 0.0 | 4,559.0 | 0.0 | 0.0 | 3,761.1 | 0.000 | 0.000 | 6.950 | 0.0 | 0.0 | 26,140.0 | 26,140.0 |
| 12-31-2020 | 0.0 | 0.0 | 3,674.7 | 0.0 | 0.0 | 3,031.6 | 0.000 | 0.000 | 7.130 | 0.0 | 0.0 | 21,615.4 | 21,615.4 |
| 12-31-2021 | 0.0 | 0.0 | 2,572.3 | 0.0 | 0.0 | 2,122.1 | 0.000 | 0.000 | 7.320 | 0.0 | 0.0 | 15,534.0 | 15,534.0 |
| 12-31-2022 | 0.0 | 0.0 | 918.1 | 0.0 | 0.0 | 757.4 | 0.000 | 0.000 | 7.500 | 0.0 | 0.0 | 5,680.7 | 5,680.7 |
| 12-31-2023 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2024 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2025 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2026 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2027 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2028 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2029 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2030 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 0.0 | 22,773.0 | 0.0 | 0.0 | 18,787.7 | 0.000 | 0.000 | 6.923 | 0.0 | 0.0 | 130,068.6 | 130,068.6 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 0.0 | 22,773.0 | 0.0 | 0.0 | 18,787.7 | 0.000 | 0.000 | 6.923 | 0.0 | 0.0 | 130,068.6 | 130,068.6 |
| CUM PROD | 0.0 | | 1,961.5 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 24,734.5 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS/EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL | ABDNMNT | OPERATING | UNDISCOUNTED | | DISC AT 10.000% | | |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | COST M$ | COST M$ | EXPENSE M$ | PERIOD M$ | CUM M$ | CUM M$ | DISC RATE % | CUM PW M$ |
| 12-31-2016 | 1 | 1.0 | 0.0 | 0.0 | 765.2 | 0.0 | 8,528.1 | 922.3 | 922.3 | 908.8 | 8.000 | 145,934.1 |
| 12-31-2017 | 1 | 1.0 | 4,885.1 | 0.0 | -131,463.8 | 0.0 | 10,791.5 | 141,021.2 | 141,943.5 | 128,692.0 | 12.000 | 140,050.1 |
| 12-31-2018 | 1 | 1.0 | 4,721.6 | 0.0 | 0.0 | 0.0 | 11,364.9 | 9,562.4 | 151,505.9 | 136,647.9 | 15.000 | 135,919.9 |
| 12-31-2019 | 1 | 1.0 | 4,739.5 | 0.0 | 0.0 | 0.0 | 13,771.3 | 7,629.1 | 159,135.0 | 142,418.4 | 20.000 | 129,528.7 |
| 12-31-2020 | 1 | 1.0 | 4,749.4 | 0.0 | 0.0 | 0.0 | 15,118.0 | 1,748.0 | 160,883.0 | 143,653.5 | 25.000 | 123,886.7 |
| 12-31-2021 | 1 | 1.0 | 4,241.5 | 0.0 | 0.0 | 0.0 | 9,290.0 | 2,002.5 | 162,885.4 | 144,998.1 | 30.000 | 118,336.9 |
| 12-31-2022 | 1 | 1.0 | 3,523.6 | 0.0 | 0.0 | 0.0 | 3,841.5 | -1,684.5 | 161,201.0 | 144,004.1 | 35.000 | 113,422.3 |
| 12-31-2023 | 0 | 0.0 | 2,056.5 | 0.0 | 0.0 | 0.0 | 0.0 | -2,056.5 | 159,144.5 | 142,936.2 | 40.000 | 108,894.4 |
| 12-31-2024 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | 45.000 | 104,711.1 |
| 12-31-2025 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | 50.000 | 100,835.7 |
| 12-31-2026 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | | |
| 12-31-2027 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | | |
| 12-31-2028 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | | |
| 12-31-2029 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | | |
| 12-31-2030 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | | |
| SUBTOTAL | | | 28,917.3 | 0.0 | -130,698.6 | 0.0 | 72,705.5 | 159,144.5 | 159,144.5 | 142,936.2 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 159,144.5 | 142,936.2 | | |
| TOTAL OF 14.8 YRS | | | 28,917.3 | 0.0 | -130,698.6 | 0.0 | 72,705.5 | 159,144.5 | 159,144.5 | 142,936.2 | | |

Table II

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200202
DA00855


NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF JULY 31, 2016

COMPANY INTEREST

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

PROVED DEVELOPED NON-PRODUCING RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES | | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL $/BBL | NGL $/BBL | GAS $/MCF | OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
| 12-31-2016 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2017 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2018 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2019 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2020 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2021 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2022 | 0.0 | 0.0 | 1,551.8 | 0.0 | 0.0 | 1,280.2 | 0.000 | 0.000 | 7.500 | 0.0 | 0.0 | 9,601.8 | 9,601.8 |
| 12-31-2023 | 0.0 | 0.0 | 4,200.0 | 0.0 | 0.0 | 3,281.3 | 0.000 | 0.000 | 7.680 | 0.0 | 0.0 | 25,200.0 | 25,200.0 |
| 12-31-2024 | 0.0 | 0.0 | 4,200.0 | 0.0 | 0.0 | 3,150.0 | 0.000 | 0.000 | 7.870 | 0.0 | 0.0 | 24,790.5 | 24,790.5 |
| 12-31-2025 | 0.0 | 0.0 | 4,199.0 | 0.0 | 0.0 | 3,149.3 | 0.000 | 0.000 | 8.050 | 0.0 | 0.0 | 25,351.6 | 25,351.6 |
| 12-31-2026 | 0.0 | 0.0 | 3,487.4 | 0.0 | 0.0 | 2,615.5 | 0.000 | 0.000 | 8.230 | 0.0 | 0.0 | 21,525.9 | 21,525.9 |
| 12-31-2027 | 0.0 | 0.0 | 2,441.2 | 0.0 | 0.0 | 1,830.9 | 0.000 | 0.000 | 8.410 | 0.0 | 0.0 | 15,397.7 | 15,397.7 |
| 12-31-2028 | 0.0 | 0.0 | 485.9 | 0.0 | 0.0 | 364.4 | 0.000 | 0.000 | 8.600 | 0.0 | 0.0 | 3,134.2 | 3,134.2 |
| 12-31-2029 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2030 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 0.0 | 20,565.3 | 0.0 | 0.0 | 15,671.6 | 0.000 | 0.000 | 7.976 | 0.0 | 0.0 | 125,001.6 | 125,001.6 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 0.0 | 20,565.3 | 0.0 | 0.0 | 15,671.6 | 0.000 | 0.000 | 7.976 | 0.0 | 0.0 | 125,001.6 | 125,001.6 |
| CUM PROD | 0.0 | | 0.0 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 20,565.3 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS/EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL | ABDNMNT | OPERATING | UNDISCOUNTED | | DISC AT 10.000% | | |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | COST M$ | COST M$ | EXPENSE M$ | PERIOD M$ | CUM M$ | CUM M$ | DISC RATE % | CUM PW M$ |
| 12-31-2016 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.000 | -1,453.2 |
| 12-31-2017 | 0 | 0.0 | 18.0 | 0.0 | 0.0 | 0.0 | 0.0 | -18.0 | -18.0 | -16.5 | 12.000 | 1,079.9 |
| 12-31-2018 | 0 | 0.0 | 27.5 | 0.0 | 0.0 | 0.0 | 0.0 | -27.5 | -45.5 | -39.6 | 15.000 | 1,981.2 |
| 12-31-2019 | 0 | 0.0 | 37.1 | 0.0 | 0.0 | 0.0 | 0.0 | -37.1 | -82.6 | -67.8 | 20.000 | 2,498.2 |
| 12-31-2020 | 0 | 0.0 | 46.7 | 0.0 | 0.0 | 0.0 | 0.0 | -46.7 | -129.3 | -100.1 | 25.000 | 2,428.3 |
| 12-31-2021 | 0 | 0.0 | 54.6 | 0.0 | 0.0 | 0.0 | 0.0 | -54.6 | -183.9 | -134.3 | 30.000 | 2,142.5 |
| 12-31-2022 | 1 | 1.0 | 47.9 | 0.0 | 6,382.0 | 0.0 | 4,071.1 | -899.2 | -1,083.1 | -726.1 | 35.000 | 1,804.8 |
| 12-31-2023 | 1 | 1.0 | 1,456.7 | 0.0 | 0.0 | 0.0 | 9,836.1 | 13,907.1 | 12,824.0 | 6,482.9 | 40.000 | 1,483.6 |
| 12-31-2024 | 1 | 1.0 | 7,003.5 | 0.0 | 0.0 | 0.0 | 10,032.9 | 7,754.1 | 20,578.1 | 10,123.1 | 45.000 | 1,203.3 |
| 12-31-2025 | 1 | 1.0 | 6,855.7 | 0.0 | 0.0 | 0.0 | 10,874.6 | 7,821.4 | 28,399.5 | 13,461.1 | 50.000 | 968.9 |
| 12-31-2026 | 1 | 1.0 | 5,151.8 | 0.0 | 0.0 | 0.0 | 11,618.4 | 4,755.7 | 33,155.2 | 15,322.5 | | |
| 12-31-2027 | 1 | 1.0 | 4,321.6 | 0.0 | 0.0 | 0.0 | 12,059.9 | -983.8 | 32,171.4 | 14,985.4 | | |
| 12-31-2028 | 1 | 1.0 | 3,593.3 | 0.0 | 0.0 | 0.0 | 2,804.6 | -3,263.7 | 28,907.7 | 13,947.4 | | |
| 12-31-2029 | 0 | 0.0 | 1,547.5 | 0.0 | 0.0 | 44,753.5 | 0.0 | -46,300.9 | -17,393.2 | 58.5 | | |
| 12-31-2030 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -17,393.2 | 58.5 | | |
| SUBTOTAL | | | 29,961.8 | 0.0 | 6,382.0 | 44,753.5 | 61,297.5 | -17,393.2 | -17,393.2 | 58.5 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -17,393.2 | 58.5 | | |
| TOTAL OF 14.8 YRS | | | 29,961.8 | 0.0 | 6,382.0 | 44,753.5 | 61,297.5 | -17,393.2 | -17,393.2 | 58.5 | | |

Table III

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS


NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF JULY 31, 2016

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROVED UNDEVELOPED RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES | | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL $/BBL | NGL $/BBL | GAS $/MCF | OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
| 12-31-2016 | 0.0 | 0.0 | 525.0 | 0.0 | 0.0 | 393.8 | 0.000 | 0.000 | 6.500 | 0.0 | 0.0 | 2,559.4 | 2,559.4 |
| 12-31-2017 | 0.0 | 0.0 | 1,999.1 | 0.0 | 0.0 | 1,499.3 | 0.000 | 0.000 | 6.690 | 0.0 | 0.0 | 10,030.2 | 10,030.2 |
| 12-31-2018 | 0.0 | 0.0 | 3,111.9 | 0.0 | 0.0 | 2,333.9 | 0.000 | 0.000 | 6.800 | 0.0 | 0.0 | 15,870.6 | 15,870.6 |
| 12-31-2019 | 0.0 | 0.0 | 5,993.8 | 0.0 | 0.0 | 4,495.4 | 0.000 | 0.000 | 6.950 | 0.0 | 0.0 | 31,242.8 | 31,242.8 |
| 12-31-2020 | 0.0 | 0.0 | 4,731.2 | 0.0 | 0.0 | 3,548.4 | 0.000 | 0.000 | 7.130 | 0.0 | 0.0 | 25,299.8 | 25,299.8 |
| 12-31-2021 | 0.0 | 0.0 | 3,075.2 | 0.0 | 0.0 | 2,306.4 | 0.000 | 0.000 | 7.320 | 0.0 | 0.0 | 16,883.1 | 16,883.1 |
| 12-31-2022 | 0.0 | 0.0 | 5,573.1 | 0.0 | 0.0 | 4,179.8 | 0.000 | 0.000 | 7.500 | 0.0 | 0.0 | 31,348.6 | 31,348.6 |
| 12-31-2023 | 0.0 | 0.0 | 13,200.0 | 0.0 | 0.0 | 9,900.0 | 0.000 | 0.000 | 7.680 | 0.0 | 0.0 | 76,032.0 | 76,032.0 |
| 12-31-2024 | 0.0 | 0.0 | 13,200.0 | 0.0 | 0.0 | 9,900.0 | 0.000 | 0.000 | 7.870 | 0.0 | 0.0 | 77,913.0 | 77,913.0 |
| 12-31-2025 | 0.0 | 0.0 | 12,980.4 | 0.0 | 0.0 | 9,735.3 | 0.000 | 0.000 | 8.050 | 0.0 | 0.0 | 78,368.9 | 78,368.9 |
| 12-31-2026 | 0.0 | 0.0 | 11,092.1 | 0.0 | 0.0 | 8,319.1 | 0.000 | 0.000 | 8.230 | 0.0 | 0.0 | 68,466.2 | 68,466.2 |
| 12-31-2027 | 0.0 | 0.0 | 7,586.0 | 0.0 | 0.0 | 5,689.5 | 0.000 | 0.000 | 8.410 | 0.0 | 0.0 | 47,848.4 | 47,848.4 |
| 12-31-2028 | 0.0 | 0.0 | 8,873.2 | 0.0 | 0.0 | 6,654.9 | 0.000 | 0.000 | 8.600 | 0.0 | 0.0 | 57,232.2 | 57,232.2 |
| 12-31-2029 | 0.0 | 0.0 | 7,651.3 | 0.0 | 0.0 | 5,738.4 | 0.000 | 0.000 | 8.780 | 0.0 | 0.0 | 50,383.5 | 50,383.5 |
| 12-31-2030 | 0.0 | 0.0 | 6,585.2 | 0.0 | 0.0 | 4,938.9 | 0.000 | 0.000 | 8.960 | 0.0 | 0.0 | 44,252.6 | 44,252.6 |
| | | | | | | | | | | | | | |
| SUBTOTAL | 0.0 | 0.0 | 106,177.4 | 0.0 | 0.0 | 79,633.0 | 0.000 | 0.000 | 7.958 | 0.0 | 0.0 | 633,731.5 | 633,731.5 |
| REMAINING | 0.0 | 0.0 | 1,651.2 | 0.0 | 0.0 | 1,238.4 | 0.000 | 0.000 | 9.150 | 0.0 | 0.0 | 11,331.2 | 11,331.2 |
| TOTAL | 0.0 | 0.0 | 107,828.6 | 0.0 | 0.0 | 80,871.4 | 0.000 | 0.000 | 7.976 | 0.0 | 0.0 | 645,062.7 | 645,062.7 |
| CUM PROD | 0.0 | | 0.0 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 107,828.6 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | TAXES | | CAPITAL COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | | | | UNDISCOUNTED | | DISC AT 10.000% | DISC RATE % | CUM PW M$ |
| | | | | | | | | PERIOD M$ | CUM M$ | CUM M$ | | |
| 12-31-2016 | 1 | 1.0 | 0.0 | 0.0 | 21,027.9 | 0.0 | 2,862.4 | -21,331.0 | -21,331.0 | -21,116.1 | 8.000 | 162,945.4 |
| 12-31-2017 | 1 | 1.0 | 34.6 | 0.0 | -36,453.8 | 0.0 | 11,976.5 | 34,472.9 | 13,142.0 | 10,091.6 | 12.000 | 125,213.0 |
| 12-31-2018 | 2 | 2.0 | 35.2 | 0.0 | -10,281.0 | 0.0 | 10,968.5 | 15,147.9 | 28,289.9 | 22,400.2 | 15.000 | 104,089.3 |
| 12-31-2019 | 1 | 1.0 | 36.8 | 0.0 | 2,202.2 | 0.0 | 11,278.4 | 17,725.4 | 46,015.3 | 35,757.2 | 20.000 | 78,302.1 |
| 12-31-2020 | 1 | 1.0 | 45.6 | 0.0 | 0.0 | 0.0 | 10,360.3 | 14,893.9 | 60,909.3 | 46,075.0 | 25.000 | 60,505.3 |
| 12-31-2021 | 1 | 1.0 | 17.6 | 0.0 | 0.0 | 0.0 | 16,634.1 | 231.4 | 61,140.7 | 46,256.8 | 30.000 | 47,872.1 |
| 12-31-2022 | 3 | 3.0 | -55.4 | 0.0 | 36,764.0 | 0.0 | 18,984.2 | -24,344.2 | 36,796.5 | 32,010.6 | 35.000 | 38,648.3 |
| 12-31-2023 | 2 | 2.0 | 780.3 | 0.0 | 0.0 | 0.0 | 23,301.6 | 51,950.0 | 88,746.5 | 58,892.4 | 40.000 | 31,726.9 |
| 12-31-2024 | 2 | 2.0 | 13,155.8 | 0.0 | 0.0 | 0.0 | 23,857.1 | 40,900.1 | 129,646.6 | 78,122.1 | 45.000 | 26,395.9 |
| 12-31-2025 | 2 | 2.0 | 7,915.3 | 0.0 | 0.0 | 0.0 | 23,797.6 | 46,656.1 | 176,302.7 | 98,006.9 | 50.000 | 22,168.7 |
| 12-31-2026 | 2 | 2.0 | 1,445.6 | 0.0 | 0.0 | 0.0 | 23,867.3 | 43,153.3 | 219,456.0 | 114,893.2 | | |
| 12-31-2027 | 3 | 3.0 | 289.5 | 0.0 | 155.6 | 0.0 | 23,013.4 | 24,389.9 | 243,845.9 | 123,570.0 | | |
| 12-31-2028 | 2 | 2.0 | 202.6 | 0.0 | 0.0 | 0.0 | 23,659.8 | 28,369.8 | 272,215.7 | 132,710.0 | | |
| 12-31-2029 | 2 | 2.0 | 2,129.5 | 0.0 | 0.0 | -44,753.5 | 30,195.9 | 62,811.6 | 335,027.3 | 151,434.3 | | |
| 12-31-2030 | 2 | 2.0 | 3,319.1 | 0.0 | 0.0 | 0.0 | 30,830.3 | 10,103.2 | 345,130.5 | 154,136.7 | | |
| | | | | | | | | | | | | |
| SUBTOTAL | | | 29,352.2 | 0.0 | 13,415.0 | -44,753.5 | 290,587.2 | 345,130.5 | 345,130.5 | 154,136.7 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 53,941.3 | 10,026.7 | -52,636.9 | 292,493.6 | 142,487.7 | | |
| TOTAL OF 15.8 YRS | | | 29,352.2 | 0.0 | 13,415.0 | 9,187.9 | 300,614.0 | 292,493.6 | 292,493.6 | 142,487.7 | | |

*Table IV*

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200204
DA00857

 **NETHERLAND, SEWELL & ASSOCIATES, INC.**

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF JULY 31, 2016

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROBABLE RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES | | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL $/BBL | NGL $/BBL | GAS $/MCF | OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
| 12-31-2016 | 0.0 | 0.0 | 75.0 | 0.0 | 0.0 | 56.3 | 0.000 | 0.000 | 6.500 | 0.0 | 0.0 | 365.6 | 365.6 |
| 12-31-2017 | 0.0 | 0.0 | 400.9 | 0.0 | 0.0 | 300.7 | 0.000 | 0.000 | 6.690 | 0.0 | 0.0 | 2,011.8 | 2,011.8 |
| 12-31-2018 | 0.0 | 0.0 | -1,026.2 | 0.0 | 0.0 | -769.7 | 0.000 | 0.000 | 6.800 | 0.0 | 0.0 | -5,233.9 | -5,233.9 |
| 12-31-2019 | 0.0 | 0.0 | -1,006.1 | 0.0 | 0.0 | -753.6 | 0.000 | 0.000 | 6.950 | 0.0 | 0.0 | -5,237.4 | -5,237.4 |
| 12-31-2020 | 0.0 | 0.0 | 2,766.2 | 0.0 | 0.0 | 2,141.9 | 0.000 | 0.000 | 7.130 | 0.0 | 0.0 | 15,271.9 | 15,271.9 |
| 12-31-2021 | 0.0 | 0.0 | 4,910.8 | 0.0 | 0.0 | 3,833.0 | 0.000 | 0.000 | 7.320 | 0.0 | 0.0 | 28,057.9 | 28,057.9 |
| 12-31-2022 | 0.0 | 0.0 | 2,968.9 | 0.0 | 0.0 | 2,380.5 | 0.000 | 0.000 | 7.500 | 0.0 | 0.0 | 17,853.7 | 17,853.7 |
| 12-31-2023 | 0.0 | 0.0 | -5,369.5 | 0.0 | 0.0 | -4,034.3 | 0.000 | 0.000 | 7.680 | 0.0 | 0.0 | -30,983.3 | -30,983.3 |
| 12-31-2024 | 0.0 | 0.0 | -3,632.6 | 0.0 | 0.0 | -2,724.5 | 0.000 | 0.000 | 7.870 | 0.0 | 0.0 | -21,441.4 | -21,441.4 |
| 12-31-2025 | 0.0 | 0.0 | 676.2 | 0.0 | 0.0 | 507.2 | 0.000 | 0.000 | 8.050 | 0.0 | 0.0 | 4,082.7 | 4,082.7 |
| 12-31-2026 | 0.0 | 0.0 | 4,851.3 | 0.0 | 0.0 | 3,638.5 | 0.000 | 0.000 | 8.230 | 0.0 | 0.0 | 29,944.7 | 29,944.7 |
| 12-31-2027 | 0.0 | 0.0 | 8,195.3 | 0.0 | 0.0 | 6,146.5 | 0.000 | 0.000 | 8.410 | 0.0 | 0.0 | 51,692.2 | 51,692.2 |
| 12-31-2028 | 0.0 | 0.0 | 7,907.7 | 0.0 | 0.0 | 5,930.8 | 0.000 | 0.000 | 8.600 | 0.0 | 0.0 | 51,004.8 | 51,004.8 |
| 12-31-2029 | 0.0 | 0.0 | 9,116.4 | 0.0 | 0.0 | 6,837.3 | 0.000 | 0.000 | 8.780 | 0.0 | 0.0 | 60,031.6 | 60,031.6 |
| 12-31-2030 | 0.0 | 0.0 | 10,811.2 | 0.0 | 0.0 | 8,108.4 | 0.000 | 0.000 | 8.960 | 0.0 | 0.0 | 72,651.1 | 72,651.1 |
| SUBTOTAL | 0.0 | 0.0 | 41,645.6 | 0.0 | 0.0 | 31,599.1 | 0.000 | 0.000 | 8.547 | 0.0 | 0.0 | 270,072.0 | 270,072.0 |
| REMAINING | 0.0 | 0.0 | 41,724.9 | 0.0 | 0.0 | 31,293.7 | 0.000 | 0.000 | 9.526 | 0.0 | 0.0 | 298,087.4 | 298,087.4 |
| TOTAL | 0.0 | 0.0 | 83,370.5 | 0.0 | 0.0 | 62,892.8 | 0.000 | 0.000 | 9.034 | 0.0 | 0.0 | 568,159.4 | 568,159.4 |
| CUM PROD | 0.0 | | 0.0 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 83,370.5 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS/EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | UNDISCOUNTED | | DISC AT 10.000% | | |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | | | | PERIOD M$ | CUM M$ | CUM M$ | DISC RATE % | CUM PW M$ |
| 12-31-2016 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 365.6 | 365.6 | 355.6 | 8.000 | 104,955.4 |
| 12-31-2017 | 0 | 0.0 | 3.8 | 0.0 | 0.0 | 0.0 | 0.0 | 2,008.0 | 2,373.6 | 2,182.3 | 12.000 | 67,498.3 |
| 12-31-2018 | -1 | -0.5 | 8.1 | 0.0 | -107.7 | 0.0 | 808.8 | -5,939.0 | -3,565.5 | -2,536.5 | 15.000 | 49,541.5 |
| 12-31-2019 | 1 | 0.7 | -108.5 | 0.0 | 110.6 | 0.0 | -877.2 | -4,362.2 | -7,927.7 | -6,043.9 | 20.000 | 30,898.9 |
| 12-31-2020 | 0 | 0.0 | 10.6 | 0.0 | 0.0 | 0.0 | 0.0 | 15,261.3 | 7,333.6 | 4,366.5 | 25.000 | 20,357.1 |
| 12-31-2021 | 0 | 0.0 | 569.5 | 0.0 | 0.0 | 0.0 | 0.0 | 27,488.4 | 34,822.0 | 21,561.3 | 30.000 | 14,138.0 |
| 12-31-2022 | -1 | -1.1 | 1,253.1 | 0.0 | -6,508.6 | 0.0 | 2,030.9 | 21,078.3 | 55,900.3 | 33,794.3 | 35.000 | 10,302.2 |
| 12-31-2023 | 0 | 0.0 | 648.4 | 0.0 | 0.0 | 0.0 | 0.0 | -31,629.6 | 24,270.7 | 17,475.5 | 40.000 | 7,826.6 |
| 12-31-2024 | 0 | 0.5 | 20.7 | 0.0 | 135.8 | 0.0 | -1,086.3 | -20,511.7 | 3,759.0 | 7,591.3 | 45.000 | 6,156.5 |
| 12-31-2025 | 0 | 0.3 | 4,992.8 | 0.0 | 7,194.8 | 0.0 | -1,143.1 | -6,961.5 | -3,202.5 | 4,650.2 | 50.000 | 4,962.1 |
| 12-31-2026 | 0 | 0.0 | 21,412.5 | 0.0 | 0.0 | 0.0 | 0.0 | 8,532.2 | 5,329.8 | 7,921.8 | | |
| 12-31-2027 | -1 | -0.8 | 25,974.6 | 0.0 | -155.6 | 0.0 | 1,258.5 | 24,614.7 | 29,944.4 | 16,598.6 | | |
| 12-31-2028 | 1 | 0.8 | 14,674.5 | 0.0 | 0.0 | 0.0 | 5,747.4 | 30,582.9 | 60,527.4 | 26,351.8 | | |
| 12-31-2029 | 1 | 1.2 | 10,294.2 | 0.0 | 167.1 | 0.0 | 6,584.5 | 42,985.8 | 103,513.2 | 38,866.6 | | |
| 12-31-2030 | 1 | 1.0 | 12,320.9 | 0.0 | 0.0 | 0.0 | 8,248.2 | 52,082.1 | 155,595.3 | 52,712.0 | | |
| SUBTOTAL | | | 92,070.7 | 0.0 | 836.4 | 0.0 | 21,589.6 | 155,595.3 | 155,595.3 | 52,712.0 | | |
| REMAINING | | | 21,220.5 | 0.0 | 0.0 | 9,162.4 | 145,743.0 | 121,961.6 | 277,556.9 | 83,829.2 | | |
| TOTAL OF 19.8 YRS | | | 113,291.2 | 0.0 | 836.4 | 9,162.4 | 167,312.5 | 277,556.9 | 277,556.9 | 83,829.2 | | |

Table V

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200205
DA00858


NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF JULY 31, 2016

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL MBBL | NGL MBBL | GAS MMCF | NET RESERVES OIL MBBL | NGL MBBL | GAS MMCF | AVERAGE PRICES OIL $/BBL | NGL $/BBL | GAS $/MCF | GROSS REVENUE OIL M$ | NGL M$ | GAS M$ | TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2016 | 0.0 | 0.0 | 119.0 | 0.0 | 0.0 | 92.6 | 0.000 | 0.000 | 6.500 | 0.0 | 0.0 | 601.8 | 601.8 |
| 12-31-2017 | 0.0 | 0.0 | 735.2 | 0.0 | 0.0 | 584.0 | 0.000 | 0.000 | 6.690 | 0.0 | 0.0 | 3,907.0 | 3,907.0 |
| 12-31-2018 | 0.0 | 0.0 | 1,142.1 | 0.0 | 0.0 | 896.2 | 0.000 | 0.000 | 6.800 | 0.0 | 0.0 | 6,094.2 | 6,094.2 |
| 12-31-2019 | 0.0 | 0.0 | -2,041.7 | 0.0 | 0.0 | -1,491.7 | 0.000 | 0.000 | 6.950 | 0.0 | 0.0 | -10,367.2 | -10,367.2 |
| 12-31-2020 | 0.0 | 0.0 | -1,684.0 | 0.0 | 0.0 | -1,208.4 | 0.000 | 0.000 | 7.130 | 0.0 | 0.0 | -8,616.0 | -8,616.0 |
| 12-31-2021 | 0.0 | 0.0 | 1,741.7 | 0.0 | 0.0 | 1,345.9 | 0.000 | 0.000 | 7.320 | 0.0 | 0.0 | 9,851.9 | 9,851.9 |
| 12-31-2022 | 0.0 | 0.0 | 4,017.3 | 0.0 | 0.0 | 3,056.4 | 0.000 | 0.000 | 7.500 | 0.0 | 0.0 | 22,923.1 | 22,923.1 |
| 12-31-2023 | 0.0 | 0.0 | 5,893.7 | 0.0 | 0.0 | 4,455.6 | 0.000 | 0.000 | 7.680 | 0.0 | 0.0 | 34,218.9 | 34,218.9 |
| 12-31-2024 | 0.0 | 0.0 | 2,912.0 | 0.0 | 0.0 | 2,184.0 | 0.000 | 0.000 | 7.870 | 0.0 | 0.0 | 17,188.1 | 17,188.1 |
| 12-31-2025 | 0.0 | 0.0 | -2,332.5 | 0.0 | 0.0 | -1,749.4 | 0.000 | 0.000 | 8.050 | 0.0 | 0.0 | -14,082.7 | -14,082.7 |
| 12-31-2026 | 0.0 | 0.0 | -6,378.9 | 0.0 | 0.0 | -4,784.2 | 0.000 | 0.000 | 8.230 | 0.0 | 0.0 | -39,374.0 | -39,374.0 |
| 12-31-2027 | 0.0 | 0.0 | -5,654.7 | 0.0 | 0.0 | -4,241.0 | 0.000 | 0.000 | 8.410 | 0.0 | 0.0 | -35,667.0 | -35,667.0 |
| 12-31-2028 | 0.0 | 0.0 | 146.8 | 0.0 | 0.0 | 110.1 | 0.000 | 0.000 | 8.600 | 0.0 | 0.0 | 948.6 | 948.6 |
| 12-31-2029 | 0.0 | 0.0 | 786.3 | 0.0 | 0.0 | 589.7 | 0.000 | 0.000 | 8.780 | 0.0 | 0.0 | 5,178.0 | 5,178.0 |
| 12-31-2030 | 0.0 | 0.0 | 3,753.9 | 0.0 | 0.0 | 2,815.4 | 0.000 | 0.000 | 8.960 | 0.0 | 0.0 | 25,226.0 | 25,226.0 |
| | | | | | | | | | | | | | |
| SUBTOTAL | 0.0 | 0.0 | 3,176.1 | 0.0 | 0.0 | 2,655.2 | 0.000 | 0.000 | 6.790 | 0.0 | 0.0 | 18,028.8 | 18,028.8 |
| REMAINING | 0.0 | 0.0 | 115,765.9 | 0.0 | 0.0 | 72,433.1 | 0.000 | 0.000 | 10.450 | 0.0 | 0.0 | 756,950.4 | 756,950.4 |
| TOTAL | 0.0 | 0.0 | 118,942.0 | 0.0 | 0.0 | 75,088.3 | 0.000 | 0.000 | 10.321 | 0.0 | 0.0 | 774,979.2 | 774,979.2 |
| CUM PROD | 0.0 | | 0.0 | | | | | | | | | | |
| ULTIMATE | 0.0 | | 118,942.0 | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NET | TAXES PRODUCTION M$ | AD VALOREM M$ | CAPITAL COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | CUM M$ | DISC AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2016 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 601.8 | 601.8 | 585.7 | 8.000 | 89,492.2 |
| 12-31-2017 | 0 | 0.0 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 3,904.4 | 4,506.1 | 4,151.1 | 12.000 | 51,609.9 |
| 12-31-2018 | 0 | 0.0 | 4.2 | 0.0 | 0.0 | 0.0 | 0.0 | 6,090.0 | 10,596.1 | 9,206.1 | 15.000 | 35,902.0 |
| 12-31-2019 | 0 | -0.2 | 122.5 | 0.0 | -110.6 | 0.0 | 877.2 | -11,256.3 | -660.2 | 893.7 | 20.000 | 21,710.2 |
| 12-31-2020 | 1 | 0.5 | -91.7 | 0.0 | 115.9 | 0.0 | -935.7 | -7,704.6 | -8,364.8 | -4,642.4 | 25.000 | 14,807.5 |
| 12-31-2021 | 0 | 0.0 | 8.8 | 0.0 | 0.0 | 0.0 | 0.0 | 9,843.1 | 1,478.3 | 1,471.9 | 30.000 | 11,130.5 |
| 12-31-2022 | 0 | 0.0 | 156.5 | 0.0 | 0.0 | 0.0 | 0.0 | 22,766.6 | 24,244.9 | 14,343.4 | 35.000 | 8,967.7 |
| 12-31-2023 | 0 | 0.0 | 50.5 | 0.0 | 0.0 | 0.0 | 0.0 | 34,168.4 | 58,413.3 | 32,010.4 | 40.000 | 7,569.4 |
| 12-31-2024 | 0 | -0.4 | 14.2 | 0.0 | -135.8 | 0.0 | 1,086.3 | 16,223.4 | 74,636.7 | 39,901.7 | 45.000 | 6,591.6 |
| 12-31-2025 | -1 | -0.6 | 4,870.8 | 0.0 | -7,194.8 | 0.0 | 1,143.1 | -12,901.8 | 61,734.9 | 34,457.8 | 50.000 | 5,868.5 |
| 12-31-2026 | 0 | 0.0 | -357.2 | 0.0 | 0.0 | 0.0 | 0.0 | -39,016.8 | 22,718.0 | 19,323.4 | | |
| 12-31-2027 | 0 | 0.3 | 350.3 | 0.0 | 154.0 | 0.0 | -1,248.3 | -34,922.9 | -12,204.9 | 6,835.5 | | |
| 12-31-2028 | 0 | 0.0 | 7,141.1 | 0.0 | 0.0 | 0.0 | 0.0 | -6,194.2 | -18,399.1 | 4,865.2 | | |
| 12-31-2029 | 0 | 0.0 | 13,167.8 | 0.0 | 8,146.6 | 0.0 | 26.0 | -16,162.3 | -34,561.5 | 89.5 | | |
| 12-31-2030 | 1 | 0.6 | 22,161.5 | 0.0 | 171.1 | 0.0 | -1,383.6 | 4,277.0 | -30,284.5 | 1,121.7 | | |
| | | | | | | | | | | | | |
| SUBTOTAL | | | 47,602.0 | 0.0 | 1,148.4 | 0.0 | -435.0 | -30,284.5 | -30,284.5 | 1,121.7 | | |
| REMAINING | | | 210,133.0 | 0.0 | 0.0 | -56.3 | 194,098.8 | 352,774.8 | 322,490.4 | 67,354.2 | | |
| TOTAL OF 25.5 YRS | | | 257,735.0 | 0.0 | 1,148.4 | -56.3 | 193,663.9 | 322,490.4 | 322,490.4 | 67,354.2 | | |

Table VI

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200206
DA00859



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

RESERVES AND ECONOMICS
AS OF JULY 31, 2016

COMPANY INTEREST

PROVED DEVELOPED PRODUCING RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | GROSS RESERVES | | | NET RESERVES | | | GROSS REVENUE | | | TOTAL TAXES | NET CAP COST | ABDNMNT COST | OPERATING EXPENSE | NET REVENUE | CUM P.W. 10.000% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL M$ | NGL M$ | GAS M$ | M$ | M$ | M$ | M$ | M$ | M$ |
| | | | | | | | | ALASKA | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 000003 | KLU3 4172 | 0.0 | 0.0 | 22,773.0 | 0.0 | 0.0 | 18,787.7 | 0.0 | 0.0 | 130,068.6 | 0.0 | 765.2 | 0.0 | 31,260.5 | 98,042.9 | 77,903.3 |
| 800000 | ACES TAX CRED PDP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -131,463.8 | 0.0 | 0.0 | 131,463.8 | 119,038.9 |
| 800003 | AD VAL TAX PDP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28,917.3 | 0.0 | 0.0 | 0.0 | -28,917.3 | -21,075.5 |
| 800006 | AK PROD TAX PDP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 800009 | FIXED EXPENSE PDP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 41,445.0 | -41,445.0 | -32,930.5 |
| | FIELD TOTAL | 0.0 | 0.0 | 22,773.0 | 0.0 | 0.0 | 18,787.7 | 0.0 | 0.0 | 130,068.6 | 28,917.3 | -130,698.6 | 0.0 | 72,705.5 | 159,144.5 | 142,936.2 |
| | TOTAL ALASKA | 0.0 | 0.0 | 22,773.0 | 0.0 | 0.0 | 18,787.7 | 0.0 | 0.0 | 130,068.6 | 28,917.3 | -130,698.6 | 0.0 | 72,705.5 | 159,144.5 | 142,936.2 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 22,773.0 | 0.0 | 0.0 | 18,787.7 | 0.0 | 0.0 | 130,068.6 | 28,917.3 | -130,698.6 | 0.0 | 72,705.5 | 159,144.5 | 142,936.2 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200207
DA00860



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

BASIC DATA
AS OF JULY 31, 2016

COMPANY INTEREST

PROVED DEVELOPED PRODUCING RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | GAS | GROSS ULTIMATE OIL MBBL | GAS MMCF | WORKING INTEREST START | END | REVENUE INTEREST START | END | OIL $/BBL START | END | NGL $/BBL START | END | GAS $/MCF START | END | GROSS OPERATING EXPENSE M$/M START | END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ALASKA | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 000003 | KLU3 4172 | 0 | 1 | 0.0 | 24,734.5 | 100.000 | 100.000 | 82.500 | 82.500 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 7.500 | 452.5 | 501.4 | 5.9 |
| 800000 | ACES TAX CRED PDP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 14.8 |
| 800003 | AD VAL TAX PDP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 14.8 |
| 800006 | AK PROD TAX PDP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 5.9 |
| 800009 | FIXED EXPENSE PDP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1,094.3 | 89.6 | 14.8 |
| | FIELD TOTAL | 0 | 1 | 0.0 | 24,734.5 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 1 | 0.0 | 24,734.5 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 1 | 0.0 | 24,734.5 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200208
DA00861


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

RESERVES AND ECONOMICS
AS OF JULY 31, 2016

PROVED DEVELOPED NON-PRODUCING RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

| LEASE NUMBER | LEASE NAME | GROSS RESERVES OIL MBBL | GROSS RESERVES NGL MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | GROSS REVENUE OIL M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALASKA | | | | | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 000001 | KLU3 5990-6960 BP | 0.0 | 0.0 | 20,565.3 | 0.0 | 0.0 | 15,671.6 | 0.0 | 0.0 | 125,001.6 | 0.0 | 6,382.0 | 0.0 | 38,081.8 | 80,537.7 | 35,757.4 |
| 800017 | AD VAL TAX PDNP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 25,324.3 | 0.0 | 0.0 | 0.0 | -25,324.3 | -10,162.5 |
| 800020 | AK PROD TAX PDNP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4,637.5 | 0.0 | 0.0 | 0.0 | -4,637.5 | -2,072.2 |
| 800015 | FIXED EXPENSE PDNP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23,215.7 | -23,215.7 | -10,028.9 |
| 800012 | ABANDONMENT PDNP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 44,753.5 | 0.0 | -44,753.5 | -13,435.2 |
| | FIELD TOTAL | 0.0 | 0.0 | 20,565.3 | 0.0 | 0.0 | 15,671.6 | 0.0 | 0.0 | 125,001.6 | 29,961.8 | 6,382.0 | 44,753.5 | 61,297.5 | -17,393.2 | 58.5 |
| | TOTAL ALASKA | 0.0 | 0.0 | 20,565.3 | 0.0 | 0.0 | 15,671.6 | 0.0 | 0.0 | 125,001.6 | 29,961.8 | 6,382.0 | 44,753.5 | 61,297.5 | -17,393.2 | 58.5 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 20,565.3 | 0.0 | 0.0 | 15,671.6 | 0.0 | 0.0 | 125,001.6 | 29,961.8 | 6,382.0 | 44,753.5 | 61,297.5 | -17,393.2 | 58.5 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200209
DA00862


NETHERLAND, SEWELL
& ASSOCIATES, INC.

BASIC DATA
AS OF JULY 31, 2016

COMPANY INTEREST

PROVED DEVELOPED NON-PRODUCING RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | ACTIVE COMPLTNS GAS | GROSS ULTIMATE OIL MBBL | GROSS ULTIMATE GAS MMCF | WORKING INTEREST START | WORKING INTEREST END | REVENUE INTEREST START | REVENUE INTEREST END | OIL $/BBL START | OIL $/BBL END | NGL $/BBL START | NGL $/BBL END | GAS $/MCF START | GAS $/MCF END | GROSS OPERATING EXPENSE M$/M START | GROSS OPERATING EXPENSE M$/M END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ALASKA | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 000001 | KLU3 5990-6960 BP | 0 | 1 | 0.0 | 20,565.3 | 100.000 | 100.000 | 82.500 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 8.600 | 452.5 | 628.2 | 11.7 |
| 800017 | AD VAL TAX PDNP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 14.8 |
| 800020 | AK PROD TAX PDNP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 11.7 |
| 800015 | FIXED EXPENSE PDNP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 77.2 | 14.8 |
| 800012 | ABANDONMENT PDNP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 12.7 |
| | FIELD TOTAL | 0 | 1 | 0.0 | 20,565.3 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 1 | 0.0 | 20,565.3 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 1 | 0.0 | 20,565.3 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200210
DA00863


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

RESERVES AND ECONOMICS
AS OF JULY 31, 2016

COMPANY INTEREST

PROVED UNDEVELOPED RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | GROSS RESERVES OIL MBBL | NGL MBBL | GAS MMCF | NET RESERVES OIL MBBL | NGL MBBL | GAS MMCF | GROSS REVENUE OIL M$ | NGL M$ | GAS M$ | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALASKA | | | | | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 000005 | KLU A2A | 0.0 | 0.0 | 3,219.2 | 0.0 | 0.0 | 2,414.4 | 0.0 | 0.0 | 16,134.9 | 0.0 | 17,998.6 | 0.0 | 8,083.8 | -9,947.4 | -10,481.4 |
| 000006 | KLU A2A BP1 | 0.0 | 0.0 | 17,401.9 | 0.0 | 0.0 | 13,051.4 | 0.0 | 0.0 | 92,416.2 | 0.0 | 107.7 | 0.0 | 21,907.9 | 70,400.7 | 50,545.8 |
| 000007 | KLU A2A BP2 | 0.0 | 0.0 | 52,678.4 | 0.0 | 0.0 | 39,508.8 | 0.0 | 0.0 | 320,611.2 | 0.0 | 126.5 | 0.0 | 60,066.0 | 260,418.7 | 110,976.2 |
| 100008 | KLU RT | 0.0 | 0.0 | 18,737.4 | 0.0 | 0.0 | 14,053.0 | 0.0 | 0.0 | 111,525.9 | 0.0 | 36,637.5 | 0.0 | 35,147.2 | 39,741.2 | 14,327.5 |
| 100009 | KLU RT BP1 | 0.0 | 0.0 | 15,791.6 | 0.0 | 0.0 | 11,843.7 | 0.0 | 0.0 | 104,374.4 | 0.0 | 155.6 | 0.0 | 27,421.7 | 76,797.1 | 22,220.1 |
| 900000 | CAPITAL SWD COMP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5,231.5 | 0.0 | 0.0 | -5,231.5 | -4,700.2 |
| 800019 | ACES TAX CRED PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -46,842.5 | 0.0 | 0.0 | 46,842.5 | 41,560.1 |
| 800018 | AD VAL TAX PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7,674.4 | 0.0 | 0.0 | 0.0 | -7,674.4 | -2,544.6 |
| 800021 | AK PROD TAX PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 21,677.8 | 0.0 | 0.0 | 0.0 | -21,677.8 | -9,827.1 |
| 800016 | FIXED EXPENSE PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 147,987.5 | -147,987.5 | -71,049.2 |
| 800030 | ABANDONMENT PUD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9,187.9 | 0.0 | -9,187.9 | 1,460.6 |
| | FIELD TOTAL | 0.0 | 0.0 | 107,828.6 | 0.0 | 0.0 | 80,871.4 | 0.0 | 0.0 | 645,062.7 | 29,352.2 | 13,415.0 | 9,187.9 | 300,614.0 | 292,493.6 | 142,487.7 |
| | TOTAL ALASKA | 0.0 | 0.0 | 107,828.6 | 0.0 | 0.0 | 80,871.4 | 0.0 | 0.0 | 645,062.7 | 29,352.2 | 13,415.0 | 9,187.9 | 300,614.0 | 292,493.6 | 142,487.7 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 107,828.6 | 0.0 | 0.0 | 80,871.4 | 0.0 | 0.0 | 645,062.7 | 29,352.2 | 13,415.0 | 9,187.9 | 300,614.0 | 292,493.6 | 142,487.7 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200211
DA00864


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

BASIC DATA
AS OF JULY 31, 2016

COMPANY INTEREST

PROVED UNDEVELOPED RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | ACTIVE COMPLTNS GAS | GROSS ULTIMATE OIL MBBL | GROSS ULTIMATE GAS MMCF | WORKING INTEREST START | WORKING INTEREST END | REVENUE INTEREST START | REVENUE INTEREST END | OIL $/BBL START | OIL $/BBL END | NGL $/BBL START | NGL $/BBL END | GAS $/MCF START | GAS $/MCF END | GROSS OPERATING EXPENSE M$/M START | GROSS OPERATING EXPENSE M$/M END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALASKA | | | | | | | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 000005 | KLU A2A | 0 | 1 | 0.0 | 3,219.2 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 6.800 | 452.5 | 402.5 | 1.8 |
| 000006 | KLU A2A BP1 | 0 | 1 | 0.0 | 17,401.9 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 7.500 | 452.5 | 503.0 | 6.0 |
| 000007 | KLU A2A BP2 | 0 | 1 | 0.0 | 52,678.4 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 9.150 | 452.5 | 702.1 | 14.5 |
| 100008 | KLU RT | 0 | 1 | 0.0 | 18,737.4 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 8.410 | 452.5 | 618.0 | 11.2 |
| 100009 | KLU RT BP1 | 0 | 1 | 0.0 | 15,791.6 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 9.150 | 452.5 | 711.3 | 14.8 |
| 900000 | CAPITAL SWD COMP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 14.8 |
| 800019 | ACES TAX CRED PUD | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 14.8 |
| 800018 | AD VAL TAX PUD | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 14.8 |
| 800021 | AK PROD TAX PUD | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 14.8 |
| 800016 | FIXED EXPENSE PUD | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 261.1 | 1,194.5 | 14.8 |
| 800030 | ABANDONMENT PUD | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 15.8 |
| | FIELD TOTAL | 0 | 5 | 0.0 | 107,828.6 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 5 | 0.0 | 107,828.6 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 5 | 0.0 | 107,828.6 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200212
DA00865


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

RESERVES AND ECONOMICS
AS OF JULY 31, 2016

COMPANY INTEREST

PROBABLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | GROSS RESERVES | | | NET RESERVES | | | GROSS REVENUE | | | TOTAL TAXES | NET CAP COST | ABDNMNT COST | OPERATING EXPENSE | NET REVENUE | CUM P.W. 10.000% |
| | | OIL MBBL | NGL MBBL | GAS MMCF | OIL MBBL | NGL MBBL | GAS MMCF | OIL M$ | NGL M$ | GAS M$ | M$ | M$ | M$ | M$ | M$ | M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ALASKA | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 500003 | KLU3 4172 IPB | 0.0 | 0.0 | 14,065.9 | 0.0 | 0.0 | 11,161.9 | 0.0 | 0.0 | 84,889.2 | 0.0 | 0.0 | 0.0 | 19,531.0 | 65,358.1 | 36,259.2 |
| 500001 | KLU3 5990-6960 IPB | 0.0 | 0.0 | 5,186.1 | 0.0 | 0.0 | 3,641.9 | 0.0 | 0.0 | 41,448.3 | 0.0 | 812.7 | 0.0 | 13,599.4 | 27,034.2 | -1,475.9 |
| 500005 | KLU A2A IPB | 0.0 | 0.0 | 2,061.7 | 0.0 | 0.0 | 1,546.3 | 0.0 | 0.0 | 10,466.8 | 0.0 | 0.0 | 0.0 | 3,358.4 | 7,128.3 | 6,112.3 |
| 500006 | KLU A2A BP1 IPB | 0.0 | 0.0 | 7,983.2 | 0.0 | 0.0 | 5,987.4 | 0.0 | 0.0 | 46,389.1 | 0.0 | 2.9 | 0.0 | 7,866.6 | 38,499.6 | 19,600.6 |
| 500007 | KLU A2A BP2 IPB | 0.0 | 0.0 | 26,961.5 | 0.0 | 0.0 | 20,221.1 | 0.0 | 0.0 | 197,409.2 | 0.0 | 9.3 | 0.0 | 28,662.3 | 168,737.7 | 28,749.0 |
| 500008 | KLU RT IPB | 0.0 | 0.0 | 12,869.3 | 0.0 | 0.0 | 9,652.0 | 0.0 | 0.0 | 79,824.2 | 0.0 | 0.0 | 0.0 | 13,963.3 | 65,860.9 | 26,303.9 |
| 510009 | KLU RT BP1 IPB | 0.0 | 0.0 | 14,242.8 | 0.0 | 0.0 | 10,682.1 | 0.0 | 0.0 | 107,714.7 | 0.0 | 11.5 | 0.0 | 22,975.5 | 84,727.7 | 14,084.3 |
| 800001 | ACES TAX CRED PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 800004 | AD VAL TAX PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23,633.7 | 0.0 | 0.0 | 0.0 | -23,633.7 | -6,279.0 |
| 800007 | AK PROD TAX PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 89,657.5 | 0.0 | 0.0 | 0.0 | -89,657.5 | -30,336.7 |
| 800010 | FIXED EXPENSE PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 57,336.0 | -57,336.0 | -11,595.1 |
| 800013 | ABANDONMENT PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9,162.4 | 0.0 | -9,162.4 | 2,406.6 |
| | FIELD TOTAL | 0.0 | 0.0 | 83,370.5 | 0.0 | 0.0 | 62,892.8 | 0.0 | 0.0 | 568,159.4 | 113,291.2 | 836.4 | 9,162.4 | 167,312.5 | 277,556.9 | 83,829.2 |
| | TOTAL ALASKA | 0.0 | 0.0 | 83,370.5 | 0.0 | 0.0 | 62,892.8 | 0.0 | 0.0 | 568,159.4 | 113,291.2 | 836.4 | 9,162.4 | 167,312.5 | 277,556.9 | 83,829.2 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 83,370.5 | 0.0 | 0.0 | 62,892.8 | 0.0 | 0.0 | 568,159.4 | 113,291.2 | 836.4 | 9,162.4 | 167,312.5 | 277,556.9 | 83,829.2 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200213
DA00866


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

BASIC DATA
AS OF JULY 31, 2016

COMPANY INTEREST

PROBABLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | ACTIVE COMPLTNS GAS | GROSS ULTIMATE OIL MBBL | GROSS ULTIMATE GAS MMCF | WORKING INTEREST START | WORKING INTEREST END | REVENUE INTEREST START | REVENUE INTEREST END | OIL $/BBL START | OIL $/BBL END | NGL $/BBL START | NGL $/BBL END | GAS $/MCF START | GAS $/MCF END | GROSS OPERATING EXPENSE M$/M START | GROSS OPERATING EXPENSE M$/M END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALASKA | | | | | | | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 500003 | KLU3 4172 IPB | 0 | 1 | 0.0 | 14,065.9 | 100.000 | 100.000 | 82.500 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 8.050 | 452.5 | 565.8 | 8.9 |
| 500001 | KLU3 5990-6960 IPB | 0 | 1 | 0.0 | 5,186.1 | 100.000 | 100.000 | 82.500 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 9.256 | 452.5 | 737.3 | 15.7 |
| 500005 | KLU A2A IPB | 0 | 1 | 0.0 | 2,061.7 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 6.950 | 452.5 | 439.9 | 2.5 |
| 500006 | KLU A2A BP1 IPB | 0 | 1 | 0.0 | 7,983.2 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 7.870 | 452.5 | 540.5 | 7.8 |
| 500007 | KLU A2A BP2 IPB | 0 | 1 | 0.0 | 26,961.5 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 10.446 | 452.5 | 832.1 | 18.8 |
| 500008 | KLU RT IPB | 0 | 1 | 0.0 | 12,869.3 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 8.780 | 452.5 | 664.1 | 13.1 |
| 510009 | KLU RT BP1 IPB | 0 | 1 | 0.0 | 14,242.8 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 10.446 | 452.5 | 832.1 | 18.8 |
| 800001 | ACES TAX CRED PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 18.8 |
| 800004 | AD VAL TAX PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 18.8 |
| 800007 | AK PROD TAX PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 18.8 |
| 800010 | FIXED EXPENSE PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1,355.4 | 1,194.5 | 18.8 |
| 800013 | ABANDONMENT PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 19.8 |
| | FIELD TOTAL | 0 | 7 | 0.0 | 83,370.5 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 7 | 0.0 | 83,370.5 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 7 | 0.0 | 83,370.5 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200214
DA00867


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

RESERVES AND ECONOMICS
AS OF JULY 31, 2016

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | GROSS RESERVES OIL MBBL | NGL MBBL | GAS MMCF | NET RESERVES OIL MBBL | NGL MBBL | GAS MMCF | GROSS REVENUE OIL M$ | NGL M$ | GAS M$ | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ALASKA | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 700003 | KLU3 4172 IPS | 0.0 | 0.0 | 21,132.5 | 0.0 | 0.0 | 16,122.5 | 0.0 | 0.0 | 129,257.9 | 0.0 | 0.0 | 0.0 | 26,899.6 | 102,358.3 | 47,720.5 |
| 700001 | KLU3 5990-6960 IPS | 0.0 | 0.0 | 8,691.8 | 0.0 | 0.0 | 4,444.4 | 0.0 | 0.0 | 62,308.3 | 0.0 | 1,118.9 | 0.0 | 18,971.0 | 42,218.4 | -2,387.8 |
| 700005 | KLU A2A IPS | 0.0 | 0.0 | 3,641.0 | 0.0 | 0.0 | 2,880.8 | 0.0 | 0.0 | 19,955.1 | 0.0 | 0.0 | 0.0 | 6,472.9 | 13,482.1 | 10,673.2 |
| 700006 | KLU A2A BP1 IPS | 0.0 | 0.0 | 12,587.7 | 0.0 | 0.0 | 9,440.8 | 0.0 | 0.0 | 79,377.0 | 0.0 | 5.3 | 0.0 | 15,512.0 | 63,859.7 | 22,375.2 |
| 700007 | KLU A2A BP2 IPS | 0.0 | 0.0 | 39,023.6 | 0.0 | 0.0 | 21,386.5 | 0.0 | 0.0 | 274,434.4 | 0.0 | 18.1 | 0.0 | 25,188.3 | 249,229.9 | 7,585.8 |
| 700008 | KLU RT IPS | 0.0 | 0.0 | 8,692.2 | 0.0 | 0.0 | 6,519.1 | 0.0 | 0.0 | 53,714.7 | 0.0 | 0.0 | 0.0 | 4,857.6 | 48,857.2 | 19,696.3 |
| 710009 | KLU RT BP1 IPS | 0.0 | 0.0 | 24,973.2 | 0.0 | 0.0 | 14,294.3 | 0.0 | 0.0 | 155,931.8 | 0.0 | 4.0 | 0.0 | 30,783.6 | 125,144.2 | 19,837.4 |
| 800002 | ACES TAX CRED POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 800005 | AD VAL TAX POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10,347.6 | 0.0 | 0.0 | 0.0 | -10,347.6 | -1,592.1 |
| 800008 | AK PROD TAX POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 247,387.3 | 0.0 | 0.0 | 0.0 | -247,387.3 | -52,191.3 |
| 800011 | FIXED EXPENSE POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 64,980.8 | -64,980.8 | -8,340.8 |
| 800014 | ABANDONMENT POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | -56.3 | 0.0 | 56.3 | 3,997.8 |
| | FIELD TOTAL | 0.0 | 0.0 | 118,942.0 | 0.0 | 0.0 | 75,088.3 | 0.0 | 0.0 | 774,979.2 | 257,735.0 | 1,146.4 | -56.3 | 193,663.9 | 322,490.4 | 67,354.2 |
| | TOTAL ALASKA | 0.0 | 0.0 | 118,942.0 | 0.0 | 0.0 | 75,088.3 | 0.0 | 0.0 | 774,979.2 | 257,735.0 | 1,146.4 | -56.3 | 193,663.9 | 322,490.4 | 67,354.2 |
| | TOTAL ALL LEASES | 0.0 | 0.0 | 118,942.0 | 0.0 | 0.0 | 75,088.3 | 0.0 | 0.0 | 774,979.2 | 257,735.0 | 1,146.4 | -56.3 | 193,663.9 | 322,490.4 | 67,354.2 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200215
DA00868


NETHERLAND, SEWELL
& ASSOCIATES, INC.

BASIC DATA
AS OF JULY 31, 2016

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | GAS | GROSS ULTIMATE OIL MBBL | GAS MMCF | WORKING INTEREST START | END | REVENUE INTEREST START | END | OIL $/BBL START | END | NGL $/BBL START | END | GAS $/MCF START | END | GROSS OPERATING EXPENSE M$/M START | END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ALASKA | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 700003 | KLU3 4172 IPS | 0 | 1 | 0.0 | 21,132.5 | 100.000 | 100.000 | 82.500 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 8.780 | 452.5 | 653.4 | 12.6 |
| 700001 | KLU3 5990-6960 IPS | 0 | 1 | 0.0 | 8,691.8 | 100.000 | 80.000 | 82.500 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 11.485 | 452.5 | 914.9 | 21.2 |
| 700005 | KLU A2A IPS | 0 | 1 | 0.0 | 3,841.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 7.130 | 452.5 | 460.5 | 3.7 |
| 700006 | KLU A2A BP1 IPS | 0 | 1 | 0.0 | 12,587.7 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 8.410 | 452.5 | 612.0 | 11.0 |
| 700007 | KLU A2A BP2 IPS | 0 | 1 | 0.0 | 39,023.6 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 13.046 | 452.5 | 1,039.2 | 24.5 |
| 700008 | KLU RT IPS | 0 | 1 | 0.0 | 8,692.2 | 100.000 | 100.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 8.960 | 452.5 | 679.5 | 13.7 |
| 710009 | KLU RT BP1 IPS | 0 | 1 | 0.0 | 24,973.2 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 6.500 | 12.462 | 452.5 | 992.7 | 23.3 |
| 800002 | ACES TAX CRED POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 24.5 |
| 800005 | AD VAL TAX POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 80.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 24.5 |
| 800008 | AK PROD TAX POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 80.000 | 75.000 | 75.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 24.5 |
| 800011 | FIXED EXPENSE POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 1,355.4 | 1,194.5 | 24.5 |
| 800014 | ABANDONMENT POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 80.000 | 75.000 | 60.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.0 | 0.0 | 25.5 |
| | FIELD TOTAL | 0 | 7 | 0.0 | 118,942.0 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 7 | 0.0 | 118,942.0 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 7 | 0.0 | 118,942.0 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200216
DA00869

# EXHIBIT 22

DA00870

Message

| | |
|---|---|
| **From:** | David [d.elder@furiealaska.com] |
| **Sent:** | 10/25/2016 4:15:29 PM |
| **To:** | Lars Degenhardt; SA [degenhardt@deutsche-oel-gas.com]; Bruce Webb [b.webb@furiealaska.com]; Tom Hord [thord1@yahoo.com]; Gordon Raines [g.raines@furiealaska.com]; John Stuart [j.stuart@furiealaska.com]; Aaron Holmen [a.holmen@furiealaska.com]; Lee Chenault [l.chenault@furiealaska.com] |
| **CC:** | Kay Rieck [rieck@deutsche-oel-gas.com] |
| **Subject:** | Contract Workforce Comparison and Water Disposal |
| **Attachments:** | Furie Operator Cost vs Proposed Peak.pptx; Att0x7f086031d460.htm |

Lars:

Attached is a presentation that Gordon and Aaron prepared to compare the costs of using Peak Oilfield Services vs Crosby who we are currently using The comparison is based upon the go forward staffing levels. Costs do not include mechanics or electricians that are currently being provided by local contractors on an as needed basis. The presentation also includes a discussion on both implementation and staffing considerations. Savings are not in the $1 million range Peak originally represented as there were math errors in the original Peak proposal.

In addition, we include information for discussion regarding our water disposal costs which is an issue we must address as the cost are significant and will increase as we go forward. Gordon will be able to conduct the four point test once the rig is off location which will give us an idea if we could meet short term needs via the Beluga. This would allow us to defer some of the capital costs until next year. However, over the long run we need to elect to either use evaporators or a water disposal well. In any event this is something we need to cover as a group in order to develop a plan to drive these costs down in the near and long term.


I would like to schedule a call tomorrow at 10:00 am to review the presentation. Aaron or Lee will send out a calendar invite. If that time does not work, please suggest a time when you can be available.

Thanks,

DE

FURIE-BANKR_00173306
DA00871

**This document is being produced natively.**

FURIE-BANKR_00173307
DA00872

# Current Operator Cost vs Proposed (Peak)



**Current Operator Cost vs. Proposed Operator Cost (Peak)**

| | Total Annual Cost |
|---|---|
| **Current (Crosby)** | $ 1,540,332 |
| **Peak** | $ 1,334,258 |
| Savings: | $ (206,074) |
| % Savings | -13% |

**Detail Calculation:**

| | Area | Description | Schedule | Alternate | Day | Night | Total: | Labor | Per Diem | Travel | Total Annual Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current (Crosby)** | Plant | Superintendent | 30x30 | No | 1 | 0 | 1 | $ 182,460 | $ 21,900 | $ 12,000 | $ 216,360 |
| | Plant | Lead Operator | 28x28 | Yes | 1 | 0 | 1 | $ 314,984 | $ 18,250 | $ 24,000 | $ 357,234 |
| | Plant | A Operator | 28x28 | Yes | 1 | 0 | 1 | $ 279,996 | $ 18,250 | $ 24,000 | $ 322,246 |
| | Platform | A Operator | 28x28 | Yes | 2 | 0 | 2 | $ 559,992 | $ 36,500 | $ 48,000 | $ 644,492 |
| | Total: | | | | 5 | 0 | 5 | $ 1,337,432 | $ 94,900 | $ 108,000 | $ 1,540,332 |
| **Peak** | Plant | Superintendent | Full Time | Full Time | 1 | 0 | 1 | $ 195,520 | $ 18,250 | $ - | $ 213,770 |
| | Plant | Operator | 14x14 | Yes | 2 | 0 | 2 | $ 523,744 | $ 36,500 | $ - | $ 560,244 |
| | Platform | Operator | 14x14 | Yes | 2 | 0 | 2 | $ 523,744 | $ 36,500 | $ - | $ 560,244 |
| | Total: | | | | 5 | 0 | 5 | $ 1,243,008 | $ 91,250 | $ - | $ 1,334,258 |
| **Savings:** | | | | | | | | $ (94,424) | $ (3,650) | $ (108,000) | $ (206,074) |
| **%** | | | | | | | | -7% | 0% | 100% | -13% |

**Assumptions**
1. (4) operators - 2 onshore and 2 offshore
2. No night operators (both operators on staff will respond as necessary)
3. No roustabouts
4. Estimated start date Jan 1, 2017
5. Operations relatively trouble free
6. All current activities and responsibilities managed with 4 personnel
7. Goal to operate PF "unmanned" in early 2017 (assumes no rig in operation)

FURIE OPERATING ALASKA, LLC

DA00873

# Current Operator Cost vs Proposed (Peak) – Cont'd



Primary Concerns

- Timing required to get replacement operators knowledgeable / competent

    - Furie equipment

    - Furie operating procedures

    - Familiarity of a particular well's flow characteristics

- Risks associated with above include

    - HSE (health, safety, environmental)

    - Equipment damage / extended downtime

    - Flow assurance (revenue)

    - Cost savings of proposed 'daylight operators only' may be less than realized - particularly during winter months

    - Savings from releasing roustabouts is only +/- 6 months/year

DA00874

# Produced Water Disposal Options



Current Status
- Data Needs
  - Water Rates from KLU A-2A for sizing evaporator and
  - What are long term plans? I.e., how much water can we expect in the future?
  - Short term decision, less than 5 years at current projected water rates
  - Evaporator – expected investment cost at $0.65 MM
    - Limited flexibility with volumes
    - Annual OPEX $ 0.7 MM (fuel, sludge disposal, maintenance)
    - Permit 3 – 4 months (est.)
  - Disposal well
    - Unknowns (no wells within 5 miles) – hard to define parameters for disposal well but can expect investment cost to be $4MM
    - Flexibility on volumes / particularly long term
    - Annual OPEX $0.1 MM (well maintenance, disposal pump maintenance)
    - Permit(s) timing 4 – 5 months (est.)

DA00875

## Produced Water Disposal Options – Cont'd





# EXHIBIT 23

DA00877

Message

| | |
|---|---|
| **From**: | Bruce Ganer [bganer@sprioilgas.com] |
| **Sent**: | 2/28/2018 2:10:42 PM |
| **To**: | 'Tom Walsh' [twalsh@petroak.com] |
| **CC**: | Trent Kososki [tkososki@ecpartners.com]; Theodor van Stephoudt [tvanstephoudt@reedsmith.com]; David Elder [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=986c15f96e6f425baf445da2c4e19167-David Elder] |
| **Subject**: | FW: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx |
| **Attachments**: | Copy of November 2016 lower stirling KLU #2 Well Data.xlsx; _Certification_.htm |

**From:** Bruce Ganer [mailto:bganer@sprioilgas.com]
**Sent:** Wednesday, February 28, 2018 3:35 PM
**To:** 'bganer@sprioilgas.com' <bganer@sprioilgas.com>
**Subject:** FW: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

**From:** Michael Jaqua [mailto:Michael.Jaqua@exprogroup.com]
**Sent:** Monday, November 28, 2016 6:04 PM
**To:** Willie Chang <Willie.Chang@exprogroup.com>; Bruce Ganer <bganer@sprioilgas.com>; 'Gordon Raines' <g.raines@furiealaska.com>
**Cc:** 'Mark Slaughter' <m.slaughter@furiealaska.com>; 'John Stuart' <j.stuart@furiealaska.com>; Reservoir Information Group <ReservoirInformationGroup@exprogroup.com>; 'Tom Hord' <t.hord@furiepetroleum.com>
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

update

**From:** Willie Chang
**Sent:** Monday, November 28, 2016 1:35 PM
**To:** Bruce Ganer; Michael Jaqua; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; Reservoir Information Group; 'Tom Hord'
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

I think the perm in the Lower Sterling sand is lot lower than expected, instead of 225 mD or higher as we hoped for, it is probably down to between 50 mD - 75 mD, so we are drawing harder and brought in water. Similar thing we saw in the clean-up before the initial shut-in. We probably will continue to see the water production going forward.

I just ran a quick Nodal model: right now we are flowing at 15 mmcfd at FTP=1513 psi, water rate = 625 bbl/d.

My Nodal prediction: Using a perm=58 mD and Skin = +13.4, FTP at 1630 psi, Gas rate = 10.28 mmcfd. FTP at 1513 psi, Gas rate = 15.08 mmcfd. If FTP drops to 1400 psi, Gas Rate would be 19.07 mmcfd, assuming the Water/Gas ratio stays the same at 41.67 bbl/mmcfd.

Willie

**From:** Bruce Ganer [mailto:bganer@sprioilgas.com]
**Sent:** Monday, November 28, 2016 4:01 PM
**To:** Michael Jaqua; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; Reservoir Information Group; 'Tom Hord'
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

FURIE-BANKR_00154676
DA00878

Any thoughts on what might be going on, 2hrs at ~5 mmcfpd no water then bump rate up 10-15 mmcfpd and water comes in big?

**From:** Michael Jaqua [mailto:Michael.Jaqua@exprogroup.com]
**Sent:** Monday, November 28, 2016 3:31 PM
**To:** Bruce Ganer <bganer@sprioilgas.com>; 'Gordon Raines' <g.raines@furiealaska.com>
**Cc:** 'Mark Slaughter' <m.slaughter@furiealaska.com>; 'John Stuart' <j.stuart@furiealaska.com>; Reservoir Information Group <ReservoirInformationGroup@exprogroup.com>; 'Tom Hord' <t.hord@furiepetroleum.com>
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

Update

**From:** Bruce Ganer [mailto:bganer@sprioilgas.com]
**Sent:** Monday, November 28, 2016 7:59 AM
**To:** Michael Jaqua; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; Reservoir Information Group; 'Tom Hord'
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

All,

I wanted to share the attached. By the mudlog (in orange) and wireline logs (red shaded gas cross over), see the "Gas Effect" track/column on the right side of the plot, via this direct comparison the Sterling zone should be better than the Beluga zone(s) tested earlier below it.

I checked the Bond Log and it looks to have maybe the best cement quality and isolation from other zones than anywhere else in the well.

Looking into drilling fluid properties and completion fluid properties, total dissolved solids (PPM) and Chloride concentrations (PPM), to see if that provides any insights.

Right now its very hard to say that with so much water that the water being recovered isn't formation water. But that doesn't really fit either just yet.

Thanks,
Bruce

**From:** Michael Jaqua [mailto:Michael.Jaqua@exprogroup.com]
**Sent:** Monday, November 28, 2016 5:18 AM
**To:** Bruce Ganer <bganer@sprioilgas.com>; 'Gordon Raines' <g.raines@furiealaska.com>
**Cc:** 'Mark Slaughter' <m.slaughter@furiealaska.com>; 'John Stuart' <j.stuart@furiealaska.com>; Reservoir Information Group <ReservoirInformationGroup@exprogroup.com>
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

Final clean up numbers are in

**From:** Michael Jaqua
**Sent:** Sunday, November 27, 2016 10:44 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; Reservoir Information Group
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

FURIE-BANKR_00154677
DA00879

update

---

**From:** Michael Jaqua
**Sent:** Sunday, November 27, 2016 8:24 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; Reservoir Information Group
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

Update 99.2bbls total so far

---

**From:** Bruce Ganer [mailto:bganer@sprioilgas.com]
**Sent:** Sunday, November 27, 2016 8:16 PM
**To:** Michael Jaqua; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; Reservoir Information Group
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

Feel free to call me if you all need to discuss within the next 6-7 hours.

Bruce
281-851-9500

**From:** Michael Jaqua [mailto:Michael.Jaqua@exprogroup.com]
**Sent:** Sunday, November 27, 2016 11:00 PM
**To:** Bruce Ganer <bganer@sprioilgas.com>; 'Gordon Raines' <g.raines@furiealaska.com>
**Cc:** 'Mark Slaughter' <m.slaughter@furiealaska.com>; 'John Stuart' <j.stuart@furiealaska.com>; Reservoir Information Group <ReservoirInformationGroup@exprogroup.com>
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

We have been checking the fluid every hour will keep you updated

---

**From:** Bruce Ganer [mailto:bganer@sprioilgas.com]
**Sent:** Sunday, November 27, 2016 7:57 PM
**To:** Michael Jaqua; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; Reservoir Information Group
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

This is not good news……especially with the salinity being elevated. Need to watch this and see if it increases.

Bruce

**From:** Michael Jaqua [mailto:Michael.Jaqua@exprogroup.com]
**Sent:** Sunday, November 27, 2016 10:18 PM
**To:** Bruce Ganer <bganer@sprioilgas.com>; 'Gordon Raines' <g.raines@furiealaska.com>
**Cc:** 'Mark Slaughter' <m.slaughter@furiealaska.com>; 'John Stuart' <j.stuart@furiealaska.com>; Reservoir Information Group <ReservoirInformationGroup@exprogroup.com>
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

Update 76.1 bbls of fluid out so far

---

**From:** Michael Jaqua
**Sent:** Sunday, November 27, 2016 6:35 PM

FURIE-BANKR_00154678
DA00880

**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

update

---

**From:** Michael Jaqua
**Sent:** Sunday, November 27, 2016 5:05 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

Update

---

**From:** Michael Jaqua
**Sent:** Sunday, November 27, 2016 3:56 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 lower stirling KLU #2 Well Data.xlsx

Lower stirling test

---

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 4:17 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

Final SITP is 1908 still building slowly going to pull gauges out of well

---

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 12:05 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

---

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 10:48 AM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

---

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 8:40 AM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

FURIE-BANKR_00154679
DA00881

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 6:06 AM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

Four point done now shut in build up

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 4:28 AM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

Test is still ongoing update

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 2:23 AM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

**From:** Michael Jaqua
**Sent:** Friday, November 25, 2016 2:23 AM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

16mmcf test data update moving to final stage 22mmcf

**From:** Michael Jaqua
**Sent:** Thursday, November 24, 2016 10:08 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

10mmcf test numbers 16mmcf started

**From:** Michael Jaqua
**Sent:** Thursday, November 24, 2016 7:51 PM
**To:** 'Bruce Ganer'; 'Gordon Raines'
**Cc:** 'Mark Slaughter'; 'John Stuart'; ris@exprogroup.com
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

Update on the 5mmcf Next duration is 10mmcf @ 20:00 local time

**From:** Bruce Ganer [mailto:bganer@sprioilgas.com]
**Sent:** Thursday, November 24, 2016 6:58 PM
**To:** 'Gordon Raines'; Michael Jaqua
**Cc:** 'Mark Slaughter'; 'John Stuart'
**Subject:** RE: Copy of November 2016 KLU #2 Well Data.xlsx

Thanks

FURIE-BANKR_00154680
DA00882

**From:** Gordon Raines [mailto:g.raines@furiealaska.com]
**Sent:** Thursday, November 24, 2016 9:22 PM
**To:** Michael Jaqua <Michael.Jaqua@exprogroup.com>
**Cc:** Mark Slaughter <m.slaughter@furiealaska.com>; John Stuart <j.stuart@furiealaska.com>; Bruce Ganer <bganer@sprioilgas.com>
**Subject:** Re: Copy of November 2016 KLU #2 Well Data.xlsx

Mike / please include Bruce, John , and mark.

Gordon Raines
(c) 337-278-0594

On Nov 24, 2016, at 9:17 PM, Michael Jaqua <Michael.Jaqua@exprogroup.com> wrote:

Update on test
Important Notice: The information in this email is confidential and may be legally privileged. If you have reason to believe you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful and you are requested to contact the sender urgently and dispose of this e-mail. We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we will not be liable for direct, special, indirect or consequential damages as a result of any virus being passed on, or arising from alteration of the contents of this message by a third party. Company registration details, including registered office information, for Expro's principal UK companies can be found via the following link: http://www.exprogroup.com/contact-us/locations/#Europe_CIS

<Copy of November 2016 KLU #2 Well Data.xlsx>

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7924 / Virus Database: 4664/13471 - Release Date: 11/24/16

Important Notice: The information in this email is confidential and may be legally privileged. If you have reason to believe you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful and you are requested to contact the sender urgently and dispose of this e-mail. We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we will not be liable for direct, special, indirect or consequential damages as a result of any virus being passed on, or arising from alteration of the contents of this message by a third party. Company registration details, including registered office information, for Expro's principal UK companies can be found via the following link: http://www.exprogroup.com/contact-us/locations/#Europe_CIS

Important Notice: The information in this email is confidential and may be legally privileged. If you have reason to believe you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful and you are requested to contact the sender urgently and dispose of this e-mail. We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we will not be liable for direct, special, indirect or consequential damages as a result of any virus being passed on, or arising from alteration of the contents of this message by a third party. Company registration details, including registered office information, for Expro's principal UK companies can be found via the following link: http://www.exprogroup.com/contact-us/locations/#Europe_CIS

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7924 / Virus Database: 4664/13490 - Release Date: 11/27/16

FURIE-BANKR_00154681
DA00883

Important Notice: The information in this email is confidential and may be legally privileged. If you have reason to believe you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful and you are requested to contact the sender urgently and dispose of this e-mail. We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we will not be liable for direct, special, indirect or consequential damages as a result of any virus being passed on, or arising from alteration of the contents of this message by a third party. Company registration details, including registered office information, for Expro's principal UK companies can be found via the following link:
http://www.exprogroup.com/contact-us/locations/#Europe_CIS

Important Notice: The information in this email is confidential and may be legally privileged. If you have reason to believe you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful and you are requested to contact the sender urgently and dispose of this e-mail. We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we will not be liable for direct, special, indirect or consequential damages as a result of any virus being passed on, or arising from alteration of the contents of this message by a third party. Company registration details, including registered office information, for Expro's principal UK companies can be found via the following link:
http://www.exprogroup.com/contact-us/locations/#Europe_CIS

Important Notice: The information in this email is confidential and may be legally privileged. If you have reason to believe you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful and you are requested to contact the sender urgently and dispose of this e-mail. We make every effort to keep our network free from viruses. You should, however, check this e-mail, and any attachments to it, for viruses, as we will not be liable for direct, special, indirect or consequential damages as a result of any virus being passed on, or arising from alteration of the contents of this message by a third party. Company registration details, including registered office information, for Expro's principal UK companies can be found via the following link: http://www.exprogroup.com/contact-us/locations/#Europe_CIS

FURIE-BANKR_00154682
DA00884

# EXHIBIT 24

DA00885

## SETTLEMENT AGREEMENT
## AND MUTUAL RELEASE OF CLAIMS

This Settlement Agreement and Mutual Release of Claims (the "**Agreement**") is made as of this 3rd day of February, 2017 (the "**Effective Date**"), by and between Furie Operating Alaska, LLC, a Texas limited liability company, located at 100 Enterprise Avenue, League City, Texas 77573 ("**Furie**"), and the United States Department of Homeland Security ("**DHS**"); Secretary of Homeland Security, Jeh Johnson, in his official capacity; U.S. Customs and Border Protection ("**CBP**"); and Commissioner Gil Kerlikowski, in his official capacity (collectively, the "**United States**"). Furie and the United States may be herein referred to collectively as the "**Parties**" or individually as a "**Party**."

## RECITALS

WHEREAS, on October 13, 2011, CBP assessed a $15 million penalty against Furie for an alleged violation of the Jones Act, 46 U.S.C. § 55102, relating to Furie's transportation of the *Spartan 151* jack-up rig from Texas to Alaska (the "**Penalty**");

WHEREAS, on August 7, 2012, Furie filed a complaint against the United States in the U.S. District Court for the District of Alaska, which claimed that the Penalty was unlawful (the "**Lawsuit**");

WHEREAS, on June 28, 2013, the United States filed a counterclaim against Furie, which sought to collect payment for the Penalty (the "**Counterclaim**") (the Lawsuit and Counterclaim are herein referred to collectively as the "**Action**").

WHEREAS, the Parties desire to resolve all of their disputes in any way related to or arising out of the Penalty and reach a full and final settlement of all such disputes, claims and causes of action, whether matured or unmatured, known or unknown, which any Party may have against any other Party hereto, without any Party admitting liability.

NOW, THEREFORE, in consideration of the mutual covenants contained herein, and in full and complete settlement of the matters and things recited herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Furie and the United States do hereby covenant and agree with each other as follows:

FURIE-BANKR_00106315
DA00886

## TERMS OF AGREEMENT

1.    <u>Recitals</u>. The Recitals set forth above are incorporated herein by reference.

2.    <u>Dismissal of Action</u>. Within two (2) business days of the mutual execution of this Agreement, the Parties shall jointly move the U.S. District Court for the District of Alaska for dismissal of the Lawsuit and the Counterclaim. Such motion shall notify the Court that the Action has been settled and that the Parties stipulate to dismissal with prejudice and agree to pay their own fees and costs.

3.    <u>Settlement Payment</u>.

A.    Furie shall tender to the United States a total of Ten Million Dollars ($10,000,000) (the "**Settlement Payment**"), made pursuant to the following payment schedule:

(i).    On March 31 of the years 2017 through 2020, Furie shall pay the United States the sum of One Million Dollars ($1,000,000).

(ii).    On March 31 of the years 2021 through 2024, Furie shall pay the United States the sum of One Million Two-Hundred and Fifty Thousand Dollars ($1,250,000) plus interest at the rate of 0.56 percent, which is the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, as of August 12, 2016, such interest to be accruing from the date of entry of dismissal of the Action and computed in a manner consistent with 28 U.S.C. § 1961(b).

(iii).    On March 31, 2025, Furie shall pay the United States the sum of One Million Dollars ($1,000,000), plus interest at the rate of 0.56 percent, accruing from the date of entry of dismissal of the Action.

B.    Any and all payments shall be made by Furie to the United States by electronic funds transfer or certified check at the address set forth in Section 11 of this Agreement in accordance with the payment schedule above.

(i).    The United States will provide Furie with instructions to make the electronic funds transfer by separate letter.

(ii).    The United States will provide notice of any changes to these instructions pursuant to Section 11 of this Agreement.

4.    <u>Prepayment</u>. Any and all sums due under this Agreement may be prepaid at any time without penalty.

5.    <u>No Admission of Liability</u>. It is expressly understood that this is a compromised settlement of disputed claims and that nothing contained herein shall be construed as an admission of liability or fault, or an acknowledgment of the validity or accuracy of any argument or contention advanced by any Party.

2

FURIE-BANKR_00106316
DA00887

6.    Forum.  The Parties expressly agree to submit to personal jurisdiction in the District of Alaska and agree that the forum for any litigation pursuant to this Agreement, whether suit is brought by Furie or the United States, shall be the United States District Court for the District of Alaska.

7.    Representations and Warranties of Furie.  Furie represents and warrants to the United States that the following are true, complete, and correct as of the Effective Date.

   A.    Furie is duly organized, validly existing, and qualified and empowered to conduct its business, and has full power and authority to enter into and fully perform and comply with the terms of this Agreement.

   B.    The execution, delivery, and performance of this Agreement will not conflict with or result in a breach of any contract, agreement, law, or regulation to which Furie is a party or to which Furie is bound.

   C.    Furie has obtained all necessary consents and approvals to its execution and delivery of this Agreement, and this Agreement is valid and enforceable against Furie in accordance with its terms.

8.    Representations and Warranties of the United States.  The United States represents and warrants to Furie that the following are true, complete, and correct as of the Effective Date.

   A.    The United States and those executing this Agreement on its behalf have full power and authority to enter into and fully perform and comply with the terms of this Agreement.

   B.    The execution, delivery, and performance of this Agreement will not conflict with or result in a breach of any contract, agreement, law, or regulation to which the United States, or any individual Party, is a party or to which the United States, or any individual Party, is bound.

   C.    The United States and those executing this Agreement on its behalf have obtained all necessary consents and approvals to its execution and delivery of this Agreement, and this Agreement is valid and enforceable against the United States in accordance with its terms.

9.    Mutual General Release.  The following mutual general releases shall be effective as of the Effective Date of this Agreement.

   A.    Furie, including its officers, members, agents, attorneys, employees, parents, subsidiaries, affiliated companies, and all persons acting by or through Furie, hereby releases and discharges DHS; Secretary of Homeland Security, Jeh Johnson; CBP; and Commissioner Gil Kerlikowski, including their agents, successors, and all persons acting by or through the United States, of and from any and all manner of claims, demands,

3

FURIE-BANKR_00106317
DA00888

requirements, agreements, obligations, debts, duties, sums, accounts, covenants, contracts, promises, damages, judgments, controversies, causes of action and claims for reimbursement of attorney fees or any other costs, or any other fees or expenses paid or incurred, however described, and whether known or unknown, asserted or unasserted, liquidated or unliquidated, and whether sounding in contract, fraud, tort, or otherwise, of any kind and of any nature whatsoever, in any way related to or arising out of the Penalty.  This is a General Release of all known and unknown claims; provided, however, that this release shall not affect or extinguish any claim arising from the breach of this Agreement.

B.     DHS; Secretary of Homeland Security, Jeh Johnson; CBP; and Commissioner Gil Kerlikowski, including their agents and successors, and all persons acting by or through the United States, hereby release and discharge Furie, its officers, members, agents, attorneys, employees, parents, subsidiaries, affiliated companies, and all persons acting by or through Furie, of and from any and all manner of claims, demands, requirements, agreements, obligations, debts, duties, sums, accounts, covenants, contracts, promises, damages, judgments, controversies, causes of action and claims for reimbursement of attorney fees or any other costs, or any other fees or expenses paid or incurred, however described, and whether known or unknown, asserted or unasserted, liquidated or unliquidated, and whether sounding in contract, fraud, tort or otherwise, of any kind and of any nature whatsoever, in any way related to or arising out of the Penalty.  This is a General Release of all known and unknown claims; provided, however, that this release shall not affect or extinguish any claim arising from the breach of this Agreement.

10.     Independent Enforceability.  The Parties acknowledge and agree that this Agreement creates a new, enforceable agreement and obligations among them, and that as indicated herein, all prior claims, demands, actions, or causes of action are merged herein.  All claims and defenses in related to an action seeking to enforce the terms of this agreement are expressly preserved.

11.     Notice and Cure.

A.     In the event that Furie is in default of this Agreement, by failing to make the payments in accordance with the Settlement Payment provisions of this Settlement Agreement or by filing for bankruptcy pursuant to the U.S. Bankruptcy Code, the United States shall give written notice to Furie of such failure and Furie shall have fourteen (14) days from receipt of said notice to cure such defect; provided, however, that if a subsequent default occurs under the Settlement Payment provisions of the Settlement Agreement within a one-year period following such default, then no notice or cure period shall be provided.

B.     Any notice, report, demand, or other instrument authorized or required to be given or furnished hereunder shall be in writing and shall be given as follows: (a) by hand delivery; (b) by deposit in the United States mail as first-class certified mail, return receipt requested, postage paid; (c) by overnight nationwide commercial courier service; or (d) by facsimile or email with a confirmation copy to be delivered by duplicate notice in accordance

4

FURIE-BANKR_00106318
DA00889

with any of clauses (a) – (c) above, in each case, to the Party intended to receive the same at the following address(es):

If to Furie:

    Furie Operating Alaska, LLC
    100 Enterprise Avenue
    League City, Texas 77573
    Telephone: (281) 957-9812
    Facsimile: (281) 957-9156
    Attention: David Elder, d.elder@furiepetroleum.com

With a copy to:

    Blank Rome LLP
    1825 I Street N.W.
    Washington, DC 20006
    Telephone: (202) 772-5964
    Facsimile: (202) 572-8391
    Attention: Jonathan K. Waldron, Esq., Waldron@blankrome.com

If to the United States:

    United States Attorney's Office
    222 West 7th Avenue
    Room 253, #9
    Anchorage, Alaska 99513
    Telephone: (907) 271-5071
    Facsimile: (907) 271-2344
    Attention: Richard L. Pomeroy, Esq., Richard.Pomeroy@usdoj.gov

    C.    Any party may change the address to which any such notice is to be delivered, by furnishing ten (10) days written notice of such change to the other parties in accordance with the provisions of Section 11(B). Notices shall be deemed to have been given on the date they are actually received; provided, however, that the inability to deliver notices because of a changed address of which no notice was given, or rejection or refusal to accept any notice offered for delivery shall be deemed to be receipt of the notice as of the date of such inability to deliver or rejection or refusal to accept delivery. Notice for any party may be given by its respective counsel.

    12.    <u>Consent Judgment</u>. In the event that Furie is in default of this Agreement by failing to make the payments in accordance with the Settlement Payment provisions of this Settlement Agreement or by filing for bankruptcy pursuant to the U.S. Bankruptcy Code, the United States provides Furie notice and the opportunity to cure in accordance with Section 11 of this Agreement, and Furie fails to cure the default within the period required in Section 11, and upon presentation of an Affidavit from the United States, its agent, representative, or attorney, in the office of the Clerk of the United States District Court for the District of Alaska, the Court may enter a judgment against Furie in favor of the United States, pursuant to the terms of the

FURIE-BANKR_00106319
DA00890

Joint Motion for Entry of Consent Judgment and Order, attached hereto as Exhibit A. Furie hereby agrees to accept service of process against it and agrees to the entry of a CONSENT JUDGMENT against it in favor of the United States for the amount of Ten Million Dollars ($10,000,000), less any amounts paid by Furie to the United States as a Settlement Payment under the terms of this Agreement.

13.     THE PARTIES REPRESENT AND WARRANT TO EACH OTHER THAT THEY:

(a)     HAVE READ EACH AND EVERY PROVISION OF THIS INSTRUMENT;

(b)     HAVE CONSULTED, OR HAVE BEEN GIVEN THE OPPORTUNITY TO HAVE THIS INSTRUMENT REVIEWED BY, COMPETENT LEGAL COUNSEL OF THEIR CHOOSING, AND

(c)     UNDERSTAND, AGREE TO AND ACCEPT THE PROVISIONS HEREOF.

14.     General Provisions.

A.     This Agreement shall be construed under the laws of the State of Alaska.

B.     The Parties agree to submit to the jurisdiction of the United States District Court for the District of Alaska for all matters relating to enforcement of this Agreement.

C.     This Agreement contains the entire agreement of the Parties. No modification, amendment, change or discharge of any term or provisions of this Agreement shall be valid or binding unless the same is in writing and signed by the Party against whom such waiver is asserted.

D.     In the event one or more of the provisions of this Agreement shall be found invalid, illegal or unenforceable in any respect, the validity, legality, or enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby.

E.     The failure of any Party at any time to insist upon the strict performance of any of the terms or covenants of this Agreement shall not be deemed a waiver of the right to insist upon strict performance of the same or any other term or covenant of this Agreement at any time.

F.     Two or more duplicate originals of this Agreement may be signed by the Parties hereto each of which shall be an original but all of which together shall constitute one in the same instrument.

IN WITNESS WHEREOF, the undersigned have caused the foregoing Settlement Agreement and Mutual Release of Claims to be executed by their signatures below.

6

FURIE-BANKR_00106320
DA00891

Furie Operating Alaska, LLC.

By:    David W. Elder
Title:  Chief Financial Officer

The United States

By:  Richard L. Pomeroy
Title:  Assistant U. S. Attorney

7

FURIE-BANKR_00106321
DA00892

EXHIBIT A

FURIE-BANKR_00106322
DA00893

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

FURIE OPERATING ALASKA, LLC,   )
                                      )
          Plaintiff,         )
                                       )
          v.                    )  Case No. 3-12-CV-00158 (JWS)
                                       )
U.S. DEPARTMENT OF HOMELAND   )
SECURITY; SECRETARY OF           )  **JOINT MOTION FOR ENTRY OF**
HOMELAND SECURITY JEH JOHNSON, )  **CONSENT JUDGMENT AND ORDER**
in his official capacity; U.S. CUSTOMS AND )
BORDER PROTECTION, and          )
COMMISSIONER GIL KERLIKOWSKE, in )
his official capacity,              )
                                       )
          Defendants.        )
_____)

Plaintiff, Furie Operating Alaska, LLC ("Furie") and Defendants, the United States Department of Homeland Security ("DHS"); Secretary of Homeland Security, Jeh Johnson, in his official capacity; U.S. Customs and Border Protection ("CBP"); and Commissioner Gil Kerlikowski, in his official capacity (collectively, the "United States"), hereby jointly move this Court for entry of a Consent Judgment and Order against Furie.

In support of this Motion, the parties state as follows:

1.      In accordance with the terms set forth below, Furie hereby authorizes the entry of a Consent Judgment and Order in substantially the same form as attached hereto as Exhibit 1 (the "Judgment"), against Furie and in favor of the United States for the principal sum of _____.

2.      Furie is a Texas limited liability company organized and existing under the laws of the State of Texas. Defendants are federal agencies and officials thereof. Both Furie and the United States submit to the jurisdiction of this Court and to the jurisdiction of such other courts where the United States shall seek to have the Judgment entered with respect to the subject matter of this

FURIE-BANKR_00106323
DA00894

Judgment and hereby make a general appearance before this Court and all other such courts to which this Judgment is presented for entry.

3.      Furie acknowledges that the Judgment is in payment and satisfaction of a settlement of claims raised by the parties to the subject action, and Furie assents to the entry of the Judgment as a free and voluntary act.  Furie acknowledges that it is obligated to pay the United States the amount due and owing under this judgment, as set forth herein.

4.      Furie and the United States have entered into a Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") whereby Furie agreed to tender payments to the United States pursuant to a payment schedule outlined in the Settlement Agreement.

5.      Furie and the United States agreed to submit to the jurisdiction of this Court for all matters relating to enforcement of the Settlement Agreement.

6.      As of _____, Furie failed to make timely payments pursuant to the Settlement Agreement in the amount of _____ ($_____).  Pursuant to the terms of the Settlement Agreement, Furie consents to Judgment in the amount of Ten Million Dollars ($10,000,000), less _____, ($_____), reflecting payments previously made by Furie to the United States under the terms of the Settlement Agreement.

7.      The persons signing this Consent judgment are of lawful age and are the proper parties with authority to execute and sign the same.

8.      The terms of the proposed Judgment are commercially fair and reasonable and are the product of arm's length discussions among the parties and their counsel of choice.

WHEREFORE, the parties respectfully request the Court enter the Consent Judgment and
Order in substantially the same form as attached hereto as Exhibit 1.

DATED: _____

/s/ Jonathan K. Waldron                    /s/ Richard L. Pomeroy
Jonathan K. Waldron                        Richard L. Pomeroy
Paul M. Honigberg                          United States Attorney's Office
Frederick L. Ikenson                       222 West 7th Avenue
Blank Rome LLP                             Room 253, #9
1825 I Street N.W.                         Anchorage, Alaska 99513
Washington, DC 20006                       Telephone:  (907) 271-5071
Telephone:  (202) 772-5964                 Facsimile:  (907) 271-2344
Facsimile:  (202) 572-8391                 Email:  Richard.Pomeroy@usdoj.gov
Email:  Waldron@blankrome.com

*Counsel for Furie Operating Alaska,*      *Counsel for the United States*
*LLC*

# EXHIBIT 1

FURIE-BANKR_00106326
DA00897

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| FURIE OPERATING ALASKA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3-12-CV-00158 (JWS) |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY; SECRETARY OF | ) | |
| HOMELAND SECURITY JEH JOHNSON, | ) | |
| in his official capacity; U.S. CUSTOMS AND | ) | |
| BORDER PROTECTION, and | ) | |
| COMMISSIONER GIL KERLIKOWSKE, in | ) | |
| his official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT JUDGMENT AND ORDER

This matter having come before the Court on the parties' Joint Motion for Entry of Consent Judgment and Order, the parties hereto, Plaintiff, Furie Operating Alaska, LLC ("Furie"), and Defendants, the United States Department of Homeland Security ("DHS"), Secretary of Homeland Security, Jeh Johnson, in his official capacity; U.S. Customs and Border Protection ("CBP"); and Commissioner Gil Kerlikowski, in his official capacity (collectively, the "United States"), having had a full and fair opportunity to resolve the issues presented in this action, as well as all issues that could have been brought in an action between or among them, have agreed and consented to the entry of this Consent Judgment and Order.

NOW, THEREFORE, IT IS HEREBY FINALLY ORDERED, ADJUDICATED, AND DECREED as follows:

1.     This Court has jurisdiction over the subject matter of this action and the parties to the

action.  The parties submit to the jurisdiction of the Court for the purpose of enforcement of this

Consent Judgment and Order.

2.     Judgment is entered in favor of the United States in the amount of Ten Million

Dollars ($10,000,000), less _____, ($_____), reflecting payments previously made by

Furie to the United States under the terms of the parties' Settlement Agreement and Mutual Release

of Claims.

3.     Each of the parties consenting to the entry of this Consent Judgment and Order

waives any and all rights to appeal or otherwise contest the Consent Judgment and Order.

4.     The Court shall retain continuing jurisdiction over this action and the parties for the

purposes of making any further orders necessary to enforce this Consent Judgment and Order.

SO ORDERED, this ___ day of _____

_____
United States District Judge

## CONSENT

Furie Operating Alaska, LLC hereby stipulates and consents to entry of the foregoing

Consent Judgment and Order.

FURIE OPERATING ALASKA, LLC

By: _____
David W. Elder
Chief Financial Officer

I, _____, a Notary Public, do hereby certify that the

foregoing instrument was acknowledged before me this _____ day of _____, 2017,

by David W. Elder, Chief Financial Officer of Furie Operating Alaska, LLC.


_____
Notary Public
My commission expires: _____

## CONSENT

The United States Department of Homeland Security ("DHS"); Secretary of Homeland

Security, Jeh Johnson, in his official capacity; U.S. Customs and Border Protection ("CBP"); and

Commissioner Gil Kerlikowski, in his official capacity (collectively, the "United States"), hereby

stipulate and consent to entry of the foregoing Consent Judgment and Order.

THE UNITED STATES

By:  Richard L. Pomeroy, Esq.

Title: Assistant United States Attorney

I, ___Kathey L Virgin___, a Notary Public, do hereby certify that the

foregoing instrument was acknowledged before me this __3rd__ day of __March__, 2019, by Richard L.

Pomeroy, Esq., Assistant United States Attorney and counsel to the United States.



Notary Public

My commission expires: __w/office__

FURIE-BANKR_00106330
DA00901

# EXHIBIT 25

DA00902

Message

| | |
|---|---|
| **From**: | OPS Group (Shaw) [opsgroup@shaw.ca] |
| **Sent**: | 5/28/2017 5:42:52 PM |
| **To**: | 'Bruce Webb' [b.webb@furiealaska.com] |
| **CC**: | 'Bruce Ganer' [bganer@sprioilgas.com]; 'Jomo Stewart' [jstewart@interiorgas.com]; 'Robin O. Brena' [rbrena@brenalaw.com]; 'Lars Degenhardt; SA' [degenhardt@deutsche-oel-gas.com]; David Elder [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=986c15f96e6f425baf445da2c4e19167-David Elder]; 'Tony Nunes' [tnunes@coganpartners.com] |
| **Subject**: | RE: Furie KLU Data |

Bruce,

I have some difficulty with your statement that no one else has requested such a review, but we will set that aside.

The following are my concerns with the NSAI report based on my initial review. Please provide NSAI's explanations and responses.

<u>Comments on NSAI Reserves Report</u>

There are many issues that surface once a person drills down into the detail of the NSAI report.

- This is a summary report only.
  - o It contains no geological or geophysical details.
  - o It contains no definition of development plans.
  - o It doesn't contain a map of well locations
- Gas pricing
  - o For this evaluation gas prices were supplied to NSAI by Furie.
  - o In most years the forecast price is in excess of existing contract pricing.
  - ▪ Given that 2/3 of proven gas is under contract I would have expected the forecast gas pricing to closely reflect these prices
  - o Proven reserves are based on the gas being economically producible. Therefore, a reduction of gas pricing would impact reserve numbers.
- Well counts
  - o The report contains negative well counts, which are impossible in the real world.
  - o Sometimes negative net wells are shown when gross wells are zero.
  - o We need to understand NSAI's rationale for this.
- Capital Costs
  - o The report contains negative capital costs for some well developments and well abandonments. This implies they are receiving credits in excess expenditures for these activities.
  - o We need to understand NSAI's rationale for this.
- Negative reserves are shown in possible and probable reserves for certain years.
  - o I'm not sure how this is possible.
  - o We need to understand NSAI's rationale for this.
- PDNP have a future worth of -$17MM (but a PW10 of $58M)
  - o Would development of PDNPs on this basis be a reasonable financial decision?
- Furie mentioned that KLU #1 was not included in the analysis when they supplied this report.
  - o We need to determine significance of this comment.
  - o Is there a reason NSAI didn't include it?
- Possible Reserves show production in 2016.

o     I don't see how this is possible.  Wouldn't that make them proven reserves.

- What assumptions and approach has been taken in this reserves evaluation to yield the above results.

Thanks.

**Chris J. Wilde,** P. Eng.
President

*OPS Group International Inc.*
3440 Redden Road
Nanoose Bay, BC
V9P 9H4

Cellular:  403-861-5498

---

**From:** Bruce Webb [mailto:b.webb@furiealaska.com]
**Sent:** May 26, 2017 9:16 PM
**To:** OPS Group (Shaw)
**Cc:** Bruce Ganer; Jomo Stewart; Robin O. Brena; Lars Degenhardt; SA; David Elder; Tony Nunes
**Subject:** Re: Furie KLU Data

Chris,
The owner and management of Furie are reluctant to put you in direct interaction with NSAI.  Furie has worked with NSAI for several years building a rapport.  Furie does not believe the involvement of an unaffiliated third party directly into our business is a prudent move.  To date, no other potential gas purchaser has requested such a consultation.  Furie is happy to give you all the data from NSAI, through ourselves our our contractors.

Sent from my iPhone

On May 26, 2017, at 12:53 PM, OPS Group (Shaw) <opsgroup@shaw.ca> wrote:

Bruce G.,

Are you pursuing the cost of a potential reserves review with NSAI and their availability or is this something that Bruce Webb, or someone else, will be looking after?

Chris

---

**From:** Bruce Ganer [mailto:bganer@sprioilgas.com]
**Sent:** May 26, 2017 1:03 PM
**To:** 'Chris Wilde'; 'Bruce Webb'
**Cc:** 'Jomo Stewart'; 'Robin O. Brena'; 'Lars Degenhardt; SA'
**Subject:** RE: Furie KLU Data

Chris,

Sure enough, this got buried in the other emails I received over the last several days while in New York City.

Attached is all I have to provide you.  Note a key difference between the SPRI report (2-1-2017) and the NSAI report (7-31-2016) is that the SPRI report **includes** consideration to the KLU A-1 (Osprey) well whereas the NSAI report **does not**.

Regards,
Bruce Ganer

**From:** Chris Wilde [mailto:opsgroup@shaw.ca]
**Sent:** Friday, May 26, 2017 2:47 PM

FURIE-BANKR_00199857
DA00904

**To:** Bruce Webb <b.webb@furiealaska.com>
**Cc:** Bruce Ganer <bganer@sprioilgas.com>; Jomo Stewart <jstewart@interiorgas.com>; Robin O. Brena <rbrena@brenalaw.com>
**Subject:** Re: Furie KLU Data

Bruce,

Below is Wednesday email from Bruce Webb authorizing you to provide data.

Chris Wilde


From: Bruce Webb
Sent: Wednesday, May 24, 11:39 AM
Subject: Re: Furie KLU Data
To: OPS Group (Shaw)
Cc: Bruce Ganer, LARS Degenhardt, D. Elder

Thanks Chris,

That makes a lot of sense.

Bruce Ganer is authorized to supply you with the additional data, if it is available within the SPRI files

The SPRI reserves Report will also be made available..

*Regards,*

*Bruce Webb*
*Sr. Vice President*

*188 W. Northern Lights Blvd., Suite 620*
*Anchorage, Alaska 99503*
*Office: 907.277.3726*
*Fax: 907.277.3796*
*Cell: 907.331-7399*
*Email: b.webb@furiealaska.com*



From: "OPS Group (Shaw)" <opsgroup@shaw.ca>
Date: Wednesday, May 24, 2017 at 10:10 AM
To: Bruce Webb <b.webb@furiealaska.com>
Cc: Bruce Ganer <bganer@sprioilgas.com>
Subject: Furie KLU Data

Bruce W.,


Further to your suggestion last week, IGU is pursuing whether they can obtain any of the data PRA prepared for AIDEA regarding the Furie reserves.  IGU is also looking at whether it is possible, practical and economic to engage PRA directly.  I'll let you know if I hear anything.

However, because we are very short of time, and until and unless the use of PRA is resolved, I request Bruce Ganer continue to fulfil my e-mail request of last week.  Specifically this is to provide any other reserve reports Furie might have, including the SPRI report, and to determine what NSAI's cost would be if a review meeting is required.

Thanks.

**Chris J. Wilde,** P. Eng.

President

*OPS Group International Inc.*

3440 Redden Road

Nanoose Bay, BC

V9P 9H4

Cellular:  403-861-5498

---

<image001.jpg> Virus-free. www.avg.com

# EXHIBIT 26

DA00907

**To:** David Elder[d.elder@furiealaska.com]; Mark Slaughter[m.slaughter@furiealaska.com]
**From:** Bruce Webb
**Sent:** Mon 7/10/2017 10:40:50 AM (UTC-08:00)
**Subject:** Re: Interruptible GSA - Valley Nat Gas

David,

I was trying to keep you out of it.

When I talked to Kay over a week ago, back when Helena was having trouble getting ECP's approval,
and the three WIO's wouldn't approve the "affiliated" contract, I suggested we set up another company that was not affiliated.
Then Furie could sell gas to that company, and Helena could buy gas from that company.  Kay said "make it happen".

I don't think this is fraud.  Sue has the right to start any company she wishes, and I'm willing to give her advice.
I was also putting her in contact with JR Wilcox (Prudhoe Bay Chemicals) to work on micro-LNG and Methanol,
but before that happens she needs to contract for natural gas.

I was trying to get Helena in the position Kay wants, while keeping Furie out of court with Danny et al.

As far as Trent is concerned, the answer is YES.  Sue is starting up a small gas company.

*Regards,*


*Bruce Webb*
*Sr. Vice President*



**188 W. Northern Lights Blvd., Suite 620**
**Anchorage, Alaska 99503**
**Office: 907.277.3726**
**Fax: 907.277.3796**
**Cell: 907.331-7399**
**Email: b.webb@furiealaska.com**


---

**From:** "D. Elder" <d.elder@furiealaska.com>
**Date:** Monday, July 10, 2017 at 10:24 AM
**To:** Bruce Webb <b.webb@furiealaska.com>, Mark Slaughter <m.slaughter@furiealaska.com>
**Subject:** Fwd: Interruptible GSA - Valley Nat Gas

Bruce/Mark:
FYI. Now I know why they were grilling me. I told them I had no idea who this was and thought it was a utility. Now I look like a liar and a sleaze ball. I do not appreciate this as credibility is everything. This fucks up any credibility that we might have had. This is fraud and you lied to me as well.

I have no idea how to address this and will have to get with Christoph. We have Helena approved so why?


DE


Begin forwarded message:

FURIE-BANKR_00106745
DA00908

**From:** Trent Kososki <tkososki@ecpartners.com>
**Subject: Re: Interruptible GSA - Valley Nat Gas**
**Date:** July 10, 2017 at 1:11:35 PM CDT
**To:** Jennifer Gray <jgray@ecpartners.com>
**Cc:** David Elder <d.elder@furiealaska.com>, Andy Singer <asinger@ecpartners.com>, Amit Bushan <abushan@ecpartners.com>

David --

We had Latham do some research and, according to them, from what we could find, it appears this LLC was recently formed on July 5, 2017 and organized by Sue Sue Scott, who is a woman that appears to be an nurse according to their review of LinkedIn.

That names seems familiar to me. Is this Bruce Webb's girlfriend that I met in Germany?

Please advise.

Thank you.

TK


On Jul 7, 2017, at 8:41 PM, Jennifer Gray <jgray@ecpartners.com> wrote:

HI David,
The contract aligns with forms used in the past, but we are not familiar with the counterparty (Valley Natural Gas Co., LLC).  Could you please send us recent audited financials of the counterparty to confirm that the counterparty is creditworthy?  If not, we will have to discuss necessary credit support before we consider whether to approve.

Thanks,
Jen

Jennifer M. Gray
Energy Capital Partners
12680 High Bluff Drive, 4th Floor
San Diego, California 92130
Direct Dial: (858) 703-4408
Fax: (858) 703-4401
jgray@ecpartners.com

**From:** David Elder [mailto:d.elder@furiealaska.com]
**Sent:** Thursday, July 06, 2017 1:05 PM
**To:** Jennifer Gray <jgray@ecpartners.com>
**Cc:** Trent Kososki <tkososki@ecpartners.com>; Andy Singer <asinger@ecpartners.com>; Amit Bushan <abushan@ecpartners.com>
**Subject:** Fwd: Interruptible GSA - Valley Nat Gas

Jen:

We would like to have ECP's consent for FOA to enter into the attached interruptible GSA. This is a new customer.

I will send everyone

Sent from my iPhone


Trent Justus Kososki
Energy Capital Partners
51 JFK Parkway, Suite 200 | Short Hills, NJ 07078
Direct: 973.671.6097 | Mobile: 212.729.9211
tkososki@ecpartners.com

FURIE-BANKR_00106746
DA00909

Begin forwarded message:

> **From:** Bruce Webb <<u>b.webb@furiealaska.com</u>>
> **Date:** July 6, 2017 at 11:45:03 AM AKDT
> **To:** Mark Slaughter <<u>m.slaughter@furiealaska.com</u>>, David Elder <<u>d.elder@furiealaska.com</u>>
> **Subject: Re: Interruptible GSA - Valley Nat Gas**
>
> Thanks Mark.
> David – this "should be" an easy one.
>
> ---
>
> **From:** Mark Slaughter <<u>m.slaughter@furiealaska.com</u>>
> **Date:** Wednesday, July 5, 2017 at 3:14 PM
> **To:** David Elder <<u>d.elder@furiealaska.com</u>>, Bruce Webb <<u>b.webb@furiealaska.com</u>>
> **Subject: Interruptible GSA - Valley Nat Gas**
>
> David
>
> Attached is an interruptible GSA with Valley Natural Gas Co.
>
> Its the same  interruptible contract as the recently ECP approved Tesoro GSA with the following changes.
>
> Delivery point  - KBPL 8101/8102
> Rate  up to 3 Mmcfd
> Price of $5.97/mcf
> Term - Same as Tesoro   July 1, 2017 to June 30, 2018
> Transport cost is the same as Tesoro   50/50 Split on KBPL
>
> I've attached a comparison to the Tesoro so you can see the changes.
>
> Please let us know when ECP signs off on it.
>
> Regards,
>
> **Mark Slaughter**
> **Director**
> **Resource Marketing & Transportation**

CONFIDENTIALITY NOTICE This message originates from Energy Capital Partners. This message and any attachments are solely for the use of the intended recipients. They may contain privileged and/or confidential information or other information protected from disclosure. If you are not an intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachment from your system.

FURIE-BANKR_00106747
DA00910

# EXHIBIT 27

DA00911

**To:**     Nunes, Michael A., Tony[tnunes@stonepigman.com]
**Cc:**     Tom Hord[thord1@yahoo.com]; 'Tony Nunes[tnunes@coganpartners.com]
**From:**  David Elder
**Sent:**   Mon 7/10/2017 10:54:24 AM (UTC-08:00)
**Subject:** Re: Interruptible GSA - Valley Nat Gas

Not ok. This is an affiliate as it is under common control. Bruce will offer to withdraw. I asked him to find another way. Helena was approved so they need wi approval. If not they need to buy from someone else or as Kay said let the WI's sue. In any event, Bruce will explain and offer to withdraw the contract.

I want a long vacation and a sedative.

Thanks,

DE


On Jul 10, 2017, at 1:50 PM, Nunes, Michael A., Tony <tnunes@stonepigman.com> wrote:

David
Sorry you got caught with this. From the get go I realized this was Bruce's girlfriend. I think the idea here is to get around that affiliate issue. Probably ok as long as they had been straight forward with you and as long as we have the gas. But sales should be COD. Tony

*M.A. (Tony) Nunes*
*Stone Pigman Walther Wittmann PLLC*
*1001 McKinney St*
*Suite 1600*
*Houston, TX 77002*
*tnunes@stonepigman.com*
*(M) 713-530-9609*
*(O) 713-651-1886*
*www.stonepigman.com*

On Jul 10, 2017, at 7:39 PM, Tom Hord <thord1@yahoo.com> wrote:


Begin forwarded message:

**From:** "D. Elder" <d.elder@furiealaska.com>
**Date:** July 10, 2017 at 2:24:34 PM EDT
**To:** Bruce Webb <b.webb@furiealaska.com>, Mark Slaughter <m.slaughter@furiealaska.com>
**Subject: Fwd: Interruptible GSA - Valley Nat Gas**

Bruce/Mark:
FYI. Now I know why they were grilling me. I told them I had no idea who this was and thought it was a utility. Now I look like a liar and a sleaze ball. I do not appreciate this as credibility is everything. This fucks up any credibility that we might have had. This is fraud and you lied to me as well.

I have no idea how to address this and will have to get with Christoph. We have

FURIE-BANKR_00106748
DA00912

Helena approved so why?

DE

Begin forwarded message:

**From:** Trent Kososki <tkososki@ecpartners.com>
**Subject: Re: Interruptible GSA - Valley Nat Gas**
**Date:** July 10, 2017 at 1:11:35 PM CDT
**To:** Jennifer Gray <jgray@ecpartners.com>
**Cc:** David Elder <d.elder@furiealaska.com>, Andy Singer
<asinger@ecpartners.com>, Amit Bushan
<abushan@ecpartners.com>

David --

We had Latham do some research and, according to them, from what we could find, it appears this LLC was recently formed on July 5, 2017 and organized by Sue Sue Scott, who is a woman that appears to be an nurse according to their review of LinkedIn.

That names seems familiar to me. Is this Bruce Webb's girlfriend that I met in Germany?

Please advise.

Thank you.

TK

On Jul 7, 2017, at 8:41 PM, Jennifer Gray <jgray@ecpartners.com> wrote:

HI David,
The contract aligns with forms used in the past, but we are not familiar with the counterparty (Valley Natural Gas Co., LLC).  Could you please send us recent audited financials of the counterparty to confirm that the counterparty is creditworthy?  If not, we will have to discuss necessary credit support before we consider whether to approve.

Thanks,
Jen

**Jennifer M. Gray**
**Energy Capital Partners**
12680 High Bluff Drive, 4th Floor
San Diego, California 92130
Direct Dial: (858) 703-4408
Fax: (858) 703-4401
jgray@ecpartners.com

**From:** David Elder [mailto:d.elder@furiealaska.com]
**Sent:** Thursday, July 06, 2017 1:05 PM
**To:** Jennifer Gray <jgray@ecpartners.com>
**Cc:** Trent Kososki <tkososki@ecpartners.com>; Andy Singer
<asinger@ecpartners.com>; Amit Bushan <abushan@ecpartners.com>

FURIE-BANKR_00106749
DA00913

**Subject:** Fwd: Interruptible GSA - Valley Nat Gas

Jen:

We would like to have ECP's consent for FOA to enter into the attached interruptible GSA. This is a new customer.

I will send everyone

Sent from my iPhone

Trent Justus Kososki
Energy Capital Partners
51 JFK Parkway, Suite 200 | Short Hills, NJ 07078
Direct: 973.671.6097 | Mobile: 212.729.9211
tkososki@ecpartners.com

Begin forwarded message:

> **From:** Bruce Webb <b.webb@furiealaska.com>
> **Date:** July 6, 2017 at 11:45:03 AM AKDT
> **To:** Mark Slaughter <m.slaughter@furiealaska.com>,
> David Elder <d.elder@furiealaska.com>
> **Subject: Re: Interruptible GSA - Valley Nat Gas**
>
> Thanks Mark.
> David – this "should be" an easy one.

> **From:** Mark Slaughter <m.slaughter@furiealaska.com>
> **Date:** Wednesday, July 5, 2017 at 3:14 PM
> **To:** David Elder <d.elder@furiealaska.com>, Bruce Webb
> <b.webb@furiealaska.com>
> **Subject:** Interruptible GSA - Valley Nat Gas
>
> David
>
> Attached is an interruptible GSA with Valley Natural Gas Co.
>
> Its the same  interruptible contract as the recently ECP approved Tesoro GSA with the following changes.
>
> Delivery point  - KBPL 8101/8102
> Rate  up to 3 Mmcfd
> Price of $5.97/mcf
> Term - Same as Tesoro  July 1, 2017 to June 30, 2018
> Transport cost is the same as Tesoro   50/50 Split on KBPL
>
> I've attached a comparison to the Tesoro so you can see the changes.
>
> Please let us know when ECP signs off on it.
>
> Regards,
>
> **_Mark Slaughter_**
> **_Director_**
> **_Resource Marketing & Transportation_**

FURIE-BANKR_00106750
DA00914

CONFIDENTIALITY NOTICE: This message originates from Energy Capital Partners. This message and any attachments are solely for the use of the intended recipients. They may contain privileged and/or confidential information or other information protected from disclosure. If you are not an intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachment from your system.

FURIE-BANKR_00106751
DA00915

# EXHIBIT 28

DA00916

**To:**     David Elder[d.elder@furiealaska.com]
**Cc:**     Jennifer Gray[jgray@ecpartners.com]; Andy Singer[asinger@ecpartners.com]; Amit Bushman[abushan@ecpartners.com];
Trent Kososki[tkososki@ecpartners.com]
**From:**   Bruce Webb
**Sent:**   Mon 7/10/2017 11:13:30 AM (UTC-08:00)
**Subject:** Re: Interruptible GSA - Valley Nat Gas

David, et al:

Yes, Sue is wanting to quit the nursing field.  I told her I would put her in touch with JR Wilcox who started Prudhoe Bay Chemicals.
JR had been VP or Cook Inlet Energy before Glacier.  His new company has a proprietary license that converts natural gas to methanol.
Currently, all methanol is shipped to Alaska.  JR also has a micro-LNG design that could replace propane tanks – which is a big business in the
Mat-Su Valley.
But, before she can enter into any agreement with JR, she needs a natural gas supply.

I saw it as a win-win, another place Furie can sell gas and Sue starting her own business.  As a startup, its a small volume.
JR asked me to talk to Kay about a JV with Prudhoe Bay Chemicals, but Kay declined because it was too small.
If it's a problem that she is dating me, then she can withdraw the Furie contract offer and go with other producers.

Let me know.

Thanks.
-Bruce

---

**From:** "D. Elder" <d.elder@furiealaska.com>
**Date:** Monday, July 10, 2017 at 10:50 AM
**To:** Bruce Webb <b.webb@furiealaska.com>
**Cc:** Jennifer Gray <jgray@ecpartners.com>, Andy Singer <asinger@ecpartners.com>, Amit Bushman <abushan@ecpartners.com>,
Trent Kososki <tkososki@ecpartners.com>
**Subject:** Re: Interruptible GSA - Valley Nat Gas

Bruce:

See below. Please explain.

DE


On Jul 10, 2017, at 1:11 PM, Trent Kososki <tkososki@ecpartners.com> wrote:

David –

We had Latham do some research and, according to them, from what we could find, it appears this LLC was recently formed on July
5, 2017 and organized by Sue Sue Scott, who is a woman that appears to be an nurse according to their review of LinkedIn.

That names seems familiar to me. Is this Bruce Webb's girlfriend that I met in Germany?

Please advise.

Thank you.

TK


On Jul 7, 2017, at 8:41 PM, Jennifer Gray <jgray@ecpartners.com> wrote:

HI David,
The contract aligns with forms used in the past, but we are not familiar with the counterparty (Valley Natural Gas Co.,
LLC).  Could you please send us recent audited financials of the counterparty to confirm that the counterparty is
creditworthy?  If not, we will have to discuss necessary credit support before we consider whether to approve.

Thanks,
Jen

**Jennifer M. Gray**
**Energy Capital Partners**
12680 High Bluff Drive, 4th Floor
San Diego, California 92130
Direct Dial: (858) 703-4408
Fax: (858) 703-4401
jgray@ecpartners.com

**From:** David Elder [mailto:d.elder@furiealaska.com]
**Sent:** Thursday, July 06, 2017 1:05 PM
**To:** Jennifer Gray <jgray@ecpartners.com>
**Cc:** Trent Kososki <tkososki@ecpartners.com>; Andy Singer <asinger@ecpartners.com>; Amit Bushan
<abushan@ecpartners.com>
**Subject:** Fwd: Interruptible GSA - Valley Nat Gas

Jen:

We would like to have ECP's consent for FOA to enter into the attached interruptible GSA. This is a new
customer.

I will send everyone

Sent from my iPhone

Trent Justus Kososki
Energy Capital Partners
51 JFK Parkway, Suite 200 | Short Hills, NJ 07078
Direct: 973.671.6097 | Mobile: 212.729.9211
tkososki@ecpartners.com

Begin forwarded message:

> **From:** Bruce Webb <b.webb@furiealaska.com>
> **Date:** July 6, 2017 at 11:45:03 AM AKDT
> **To:** Mark Slaughter <m.slaughter@furiealaska.com>, David Elder <d.elder@furiealaska.com>
> **Subject: Re: Interruptible GSA - Valley Nat Gas**
>
> Thanks Mark.
> David – this "should be" an easy one.
>
> **From:** Mark Slaughter <m.slaughter@furiealaska.com>
> **Date:** Wednesday, July 5, 2017 at 3:14 PM
> **To:** David Elder <d.elder@furiealaska.com>, Bruce Webb <b.webb@furiealaska.com>
> **Subject:** Interruptible GSA - Valley Nat Gas
>
> David
>
> Attached is an interruptible GSA with Valley Natural Gas Co.
>
> Its the same  interruptible contract as the recently ECP approved Tesoro GSA with the following changes.
>
> Delivery point  - KBPL 8101/8102
> Rate  up to 3 Mmcfd
> Price of $5.97/mcf

FURIE-BANKR_00106753
DA00918

Term - Same as Tesoro   July 1, 2017 to June 30, 2018
Transport cost is the same as Tesoro   50/50 Split on KBPL

I've attached a comparison to the Tesoro so you can see the changes.

Please let us know when ECP signs off on it.

Regards,

**Mark Slaughter**
**Director**
**Resource Marketing &** Transportation

CONFIDENTIALITY NOTICE  This message originates from Energy Capital Partners. This message and any attachments are solely for the use of the intended recipients. They may contain privileged and/or confidential information or other information protected from disclosure. If you are not an intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachment from your system.

FURIE-BANKR_00106754
DA00919

# EXHIBIT 29

DA00920

**To:**       Bruce Webb[b.webb@furiealaska.com]; David Elder[d.elder@furiealaska.com]
**Cc:**       Andy Singer[asinger@ecpartners.com]; Amit Bushman[abushan@ecpartners.com]; Trent
Kososki[tkososki@ecpartners.com]
**From:**     Jennifer Gray
**Sent:**     Mon 7/10/2017 11:52:55 AM (UTC-08:00)
**Subject:**  RE: Interruptible GSA - Valley Nat Gas

Hi Bruce,

From our perspective (as the Lender to Furie/Cornucopia), our objective is to verify that Furie is entering into contracts with either creditworthy counter parties or has adequate credit support to ensure payment for the gas. Otherwise Furie could be in a position of selling gas with payment potentially tied up in bankruptcy (akin to the ~$600k tied up in the Aurora bankruptcy) or worst case completely wiped out in the bankruptcy. Given Furie's current cash flow situation, we do not think that is ideal.

As we mentioned in our first email, we would be happy to consider any potential credit support or other prepay arrangements that Furie proposes in support of this contract.

Best,

**Jennifer M. Gray**
**Energy Capital Partners**
12680 High Bluff Drive, 4th Floor
San Diego, California 92130
Direct Dial: (858) 703-4408
Fax: (858) 703-4401
jgray@ecpartners.com

**From:** Bruce Webb [mailto:b.webb@furiealaska.com]
**Sent:** Monday, July 10, 2017 12:14 PM
**To:** D. Elder <d.elder@furiealaska.com>
**Cc:** Jennifer Gray <jgray@ecpartners.com>; Andy Singer <asinger@ecpartners.com>; Amit Bushan <abushan@ecpartners.com>; Trent Kososki <tkososki@ecpartners.com>
**Subject:** Re: Interruptible GSA - Valley Nat Gas

David, et al:

Yes, Sue is wanting to quit the nursing field. I told her I would put her in touch with JR Wilcox who started Prudhoe Bay Chemicals. JR had been VP or Cook Inlet Energy before Glacier. His new company has a proprietary license that converts natural gas to methanol. Currently, all methanol is shipped to Alaska. JR also has a micro-LNG design that could replace propane tanks – which is a big business in the Mat-Su Valley.
But, before she can enter into any agreement with JR, she needs a natural gas supply.

I saw it as a win-win, another place Furie can sell gas and Sue starting her own business. As a startup, its a small volume.
JR asked me to talk to Kay about a JV with Prudhoe Bay Chemicals, but Kay declined because it was too small.
If it's a problem that she is dating me, then she can withdraw the Furie contract offer and go with other producers.

Let me know.

Thanks.
-Bruce

**From:** "D. Elder" <d.elder@furiealaska.com>
**Date:** Monday, July 10, 2017 at 10:50 AM
**To:** Bruce Webb <b.webb@furiealaska.com>
**Cc:** Jennifer Gray <jgray@ecpartners.com>, Andy Singer <asinger@ecpartners.com>, Amit Bushman <abushan@ecpartners.com>, Trent Kososki <tkososki@ecpartners.com>
**Subject:** Re: Interruptible GSA - Valley Nat Gas

Bruce:

See below. Please explain.

DE

On Jul 10, 2017, at 1:11 PM, Trent Kososki <tkososki@ecpartners.com> wrote:

David —

We had Latham do some research and, according to them, from what we could find, it appears this LLC was recently formed on July 5, 2017 and organized by Sue Sue Scott, who is a woman that appears to be an nurse according to their review of LinkedIn.

That names seems familiar to me. Is this Bruce Webb's girlfriend that I met in Germany?

Please advise.

Thank you.

TK

On Jul 7, 2017, at 8:41 PM, Jennifer Gray <jgray@ecpartners.com> wrote:

HI David,
The contract aligns with forms used in the past, but we are not familiar with the counterparty (Valley Natural Gas Co., LLC).  Could you please send us recent audited financials of the counterparty to confirm that the counterparty is creditworthy?  If not, we will have to discuss necessary credit support before we consider whether to approve.

Thanks,
Jen

**Jennifer M. Gray**
**Energy Capital Partners**
12680 High Bluff Drive, 4th Floor
San Diego, California 92130
Direct Dial: (858) 703-4408
Fax: (858) 703-4401
jgray@ecpartners.com

**From:** David Elder [mailto:d.elder@furiealaska.com]
**Sent:** Thursday, July 06, 2017 1:05 PM
**To:** Jennifer Gray <jgray@ecpartners.com>
**Cc:** Trent Kososki <tkososki@ecpartners.com>; Andy Singer <asinger@ecpartners.com>; Amit Bushan <abushan@ecpartners.com>
**Subject:** Fwd: Interruptible GSA - Valley Nat Gas

Jen:

We would like to have ECP's consent for FOA to enter into the attached interruptible GSA. This is a new customer.

I will send everyone

Sent from my iPhone

Trent Justus Kososki
Energy Capital Partners
51 JFK Parkway, Suite 200 | Short Hills, NJ 07078
Direct: 973.671.6097 | Mobile: 212.729.9211
tkososki@ecpartners.com

Begin forwarded message:

    **From:** Bruce Webb <b.webb@furiealaska.com>

FURIE-BANKR_00106756
DA00922

**Date:** July 6, 2017 at 11:45:03 AM AKDT
**To:** Mark Slaughter <m.slaughter@furiealaska.com>, David Elder <d.elder@furiealaska.com>
**Subject: Re: Interruptible GSA - Valley Nat Gas**

Thanks Mark.
David – this "should be" an easy one.

---

**From:** Mark Slaughter <m.slaughter@furiealaska.com>
**Date:** Wednesday, July 5, 2017 at 3:14 PM
**To:** David Elder <d.elder@furiealaska.com>, Bruce Webb <b.webb@furiealaska.com>
**Subject:** Interruptible GSA - Valley Nat Gas

David

Attached is an interruptible GSA with Valley Natural Gas Co.

Its the same  interruptible contract as the recently ECP approved Tesoro GSA with the following changes.

Delivery point  - KBPL 8101/8102
Rate  up to 3 Mmcfd
Price of $5.97/mcf
Term - Same as Tesoro   July 1, 2017 to June 30, 2018
Transport cost is the same as Tesoro   50/50 Split on KBPL

I've attached a comparison to the Tesoro so you can see the changes.

Please let us know when ECP signs off on it.

Regards,

**Mark Slaughter**
**Director**
**Resource Marketing & Transportation**

CONFIDENTIALITY NOTICE. This message originates from Energy Capital Partners. This message and any attachments are solely for the use of the intended recipients. They may contain privileged and/or confidential information or other information protected from disclosure. If you are not an intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachment from your system.

CONFIDENTIALITY NOTICE. This message originates from Energy Capital Partners. This message and any attachments are solely for the use of the intended recipients. They may contain privileged and/or confidential information or other information protected from disclosure. If you are not an intended recipient, you are hereby notified that you received this email in error and that any review, dissemination, distribution or copying of this email and any attachment is strictly prohibited. If you have received this email in error, please contact the sender and delete the message and any attachment from your system.

FURIE-BANKR_00106757
DA00923

# EXHIBIT 30

DA00924

Message

| | |
|---|---|
| **From**: | David [d.elder@furiealaska.com] |
| **Sent**: | 7/14/2017 4:20:18 PM |
| **To**: | rieck@deutsche-oel-gas.com |
| **CC**: | Christoph Mahler [mahler@deutsche-oel-gas.com] |
| **Subject**: | Consultant and Employee Spend |
| **Attachments**: | Consultant & Employee Spend - 6.30.17 YTD .pdf |

Kay:

Here is the information you requested. I have some recommendations for you to consider.

Let's discuss.

Thanks,

DE

FURIE-BANKR_00173304
DA00925

**Consultant and Employee Spend**
6/30/17 YTD and 2016

| Type | Area | Name | Job Title / Duty | 2016 Total | Jan | Feb | Mar | April | May | June | 2017 YTD | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Consultant | Drilling | John Stuart | VP of Operations | $ | $ | $ | $ | $ | $ | $ | $ | Lay off |
| | | Dave McCraine | Drilling Engineer | $ | $ | $ | $ | $ | $ | $ | $ | Lay off |
| | | LC Martin | Health and Safety Manager | $ | $ | $ | $ | $ | $ | $ | $ | Hire Local |
| | | Ricky Bell | Expeditor /Shore Base | $ | $ | $ | $ | $ | $ | $ | $ | Lay off |
| | | Ricky Beaugh (NPC Land & Marine) | Company Man | $ | $ | $ | $ | $ | $ | $ | $ | Lay off |
| | | | | $ | $ | $ | $ | $ 1 | $ 1 | $ | $ | |
| | IT | Tim Otto | IT Manager | $ | $ | $ | $ | $ | $ | $ | $ | |
| | Legal | Tony Nunes | In House Legal Council | $ | $ | $ | $ | $ | $ | $ | $ | Replace |
| | G&G | Sierra Pines Resources International | Reserve Geologist | $ | $ | $ | $ | $ | $ | $ | $ | |
| | Accounting | Cindy Gaither | Revenue Accountant | $ | $ | $ | $ | $ | $ | $ | $ | |

| Type | Area | Name | Job Title / Duty | Base Pay | 2016 Total | Jan | Feb | Mar | April | May | June | 2017 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee | Executive | Tom Hord | Chief Operating Officer | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | David W. Elder | Chief Financial Officer | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | Bruce Webb | Senior VP | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | Sales | Mark Slaughter | Director of Sales | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | Production | Gordon Raines | Production Manager | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | Logistics | Maloy Steen | Purchasing and Logistics Manager | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | Finance | Kristen Droge (Stephanie Carlson) | Director of Financial Planning | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | Accounting | Aaron Holmen | Group Controller | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | Becky O'Cain | Accounts Payable | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | Admin | Leslie Smith | Office Manager | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | Molly Romero | Office Admin | $ | $ | $ | $ | $ | $ | $ | $ | $ |
| | | | | $ | $ | $ | $ | $ | $ | $ | $ | $ |

FURIE-BANKR_00173305
DA00926

# EXHIBIT 31

DA00927



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

WORLDWIDE PETROLEUM CONSULTANTS
ENGINEERING • GEOLOGY • GEOPHYSICS • PETROPHYSICS

**EXECUTIVE COMMITTEE**
ROBERT C. BARG    MIKE K. NORTON
P. SCOTT FROST    DAN PAUL SMITH
JOHN G. HATTNER    JOSEPH J. SPELLMAN
J. CARTER HENSON, JR.    DANIEL T. WALKER

**CHAIRMAN & CEO**
C.H. (SCOTT) REES III
**PRESIDENT & COO**
DANNY D. SIMMONS
**EXECUTIVE VP**
G. LANCE BINDER

October 30, 2017

Mr. David W. Elder
Furie Operating Alaska, LLC
188 West Northern Lights Boulevard, Suite 620
Anchorage, Alaska 99503

Dear Mr. Elder:

In accordance with your request, we have estimated the proved, probable, and possible reserves and future revenue, as of September 30, 2017, for certain gas properties located in the Kitchen Lights Unit, Cook Inlet, Alaska, as listed in the accompanying tabulations. For the purposes of this report, Furie Operating Alaska, LLC (Furie) and other interest owners in these properties will be collectively referred to herein as the "Company". It is our understanding that the Company currently owns a 100 percent working interest in these properties. However, these properties are subject to a future interest reversion at which time the Company will own an 80 percent working interest. We completed our evaluation on or about the date of this letter. This report has been prepared using price and cost parameters specified by Furie, as discussed in subsequent paragraphs of this letter. These parameters provide for real growth of gas prices. The estimates in this report have been prepared in accordance with the definitions and guidelines set forth in the 2007 Petroleum Resources Management System (PRMS) approved by the Society of Petroleum Engineers (SPE); definitions are presented immediately following this letter.

We estimate the gross (100 percent) gas reserves and the net gas reserves and future net revenue to the Company interest in these properties, as of September 30, 2017, to be:

| Category | Gas Reserves (MMCF) | | Future Net Revenue (M$) | |
| --- | --- | --- | --- | --- |
| | Gross (100%) | Net | Total | Present Worth at 10% |
| Proved Developed Producing | 14,145.3 | 11,068.4 | 33,048.3 | 30,944.7 |
| Proved Developed Non-Producing | 117,681.4 | 88,261.0 | 423,099.5 | 232,555.9 |
| Proved Undeveloped | 23,356.1 | 17,517.1 | 49,035.4 | 26,148.3 |
| Total Proved | 155,182.9 | 116,846.6 | 505,183.2 | 289,648.9 |
| Probable | 136,879.5 | 91,338.2 | 589,005.9 | 235,475.7 |
| Possible | 154,916.5 | 92,657.9 | 628,980.5 | 195,669.0 |

*Totals may not add because of rounding.*

Gas volumes are expressed in millions of cubic feet (MMCF) at standard temperature and pressure bases. These properties have never produced commercial volumes of condensate.

Reserves categorization conveys the relative degree of certainty; reserves subcategorization is based on development and production status. The estimates of reserves and future revenue included herein have not been adjusted for risk. This report does not include any value that could be attributed to interests in undeveloped acreage beyond those tracts for which undeveloped reserves have been estimated.

This report includes summary projections of reserves and revenue by reserves category along with one-line summaries of reserves, economics, and basic data by lease.

Gross revenue shown in this report is the Company's share of the gross (100 percent) revenue from the properties prior to any deductions. Future net revenue is after deductions for the Company's share of production taxes, capital costs, abandonment costs, and operating expenses but before consideration of any income taxes. The production taxes shown in this report include the Company's share of Alaska production taxes and ad valorem taxes. The

2100 ROSS AVENUE, SUITE 2200 • DALLAS, TEXAS 75201 • PH: 214-969-5401 • FAX: 214-969-5411
1301 MCKINNEY STREET, SUITE 3200 • HOUSTON, TEXAS 77010 • PH: 713-654-4950 • FAX: 713-654-4951

info@nsai-petro.com
netherlandsewell.com


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

future net revenue has been discounted at an annual rate of 10 percent to determine its present worth, which is shown to indicate the effect of time on the value of money. Future net revenue presented in this report, whether discounted or undiscounted, should not be construed as being the fair market value of the properties.

As requested, this report has been prepared using gas price parameters specified by Furie. The adjusted gas prices along with escalation parameters are shown in the following table:

| Period Ending | Gas Price ($/MMBTU) | Period Ending | Gas Price ($/MMBTU) |
|---|---|---|---|
| 12-31-2017 | 6.68 | 12-31-2028 | 7.68 |
| 12-31-2018 | 6.75 | 12-31-2029 | 7.86 |
| 12-31-2019 | 6.76 | 12-31-2030 | 7.91 |
| 12-31-2020 | 6.93 | 12-31-2031 | 7.62 |
| 12-31-2021 | 6.96 | | |
| 12-31-2022 | 7.07 | Thereafter, escalated | |
| 12-31-2023 | 7.18 | 2 percent per year | |
| 12-31-2024 | 7.22 | throughout the lives of the | |
| 12-31-2025 | 7.39 | properties. | |
| 12-31-2026 | 7.52 | . | |
| 12-31-2027 | 7.67 | | |

Operating costs used in this report are based on operating expense records of Furie, the operator of the properties, and are limited to direct costs. As requested, this report includes additional operating costs for the effects of certain firm transportation contracts in place. These costs include Furie's estimate of $4,450,000 for fees associated with fulfilling volume commitments for 2018. For the purposes of this report, operating costs are shown at the field-level only and are allocated by year among the proved reserves categories based on the proportionate share of total proved future net revenue. Estimates of proved developed producing reserves and revenue are consequently dependent on the Company completing the proved drilling and workover programs scheduled in this report. Headquarters general and administrative overhead expenses of Furie are not included. As requested, operating costs are not escalated for inflation.

Capital costs used in this report were provided by Furie and are based on authorizations for expenditure and actual costs from recent activity. Capital costs are included as required for workovers, new development wells, and production equipment. Based on our understanding of future development plans, a review of the records provided to us, and our knowledge of similar properties, we regard these estimated capital costs to be reasonable. Abandonment costs used in this report are Furie's estimates of the costs to abandon the wells, platforms, and production facilities, net of any salvage value. As requested, capital costs and abandonment costs are escalated 2 percent per year to the date of expenditure.

For the purposes of this report, we did not perform any field inspection of the properties, nor did we examine the mechanical operation or condition of the wells and facilities. We have not investigated possible environmental liability related to the properties; therefore, our estimates do not include any costs due to such possible liability.

We have made no investigation of potential volume and value imbalances resulting from overdelivery or underdelivery to the Company interest. Therefore, our estimates of reserves and future revenue do not include adjustments for the settlement of any such imbalances; our projections are based on the Company receiving its net revenue interest share of estimated future gross production.

The reserves shown in this report are estimates only and should not be construed as exact quantities. Proved reserves are those quantities of oil and gas which, by analysis of engineering and geoscience data, can be estimated with reasonable certainty to be commercially recoverable; probable and possible reserves are those additional reserves which are sequentially less certain to be recovered than proved reserves. Estimates of reserves may increase or decrease as a result of market conditions, future operations, changes in regulations, or actual reservoir performance. In addition to the primary economic assumptions discussed herein, our estimates are based on certain assumptions including, but not limited to, that the properties will be developed consistent with current



development plans as provided to us by Furie, that the properties will be operated in a prudent manner, that no governmental regulations or controls will be put in place that would impact the ability of the interest owner to recover the reserves, and that our projections of future production will prove consistent with actual performance.  If the reserves are recovered, the revenues therefrom and the costs related thereto could be more or less than the estimated amounts.  Because of governmental policies and uncertainties of supply and demand, the sales rates, prices received for the reserves, and costs incurred in recovering such reserves may vary from assumptions made while preparing this report.

For the purposes of this report, we used technical and economic data including, but not limited to, well logs, geologic maps, seismic data, well test data, production data, historical price and cost information, and property ownership interests.  The reserves in this report have been estimated using deterministic methods; these estimates have been prepared in accordance with generally accepted petroleum engineering and evaluation principles set forth in the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information promulgated by the SPE (SPE Standards).  We used standard engineering and geoscience methods, or a combination of methods, including performance analysis, volumetric analysis, analogy, and reservoir modeling, that we considered to be appropriate and necessary to classify, categorize, and estimate reserves in accordance with the 2007 PRMS definitions and guidelines.  A substantial portion of these reserves are for behind-pipe zones, undeveloped locations, and producing wells that lack sufficient production history upon which performance-related estimates of reserves can be based; such reserves are based on estimates of reservoir volumes and recovery efficiencies along with analogy to properties with similar geologic and reservoir characteristics.  As in all aspects of oil and gas evaluation, there are uncertainties inherent in the interpretation of engineering and geoscience data; therefore, our conclusions necessarily represent only informed professional judgment.

The data used in our estimates were obtained from Furie, public data sources, and the nonconfidential files of Netherland, Sewell & Associates, Inc. and were accepted as accurate.  Supporting work data are on file in our office.  We have not examined the titles to the properties or independently confirmed the actual degree or type of interest owned.  The technical persons primarily responsible for preparing the estimates presented herein meet the requirements regarding qualifications, independence, objectivity, and confidentiality set forth in the SPE Standards.  We are independent petroleum engineers, geologists, geophysicists, and petrophysicists; we do not own an interest in these properties nor are we employed on a contingent basis.

Sincerely,

**NETHERLAND, SEWELL & ASSOCIATES, INC.**
Texas Registered Engineering Firm F-2699

/s/ C.H. (Scott) Rees III

By:

C.H. (Scott) Rees III, P.E.
Chairman and Chief Executive Officer

/s/ Richard B. Talley, Jr.

By:

Richard B. Talley, Jr., P.E. 102425
Senior Vice President

/s/ Mike K. Norton

By:

Mike K. Norton, P.G. 441
Senior Vice President

Date Signed:  October 30, 2017

Date Signed:  October 30, 2017

WKB:JMH

Please be advised that the digital document you are viewing is provided by Netherland, Sewell & Associates, Inc. (NSAI) as a convenience to our clients.  The digital document is intended to be substantively the same as the original signed document maintained by NSAI.  The digital document is subject to the parameters, limitations, and conditions stated in the original document.  In the event of any differences between the digital document and the original document, the original document shall control and supersede the digital document.

FURIE-BANKR_00015252
DA00930