provided all information he requested, including a PRA and Ankura budget-to-actual report, which contained actual cash payments made to both firms through September 14, 2018 (PRA had been paid approximately $2.1 million, and Ankura had been paid approximately $1.7 million). Furie's management will continue to provide information to you. And as previously discussed, Wayne McBride will provide information to SPRI, provided they refrain from interacting in a combative, hostile and unprofessional manner. So we are clear on this point, Furie will not pay SPRI for their work on your behalf. Not only are they not the Board of Managers-approved technical advisor to Furie, PRA has that role, but there is no money in the budget to pay them.

You request in your Email that Furie retain another industry expert to review drilling reports and logs. We do not believe that retaining another industry expert to review drilling reports and logs is necessary. Members of the PRA team on the project have extensive experience in all aspects of Cook Inlet drilling, completions, production and geologic evaluation. PRA's operations team has combined Alaska and Cook Inlet experience totaling many hundreds of years as employees of and consultants to Hilcorp, ConocoPhillips, Chevron, Marathon, Unocal, CINGSA, and Enstar Natural Gas. PRA's core engineering team on the project, Marty Lemon, Pete Stokes, and John Braden are all certified Petroleum Engineers in the State of Alaska, and are among the most highly respected engineers in the Alaskan oil and gas industry. Moreover, PRA designed, engineered and managed the successful drilling of five gas storage horizontal wells at CINGSA's facility in Kenai in 2012. PRA's experience in the Cook Inlet was integral to Furie's decision to retain PRA, which as you will recall was unanimously approved by Furie's Board of Managers on April 12, 2018. In addition to being exceptionally well-qualified and capable of picking up Furie's drilling program on short notice and in a short time frame (starting in mid-April and completing the project by the end of the seasonal operating window), PRA is highly regarded and respected in the industry and within government agencies at the local, state and federal levels in Alaska. PRA has put their corporate and individual professional reputations on the line for the benefit of Furie and its stakeholders, including Enstar, to complete the project and make it a success. The Board of Managers did agree at the November 6, 2018 meeting to retain an independent reservoir engineering firm to review PRA's October 31, 2018 desktop appraisal of Furie's reserves. Once that report is completed, the independent reservoir engineering firm will present their findings to the Board of Managers.

Finally, as to your request to terminate Ankura and PRA, we must remind you that the Board of Managers for Furie, which you are a member of, unanimously approved the retention of Ankura and PRA and the appointment of Scott Pinsonnault as Interim COO as a required condition of restructuring of the company's debt. Accordingly, terminating Ankura or PRA requires the unanimous approval of Furie's Board of Managers. Without unanimous approval, which the Board of Managers will not provide, terminating Ankura or PRA is not possible. As such, Furie will continue to work with PRA and Ankura.

Please let us know if you have any questions or comments. If so, we can discuss them at the next Board of Managers meeting, which we hope you will be able to join.

FURIE-BANKR_00199996
DA01587

Best regards,

Trent Kososki
Manager
Furie Operating Alaska, LLC
Cornucopia Oil & Gas Company, LLC
Corsair Oil & Gas LLC

Scott M. Pinsonnault
Interim Chief Operating Officer
Furie Operating Alaska, LLC
Cornucopia Oil & Gas Company, LLC
Corsair Oil & Gas LLC

Jeffrey A. Brodsky
Manager
Furie Operating Alaska, LLC
Cornucopia Oil & Gas Company, LLC
Corsair Oil & Gas LLC

David W. Elder
Chief Financial Officer
Furie Operating Alaska, LLC
Cornucopia Oil & Gas Company, LLC
Corsair Oil & Gas LLC

FURIE-BANKR_00199997
DA01588

FURIE-BANKR_00199998
DA01589

# EXHIBIT 75

DA01590

1

# Kitchen Lights Unit
# Desktop Volumetric Update

## November 2018

**Jacob Dunston, Geologist**

**Mike Helton, Geophysicist**

**Peter Stokes, Petroleum Engineer**

**Tom Walsh, Geophysicist**

Petrotechnical Resources of Alaska

3601 C Street Suite 1424

Anchorage, AK 99503

**(907) 272-1232**

FURIE-BANKR_00199999
DA01591

2



## Introduction

As a condition of extending the Gas Sales Agreement (GSA) between Furie Operating Alaska and Enstar Natural Gas, Furie was obligated to prepare an update to the reserves estimate, integrating the results of the 2018 CAPEX program with the existing well data and seismic. Enstar stipulated that a desktop review produced by PRA would suffice until a year-end reserve certification could be completed.

PRA's approach to the desktop reserves update started with a stratigraphic correlation of each of the reservoir units in the Sterling and Beluga intervals. Petrophysical review of all wells in the Corsair block followed, and calculated reservoir properties were integrated with updated structure and isopach maps for all mappable reservoir zones.

Non-marine deposition in a fluvial-deltaic system within the Cook Inlet Basin results in a challenging and complicated reservoir architecture, and interpretation of gas pay is further complicated by the fresh water present in the hydrocarbon-bearing formations. Volcanic contribution to the sedimentary influx in the basin adds another level of complexity.

## Geology

The Kitchen Lights Unit gas-bearing interval is comprised of a thick succession of Miocene non-marine strata, with fluvial-deltaic channel sands and clays interbedded with coals, shales and pervasive volcanic content. The structural foundation of the gas accumulation is an elongate NE-SW anticlinal fold, underpinned by a high angle thrust fault. Notably, an extensional NW-SE trending fault cuts transversely through the crest of the structure, bifurcating the anticline between the KLU-A1 Sterling Fm. penetration, and the KLU-3 well.

Porous and permeable reservoir rocks are present in the Tyonek, Beluga and Sterling Fms., with channel orientation and distributary system generally aligned in a NE-SW orientation. A combination

FURIE-BANKR_00200000
DA01592

of structural (dip closure) and stratigraphic (pinchout) trapping mechanisms are present in the basin in all three stratigraphic intervals.  No regional marine shales exist in the Miocene section, and therefore, there are no regional cap rocks present to allow for thick gas columns.  Cook Inlet gas fields are commonly characterized as stacked, isolated pools associated with individual reservoir layers.  Seal capacity is a limiting factor on accumulation size (areal extent and gas column height with clay and coal intervals providing local top seal.

Hydrocarbon charge is biogenic gas associated with coals interbedded with the fluvial sandstone reservoir rocks.

**Observations**

Hydrocarbon saturation observed in the logs with gas shows is variable, with clearly wet zones interlayered with gas saturated sands, indicating that the petroleum system is undersaturated.  This is typically either due to lack of hydrocarbon charge and migration, or a leaky trap.  The nearby North Cook Inlet Gas Field to the north of KLU is characterized by very thick and consistent gas saturated intervals over a very significant depth range, in contrast to the variable gas saturations seen in the KLU wells.

Gas-water contacts are not commonly observed in Cook Inlet gas wells, due to limited gas column heights, and relatively thin sand intervals.  Original gas in place (OGIP) estimates are commonly based on bracketing lowest known gas and highest known water from well penetrations, integrated with structure and isopach maps to estimate a range of OGIP.  Quite surprisingly, there are several very obvious gas-water contacts encountered in the Sterling interval in KLU, and these are present in the thickest and best quality Sterling sands.

Gas pay is difficult to differentiate from fresh water saturation in Cook Inlet, due to the high resistivity of fresh water saturated intervals.  The best tool for differentiating gas from water in Cook Inlet is Neutron-Density crossover on the two porosity logs.  Compressional sonic signature is also extremely sensitive to gas saturation vs. water, although a small amount of residual gas saturation can be responsible for a gas effect on the sonic log.

PRA's detailed review of the logs has identified clear gas-water contacts in several Sterling reservoirs, and in multiple wells.  Moreover, there are wet intervals in the Sterling that have are in conflict with the lowest known gas maps used in previous gas reserves estimates.  The impact of these findings cannot be overstated in respect to OGIP calculations.  It is possible that these overlooked wet zones and gas-water contacts were the result of mis-calibrated log interpretation, mis-correlation of stratigraphic intervals, or log interpretation techniques not suited to Cook Inlet application, but the result is extremely overstated reserves estimates.

**Approach**

As was done in prior reserve estimation, PRA correlated individual reservoir intervals between wells, calculated porosity and water saturation using Cook Inlet-specific log interpretation techniques, and integrated this reservoir property interpretation with depth-structure maps and isopach maps for each interval.  Maps and cross-sections integrating all well log and seismic interpretations were produced for all significant Sterling reservoir layers, and several Beluga reservoir layers.  These maps and cross-sections are included in the Findings section of this document.

The identified gas-water contacts very convincingly coincide with structural spill points associated with the transverse extensional fault crossing the crest of the structure.  Most Cook Inlet gas fields are four-way dip structure closures, and the KLU gas accumulation has been previously represented as a large four-way structural closure, with a fault dissecting the crest of the structure.  Unfortunately, it is now apparent that this extensional fault transversely dissecting the structure represents a breach of the hydrocarbon trap.

**Findings**

This section contains a table depicting the results of the PRA reserve estimate update, in comparison to the corresponding results of the NSAI 2017 update.  Stratigraphic nomenclature used in this report is consistent with Cook Inlet Sterling and Beluga stratigraphic nomenclature and correlation techniques.

The table is organized by well, and by reservoir interval, and includes the key volumetric intervals.

5

| Furie Name | JFD Name | PERFED | | | East Fault | | Delta | KLU 3 PDN Reserves | KLU A1 PDN Reserves |
|---|---|---|---|---|---|---|---|---|---|
| | | A4 | A2A | A3 | Booked (BCF) | JFD EUR | | 9.235 | 3.654 |
| N/A | Sterling A3 | WET | | | 0 | 0 | | | |
| N/A | Sterling A5 | WET | | | 0 | 0 | | | |
| MDT 3732 | Sterling A8 | | | PDN | 3.052 | 0.192 | -2.86 | | |
| | A9 | | | PDN | 0 | 0.539 | | | |
| MDT 3864 | Sterling A13 | | | PDN | 6.293 | 0.946 | -5.347 | | |
| MDT 3968 | Sterling A15 | | | PDN | 1.911 | 0.452 | -1.459 | | |
| MDT 4018 | Sterling A19 | | WET | PDN | 65.146 | 0.96 | -64.186 | | |
| MDT 4172 | Sterling A22 | | | WATERED OUT | 7 | *3.385* | -3.615 | zone has been produced and is not part of PDN volumes for KLU 3 | |
| N/A | Sterling B1 | | | PDN | 0 | 1.11 | 1.11 | | |
| MDT 4325 | Sterling B2 | | | PDN | 0.621 | 1.736 | 1.115 | | |
| MDT 4561 | Sterling B6 | | | | 4.144 | 0 | -4.144 | Log show is same as B7 sand, very likely wet | |
| N/A | Sterling B7 | | | WET | 0 | 0 | | | |
| N/A | Sterling C | | | WET | 0 | 0 | | | |
| MDT 4669 | Sterling C1 | | SLEEVE | PDN | 23.753 | 3.3 | -20.453 | Updip volume allocated to KLU 3 PDN reserves | |
| MDT 4725 | Sterling C2 | | SLEEVE | | 1.25 | 4.02 | 2.77 | | |
| MDT 4973 | Sterling C11 | | | | 7.77 | 0.651 | -7.119 | | |
| MDT 5050 | Sterling C13 | | | | 0.326 | 0.333 | 0.007 | | |
| MDT 5090 | Upper Beluga | | | | 1.321 | 0.246 | -1.075 | | |
| | UB-1 | | | NO FLOW | | | | | |
| | UB-2 | | | | | | | | |
| MDT 5250 | UB-3 | | | | 2.219 | 0.516 | -1.703 | | |
| MDT 5402 | UB-6 | | | | 11.148 | 0.626 | -10.522 | | |
| | UB-7 | | | | | | | | |
| | UB-8 | | | | | | | | |
| | UB-9 | | | | | | | | |
| | UB-9A | | | | | | | | |
| | UB-10 | | | | | | | | |
| | UB-11 | | | | | | | | |
| | UB-12 | | | | | | | | |
| MDT 5700 | UB-13 | | | | 1.656 | | | | |
| MDT 5790 | UB-16 | | | | | | | | |
| MDT 5869 | MB-1 | | | | 0.859 | | | | |
| MDT 5940 | MB-2 | | | SLEEVE/Depleted | 6.346 | 0.649 | | | |
| | MB-3 | | | SLEEVE/Depleted | | | | | |
| | MB-4 | | | | | | | | |
| | MB-11 | | | | | | | | |
| | MB-15 | | | WET | | | | | |
| | MB-16 | | | WET | | | | | |
| | MB-17 | | | NO FLOW | | | | | |
| | MB-18 | | | NO FLOW | | | | | |

Did not map all sands, volumes should be reflected by PDP of KLU A2A and KLU 3 wells.

6

| | | | | |
|---|---|---|---|---|
| | MB-20 | | XFLOW DEPLTED | |
| MDT 6960 | Lower Beluga | | XFLOW DEPLTED | 1.043 |

| | | OGIP | 145.858 | 19.661 |

| Furie Name | JFD Name | PERFD A1 | A1 Fault | | Delta | |
|---|---|---|---|---|---|---|
| | | | Booked (BCF) | JFD EUR | | |
| A1-3388 | Sterling A1 | | 0.504 | 0 | -0.504 | |
| A1-3515 | Sterling A5 | | 0.422 | 0 | -0.422 | |
| MDT 3732 | Sterling A8 | | 0 | 0.162 | 0.162 | |
| N/A | Sterling A9 | | 0.811 | 0.724 | -0.087 | |
| N/A | Sterling A11 | | 0 | | 0 | |
| A1-3710 | Sterling A12 | | 0.872 | 0 | -0.872 | wet on log |
| MDT 3864 | Sterling A13 | | 1.067 | 0.713 | -0.354 | |
| MDT 3968 | Sterling A15 | | 1.228 | 0 | -1.228 | wet on log |
| MDT 4018 | Sterling A19 | | 9.964 | 4.619 | -5.345 | |
| N/A | Sterling A21 | | | | | |
| MDT 4172 | Sterling A22 | | 1.92 | 0.896 | -1.024 | |
| MDT 4973 | Sterling C11 | | 0.747 | 0 | -0.747 | No Sand present, no reserves |
| MDT 5402 | UB-6 | PDN | 1.581 | 0.164 | -1.417 | |
| N/A | UB-10 | PDN | 0 | 0.558 | 0.558 | |
| N/A | UB-11 | PDN | 0 | 0.834 | 0.834 | |
| MDT 5790 | UB-16 | PDN | 0.851 | 0 | -0.851 | wet in KLU 3, same log show in KLU A1 |
| MDT 5869 | MB-1 | PDN | 0 | 0.563 | 0.563 | |
| MDT 5940 | MB-2 | PDN | 2.594 | 1.535 | -1.059 | |
| A1-6035 | MB-3 | | 2.02 | 0 | -2.02 | There is 1-3' of highly questionable pay picked for this zone, minimal (<0.2 if present) |
| | | | 23.655 | 10.768 | -13.813 | |

FURIE-BANKR_00200004
DA01596

**Supporting Maps, Cross-sections and Volumetric Calculations:**

This section contains the work product of the log interpretation, mapping and cross-section analysis leading to the results in the previous section.

FURIE-BANKR_00200005
DA01597

# Sterling A8 (3732)

FURIE-BANKR_00200006
DA01598

# STRUCTURE MAP w/NET SAND OVERLAY

- Small ~5' Stringer seen only in the KLU-3 amd KLU A1 well (online)
- LKG at spill point along fault
- Because sand is shaled out, likely depletion drive (70% Rf)

**EAST FAULT BLOCK**
- Booked OGIP = 4.4 Bcf
- Booked EUR = 3.1 Bcf

- JFD OGIP = 0.278 Bcf
- JFD Likely EUR = 0.195 Bcf

**EAST FAULT BLOCK**
- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 0.278 Bcf
- JFD Likely EUR = 0.195 Bcf



FURIE-BANKR_00200007
DA01599

# Cross Section of Sterling A8 E FLT Block



Sterling A8 sand is only seen in the KLU 3 well in the eastern fault block. The cross over is the only evidence of sand development.

FURIE-BANKR_00200008
DA01600

# Cross Section of Sterling A8 A1 FLT Block

## KLU A1



3' of Sterling A8 sand in the KLU A1 well in the A1 fault block (perforations in red).

FURIE-BANKR_00200009
DA01601

# Volume Inputs – East Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%).....................: 30.20

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.82

- Reservoir Temperature (Deg F)...: 87.05

- Reservoir Pressure (PSIA).......: 1611.77

- Recovery Factor (%).............: 70.00

Polygon:  A8 LKG EAST FLT

Total Area:    3,120,363.79 (FT x FT)

3,120,363.79 (SQRFT)

289,891.86 (SQRMTR)

71.63 (ACRES)

Data  Area:    3,015,992.24 (FT x FT)

3,015,992.24 (SQRFT)

280,195.41 (SQRMTR)

69.24 (ACRES)

GIP:        278.69 (MMCF)

RGIP:        195.08 (MMCF)

FURIE-BANKR_00200010
DA01602

# Volume Inputs – A1 Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%).....................: 30.20
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.84
- Reservoir Temperature (Deg F)...: 87.05
- Reservoir Pressure (PSIA).......: 1579.44
- Recovery Factor (%).............: 70.00

Polygon:  A1 FLT ST A8LKG

| | |
|---|---|
| Total Area: | 2,394,332.08 (FT x FT) |
| | 2,394,332.08 (SQRFT) |
| | 222,441.17 (SQRMTR) |
| | 54.97 (ACRES) |
| Data Area: | 53,396.15 (FT x FT) |
| | 53,396.15 (SQRFT) |
| | 4,960.67 (SQRMTR) |
| | 1.23 (ACRES) |
| GIP: | 231.6 (MMCF) |
| RGIP: | 162.12 (MMCF) |

FURIE-BANKR_00200011
DA01603

# Sterling A9

FURIE-BANKR_00200012
DA01604

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG in E-FLT from KLU 3 @ 3650 tvdss; used intersection (3690 tvdss) with fault as LKG for volumetrics
- LKG in A1-FLT from KLU 1 @ 3556 tvdss; used intersection (3576 tvdss) with fault as LKG for volumetrics
- Because of shale out, likely depletion drive (70%Rf)

**E-Fault Block**
- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 0.770 Bcf
- JFD Likely EUR = 0.539 Bcf

**A1-Fault Block**
- Booked OGIP = 1.159 Bcf
- Booked EUR = 0.811 Bcf

- JFD OGIP = 1.034 Bcf
- JFD Likely EUR = 0.724 Bcf



FURIE-BANKR_00200013
DA01605

# Cross Section of Sterling A9



KLU A1 and KLU 3 appear to be pay as noted with high resistivity AND neutron-density cross over. The KLU shows a high resistivity, but does now show cross over and is therefore considered wet.

# Volume Inputs – East Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 28.50
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.84
- Reservoir Temperature (Deg F)...: 88.64
- Reservoir Pressure (PSIA).......: 1624.58
- Recovery Factor (%)............: 70.00

- Polygon:  A9 E FAULT LKG
- Total Area:        4,134,899.72 (FT x FT)
- 4,134,899.72 (SQRFT)
- 384,145.52 (SQRMTR)
- 94.92 (ACRES)

- Data  Area:        4,080,563.45 (FT x FT)
- 4,080,563.45 (SQRFT)
- 379,097.51 (SQRMTR)
- 93.68 (ACRES)

- GIP:        769.95 (MMCF)
- RGIP:        538.96 (MMCF)

FURIE-BANKR_00200015
DA01607

# Volume Inputs – A1 Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)


- Porosity (%).....................: 28.50
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.84
- Reservoir Temperature (Deg F)...: 87.05
- Reservoir Pressure (PSIA).......: 1579.44
- Recovery Factor (%).............: 70.00

Polygon:  A9 LKG a1 flt

| | |
|---|---|
| Total Area: | 4,694,349.91 (FT x FT) |
| | 4,694,349.91 (SQRFT) |
| | 436,120.25 (SQRMTR) |
| | 107.77 (ACRES) |
| Data  Area: | 4,654,974.21 (FT x FT) |
| | 4,654,974.21 (SQRFT) |
| | 432,462.12 (SQRMTR) |
| | 106.86 (ACRES) |
| GIP: | 1,033.75 (MMCF) |
| RGIP: | 723.62 (MMCF) |

# Sterling A12 (A1-3710) OGIP

FURIE-BANKR_00200017
DA01609

# KLU A1 A12 Sand

A8/A9 PAY – N-D Cross over

A11 PAY – N-D Cross over

A12 – NO N-D Cross over

A13 Pay – N-D Cross over



There is 0.872 bcf booked to the Sterling A12 (A1-3710) sand. However, my log analysis suggest that this sand it wet when compared to the sands both above and below which show good Neutron-Density cross over.

FURIE-BANKR_00200018
DA01610

# Sterling A13 (MDT 3864)

FURIE-BANKR_00200019
DA01611

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG in E-FLT from KLU 1 @ 3831 tvdss
- GWC in A1-FLT from KLU A1 @ 3676 tvdss
- Used this depth as likely closure against fault
- Because of shale out, likely depletion drive (70%Rf)

## E-Fault Block
- Booked OGIP = 8.99 Bcf
- Booked EUR = 6.293 Bcf

- JFD OGIP = 1.351 Bcf
- JFD Likely EUR = 0.946 Bcf

## A1-Fault Block
- Booked OGIP = 1.524 Bcf
- Booked EUR = 1.067 Bcf

- JFD OGIP = 1.019 Bcf
- JFD Likely EUR = 0.713 Bcf



FURIE-BANKR_00200020
DA01612

# Cross Section of Sterling A13 E-FLT

### KLU 3                    KLU 1                    KLU A2A



KLU A2A appears to be at or below the LKG for this sand as observed in the KLU 1 well.

FURIE-BANKR_00200021
DA01613

# Cross Section of Sterling A13 E-FLT

### KLU-A1



GWC @ -3676 TVDSS

LKG or GWC @ -3676. Perf interval show in red

FURIE-BANKR_00200022
DA01614

# Volume Inputs – East Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 28.30
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.85
- Reservoir Temperature (Deg F)...: 89.83
- Reservoir Pressure (PSIA).......: 1663.11
- Recovery Factor (%).............: 70.00

- Polygon:  A13 LKG
-   Total Area:        6,044,527.77 (FT x FT)
-                      6,044,527.77 (SQRFT)
-                      561,556.13 (SQRMTR)
-                      138.76 (ACRES)

-   Data  Area:        5,866,617.97 (FT x FT)
-                      5,866,617.97 (SQRFT)
-                      545,027.73 (SQRMTR)
-                      134.68 (ACRES)

-       GIP:           1,351.21 (MMCF)
-       RGIP:          945.84 (MMCF)

FURIE-BANKR_00200023
DA01615

# Volume Inputs — A1 Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 28.30
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.84
- Reservoir Temperature (Deg F)...: 88.64
- Reservoir Pressure (PSIA).......: 1624.58
- Recovery Factor (%).............: 70.00

Polygon:  A1 FLT  S13 LKG

- Total Area:           3,646,290.04 (FT x FT)
- 3,646,290.04 (SQRFT)
- 338,752.11 (SQRMTR)
- 83.71 (ACRES)

Data  Area:           3,621,478.84 (FT x FT)
- 3,621,478.84 (SQRFT)
- 336,447.07 (SQRMTR)
- 83.14 (ACRES)

- GIP:           1,018.51 (MMCF)
- RGIP:           712.96 (MMCF)

FURIE-BANKR_00200024
DA01616

# Sterling A15 (MDT 3968)

FURIE-BANKR_00200025
DA01617

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG in E-FLT from proposed fault intersection @ 3888 tvdss
- LKG in A1-FLT proposed fault intersection @ 3733 tvdss (KLU A1 is wet)
- Because of shale out, likely depletion drive (70%Rf)

**E-Fault Block**
- Booked OGIP = 8.99 Bcf
- Booked EUR = 6.293 Bcf

- JFD OGIP = 1.351 Bcf
- JFD Likely EUR = 0.946 Bcf

**A1-Fault Block\*\***
- Booked OGIP = 1.755 Bcf
- Booked EUR = 1.228 Bcf

- JFD OGIP = N/A
- JFD Likely EUR = N/A



# Cross Section of Sterling A15 E-FLT

### KLU 3        KLU 1        KLU A4



KLU 3 appears to be to be pay from high RESD and N-D cross over and the other two wells do not have the features and are likely wet. Therefore, an LKG using the intersection with the fault has been used.

FURIE-BANKR_00200027
DA01619

# Cross Section of Sterling A15 A1-FLT

KLU-A1                                                    KLU-3



Cross section flattened on the Sterling A-18 sand. This section shows the lack of cross over and lower resistivity in the KLU A1 well as compared to the KLU-3 and it is presumed to be wet. However, there is the potential for pay updip of the KLU-A1 well in the A1 fault block. The updip volume in the A1 fault block could be classified as 2P/3P reserves.

# Volume Inputs – East Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)


- Porosity (%)....................: 27.00

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.85

- Reservoir Temperature (Deg F)...: 89.72

- Reservoir Pressure (PSIA).......: 1699.40

- Recovery Factor (%).............: 70.00

Polygon:  EFLT ST A15 LKG

- Total Area:        2,921,170.97 (FT x FT)
- 2,921,170.97 (SQRFT)
- 271,386.21 (SQRMTR)
- 67.06 (ACRES)

- Data  Area:        2,883,123.69 (FT x FT)
- 2,883,123.69 (SQRFT)
- 267,851.49 (SQRMTR)
- 66.19 (ACRES)


- GIP:            645.85 (MMCF)
- RGIP:            452.1 (MMCF)

FURIE-BANKR_00200029
DA01621

# Sterling A19 (MDT 4018) OGIP

FURIE-BANKR_00200030
DA01622

# STRUCTURE MAP w/NET SAND OVERLAY

- E Fault GWC seen in KLU-3 @ 3952 tvdss
- KLU A-2A well perfed, but not produced, currently shut in(likely wet)
- A1 Fault GWC seen in KLU A1 @ 3866 tvdss
- Likely water drive sand
  - Rf=40%

E Fault
- Booked OGIP = ~95.9 Bcf
- Booked EUR = 65.2 Bcf

- JFD OGIP = 2.4 Bcf
- JFD Likely EUR = 0.96 Bcf

A1 Fault
- Booked OGIP = ~14.234 Bcf
- Booked EUR = 9.964 Bcf

- JFD OGIP = 11.547 Bcf
- JFD Likely EUR = 4.619 Bcf



FURIE-BANKR_00200031
DA01623

# Cross Section of Sterling A-19



KLU A1    KLU 3    KLU A-2A

KLU A1 and KLU 3 have different GWC (gas water contact), implying separate tanks. The GWC in the KLU is updip of the KLU A-2A. The well appears to be wet and was tested, but has been shut in behind a sleeve since initial production. A detailed well history should be conducted to check the rise in fluid level in the well bore after perforations. To confirm gas, much more work needs to be conducted.

FURIE-BANKR_00200032
DA01624

# Volume Inputs – East Fault

- ROJECT: KITCHEN LIGHTS - KITCHEN LIGHTS
- September 27, 2018  7:29 PM


- Grid File: sterling a 19 E FLT net pay.GRD
- Title    : sterling a 19 net pay


- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 31.50
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.83
- Reservoir Temperature (Deg F)...: 88.89
- Reservoir Pressure (PSIA).......: 1724.07
- Recovery Factor (%).............: 40.00

Polygon:  ST A19 GWC

Total Area:

- 4,101,332.15 (FT x FT)
- 4,101,332.15 (SQRFT)
- 381,026.99 (SQRMTR)
- 94.15 (ACRES)


Data  Area:

- 4,100,642.06 (FT x FT)
- 4,100,642.06 (SQRFT)
- 380,962.88 (SQRMTR)
- 94.14 (ACRES)


- GIP: 2,377.28 (MMCF)

FURIE-BANKR_00200033
DA01625

# Volume Inputs – A1 Fault

- ROJECT: KITCHEN LIGHTS - KITCHEN LIGHTS
- September 27, 2018  7:29 PM


- Grid File: sterling a 19 E FLT net pay.GRD
- Title    : sterling a 19 net pay


- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%).....................: 31.50
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.86
- Reservoir Temperature (Deg F)...: 90.43
- Reservoir Pressure (PSIA).......: 1684.55
- Recovery Factor (%).............: 40.00

Polygon:  a1 STA19 GWC

| | |
|---|---|
| Total Area: | 9,485,179.63 (FT x FT) |
| | 9,485,179.63 (SQRFT) |
| | 881,203.78 (SQRMTR) |
| | 217.75 (ACRES) |
| Data  Area: | 9,483,599.58 (FT x FT) |
| | 9,483,599.58 (SQRFT) |
| | 881,056.99 (SQRMTR) |
| | 217.71 (ACRES) |
| GIP: | 11,546.49 (MMCF) |
| RGIP: | 4,618.6 (MMCF) |

FURIE-BANKR_00200034
DA01626

# Sterling A22 (4172) OGIP

FURIE-BANKR_00200035
DA01627

# A22 STRUCTURE MAP w/NET SAND OVERLAY

- 20-46' thick sand
- E-Fault is 231 acre closure w/GWC at -4166 tvdss
- A-1 Fault is 85 acre closure w/GWC at -3966' tvdss
- Likely water drive sand (Rf 40%)
- KLU 3 produced ~2.95 bcf from this sand and watered out, EUR = CUM produced

EAST FAULT BLOCK
- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 8.462 Bcf
- JFD Likely EUR = 3.384 Bcf
- Remaining Recoverable = NONE

A-1 FAULT BLOCK
- Booked OGIP = 14.23
- Booked EUR = 9.964 BCF

- JFD OGIP = 2.24 Bcf
- JFD Likely EUR = 0. 896 Bcf



FURIE-BANKR_00200036
DA01628

# Cross Section of Sterling A22 E-FAULT



FURIE-BANKR_00200037
DA01629

# Sterling A22 KLU A1 Well



GWC @ -3976 tvdss

FURIE-BANKR_00200038
DA01630

# Volume Inputs For East Fault Block

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%).....................: 31.80
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.84
- Reservoir Temperature (Deg F)...: 91.16
- Reservoir Pressure (PSIA).......: 1786.11
- Recovery Factor (%).............: 40.00

Polygon:  E-FLT A22 GWC

| | |
|---|---|
| Total Area: | 10,058,996.19 (FT x FT) |
| | 10,058,996.19 (SQRFT) |
| | 934,513.19 (SQRMTR) |
| | 230.92 (ACRES) |
| Data  Area: | 10,034,618.58 (FT x FT) |
| | 10,034,618.58 (SQRFT) |
| | 932,248.44 (SQRMTR) |
| | 230.36 (ACRES) |
| GIP: | 8,461.92 (MMCF) |
| RGIP: | 3,384.77 (MMCF) |

FURIE-BANKR_00200039
DA01631

# Volume Inputs For A1 Fault Block

- eservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 31.80
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.83
- Reservoir Temperature (Deg F)...: 88.89
- Reservoir Pressure (PSIA).......: 1724.07
- Recovery Factor (%).............: 40.00

Polygon:  A1 FLT STERLING

Total Area:            3,840,639.94 (FT x FT)

3,840,639.94 (SQRFT)

356,807.84 (SQRMTR)

88.17 (ACRES)

Data  Area:            3,824,902.75 (FT x FT)

3,824,902.75 (SQRFT)

355,345.8 (SQRMTR)

87.81 (ACRES)

GIP:            2,240.12 (MMCF)

RGIP:            896.05 (MMCF)

FURIE-BANKR_00200040
DA01632

# Sterling B1 OGIP

FURIE-BANKR_00200041
DA01633

# STRUCTURE MAP w/NET SAND OVERLAY

- E Fault LKG seen in KLU-3 @ 4235 tvdss
- Used apparent GWC of 4276 tvdss from intersection with fault
- KLU A1 is wet/thin in B1 sand
- Shaled out on both sides so likely depletion drive sand thus Rf=70%

**E Fault**
- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 1.585 Bcf
- JFD Likely EUR = 1.11 Bcf



FURIE-BANKR_00200042
DA01634

# Cross Section of Sterling B1

KLU A1

KLU 3



N-D cross over and high resistivity is seen in the KLU 3 well, and is not seen in the KLU A1.
Hence the KLU A1 is considered wet/shaled out in this zone.

FURIE-BANKR_00200043
DA01635

# Volume Inputs – East Fault

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 31.20
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.83
- Reservoir Temperature (Deg F)...: 90.62
- Reservoir Pressure (PSIA).......: 1826.90
- Recovery Factor (%).............: 70.00

Polygon:  Sterling B2 LKG

| | |
|---|---|
| Total Area: | 5,900,200.4 (FT x FT) |
| | 5,900,200.4 (SQRFT) |
| | 548,147.65 (SQRMTR) |
| | 135.45 (ACRES) |
| Data  Area: | 5,873,551.8 (FT x FT) |
| | 5,873,551.8 (SQRFT) |
| | 545,671.91 (SQRMTR) |
| | 134.84 (ACRES) |
| GIP: | 2,479.85 (MMCF) |
| RGIP: | 1,735.9 (MMCF) |

FURIE-BANKR_00200044
DA01636

# Sterling B2 OGIP

FURIE-BANKR_00200045
DA01637

# STRUCTURE MAP w/NET SAND OVERLAY

- E Fault LKG seen in KLU-3 @ 4535 tvdss
- Used apparent GWC of 4280 tvdss from intersection with fault
- KLU A1 is wet in B2 sand
- Shaled out on both sides so likely depletion drive sand thus Rf=70%

E Fault
- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 1.585 Bcf
- JFD Likely EUR = 1.11 Bcf



FURIE-BANKR_00200046
DA01638

# Cross Section of Sterling B2

KLU A1                    KLU A3                    KLU A2A



N-D cross over (and N-Sonic cross over) and high resistivity is seen in the KLU 3 well, and is not seen in the KLU A1 or KLU A4 and both are considered wet

FURIE-BANKR_00200047
DA01639

# Volume Inputs – East Fault

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 30.20
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.83
- Reservoir Temperature (Deg F)...: 90.62
- Reservoir Pressure (PSIA).......: 1826.90
- Recovery Factor (%).............: 70.00

Polygon:  Sterling B2 LKG

Total Area:    5,892,256.77 (FT x FT)

5,892,256.77 (SQRFT)

547,409.66 (SQRMTR)

135.27 (ACRES)

Data  Area:    5,866,365.73 (FT x FT)

5,866,365.73 (SQRFT)

545,004.3 (SQRMTR)

134.67 (ACRES)

GIP:        2,400.08 (MMCF)

RGIP:        1,680.05 (MMCF)

FURIE-BANKR_00200048
DA01640

# Sterling B4 OGIP

FURIE-BANKR_00200049
DA01641

# STRUCTURE MAP w/NET SAND OVERLAY

- E Fault LKG seen in KLU-3 @ 4333 tvdss
- Used apparent GWC of 4376 tvdss from intersection with fault
- KLU A1 is wet in B4 sand
- Shaled out on both sides so likely depletion drive sand thus Rf=70%

E Fault
- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 1.268 Bcf
- JFD Likely EUR = 0.888 Bcf



# Cross Section of Sterling B4



**KLU A1**          **KLU A3**          **KLU A2A**

N-D cross over and high resistivity is seen in the KLU 3 well, and is not seen in the KLU A1 or KLU A2A and both are considered wet

FURIE-BANKR_00200051
DA01643

# Volume Inputs – East Fault

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)


- Porosity (%)....................: 30.20
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.83
- Reservoir Temperature (Deg F)...: 81.31
- Reservoir Pressure (PSIA).......: 1893.01
- Recovery Factor (%).............: 70.00

Polygon:  B4 LKG

| | |
|---|---|
| Total Area: | 4,484,333.49 (FT x FT) |
| | 4,484,333.49 (SQRFT) |
| | 416,609.05 (SQRMTR) |
| | 102.95 (ACRES) |
| Data  Area: | 4,402,674.21 (FT x FT) |
| | 4,402,674.21 (SQRFT) |
| | 409,022.64 (SQRMTR) |
| | 101.07 (ACRES) |
| GIP: | 1,268.12 (MMCF) |
| RGIP: | 887.68 (MMCF) |

FURIE-BANKR_00200052
DA01644

# Sterling B6 (MDT 4561) OGIP

FURIE-BANKR_00200053
DA01645

# KLU 3 B6 Sand



There is 4.144 bcf booked to the Sterling B6 (MDT 4561) sand in the KLU 3 sell. However, the Sterling B7 and Sterling C sands were tested at 1,616 bwpd and minimal gas. The log response in these zone is similar and slightly better to that of the B6 (also B4 and B6L sands, both unbooked) and is also likely wet. While a neutron-sonic cross over seen in the logs above (green) is typically a gas pay indicator, it can also be due to a high residual gas due to a blown seal. These zones should be tested to absolutely resolve, but are likely wet and thus removed from the 1P category. Reseves could be moved to 2P reserves.

FURIE-BANKR_00200054
DA01646

# Sterling C1 (MDT 4669) OGIP

FURIE-BANKR_00200055
DA01647

# STRUCTURE MAP w/NET SAND OVERLAY

- GWC seen in KLU A-2A @ 4659 tvdss
- KLU A-2A well perfed and commingled with A19 and C1
- Produced gas and water
- ~ 229 Acre closure

- Booked OGIP = ~33.9 Bcf
- Booked EUR = 23.7 Bcf

- JFD OGIP = 8.2 Bcf
- JFD Likely EUR = 3.3 Bcf



# Cross Section of Sterling C1

KLU 3        KLU A2A        KLU A4



KLU 3 is likely pay in the Sterling C1 sand, and there appears to be a GWC in the KLU A-2A. The A-2A well produced be gas and water and its likely that the C1 and A19 both made water.

FURIE-BANKR_00200057
DA01649

# Volume Inputs

- PROJECT: KITCHEN LIGHTS - KITCHEN LIGHTS
- September 27, 2018  9:09 PM

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 29.70
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.83
- Reservoir Temperature (Deg F)...: 91.54
- Reservoir Pressure (PSIA).......: 1951.00
- Recovery Factor (%).............: 40.00

- Polygon:  ST C1 GWC

Total Area:
- 10,007,311.39 (FT x FT)
- 10,007,311.39 (SQRFT)
- 929,711.51 (SQRMTR)
- 229.74 (ACRES)

Data  Area:
- 9,990,874.2 (FT x FT)
- 9,990,874.2 (SQRFT)
- 928,184.44 (SQRMTR)
- 229.36 (ACRES)

- GIP:              8,181.08 (MMCF)
- RGIP:               3,272.43 (MMCF)

FURIE-BANKR_00200058
DA01650

# Sterling C2 (MDT 4725) OGIP

FURIE-BANKR_00200059
DA01651

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG observed in KLU A-2 @ 4790 tvdss; used proposed intersection with fault as LKG @ 4801 tvdss
- ~ 427 Acre closure

- Booked OGIP = 1.785 Bcf
- Booked EUR = 1.25 Bcf

- JFD OGIP = 5.743 Bcf
- JFD Likely EUR = 4.02 Bcf



FURIE-BANKR_00200060
DA01652

# Cross Section of Sterling C2



Sterling C2 is currently producing in the KLU A4 and KLU A2A.



Log show in the Sterling A2 well, defining the LKG for this sand.

FURIE-BANKR_00200061
DA01653

# Volume Inputs

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 30.30

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.83

- Reservoir Temperature (Deg F)...: 91.88

- Reservoir Pressure (PSIA).......: 2048.43

- Recovery Factor (%).............: 70.00

- Polygon:  c2 lkg
- Total Area:          18,628,707.3 (FT x FT)
-                      18,628,707.3 (SQRFT)
-                      1,730,667 (SQRMTR)
-                      427.66 (ACRES)

- Data  Area:          18,377,397.12 (FT x FT)
-                      18,377,397.12 (SQRFT)
-                      1,707,319.47 (SQRMTR)
-                      421.89 (ACRES)

- GIP:          5,742.92 (MMCF)
- RGIP:          4,020.04 (MMCF)

FURIE-BANKR_00200062
DA01654

# Sterling C11 OGIP

FURIE-BANKR_00200063
DA01655

# STRUCTURE MAP w/NET SAND OVERLAY

- E Fault LKG seen in KLU-3 @ 4535 tvdss
- Used apparent GWC of 4966 tvdss from intersection with fault
- KLU A1 is wet in C11 sand
- Shaled out on both sides so likely depletion drive sand thus Rf=70%

E Fault
- Booked OGIP = 11.1
- Booked EUR = 7.77

- JFD OGIP = 0.796 Bcf
- JFD Likely EUR = 0.557 Bcf



# Cross Section of Sterling C11



KLU A1          KLU 3          KLU 1

Does not look like pay in the KLU 3, but production logs suggest sand is productive (however, PLT was run through tubing with multiple sands open behind the sleeve. Appears to be log show in the KLU 1 well, and looks wet in the KLU A1 well. Thus, the 1P reserves for the A1 fault are null and should be eliminated. Could move reserves to 2P.

FURIE-BANKR_00200065
DA01657

# Volume Inputs – East Fault

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 21.30
- Water Saturation (%)............: 35.00
- Gas Compressibility Factor (Z)..: 0.84
- Reservoir Temperature (Deg F)...: 93.89
- Reservoir Pressure (PSIA).......: 2195.50
- Recovery Factor (%).............: 70.00

Polygon:  All Polygons Combined

| | |
|---|---|
| Polygon Area: | 5,928,897.65 (FT x FT) |
| | 5,928,897.65 (SQRFT) |
| | 550,813.72 (SQRMTR) |
| | 136.11 (ACRES) |
| Data Area: | 5,688,176.1 (FT x FT) |
| | 5,688,176.1 (SQRFT) |
| | 528,449.91 (SQRMTR) |
| | 130.58 (ACRES) |
| GIP: | 931.12 (MMCF) |
| RGIP: | 651.78 (MMCF) |

FURIE-BANKR_00200066
DA01658

# Sterling C13 (MDT 5050)

FURIE-BANKR_00200067
DA01659

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG observed in KLU 3 @ 4963 tvdss; used proposed intersection with fault as LKG @ 4930 tvdss

- Booked OGIP = 0.466 Bcf
- Booked EUR = 0.326 Bcf

- JFD OGIP = 0.476 Bcf
- JFD Likely EUR = 0.333 Bcf



FURIE-BANKR_00200068
DA01660

# Cross Section of Sterling C13



KLU A1                              KLU 3                              KLU A4

Sterling C13 is currently producing in the KLU A3. The sand is wet in the KLU A1 well and shaled out in the KLU A4 well.

FURIE-BANKR_00200069
DA01661

# Volume Inputs

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)...................: 20.10

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.82

- Reservoir Temperature (Deg F)...: 92.83

- Reservoir Pressure (PSIA).......: 2278.71

- Recovery Factor (%).............: 70.00

- Polygon:  C13 LKG
- Total Area:          4,648,538.68 (FT x FT)
-                      4,648,538.68 (SQRFT)
-                      431,864.24 (SQRMTR)
-                      106.72 (ACRES)

- Data  Area:          4,514,710.74 (FT x FT)
-                      4,514,710.74 (SQRFT)
-                      419,431.19 (SQRMTR)
-                      103.64 (ACRES)

- GIP:              475.59 (MMCF)
- RGIP:              332.91 (MMCF)

FURIE-BANKR_00200070
DA01662

# Upper Beluga (MDT 5090)

FURIE-BANKR_00200071
DA01663

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG observed in KLU 3 @ 4990 tvdss; used proposed intersection with fault as LKG @ 5033 tvdss

- Booked OGIP = 1.887 Bcf
- Booked EUR = 1.321 Bcf

- JFD OGIP = 0.351 Bcf
- JFD Likely EUR = 0.246 Bcf



FURIE-BANKR_00200072
DA01664

# Cross Section of Upper Beluga



Sterling C13 is currently producing in the KLU A3. In the KLU A1 and KLU A4 wells the sand is not present and is shaled out in the KLU A4 well.

FURIE-BANKR_00200073
DA01665

# Volume Inputs

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%).....................: 20.10

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.82

- Reservoir Temperature (Deg F)...: 92.83

- Reservoir Pressure (PSIA).......: 2278.71

- Recovery Factor (%).............: 70.00

- Polygon:  Upper Beluga LK
- Total Area:          3,953,715.82 (FT x FT)
- 3,953,715.82 (SQRFT)
- 367,312.95 (SQRMTR)
- 90.76 (ACRES)

- Data  Area:          3,173,231.73 (FT x FT)
- 3,173,231.73 (SQRFT)
- 294,803.46 (SQRMTR)
- 72.85 (ACRES)

- GIP:          351.72 (MMCF)
- RGIP:          246.2 (MMCF)

FURIE-BANKR_00200074
DA01666

# Upper Beluga UB-6 (MDT 5402)

FURIE-BANKR_00200075
DA01667

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG observed in E-FLT in the KLU-1 @ 5341 tvdss; used proposed intersection with fault as LKG @ 53 tvdss
- LKG observed in A1-FLT in the KLU-A1 @ 5015 tvdss; used proposed intersection with fault as LKG @ 5026 tvdss

E-FLT Volumes

- Booked OGIP = 15.93 Bcf
- Booked EUR = 11.148 Bcf

- JFD OGIP = 0.894 Bcf
- JFD Likely EUR = 0.626 Bcf

A1-FLT Volumes

- Booked OGIP = 2.259 Bcf
- Booked EUR = 1.581 Bcf

- JFD OGIP = 0.234 Bcf
- JFD Likely EUR = 0.164 Bcf



FURIE-BANKR_00200076
DA01668

# Cross Section of UB-6



Beluga UB-6 sand is currently producing in the KLU 3 at low rate (19 mcfpd) and is likely depleted. There is a small log show in the KLU A1.

FURIE-BANKR_00200077
DA01669

# Volume Inputs – E FAULT

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 26.50

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.83

- Reservoir Temperature (Deg F)...: 93.69

- Reservoir Pressure (PSIA).......: 2364.35

- Recovery Factor (%).............: 70.00

- Polygon:  UB6 LKG E FLT
- Total Area:        5,133,657.52 (FT x FT)
-                    5,133,657.52 (SQRFT)
-                    476,933.34 (SQRMTR)
-                    117.85 (ACRES)

- Data  Area:        5,016,155.2 (FT x FT)
-                    5,016,155.2 (SQRFT)
-                    466,017 (SQRMTR)
-                    115.16 (ACRES)

- GIP:               893.64 (MMCF)
- RGIP:              625.54 (MMCF)

FURIE-BANKR_00200078
DA01670

# Volume Inputs – A1 FAULT

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)...................: 26.50

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.82

- Reservoir Temperature (Deg F)...: 92.69

- Reservoir Pressure (PSIA).......: 2289.00

- Recovery Factor (%).............: 70.00

- Polygon:  UB6 LKG A1
- Total Area:       1,831,936.48 (FT x FT)
- 1,831,936.48 (SQRFT)
- 170,192.81 (SQRMTR)
- 42.06 (ACRES)

- Data  Area:      1,711,681.94 (FT x FT)
- 1,711,681.94 (SQRFT)
- 159,020.77 (SQRMTR)
- 39.29 (ACRES)

- GIP:          234.58 (MMCF)
- RGIP:          164.21 (MMCF)

FURIE-BANKR_00200079
DA01671

# Upper Beluga UB-10

FURIE-BANKR_00200080
DA01672

# STRUCTURE MAP w/NET SAND OVERLAY

- UB-10 in currently perforated in the KLU 3 well, and the volume is allocated to PDP wedge
- LKG observed in A1-FLT in the KLU-A1 @ 5212 tvdss; used LKG proposed intersection with fault as LKG @ 5260 tvdss

A1-FLT Volumes

- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 0.797 Bcf
- JFD Likely EUR = 0.558 Bcf



FURIE-BANKR_00200081
DA01673

# Cross Section of UB-10



The UB-10 is perforated in the KLU 3 well. This well displays <5' of thin pay, and is marginally productive. The KLU 1 well shows good sand development, but no ND cross over, and it likely wet. In the KLU A1 well shows high resistivity and ND cross over and is highly likely pay.

FURIE-BANKR_00200082
DA01674

# Volume Inputs – A1 FAULT

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 23.60

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.83

- Reservoir Temperature (Deg F)...: 93.32

- Reservoir Pressure (PSIA).......: 2346.20

- Recovery Factor (%).............: 70.00

- Polygon:  UB 10 LKG A1
- Total Area:        3,643,052.75 (FT x FT)
- 3,643,052.75 (SQRFT)
- 338,451.35 (SQRMTR)
- 83.63 (ACRES)

- Data  Area:        2,905,288.38 (FT x FT)
- 2,905,288.38 (SQRFT)
- 269,910.66 (SQRMTR)
- 66.7 (ACRES)

- GIP:        797.39 (MMCF)
- RGIP:         558.17 (MMCF)

FURIE-BANKR_00200083
DA01675

# Upper Beluga UB-11

FURIE-BANKR_00200084
DA01676

# STRUCTURE MAP w/NET SAND OVERLAY

- UB-11 in currently perforated in the KLU 3 well, and the volume is allocated to PDP wedge
- Used the UB-10 structure map and project the LKG and UB-11 net sand mad to calculate volumetrics
- Used LKG proposed intersection with fault as LKG

A1-FLT Volumes

- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 1.192 Bcf
- JFD Likely EUR = 0.835 Bcf



FURIE-BANKR_00200085
DA01677

# Cross Section of UB-11



The UB-11 is perforated in the KLU 3 well and is productive based of the most recent PLT log. The KLU A1 well shows good sand development, with similar resistivity and ND cross over and is highly likely pay.

FURIE-BANKR_00200086
DA01678

# Volume Inputs – A1 FAULT

- Porosity (%)....................: 23.10

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.83

- Reservoir Temperature (Deg F)...: 93.85

- Reservoir Pressure (PSIA).......: 2377.61

- Recovery Factor (%).............: 70.00

- Polygon:  ub11 a1 lkg

- Total Area:          5,851,588.71 (FT x FT)

- 5,851,588.71 (SQRFT)

- 543,631.47 (SQRMTR)

- 134.33 (ACRES)

- Data  Area:          5,671,898.11 (FT x FT)

- 5,671,898.11 (SQRFT)

- 526,937.63 (SQRMTR)

- 130.21 (ACRES)

- GIP:          1,192.07 (MMCF)

- RGIP:            834.45 (MMCF)

FURIE-BANKR_00200087
DA01679

# Upper Beluga UB-16

FURIE-BANKR_00200088
DA01680

# STRUCTURE MAP w/NET SAND OVERLAY

- UB-16 in currently perforated in the KLU 3 well, and produced water.
- The log show in the KLU A1 well is similar to that of the KLU 3, and is also considered wet.
- The booked reserves are null for the KLU A1 fault block

A1-FLT Volumes

- Booked OGIP = 1.216 Bcf
- Booked EUR = 0.851 Bcf

- JFD OGIP = wet
- JFD Likely EUR = 0



KLU 3                    KLU A1

FURIE-BANKR_00200089
DA01681

# Middle Beluga MB-1

FURIE-BANKR_00200090
DA01682

# STRUCTURE MAP w/NET SAND OVERLAY

- KLU A2A currently perfed in MB-1 sand (PDP)
- For A1 FLT, used MB-2 structure map and projected MB-1 net over top
- LKG observed in A1-FLT in the KLU-A1 @ 5551 tvdss; used proposed intersection with fault as LKG @ 5610 tvdss

E-FLT Volumes

- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = PDP
- JFD Likely EUR = PDP

A1-FLT Volumes

- Booked OGIP = N/A
- Booked EUR = N/A

- JFD OGIP = 2.193 Bcf
- JFD Likely EUR = 1.535 Bcf



FURIE-BANKR_00200091
DA01683

# Cross Section of MB-1

KLU A1                           KLU 3                           KLU A2A



The MB-1 Sand is currently producing in the KLU A2A well, though it is not clear if it productive. The ND crossover seen in the KLU A1 well is indicative of the pay despite the lower resistivity.

FURIE-BANKR_00200092
DA01684

# Volume Inputs – A1 FAULT

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 25.40

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.84

- Reservoir Temperature (Deg F)...: 98.55

- Reservoir Pressure (PSIA).......: 2487.30

- Recovery Factor (%).............: 70.00

- Polygon:  mb1 A1 LKG
- Total Area:          3,659,914.15 (FT x FT)
-                      3,659,914.15 (SQRFT)
-                        340,017.83 (SQRMTR)
-                             84.02 (ACRES)

- Data  Area:          3,639,589.85 (FT x FT)
-                      3,639,589.85 (SQRFT)
-                        338,129.64 (SQRMTR)
-                             83.55 (ACRES)

- GIP:                    804.81 (MMCF)
- RGIP:                   563.37 (MMCF)

FURIE-BANKR_00200093
DA01685

# Middle Beluga MB-2 (MDT 5940)

FURIE-BANKR_00200094
DA01686

# STRUCTURE MAP w/NET SAND OVERLAY

- LKG observed in E-FLT in the KLU-3 @ 5801 tvdss; used proposed intersection with fault as LKG @ 5870 tvdss
- LKG observed in A1-FLT in the KLU-A1 @ 5553 tvdss; used proposed intersection with fault as LKG @ 5610 tvdss



E-FLT Volumes

- Booked OGIP = 9.066 Bcf
- Booked EUR = 6.346 Bcf

- JFD OGIP = 0.927 Bcf
- JFD Likely EUR = 0.649 Bcf

A1-FLT Volumes

- Booked OGIP = 3.706 Bcf
- Booked EUR = 2.594 Bcf

- JFD OGIP = 2.193 Bcf
- JFD Likely EUR = 1.535 Bcf

FURIE-BANKR_00200095
DA01687

# Cross Section of MB-2



The MB-2 Sand is currently producing in the KLU 3 well and is highly likely pay in the KLU A1 well. It shales out to the north as seen in the KLU A2A well.

FURIE-BANKR_00200096
DA01688

# Volume Inputs – E FAULT

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 27.90

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.85

- Reservoir Temperature (Deg F)...: 110.31

- Reservoir Pressure (PSIA).......: 2617.20

- Recovery Factor (%).............: 70.00

- Polygon:  eFLT MB2 LKG
- Total Area:          4,474,502.74 (FT x FT)
- 4,474,502.74 (SQRFT)
- 415,695.74 (SQRMTR)
- 102.72 (ACRES)

  Data  Area:          4,333,922.21 (FT x FT)
- 4,333,922.21 (SQRFT)
- 402,635.35 (SQRMTR)
- 99.49 (ACRES)

- GIP:          927.7 (MMCF)
- RGIP:          649.39 (MMCF)

FURIE-BANKR_00200097
DA01689