# Volume Inputs – A1 FAULT

- Reservoir Parameters Used To Compute Recoverable Gas In Place (RGIP)

- Porosity (%)....................: 27.90

- Water Saturation (%)............: 35.00

- Gas Compressibility Factor (Z)..: 0.83

- Reservoir Temperature (Deg F)...: 98.55

- Reservoir Pressure (PSIA).......: 2507.27

- Recovery Factor (%).............: 70.00

- Polygon:  MB2 LKG A1
- Total Area:           7,455,381.14 (FT x FT)
-                       7,455,381.14 (SQRFT)
-                         692,628.96 (SQRMTR)
-                         171.15 (ACRES)

- Data  Area:           7,345,105.15 (FT x FT)
-                       7,345,105.15 (SQRFT)
-                       682,383.96 (SQRMTR)
-                       168.62 (ACRES)

- GIP:           2,193.88 (MMCF)
- RGIP:           1,535.71 (MMCF)

FURIE-BANKR_00200098
DA01690

# EXHIBIT 76

DA01691



3601 C Street, Suite 1424

Anchorage, AK  99503

(907)272-1232 Voice

(907)272-1344 Fax

info@petroak.com

December 9, 2018

Scott Pinsonnault, COO
Furie Operating Alaska, Inc.
188 W. Northern Lights Blvd.
Suite 620
Anchorage, AK 99503

Scott,

I am writing you today to notify you that PRA wishes to terminate our agreement dated April 10, 2018, with Furie Operating Alaska, Inc.  Per the terms of the contract (Section 7- *Duration of Agreement*), this letter serves as thirty (30) day written notice of contract termination.

PRA appreciates the opportunity to have supported Furie's 2018 Capex program, including the completion of the KLU-A1 well, and drilling and completion of the KLU-A4 well.  However, due to the unprofessional and unethical behavior of Company equity owner and working interest owners, it is clear that PRA cannot be effective any longer in supporting Furie's business interests.

It has been a pleasure working with you and your management team, and I am deeply disappointed to end PRA's relationship with Furie in this way.  However, based on our discussions over the past two weeks, I understand this is a mutually agreeable termination of the agreement, and in the best interest of all parties.

As discussed, PRA will package up our work product and deliver to Furie over the next few weeks.  We have been diligently pursuing the completion of the Beluga interval in the KLU-A1 well, and the shift from the Sterling perforations to the Beluga perforations in the KLU-A4 well, and we have stopped work on that effort.  We have also been working on the applications to permit a Class 1 disposal well at the CPF pad in Nikiski, and we will cease work on that as well, in a manner that will allow Furie to complete that work, if you so desire.

I had committed during the meeting with the Alaska Division of Oil and Gas to continue working the exploration effort over the greater KLU area, leveraging the high quality 3D seismic data to develop some drillable prospects.  This work has been halted, and I will leave it to you to determine how to manage expectations at ADOG.

Finally, we have been developing plans for a 2019 gas production well (KLU-A5), in line with the Unit Plan of Development submitted to ADOG on October 5, 2018.  We will stand down on that work and hand off our initial planning work.

FURIE-BANKR_00200547
DA01692

I intend to send letters to State of Alaska regulatory agencies with whom we've been interfacing on behalf of Furie, to inform them that PRA is no longer affiliated with Furie, and I will likewise be informing Enstar Natural Gas of this termination.

Thank you for the opportunity, and I hope that this change in operational structure works out for Furie.

Sincerely,

Tom Walsh
Managing Partner
Petrotechnical Resources of Alaska, LLC (PRA)


Cc: Christina Livesey

FURIE-BANKR_00200548
DA01693

# EXHIBIT 77

DA01694

● ENVIRONMENT & SAFETY

# CIE, Hilcorp apply for APDES permits

*Cook Inlet Energy changing how produced water handled at Osprey Platform; Hilcorp applying for Spartan 151 work at Granite Point*

**By KRISTEN NELSON**
*Petroleum News*

The Alaska Department of Environmental Conservation has public notices out for two Alaska Pollutant Discharge Elimination System proposed permits, one for Cook Inlet Energy and the other for Hilcorp Alaska.

Both are for facilities in Cook Inlet.

The Cook Inlet Energy APDES is for the Osprey platform, which CIE uses to produce the Redoubt field. The Hilcorp APDES is for work the Spartan 151 jack-up rig will do at the Granite Point platform, work which will be completed this year (see story in May 26 issue of Petroleum News).

## Osprey platform

The Osprey permit is a reissuance of an existing permit and includes additional discharges from the platform. DEC said the permit includes discharges of deck drainage, graywater and various miscellaneous discharges. It also includes, for the first time, discharge of produced water by the facility and new discharges of drill cuttings and drilling fluids at the seafloor.

DEC said it has tentatively determined to reissue a discharge permit to CIE, a subsidiary of Glacier Oil & Gas Corp.

A 2002 permit, reissued in 2009 (and administratively extended by DEC), included one mixing zone and authorized the discharge of seven waste streams.

DEC said, "many of the discharges historically have not been discharged from the Osprey Platform because UIC (underground injection control) well disposal options were available." The discharges were authorized "should injection become infeasible or unavailable," the agency said.

Currently Osprey is authorized to discharge deck drainage, domestic wastewater (treated black water and graywater), and several miscellaneous wastes. The platform has four underground injection control wells that allow for disposal. DEC said, "drilling fluid and drill cuttings, produced water, and many of the miscellaneous discharges have not historically been discharged from the Osprey Platform."

The current application requests authorization to discharge produced water because it is not feasible to continue injecting produced water into the formation at the Osprey, DEC said, with produced water at the platform now coming from the West McArthur River unit as well as from the Redoubt unit. That change occurred because CIE moved the processing of West McArthur River crude to the onshore facility at Kustatan which processes Redoubt Shoal crude (see story in Oct. 16, 2016, issue of Petroleum News, as well as the coverage of Glacier in Petroleum News' 2017 issue of The Producers).

## Potable water

DEC said potable water has been delivered to Osprey by vessel, although a desalination system is included in the existing system. CIE has, however, recently installed a desalination system on the platform designed to provide potable water for the minimum population of the platform — potable water delivery would still be required during peak operations, but use of the desalination system would produce discharge.

Wastewater at the platform is separated into two streams, separately treated and disposed of separately. Graywater is water from kitchens, clothes washing, lavatory sinks and showers, while black water comes from toilets and urinals.

Black water is disposed of by injection while graywater is discharged under the permit.

It is possible to treat black water to meet discharge requirements, but DEC said CIE has decided not to include discharge of treated black water in the permit, but to continue to inject it and — "if the ability to inject is not available, CIE will haul the treated black water to shore for disposal by other means."

### Injection

Produced water from Osprey (the Redoubt unit) and onshore wells in the West McArthur River unit "are injected at the Osprey Platform, either for reuse as waterflood for enhanced oil recovery or for disposal as industrial waste."

DEC said that as production at the fields matures, the produced water volume increases, and when that volume exceeds reuse and reinjection needs, alternative disposal is required.

CIE is currently disposing of 7,500 barrels per day into four injection wells at the Osprey platform. DEC said that volume represents maximum capacity, "and the receiving shallow formation has become over-pressurized," which means it is not practical to drill additional injection wells due to safety considerations "related to well control if additional disposal wells were to be drilled into the currently over-pressurized shallow formation."

DEC also said that increasing injection into the deeper oil-producing formations would reduce enhanced oil recovery efficiency, making the discharge of produced water necessary "to continue or expand oil production, which has economic and social benefits in the vicinity of the discharge."

### Spartan 151 jack-up

Hilcorp's proposed permit is for discharges from the Spartan 151 jack-up, which will be doing production drilling at the Granite Point platform.

DEC said that since the Spartan 151, or a similar jack-up, will be cantilevered

*see* **APDES PERMITS** *page 5*



**N⋆rthern Solutions LLC**
An Alaskan Company

MACHINE SHOP SERVICES | PREMIUM THREADING
TOOL TESTING | DOWNHOLE TOOL DESIGN
MANAGED SERVICES | SHOP & DATA SUPPORT
ISO 9001:2015 CERTIFIED

**ANCHORAGE MACHINE SHOP**
907-336-3343
1270 E. 64th Avenue
Anchorage, AK 99518
admin@nsallic.com

**DEADHORSE MACHINE SHOP**
907-331-7627
At the corner of Spur & Spine
Prudhoe Bay, AK 99734
deadhorse@nsallic.com

www.northernsolutionsak.com

**Petroleum News**

www.PetroleumNews.com

| | |
|---|---|
| Kay Cashman | PUBLISHER & FOUNDER |
| Mary Mack | CEO & GENERAL MANAGER |
| Kristen Nelson | EDITOR-IN-CHIEF |
| Susan Crane | ADVERTISING DIRECTOR |
| Heather Yates | BOOKKEEPER |
| Marti Reeve | SPECIAL PUBLICATIONS DIRECTOR |
| Steven Merritt | PRODUCTION DIRECTOR |
| Alan Bailey | CONTRIBUTING WRITER |
| Eric Lidji | CONTRIBUTING WRITER |
| Gary Park | CONTRIBUTING WRITER (CANADA) |
| Steve Sutherlin | CONTRIBUTING WRITER |
| Judy Patrick Photography | CONTRACT PHOTOGRAPHER |
| Forrest Crane | CONTRACT PHOTOGRAPHER |
| Renee Garbutt | CIRCULATION MANAGER |

**ADDRESS**
P.O. Box 231647
Anchorage, AK  99523-1647

**NEWS**
907.522.9469
publisher@petroleumnews.com

**CIRCULATION**
907.522.9469
circulation@petroleumnews.com

**ADVERTISING**
Susan Crane • 907.770.5592
scrane@petroleumnews.com

*Petroleum News and its supplement, Petroleum Directory, are owned by Petroleum Newspapers of Alaska LLC. The newspaper is published weekly. Several of the individuals listed above work for independent companies that contract services to Petroleum Newspapers of Alaska LLC or are freelance writers.*

**OWNER:** Petroleum Newspapers of Alaska LLC (PNA)
Petroleum News (ISSN 1544-3612) • Vol. 24, No. 22  •  Week of June 2, 2019
Published weekly. Address: 5441 Old Seward, #3, Anchorage, AK 99518
(Please mail ALL correspondence to:
P.O. Box 231647 Anchorage, AK 99523-1647)
Subscription prices in U.S. — $118.00 1 year, $216.00 2 years
Canada — $206.00 1 year, $375.00 2 years
Overseas (sent air mail) — $240.00 1 year, $436.00 2 years
"Periodicals postage paid at Anchorage, AK 99502-9986."
**POSTMASTER:** Send address changes to Petroleum News, P.O. Box 231647 Anchorage, AK 99523-1647.

continued from page 2

## AIX ENERGY

and compression, and said that as part of its compression evaluation it will look at the cost and benefit of tying the Kenai Loop 1-4 well to the production system to provide increased deliverability and redundancy to meet its firm gas sales obligations and possibly increase ultimate recovery. It will also evaluate recompleting wells to provide additional deliverability.

The Kenai Loop 1-4 well, drilled in October 2013, tested at 2.5 million cubic feet per day but later proved to be producing from the same reservoir as the Kenai Loop 1-1 well, so the 1-4 well has been used to monitor reservoir pressure.

AIX said that to date it has not identified any drilling opportunities within the producing lease. ●

*Contact Kristen Nelson
at knelson@petroleumnews.com*



**korbana®**
Protective Apparel

• Designed for Alaska's North Slope
• Unbeatable Quality
• Mens & Womens FRC
• Superior Technology
• Preferred Comfort
• Market-Proven Performance
• Designed in Anchorage Built in Kentucky
• NFPA 2112 Certified Fabrics

korbana.com   Made in U.S.A.

**Alaska Textiles**

WHEN IT COMES TO SAFETY...
THE PROVIDER MATTERS

• Alaska's Largest FRC Inventory
• 30,000+ Items Ready for Quick Ship
• Industry Leader
• Proven Performance

THATS WHY SO MANY COMPANIES CHOOSE
ALASKA TEXTILES FOR THEIR FRC NEEDS

alaskatextiles.com   (907) 265 - 4880

Workrite   Carhartt   DRAGONWEAR
korbana   BIGBILL

● E N V I R O N M E N T  &  S A F E T Y

# First of new Valdez weather buoys deployed

### PETROLEUM NEWS

The Prince William Sound Regional Citizens' Advisory Council said May 28 that the first of two weather buoys it is working with partners to deploy is now in place in Port Valdez. The buoys will collect data to improve understanding at the meteorological and physical oceanographic environment at Alyeska Pipeline Service Co.'s Valdez Marine Terminal and at the Valdez Duck Flats.

"These buoys will improve understanding of conditions in Port Valdez that could affect marine vessel safety and movement of spilled oil, as well as help with decisions regarding the timing of protecting environmentally sensitive sites in the area," the council said.

The buoys are the results of partnerships, the council said, with the first buoy, anchored off Jackson Point at the VMT, a partnership with the Prince William Sound Science Center, Alyeska Pipeline Service Co., the City of Valdez and Valdez Fisheries Development Association. The buoy is collecting weather data — temperature, wind speed, wind direction, barometric pressure — along with oceanographic information like surface current direction and speed, wave heights and water temperature.

The council said several agencies permitted the installation and the U.S. Coast Guard allowed access into the marine security zone bordering the terminal.

"Partnerships like these result in collaborative science, which is the best base for providing answers to challenging questions related to planning an effective oil spill response," Donna Schantz, the council's executive director, said in a statement. "We have advocated for this kind of data collection at the terminal and believe the information generated from both buoys will certainly contribute to best practices for prevention and response."

The second buoy will be deployed near the Valdez Duck Flats once permitting is completed. That buoy was made possible by partnerships with Prince William Sound Science Center, the City of Valdez and Valdez Fisheries Development Association.

The council said Fairweather Science, a subsidiary of Edison Chouest Offshore, donated the buoys which Fairweather Science previously used to study weather and oceanographic conditions in the Chukchi Sea.

The City of Valdez provided a grant to support maintenance of the buoys, Valdez Fisheries Development Association provided storage space and Sisioohl Marine Inc. donated bottom paint.

The council said the City of Valdez, Prince William Sound Aquaculture Corp., Alyeska Pipeline Service Co. and the Alaska Department of Environmental Conservation collaborated in the process resulting of the place of the buoy near the VMT. ●

---

*continued from page 4*

## APDES PERMITS

over the existing production platform, associated discharges are considered to be from the Granite Point platform, with two discharges, noncontact cooling water and uncontaminated ballast water, not authorized for the GPP. Discharge of graywater from the GPP is authorized, but DEC said that since the Spartan 151 will discharge graywater from a separate treatment unit, it requires a separate permit.

This drilling at Granite Point is expected to be completed in the 2019 drilling season, DEC said.

While graywater will be discharged, black water from the Spartan 151 will be containerized and transported to an appropriate onshore facility for treatment and disposal.

Graywater will be treated on the Spartan 151 using marine sanitation devices and DEC said treatment of graywater using the MSDs on the Spartan 151 "has been demonstrated to exceed primary treatment requirements, and the operator has successfully obtained a waiver to secondary treatment standards from DEC," making discharge of the treated graywater eligible for inclusion under the permit.

Noncontact cooling water is seawater used for once-through cooling of the jack-up's drawwork breaks through a heat exchanger and is then discharged overboard. The other discharge is uncontaminated ballast water, seawater taken into a vessel hull to maintain the proper floater level and ship draft for stabilization in deeper waters, or for setting the jack-up's legs.

DEC said that legacy vessels often combined ballast water with other vessel wastewater, "but this is not the case in newer vessels, such as the Spartan 151," were ballast water is seawater taken into a vessel hull that is not commingled with bilge or other wastes.

As with the CIE permit, DEC said it has tentatively determined to issue the discharge permit to Hilcorp. ●

*Contact Kristen Nelson
at knelson@petroleumnews.com*

---

## LAND & LEASING

### Findings of no significant new information

The Alaska Department of Natural Resources' Division of Oil and Gas has issued a finding of no substantial new information in response to a call for new information it issued April 16 for the 2019 North Slope and North Slope Foothills areawide lease sales. The date for submission of new information closed May 17.

The division said it received no timely comments.

The director has found that no substantial new information was received to justify supplements to the best interest findings for either sale.

Bid opening for the sales is tentatively scheduled for Dec. 11.

—PETROLEUM NEWS

### Interior appeals OCS withdrawal decision

The Trump administration has appealed the March decision by U.S. District Court Judge Sharon Gleason which found that President Donald Trump did not have the authority to override President Barack Obama's withdrawal of Arctic outer continental shelf lands from leasing under the Outer Continental Shelf Lands Act.

The May 28 appeal, on behalf of President Trump, Secretary of the Interior David Bernhardt and Secretary of Commerce Wilbur Ross, is to the U.S. Court of Appeals for the 9th Circuit.

OCSLA provides that: "The President of the United States may, from time to time, withdraw from disposition any of the unleased lands of the outer Continental Shelf."

President Obama withdrew certain areas from leasing in 2015 and 2016.

In 2017, President Trump issued an executive order, "which purported to revoke the 2015 and 2016 withdrawals," Gleason said in her decision.

The judge asked the OCSLA "refers only to the withdrawal of lands; it does not expressly authorize the President to revoke a prior withdrawal. Congress appears to have expressed one concept — withdrawal — and excluded the converse—revocation."

Gleason noted that "Congress has not acted to approve or reject" Trump's executive order and also said the OCSLA "expressly granted to the President the authority to withdraw unleased lands from the OCS; but the statute does not expressly grant to the President the authority to revoke prior withdrawals."

Looking at other acts of Congress, related to uplands, Gleason concluded that "had Congress intended to grant the President revocation authority, it could have done so explicitly, as it had previous done in several (but not all) of its previously enacted uplands laws."

She concluded that the portion of the executive order "which purported to revoke prior presidential withdrawals of OCS lands for leasing, is unlawful, as it exceeded the President's authority under Section 12(a) of OCSLA."

—KRISTEN NELSON

---

### Commercial Analyst

Are you looking for a dynamic, exciting, position that contributes to shaping oil & gas policy for Alaska?

The Dept of Natural Resources, Div. of Oil & Gas is recruiting for a full-time, permanent, Commercial Analyst. Salary DOE.

See http://dog.dnr.alaska.gov/Newsroom/ for details.



Engineering, drilling operations and remote camp services—together, our companies blend expertise and technological muscle in support of smooth, safe, and successful operations in the North Slope oil fields.

DOYON Limited

RIG 25

www.doyon.com

DOYON    Doyon Anvil    Doyon Associated, LLC    DOYON
Engineering & Procurement Solutions

# EXHIBIT 78

DA01697



**NETHERLAND, SEWELL & ASSOCIATES, INC.**
WORLDWIDE PETROLEUM CONSULTANTS
ENGINEERING • GEOLOGY • GEOPHYSICS • PETROPHYSICS

EXECUTIVE COMMITTEE
ROBERT C. BARG • P. SCOTT FROST
JOHN G. HATTNER • MIKE K. NORTON
DAN PAUL SMITH • JOSEPH J. SPELLMAN
DANIEL T. WALKER

CHAIRMAN & CEO
C.H. (SCOTT) REES III
PRESIDENT & COO
DANNY D. SIMMONS
EXECUTIVE VP
G. LANCE BINDER

June 21, 2019

Mr. David W. Elder
Furie Operating Alaska, LLC
188 W. Northern Lights Boulevard, Suite 620
Anchorage, Alaska 99503

Dear Mr. Elder:

In accordance with your request, we have estimated the proved developed, probable, and possible reserves and future revenue, as of April 30, 2019, for certain gas properties located in the Kitchen Lights Unit, Cook Inlet, Alaska, as listed in the accompanying tabulations. For the purposes of this report, Furie Operating Alaska, LLC (Furie) and other interest owners in these properties will be collectively referred to herein as the "Company". It is our understanding that the Company currently owns a 100 percent working interest in these properties. We completed our evaluation on or about the date of this letter. This report has been prepared using escalated price and cost parameters specified by Furie, as discussed in subsequent paragraphs of this letter. The estimates in this report have been prepared in accordance with the definitions and guidelines set forth in the 2018 Petroleum Resources Management System (PRMS) approved by the Society of Petroleum Engineers (SPE); definitions are presented immediately following this letter.

We estimate the gross (100 percent) gas reserves and the net gas reserves and future net revenue to the Company interest in these properties, as of April 30, 2019, to be:

| Category | Gas Reserves (MMCF) | | Future Net Revenue[1] (M$) | |
| --- | --- | --- | --- | --- |
| | Gross (100%) | Net | Total | Present Worth at 10% |
| Proved Developed Producing | 12,656.0 | 9,869.4 | 23,826.7 | 20,581.3 |
| Proved Developed Non-Producing | 7,710.5 | 5,782.9 | (31,491.3) | 1,823.7 |
| Total Proved Developed | 20,366.5 | 15,652.2 | (7,664.6) | 22,405.0 |
| Probable | 23,756.4 | 18,652.5 | 91,442.4 | 69,014.1 |
| Possible | 30,003.9 | 23,592.7 | 122,507.8 | 68,617.3 |

*Totals may not add because of rounding.*

[1]  Future net revenue is after deducting estimated abandonment costs.

Gas volumes are expressed in millions of cubic feet (MMCF) at standard temperature and pressure bases. These properties have never produced commercial volumes of condensate.

Reserves categorization conveys the relative degree of certainty; reserves subcategorization is based on development and production status. Our study indicates that as of April 30, 2019, there are no proved undeveloped reserves for these properties. The estimates of reserves and future revenue included herein have not been adjusted for risk. This report does not include any value that could be attributed to interests in undeveloped acreage.

This report includes summary projections of reserves and revenue by reserves category along with one-line summaries of reserves, economics, and basic data by lease.

2100 ROSS AVENUE, SUITE 2200 • DALLAS, TEXAS 75201 • PH: 214-969-5401 • FAX: 214-969-5411
1301 MCKINNEY STREET, SUITE 3200 • HOUSTON, TEXAS 77010 • PH: 713-654-4950 • FAX: 713-654-4951

info@nsai-petro.com
netherlandsewell.com

FURIE-BANKR_00200261
DA01698



Gross revenue shown in this report is the Company's share of the gross (100 percent) revenue from the properties prior to any deductions. Future net revenue is after deductions for the Company's share of production taxes, ad valorem taxes, capital costs, abandonment costs, and operating expenses but before consideration of any income taxes. The future net revenue has been discounted at an annual rate of 10 percent to determine its present worth, which is shown to indicate the effect of time on the value of money. Future net revenue presented in this report, whether discounted or undiscounted, should not be construed as being the fair market value of the properties.

As requested, this report has been prepared using gas price parameters specified by Furie. The adjusted gas prices along with escalation parameters are shown in the following table:

| Period Ending | Gas Price ($/MMBTU) | Period Ending | Gas Price ($/MMBTU) |
|---|---|---|---|
| 12-31-2019 | | 12-31-2029 | |
| 12-31-2020 | | 12-31-2030 | |
| 12-31-2021 | | 12-31-2031 | |
| 12-31-2022 | | 12-31-2032 | |
| 12-31-2023 | | 12-31-2033 | |
| 12-31-2024 | | | |
| 12-31-2025 | | Thereafter, escalated 2 percent per year throughout the lives of the properties. | |
| 12-31-2026 | | | |
| 12-31-2027 | | | |
| 12-31-2028 | | | |



Operating costs used in this report are based on operating expense records of Furie, the operator of the properties, and are limited to direct costs. As requested, this report includes additional operating costs for the effects of certain firm transportation contracts in place. These costs include Furie's estimate of $2,000,000 for fees associated with fulfilling volume commitments for 2019 through 2020. For the purposes of this report, operating costs are shown at the field-level only and are allocated by year among the proved reserves categories based on the proportionate share of total proved future net revenue. Estimates of proved developed producing reserves and revenue are consequently dependent on the Company completing the proved workover program scheduled in this report. Headquarters general and administrative overhead expenses of Furie are not included. As requested, operating costs are escalated 2 percent per year throughout the lives of the properties.

Capital costs used in this report were provided by Furie and are based on authorizations for expenditure and actual costs from recent activity. Capital costs are included as required for workovers and production equipment. Based on our understanding of future development plans, a review of the records provided to us, and our knowledge of similar properties, we regard these estimated capital costs to be reasonable. Abandonment costs used in this report are Furie's estimates of the costs to abandon the wells, platforms, and production facilities, net of any salvage value. As requested, capital costs and abandonment costs are escalated 2 percent per year to the date of expenditure.

For the purposes of this report, we did not perform any field inspection of the properties, nor did we examine the mechanical operation or condition of the wells and facilities. We have not investigated possible environmental liability related to the properties; therefore, our estimates do not include any costs due to such possible liability.

We have made no investigation of potential volume and value imbalances resulting from overdelivery or underdelivery to the Company interest. Therefore, our estimates of reserves and future revenue do not include adjustments for the settlement of any such imbalances; our projections are based on the Company receiving its net revenue interest share of estimated future gross production.

The reserves shown in this report are estimates only and should not be construed as exact quantities. Proved reserves are those quantities of oil and gas which, by analysis of engineering and geoscience data, can be estimated with reasonable certainty to be commercially recoverable; probable and possible reserves are those

FURIE-BANKR_00200262
DA01699


NETHERLAND, SEWELL & ASSOCIATES, INC.

additional reserves which are sequentially less certain to be recovered than proved reserves. Estimates of reserves may increase or decrease as a result of market conditions, future operations, changes in regulations, or actual reservoir performance. In addition to the primary economic assumptions discussed herein, our estimates are based on certain assumptions including, but not limited to, that the properties will be developed consistent with current development plans as provided to us by Furie, that the properties will be operated in a prudent manner, that no governmental regulations or controls will be put in place that would impact the ability of the interest owner to recover the reserves, and that our projections of future production will prove consistent with actual performance. If the reserves are recovered, the revenues therefrom and the costs related thereto could be more or less than the estimated amounts. Because of governmental policies and uncertainties of supply and demand, the sales rates, prices received for the reserves, and costs incurred in recovering such reserves may vary from assumptions made while preparing this report.

For the purposes of this report, we used technical and economic data including, but not limited to, well logs, geologic maps, seismic data, well test data, production data, historical price and cost information, and property ownership interests. The reserves in this report have been estimated using deterministic methods; these estimates have been prepared in accordance with generally accepted petroleum engineering and evaluation principles set forth in the Standards Pertaining to the Estimating and Auditing of Oil and Gas Reserves Information promulgated by the SPE (SPE Standards). We used standard engineering and geoscience methods, or a combination of methods, including performance analysis, volumetric analysis, analogy, and reservoir modeling, that we considered to be appropriate and necessary to classify, categorize, and estimate reserves in accordance with the 2018 PRMS definitions and guidelines. As in all aspects of oil and gas evaluation, there are uncertainties inherent in the interpretation of engineering and geoscience data; therefore, our conclusions necessarily represent only informed professional judgment.

The data used in our estimates were obtained from Furie, public data sources, and the nonconfidential files of Netherland, Sewell & Associates, Inc. and were accepted as accurate. Supporting work data are on file in our office. We have not examined the titles to the properties or independently confirmed the actual degree or type of interest owned. The technical persons primarily responsible for preparing the estimates presented herein meet the requirements regarding qualifications, independence, objectivity, and confidentiality set forth in the SPE Standards. We are independent petroleum engineers, geologists, geophysicists, and petrophysicists; we do not own an interest in these properties nor are we employed on a contingent basis.

Sincerely,

**NETHERLAND, SEWELL & ASSOCIATES, INC.**
Texas Registered Engineering Firm F-2699


/s/ C.H. (Scott) Rees III

By:
    C.H. (Scott) Rees III, P.E.
    Chairman and Chief Executive Officer


/s/ Neil H. Little                                    /s/ Mike K. Norton

By:                                                    By:
    Neil H. Little, P.E. 117966                       Mike K. Norton, P.G. 441
    Vice President                                    Senior Vice President

Date Signed: June 21, 2019                             Date Signed: June 21, 2019

WKB:MAG

Please be advised that the digital document you are viewing is provided by Netherland, Sewell & Associates, Inc. (NSAI) as a convenience to our clients. The digital document is intended to be substantively the same as the original signed document maintained by NSAI. The digital document is subject to the parameters, limitations, and conditions stated in the original document. In the event of any differences between the digital document and the original document, the original document shall control and supersede the digital document.



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

This document contains information excerpted from definitions and guidelines prepared by the Oil and Gas Reserves Committee of the Society of Petroleum Engineers (SPE) and reviewed and jointly sponsored by the SPE, World Petroleum Council, American Association of Petroleum Geologists, Society of Petroleum Evaluation Engineers, Society of Exploration Geophysicists, Society of Petrophysicists and Well Log Analysts, and European Association of Geoscientists & Engineers.

### Preamble

Petroleum resources are the quantities of hydrocarbons naturally occurring on or within the Earth's crust. Resources assessments estimate quantities in known and yet-to-be-discovered accumulations. Resources evaluations are focused on those quantities that can potentially be recovered and marketed by commercial projects. A petroleum resources management system provides a consistent approach to estimating petroleum quantities, evaluating projects, and presenting results within a comprehensive classification framework.

This updated PRMS provides fundamental principles for the evaluation and classification of petroleum reserves and resources. If there is any conflict with prior SPE and PRMS guidance, approved training, or the Application Guidelines, the current PRMS shall prevail. It is understood that these definitions and guidelines allow flexibility for entities, governments, and regulatory agencies to tailor application for their particular needs; however, any modifications to the guidance contained herein must be clearly identified. The terms "shall" or "must" indicate that a provision herein is mandatory for PRMS compliance, while "should" indicates a recommended practice and "may" indicates that a course of action is permissible. The definitions and guidelines contained in this document must not be construed as modifying the interpretation or application of any existing regulatory reporting requirements.

## 1.0 Basic Principles and Definitions

1.0.0.1 A classification system of petroleum resources is a fundamental element that provides a common language for communicating both the confidence of a project's resources maturation status and the range of potential outcomes to the various entities. The PRMS provides transparency by requiring the assessment of various criteria that allow for the classification and categorization of a project's resources. The evaluation elements consider the risk of geologic discovery and the technical uncertainties together with a determination of the chance of achieving the commercial maturation status of a petroleum project.

1.0.0.2 The technical estimation of petroleum resources quantities involves the assessment of quantities and values that have an inherent degree of uncertainty. These quantities are associated with exploration, appraisal, and development projects at various stages of design and implementation. The commercial aspects considered will relate the project's maturity status (e.g., technical, economical, regulatory, and legal) to the chance of project implementation.

1.0.0.3 The use of a consistent classification system enhances comparisons between projects, groups of projects, and total company portfolios. The application of PRMS must consider both technical and commercial factors that impact the project's feasibility, its productive life, and its related cash flows.

### 1.1 Petroleum Resources Classification Framework

1.1.0.1 Petroleum is defined as a naturally occurring mixture consisting of hydrocarbons in the gaseous, liquid, or solid state. Petroleum may also contain non-hydrocarbons, common examples of which are carbon dioxide, nitrogen, hydrogen sulfide, and sulfur. In rare cases, non-hydrocarbon content can be greater than 50%.

1.1.0.2 The term resources as used herein is intended to encompass all quantities of petroleum naturally occurring within the Earth's crust, both discovered and undiscovered (whether recoverable or unrecoverable), plus those quantities already produced. Further, it includes all types of petroleum whether currently considered as conventional or unconventional resources.

1.1.0.3 Figure 1.1 graphically represents the PRMS resources classification system. The system classifies resources into discovered and undiscovered and defines the recoverable resources classes: Production, Reserves, Contingent Resources, and Prospective Resources, as well as Unrecoverable Petroleum.

1.1.0.4 The horizontal axis reflects the range of uncertainty of estimated quantities potentially recoverable from an accumulation by a project, while the vertical axis represents the chance of commerciality, $P_c$, which is the chance that a project will be committed for development and reach commercial producing status.



Figure 1.1—Resources classification framework

FURIE-BANKR_00200264
DA01701



## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

1.1.0.5 The following definitions apply to the major subdivisions within the resources classification:

   A. **Total Petroleum Initially-In-Place** (PIIP) is all quantities of petroleum that are estimated to exist originally in naturally occurring accumulations, discovered and undiscovered, before production.

   B. **Discovered PIIP** is the quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations before production.

   C. **Production** is the cumulative quantities of petroleum that have been recovered at a given date. While all recoverable resources are estimated, and production is measured in terms of the sales product specifications, raw production (sales plus non-sales) quantities are also measured and required to support engineering analyses based on reservoir voidage (see Section 3.2, Production Measurement).

1.1.0.6 Multiple development projects may be applied to each known or unknown accumulation, and each project will be forecast to recover an estimated portion of the initially-in-place quantities. The projects shall be subdivided into commercial, sub-commercial, and undiscovered, with the estimated recoverable quantities being classified as Reserves, Contingent Resources, or Prospective Resources respectively, as defined below.

   A. 1. **Reserves** are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. Reserves must satisfy four criteria: discovered, recoverable, commercial, and remaining (as of the evaluation's effective date) based on the development project(s) applied.

   2. Reserves are recommended as sales quantities as metered at the reference point. Where the entity also recognizes quantities consumed in operations (CiO) (see Section 3.2.2), as Reserves these quantities must be recorded separately. Non-hydrocarbon quantities are recognized as Reserves only when sold together with hydrocarbons or CiO associated with petroleum production. If the non-hydrocarbon is separated before sales, it is excluded from Reserves.

   3. Reserves are further categorized in accordance with the range of uncertainty and should be sub-classified based on project maturity and/or characterized by development and production status.

   B. **Contingent Resources** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations, by the application of development project(s) not currently considered to be commercial owing to one or more contingencies. Contingent Resources have an associated chance of development. Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the range of uncertainty associated with the estimates and should be sub-classified based on project maturity and/or economic status.

   C. **Undiscovered PIIP** is that quantity of petroleum estimated, as of a given date, to be contained within accumulations yet to be discovered.

   D. **Prospective Resources** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from undiscovered accumulations by application of future development projects. Prospective Resources have both an associated chance of geologic discovery and a chance of development. Prospective Resources are further categorized in accordance with the range of uncertainty associated with recoverable estimates, assuming discovery and development, and may be sub-classified based on project maturity.

   E. **Unrecoverable Resources** are that portion of either discovered or undiscovered PIIP evaluated, as of a given date, to be unrecoverable by the currently defined project(s). A portion of these quantities may become recoverable in the future as commercial circumstances change, technology is developed, or additional data are acquired. The remaining portion may never be recovered because of physical/chemical constraints represented by subsurface interaction of fluids and reservoir rocks.

1.1.0.7 The sum of Reserves, Contingent Resources, and Prospective Resources may be referred to as "remaining recoverable resources." Importantly, these quantities should not be aggregated without due consideration of the technical and commercial risk involved with their classification. When such terms are used, each classification component of the summation must be provided.

1.1.0.8 Other terms used in resource assessments include the following:

   A. **Estimated Ultimate Recovery (EUR)** is not a resources category or class, but a term that can be applied to an accumulation or group of accumulations (discovered or undiscovered) to define those quantities of petroleum estimated, as of a given date, to be potentially recoverable plus those quantities already produced from the accumulation or group of accumulations. For clarity, EUR must reference the associated technical and commercial conditions for the resources; for example, proved EUR is Proved Reserves plus prior production.

   B. **Technically Recoverable Resources (TRR)** are those quantities of petroleum producible using currently available technology and industry practices, regardless of commercial considerations. TRR may be used for specific Projects or for groups of Projects, or, can be an undifferentiated estimate within an area (often basin-wide) of recovery potential.

Definitions - Page 2 of 10

FURIE-BANKR_00200265
DA01702



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

### 1.2 Project-Based Resources Evaluations

1.2.0.1 The resources evaluation process consists of identifying a recovery project or projects associated with one or more petroleum accumulations, estimating the quantities of PIIP, estimating that portion of those in-place quantities that can be recovered by each project, and classifying the project(s) based on maturity status or chance of commerciality.

1.2.0.2 The concept of a project-based classification system is further clarified by examining the elements contributing to an evaluation of net recoverable resources (see Figure 1.2).



Figure 1.2—Resources evaluation

1.2.0.3 **The reservoir** (contains the petroleum accumulation): Key attributes include the types and quantities of PIIP and the fluid and rock properties that affect petroleum recovery.

1.2.0.4 **The project:** A project may constitute the development of a well, a single reservoir, or a small field; an incremental development in a producing field; or the integrated development of a field or several fields together with the associated processing facilities (e.g., compression). Within a project, a specific reservoir's development generates a unique production and cash-flow schedule at each level of certainty. The integration of these schedules taken to the project's earliest truncation caused by technical, economic, or the contractual limit defines the estimated recoverable resources and associated future net cash flow projections for each project. The ratio of EUR to total PIIP quantities defines the project's recovery efficiency. Each project should have an associated recoverable resources range (low, best, and high estimate).

1.2.0.5 **The property** (lease or license area): Each property may have unique associated contractual rights and obligations, including the fiscal terms. This information allows definition of each participating entity's share of produced quantities (entitlement) and share of investments, expenses, and revenues for each recovery project and the reservoir to which it is applied. One property may encompass many reservoirs, or one reservoir may span several different properties. A property may contain both discovered and undiscovered accumulations that may be spatially unrelated to a potential single field designation.

1.2.0.6 An entity's net recoverable resources are the entitlement share of future production legally accruing under the terms of the development and production contract or license.

1.2.0.7 In the context of this relationship, the project is the primary element considered in the resources classification, and the net recoverable resources are the quantities derived from each project. A project represents a defined activity or set of activities to develop the petroleum accumulation(s) and the decisions taken to mature the resources to reserves. In general, it is recommended that an individual project has assigned to it a specific maturity level sub-class (See Section 2.1.3.5, Project Maturity Sub-Classes) at which a decision is made whether or not to proceed (i.e., spend more money) and there should be an associated range of estimated recoverable quantities for the project (See Section 2.2.1, Range of Uncertainty). For completeness, a developed field is also considered to be a project.

1.2.0.8 An accumulation or potential accumulation of petroleum is often subject to several separate and distinct projects that are at different stages of exploration or development. Thus, an accumulation may have recoverable quantities in several resources classes simultaneously.

1.2.0.10 Not all technically feasible development projects will be commercial. The commercial viability of a development project within a field's development plan is dependent on a forecast of the conditions that will exist during the time period encompassed by the project (see Section 3.1, Assessment of Commerciality). Conditions include technical, economic (e.g., hurdle rates, commodity prices), operating and capital costs, marketing, sales route(s), and legal, environmental, social, and governmental factors forecast to exist and impact the project during the time period being evaluated. While economic factors can be summarized as forecast costs and product prices, the underlying influences include, but are not limited to, market conditions (e.g., inflation, market factors, and contingencies), exchange rates, transportation and processing infrastructure, fiscal terms, and taxes.

1.2.0.11 The resources being estimated are those quantities producible from a project as measured according to delivery specifications at the point of sale or custody transfer (see Section 3.2.1, Reference Point) and may permit forecasts of CiO quantities (see Section 3.2.2., Consumed in Operations). The cumulative production forecast from the effective date forward to cessation of production is the remaining recoverable resources quantity (see Section 3.1.1, Net Cash-Flow Evaluation).

FURIE-BANKR_00200266
DA01703



NETHERLAND, SEWELL & ASSOCIATES, INC.

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

1.2.0.12 The supporting data, analytical processes, and assumptions describing the technical and commercial basis used in an evaluation must be documented in sufficient detail to allow, as needed, a qualified reserves evaluator or qualified reserves auditor to clearly understand each project's basis for the estimation, categorization, and classification of recoverable resources quantities and, if appropriate, associated commercial assessment.

## 2.0 Classification and Categorization Guidelines

### 2.1 Resources Classification

2.1.0.1 The PRMS classification establishes criteria for the classification of the total PIIP. A determination of a discovery differentiates between discovered and undiscovered PIIP. The application of a project further differentiates the recoverable from unrecoverable resources. The project is then evaluated to determine its maturity status to allow the classification distinction between commercial and sub-commercial projects. PRMS requires the project's recoverable resources quantities to be classified as either Reserves, Contingent Resources, or Prospective Resources.

### 2.1.1 Determination of Discovery Status

2.1.1.1 A discovered petroleum accumulation is determined to exist when one or more exploratory wells have established through testing, sampling, and/or logging the existence of a significant quantity of potentially recoverable hydrocarbons and thus have established a known accumulation. In the absence of a flow test or sampling, the discovery determination requires confidence in the presence of hydrocarbons and evidence of producibility, which may be supported by suitable producing analogs (see Section 4.1.1, Analogs). In this context, "significant" implies that there is evidence of a sufficient quantity of petroleum to justify estimating the in-place quantity demonstrated by the well(s) and for evaluating the potential for commercial recovery.

2.1.1.2 Where a discovery has identified potentially recoverable hydrocarbons, but it is not considered viable to apply a project with established technology or with technology under development, such quantities may be classified as Discovered Unrecoverable with no Contingent Resources. In future evaluations, as appropriate for petroleum resources management purposes, a portion of these unrecoverable quantities may become recoverable resources as either commercial circumstances change or technological developments occur.

### 2.1.2 Determination of Commerciality

2.1.2.1 Discovered recoverable quantities (Contingent Resources) may be considered commercially mature, and thus attain Reserves classification, if the entity claiming commerciality has demonstrated a firm intention to proceed with development. This means the entity has satisfied the internal decision criteria (typically rate of return at or above the weighted average cost-of-capital or the hurdle rate). Commerciality is achieved with the entity's commitment to the project and all of the following criteria:

A. Evidence of a technically mature, feasible development plan.

B. Evidence of financial appropriations either being in place or having a high likelihood of being secured to implement the project.

C. Evidence to support a reasonable time-frame for development.

D. A reasonable assessment that the development projects will have positive economics and meet defined investment and operating criteria. This assessment is performed on the estimated entitlement forecast quantities and associated cash flow on which the investment decision is made (see Section 3.1.1, Net Cash-Flow Evaluation).

E. A reasonable expectation that there will be a market for forecast sales quantities of the production required to justify development. There should also be similar confidence that all produced streams (e.g., oil, gas, water, $CO_2$) can be sold, stored, re-injected, or otherwise appropriately disposed.

F. Evidence that the necessary production and transportation facilities are available or can be made available.

G. Evidence that legal, contractual, environmental, regulatory, and government approvals are in place or will be forthcoming, together with resolving any social and economic concerns.

2.1.2.2 The commerciality test for Reserves determination is applied to the best estimate (P50) forecast quantities, which upon qualifying all commercial and technical maturity criteria and constraints become the 2P Reserves. Stricter cases [e.g., low estimate (P90)] may be used for decision purposes or to investigate the range of commerciality (see Section 3.1.2, Economic Criteria). Typically, the low- and high-case project scenarios may be evaluated for sensitivities when considering project risk and upside opportunity.

2.1.2.3 To be included in the Reserves class, a project must be sufficiently defined to establish both its technical and commercial viability as noted in Section 2.1.2.1. There must be a reasonable expectation that all required internal and external approvals will be forthcoming and evidence of firm intention to proceed with development within a reasonable time-frame. A reasonable time-frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While five years is recommended as a benchmark, a longer time-frame could be applied where justifiable; for example, development of economic projects that take longer than five years to be developed or are deferred to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.

FURIE-BANKR_00200267
DA01704



**PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS**
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

2.1.2.4 While PRMS guidelines require financial appropriations evidence, they do not require that project financing be confirmed before classifying projects as Reserves. However, this may be another external reporting requirement. In many cases, financing is conditional upon the same criteria as above. In general, if there is not a reasonable expectation that financing or other forms of commitment (e.g., farm-outs) can be arranged so that the development will be initiated within a reasonable time-frame, then the project should be classified as Contingent Resources. If financing is reasonably expected to be in place at the time of the final investment decision (FID), the project's resources may be classified as Reserves.

## 2.2 Resources Categorization

2.2.0.1 The horizontal axis in the resources classification in Figure 1.1 defines the range of uncertainty in estimates of the quantities of recoverable, or potentially recoverable, petroleum associated with a project or group of projects. These estimates include the uncertainty components as follows:

A. The total petroleum remaining within the accumulation (in-place resources).

B. The technical uncertainty in the portion of the total petroleum that can be recovered by applying a defined development project or projects (i.e., the technology applied).

C. Known variations in the commercial terms that may impact the quantities recovered and sold (e.g., market availability; contractual changes, such as production rate tiers or product quality specifications) are part of project's scope and are included in the horizontal axis, while the chance of satisfying the commercial terms is reflected in the classification (vertical axis).

2.2.0.2 The uncertainty in a project's recoverable quantities is reflected by the 1P, 2P, 3P, Proved (P1), Probable (P2), Possible (P3), 1C, 2C, 3C, C1, C2, and C3; or 1U, 2U, and 3U resources categories. The commercial chance of success is associated with resources classes or sub-classes and not with the resources categories reflecting the range of recoverable quantities.

### 2.2.1 Range of Uncertainty

2.2.1.1 Uncertainty is inherent in a project's resources estimation and is communicated in PRMS by reporting a range of category outcomes. The range of uncertainty of the recoverable and/or potentially recoverable quantities may be represented by either deterministic scenarios or by a probability distribution (see Section 4.2, Resources Assessment Methods).

2.2.1.2 When the range of uncertainty is represented by a probability distribution, a low, best, and high estimate shall be provided such that:

A. There should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the low estimate.

B. There should be at least a 50% probability (P50) that the quantities actually recovered will equal or exceed the best estimate.

C. There should be at least a 10% probability (P10) that the quantities actually recovered will equal or exceed the high estimate.

2.2.1.3 In some projects, the range of uncertainty may be limited, and the three scenarios may result in resources estimates that are not significantly different. In these situations, a single value estimate may be appropriate to describe the expected result.

2.2.1.4 When using the deterministic scenario method, typically there should also be low, best, and high estimates, where such estimates are based on qualitative assessments of relative uncertainty using consistent interpretation guidelines. Under the deterministic incremental method, quantities for each confidence segment are estimated discretely (see Section 2.2.2, Category Definitions and Guidelines).

2.2.1.5 Project resources are initially estimated using the above uncertainty range forecasts that incorporate the subsurface elements together with technical constraints related to wells and facilities. The technical forecasts then have additional commercial criteria applied (e.g., economics and license cutoffs are the most common) to estimate the entitlement quantities attributed and the resources classification status: Reserves, Contingent Resources, and Prospective Resources.

### 2.2.2 Category Definitions and Guidelines

2.2.2.1 Evaluators may assess recoverable quantities and categorize results by uncertainty using the deterministic incremental method, the deterministic scenario (cumulative) method, geostatistical methods, or probabilistic methods (see Section 4.2, Resources Assessment Methods). Also, combinations of these methods may be used.

2.2.2.2 Use of consistent terminology (Figures 1.1 and 2.1) promotes clarity in communication of evaluation results. For Reserves, the general cumulative terms low/best/high forecasts are used to estimate the resulting 1P/2P/3P quantities, respectively. The associated incremental quantities are termed Proved (P1), Probable (P2) and Possible (P3). Reserves are a subset of, and must be viewed within the context of, the complete resources classification system. While the categorization criteria are proposed specifically for Reserves, in most cases, the criteria can be equally applied to Contingent and Prospective Resources. Upon satisfying the commercial maturity criteria for discovery and/or development, the project quantities will then move to the appropriate resources sub-class. Table 3 provides criteria for the Reserves categories determination.

2.2.2.3 For Contingent Resources, the general cumulative terms low/best/high estimates are used to estimate the resulting 1C/2C/3C quantities, respectively. The terms C1, C2, and C3 are defined for incremental quantities of Contingent Resources.

Definitions - Page 5 of 10

FURIE-BANKR_00200268
DA01705



NETHERLAND, SEWELL
& ASSOCIATES, INC.

**PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS**
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

2.2.2.4 For Prospective Resources, the general cumulative terms low/best/high estimates also apply and are used to estimate the resulting 1U/2U/3U quantities.  No specific terms are defined for incremental quantities within Prospective Resources.

2.2.2.5 Quantities in different classes and sub-classes cannot be aggregated without considering the varying degrees of technical uncertainty and commercial likelihood involved with the classification(s) and without considering the degree of dependency between them (see Section 4.2.1, Aggregating Resources Classes).

2.2.2.6 Without new technical information, there should be no change in the distribution of technically recoverable resources and the categorization boundaries when conditions are satisfied to reclassify a project from Contingent Resources to Reserves.

2.2.2.7 All evaluations require application of a consistent set of forecast conditions, including assumed future costs and prices, for both classification of projects and categorization of estimated quantities recovered by each project (see Section 3.1, Assessment of Commerciality).

## Table 1—Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| **Reserves** | Reserves are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. | Reserves must satisfy four criteria: discovered, recoverable, commercial, and remaining based on the development project(s) applied.  Reserves are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by the development and production status.<br><br>To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability (see Section 2.1.2, Determination of Commerciality).  This includes the requirement that there is evidence of firm intention to proceed with development within a reasonable time-frame.<br><br>A reasonable time-frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project.  While five years is recommended as a benchmark, a longer time-frame could be applied where, for example, development of an economic project is deferred at the option of the producer for, among other things, market-related reasons or to meet contractual or strategic objectives.  In all cases, the justification for classification as Reserves should be clearly documented.<br><br>To be included in the Reserves class, there must be a high confidence in the commercial maturity and economic producibility of the reservoir as supported by actual production or formation tests.  In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests. |
| **On Production** | The development project is currently producing or capable of producing and selling petroleum to market. | The key criterion is that the project is receiving income from sales, rather than that the approved development project is necessarily complete. Includes Developed Producing Reserves.<br><br>The project decision gate is the decision to initiate or continue economic production from the project. |
| **Approved for Development** | All necessary approvals have been obtained, capital funds have been committed, and implementation of the development project is ready to begin or is under way. | At this point, it must be certain that the development project is going ahead.  The project must not be subject to any contingencies, such as outstanding regulatory approvals or sales contracts.  Forecast capital expenditures should be included in the reporting entity's current or following year's approved budget.<br><br>The project decision gate is the decision to start investing capital in the construction of production facilities and/or drilling development wells. |

FURIE-BANKR_00200269
DA01706



**PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS**
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| **Justified for Development** | Implementation of the development project is justified on the basis of reasonable forecast commercial conditions at the time of reporting, and there are reasonable expectations that all necessary approvals/contracts will be obtained. | To move to this level of project maturity, and hence have Reserves associated with it, the development project must be commercially viable at the time of reporting (see Section 2.1.2, Determination of Commerciality) and the specific circumstances of the project. All participating entities have agreed and there is evidence of a committed project (firm intention to proceed with development within a reasonable time-frame). There must be no known contingencies that could preclude the development from proceeding (see Reserves class).<br><br>The project decision gate is the decision by the reporting entity and its partners, if any, that the project has reached a level of technical and commercial maturity sufficient to justify proceeding with development at that point in time. |
| **Contingent Resources** | Those quantities of petroleum estimated, as of a given date, to be potentially recoverable by known accumulations by application of development projects, but which are not currently considered to be commercially recoverable owing to one or more contingencies. | Contingent Resources may include, for example, projects for which there are currently no viable markets, where commercial recovery is dependent on technology under development, where evaluation of the accumulation is insufficient to clearly assess commerciality, where the development plan is not yet approved, or where regulatory or social acceptance issues may exist.<br><br>Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by the economic status. |
| **Development Pending** | A discovered accumulation where project activities are ongoing to justify commercial development in the foreseeable future. | The project is seen to have reasonable potential for eventual commercial development, to the extent that further data acquisition (e.g., drilling, seismic data) and/or evaluations are currently ongoing with a view to confirming that the project is commercially viable and providing the basis for selection of an appropriate development plan. The critical contingencies have been identified and are reasonably expected to be resolved within a reasonable time-frame. Note that disappointing appraisal/evaluation results could lead to a reclassification of the project to On Hold or Not Viable status.<br><br>The project decision gate is the decision to undertake further data acquisition and/or studies designed to move the project to a level of technical and commercial maturity at which a decision can be made to proceed with development and production. |
| **Development on Hold** | A discovered accumulation where project activities are on hold and/or where justification as a commercial development may be subject to significant delay. | The project is seen to have potential for commercial development. Development may be subject to a significant time delay. Note that a change in circumstances, such that there is no longer a probable chance that a critical contingency can be removed in the foreseeable future, could lead to a reclassification of the project to Not Viable status.<br><br>The project decision gate is the decision to either proceed with additional evaluation designed to clarify the potential for eventual commercial development or to temporarily suspend or delay further activities pending resolution of external contingencies. |
| **Development Unclarified** | A discovered accumulation where project activities are under evaluation and where justification as a commercial development is unknown based on available information. | The project is seen to have potential for eventual commercial development, but further appraisal/evaluation activities are ongoing to clarify the potential for eventual commercial development.<br><br>This sub-class requires active appraisal or evaluation and should not be maintained without a plan for future evaluation. The sub-class should reflect the actions required to move a project toward commercial maturity and economic production. |

FURIE-BANKR_00200270
DA01707



NETHERLAND, SEWELL
& ASSOCIATES, INC.

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS

Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Development Not Viable | A discovered accumulation for which there are no current plans to develop or to acquire additional data at the time because of limited production potential. | The project is not seen to have potential for eventual commercial development at the time of reporting, but the theoretically recoverable quantities are recorded so that the potential opportunity will be recognized in the event of a major change in technology or commercial conditions.<br><br>The project decision gate is the decision not to undertake further data acquisition or studies on the project for the foreseeable future. |
| Prospective Resources | Those quantities of petroleum that are estimated, as of a given date, to be potentially recoverable from undiscovered accumulations. | Potential accumulations are evaluated according to the chance of geologic discovery and, assuming a discovery, the estimated quantities that would be recoverable under defined development projects. It is recognized that the development programs will be of significantly less detail and depend more heavily on analog developments in the earlier phases of exploration. |
| Prospect | A project associated with a potential accumulation that is sufficiently well defined to represent a viable drilling target. | Project activities are focused on assessing the chance of geologic discovery and, assuming discovery, the range of potential recoverable quantities under a commercial development program. |
| Lead | A project associated with a potential accumulation that is currently poorly defined and requires more data acquisition and/or evaluation to be classified as a Prospect. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to confirm whether or not the Lead can be matured into a Prospect. Such evaluation includes the assessment of the chance of geologic discovery and, assuming discovery, the range of potential recovery under feasible development scenarios. |
| Play | A project associated with a prospective trend of potential prospects, but that requires more data acquisition and/or evaluation to define specific Leads or Prospects. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to define specific Leads or Prospects for more detailed analysis of their chance of geologic discovery and, assuming discovery, the range of potential recovery under hypothetical development scenarios. |

## Table 2—Reserves Status Definitions and Guidelines

| Status | Definition | Guidelines |
|---|---|---|
| Developed Reserves | Expected quantities to be recovered from existing wells and facilities. | Reserves are considered developed only after the necessary equipment has been installed, or when the costs to do so are relatively minor compared to the cost of a well. Where required facilities become unavailable, it may be necessary to reclassify Developed Reserves as Undeveloped. Developed Reserves may be further sub-classified as Producing or Non-producing. |
| Developed Producing Reserves | Expected quantities to be recovered from completion intervals that are open and producing at the effective date of the estimate. | Improved recovery Reserves are considered producing only after the improved recovery project is in operation. |
| Developed Non-Producing Reserves | Shut-in and behind-pipe Reserves. | Shut-in Reserves are expected to be recovered from (1) completion intervals that are open at the time of the estimate but which have not yet started producing, (2) wells which were shut-in for market conditions or pipeline connections, or (3) wells not capable of production for mechanical reasons. Behind-pipe Reserves are expected to be recovered from zones in existing wells that will require additional completion work or future re-completion before start of production with minor cost to access these reserves.<br><br>In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |

FURIE-BANKR_00200271
DA01708



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

## PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

| Status | Definition | Guidelines |
|---|---|---|
| Undeveloped Reserves | Quantities expected to be recovered through future significant investments. | Undeveloped Reserves are to be produced (1) from new wells on undrilled acreage in known accumulations, (2) from deepening existing wells to a different (but known) reservoir, (3) from infill wells that will increase recovery, or (4) where a relatively large expenditure (e.g., when compared to the cost of drilling a new well) is required to (a) recomplete an existing well or (b) install production or transportation facilities for primary or improved recovery projects. |

### Table 3—Reserves Category Definitions and Guidelines

| Category | Definition | Guidelines |
|---|---|---|
| Proved Reserves | Those quantities of petroleum that, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable from a given date forward from known reservoirs and under defined economic conditions, operating methods, and government regulations. | If deterministic methods are used, the term "reasonable certainty" is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the estimate.<br><br>The area of the reservoir considered as Proved includes (1) the area delineated by drilling and defined by fluid contacts, if any, and (2) adjacent undrilled portions of the reservoir that can reasonably be judged as continuous with it and commercially productive on the basis of available geoscience and engineering data.<br><br>In the absence of data on fluid contacts, Proved quantities in a reservoir are limited by the LKH as seen in a well penetration unless otherwise indicated by definitive geoscience, engineering, or performance data. Such definitive information may include pressure gradient analysis and seismic indicators. Seismic data alone may not be sufficient to define fluid contacts for Proved reserves.<br><br>Reserves in undeveloped locations may be classified as Proved provided that:<br>  A. The locations are in undrilled areas of the reservoir that can be judged with reasonable certainty to be commercially mature and economically productive.<br>  B. Interpretations of available geoscience and engineering data indicate with reasonable certainty that the objective formation is laterally continuous with drilled Proved locations.<br><br>For Proved Reserves, the recovery efficiency applied to these reservoirs should be defined based on a range of possibilities supported by analogs and sound engineering judgment considering the characteristics of the Proved area and the applied development program. |
| Probable Reserves | Those additional Reserves that analysis of geoscience and engineering data indicates are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. | It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.<br><br>Probable Reserves may be assigned to areas of a reservoir adjacent to Proved where data control or interpretations of available data are less certain. The interpreted reservoir continuity may not meet the reasonable certainty criteria.<br><br>Probable estimates also include incremental recoveries associated with project recovery efficiencies beyond that assumed for Proved. |

Definitions - Page 9 of 10

FURIE-BANKR_00200272
DA01709



**PETROLEUM RESERVES AND RESOURCES CLASSIFICATION AND DEFINITIONS**
Excerpted from the Petroleum Resources Management System Approved by
the Society of Petroleum Engineers (SPE) Board of Directors, June 2018

| Category | Definition | Guidelines |
|---|---|---|
| Possible Reserves | Those additional reserves that analysis of geoscience and engineering data indicates are less likely to be recoverable than Probable Reserves. | The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P), which is equivalent to the high-estimate scenario. When probabilistic methods are used, there should be at least a 10% probability (P10) that the actual quantities recovered will equal or exceed the 3P estimate.<br><br>Possible Reserves may be assigned to areas of a reservoir adjacent to Probable where data control and interpretations of available data are progressively less certain. Frequently, this may be in areas where geoscience and engineering data are unable to clearly define the area and vertical reservoir limits of economic production from the reservoir by a defined, commercially mature project.<br><br>Possible estimates also include incremental quantities associated with project recovery efficiencies beyond that assumed for Probable. |
| Probable and Possible Reserves | See above for separate criteria for Probable Reserves and Possible Reserves. | The 2P and 3P estimates may be based on reasonable alternative technical interpretations within the reservoir and/or subject project that are clearly documented, including comparisons to results in successful similar projects.<br><br>In conventional accumulations, Probable and/or Possible Reserves may be assigned where geoscience and engineering data identify directly adjacent portions of a reservoir within the same accumulation that may be separated from Proved areas by minor faulting or other geological discontinuities and have not been penetrated by a wellbore but are interpreted to be in communication with the known (Proved) reservoir. Probable or Possible Reserves may be assigned to areas that are structurally higher than the Proved area. Possible (and in some cases, Probable) Reserves may be assigned to areas that are structurally lower than the adjacent Proved or 2P area.<br><br>Caution should be exercised in assigning Reserves to adjacent reservoirs isolated by major, potentially sealing faults until this reservoir is penetrated and evaluated as commercially mature and economically productive. Justification for assigning Reserves in such cases should be clearly documented. Reserves should not be assigned to areas that are clearly separated from a known accumulation by non-productive reservoir (i.e., absence of reservoir, structurally low reservoir, or negative test results); such areas may contain Prospective Resources.<br><br>In conventional accumulations, where drilling has defined a highest known oil elevation and there exists the potential for an associated gas cap, Proved Reserves of oil should only be assigned in the structurally higher portions of the reservoir if there is reasonable certainty that such portions are initially above bubble point pressure based on documented engineering analyses. Reservoir portions that do not meet this certainty may be assigned as Probable and Possible oil and/or gas based on reservoir fluid properties and pressure gradient interpretations. |

FURIE-BANKR_00200273
DA01710

 **NSAI** NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

TOTAL PROVED DEVELOPED RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL/COND MBBL | GAS MMCF | OIL/COND MBBL | NGL MBBL | GAS MMCF | OIL/COND $/BBL | NGL $/BBL | GAS $/MCF | OIL/COND M$ | NGL M$ | GAS M$ | OTHER M$ | TOTAL M$ |
| 12-31-2019 | 0.0 | 4,121.5 | 0.0 | 0.0 | 3,253.2 | 0.00 | 0.00 | 6.372 | 0.0 | 0.0 | 20,729.5 | 0.0 | 20,729.5 |
| 12-31-2020 | 0.0 | 5,788.1 | 0.0 | 0.0 | 4,483.2 | 0.00 | 0.00 | 6.529 | 0.0 | 0.0 | 29,270.9 | 0.0 | 29,270.9 |
| 12-31-2021 | 0.0 | 4,242.4 | 0.0 | 0.0 | 3,245.8 | 0.00 | 0.00 | 6.697 | 0.0 | 0.0 | 21,737.1 | 0.0 | 21,737.1 |
| 12-31-2022 | 0.0 | 3,129.8 | 0.0 | 0.0 | 2,352.0 | 0.00 | 0.00 | 6.840 | 0.0 | 0.0 | 16,087.4 | 0.0 | 16,087.4 |
| 12-31-2023 | 0.0 | 2,272.0 | 0.0 | 0.0 | 1,704.0 | 0.00 | 0.00 | 7.077 | 0.0 | 0.0 | 12,059.5 | 0.0 | 12,059.5 |
| 12-31-2024 | 0.0 | 818.7 | 0.0 | 0.0 | 614.0 | 0.00 | 0.00 | 7.234 | 0.0 | 0.0 | 4,441.7 | 0.0 | 4,441.7 |
| 12-31-2025 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2026 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2027 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2028 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2029 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2030 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2031 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2032 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2033 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 20,366.5 | 0.0 | 0.0 | 15,652.2 | 0.00 | 0.00 | 6.665 | 0.0 | 0.0 | 104,325.9 | 0.0 | 104,325.9 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 20,366.5 | 0.0 | 0.0 | 15,652.2 | 0.00 | 0.00 | 6.665 | 0.0 | 0.0 | 104,325.9 | 0.0 | 104,325.9 |
| CUM PROD | 0.0 | 16,731.1 | | | | | | | | | | | |
| ULTIMATE | 0.0 | 37,097.6 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS/EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL | ABDNMNT | OPERATING | UNDISCOUNTED | | DISC AT 10.000% | | |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | COST M$ | COST M$ | EXPENSE M$ | PERIOD M$ | CUM M$ | CUM M$ | DISC RATE % | CUM PW M$ |
| 12-31-2019 | 4 | 4.0 | 0.0 | 3,921.8 | 3,187.2 | 0.0 | 7,782.7 | 5,837.7 | 5,837.7 | 5,539.5 | 8.000 | 19,808.9 |
| 12-31-2020 | 4 | 4.0 | 0.0 | 3,748.8 | 0.0 | 0.0 | 9,118.0 | 16,404.2 | 22,241.9 | 20,253.7 | 12.000 | 24,155.0 |
| 12-31-2021 | 4 | 4.0 | 0.0 | 3,032.5 | 0.0 | 0.0 | 8,523.6 | 10,181.0 | 32,422.9 | 28,566.1 | 15.000 | 25,680.7 |
| 12-31-2022 | 3 | 3.0 | 0.0 | 2,455.2 | 0.0 | 0.0 | 7,948.7 | 5,883.5 | 38,106.4 | 32,810.9 | 20.000 | 26,461.8 |
| 12-31-2023 | 2 | 2.0 | 0.0 | 1,972.8 | 0.0 | 0.0 | 8,867.9 | 1,218.7 | 39,325.1 | 33,641.7 | 25.000 | 26,124.6 |
| 12-31-2024 | 2 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3,425.9 | 1,015.8 | 40,340.9 | 34,280.6 | 30.000 | 25,306.7 |
| 12-31-2025 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,340.9 | 34,280.6 | 35.000 | 24,307.9 |
| 12-31-2026 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,340.9 | 34,280.6 | 40.000 | 23,289.3 |
| 12-31-2027 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,340.9 | 34,280.6 | 45.000 | 22,255.7 |
| 12-31-2028 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,340.9 | 34,280.6 | 50.000 | 21,295.2 |
| 12-31-2029 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,340.9 | 34,280.6 | | |
| 12-31-2030 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,340.9 | 34,280.6 | | |
| 12-31-2031 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40,340.9 | 34,280.6 | | |
| 12-31-2032 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 4,785.6 | 0.0 | -4,785.6 | 35,555.3 | 32,937.7 | | |
| 12-31-2033 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 7,297.9 | 0.0 | -7,297.9 | 28,257.5 | 31,045.8 | | |
| SUBTOTAL | | | 0.0 | 15,131.1 | 3,187.2 | 12,083.4 | 45,666.8 | 28,257.5 | 28,257.5 | 31,045.8 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 35,922.1 | 0.0 | -35,922.1 | -7,664.6 | 22,405.0 | | |
| TOTAL OF 13.1 YRS | | | 0.0 | 15,131.1 | 3,187.2 | 48,005.5 | 45,666.8 | -7,664.6 | -7,664.6 | 22,405.0 | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200274
DA01711


**NSAI**  NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROVED DEVELOPED PRODUCING RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL/COND MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL/COND MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | AVERAGE PRICES OIL/COND $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL/COND M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | GROSS REVENUE OTHER M$ | GROSS REVENUE TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2019 | 0.0 | 3,161.5 | 0.0 | 0.0 | 2,533.2 | 0.00 | 0.00 | 6.372 | 0.0 | 0.0 | 16,141.6 | 0.0 | 16,141.6 |
| 12-31-2020 | 0.0 | 3,395.5 | 0.0 | 0.0 | 2,688.8 | 0.00 | 0.00 | 6.529 | 0.0 | 0.0 | 17,555.1 | 0.0 | 17,555.1 |
| 12-31-2021 | 0.0 | 2,353.0 | 0.0 | 0.0 | 1,828.7 | 0.00 | 0.00 | 6.697 | 0.0 | 0.0 | 12,246.9 | 0.0 | 12,246.9 |
| 12-31-2022 | 0.0 | 1,621.1 | 0.0 | 0.0 | 1,224.9 | 0.00 | 0.00 | 6.840 | 0.0 | 0.0 | 8,378.2 | 0.0 | 8,378.2 |
| 12-31-2023 | 0.0 | 1,500.0 | 0.0 | 0.0 | 1,125.0 | 0.00 | 0.00 | 7.077 | 0.0 | 0.0 | 7,961.6 | 0.0 | 7,961.6 |
| 05-31-2024 | 0.0 | 625.0 | 0.0 | 0.0 | 468.8 | 0.00 | 0.00 | 7.234 | 0.0 | 0.0 | 3,390.9 | 0.0 | 3,390.9 |
| SUBTOTAL | 0.0 | 12,656.0 | 0.0 | 0.0 | 9,869.4 | 0.00 | 0.00 | 6.654 | 0.0 | 0.0 | 65,674.4 | 0.0 | 65,674.4 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 12,656.0 | 0.0 | 0.0 | 9,869.4 | 0.00 | 0.00 | 6.654 | 0.0 | 0.0 | 65,674.4 | 0.0 | 65,674.4 |
| CUM PROD | 0.0 | 16,731.1 | | | | | | | | | | | |
| ULTIMATE | 0.0 | 29,387.1 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | TAXES PRODUCTION M$ | TAXES AD VALOREM M$ | CAPITAL COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | FUTURE NET REVENUE UNDISCOUNTED CUM M$ | DISC AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2019 | 2 | 2.0 | 0.0 | 3,413.2 | 1,563.9 | 0.0 | 6,080.3 | 5,104.3 | 5,104.3 | 4,890.9 | 8.000 | 21,153.1 |
| 12-31-2020 | 2 | 2.0 | 0.0 | 2,600.6 | 0.0 | 0.0 | 5,468.5 | 9,486.1 | 14,590.4 | 13,415.4 | 12.000 | 20,041.9 |
| 12-31-2021 | 2 | 2.0 | 0.0 | 2,019.1 | 0.0 | 0.0 | 4,802.2 | 5,425.5 | 20,015.9 | 17,848.8 | 15.000 | 19,287.8 |
| 12-31-2022 | 2 | 2.0 | 0.0 | 1,561.4 | 0.0 | 0.0 | 4,139.7 | 2,677.2 | 22,693.0 | 19,844.2 | 20.000 | 18,159.5 |
| 12-31-2023 | 1 | 1.0 | 0.0 | 1,480.0 | 0.0 | 0.0 | 5,854.6 | 627.1 | 23,320.1 | 20,282.9 | 25.000 | 17,167.5 |
| 05-31-2024 | 1 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,684.4 | 506.6 | 23,826.7 | 20,581.3 | 30.000 | 16,288.7 |
| | | | | | | | | | | | 35.000 | 15,505.3 |
| | | | | | | | | | | | 40.000 | 14,802.7 |
| | | | | | | | | | | | 45.000 | 14,169.1 |
| | | | | | | | | | | | 50.000 | 13,594.9 |
| SUBTOTAL | | | 0.0 | 11,074.3 | 1,563.9 | 0.0 | 29,209.6 | 23,826.7 | 23,826.7 | 20,581.3 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 23,826.7 | 20,581.3 | | |
| TOTAL OF  5.1 YRS | | | 0.0 | 11,074.3 | 1,563.9 | 0.0 | 29,209.6 | 23,826.7 | 23,826.7 | 20,581.3 | | |

*Page 2*

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200275
DA01712


NETHERLAND, SEWELL & ASSOCIATES, INC.

RESERVES AND ECONOMICS
AS OF APRIL 30, 2019

COMPANY INTEREST

PROVED DEVELOPED PRODUCING RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | GROSS RESERVES OIL/COND MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL/COND MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | GROSS REVENUE OIL/COND M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | OTHER M$ | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ALASKA | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 000008 | KLU A1 STL 1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 000012 | KLU A1 STL 2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 000013 | KLU A1 STL 3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 000005 | KLU A2A BELG 1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 000006 | KLU A2A STL 1 | 0.0 | 7,625.0 | 0.0 | 0.0 | 5,718.8 | 0.0 | 0.0 | 38,705.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 38,705.8 | 30,513.2 |
| 000003 | KLU3 4172 SI | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 000001 | KLU3 BELG 1 SI | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 100008 | KLU3 BELG 2 | 0.0 | 5,031.0 | 0.0 | 0.0 | 4,150.6 | 0.0 | 0.0 | 26,968.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 26,968.6 | 24,597.2 |
| 000009 | KLU4 STL 1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 800003 | AD VAL TAX PDP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 11,074.3 | 0.0 | 0.0 | 0.0 | -11,074.3 | -9,515.9 |
| 800009 | FIELD EXPENSE PDP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 29,209.6 | -29,209.6 | -23,497.6 |
| 800025 | GEN CAPEX PDP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,563.9 | 0.0 | 0.0 | -1,563.9 | -1,515.5 |
| | FIELD TOTAL | 0.0 | 12,656.0 | 0.0 | 0.0 | 9,869.4 | 0.0 | 0.0 | 65,674.4 | 0.0 | 11,074.3 | 1,563.9 | 0.0 | 29,209.6 | 23,826.7 | 20,581.3 |
| | TOTAL ALASKA | 0.0 | 12,656.0 | 0.0 | 0.0 | 9,869.4 | 0.0 | 0.0 | 65,674.4 | 0.0 | 11,074.3 | 1,563.9 | 0.0 | 29,209.6 | 23,826.7 | 20,581.3 |
| | TOTAL ALL LEASES | 0.0 | 12,656.0 | 0.0 | 0.0 | 9,869.4 | 0.0 | 0.0 | 65,674.4 | 0.0 | 11,074.3 | 1,563.9 | 0.0 | 29,209.6 | 23,826.7 | 20,581.3 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200276
DA01713



NETHERLAND, SEWELL
& ASSOCIATES, INC.

BASIC DATA
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROVED DEVELOPED PRODUCING RESERVES

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | ACTIVE COMPLTNS GAS | GROSS ULTIMATE OIL/COND MBBL | GROSS ULTIMATE GAS MMCF | WORKING INTEREST START | WORKING INTEREST END | REVENUE INTEREST START | REVENUE INTEREST END | OIL/COND $/BBL START | OIL/COND $/BBL END | NGL $/BBL START | NGL $/BBL END | GAS $/MCF START | GAS $/MCF END | GROSS OPERATING EXPENSE M$/M START | GROSS OPERATING EXPENSE M$/M END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ALASKA | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 000008 | KLU A1 STL 1 | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 |
| 000012 | KLU A1 STL 2 | 0 | 0 | 0.0 | 73.2 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 |
| 000013 | KLU A1 STL 3 | 0 | 0 | 0.0 | 286.4 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 |
| 000005 | KLU A2A BELG 1 | 0 | 0 | 0.0 | 6,942.9 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 |
| 000006 | KLU A2A STL 1 | 0 | 1 | 0.0 | 8,769.9 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.234 | 0.0 | 0.0 | 5.1 |
| 000003 | KLU3 4172 SI | 0 | 0 | 0.0 | 3,025.0 | 100.000 | 100.000 | 82.500 | 82.500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 |
| 000001 | KLU3 BELG 1 SI | 0 | 0 | 0.0 | 2,188.4 | 100.000 | 100.000 | 82.500 | 82.500 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 |
| 100008 | KLU3 BELG 2 | 0 | 1 | 0.0 | 7,781.5 | 100.000 | 100.000 | 82.500 | 82.500 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 6.840 | 0.0 | 0.0 | 2.9 |
| 000009 | KLU4 STL 1 | 0 | 0 | 0.0 | 319.7 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 0.0 |
| 800003 | AD VAL TAX PDP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 5.1 |
| 800009 | FIELD EXPENSE PDP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 597.7 | 578.8 | 5.1 |
| 800025 | GEN CAPEX PDP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 5.1 |
| | FIELD TOTAL | 0 | 2 | 0.0 | 29,387.1 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 2 | 0.0 | 29,387.1 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 2 | 0.0 | 29,387.1 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200277
DA01714



NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROVED DEVELOPED NON-PRODUCING RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL/COND MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL/COND MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | AVERAGE PRICES OIL/COND $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL/COND M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | GROSS REVENUE OTHER M$ | GROSS REVENUE TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2019 | 0.0 | 960.0 | 0.0 | 0.0 | 720.0 | 0.00 | 0.00 | 6.372 | 0.0 | 0.0 | 4,587.8 | 0.0 | 4,587.8 |
| 12-31-2020 | 0.0 | 2,392.6 | 0.0 | 0.0 | 1,794.4 | 0.00 | 0.00 | 6.529 | 0.0 | 0.0 | 11,715.7 | 0.0 | 11,715.7 |
| 12-31-2021 | 0.0 | 1,889.4 | 0.0 | 0.0 | 1,417.1 | 0.00 | 0.00 | 6.697 | 0.0 | 0.0 | 9,490.2 | 0.0 | 9,490.2 |
| 12-31-2022 | 0.0 | 1,502.8 | 0.0 | 0.0 | 1,127.1 | 0.00 | 0.00 | 6.840 | 0.0 | 0.0 | 7,709.1 | 0.0 | 7,709.1 |
| 12-31-2023 | 0.0 | 772.0 | 0.0 | 0.0 | 579.0 | 0.00 | 0.00 | 7.077 | 0.0 | 0.0 | 4,097.8 | 0.0 | 4,097.8 |
| 12-31-2024 | 0.0 | 193.7 | 0.0 | 0.0 | 145.2 | 0.00 | 0.00 | 7.234 | 0.0 | 0.0 | 1,050.7 | 0.0 | 1,050.7 |
| 12-31-2025 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2026 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2027 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2028 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2029 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2030 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2031 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2032 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2033 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | | | | | | | | | | |
| SUBTOTAL | 0.0 | 7,710.5 | 0.0 | 0.0 | 5,782.9 | 0.00 | 0.00 | 6.684 | 0.0 | 0.0 | 38,651.5 | 0.0 | 38,651.5 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 7,710.5 | 0.0 | 0.0 | 5,782.9 | 0.00 | 0.00 | 6.684 | 0.0 | 0.0 | 38,651.5 | 0.0 | 38,651.5 |
| CUM PROD | 0.0 | 0.0 | | | | | | | | | | | |
| ULTIMATE | 0.0 | 7,710.5 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | NET DEDUCTIONS/EXPENDITURES TAXES PRODUCTION M$ | NET DEDUCTIONS/EXPENDITURES TAXES AD VALOREM M$ | NET DEDUCTIONS/EXPENDITURES CAPITAL COST M$ | NET DEDUCTIONS/EXPENDITURES ABDNMNT COST M$ | NET DEDUCTIONS/EXPENDITURES OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | FUTURE NET REVENUE UNDISCOUNTED CUM M$ | FUTURE NET REVENUE DISC AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2019 | 2 | 2.0 | 0.0 | 508.6 | 1,623.3 | 0.0 | 1,722.5 | 733.4 | 733.4 | 648.6 | 8.000 | -1,344.1 |
| 12-31-2020 | 2 | 2.0 | 0.0 | 1,148.2 | 0.0 | 0.0 | 3,649.5 | 6,918.1 | 7,651.5 | 6,838.3 | 12.000 | 4,113.1 |
| 12-31-2021 | 2 | 2.0 | 0.0 | 1,013.4 | 0.0 | 0.0 | 3,721.3 | 4,755.5 | 12,407.0 | 10,719.2 | 15.000 | 8,392.9 |
| 12-31-2022 | 1 | 1.0 | 0.0 | 893.8 | 0.0 | 0.0 | 3,809.1 | 3,006.3 | 15,413.3 | 12,986.8 | 20.000 | 8,302.3 |
| 12-31-2023 | 1 | 1.0 | 0.0 | 492.9 | 0.0 | 0.0 | 3,013.2 | 591.7 | 16,005.0 | 13,378.7 | 25.000 | 8,957.1 |
| 12-31-2024 | 1 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 541.5 | 509.2 | 16,514.2 | 13,699.3 | 30.000 | 9,018.0 |
| 12-31-2025 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,514.2 | 13,699.3 | 35.000 | 8,802.6 |
| 12-31-2026 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,514.2 | 13,699.3 | 40.000 | 8,496.6 |
| 12-31-2027 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,514.2 | 13,699.3 | 45.000 | 8,086.6 |
| 12-31-2028 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,514.2 | 13,699.3 | 50.000 | 7,700.3 |
| 12-31-2029 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,514.2 | 13,699.3 | | |
| 12-31-2030 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,514.2 | 13,699.3 | | |
| 12-31-2031 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,514.2 | 13,699.3 | | |
| 12-31-2032 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 4,785.6 | 0.0 | -4,785.6 | 11,728.6 | 12,356.3 | | |
| 12-31-2033 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 7,297.9 | 0.0 | -7,297.9 | 4,430.8 | 10,464.5 | | |
| | | | | | | | | | | | | |
| SUBTOTAL | | | 0.0 | 4,056.8 | 1,623.3 | 12,083.4 | 16,457.2 | 4,430.8 | 4,430.8 | 10,484.5 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 35,922.1 | 0.0 | -35,922.1 | -31,491.3 | 1,823.7 | | |
| TOTAL OF 13.1 YRS | | | 0.0 | 4,056.8 | 1,623.3 | 48,005.5 | 16,457.2 | -31,491.3 | -31,491.3 | 1,823.7 | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200278
DA01715



NETHERLAND, SEWELL & ASSOCIATES, INC.

RESERVES AND ECONOMICS
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROVED DEVELOPED NON-PRODUCING RESERVES

| LEASE NUMBER | LEASE NAME | GROSS RESERVES | | NET RESERVES | | | GROSS REVENUE | | | | TOTAL TAXES | NET CAP COST | ABDNMNT COST | OPERATING EXPENSE | NET REVENUE | CUM P.W. 10.000% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OIL/COND MBBL | GAS MMCF | OIL/COND MBBL | NGL MBBL | GAS MMCF | OIL/COND M$ | NGL M$ | GAS M$ | OTHER M$ | M$ | M$ | M$ | M$ | M$ | M$ |
| | ALASKA | | | | | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 000011 | KLU A1 BELG 1 | 0.0 | 6,968.5 | 0.0 | 0.0 | 5,226.4 | 0.0 | 0.0 | 35,013.9 | 0.0 | 0.0 | 883.5 | 0.0 | 0.0 | 34,130.4 | 27,664.0 |
| 000010 | KLU4 BELG 1 | 0.0 | 742.0 | 0.0 | 0.0 | 556.5 | 0.0 | 0.0 | 3,637.6 | 0.0 | 0.0 | 739.8 | 0.0 | 0.0 | 2,897.8 | 2,549.6 |
| 800017 | AD VAL TAX PDNP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4,056.8 | 0.0 | 0.0 | 0.0 | -4,056.8 | -3,357.8 |
| 800015 | FIELD EXPENSE PDNP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 16,457.2 | -16,457.2 | -13,156.5 |
| 800012 | ABANDONMENT PVD | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 48,005.5 | 0.0 | -48,005.5 | -11,675.7 |
| | FIELD TOTAL | 0.0 | 7,710.5 | 0.0 | 0.0 | 5,782.9 | 0.0 | 0.0 | 38,651.5 | 0.0 | 4,056.8 | 1,623.3 | 48,005.5 | 16,457.2 | -31,491.3 | 1,823.7 |
| | TOTAL ALASKA | 0.0 | 7,710.5 | 0.0 | 0.0 | 5,782.9 | 0.0 | 0.0 | 38,651.5 | 0.0 | 4,056.8 | 1,623.3 | 48,005.5 | 16,457.2 | -31,491.3 | 1,823.7 |
| | TOTAL ALL LEASES | 0.0 | 7,710.5 | 0.0 | 0.0 | 5,782.9 | 0.0 | 0.0 | 38,651.5 | 0.0 | 4,056.8 | 1,623.3 | 48,005.5 | 16,457.2 | -31,491.3 | 1,823.7 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200279
DA01716



NETHERLAND, SEWELL
& ASSOCIATES, INC.

BASIC DATA
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROVED DEVELOPED NON-PRODUCING RESERVES

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS | | GROSS ULTIMATE | | WORKING INTEREST | | REVENUE INTEREST | | OIL/COND $/BBL | | NGL $/BBL | | GAS $/MCF | | GROSS OPERATING EXPENSE M$/M | | LIFE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OIL | GAS | OIL/COND MBBL | GAS MMCF | START | END | START | END | START | END | START | END | START | END | START | END | YRS |
| | ALASKA | | | | | | | | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 000011 | KLU A1 BELG 1 | 0 | 1 | 0.0 | 6,968.5 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.234 | 0.0 | 0.0 | 5.1 |
| 000010 | KLU4 BELG 1 | 0 | 1 | 0.0 | 742.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 6.697 | 0.0 | 0.0 | 1.9 |
| 800017 | AD VAL TAX PDNP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 5.1 |
| 800015 | FIELD EXPENSE PDNP | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 169.9 | 108.7 | 5.1 |
| 800012 | ABANDONMENT PVD | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 13.1 |
| | FIELD TOTAL | 0 | 2 | 0.0 | 7,710.5 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 2 | 0.0 | 7,710.5 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 2 | 0.0 | 7,710.5 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200280
DA01717



NSAI NETHERLAND, SEWELL & ASSOCIATES, INC.

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROBABLE RESERVES

| PERIOD ENDING M-D-Y | GROSS RESERVES | | NET RESERVES | | | AVERAGE PRICES | | | GROSS REVENUE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OIL/COND MBBL | GAS MMCF | OIL/COND MBBL | NGL MBBL | GAS MMCF | OIL/COND $/BBL | NGL $/BBL | GAS $/MCF | OIL/COND M$ | NGL M$ | GAS M$ | OTHER M$ | TOTAL M$ |
| 12-31-2019 | 0.0 | 243.5 | 0.0 | 0.0 | 188.5 | 0.00 | 0.00 | 6.372 | 0.0 | 0.0 | 1,201.4 | 0.0 | 1,201.4 |
| 12-31-2020 | 0.0 | 2,011.2 | 0.0 | 0.0 | 1,618.2 | 0.00 | 0.00 | 6.529 | 0.0 | 0.0 | 10,565.3 | 0.0 | 10,565.3 |
| 12-31-2021 | 0.0 | 3,182.3 | 0.0 | 0.0 | 2,574.8 | 0.00 | 0.00 | 6.697 | 0.0 | 0.0 | 17,243.3 | 0.0 | 17,243.3 |
| 12-31-2022 | 0.0 | 3,489.6 | 0.0 | 0.0 | 2,817.6 | 0.00 | 0.00 | 6.840 | 0.0 | 0.0 | 19,272.5 | 0.0 | 19,272.5 |
| 12-31-2023 | 0.0 | 3,304.2 | 0.0 | 0.0 | 2,626.3 | 0.00 | 0.00 | 7.077 | 0.0 | 0.0 | 18,586.6 | 0.0 | 18,586.6 |
| 12-31-2024 | 0.0 | 4,065.9 | 0.0 | 0.0 | 3,145.7 | 0.00 | 0.00 | 7.234 | 0.0 | 0.0 | 22,756.3 | 0.0 | 22,756.3 |
| 12-31-2025 | 0.0 | 4,129.2 | 0.0 | 0.0 | 3,159.5 | 0.00 | 0.00 | 7.399 | 0.0 | 0.0 | 23,377.3 | 0.0 | 23,377.3 |
| 12-31-2026 | 0.0 | 2,628.1 | 0.0 | 0.0 | 1,980.0 | 0.00 | 0.00 | 7.550 | 0.0 | 0.0 | 14,948.9 | 0.0 | 14,948.9 |
| 12-31-2027 | 0.0 | 722.4 | 0.0 | 0.0 | 541.8 | 0.00 | 0.00 | 7.690 | 0.0 | 0.0 | 4,166.3 | 0.0 | 4,166.3 |
| 12-31-2028 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2029 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2030 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2031 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2032 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2033 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 23,756.4 | 0.0 | 0.0 | 18,652.5 | 0.00 | 0.00 | 7.083 | 0.0 | 0.0 | 132,118.0 | 0.0 | 132,118.0 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 23,756.4 | 0.0 | 0.0 | 18,652.5 | 0.00 | 0.00 | 7.083 | 0.0 | 0.0 | 132,118.0 | 0.0 | 132,118.0 |
| CUM PROD | 0.0 | 0.0 | | | | | | | | | | | |
| ULTIMATE | 0.0 | 23,756.4 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS | | NET DEDUCTIONS/EXPENDITURES | | | | | FUTURE NET REVENUE | | | PRESENT WORTH PROFILE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TAXES | | CAPITAL | ABDNMNT | OPERATING | UNDISCOUNTED | | DISC AT 10.000% | | |
| | GROSS | NET | PRODUCTION M$ | AD VALOREM M$ | COST M$ | COST M$ | EXPENSE M$ | PERIOD M$ | CUM M$ | CUM M$ | DISC RATE % | CUM PW M$ |
| 12-31-2019 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1,201.4 | 1,201.4 | 1,147.3 | 8.000 | 73,506.7 |
| 12-31-2020 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10,565.3 | 11,766.7 | 10,543.7 | 12.000 | 64,801.5 |
| 12-31-2021 | 0 | 0.0 | 0.0 | 0.0 | 676.6 | 0.0 | 0.0 | 18,566.5 | 28,333.2 | 24,006.1 | 15.000 | 59,057.2 |
| 12-31-2022 | 0 | 0.0 | 0.0 | 0.0 | 1,059.1 | 0.0 | 0.0 | 18,213.5 | 46,546.7 | 37,489.8 | 20.000 | 50,960.0 |
| 12-31-2023 | 1 | 1.0 | 0.0 | 0.0 | 1,160.7 | 0.0 | 0.0 | 17,425.9 | 63,972.6 | 49,197.3 | 25.000 | 44,442.0 |
| 12-31-2024 | 1 | 1.0 | 0.0 | 0.0 | 2,859.9 | 0.0 | 0.0 | 4,844.0 | 15,052.5 | 79,025.1 | 58,392.3 | 30.000 | 39,166.1 |
| 12-31-2025 | 3 | 3.0 | 559.2 | 2,546.9 | 0.0 | 0.0 | 9,712.9 | 10,558.3 | 89,583.4 | 64,286.5 | 35.000 | 34,848.9 |
| 12-31-2026 | 3 | 3.0 | 350.5 | 1,864.8 | 0.0 | 0.0 | 8,864.6 | 3,869.1 | 93,452.4 | 66,286.2 | 40.000 | 31,273.0 |
| 12-31-2027 | 2 | 2.0 | 95.9 | 0.0 | 0.0 | 0.0 | 3,226.1 | 844.3 | 94,296.7 | 66,666.7 | 45.000 | 28,276.0 |
| 12-31-2028 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94,296.7 | 66,666.7 | 50.000 | 25,738.8 |
| 12-31-2029 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94,296.7 | 66,666.7 | | |
| 12-31-2030 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94,296.7 | 66,666.7 | | |
| 12-31-2031 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 94,296.7 | 66,666.7 | | |
| 12-31-2032 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | -4,785.6 | 0.0 | 4,785.6 | 99,082.2 | 68,009.7 | | |
| 12-31-2033 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | -7,297.9 | 0.0 | 7,297.9 | 106,380.1 | 69,901.6 | | |
| SUBTOTAL | | | 1,005.6 | 10,168.1 | 0.0 | -12,063.4 | 26,847.6 | 108,380.1 | 106,380.1 | 69,901.6 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 14,937.7 | 0.0 | -14,937.7 | 91,442.4 | 69,014.1 | | |
| TOTAL OF 16.0 YRS | | | 1,005.6 | 10,168.1 | 0.0 | 2,854.3 | 26,647.6 | 91,442.4 | 91,442.4 | 69,014.1 | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200281
DA01718


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

RESERVES AND ECONOMICS
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

PROBABLE RESERVES

| LEASE NUMBER | LEASE NAME | GROSS RESERVES OIL/COND MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL/COND MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | GROSS REVENUE OIL/COND M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | OTHER M$ | TOTAL TAXES M$ | NET CAP COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | NET REVENUE M$ | CUM P.W. 10.000% M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ALASKA | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 500011 | KLU A1 BELG 1 IPB | 0.0 | 7,607.7 | 0.0 | 0.0 | 5,705.8 | 0.0 | 0.0 | 41,103.6 | 0.0 | 401.7 | 0.0 | 0.0 | 0.0 | 40,701.9 | 25,351.4 |
| 500006 | KLU A2A STL 1 IPB | 0.0 | 4,375.0 | 0.0 | 0.0 | 3,281.3 | 0.0 | 0.0 | 24,448.7 | 0.0 | 464.6 | 0.0 | 0.0 | 0.0 | 23,984.1 | 12,886.6 |
| 500008 | KLU3 BELG 2 IPB | 0.0 | 11,136.7 | 0.0 | 0.0 | 9,187.8 | 0.0 | 0.0 | 63,400.9 | 0.0 | 139.2 | 0.0 | 0.0 | 0.0 | 63,261.7 | 46,290.4 |
| 500010 | KLU4 BELG 1 IPB | 0.0 | 637.0 | 0.0 | 0.0 | 477.8 | 0.0 | 0.0 | 3,164.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3,164.8 | 2,688.8 |
| 800004 | AD VAL TAX PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10,168.1 | 0.0 | 0.0 | 0.0 | -10,168.1 | -8,243.3 |
| 800010 | FIELD EXPENSE PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 26,647.6 | -26,647.6 | -14,307.2 |
| 800013 | ABANDONMENT PRB | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,854.3 | 0.0 | -2,854.3 | 2,347.4 |
| | FIELD TOTAL | 0.0 | 23,756.4 | 0.0 | 0.0 | 18,652.5 | 0.0 | 0.0 | 132,118.0 | 0.0 | 11,173.7 | 0.0 | 2,854.3 | 26,647.6 | 91,442.4 | 69,014.1 |
| | TOTAL ALASKA | 0.0 | 23,756.4 | 0.0 | 0.0 | 18,652.5 | 0.0 | 0.0 | 132,118.0 | 0.0 | 11,173.7 | 0.0 | 2,854.3 | 26,647.6 | 91,442.4 | 69,014.1 |
| | TOTAL ALL LEASES | 0.0 | 23,756.4 | 0.0 | 0.0 | 18,652.5 | 0.0 | 0.0 | 132,118.0 | 0.0 | 11,173.7 | 0.0 | 2,854.3 | 26,647.6 | 91,442.4 | 69,014.1 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200282
DA01719



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

COMPANY INTEREST

BASIC DATA
AS OF APRIL 30, 2019

PROBABLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | GAS | GROSS ULTIMATE OIL/COND MBBL | GAS MMCF | WORKING INTEREST START | END | REVENUE INTEREST START | END | OIL/COND $/BBL START | END | NGL $/BBL START | END | GAS $/MCF START | END | GROSS OPERATING EXPENSE M$/M START | END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ALASKA | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 500011 | KLU A1 BELG 1 IPB | 0 | 1 | 0.0 | 7,607.7 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.690 | 0.0 | 0.0 | 8.0 |
| 500006 | KLU A2A STL 1 IPB | 0 | 1 | 0.0 | 4,375.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.690 | 0.0 | 0.0 | 8.0 |
| 500008 | KLU3 BELG 2 IPB | 0 | 1 | 0.0 | 11,136.7 | 100.000 | 100.000 | 82.500 | 82.500 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.550 | 0.0 | 0.0 | 6.9 |
| 500010 | KLU4 BELG 1 IPB | 0 | 1 | 0.0 | 637.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 6.697 | 0.0 | 0.0 | 2.4 |
| 800004 | AD VAL TAX PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 8.0 |
| 800010 | FIELD EXPENSE PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 767.6 | 808.5 | 8.0 |
| 800013 | ABANDONMENT PRB | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 16.0 |
| | FIELD TOTAL | 0 | 4 | 0.0 | 23,756.4 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 4 | 0.0 | 23,756.4 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 4 | 0.0 | 23,756.4 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200283
DA01720


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

SUMMARY PROJECTION OF RESERVES AND REVENUE
AS OF APRIL 30, 2019

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| PERIOD ENDING M-D-Y | GROSS RESERVES OIL/COND MBBL | GROSS RESERVES GAS MMCF | NET RESERVES OIL/COND MBBL | NET RESERVES NGL MBBL | NET RESERVES GAS MMCF | AVERAGE PRICES OIL/COND $/BBL | AVERAGE PRICES NGL $/BBL | AVERAGE PRICES GAS $/MCF | GROSS REVENUE OIL/COND M$ | GROSS REVENUE NGL M$ | GROSS REVENUE GAS M$ | GROSS REVENUE OTHER M$ | GROSS REVENUE TOTAL M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2019 | 0.0 | 165.0 | 0.0 | 0.0 | 123.8 | 0.00 | 0.00 | 6.372 | 0.0 | 0.0 | 788.5 | 0.0 | 788.5 |
| 12-31-2020 | 0.0 | 508.9 | 0.0 | 0.0 | 381.7 | 0.00 | 0.00 | 6.529 | 0.0 | 0.0 | 2,492.1 | 0.0 | 2,492.1 |
| 12-31-2021 | 0.0 | 618.2 | 0.0 | 0.0 | 463.6 | 0.00 | 0.00 | 6.697 | 0.0 | 0.0 | 3,104.9 | 0.0 | 3,104.9 |
| 12-31-2022 | 0.0 | 1,179.5 | 0.0 | 0.0 | 912.1 | 0.00 | 0.00 | 6.840 | 0.0 | 0.0 | 6,238.7 | 0.0 | 6,238.7 |
| 12-31-2023 | 0.0 | 1,683.8 | 0.0 | 0.0 | 1,366.8 | 0.00 | 0.00 | 7.077 | 0.0 | 0.0 | 9,671.6 | 0.0 | 9,671.6 |
| 12-31-2024 | 0.0 | 2,375.5 | 0.0 | 0.0 | 1,937.3 | 0.00 | 0.00 | 7.234 | 0.0 | 0.0 | 14,014.1 | 0.0 | 14,014.1 |
| 12-31-2025 | 0.0 | 2,931.2 | 0.0 | 0.0 | 2,372.8 | 0.00 | 0.00 | 7.399 | 0.0 | 0.0 | 17,556.5 | 0.0 | 17,556.5 |
| 12-31-2026 | 0.0 | 3,819.3 | 0.0 | 0.0 | 3,046.6 | 0.00 | 0.00 | 7.550 | 0.0 | 0.0 | 23,002.2 | 0.0 | 23,002.2 |
| 12-31-2027 | 0.0 | 4,901.2 | 0.0 | 0.0 | 3,828.8 | 0.00 | 0.00 | 7.690 | 0.0 | 0.0 | 29,443.1 | 0.0 | 29,443.1 |
| 12-31-2028 | 0.0 | 4,694.6 | 0.0 | 0.0 | 3,643.2 | 0.00 | 0.00 | 7.730 | 0.0 | 0.0 | 28,162.0 | 0.0 | 28,162.0 |
| 12-31-2029 | 0.0 | 3,977.5 | 0.0 | 0.0 | 3,080.9 | 0.00 | 0.00 | 7.770 | 0.0 | 0.0 | 23,938.7 | 0.0 | 23,938.7 |
| 12-31-2030 | 0.0 | 3,149.3 | 0.0 | 0.0 | 2,435.3 | 0.00 | 0.00 | 7.850 | 0.0 | 0.0 | 19,116.8 | 0.0 | 19,116.8 |
| 12-31-2031 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2032 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 12-31-2033 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| SUBTOTAL | 0.0 | 30,003.9 | 0.0 | 0.0 | 23,592.7 | 0.00 | 0.00 | 7.525 | 0.0 | 0.0 | 177,529.3 | 0.0 | 177,529.3 |
| REMAINING | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.00 | 0.00 | 0.000 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| TOTAL | 0.0 | 30,003.9 | 0.0 | 0.0 | 23,592.7 | 0.00 | 0.00 | 7.525 | 0.0 | 0.0 | 177,529.3 | 0.0 | 177,529.3 |
| CUM PROD | 0.0 | 0.0 | | | | | | | | | | | |
| ULTIMATE | 0.0 | 30,003.9 | | | | | | | | | | | |

| PERIOD ENDING M-D-Y | NUMBER OF ACTIVE COMPLETIONS GROSS | NUMBER OF ACTIVE COMPLETIONS NET | TAXES PRODUCTION M$ | TAXES AD VALOREM M$ | CAPITAL COST M$ | ABDNMNT COST M$ | OPERATING EXPENSE M$ | FUTURE NET REVENUE UNDISCOUNTED PERIOD M$ | FUTURE NET REVENUE UNDISCOUNTED CUM M$ | DISC AT 10.000% CUM M$ | PRESENT WORTH PROFILE DISC RATE % | PRESENT WORTH PROFILE CUM PW M$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-31-2019 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 788.5 | 788.5 | 756.5 | 8.000 | 77,230.6 |
| 12-31-2020 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,492.1 | 3,280.6 | 2,984.9 | 12.000 | 61,100.3 |
| 12-31-2021 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3,104.9 | 6,385.6 | 5,496.5 | 15.000 | 51,628.3 |
| 12-31-2022 | 1 | 1.0 | 0.0 | 155.6 | 0.0 | 0.0 | 0.0 | 6,083.2 | 12,468.7 | 9,972.5 | 20.000 | 39,862.9 |
| 12-31-2023 | 0 | 0.0 | 0.0 | 465.3 | 0.0 | 0.0 | 0.0 | 9,206.3 | 21,675.0 | 16,136.4 | 25.000 | 31,157.6 |
| 12-31-2024 | 0 | 0.0 | 0.0 | 739.0 | 0.0 | 0.0 | 0.0 | 13,275.1 | 34,950.2 | 24,234.8 | 30.000 | 25,000.1 |
| 12-31-2025 | 0 | 0.0 | 420.0 | 983.4 | 0.0 | 0.0 | 0.0 | 16,153.1 | 51,103.2 | 33,195.6 | 35.000 | 20,450.9 |
| 12-31-2026 | 0 | 0.0 | 539.3 | 1,451.1 | 0.0 | 0.0 | 0.0 | 21,011.8 | 72,115.0 | 43,795.7 | 40.000 | 17,022.7 |
| 12-31-2027 | 1 | 1.0 | 677.7 | 3,017.4 | 0.0 | 0.0 | 6,516.5 | 19,231.5 | 91,346.5 | 52,634.7 | 45.000 | 14,390.9 |
| 12-31-2028 | 3 | 3.0 | 644.8 | 2,664.0 | 0.0 | 0.0 | 9,030.7 | 15,822.5 | 107,169.0 | 59,254.1 | 50.000 | 12,338.1 |
| 12-31-2029 | 3 | 3.0 | 545.3 | 2,376.0 | 0.0 | 0.0 | 9,174.2 | 11,843.1 | 119,012.1 | 63,758.4 | | |
| 12-31-2030 | 3 | 3.0 | 431.0 | 2,022.5 | 0.0 | 0.0 | 9,337.3 | 7,326.0 | 126,338.1 | 66,313.0 | | |
| 12-31-2031 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 126,338.1 | 66,313.0 | | |
| 12-31-2032 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 126,338.1 | 66,313.0 | | |
| 12-31-2033 | 0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 126,338.1 | 66,313.0 | | |
| SUBTOTAL | | | 3,258.1 | 13,874.4 | 0.0 | 0.0 | 34,058.7 | 126,338.1 | 126,338.1 | 66,313.0 | | |
| REMAINING | | | 0.0 | 0.0 | 0.0 | 3,830.3 | 0.0 | -3,830.3 | 122,507.8 | 68,617.3 | | |
| TOTAL OF 19.7 YRS | | | 3,258.1 | 13,874.4 | 0.0 | 3,830.3 | 34,058.7 | 122,507.8 | 122,507.8 | 68,617.3 | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200284
DA01721


**NETHERLAND, SEWELL & ASSOCIATES, INC.**

RESERVES AND ECONOMICS
AS OF APRIL 30, 2019

COMPANY INTEREST

POSSIBLE RESERVES

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

| LEASE NUMBER | LEASE NAME | GROSS RESERVES | | NET RESERVES | | | GROSS REVENUE | | | | TOTAL TAXES | NET CAP COST | ABDNMNT COST | OPERATING EXPENSE | NET REVENUE | CUM P.W. 10.000% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | OIL/COND MBBL | GAS MMCF | OIL/COND MBBL | NGL MBBL | GAS MMCF | OIL/COND M$ | NGL M$ | GAS M$ | OTHER M$ | M$ | M$ | M$ | M$ | M$ | M$ |
| | | | | | | | ALASKA | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | |
| 700011 | KLU A1 BELG 1 IPS | 0.0 | 8,919.3 | 0.0 | 0.0 | 6,689.5 | 0.0 | 0.0 | 50,297.2 | 0.0 | 965.0 | 0.0 | 0.0 | 0.0 | 49,332.2 | 24,528.8 |
| 700006 | KLU A2A STL 1 IPS | 0.0 | 5,500.0 | 0.0 | 0.0 | 4,125.0 | 0.0 | 0.0 | 32,036.3 | 0.0 | 730.1 | 0.0 | 0.0 | 0.0 | 31,306.1 | 12,316.6 |
| 700008 | KLU3 BELG 2 IPS | 0.0 | 14,529.6 | 0.0 | 0.0 | 11,986.9 | 0.0 | 0.0 | 89,871.8 | 0.0 | 1,563.0 | 0.0 | 0.0 | 0.0 | 88,308.8 | 44,943.0 |
| 700010 | KLU4 BELG 1 IPS | 0.0 | 1,055.0 | 0.0 | 0.0 | 791.3 | 0.0 | 0.0 | 5,324.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5,324.0 | 4,224.5 |
| 800005 | AD VAL TAX POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13,874.4 | 0.0 | 0.0 | 0.0 | -13,874.4 | -6,280.4 |
| 800011 | FIELD EXPENSE POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 34,058.7 | -34,058.7 | -13,419.5 |
| 800014 | ABANDONMENT POS | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3,830.3 | 0.0 | -3,830.3 | 2,304.3 |
| | FIELD TOTAL | 0.0 | 30,003.9 | 0.0 | 0.0 | 23,592.7 | 0.0 | 0.0 | 177,529.3 | 0.0 | 17,132.5 | 0.0 | 3,830.3 | 34,058.7 | 122,507.8 | 68,617.3 |
| | TOTAL ALASKA | 0.0 | 30,003.9 | 0.0 | 0.0 | 23,592.7 | 0.0 | 0.0 | 177,529.3 | 0.0 | 17,132.5 | 0.0 | 3,830.3 | 34,058.7 | 122,507.8 | 68,617.3 |
| | TOTAL ALL LEASES | 0.0 | 30,003.9 | 0.0 | 0.0 | 23,592.7 | 0.0 | 0.0 | 177,529.3 | 0.0 | 17,132.5 | 0.0 | 3,830.3 | 34,058.7 | 122,507.8 | 68,617.3 |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200285
DA01722



**NETHERLAND, SEWELL & ASSOCIATES, INC.**

BASIC DATA
AS OF APRIL 30, 2019

SUMMARY - CERTAIN PROPERTIES
LOCATED IN THE KITCHEN LIGHTS UNIT
COOK INLET, ALASKA

COMPANY INTEREST

POSSIBLE RESERVES

| LEASE NUMBER | LEASE NAME | ACTIVE COMPLTNS OIL | ACTIVE COMPLTNS GAS | GROSS ULTIMATE OIL/COND MBBL | GROSS ULTIMATE GAS MMCF | WORKING INTEREST START | WORKING INTEREST END | REVENUE INTEREST START | REVENUE INTEREST END | OIL/COND $/BBL START | OIL/COND $/BBL END | NGL $/BBL START | NGL $/BBL END | GAS $/MCF START | GAS $/MCF END | GROSS OPERATING EXPENSE M$/M START | GROSS OPERATING EXPENSE M$/M END | LIFE YRS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ALASKA | | | | | | | | | | |
| | KITCHEN LIGHTS UNT FIELD | | | | | | | | | | | | | | | | | |
| 700011 | KLU A1 BELG 1 IPS | 0 | 1 | 0.0 | 8,919.3 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.850 | 0.0 | 0.0 | 11.4 |
| 700006 | KLU A2A STL 1 IPS | 0 | 1 | 0.0 | 5,500.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.850 | 0.0 | 0.0 | 11.7 |
| 700008 | KLU3 BELG 2 IPS | 0 | 1 | 0.0 | 14,529.6 | 100.000 | 100.000 | 82.500 | 82.500 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 7.850 | 0.0 | 0.0 | 11.6 |
| 700010 | KLU4 BELG 1 IPS | 0 | 1 | 0.0 | 1,055.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 6.372 | 6.840 | 0.0 | 0.0 | 3.6 |
| 800005 | AD VAL TAX POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 11.7 |
| 800011 | FIELD EXPENSE POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 767.6 | 785.2 | 11.7 |
| 800014 | ABANDONMENT POS | 0 | 0 | 0.0 | 0.0 | 100.000 | 100.000 | 75.000 | 75.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.000 | 0.000 | 0.0 | 0.0 | 19.7 |
| | FIELD TOTAL | 0 | 4 | 0.0 | 30,003.9 | | | | | | | | | | | | | |
| | TOTAL ALASKA | 0 | 4 | 0.0 | 30,003.9 | | | | | | | | | | | | | |
| | TOTAL ALL LEASES | 0 | 4 | 0.0 | 30,003.9 | | | | | | | | | | | | | |

*All estimates and exhibits herein are part of this NSAI report and are subject to its parameters and conditions.*

BASED ON ESCALATED PRICE AND COST PARAMETERS

FURIE-BANKR_00200286
DA01723

# EXHIBIT 79

DA01724

| M&H | TECHNICAL NOTE | | | | | | FURIE Operating Alaska LLC | |
|---|---|---|---|---|---|---|---|---|
| **Client:** | Rev | Date | Issued For | By | Chk'd | App'd | **Originated By:** | **Date:** |
| Furie Operating, LLC | A | 7/16/19 | Client Review | LV | MG | PA | L. Valcarce | 7/3/19 |
| **Project No.:** | | | | | | | **Document No.:** | |
| 19MH168 | | | | | | | 19MH168-EM3002 | |
| **Project:** | | | | | | | **Page:** | |
| KL Pipeline Analysis | | | | | | | Page **1** of **144** | |

# FURIE OPERATNG ALASKA, LLC

# KL PIPELINE ANALYSIS

# ROOT CAUSE ANALYSIS

# JULY 16, 2019

FURIE-BANKR_00200382
DA01725

Furie Operating Alaska, LLC
KL Pipeline Analysis
Root Cause Analysis

19MH168-EM3002
Rev. A
Page 2 of 14

# TABLE OF CONTENTS

1.  INTRODUCTION ..................................................................................................... 3

2.  BASIS ...................................................................................................................... 3

3.  METHODOLOGY ................................................................................................... 3

4.  RESULTS ................................................................................................................ 4

    4.1.  Analysis of Field Data Recorded and Observed Trends ...................... 4

    4.2.  Simulation Results ..................................................................................... 7

5.  CONLCUSIONS ..................................................................................................... 9

6.  ATTACHMENTS ................................................................................................. 10

    6.1.  Gas Analysis ............................................................................................ 10

    6.2.  Operator Log ............................................................................................ 11

    6.3.  Original Design Basis ............................................................................. 12

    6.4.  Historical Weather for Kenai .................................................................. 13

    6.5.  Pipeline Alignment Sheets ..................................................................... 14

## 1. INTRODUCTION

During January 2019, the 10" pipeline between the Kitchen Lights Platform and the Central Production Facility (CPF) underwent an extended shut-in period due to the inability to flow gas through the pipeline. This 10" pipeline transits approximately 17 miles from the Monopod Platform to the CPF. The depth of the water along the route varies from approximately 100' at the platform (Station 0+00) to 140' at its deepest point (Station 270+00). From Station 270+00 the line continues to the HDD shore approach at Station 785+00, at which point the water depth is at its' shallowest, approximately 20 to 25'. The pipeline is a 10.75" diameter carbon steel line with a wall thickness of 0.625" and coated with 14 – 16 mils of Fusion Bonded Epoxy (FBE). In addition, the pipeline is coated with concrete that varies in thickness from 2" to 3 1/2". Refer to section 6.5 for the detailed alignment sheets.

The Kitchen Lights platform has four wells, the A1, A2, A3 and A4. In early December of 2018, all four wells were in production. The A1, A2 and A4 were completed in the Sterling reservoir while the A3 was completed in the Beluga reservoir.

The purpose of this report is to summarize the findings of the Root Cause Analysis regarding the formation of a hydrate plug in the pipeline, including recorded data and observed trends in the days prior to and following the shut-in.

## 2. BASIS

The basis for the root cause analysis is to develop a process model considering an updated gas analysis (refer to Attachment 6.1) and the operating conditions recorded by the Furie Operations team in the days before and after the initial shut-in time, which are detailed in Attachment 6.2.

The evaluation was done considering a steady-state analysis in *HYSYS V10* and the profile of the pipeline is per the details in the design basis (refer to Attachment 6.3) considering a sea water temperature of 35 °F. The hydrate formation model and methanol injection rates are based on the Ng and Robinson correlations. Note that the methanol injection calculation considers a 5 °F margin between the operating temperature and the hydrate formation temperature.

In the field, the methanol can either be injected in the well tubing, upstream the choke, or directly into the pipeline. For simulation purposes, all the methanol is injected directly into the pipeline.

## 3. METHODOLOGY

To establish the root cause analysis, the data recorded, and trends observed in the field were analyzed by one of the M&H engineers on site during the time of the shut-in.

In addition, M&H selected three (3) days from the operator log (refer to Section 6.2) and simulated the conditions of each to compare the simulation predicted values against the recorded data. The days selected for the evaluation are listed below:

1. **1/3/19** – Operation of the line with the maximum gas (18.15 MMSCFD) and free-water flowrates (1230 BPD) (prior to shut-in)

2. **1/5/19** – Operation of the line with decreased free-water flowrate (760 BPD) and higher platform departure pressure requirement (prior to shut-in)

FURIE-BANKR_00200384
DA01727

3. **1/9/19** – Operation of the line with no free-water production and highest platform departure pressure requirement (post shut-in)

## 4.   RESULTS

### 4.1. Analysis of Field Data Recorded and Observed Trends

The pipeline between the platform and the CPF handles three different components (production gas, water, methanol) operating at varying temperatures. As gas production travels from the reservoir through the production string and into the pipeline, it loses temperature. The temperature loss occurs through convection (the physical loss of temperature to the pipeline) and through the Joule-Thompson (JT) effect. The JT effect occurs when methane rich gas undergoes a significant pressure drop and as a result, there is also a significant temperature drop.

The water produced from the A1, A2 and A4 wells, which maintains the reservoir temperature, carries most of its heat into the pipeline and consequently, to the onshore production facility.

The methanol (MeOH) that is injected into the system for hydrate suppression is stored at ambient conditions and thus, the temperature can also vary dramatically depending on the time of year.

Overall, the variable choke outlet temperatures, which highly depend on the amount of free-water coming in from the reservoir, combined with the varying methanol temperatures, produce fluctuating temperatures in the pipeline.

On December 5th, the A4 well was shut in due to its high volume of water production. Over the previous 30 days, the water production increased from approximately 500 BWPD to 1,889 BWPD. After the A4 well was shut in, water production dropped to approximately 1,000 BWPD and continued to decrease as shown in Figure 1.

FURIE-BANKR_00200385
DA01728

Furie Operating Alaska, LLC
KL Pipeline Analysis
Root Cause Analysis

19MH168-EM3002
Rev. A
Page 5 of 14

**Figure 1: Water production flowrate for September 2018 to January 2019**



From December 7th to January 4th, water rates varied from a minimum of 917 BWPD on December 9th to 1,230 BWPD on January 3rd.

After January 4th, there was a drastic drop in the water flowrates. The water flowrate dropped from 1,040 BWPD on January 4th to 760 BWPD the following day and finally to 0 BWPD on January 6th.

On the 5th of January, arrival temperatures at the Onshore Facility had dropped from the mid 50's to the mid 30's and continued to drop to a recorded value of 21 °F on January 6th. At the same time, as the water flowrate decreased to 0 BWPD, operators highlighted that they were experiencing freezing issues at the production facility.

During this time, the back-pressure valve(s) located downstream of the production separators at the Onshore Facility began to freeze, causing an increase in the operating pressure of the pipeline. The outlet pressure of the pipeline increased from 340 psig to 420 psig on January 5th and 6th, moving the pipeline operating pressure 80 psi closer to the hydrate formation range.

Based on the analysis, it is probable that the conditions of the pipeline promoted the conversion of free-water and methane into hydrates throughout this time. The estimated holdup volume of 1,200 barrel plus the estimated volume of water introduced into the pipeline on January 5th and 6th suggests that enough hydrates were formed to fill ~7.7 miles of the 10" pipeline.

The arrival temperature of the pipeline is manually recorded daily. Figure 2 presents the recorded values for various dates between October 2018 and January 2019. Note that the pipeline arrival temperature dropped from 56 °F on January 4th to 35°F on January 5th and finally to 21°F on January 6th.

Furie Operating Alaska, LLC
KL Pipeline Analysis
Root Cause Analysis

19MH168-EM3002
Rev. A
Page 6 of 14

**Figure 2: Recorded pipeline arrival temperature for various dates**



The drop in the arrival temperature was observed when the water rates at the Onshore Facility fell to 0 BWPD, indicating that the thermal mass of the water was converted to hydrates and left in the pipeline.

Based on the drop in the water flowrates from January 3rd to the 4th, it is likely that the event started as early as January 3rd, when the initial increase in the platform departure pressure was observed (refer to Attachment 6.2).

In addition, weather was reviewed to determine if it was a contributing factor in the events that led to the pipeline shut-in. As seen in Attachment 6.4, the ambient temperature did drop prior to the shut-in but the primary cause for the temperature drop in the pipeline happened when the produced water stopped moving through the pipeline. The heat carried from the reservoir to the Onshore Facility lost its ability to transport that heat, further exacerbating the Joule Thompson effect, lowering the pipeline arrival temperature to the low 20's.

### 4.2. Simulation Results

Tables 1 – 3 summarize the results of the evaluation, indicating how the simulation predicted values compare against the values recorded in the field.

**Table 1 Recorded values vs. simulated predicted values for 1/3/19**

| Parameter | Scenario 1 (1/3/19) | | |
| --- | --- | --- | --- |
| | Measured | HYSYS Predicted (No margin) | HYSYS Predicted (5 °F margin) |
| Onshore Arrival Pressure | 340 psig | 331.9 psig | 328.9 psig |
| KLU3A MeOH Required | 220 gpd | | |
| KLU2A MeOH Required | 140 gpd | 2004.24 gpd | 6540.24 gpd |
| KLU1 MeOH Required | 50 gpd | | |

**Table 2 Recorded values vs. simulated predicted values for 1/5/19**

| Parameter | Scenario 2 (1/5/19) | | |
| --- | --- | --- | --- |
| | Measured | HYSYS Predicted (No margin) | HYSYS Predicted (5 °F margin) |
| Onshore Arrival Pressure | 420 psig | 430.3 psig | 429.1 psig |
| KLU3A MeOH Required | 220 gpd | | |
| KLU2A MeOH Required | 140 gpd | 2550.24 gpd | 5280.24 gpd |
| KLU1 MeOH Required | 50 gpd | | |

**Table 3 Recorded values vs. simulated predicted values for 1/9/19**

| Parameter | Scenario 3 (1/9/19) | | |
| --- | --- | --- | --- |
| | Measured | HYSYS Predicted (No margin) | HYSYS Predicted (5 °F margin) |
| Onshore Arrival Pressure | 340 psig | 665.4 psig | 665.4 psig |
| KLU3A MeOH Required | | | |
| KLU2A MeOH Required | 220 gpd | 92.4 gpd | 105 gpd |
| KLU1 MeOH Required | | | |

As shown in the tables above, for the days prior to the shut-in, the amount of methanol injected was significantly less than the amount of methanol required. For the day after

the shut-in, the amount of methanol injected was more than the amount required because the KLU3 (which was the only one online per Attachment 6.2) does not produce free-water.

To free up the pipeline, excess methanol was injected after the shut-in. Despite this effort, the pipeline remained plugged and the methanol was not able to de-stabilize the hydrates. Once the pipeline pressure started increasing following the initial shut-in, the hydrates did not have time to break free and the line continued to be plugged.

By the time that the A1 and A2 wells were shut in, which eliminated any produced water from entering the pipeline, as much as half of the line was filled with hydrates. Thus, the amount of methanol injected into the pipeline was considerably too small to correct for the volume of hydrates that had accumulated in the pipeline. In addition, it is not likely that the velocities in the line could transport the methanol beyond the first hold up point. At lower gas velocities, the holdup volumes in a line will increase and prevent the concentrated methanol from moving past the first liquid hold up in the line.

Figure 3 shows the pipeline arrival pressure recorded in the field vs. the HYSYS predicted value for the same departure pressures. During normal operation, the onshore arrival pressure is controlled by a backpressure valve set at 340 psig. However, during the process upset, the backpressure control valve was not working properly, which allowed the onshore arrival pressure to increase beyond its set point.



**Figure 3: Simulation predicted arrival pressure
vs. recorded arrival pressure in the field**



The difference between the recorded onshore arrival pressures and the HYSYS predicted values for the same departure pressure confirms the presence of a restriction in the line. The recorded differential pressure in the pipeline after December 5th is much higher than the predicted value. However, from December 3rd to December 5th (prior to shut-in), the HYSYS value matches well with the recorded value. Figure 4 shows the hydrate formation curve for the gas handled in the pipeline.

**Figure 4: Hydrate formation temperature vs. pressure for the gas handled in the line**



On the January 4th, the departing pressure for the pipeline increased 23 psi from 450 psig to 473 psig and another 73 psi on January 5th to 546 psig. The conditions for hydrate formation become even more favorable as the pressure in the pipeline started increasing.

The curve shows that at the normal operating pressure of the line, between 450 psig and 340 psig, the hydrate formation temperature is in the low 20's. Since the temperature of the A3 well downstream of the choke is 26 °F and the sea floor temperature is 35 °F, the operating conditions of the line are well within the hydrate formation region.

5.  **CONLCUSIONS**

- Prior to the shut-in and in the days that followed, the conditions inside the pipeline were favorable for hydrate formation

- Prior to the shut-in, the amount of methanol injected was not enough to suppress hydrate formation. The methanol injection rates reported by operations were significantly lower than the simulation predicted values.

- The backpressure valve(s) located at the production facility did not maintain the backpressure at the set point of 340 psig, allowing the pipeline arrival pressure to raise to approximately 420 psig; this condition further promoted the formation of hydrates.

- The HYSYS predicted value for differential pressure between the platform and the onshore facility is significantly lower than the values recorded by operations, conveying the presence of a restriction in the line.

- Water arrival rates at the onshore production facility dropped to zero, indicating the conversion of water to hydrates; instantaneous water rates at the production facility are not available to operations when upset conditions occur.

Furie Operating Alaska, LLC
KL Pipeline Analysis
Root Cause Analysis

19MH168-EM3002
Rev. A
Page 10 of 14

6.  **ATTACHMENTS**

    **6.1. Gas Analysis**

FURIE-BANKR_00200391
DA01734

Chandler Engineering Co.
Model 292/2920 BTU Analyzer

Test time: Nov.30 18 16:17                 Calibration #:  34

Test #: 4                                  Location No. 9071

| | ___ Standard/Dry Analysis ___ | | | | Saturated/Wet Analysis | | |
| | Mole% | BTU* | R.Den* | GPM** | Mole% | BTU* | R.Den* |
|---|---|---|---|---|---|---|---|
| Methane | 99.583 | 1002.64 | 0.5516 -- | | 97.841 | 985.1 | 0.5419 |
| Ethane | 0.036 | 0.63 | 0.0004 | 0.0094 | 0.035 | 0.62 | 0.0004 |
| Propane | 0.007 | 0.17 | 0.0001 | 0.0019 | 0.007 | 0.17 | 0.0001 |
| (C6+) | 0.005 | 0.26 | 0.0002 | 0.0022 | 0.005 | 0.26 | 0.0002 |
| Moisture | 0 | 0 | 0 -- | | 1.75 | 0.88 | 0.0109 |
| Nitrogen | 0.369 | 0 | 0.0036 -- | | 0.363 | 0 | 0.0035 |
| Ideal | 100 | 1003.7 | 0.5558 | 0.0136 | | | |

* : Uncorrected for compressibility at 60.0F & 14.650PSIA.

**: Liquid Volume reported at 60.0F.

| | Standard/Dry Analysis | Saturated/Wet Analysis |
|---|---|---|
| Molar Mass = | 16.204 | 16.131 |
| Relative Density = | 0.5567 | 0.5579 |
| Compressibility Factor = | 0.998 | 0.9979 |
| Gross Heating Value = | 23736. Btu/lb | 23293. Btu/lb |
| Gross Heating Value = | 1005.7 Btu/CF | 989.1 Btu/CF |
| Absolute Gas Density = | 42.3699 lbm/1000CF | 42.4626 lbm/1000CF |
| Wobbe Index = | 1325.63 | |
| Unnormalized Index = | 100.259 | |

Last Calibrated with Calgas of  1051.0 Btu/CF  Nov.13 18 18:07

C6+ Last Update: Feb.10 12 13:24

  C6+ BTU/CF  5065.8, C6+ lbm/Gal 5.64250, and C6+ Mol.Wt.  92.00.

FURIE
KITCHEN LIGHTS UNIT
Temp: 70 Deg. F  Press: 987#
Sample Date: 11-27-18
Run Date: 11-30-18

Run: 2    MSN: 9071

FURIE-BANKR_00200392
DA01735

Furie Operating Alaska, LLC

KL Pipeline Analysis

Root Cause Analysis

19MH168-EM3002

Rev. A

Page 11 of 14

## 6.2. Operator Log

| 12/25/2018 | Gas Volumes (MMSCFD) | Water Production (BBLS) | Flowing Tubing Pressure | Downstream Choke Temp (F) | P/L Departing Pressure | P/L Arrival Pressure | MeOH Rates (gallons) | Operations Notes |
|---|---|---|---|---|---|---|---|---|
| P/L Conditions | 19.1 | 1125 | | | | 445 | 340 0 P/L | MeOH rates to P/L sum of injection points at each well |
| KLU 3A | 9.4 | 0 | 1208 | 26 | | | 120 (flowline) 100 choke | Beluga |
| KLU 2A | 6.8 | 656 | 1348 | 50 | | | 70 (downhole) 80 choke | Sterling Water Production |
| KLU 1 | 2.9 | 469 | 1019 | 54 | | | 50 (downhole) 0 choke | Sterling Water Production |
| **12/26/2018** | | | | | | | | |
| P/L Conditions | 18.6 | 1025 | | | | 446 | 340 0 P/L | |
| KLU 3A | 9.3 | 0 | 1208 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.7 | 580 | 1346 | 50 | | | 70 (downhole) 80 choke | |
| KLU 1 | 2.9 | 445 | 1021 | 54 | | | 50 (downhole) 0 choke | |
| **12/27/2018** | | | | | | | | |
| P/L Conditions | 18.6 | 1120 | | | | 446 | 340 0 P/L | |
| KLU 3A | 9.4 | 0 | 1203 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.7 | 640 | 1342 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.9 | 479 | 1017 | 54 | | | 50 (downhole) 0 choke | |
| **12/28/2018** | | | | | | | | |
| P/L Conditions | 18.6 | 1025 | | | | 446 | 340 0 P/L | |
| KLU 3A | 9.3 | 0 | 1202 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.7 | 586 | 1343 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.9 | 438 | 1016 | 54 | | | 50 (downhole) 0 choke | |
| **12/29/2018** | | | | | | | | |
| P/L Conditions | 18.5 | 1025 | | | | 445 | 340 0 P/L | |
| KLU 3A | 9.3 | 0 | 1199 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.7 | 587 | 1339 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.9 | 438 | 1017 | 54 | | | 50 (downhole) 0 choke | |
| **12/30/2018** | | | | | | | | |
| P/L Conditions | 18.3 | 1030 | | | | 446 | 340 0 P/L | |
| KLU 3A | 9.2 | 0 | 1197 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.6 | 590 | 1335 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.9 | 440 | 1011 | 54 | | | 50 (downhole) 0 choke | |
| **12/31/2018** | | | | | | | | |
| P/L Conditions | 18.4 | 1005 | | | | 445 | 340 0 P/L | |
| KLU 3A | 9.2 | 0 | 1197 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.5 | 575 | 1334 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.9 | 430 | 1001 | 54 | | | 50 (downhole) 0 choke | |
| **1/1/2019** | | | | | | | | |
| P/L Conditions | 18.3 | 1120 | | | | 446 | 340 0 P/L | |
| KLU 3A | 9.2 | 0 | 1195 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.5 | 640 | 1331 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.8 | 450 | 993 | 54 | | | 50 (downhole) 0 choke | |
| **1/2/2019** | | | | | | | | |
| P/L Conditions | 18.3 | 1120 | | | | 445 | 340 0 P/L | |
| KLU 3A | 9.2 | 0 | 1194 | 26 | | | 120 (flowline) 100 choke | |
| KLU 2A | 6.6 | 641 | 1333 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.8 | 479 | 997 | 54 | | | 50 (downhole) 0 choke | |
| **1/3/2019** | | | | | | | | |
| P/L Conditions | 18.15 | 1230 | | | | | 0 P/L | |
| KLU 3A | 9.2 | 0 | 1193 | 26 | | 455 | 340 120 (flowline) 100 choke | |
| KLU 2A | 6.5 | 704 | 1333 | 50 | | | 70 (downhole) 70 choke | |
| KLU 1 | 2.8 | 526 | 987 | 54 | | | 50 (downhole) 0 choke | |

FURIE-BANKR_00200394
DA01737

| 1/4/2019 | | | | | | |
|---|---|---|---|---|---|---|
| P/L Conditions | 18 | 1040 | | | 481 | 340 0 P/L |
| KLU 3A | 5.9 | 0 | 1192 | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 6.5 | 595 | 1322 | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 2.8 | 445 | 988 | 54 | | 50 (downhole) 0 choke |
| 1/5/2019 | | | | | | |
| P/L Conditions | 11.7 | 760 | | | 500 | 420 0 P/L |
| KLU 3A | 5.9 | 0 | 1543 | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 4.2 | 435 | 1344 | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 1.8 | 326 | 784 | 54 | | 50 (downhole) 0 choke |
| 1/6/2019 | | | | | | |
| P/L Conditions | 0 | 0 S/I | | | 484 | 420 0 P/L |
| KLU 3A | 0 | 0 S/I | | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 0 | 0 S/I | | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 0 | 0 S/I | | 54 | | 50 (downhole) 0 choke |
| 1/7/2019 | | | | 1/6/1900 | | |
| P/L Conditions | 6.5 | 210 | | | 407 | 340 0 P/L |
| KLU 3A | 4 | 0 | 1560 | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 2.8 | 210 | 1388 | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 0 | 0 S/I | | 54 | | 50 (downhole) 0 choke |
| 1/8/2019 | | | | | | |
| P/L Conditions | 4.5 | 0 | | | 535 | 340 0 P/L |
| KLU 3A | 4.7 | 0 | 1208 | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 0 | 0 S/I | | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 0 | 0 S/I | | 54 | | 50 (downhole) 0 choke |
| 1/9/2019 | | | | 1/7/1900 | | |
| P/L Conditions | 9.1 | 0 | | | 680 | 340 0 P/L |
| KLU 3A | 9.5 | 0 | 1201 | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 0 | 0 | 1525 | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 0 | 0 S/I | | 54 | | 50 (downhole) 0 choke |
| 1/10/2019 | | | | 1/8/1900 | | |
| P/L Conditions | 6 | 0 | | | 351 | 340 0 P/L |
| KLU 3A | 6.3 | 0 | 1552 | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 0 | 0 S/I | | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 0 | 0 S/I | | 54 | | 50 (downhole) 0 choke |
| 1/11/2019 | | | | 1/9/1900 | | |
| P/L Conditions | 1 | 0 | | | 383 | 380 0 P/L |
| KLU 3A | 1.3 | 0 | 1552 | 26 | | 120 (flowline) 100 choke |
| KLU 2A | 0 | 0 S/I | | 50 | | 70 (downhole) 70 choke |
| KLU 1 | 0 | 0 S/I | | 54 | | 50 (downhole) 0 choke |

FURIE-BANKR_00200395
DA01738

Furie Operating Alaska, LLC
KL Pipeline Analysis
Root Cause Analysis

19MH168-EM3002
Rev. A
Page 12 of 14

### 6.3. Original Design Basis

FURIE-BANKR_00200396
DA01739

| | **TECHNICAL REPORT** | | | | | | | FURIE Operating Alaska LLC | |
|---|---|---|---|---|---|---|---|---|---|
| Client: | Rev | Date | Issued For | By | Chk'd | App'd | Originated By: | | Date: |
| Furie Operating Alaska, LLC | A | 6/29/16 | Review | LV | PR | DK | L. Valcarce | | 6/9/16 |
| Project No.: | | | | | | | Document No.: | | |
| 16MH158 | | | | | | | 16MH158-EM3001 | | |
| Project: | | | | | | | Page: | | |
| Pipeline Flow Assurance | | | | | | | Page 1 of 11 | | |

# FURIE OPERATING ALASKA, LLC

# PIPELINE FLOW ASSURANCE

# BASIS FOR FLOW ASSURANCE AND NODAL ANALYSIS

# JUNE 29, 2016

FURIE-BANKR_00200397
DA01740

Furie Operating Alaska, LLC          16MH158-EM3001
Pipeline Flow Assurance          Rev. A
Basis for Flow Assurance and Nodal Analysis          Page 2 of 11

# TABLE OF CONTENTS

1. BACKGROUND ........................................................................................... 3

2. OBJECTIVE ............................................................................................... 3

3. BASIC DATA ............................................................................................. 3

   3.1  Layout ............................................................................................. 3

   3.2  Production Profile .......................................................................... 4

   3.3  Fluid Composition.......................................................................... 4

   3.4  Environmental Data ...................................................................... 4

   3.5  Formation Geothermal Gradient ................................................... 4

   3.6  Boundary Conditions for the Analysis ........................................... 4

   3.7  Corrosion Inhibitor Injection Data ................................................ 5

   3.8  Hydrate Inhibitor Injection Data ................................................... 5

   3.9  Well Inflow Performance Data....................................................... 5

   3.10 Cost Information and Data for Present Value Analysis ............. 5

   3.11 Permits.......................................................................................... 5

4. APPENDICES ............................................................................................ 6

   4.1  Appendix A: Completion Diagram KLU 1 ..................................... 6

   4.2  Appendix B: Completion Diagram KLU 2..................................... 8

   4.3  Appendix C: Completion Diagram KLU 3.................................. 10

## 1. BACKGROUND

Furie Operating Alaska, LLC requested that M&H evaluate the strategies required for operating the pipeline between the Kitchen Lights platform and the Onshore facility. M&H will make recommendations regarding the pipeline pressure, the hydrate inhibition mitigation method, and necessary procedures for shutdown, restart, ramp-down, ramp-up, pigging operations, and inhibitor regeneration.

M&H recognizes that it is important to incorporate the performance of the wells along with the capabilities of the Onshore facility in order to determine the operational strategy aligned with reducing the overall system operating costs. This means that the entire system will be analyzed in order to determine the most cost effective method of handling this issue. The final recommendation will take into account the net cost of operating the well, operating the pipeline, and installing additional facilities.

## 2. OBJECTIVE

Determine the most cost effective strategy to handle the pipeline between the Kitchen Lights platform and the Onshore facility. The analysis will be performed for one, two, and three wells during the early-life, mid-life, and late-life stages of production.

The analysis will consider Onshore water disposal and inhibitor regeneration in order to assess the best strategy over time, based on a present value evaluation. Per Furie's request, the possibility of drilling an Offshore water disposal well has been discarded due to the associated complexities. However, some preliminary work has already been performed and will be included as an attachment in the final report for Furie's record.

## 3. BASIC DATA

### 3.1 Layout

| Parameter | Segment 1 Riser | | | Segment 2 | Segment 3 |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | Sea Floor | HDD |
| Measured Length (ft.) | 124 | 40 | 21 | 83,183 | 2,945 |
| Overall Measured Elevation Change from Platform Bottom Deck (ft.) | -122 | -25 | -16.50 | 80 | 188 |

Furie Operating Alaska, LLC

16MH158-EM3001

Pipeline Flow Assurance

Rev. A

Basis for Flow Assurance and Nodal Analysis

Page 4 of 11

### 3.2    Production Profile

| Parameter | Well No. 1 (KLU 1) | Well No. 2 (KLU 2) | Well No. 3 (KLU 3) |
|---|---|---|---|
| Max Gas Flowrate (MMSCFD) | 25 | 25 | 15 |
| Max Water Flowrate (BPD) | 100 | 100 | 100 |
| Production Zone | Beluga | Beluga | Upper Sterling |
| Initial Avg. Reservoir Pressure (psig) | 2,814 | 2,745 | 1,800 |
| Skin Factor (Inflow Equation) | 55 | 0 | 0 |
| Depletion Rate (Six Years) | 50% | 50% | 50% |

### 3.3    Fluid Composition

| Component | Mole % |
|---|---|
| Methane | 99.28 |
| Ethane | 0.06 |
| Nitrogen | 0.66 |
| CO2 | 0.00 |
| H2S | 0.00 |

### 3.4    Environmental Data

| Parameter | Specification |
|---|---|
| Sea Floor Temperature (°F) | 35 |
| Isolation Fluid | Clear Brine |

### 3.5    Formation Geothermal Gradient

Please see attached completion diagrams in Appendix A, B, and C.

### 3.6    Boundary Conditions for the Analysis

| Parameter | Boundary Specification |
|---|---|
| Compressor Suction Pressure (psig) | 450 |
| Onshore Arrival Pressure W/O Compression (psig) | 930 |
| Maximum Departure Pressure for KLU 3 (psig) | 840 |
| Free-Water Total Flowrate (PBD) | 200 |

Furie Operating Alaska, LLC
Pipeline Flow Assurance
Basis for Flow Assurance and Nodal Analysis

16MH158-EM3001
Rev. A
Page 5 of 11

### 3.7  Corrosion Inhibitor Injection Data

| Parameter | Specification |
|---|---|
| Type | - |
| Cost Per Gallon ($/gal) | - |
| Additional Equipment Necessary | Yes |

### 3.8  Hydrate Inhibitor Injection Data

| Parameter | Types | | |
|---|---|---|---|
| | Methanol (MeOH) | Methoethylene Glycol (MEG) | Low Dosage Hydrate Inhibitor (LDHI) |
| Cost Per Gallon ($/gal) | 2.95 | - | 15 |
| Additional Equipment Necessary | No | Yes | No |

### 3.9  Well Inflow Performance Data

| Parameter | Units | Specifications |
|---|---|---|
| N Factor (Inflow Equation) | - | 0.705295 |
| C Factor (Inflow Equation) | MCFD/psi^2/CP | 0.0994349 |

### 3.10  Cost Information and Data for Present Value Analysis

| Expenses for PV Analysis | Water Disposal | Hydrate Inhibitor Injection | | | Compression |
|---|---|---|---|---|---|
| | Onshore | MeOH | MEG | LDHI | |
| Equipment Cost | - | N/A | - | N/A | N/A |
| Material Cost | - | $2.95/gal | - | $15/gal | N/A |
| Utility Cost | - | N/A | - | N/A | - |
| Installation Cost | $3.75 Million | N/A | - | N/A | N/A |
| Discount Rate | 10% | 10% | 10% | 10% | N/A |

### 3.11  Permits

| Scenario | Government Permits Required |
|---|---|
| Onshore Water Disposal | Determined by Furie |

## 4.  APPENDICES

### 4.1  Appendix A: Completion Diagram KLU 1

FURIE-BANKR_00200402
DA01745

## Furie Operating Alaska

### Kitchen Lights Unit #4A Osprey-Kay (Beluga Option)



OKB-THF: 28' (Est)

Chemical Injection Mandrel @ ~1640'

SCSSV @ ~1650'

20" 0.875" @ 345' MD

*Displace tubing with Brine/ MEG or MeOH Blend: Hydrate Proof to Unload*

*Tubing above SCSSV to be equipped with non-conductive centralizers*

13-3/8" 72# @ 2,104' MD/1,874' TVD

4-1/2"" 12.75# L-80 8rd ABC Mod IPC (TK 805) Tubing

3.813" X @ 6698'

Gravel Pack Packer @ 6708' MD

Beluga

Perfs 6870-6940' MD

BHP=2491 PSI; BHT= 104 deg F

Both Sleeves CLOSED

Gravel Pack Packer @ 6950' MD

Beluga

Perfs 7190-7285' MD

BHP 2674 psi; BHT= 107 deg F

Both Sleeves CLOSED

Gravel Pack Packer @ 7385' MD

Beluga

Perfs 7455 - 7555' MD

BHP=2811; BHT=110 deg F

Both Sleeves CLOSED

Gravel Pack Packer @ 7565' MD

Beluga

Perfs 7660-7760' MD

BHP=2912; BHT=112 deg F

Both Sleeves OPEN

Sump Packer @ 7770' MD

*CIBP @ 8,300' MD*

9-5/8" 47# P-110 @ 8420' MD/7104' TVD

TD: 8420' MD/7104' TVD

FURIE-BANKR_00200403
DA01746

### 4.2    Appendix B: Completion Diagram KLU 2

FURIE-BANKR_00200404
DA01747

**Furie Operating Alaska**

Kitchen Lights Unit #A-2 Condor (Revised 04May16)



OKB-THF: 28' (Est)

Chemical Injection Mandrel @ 1640'

SCSSV (Self Equalizing) @ 1650'

CIM

SCSSV

20" 0.875" @ 345' MD

*Tubing above SCSSV equipped with non-conductive centralizers*

9.6 – 9.8 ppg NaCl/KCl Packer Fluid

13-3/8" 72# @ 2,300' MD

4-1/2"" 12.75# L-80 CS IPC Tubing

3.813" X @ 6,279'

Gravel Pack Packer @ 6,299 ' MD

Lower Sterling

Perfs 6425-6505' MD (4780-4840' TVD)

BHP=2116 psi; BHT= 97 deg F

Both 2.813" Sleeves CLOSED

Gravel Pack Packer @ 6,515' MD

Upper Beluga

Perfs 7200-7335' MD (5352-5451' TVD)

BHP=2449 psi; BHT= 103 deg F

Both 2.813" Sleeves CLOSED

Isolation Packer @ 7,345' MD

Beluga

Perfs 8060-8200' MD (5980-6080' TVD)

BHP=2814 psi; BHT= 110 deg F

Both 2.813" Sleeves CLOSED

Gravel Pack Packer @ 8,210' MD

Lower Beluga

Perfs 8710-8850' MD (6450-6550' TVD)

BHP=3087 psi; BHT= 115 deg F

Both 2.813" Sleeves OPEN

Sump Packer @ 8860' MD

*CIBP @ 9,680' MD (if TD in wet sand)*

TD: 9,789' MD/7,231' TVD

9-5/8" 47# P-110 BTC Mod @9,789' MD/7,231' TVD

### 4.3   Appendix C: Completion Diagram KLU 3

Furie Operating Alaska

Kitchen Lights Unit #3 - Existing Dec 2015



OKB-THF: 28.38' (Spartan 151-Orig drill and test)

RKB-THF: 36.36' (Moncla 301-tie back to pfm)

13-3/8" TB @ 271.1'; 9-5/8" TB at 273.4' RKB

30" 1.5" @ 400' MD

SCSSV (Self Equalizing) @ 324'

SCSSV

9-7/8 X 7" Crossover at 683'

13-3/8" 72# @ 1,903' MD

9.2 ppg Packer Fluid

2-7/8" 6.5# L-80 8rd ABC Mod IPC Tubing

2.313" X @ 4009'

Gravel Pack Packer @ 4,061' MD

Upper Sterling

SS

Perfs 4190 - 4225' MD/TVD

Both Sleeves (OPEN)

Orig BHP=1800; BHT= 91 deg F

SS

Isolation/Sump Packer @ 4,237' MD

FISH

Top of Fish at 4237'; Composite Bridge Plug at 4300'

2.313" X @ 4397'

Gravel Pack Packer @ 4,441' MD

Lower Sterling

SS

Perfs 4565 - 4592', 4600 - 4632' MD/TVD

BHP=2011; BHT= 94 deg F

SS

Isolation/Sump Packer @4,648' MD

Composite BP at 5700', 5' Cement above

2.313" X @ 5769'

Gravel Pack Packer @ 5,813' MD

Upper Beluga

SS

Perfs 5941 - 5959', 5999 - 6005 MD/TVD

BHP=2673; BHT= 110 deg F

SS

Isolation/Sump Packer @ 6,021' MD

10.0 ppg Packer Fluid

Composite BP at 6700', 5' Cement above

2.313" X @ 6798'

Gravel Pack Packer @ 6,843' MD

Lower Beluga

SS

Perfs 6964 - 6998' MD/TVD

BHP=3457; BHT= 120 deg F

Sump Packer @ 7,010' MD

*TOP Perforator - Uses Zn-Charges vs Steel for less debris*

Completion Drill Pipe:  3-1/2" 13.3# S-135 NC-38
        (5" 19.5# HC-50 if complete in 9-5/8")

*CIBP @ X,XXX' MD (if TD in wet sand)*

7" 35# Q-125/P-110 @ 10,011' MD

TD:  10,393 MD/TVD

*Prefer 7-5/8", better downhole for 2-7/8" and 4-1/2" Screen w/d screen-casing annulus*

FURIE-BANKR_00200407
DA01750

Furie Operating Alaska, LLC
KL Pipeline Analysis
Root Cause Analysis

19MH168-EM3002
Rev. A
Page 13 of 14

### 6.4. Historical Weather for Kenai

| Date | High (°F) | Low (°F) | Precipitation (inches) | Snow | Snow depth |
|---|---|---|---|---|---|
| 1/1/2019 | 39.9 | 34 | 0.02 | - | - |
| 1/2/2019 | 37 | 27.1 | 0.14 | - | - |
| 1/3/2019 | 28.2 | 9.1 | 0 | - | - |
| 1/4/2019 | 13.1 | 0.1 | 0 | - | - |
| 1/5/2019 | 10.2 | -3.8 | 0 | - | - |
| 1/6/2019 | 9.1 | -6.9 | T | - | - |
| 1/7/2019 | 1.2 | -8.9 | T | - | - |
| 1/8/2019 | 12.2 | -4.9 | 0 | - | - |
| 1/9/2019 | 17.2 | 4.1 | 0 | - | - |
| 1/10/2019 | 13.1 | 1.2 | 0 | - | - |
| 1/11/2019 | 5.2 | -8.9 | T | - | - |
| 1/12/2019 | 23.2 | 2.1 | T | - | - |
| 1/13/2019 | 41 | 21.2 | T | - | - |
| 1/14/2019 | 35.1 | 27.1 | 0 | - | - |
| 1/15/2019 | 28.2 | 19.2 | 0 | - | - |
| 1/16/2019 | 34 | 24.3 | 0 | - | - |
| 1/17/2019 | 33.1 | 11.1 | 0 | - | - |
| 1/18/2019 | 18.1 | 1.2 | 0 | - | - |
| 1/19/2019 | 18.1 | -2.7 | 0 | - | - |
| 1/20/2019 | 10.2 | -7.8 | 0 | - | - |
| 1/21/2019 | 20.1 | 9.1 | T | - | - |

FURIE-BANKR_00200408
DA01751

### 6.5. Pipeline Alignment Sheets

FURIE-BANKR_00200409
DA01752

# FURIE

## Operating Alaska LLC

# FURIE PRODUCTION FACILITY
# COOK INLET AREA
# NIKISKI, ALASKA
# 10" PIPELINE SPAN MITIGATION
# M&H PROJECT NO. 16MH201

REFERENCE DRAWINGS

| NO. | DWG. NO | TITLE | NO. | DATE | REVISION | BY | CHK. | APPD. |
|-----|---------|-------|-----|------|----------|----|----|----|
| | | | 0 | 08/10/16 | PIPELINE SPAN MITIGATION 2016 | JS | DK | MA |

**MH** TEXAS REGISTERED ENGINEERING FIRM F-4866
WWW.MHES.COM

| DESIGNED BY | M. TUCKER | SCALE | N.T.S. |
| DRAWN BY | J. SMITH | DATE | 08/03/2016 |
| CHECKED BY | D. KENCHE | DATE | 08/08/2016 |
| APPROVED BY | M. ABBAS | M&H PROJECT NO. | 16MH201 |
| CAD SAVE NO. | 0001.dwg | | |

## FURIE
### Operating Alaska LLC

FURIE PRODUCTION FACILITY
KITCHEN LIGHTS UNIT 3    COOK INLET, ALASKA

COVER SHEET

DRAWING NO. 0001     REVISION NO. 0

FURIE-BANKR_00200410
DA01753

# FURIE

Operating Alaska LLC

## FURIE PRODUCTION FACILITY KITCHEN LIGHTS UNIT 3
## COOK INLET, NIKISKI, ALASKA 99611

### 10" PIPELINE SPAN MITIGATION
### DRAWING INDEX SHEET

GENERAL SHEETS

| REV | DWG. No. | DWG. TITLE |
|-----|----------|------------|
| 0 | 0001 | COVER SHEET |
| 0 | 0002 | DRAWING INDEX |

GENERAL NOTES

| REV | DWG. No. | DWG. TITLE |
|-----|----------|------------|
| 0 | 0302 | GENERAL NOTES |

AS-BUILT ALIGNMENT SHEETS

| REV | DWG. No. | DWG. TITLE |
|-----|----------|------------|
| 0 | 9001 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 0+00 TO STA. 45+00 |
| 0 | 9002 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 45+00 TO STA. 100+00 |
| 0 | 9003 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 100+00 TO STA. 155+00 |
| 0 | 9004 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 155+00 TO STA. 210+00 |
| 0 | 9005 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 210+00 TO STA. 265+00 |
| 0 | 9006 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 265+00 TO STA. 320+00 |
| 0 | 9007 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 320+00 TO STA. 375+00 |
| 0 | 9008 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 375+00 TO STA. 430+00 |
| 0 | 9009 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 430+00 TO STA. 485+00 |
| 0 | 9010 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 485+00 TO STA. 540+00 |
| 0 | 9011 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 540+00 TO STA. 595+00 |
| 0 | 9012 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 595+00 TO STA. 650+00 |
| 0 | 9013 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 650+00 TO STA. 705+00 |
| 0 | 9014 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 705+00 TO STA. 760+00 |
| 0 | 9015 | AS-BUILT ALIGNMENT SHEET SPAN MITIGATION STA. 760+00 TO STA. 813+24 |

REFERENCE DRAWINGS

| NO. | DWG. NO | TITLE | NO. | DATE | REVISION | BY | CHK. | APPD. |
|-----|---------|-------|-----|------|----------|----|----|----|
| | | | 0 | 08/10/16 | PIPELINE SPAN MITIGATION 2016 | JS | DK | MA |

**MH** TEXAS REGISTERED ENGINEERING FIRM F-4000
WWW.MHES.COM

| | | |
|---|---|---|
| DESIGNED BY | M. TUCKER | SCALE NONE |
| DRAWN BY | J. SMITH | DATE 08/03/2016 |
| CHECKED BY | D. KENCHE | DATE 08/08/2016 |
| APPROVED BY | M. ABBAS | MH PROJECT NO. 16M4201 |

CAD SAVE NO. 0002.dwg

# FURIE
Operating Alaska LLC

FURIE PRODUCTION FACILITY
KITCHEN LIGHTS UNIT 3        COOK INLET, ALASKA

DRAWING INDEX

DRAWING NO. 0002     REVISION NO. 0

FURIE-BANKR_00200411
DA01754



## KEY PLAN

SCALE : 1" = 5000'

FURIE OPERATING ALASKA, L.L.C.
KITCHEN LIGHTS UNIT 3
COOK INLET, ALASKA
GENERAL NOTES SHEET

### GENERAL NOTES

1. ALL COORDINATES ARE BASED ON THE ALASKA STATE PLANE NAD83, ZONE 4, US FOOT (AK83-4F). THE ELEVATIONS OF SEA BED, RISERS AND OTHER ELEVATIONS ARE IN FEET RELATIVE TO NIKISKI TIDE STATION MLLW.

2. HYDROTEST OF THE PIPELINE SHALL BE PERFORMED AT 2220 PSIG FOR 8 HOURS

3. WEIGHT OF PIPE IS AS FOLLOWS:
   WITH 2" CONCRETE COATING (190 Lbs/Ft3 DENSITY):
   EMPTY (VOID) DRY WEIGHT 172 Lbs/Ft
   EMPTY (VOID) SUBMERGED WEIGHT 95 Lbs/Ft
   FLOODED SUBMERGED WEIGHT 127 Lbs/Ft
   WITH 2 1/2" CONCRETE COATING (190 Lbs/Ft3 DENSITY):
   EMPTY (VOID) DRY WEIGHT 202 Lbs/Ft
   EMPTY (VOID) SUBMERGED WEIGHT 115 Lbs/Ft
   FLOODED SUBMERGED WEIGHT 147 Lbs/Ft
   WITH 3 1/2" CONCRETE COATING (190 Lbs/Ft3 DENSITY):
   EMPTY (VOID) DRY WEIGHT 270 Lbs/Ft
   EMPTY (VOID) SUBMERGED WEIGHT 160 Lbs/Ft
   FLOODED SUBMERGED WEIGHT 191 LBS/FT

4. THE TABLE BELOW SHOWS DYNAMIC ALLOWABLE SPAN LENGTHS OF THE PIPELINE.

| Station | | Water Depth (ft) | Conc. Coating Thk. (in) | Span Length (ft) | | | |
|---|---|---|---|---|---|---|---|
| From | To | | | Installation | Hydrotest | Operational | Selected |
| 0+00 | 300+00 | 100 | 2 | 35'-5" | 34'-9" | 32'-4" | 32'-4" |
| 0+00 | 300+00 | 80 | 2 | 34'-0" | 33'-3" | 30'-10" | 30'-10" |
| 0+00 | 300+00 | 140 | 2 | 36'-11" | 36'-4" | 33'-10" | 33'-10" |
| 300+00 | 610+00 | 90 | 2.5 | 35'-5" | 35'-1" | 34'-10" | 34'-10" |
| 300+00 | 610+00 | 80 | 2.5 | 34'-1" | 33'-6" | 33'-6" | 33'-6" |
| 300+00 | 610+00 | 75 | 2.5 | 33'-6" | 33'-6" | 33'-6" | 33'-6" |
| 300+00 | 610+00 | 70 | 2.5 | 35'-9" | 35'-1" | 32'-10" | 32'-10" |
| 610+00 | 786+50 | 70 | 3.5 | 36'-5" | 35'-10" | 33'-4" | 33'-4" |
| 610+00 | 786+50 | 45 | 3.5 | 35'-1" | 34'-1" | 30'-4" | 30'-4" |
| 610+00 | 786+50 | 25 | 3.5 | 33'-10" | 32'-10" | 30'-8" | 30'-8" |

NOTE: THE GROUTING BAG, MATTRESSES AND SAND BAGS CAN BE USED WHEN SPAN LENGTHS EXCEED ALLOWABLE LENGTHS FOR THE PIPE.

**NOTES:**

**REFERENCE DRAWINGS**

| NO. | DWG. NO | TITLE | NO. | DATE | REVISION | BY | CHK. | APPD. |
|---|---|---|---|---|---|---|---|---|
| 1 | 9001–9015 | AS-BUILT ALIGNMENT SHEET PLAN AND PROFILE | 0 | 08/10/16 | PIPELINE SPAN MITIGATION 2016 | JS | DK | MA |

**MH** TEXAS REGISTERED ENGINEERING FIRM F-4650
WWW.MKES.COM

| | | |
|---|---|---|
| DESIGNED BY | M. TUCKER | SCALE AS NOTED |
| DRAWN BY | J. SMITH | DATE 08/03/2016 |
| CHECKED BY | D. KENCHE | DATE 08/08/2016 |
| APPROVED BY | M. ABBAS | MKE PROJECT NO. 16MH201 |

**FURIE**
Operating Alaska LLC

FURIE PRODUCTION FACILITY
KITCHEN LIGHTS UNIT 3          COOK INLET, ALASKA

GENERAL NOTES

CAD DWG NO. 0302.DWG          DRAWING NO. 0302          REVISION NO. 0

FURIE-BANKR_00200412
DA01755



FURIE-BANKR_00200413
DA01756



FURIE-BANKR_00200414

DA01757