

FURIE-BANKR_00200415
DA01758



## LEGEND:

- DESIGNED 10" PIPELINE ROUTE
- AS-BUILT PIPELINE ROUTE
- ▲ PIPELINE SPAN
- ▷ PIPE ANODE
- MEASURED BOULDER 0–3.3 FT
- MEASURED BOULDER 3.3–6.6 FT
- MEASURED BOULDER 6.6–9.9 FT
- MEASURED BOULDER 9.9–13.2 FT
- MEASURED BOULDER >13.2 FT
- UNDIMENSIONED BOULDER
- BOULDER FROM LAND SURVEY

### Boulder call-outs (plan view):

ID: 15518–16–S
X=1424653.20
Y=2524053.50
N60°54.1979'
W151°12.7127'

ID: 17434–16–S
STA=174+34
X=1423431.20
Y=2522585.90
N60°53.9533'
W151°13.1186'

ID: 19613–16–S
X=1422040.90
Y=2520925.30
N60°53.6765'
W151°13.5765'

ID: 20203–16–S
STA=202+03
X=1421652.40
Y=2520464.20
N60°53.5997'
W151°13.7045'

ID: 20727–16–S
X=1421316.20
Y=2520062.00
N60°53.5326'
W151°13.8152'

### Profile call-outs:

ID: 15518–16–S
L=122.8'
D=116.5'
H=1.0'
N=3

ID: 17434–16–S
L=108.0'
D=112.6'
H=0.8'
N=3

ID: 19613–16–S
L=85.3'
D=120.6'
H=0.5'
N=2

ID: 20203–16–S
L=107.5'
D=122.7'
H=0.7'
N=2

ID: 20727–16–S
L=152.8'
D=123.4'
H=1.0'
N=4

SCALE IN FEET

M.L.L.W.

KEY PLAN
SCALE: 1"=20,000'

ONSHORE SITE

SCALE IN FEET (HORIZONTAL)
SCALE IN FEET (VERTICAL)

### NOTES:
1. SEE SHEET 0302 FOR GENERAL NOTES.
2. AS-BUILT SURVEY DATA IS FROM TERRASOND LIMITED, ISSUED APRIL 2015.
3. EXISTING SUBSEA FEATURES AS-FOUND BY TERRASOND LIMITED, APRIL 2015.
4. AS-BUILT PIPELINE LOCATION AND SPAN LOCATIONS PROVIDED BY TERRASOND LIMITED, MAY 2016.
5. SPAN ID No. — REFER TO THE 16M#140–EL3001 REPORT.
6. STATIONS ARE BASED ON ORIGINAL DESIGNED PIPELINE GEOMETRY.
7. ALL CURVE DATA, COATINGS, AND ANODE SPACING SHOWN ARE FROM THE ORIGINAL DESIGNED 10" PIPELINE.

### SPAN ABBREVIATIONS:
ID = SPAN ID No.
L = SPAN LENGTH
D = WATER DEPTH
H = SPAN HEIGHT
N = No. OF SUPPORTS/PINS

### Pipeline data header:
10.75" O.D. x 0.625" WT. API 5L GR. X52

COATINGS: 14–16 MILS FBE + 2" CONCRETE COATING (DENSITY 190 Lbs/Ft3)

ANODE SPACING: 39' (1 IN 9 JOINTS)

M.A.O.P. HYDRO TEST PRESS. (P.S.I.G.): 1491/2220

| DWG. NO. | REF. DRAWINGS | NO. | DATE | REVISION | BY | CHK. | APPD. |
|---|---|---|---|---|---|---|---|
| 0302 | GENERAL NOTES | 0 | 08/10/16 | PIPELINE SPAN MITIGATION 2016 | JS | DK | MA |

MH TEXAS REGISTERED ENGINEERING FIRM F-4908
WWW.MHOS.COM

FURIE
Operating Alaska LLC

FURIE PRODUCTION FACILITY
KITCHEN LIGHTS UNIT 3        COOK INLET, ALASKA

AS-BUILT ALIGNMENT SHEET
SPAN MITIGATION
STA. 155+00 TO STA. 210+00

| | | |
|---|---|---|
| DESIGNED BY: M. TUCKER | SCALE: NOTED | |
| DRAWN BY: J. SMITH | DATE: 08/03/2016 | |
| CHECKED BY: D. KENCHE | DATE: 08/08/2016 | |
| APPROVED BY: M. ABBAS | MH PROJECT NO. 16M#1201 | |

DWG SAVE AS: 9004.DWG

DRAWING NO. 9004        REVISION NO. 0

FURIE-BANKR_00200416
DA01759





FURIE-BANKR_00200418

DA01761





FURIE-BANKR_00200420
DA01763





FURIE-BANKR_00200422
DA01765



LEGEND:

- DESIGNED 10" PIPELINE ROUTE
- AS-BUILT 10" PIPELINE ROUTE
- ▲ PIPELINE SPAN
- PIPE ANODE
- MEASURED BOULDER 0–3.3 FT
- MEASURED BOULDER 3.3–6.6 FT
- MEASURED BOULDER 6.6–9.9 FT
- MEASURED BOULDER 9.9–13.2 FT
- MEASURED BOULDER >13.2 FT
- UNDIMENSIONED BOULDER
- BOULDER FROM LAND SURVEY

STA 585+73.12
CROSSING (KKFL)
L=140621B.43
N=2494587.40
N 60°47'43.14"
W 151°17'59.51"

NOTES:
1. SEE SHEET 0302 FOR GENERAL NOTES.
2. AS-BUILT SURVEY DATA IS FROM TERRASOND LIMITED, ISSUED APRIL 2015.
3. EXISTING SUBSEA FEATURES AS-FOUND BY TERRASOND LIMITED, APRIL 2015.
4. AS-BUILT PIPELINE LOCATION AND SPAN LOCATIONS PROVIDED BY TERRASOND LIMITED, MAY 2016.
5. SPAN ID No.— REFER TO THE 16M-0140-EL3001 REPORT.
6. STATIONS ARE BASED ON ORIGINAL DESIGNED PIPELINE GEOMETRY.
7. ALL CURVE DATA, COATINGS, AND ANODE SPACING SHOWN ARE FROM THE ORIGINAL DESIGNED 10" PIPELINE.

SPAN ABBREVIATIONS:
ID = SPAN ID No.
L = SPAN LENGTH
D = WATER DEPTH
H = SPAN HEIGHT
N = No. OF SUPPORTS/PINS

KEY PLAN
SCALE: 1"=20,000'

TEXAS REGISTERED ENGINEERING FIRM F-4995
WWW.MHSE.COM

FURIE
Operating Alaska LLC

FURIE PRODUCTION FACILITY
KITCHEN LIGHTS UNIT 3    COOK INLET, ALASKA

AS-BUILT ALIGNMENT SHEET
SPAN MITIGATION
STA. 540+00 TO STA. 595+00

| | | |
|---|---|---|
| DESIGNED BY | M. TUCKER | SCALE: NOTED |
| DRAWN BY | A. SMITH | DATE 08/03/2016 |
| CHECKED BY | D. KENCHE | DATE 08/08/2016 |
| APPROVED BY | M. ABBAS | PROJECT NO. 16M-0201 |

| DWG. NO. | REV. DRAWINGS | NO. | DATE | REVISION | BY | CHK. | APPD. |
|---|---|---|---|---|---|---|---|
| 0302 | GENERAL NOTES | 0 | 08/10/16 | PIPELINE SPAN MITIGATION 2016 | JS | DK | MA |

CAD SAVE NO. 9011.DWG    DRAWING NO. 9011    REVISION NO. 0

FURIE-BANKR_00200423
DA01766



FURIE-BANKR_00200424
DA01767



FURIE-BANKR_00200425
DA01768



LEGEND:

| — DESIGNED 10" PIPELINE ROUTE |
| — AS-BUILT 10" PIPELINE ROUTE |
| ▲ PIPELINE SPAN |
| ▼ PIPE ANODE |
| ● MEASURED BOULDER 0–3.3 FT |
| ● MEASURED BOULDER 3.3–6.6 FT |
| ● MEASURED BOULDER 6.6–9.9 FT |
| ● MEASURED BOULDER 9.9–13.2 FT |
| ● MEASURED BOULDER >13.2 FT |
| ○ UNDIMENSIONED BOULDER |
| ● BOULDER FROM LAND SURVEY |

**CURVE 6 DATA**

| R = 12,000.00' | PC X=1,404,655.81' |
| Δ =00°28'04" | Y=2,473,544.87' |
| L = 97.96' | PT X=1,404,626.08' |
| T = 48.98' | Y=2,473,451.53' |
| | PI X=1,404,641.14' |
| | Y=2,473,498.14' |
| | N60° 45' 50.29" |
| | W151° 19' 06.97" |

ID: b1
STA=706+96
X=1404584.90
Y=2473321.60
N60'45.8091"
W151'19.1338'

STA 759+19.54
ASSUMED BARGE LOCATION
(JUNE 22, 2015)
E=1402978.34
N=2488351.52
N 60°44'59.29"
W 151°19'38.34"

ID: b1
L=34.8'
D=55.3'
H=0.8'
N=1

M.L.L.W.

SCALE IN FEET
200  0  200

SCALE IN FEET (HORIZONTAL)
200  0  200

SCALE IN FEET (VERTICAL)
20  0  20

**KEY PLAN**
SCALE: 1"=20,000'

**NOTES:**
1. SEE SHEET 0302 FOR GENERAL NOTES.
2. AS-BUILT SURVEY DATA IS FROM TERRASOND LIMITED, ISSUED APRIL 2015.
3. EXISTING SUBSEA FEATURES AS-FOUND BY TERRASOND LIMITED, APRIL 2015.
4. AS-BUILT PIPELINE LOCATION AND SPAN LOCATIONS PROVIDED BY TERRASOND LIMITED, MAY 2016.
5. SPAN ID No. — REFER TO THE 16MH140-EL3001 REPORT.
6. STATIONS ARE BASED ON ORIGINAL DESIGNED PIPELINE GEOMETRY.
7. ALL CURVE DATA, COATINGS, AND ANODE SPACING SHOWN ARE FROM THE ORIGINAL DESIGNED 10" PIPELINE.

**SPAN ABBREVIATIONS:**
ID = SPAN ID No.
L = SPAN LENGTH
D = WATER DEPTH
H = SPAN HEIGHT
N = No. OF SUPPORTS/PINS

**TEXAS REGISTERED ENGINEERING FIRM F-4898**
WWW.MHGS.COM

**FURIE**
Operating Alaska LLC

FURIE PRODUCTION FACILITY
KITCHEN LIGHTS UNIT 3          COOK INLET, ALASKA

AS-BUILT ALIGNMENT SHEET
SPAN MITIGATION
STA. 705+00 TO STA. 760+00

| | DESIGNED BY | M. TUCKER | SCALE: | NOTED |
| | DRAWN BY | J. SMITH | DATE: | 08/03/2016 |
| | CHECKED BY | D. KENCHE | DATE: | 08/08/2016 |
| | APPROVED BY | M. ABBAS | | |

| MH PROJECT NO. 16MH1201 |
| CAD DWG NO. 9014.DWG |
| DRAWING NO. 9014 | REVISION NO. 0 |

| DWG. NO. | REF. DRAWINGS | NO. | DATE | REVISION | BY | CHK. | APPD. |
|---|---|---|---|---|---|---|---|
| 0302 | GENERAL NOTES | 0 | 08/10/16 | PIPELINE SPAN MITIGATION 2016 | JS | DK | MA |

FURIE-BANKR_00200426
DA01769



# EXHIBIT 80

DA01771

**WRITTEN CONSENT OF
THE BOARD OF MANAGERS OF
FURIE OPERATING ALASKA, LLC**

_____

August 8, 2019

The undersigned, being all of the members of the Board of Managers (the "Board") of Furie Operating Alaska, LLC, a Delaware limited liability company (the "Company"), hereby adopt the following resolutions by written consent (the "Written Consent") in lieu of a special meeting and hereby consent to, approve and adopt the following resolutions as of the date written above:

> **WHEREAS**, the Board reviewed the materials presented by the management and legal advisers of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

> **WHEREAS**, the Board has had the opportunity to consult with the management and legal advisers of the Company and fully consider each of the strategic alternatives available to the Company.

**I.    VOLUNTARY PETITION UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE**

> **NOW, THEREFORE, IT IS RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code; and

> **FURTHER RESOLVED**, that each of the Chief Financial Officer, Interim Chief Operating Officer, and such other officers as may be designated by the Interim Chief Operating Officer (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief.

**II.    RETENTION OF PROFESSIONALS**

> **FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of McDermott Will & Emery LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code (the "Bankruptcy Code"), to retain a law firm to act as local counsel, as needed, and to take any and all actions to

DM_US 159663640-8.091621.0012

FURIE-ANK_00000136
DA01772

advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of McDermott Will & Emery LLP;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the firm Seaport Global Securities LLC, as investment bankers ("SGS") to, among other things, assist the Company in evaluating its business and prospects, developing a long-term business plan, developing financial data for evaluation by its Governing Body, creditors, or other third parties, in each case, as requested by the Company, evaluating such Company's capital structure, responding to issues related to such Company's financial liquidity, and in any sale, reorganization, business combination, or similar disposition of such Company's assets; and in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of SGS;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Ankura Consulting Group, LLC to represent and assist the Authorized Officers and the Company in carrying out their duties under the Bankruptcy Code, and to, among other things, perform the duties as set forth in that certain engagement letter dated March 23, 2018 by and among the Company and Ankura Consulting Group, LLC; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, to cause to be filed appropriate applications for authority to retain the services of Ankura Consulting Group, LLC;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ the firm of Prime Clerk LLC, as notice and claims agent to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC; and

DM_US 159663640-8.091621.0012

CONFIDENTIAL

FURIE-ANK_00000137
DA01773

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

### III.  GENERAL

**NOW, THEREFORE, IT IS RESOLVED**, that each of the Authorized Officers shall be, and each of them hereby is, authorized and directed, in the name of and on behalf of the Company, to take any and all such actions and to execute and deliver any and all such documents and instruments as the Board, officers of the Company shall deem necessary or advisable in furtherance of, or to carry out the intent and effectuate the purposes of, any of the foregoing resolutions, and the fact that the Board and the officers of the Company have taken any such action or executed or delivered any such document or instrument shall be conclusive evidence of the approval and authorization thereof by the Company;

**FURTHER RESOLVED**, that any and all actions heretofore, concurrently, or hereafter taken by the Board and the officers of the Company in connection with the matters contemplated by the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as fully as if such had been presented to the Board for approval prior to such action or actions being taken;

**FURTHER RESOLVED**, that the actions taken by this Written Consent shall have the same force and effect as if taken by the undersigned at a meeting, duly called and constituted in accordance with the bylaws of the Company;

**FURTHER RESOLVED**, any and all notice of any meeting otherwise required regarding these resolutions or the matters covered hereby is hereby waived in all respects; and

**FURTHER RESOLVED**, that this Written Consent may be sent or delivered by facsimile or other electronic transmission and in any number of counterparts, each of which shall be an original, and such counterparts, when taken together, shall constitute one and same instrument, and shall be legally effective for all purposes.

*[Signature Page to Follow]*

DM_US 159963640-8.091621.0012

CONFIDENTIAL

FURIE-ANK_00000138
DA01774

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____

Kay Rieck
Member Manager

By: _____

William L. Transier
Independent Manager

By: _____

Patrick J. Bartels, Jr.
ECP Manager

[SIGNATURE PAGE - FURIE OPERATING ALASKA, LLC FILING RESOLUTIONS]

CONFIDENTIAL

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____

Kay Rieck
Member Manager

By: *William L. Transier* _____

William L. Transier
Independent Manager

By: _____

Patrick J. Bartels, Jr.
ECP Manager

[SIGNATURE PAGE - FURIE OPERATING ALASKA, LLC FILING RESOLUTIONS]

CONFIDENTIAL

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above.

By: _____
    Kay Rieck
    Member Manager

By: _____
    William L. Transier
    Independent Manager

By: _____
    Patrick J. Bartels, Jr.
    ECP Manager

[Signature Page - Furie Operating Alaska, LLC Filing Resolutions]

# EXHIBIT 81

DA01778

**WRITTEN CONSENT OF**
**THE BOARD OF MANAGERS OF**
**CORNUCOPIA OIL & GAS COMPANY, LLC**

_____

August 8, 2019

The undersigned, being all of the members of the Board of Managers (the "Board") of Cornucopia Oil & Gas Company, LLC, a Delaware limited liability company (the "Company"), hereby adopt the following resolutions by (the "Written Consent") in lieu of a special meeting and hereby consent to, approve and adopt the following resolutions as of the date written above:

WHEREAS, the Board reviewed the materials presented by the management and legal advisers of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business; and

WHEREAS, the Board has had the opportunity to consult with the management and legal advisers of the Company and fully consider each of the strategic alternatives available to the Company.

I.   **VOLUNTARY PETITION UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE**

NOW, THEREFORE, IT IS RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code; and

FURTHER RESOLVED, that each of the Chief Financial Officer, Interim Chief Operating Officer, and such other officers as may be designated by the Interim Chief Operating Officer (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief.

II.   **RETENTION OF PROFESSIONALS**

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of McDermott Will & Emery LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under title 11 of the United States Code (the "Bankruptcy Code"), to retain a law firm to act as local counsel, as needed, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and

DM_US 159663811-8.091621.0012

FURIE-ANK_00000148
DA01779