**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | Case No. 19-11781 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 14 and 185** |

## NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that, on August 9, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion Of Debtors For Entry Of Orders (I)(A) Approving Bidding Procedures For The Sale Of The Debtors Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling An Auction For, And Hearing To Approve, The Sale Of The Debtors Assets, (D) Approving The Form And Manner Of Notice Thereof, (E) Approving Contract Assumption And Assignment Procedures And (F) Granting Related Relief And (II)(A) Approving The Sale Of The Debtors Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) Authorizing The Assumption And Assignment Of Executory Contracts And Unexpired Leases And (C) Granting Related Relief* [D.I. 14].

**PLEASE TAKE FURTHER NOTICE** that, on September 26, 2019, the Court entered that certain order [D.I. 185] (the "Bidding Procedures Order")[2] approving, among other things, the implementation of the Bidding Procedures in connection with the disposition of substantially all of the Debtors' assets and/or equity interests (the "Assets").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, on December 5, 2019, the Debtors conducted an Auction to sell the Debtors' Assets.

**PLEASE TAKE FURTHER NOTICE** that, following the Auction, the Debtors selected Hex L.L.C. as the Successful Bidder, with a Bid of $15,000,010.00 USD. The transaction with the Successful Bidder will be a purchase of equity securities through a plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that, following the Auction, the Debtors selected Energy Capital Partners Mezzanine Opportunities Fund A, LP as DIP Agent and Prepetition Term Loan Administrative Agent as the Alternate Bidder.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Bidding Procedures Order, the Debtors intend to seek court approval for the sale of the Assets in accordance with the acution results summarized on **Exhibit A** at the hearing currently scheduled for **December 12, 2019 at 10:30 a.m. (prevailing Eastern Time)**.

Dated: December 6, 2019
       Wilmington, Delaware

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/  Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:    matthew.ward@wbd-us.com
              ericka.johnson@wbd-us.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Darren Azman (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email:    twwalsh@mwe.com
              dazman@mwe.com
              rorloff@mwe.com

*Counsel to the Debtors and
Debtors in Possession*