# SIGN-IN SHEET

CASE NAME: Furie Operating Alaska, LLC  COURTROOM NO.: 2

CASE NO.: 19-11781 (LSS)  DATE: 12/12/2019

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ericka Johnson | Womble Bond Dickinson | Debtors |
| Matthew Ward | " | " |
| Tim Walsh | McDermott Will & Emery | " |
| Andrew Kratenstein | " | " |
| Tim Cramton | " | " |
| Stacy Lutkus | " | " |
| Maris Kandestin | DLA Piper LLP (US) | Jeffrey Brodsky |
| Anne Rotman | Kirkland + Ellis | ECP |
| Chad Husnick | " | " |
| Mark Collins | Richards Layton | " |
| Robert J. Dehney | ~~Taylor Mitchell/GZA Holdings~~ | |
| Robert G. Taylor III | Law Office / Remant G. Taylor III | Taylor Mitchell/GZA Holdings |
| Jeremy Stone | Butch Boyd Law Firm | Danny Davis, Lawrence Berry |
| Ricardo Palacio | Ashby & Geddes | Bruce Webb & Webb Family Trust |
| Leonard Simon | Pendergraft & Simon | " " " |

# SIGN-IN SHEET

CASE NAME: Furie Operating Alaska, LLC  COURTROOM NO.: 2

CASE NO.: 19-11781 (LSS)  DATE: 12/12/2019

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Root | Archer & Greiner | Royalty & Working Interest Owners |
| David R. Hurst | Cole Schotz | Melody Lenox |
| Lauren Doyle | Milbank | " |
| Daniel M. Perry | " | " |
| Juliet Sarkessian | US Trustee | |
| Ryan Slaugh | Potter Anderson | Ankura |
| Alessandra Glorioso | Dorsey & Whitney | Alaska Pipeline Company |

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein

**Calendar Date:** 12/12/2019
**Calendar Time:** 10:30 AM ET

#2

2nd Revision Dec 12 2019 6:31AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10242609 | Rachel E. Albanese | (212) 335-4775 ext. | DLA Piper US, LLP | Interested Party, Jeff Brodsky / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10245867 | Aisha Al-Muslim | (212) 416-4948 ext. | The Wall Street Journal | Media, Aisha Al-Muslim / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10248602 | Darren Azman | (212) 547-5615 ext. | McDermott Will & Emery LLP | Debtor, Furie Operating Alaska, LLC / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10245967 | David Cook | (202) 496-7301 ext. | Dentons US, LLP | Interested Party, David Cook / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10245908 | Sean Daly | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10242537 | Brad Foxman | (214) 220-7905 ext. | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LIVE |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10243256 | Daniel Geoghan | (646) 563-8925 ext. | Cole Schotz P.C. | Interested Party, Melody Lenders / LIVE |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10248594 | Daniel H. Gill | (703) 341-3837 ext. | Bloomberg Law | Media, Bloomberg Law - PRESS / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10247658 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10236390 | Patrick Hughes | (713) 547-2550 ext. | Haynes and Boone, LLP | Interested Party, Van Co Oil & Gas Corp. / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10247108 | Gary Kavarsky | (212) 446-4800 ext. | Kirkland & Ellis LLP | Interested Party, Energy Capital Partners / LIVE |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10243039 | Brian Kinney | (212) 530-5392 ext. | Milbank LLP | Interested Party, Brian Kinney / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10243688 | Kevin Liang | (212) 446-4800 ext. | Kirkland & Ellis LLP | Interested Party, Kirkland & Ellis LLP / LISTEN ONLY |
| | | Furie Operating Alaska, LLC | 19-11781 | Hearing | 10247102 | Christian Menefee | (713) 835-3600 ext. | Kirkland & Ellis LLP - Houston | Interested Party, Energy Capital Partners / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10246109 | Glenn Neblett | (214) 674-5076 ext. | Ankura Consulting Group | Debtor, Furie Operating Alaska, LLC / LISTEN ONLY |
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10247335 | Riley T. Orloff | (212) 547-5683 ext. | McDermott Will & Emery LLP | Debtor, Furie Operating Alaska, LLC / LISTEN ONLY |
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10244290 | Robert H. Schmidt | (907) 269-5213 ext. | State of Alaska - Office of the Attorney General | Creditor, State of Alaska / LIVE |
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10242524 | Matthew D. Struble | (214) 220-7800 ext. | Vinson & Elkins LLP | Claimant, ING Capital LLC / LIVE |
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10236418 | John Upton | (469) 677-0101 ext. | GFR Holdings, LP | Interested Party, Van Co Oil & Gas Corp. / LISTEN ONLY |
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10245711 | Michael J. Venditto | (212) 205-6081 ext. | Reed Smith LLP | Shareholder, Brutus AG / LISTEN ONLY |
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10242523 | William Wallander | (214) 220-7905 ext. | Vinson & Elkins LLP | Creditor, ING Capital LLC / LIVE |
| Furie Operating Alaska, LLC | 19-11781 | Hearing | 10245736 | Bruce Webb | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Bruce Webb / LISTEN ONLY |