# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | Case No. 19-11781 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 424** |

## NOTICE OF WITHDRAWAL OF
## CERTIFICATION OF COUNSEL REGARDING CONFIDENTIALITY
## STIPULATION REGARDING CONFIDENTIAL DOCUMENTS AND INFORMATION

PLEASE TAKE NOTICE THAT the above-captioned debtors and debtors in possession, by and through its undersigned counsel, hereby withdraws, without prejudice, its *Certification of Counsel Regarding Confidentiality Stipulation Regarding Confidential Documents and Information* [Docket No. 424] filed on December 19, 2019.

Dated: December 19, 2019
Wilmington, Delaware

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:   matthew.ward@wbd-us.com
         ericka.johnson@wbd-us.com

-and-

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

        **MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:(212) 547-5400
Facsimile: (212) 547-5444
Email:    twwalsh@mwe.com
              rorloff@mwe.com

*Counsel to the Debtors and*
*Debtors in Possession*