**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | § § § | Case No. 19-11781 (LSS) |
| Debtors. | § § § | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 27, 2020 AT 11:00 A.M. (EASTERN TIME)[2]**

**UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

1. Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) for Entry of an Order Authorizing the Retention of Stoel Rives LLP as Special Alaska Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 382; filed December 9, 2019]

    Objection/Response Deadline:    December 23, 2019 at 4:00 p.m.

    Objections/Responses:    Informal comments from the United States Trustee

    Related Documents:

    A.  Supplemental Declaration of Tina M. Grovier in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) for Entry of an Order Authorizing the Retention of Stoel Rives LLP as Special Alaska Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 459; filed January 10, 2020]

    B.  Certification of Counsel Regarding Debtors' Application Pursuant to 11 U.S.C. §§ 327(e) and 328(a) for Entry of an Order Authorizing the Retention of Stoel Rives LLP as Special Alaska Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 460; filed January 10, 2020]

    Status:    A certification of counsel has been filed.  A hearing is only necessary to the extent the Court has any questions or concerns.

---

[1]    The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2]    Please note that the hearing will be held before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at 866-582-6878.

**CONTESTED MATTERS GOING FORWARD:**

2. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling an Auction For, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests And Encumbrances, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 14, filed August 9, 2019]

   <u>Auction and Sale Objections Deadline</u>: December 10, 2019 at 12:00 p.m. (extended to: December 16, 2019 at 4:00 p.m. for the Office of the United States Trustee and December 17, 2019 at 4:00 p.m. for the Certain Royalty and Working Interest Owners)

   <u>Adequate Assurance Objection Deadline</u>: December 10, 2019 at 12:00 p.m. (extended to December 17, 2019 at 4:00 p.m. for (i) the Certain Royalty and Working Interest Owners and (ii) Alaska Pipeline Company)

   <u>Objections/Responses</u>:

   A. Notice to Prospective Bidders re: State of Alaska Bonding and Regulatory Requirements [Docket No. 112, filed September 11, 2019]

   B. State of Alaska's Qualified Non Opposition to Cure Amounts [Docket No. 228, filed October 23, 2019]

   C. Joint Objection and Reservation of Rights of Certain Royalty and Working Interest Owners to Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 229, filed October 23, 2019]

   D. Response and Reservation of Rights of Alaska Pipeline Company to Second Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 297, filed November 20, 2019]

   E. Limited Objection of Clear Creek Independent School District to Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling an Auction For, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests And Encumbrances, (B) Authorizing the Assumption and Assignment of

        Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 363, filed December 5, 2019]

F.   Melody Lenders' Preliminary Objection to Motion of the Debtors for Entry of Order Approving the Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, and Related Relief [Docket No. 393, filed December 10, 2019]

G.   Alaska Pipeline Company's Reservation of Rights Regarding Adequate Assurance of Future Performance by HEX, L.L.C. and Cure Claim [Docket No. 414, filed December 17, 2019]

H.   Preliminary Objection and Reservation of Rights of Certain Royalty and Working Interest Owners to the Motion Of Debtors For Entry Of Orders (I)(A) Approving Bidding Procedures For The Sale Of The Debtors Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling An Auction For, And Hearing To Approve, The Sale Of The Debtors Assets, (D) Approving The Form And Manner Of Notice Thereof, (E) Approving Contract Assumption And Assignment Procedures And (F) Granting Related Relief And (II)(A) Approving The Sale Of The Debtors Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) Authorizing The Assumption And Assignment Of Executory Contracts And Unexpired Leases And (C) Granting Related Relief [Docket No. 417, filed December 17, 2019]

I.   Joinder of Certain Overriding Royalty Interest Owners in Preliminary Sale Objections of the RWIO Group and Reservation of Rights [Docket No. 433, filed December 20, 2019]

Related Documents:

A.   Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Procedures for Stalking Horse Bid Protections, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief [Docket No. 185, entered September 26, 2019]

B.   Notice of Sale, Bidding Procedures, Auction and Sale Hearing [Docket No. 194, filed September 30, 2019]

C.   Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 206, filed October 9, 2019]

D.   Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 207, filed October 10, 2019]

E.   Notice of Filing of Proposed (i) Form Securities and Asset Purchase Agreements and (ii) Sale Order [Docket No. 237, filed October 28, 2019]

  F. Amended Notice of Sale, Bidding Procedures, Auction and Sale Hearing [Docket No. 252, filed November 1, 2019]

  G. Second Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 253, filed November 1, 2019]

  H. Notice of Extended Deadline to Submit Qualified Bids [Docket No. 339, filed December 2, 2019]

  I. Notice of Auction Results [Docket No. 377, filed December 6, 2019]

  J. Notice of Adjournment of Sale Hearing [Docket No. 429; filed December 20, 2019]

 Status: This matter will go forward.

3. Amended Motion of Bruce Webb and The Webb Family Trust (A) Seeking Authority and Standing to Pursue Derivative Claims, If Any, (B) Requesting an Extension of the Challenge Deadline, and (C) Requesting Conversion of Cases to Chapter 7, or, Alternatively, Appointment of Chapter 11 Trustee [Docket No. 283, filed November 18, 2019]

 Objection/Response Deadline: December 5, 2019

 Objections/Responses/Replies:

  A. Debtors' Omnibus Objection to Motions by Webb and the Certain Royalty and Working Interest Owners for Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 365, filed December 5, 2019]

  B. Declaration of Scott M. Pinsonnault in Support of Debtors' Objection to Standing Motions [Docket No. 366, filed December 5, 2019]

  C. Declaration of David W. Elder in Support of Debtors' Objection to Standing Motions [Docket No. 367, filed December 5, 2019]

  D. Declaration of Thomas P. Walsh in Support of Debtors' Objection to Standing Motions [Docket No. 368, filed December 5, 2019]

  E. Declaration of Arthur Wayne McBride in Support of Debtors' Objection to Standing Motions [Docket No. 369, filed December 5, 2019]

  F. Declaration of Jeffrey A. Brodsky in Support of Debtors' Objection to Standing Motions [Docket No. 370, filed December 5, 2019]

  G. Declaration of William L. Transier in Support of Debtors' Objection to Standing Motions [Docket No. 371, filed December 5, 2019]

H. Appendix in Support of Debtors' Objection to Standing Motions [Docket No. 372, filed December 5, 2019]

I. ECP's Omnibus Objection to the Webb Movants' and the RWIO Movants' Motions for Derivative Standing and to Extend the Challenge Deadline, and Joinder to the Debtors' Omnibus Objection and the Melody Lenders' Objection Regarding the Same [Docket No. 373, filed December 5, 2019]

J. Melody Lenders' (I) Joinder to ECP's and the Debtors' Objections to the Webb and RWIO Motions and (II) Objection to the Webb and RWIO Motions [Docket No. 374, filed December 5, 2019]

K. Declaration of Stephen P. Morgan in Support of the Melody Lenders' Joinder and Supplemental Objection [Docket No. 375, filed December 5, 2019]

L. Reply in Support of Amended Motion of Bruce Webb and The Webb Family Trust (A) Seeking Authority and Standing to Pursue Derivative Claims, If Any, (B) Requesting an Extension of the Challenge Deadline, and (C) Requesting Conversion of Cases to Chapter 7, or, Alternatively, Appointment of Chapter 11 Trustee [Docket No. 391, filed December 9, 2019]

Related Documents:

A. Order Approving Stipulation [Docket No. 292, filed November 18, 2019]

B. Letter to the Honorable Laurie Selber Silverstein from Counsel to the Debtors Regarding December 20, 2019 Hearing [Docket No. 413; filed December 17, 2019]

C. Order Approving Stipulation of Withdrawal [Docket No. 435; entered December 23, 2019]

D. Letter from Judge Laurie Selber Silverstein [Docket No. 442; filed December 27, 2019]

Status:    This matter will go forward.

4. Motion of Certain Royalty and Working Interest Holders for Entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 285, filed November 18, 2019]

Objection/Response Deadline:    December 5, 2019

Objections/Responses/Replies:

A. Debtors' Omnibus Objection to Motions by Webb and the Certain Royalty and Working Interest Owners for Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 365, filed December 5, 2019]

5

B.  Declaration of Scott M. Pinsonnault in Support of Debtors' Objection to Standing Motions [Docket No. 366, filed December 5, 2019]

C.  Declaration of David W. Elder in Support of Debtors' Objection to Standing Motions [Docket No. 367, filed December 5, 2019]

D.  Declaration of Thomas P. Walsh in Support of Debtors' Objection to Standing Motions [Docket No. 368, filed December 5, 2019]

E.  Declaration of Arthur Wayne McBride in Support of Debtors' Objection to Standing Motions [Docket No. 369, filed December 5, 2019]

F.  Declaration of Jeffrey A. Brodsky in Support of Debtors' Objection to Standing Motions [Docket No. 370, filed December 5, 2019]

G.  Declaration of William L. Transier in Support of Debtors' Objection to Standing Motions [Docket No. 371, filed December 5, 2019]

H.  Appendix in Support of Debtors' Objection to Standing Motions [Docket No. 372, filed December 5, 2019]

I.  ECP's Omnibus Objection to the Webb Movants' and the RWIO Movants' Motions for Derivative Standing and to Extend the Challenge Deadline, and Joinder to the Debtors' Omnibus Objection and the Melody Lenders' Objection Regarding the Same [Docket No. 373, filed December 5, 2019]

J.  Melody Lenders' (I) Joinder to ECP's and the Debtors' Objections to the Webb and RWIO Motions and (II) Objection to the Webb and RWIO Motions [Docket No. 374, filed December 5, 2019]

K.  Declaration of Stephen P. Morgan in Support of the Melody Lenders' Joinder and Supplemental Objection [Docket No. 375, filed December 5, 2019]

L.  Reply in Support of Motion of Certain Royalty and Working Interest Holders for Entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 390, filed December 9, 2019]

Related Documents:

A.  Order Approving Stipulation [Docket No. 292, filed November 18, 2019]

B.  Letter to the Honorable Laurie Selber Silverstein from Counsel to the Debtors Regarding December 20, 2019 Hearing [Docket No. 413; filed December 17, 2019]

C.  Order Approving Stipulation of Withdrawal [Docket No. 435; entered December 23, 2019]

  D.  Letter from Judge Laurie Selber Silverstein [Docket No. 442; filed December 27, 2019]

 Status: This matter will go forward.

5. Joint Motion of Certain Royalty and Working Interest Owners for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 320, filed November 27, 2019]

 Objections/Response Deadline: December 5, 2019 at 4:00 p.m. (extended to December 17, 2019 at 4:00 p.m. for (i) the Debtors and (ii) ECP)

 Objection/Responses:

  A.  Debtors' Objection to Joint Motion of Certain Royalty and Working Interest Owners for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 415, filed December 17, 2019]

  B.  Joinder of Energy Capital Partners to the Debtors' Objection to Joint Motion of Certain Royalty and Working Interest Owners for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 416, filed December 17, 2019]

 Related Documents: None.

 Status: This matter will go forward.

### INTERIM FEE APPLICATIONS

6. Interim Fee Applications[3]

 Objection/Response Deadline: December 23, 2019 at 4:00 p.m. (ET)

 Objections/Responses: Informal comments from the United States Trustee

 Related Documents:

  A.  See Exhibit A attached hereto.

  B.  Declaration of Matthew P. Ward in Support of First Interim Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 9, 2019 through October 31, 2019 [Docket No. 470; filed January 17, 2020]

  C.  Supplemental Declaration of Timothy W. Walsh in Support of First Interim Fee Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from August 9, 2019 through October 31, 2019 [Docket No. 478; filed January 23, 2020]

---

[3] Fee application binders were previously submitted to the Court on January 6, 2020.

D.     Declaration of Christopher J. Battaglia in Support of First Interim Application of Halperin Battaglia Benzija, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Independent Managers for the Period from September 24, 2019 through October 31, 2019 [Docket No. 479; filed January 23, 2020]

E.     Certificate of No Objection Regarding First Interim Fee Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from August 9, 2019 through October 31, 2019 [Docket No. 480, filed January 23, 2020]

F.     Certificate of No Objection Regarding First Interim Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 9, 2019 through October 31, 2019 [Docket No. 481, filed January 23, 2020]

G.     Certificate of No Objection Regarding First Interim Application of Halperin Battaglia Benzija, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Independent Managers for the Period from September 24, 2019 through October 31, 2019 [Docket No. 482, filed January 23, 2020]

H.     Certificate of No Objection Regarding First Interim Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for the Period from August 9, 2019 through September 30, 2019 [Docket No. 483, filed January 23, 2020]

I.     Certification of Counsel Regarding Proposed Order Approving First Interim Fee Applications [Docket No. 484, filed January 23, 2020]

Status:     A proposed form of order approving the interim fee applications has been filed under certification of counsel. A hearing is only necessary to the extent the Court has any questions or concerns.

Dated: January 23, 2020
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 /s/    *Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 252-4320
Facsimile:      (302) 252-4330
Email:            matthew.ward@wbd-us.com
                      ericka.johnson@wbd-us.com

-and-

**McDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:     (212) 547-5400
Facsimile:      (212) 547-5444
Email:            twwalsh@mwe.com
                      rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*

## **EXHIBIT A**

Index to Fee Application Binders Submitted January 6, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FURIE OPERATING ALASKA, LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 19-11781 (LSS)<br><br>Jointly Administered |

## INDEX OF FEE APPLICATIONS

**MCDERMOTT WILL & EMERY LLP**
**Counsel to the Debtors**

1. First Interim Fee Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from August 9, 2019 through October 31, 2019 [Docket No. 340; filed December 2, 2019]

    A. First Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from August 9, 2019 to August 31, 2019 [Docket No. 175; filed September 23, 2019]

    B. Certificate of No Objection Regarding First Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from August 9, 2019 to August 31, 2019 [Docket No. 215; filed October 17, 2019]

    C. Second Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from September 1, 2019 to September 30, 2019 [Docket No. 219; filed October 22, 2019]

    D. Certificate of No Objection Regarding Second Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from September 1, 2019 to September 30, 2019 [Docket No. 274; filed November 13, 2019]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

    E.    Third Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from October 1, 2019 to October 31, 2019 [Docket No. 312; filed November 22, 2019]

    F.    Certificate of No Objection Regarding Third Monthly Application of McDermott Will & Emery LLP for Allowance of Compensation and Reimbursement of Expenses as Debtors' Counsel for the Period from October 1, 2019 to October 31, 2019 [Docket No. 406; filed December 13, 2019]

    G.    Supplement to the First Interim Fee Application of McDermott Will & Emery LLP for the Period from August 9, 2019 through October 31, 2019 [Docket No. 398; filed December 11, 2019]

**WOMBLE BOND DICKINSON (US) LLP**
**Co-Counsel to the Debtors**

2.    First Interim Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 9, 2019 through October 31, 2019 [Docket No. 342; filed December 2, 2019]

    A.    First Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 9, 2019 through August 31, 2019 [Docket No. 300; filed November 20, 2019]

    B.    Certificate of No Objection Regarding First Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from August 9, 2019 through August 31, 2019 [Docket No. 405; filed December 13, 2019]

    C.    Second Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from September 1, 2019 through September 30, 2019 [Docket No. 315; filed November 26, 2019]

    D.    Certificate of No Objection Regarding Second Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from September 1, 2019 through September 30, 2019 [Docket No. 421; filed December 18, 2019]

    E.    Third Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from September 1, 2019 through September 30, 2019 [Docket No. 316; filed November 26, 2019]

F.  Certificate of No Objection Regarding Third Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from September 1, 2019 through September 30, 2019 [Docket No. 422; filed December 18, 2019]

**PRIME CLERK LLC**
**Administrative Advisor to the Debtors**

3.  First Interim Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for the Period from August 9, 2019 through September 30, 2019 [Docket No. 344; filed December 2, 2019]

    A.  Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Periods from (i) August 9, 2019 through August 31, 2019 and (ii) September 1, 2019 through September 30, 2019 [Docket No. 230; filed October 23, 2019]

    B.  Certificate of No Objection Regarding Combined Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Periods from (i) August 9, 2019 through August 31, 2019 and (ii) September 1, 2019 through September 30, 2019 [Docket No. 298; filed November 20, 2019]

**HALPERIN BATTAGLIA BENZIJA, LLP**
**Counsel to the Independent Managers**

4.  First Interim Application of Halperin Battaglia Benzija, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Independent Managers for the Period from September 24, 2019 through October 31, 2019 [Docket No. 341; filed December 2, 2019]

    A.  Monthly Application of Halperin Battaglia Benzija, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Independent Managers, for the Period from September 24, 2019 through October 31, 2019 [Docket No. 318; filed November 27, 2019]

    B.  Certificate of No Objection Regarding Monthly Application of Halperin Battaglia Benzija, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Independent Managers, for the Period from September 24, 2019 through October 31, 2019 [Docket No. 428; filed December 19, 2019]