**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | § § § | Case No. 19-11781 (LSS) |
| Debtors. | § § § | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON FEBRUARY 19, 2020 AT 2:00 P.M. (EASTERN TIME)[2]**

**CONTESTED MATTERS GOING FORWARD:**

1.  Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling an Auction For, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests And Encumbrances, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 14, filed August 9, 2019]

    <u>Auction and Sale Objections Deadline</u>: December 10, 2019 at 12:00 p.m. (extended to: December 16, 2019 at 4:00 p.m. for the Office of the United States Trustee and December 17, 2019 at 4:00 p.m. for the Certain Royalty and Working Interest Owners)

    <u>Adequate Assurance Objection Deadline</u>: December 10, 2019 at 12:00 p.m. (extended to December 17, 2019 at 4:00 p.m. for (i) the Certain Royalty and Working Interest Owners and (ii) Alaska Pipeline Company)

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] Please note that the hearing will be held before the Honorable Laurie Selber Silverstein in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically must contact COURTCALL, LLC at 866-582-6878.

Objections/Responses:

A.  Notice to Prospective Bidders re: State of Alaska Bonding and Regulatory Requirements [Docket No. 112, filed September 11, 2019]

B.  State of Alaska's Qualified Non Opposition to Cure Amounts [Docket No. 228, filed October 23, 2019]

C.  Joint Objection and Reservation of Rights of Certain Royalty and Working Interest Owners to Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 229, filed October 23, 2019]

D.  Response and Reservation of Rights of Alaska Pipeline Company to Second Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 297, filed November 20, 2019]

E.  Limited Objection of Clear Creek Independent School District to Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling an Auction For, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests And Encumbrances, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 363, filed December 5, 2019]

F.  Melody Lenders' Preliminary Objection to Motion of the Debtors for Entry of Order Approving the Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, and Related Relief [Docket No. 393, filed December 10, 2019]

G.  Alaska Pipeline Company's Reservation of Rights Regarding Adequate Assurance of Future Performance by HEX, L.L.C. and Cure Claim [Docket No. 414, filed December 17, 2019]

H.  Preliminary Objection and Reservation of Rights of Certain Royalty and Working Interest Owners to the Motion Of Debtors For Entry Of Orders (I)(A) Approving Bidding Procedures For The Sale Of The Debtors Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling An Auction For, And Hearing To Approve, The Sale Of The Debtors Assets, (D) Approving The Form And Manner Of Notice Thereof, (E) Approving Contract Assumption And Assignment Procedures And (F) Granting Related Relief And (II)(A) Approving The Sale Of The Debtors Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) Authorizing The Assumption And Assignment Of Executory Contracts And Unexpired Leases And (C) Granting Related Relief [Docket No. 417, filed December 17, 2019]

I.  Joinder of Certain Overriding Royalty Interest Owners in Preliminary Sale Objections of the RWIO Group and Reservation of Rights [Docket No. 433, filed December 20, 2019]

Related Documents:

A.  Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Procedures for Stalking Horse Bid Protections, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief [Docket No. 185, entered September 26, 2019]

B.  Notice of Sale, Bidding Procedures, Auction and Sale Hearing [Docket No. 194, filed September 30, 2019]

C.  Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 206, filed October 9, 2019]

D.  Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 207, filed October 10, 2019]

E.  Notice of Filing of Proposed (i) Form Securities and Asset Purchase Agreements and (ii) Sale Order [Docket No. 237, filed October 28, 2019]

F.  Amended Notice of Sale, Bidding Procedures, Auction and Sale Hearing [Docket No. 252, filed November 1, 2019]

G.  Second Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 253, filed November 1, 2019]

H.  Notice of Extended Deadline to Submit Qualified Bids [Docket No. 339, filed December 2, 2019]

I.  Notice of Auction Results [Docket No. 377, filed December 6, 2019]

J.  Notice of Adjournment of Sale Hearing [Docket No. 429; filed December 20, 2019]

Status:  This matter will go forward. The parties continue to negotiate and document a proposed resolution and anticipate that the matter will go forward on a consensual basis.

2. Amended Motion of Bruce Webb and The Webb Family Trust (A) Seeking Authority and Standing to Pursue Derivative Claims, If Any, (B) Requesting an Extension of the Challenge Deadline, and (C) Requesting Conversion of Cases to Chapter 7, or, Alternatively, Appointment of Chapter 11 Trustee [Docket No. 283, filed November 18, 2019]

   Objection/Response Deadline:    December 5, 2019

   Objections/Responses/Replies:

   A. Debtors' Omnibus Objection to Motions by Webb and the Certain Royalty and Working Interest Owners for Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 365, filed December 5, 2019]

   B. Declaration of Scott M. Pinsonnault in Support of Debtors' Objection to Standing Motions [Docket No. 366, filed December 5, 2019]

   C. Declaration of David W. Elder in Support of Debtors' Objection to Standing Motions [Docket No. 367, filed December 5, 2019]

   D. Declaration of Thomas P. Walsh in Support of Debtors' Objection to Standing Motions [Docket No. 368, filed December 5, 2019]

   E. Declaration of Arthur Wayne McBride in Support of Debtors' Objection to Standing Motions [Docket No. 369, filed December 5, 2019]

   F. Declaration of Jeffrey A. Brodsky in Support of Debtors' Objection to Standing Motions [Docket No. 370, filed December 5, 2019]

   G. Declaration of William L. Transier in Support of Debtors' Objection to Standing Motions [Docket No. 371, filed December 5, 2019]

   H. Appendix in Support of Debtors' Objection to Standing Motions [Docket No. 372, filed December 5, 2019]

   I. ECP's Omnibus Objection to the Webb Movants' and the RWIO Movants' Motions for Derivative Standing and to Extend the Challenge Deadline, and Joinder to the Debtors' Omnibus Objection and the Melody Lenders' Objection Regarding the Same [Docket No. 373, filed December 5, 2019]

   J. Melody Lenders' (I) Joinder to ECP's and the Debtors' Objections to the Webb and RWIO Motions and (II) Objection to the Webb and RWIO Motions [Docket No. 374, filed December 5, 2019]

   K. Declaration of Stephen P. Morgan in Support of the Melody Lenders' Joinder and Supplemental Objection [Docket No. 375, filed December 5, 2019]

4

L.     Reply in Support of Amended Motion of Bruce Webb and The Webb Family Trust (A) Seeking Authority and Standing to Pursue Derivative Claims, If Any, (B) Requesting an Extension of the Challenge Deadline, and (C) Requesting Conversion of Cases to Chapter 7, or, Alternatively, Appointment of Chapter 11 Trustee [Docket No. 391, filed December 9, 2019]

M.    ECP's Supplemental Memorandum in Support of the Objections to Webb Movants' and RWIO Movants' Motions for Derivative Standing and to Extend the Challenge Period and Joinder to the Debtors' Supplemental Memorandum [Docket No. 508; filed February 6, 2020]

N.     Debtors' Supplemental Memorandum in Further Support of Omnibus Objection to Motions by Webb and the Certain Royalty and Working Interest Owners for Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 509; filed February 6, 2020]

O.     Pre-Argument Brief of Bruce Webb and the Webb Family Trust [Docket No. 510; filed February 6, 2020]

P.     Supplemental Statement in Support of the Motion of Certain Royalty and Working Interest Owners for entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting, Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 511; filed February 6, 2020]

Related Documents:

A.     Order Approving Stipulation [Docket No. 292, filed November 18, 2019]

B.     Letter to the Honorable Laurie Selber Silverstein from Counsel to the Debtors Regarding December 20, 2019 Hearing [Docket No. 413; filed December 17, 2019]

C.     Order Approving Stipulation of Withdrawal [Docket No. 435; entered December 23, 2019]

D.     Letter from Judge Laurie Selber Silverstein [Docket No. 442; filed December 27, 2019]

Status:    This matter will go forward. The parties continue to negotiate and document a proposed resolution and anticipate that the matter will go forward on a consensual basis.

3.    Motion of Certain Royalty and Working Interest Holders for Entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 285, filed November 18, 2019]

Objection/Response Deadline:     December 5, 2019

Objections/Responses/Replies:

A. Debtors' Omnibus Objection to Motions by Webb and the Certain Royalty and Working Interest Owners for Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 365, filed December 5, 2019]

B. Declaration of Scott M. Pinsonnault in Support of Debtors' Objection to Standing Motions [Docket No. 366, filed December 5, 2019]

C. Declaration of David W. Elder in Support of Debtors' Objection to Standing Motions [Docket No. 367, filed December 5, 2019]

D. Declaration of Thomas P. Walsh in Support of Debtors' Objection to Standing Motions [Docket No. 368, filed December 5, 2019]

E. Declaration of Arthur Wayne McBride in Support of Debtors' Objection to Standing Motions [Docket No. 369, filed December 5, 2019]

F. Declaration of Jeffrey A. Brodsky in Support of Debtors' Objection to Standing Motions [Docket No. 370, filed December 5, 2019]

G. Declaration of William L. Transier in Support of Debtors' Objection to Standing Motions [Docket No. 371, filed December 5, 2019]

H. Appendix in Support of Debtors' Objection to Standing Motions [Docket No. 372, filed December 5, 2019]

I. ECP's Omnibus Objection to the Webb Movants' and the RWIO Movants' Motions for Derivative Standing and to Extend the Challenge Deadline, and Joinder to the Debtors' Omnibus Objection and the Melody Lenders' Objection Regarding the Same [Docket No. 373, filed December 5, 2019]

J. Melody Lenders' (I) Joinder to ECP's and the Debtors' Objections to the Webb and RWIO Motions and (II) Objection to the Webb and RWIO Motions [Docket No. 374, filed December 5, 2019]

K. Declaration of Stephen P. Morgan in Support of the Melody Lenders' Joinder and Supplemental Objection [Docket No. 375, filed December 5, 2019]

L. Reply in Support of Motion of Certain Royalty and Working Interest Holders for Entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 390, filed December 9, 2019]

M. ECP's Supplemental Memorandum in Support of the Objections to Webb Movants' and RWIO Movants' Motions for Derivative Standing and to Extend

        the Challenge Period and Joinder to the Debtors' Supplemental Memorandum [Docket No. 508; filed February 6, 2020]

N. Debtors' Supplemental Memorandum in Further Support of Omnibus Objection to Motions by Webb and the Certain Royalty and Working Interest Owners for Standing and Authority to Prosecute Claims on Behalf of the Debtors' Estates and for Related Relief [Docket No. 509; filed February 6, 2020]

O. Pre-Argument Brief of Bruce Webb and the Webb Family Trust [Docket No. 510; filed February 6, 2020]

P. Supplemental Statement in Support of the Motion of Certain Royalty and Working Interest Owners for entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting, Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates [Docket No. 511; filed February 6, 2020]

Related Documents:

A. Order Approving Stipulation [Docket No. 292, filed November 18, 2019]

B. Letter to the Honorable Laurie Selber Silverstein from Counsel to the Debtors Regarding December 20, 2019 Hearing [Docket No. 413; filed December 17, 2019]

C. Order Approving Stipulation of Withdrawal [Docket No. 435; entered December 23, 2019]

D. Letter from Judge Laurie Selber Silverstein [Docket No. 442; filed December 27, 2019]

Status: This matter will go forward. The parties continue to negotiate and document a proposed resolution and anticipate that the matter will go forward on a consensual basis.

4. Joint Motion of Certain Royalty and Working Interest Owners for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 320, filed November 27, 2019]

    Objection/Response Deadline: December 5, 2019 at 4:00 p.m. (extended to December 17, 2019 at 4:00 p.m. for (i) the Debtors and (ii) ECP)

Objections/Responses:

A. Debtors' Objection to Joint Motion of Certain Royalty and Working Interest Owners for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 415, filed December 17, 2019]

7

B.  Joinder of Energy Capital Partners to the Debtors' Objection to Joint Motion of Certain Royalty and Working Interest Owners for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 416, filed December 17, 2019]

Related Documents:    None.

Status:    This matter will go forward.  The parties continue to negotiate and document a proposed resolution and anticipate that the matter will go forward on a consensual basis.

Dated: February 14, 2020
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 /s/    Ericka F. Johnson
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email:    matthew.ward@wbd-us.com
    ericka.johnson@wbd-us.com

-and-

**McDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:    (212) 547-5400
Facsimile:    (212) 547-5444
Email:    twwalsh@mwe.com
    rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*