## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | Case No. 19-11781 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 14, 185, and 377** |

### AMENDED NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that, this *Amended Notice of Auction Results* amends the *Notice of Auction Results* [D.I. 377] (the "Initial Auction Notice") previously filed by the Debtors on December 6, 2019.

**PLEASE TAKE FURTHER NOTICE** that, on August 9, 2019, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion Of Debtors For Entry Of Orders (I)(A) Approving Bidding Procedures For The Sale Of The Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling An Auction For, And Hearing To Approve, The Sale Of The Debtors' Assets, (D) Approving The Form And Manner Of Notice Thereof, (E) Approving Contract Assumption And Assignment Procedures And (F) Granting Related Relief And (II)(A) Approving The Sale Of The Debtors' Assets Free And Clear Of Liens, Claims, Interests And Encumbrances, (B) Authorizing The Assumption And Assignment Of Executory Contracts And Unexpired Leases And (C) Granting Related Relief* [D.I. 14] (the "Bidding Procedures and Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that, on September 26, 2019, the Court entered that certain order [D.I. 185] (the "Bidding Procedures Order")[2] approving certain relief requested in the Bidding Procedures and Sale Motion, including, without limitation, the implementation of the Bidding Procedures in connection with the disposition of substantially all of the Debtors' assets and/or equity interests (the "Assets").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Bidding Procedures Order, on December 5, 2019, the Debtors conducted an Auction to sell the Debtors' Assets.

**PLEASE TAKE FURTHER NOTICE** that, following the Auction, the Debtors filed the Initial Auction Notice announcing HEX L.L.C. ("HEX") as the Successful Bidder and Energy

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Bidding Procedures Order.

Capital Partners Mezzanine Opportunities Fund A, LP as DIP Agent and Prepetition Term Loan Administrative Agent ("ECP") as the Alternate Bidder.

**PLEASE TAKE FURTHER NOTICE** that, following the filing of the Initial Auction Notice, the Debtors and HEX attempted to negotiate a purchase agreement to embody the terms of HEX's Bid, the terms of which were read into the record at the Auction. However, HEX failed to make subsequent good faith deposits on December 24, 2019 or January 10, 2020 or provide proof of financial wherewithal to consummate a transaction by January 10, 2020, each as required under the terms of its Bid. Further, despite repeated efforts by the Debtors, HEX failed to execute a purchase agreement consistent with the terms of its Bid or otherwise negotiate such agreement in good faith. The Debtors (i) advised HEX of the foregoing defaults in reservation of rights letters dated December 27, 2019 and January 29, 2020, (ii) requested that HEX immediately cure such defaults, and (iii) reserved all rights and remedies with respect to HEX's failure to comply with the terms of its Bid.

**PLEASE TAKE FURTHER NOTICE** that, based on HEX's numerous defaults and its failure to negotiate in good faith, the Debtors, in the exercise of their fiduciary duties and pursuant to Section 10 of the Bidding Procedures, (i) have determined that HEX is no longer a Qualified Bidder, (ii) have declared HEX in default of its Bid initially selected as the highest or otherwise best offer at the Auction, (iii) have advised HEX of the Debtors' decision to declare a default and pursue the Debtors' rights and remedies with respect to such default, and (iv) will take all necessary steps to enforce their rights and remedies, including, without limitation, the Debtors' right to retain the initial good faith deposit made by HEX as liquidated damages.

**PLEASE TAKE FURTHER NOTICE** that, in the exercise of their fiduciary duties and pursuant to Section 10 of the Bidding Procedures, the Debtors have entered into that certain *Acquisition by Foreclosure Agreement*, dated February 17, 2020 (the "Acquisition by Foreclosure Agreement") between and among the Debtors, as sellers, and Kachemak Exploration LLC, a Delaware limited liability company, as the acquirer (the "Acquirer"), which provides for the acquisition of Equity Interests (as defined in the Acquisition by Foreclosure Agreement), and the Debtors' plan to consummate the transactions contemplated thereby, subject to Bankruptcy Court approval, through a confirmed chapter 11 plan of reorganization.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures Order, the Debtors intend to seek entry of the Approval Order attached hereto as **Exhibit A**, approving the Debtors' entry into the Acquisition by Foreclosure Agreement attached as hereto **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors are moving forward with the Sale Hearing currently scheduled for **February 20, 2020 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, in light of the superior offer received from the Acquirer, and in exchange for certain financial accommodations, the Debtors and ECP have agreed to allow ECP to withdraw as the Alternate Bidder.

Dated: February 18, 2020
        Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
S. Alexander Faris (DE Bar No. 6278)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 252-4320
Facsimile:  (302) 252-4330
Email:     matthew.ward@wbd-us.com
           ericka.johnson@wbd-us.com
           alexander.faris@wbd-us.com

-AND-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:  (212) 547-5400
Facsimile:  (212) 547-5444
Email:     twwalsh@mwe.com
           rorloff@mwe.com

*Counsel for the Debtors and Debtors in Possession*

3