# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, et al.,[1] | Case No. 19-11781 (LSS) |
| Debtors. | (Jointly Administered) |

### *FIRST AMENDED*[2] NOTICE REGARDING EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO BE ASSUMED BY THE DEBTORS PURSUANT TO THE PLAN

**PLEASE TAKE NOTICE** that on May 6, 2020, the Debtors filed *The Second Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 754] (as it may be amended, modified, or supplemented from time to time, the "Plan") and (b) *Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 755] (as it may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). On May 8, 2020, the Bankruptcy Court entered an order (a) approving the Disclosure Statement; (b) establishing the voting record date, voting deadline, and other dates; (c) approving procedures for soliciting, receiving, and tabulating votes on Plan and for filing objections to Plan; (d) approving manner and forms of notice and other related documents; and (e) granting related relief [Docket No. 761] (the "Disclosure Statement Order").[3]

**PLEASE TAKE FURTHER NOTICE** that, under the Plan, the Debtors are proposing to assume the Executory Contract(s) and Unexpired Lease(s) on **Schedule 1** hereto to which you are a party.[4]

**PLEASE TAKE FURTHER NOTICE** that section 365(b)(1) of the Bankruptcy Code requires a chapter 11 debtor to cure, or provide adequate assurance that it will promptly cure, any defaults and to provide adequate assurance of future performance under executory contracts and

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] This First Amended Notice was filed to add Contract No. B-36 (Firm and Interruptible Gas Sale and Purchase Agreement dated as of March 3, 2017, between Furie Operating Alaska, LLC and Chugach Electric Association, Inc.) to Schedule 1 hereto.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement Order or the Plan, as applicable.

[4] The Debtors expressly reserve the right to (a) remove any Executory Contract or Unexpired Lease from this Notice and reject such Executory Contract or Unexpired Lease pursuant to the terms of the Plan up until the Effective Date and (b) contest any Claim asserted in connection with assumption of any Executory Contract or Unexpired Lease.

unexpired leases at the time of assumption. The Debtors have conducted a thorough review of their books and records and have determined the amounts required to cure defaults, if any, under the Executory Contract(s) and Unexpired Lease(s) to which you are a party, which amounts (the "Cure Obligations") are listed on **Schedule 1**. Please note that if zero is stated for a particular Executory Contract or Unexpired Lease, the Debtors believe that there is no Cure Obligation outstanding for such contract or lease.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed assumption of the above Executory Contract(s) or Unexpired Lease(s), the Cure Obligation, or to adequate assurance of further performance (an "Assumption Objection") must be filed with the Bankruptcy Court and served (which service may be through the CM/ECF system, with courtesy copies by email) on the Debtors' undersigned counsel no later than **June 5, 2020** (the "Assumption Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if you fail to object timely to the proposed assumption by the Assumption Objection Deadline, you will be deemed to have assented to such assumption or Cure Obligation. **Under the Plan, the assumption of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall result in the full release and satisfaction of any claims against or defaults by the Debtors, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the date the Debtors assume such Executory Contract or Unexpired Lease.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors shall have the right to amend or supplement the Contract Assumption Schedule by, among other things, removing or adding Executory Contracts or Unexpired Leases at any time, provided that in the event of any such amendment of supplement, the affected counterparty shall have no less than fourteen (14) days after service on such counterparty of notice of such amendment or supplement to respond to such amendment or supplement.

**PLEASE TAKE FURTHER NOTICE** that if you file an Assumption Objection and you and the Debtors are not able to settle or resolve the Assumption Objection, the Bankruptcy Court shall determine the amount of any disputed Cure Obligation(s) or objection to assumption at the hearing to consider confirmation of the Plan (the "Confirmation Hearing") or such other hearing date to which the parties may mutually agree or as ordered by the Bankruptcy Court. The Confirmation Hearing will commence on **June 11, 2020, at 11:00 a.m. prevailing Eastern Time**, before the Honorable Laurie S. Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, if you have not received a copy of the Plan or the Disclosure Statement and wish to receive copies of the same, or a copy of the Disclosure Statement Order, related notices and other documents, you may contact the Debtors' Claims and Noticing Agent by: (a) calling the Debtors' restructuring hotline at (844) 236-3904 or (b) writing to Prime Clerk at Furie Operating Alaska Ballot Processing, c/o Prime Clerk, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165, or via email at

furieballots@primeclerk.com. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov or free of charge at https://cases.primeclerk.com/furieoperatingalaska, by clicking on the link to Plan and Disclosure Statement.

PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE BECAUSE THE DEBTORS' RECORDS REFLECT THAT YOU ARE A PARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT WILL BE ASSUMED PURSUANT TO THE PLAN.

**YOU ARE ADVISED TO REVIEW CAREFULLY THE INFORMATION CONTAINED IN THIS NOTICE AND THE RELATED PROVISIONS OF THE PLAN.**

**NO PERSON, INCLUDING PRIME CLERK, HAS BEEN AUTHORIZED TO GIVE ANY ADVICE, INCLUDING LEGAL ADVICE, OR TO MAKE ANY REPRESENTATION REGARDING THE DEBTORS OR THE PLAN. YOU MAY WISH TO CONSULT AN ATTORNEY FOR LEGAL ADVICE.**

Dated: May 15. 2020
      Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

/s/    Ericka F. Johnson
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email:    matthew.ward@wbd-us.com
          ericka.johnson@wbd-us.com

-and-

**MCDERMOTT WILL & EMERY LLP**

Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:    (212) 547-5400
Facsimile:    (212) 547-5444
Email:    twwalsh@mwe.com
          rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*

**Schedule 1**

**List of Assumed Executory Contracts and Unexpired Leases**

For the avoidance of doubt, the Debtors or the Reorganized Debtors, as applicable, reserve the right to alter, amend, modify or supplement the list of assumed Executory Contract and Unexpired Leases in accordance with the Plan, including, without limitation, pursuant to Article V of the Plan, which provides that:

### ARTICLE V
### TREATMENT OF EXECUTORY CONTRACTS
### AND UNEXPIRED LEASES

A. *Assumption and Rejection of Executory Contracts and Unexpired Leases*

On the Effective Date, except as otherwise provided in the Plan, each Executory Contract and Unexpired Lease not previously rejected, assumed, or assumed and assigned, including, without limitation, any employee benefit plans, severance plans, and other Executory Contracts under which employee obligations arise, shall be deemed automatically rejected pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease: (1) is specifically described in the Plan as to be assumed or assumed and assigned in connection with confirmation of the Plan, or is specifically scheduled on the Assumed Contracts and Leases List to be assumed or assumed and assigned (as specified on such list) pursuant to the Plan or the Plan Supplement; (2) is subject to a pending motion to assume such Unexpired Lease or Executory Contract as of the Effective Date; or (3) is a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan.

Unless otherwise indicated, assumptions or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan or the Acquisition Documents are effective as of the Effective Date. Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by a Final Order of the Bankruptcy Court on or after the Effective Date. Notwithstanding anything to the contrary in the Plan, at the direction or with the consent of the Acquirer, and in accordance with the Acquisition by Foreclosure Agreement, the Acquirer (i) may elect to have the Debtors reject any Key Contract at any time prior to the Effective Date, and (ii) shall have the right to alter, amend, modify, or supplement the Assumed Contracts and Leases List identified in Article V.A of the Plan and in the Plan Supplement at any time through and including 45 days after the Effective Date.

| Contract No. | Debtor(s) Party to Contract | Name of Counterparty | Title of Contract | Effective Date | Cure Amount |
|---|---|---|---|---|---|
| A-1 | Furie Operating Alaska, LLC | ACS Long Distance; ACS Internet LLC d/b/a Alaska Communications | Business Services Agreement | 5/15/2015 | $0.00 |
| A-2 | Furie Operating Alaska, LLC | AIM Alaska LLC | Service Order and Storage Agreement | 1/30/2018 | $0.00 |
| A-3 | Furie Operating Alaska, LLC | Air Pollution Testing Inc | Master Service Agreement | 11/7/2017 | $0.00 |
| A-4 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Amendment No. 2 to Gas Sales Agreement | 4/25/2019 | $0.00 |
| A-5 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Gas Sales Agreement | 2/26/2016 | $0.00 |
| A-6 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Amendment to Gas Sales Agreement | 9/13/2017 | $0.00 |
| A-7 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Letter Agreement Regarding | 7/12/2018 | $0.00 |
| A-8 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Amendment No. 3 to Gas Sales Agreement | 2/13/2020 | $0.00 |
| A-9 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures | License Agreement for 3D Seismic Data | 5/29/2015 | $0.00 |
| A-10 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures | Pre Subscription Agreement | 5/29/2015 | $0.00 |
| A-11 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures | Pre Subscription Agreement | 5/29/2015 | $0.00 |
| A-12 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Alaskan Seismic Ventures LLC | Consent to Collateral Assignment | 7/27/2015 | $0.00 |
| A-13 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures LLC | Pre-Subscription Agreement | 7/27/2015 | $0.00 |
| A-14 | Furie Operating Alaska, LLC | American Petroleum Tankers LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-15 | Furie Operating Alaska, LLC | American Petroleum Tankers LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-16 | Furie Operating Alaska, LLC | Apache Alaska Corporation | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-17 | Furie Operating Alaska, LLC | Apache Alaska Corporation | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-18 | Furie Operating Alaska, LLC | Aspen Specialty Insurance Company | Environmental Insurance Policy No. ERA9L4H19 | 4/11/2019 | $0.00 |
| A-19 | Furie Operating Alaska, LLC | ASRC Energy Services Alaska Inc | Master Service Agreement | 1/25/2017 | $0.00 |
| A-20 | Furie Operating Alaska, LLC | ASRC Energy Services E & P Technology Inc | Master Service Agreement | 1/25/2017 | $0.00 |
| A-21 | Furie Operating Alaska, LLC | Aurora Gas LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-22 | Furie Operating Alaska, LLC | Aurora Gas LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-23 | Furie Operating Alaska, LLC | Berkshire Hathaway Homestate Insurance Co. | Automobile Insurance Policy No. 02APM0173401 | 6/18/2018 | $0.00 |
| A-24 | Furie Operating Alaska, LLC | Blue Cross Blue Shield of Texas | Group Managed Health Care and Pharmacy Benefits Contracty | N/A | $0.00 |
| A-25 | Furie Operating Alaska, LLC | BlueCrest Alaska Operating LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-26 | Furie Operating Alaska, LLC | BOS Solutions Inc | Master Service Agreement | 5/29/2018 | $0.00 |
| A-27 | Furie Operating Alaska, LLC | Buccaneer Alaska Operations LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-28 | Furie Operating Alaska, LLC | C&D Production Specialist Co Inc | Master Service Agreement | 3/18/2014 | $0.00 |
| A-29 | Furie Operating Alaska, LLC | Cameron International Corporation | Master Service Agreement Modification No. 1 | 5/30/2013 | $0.00 |
| A-30 | Furie Operating Alaska, LLC | Cameron International Corporation | Master Service Agreement | 8/19/2011 | $0.00 |
| A-31 | Furie Operating Alaska, LLC | CISPRI Services LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-32 | Furie Operating Alaska, LLC | Coffman Engineers Inc | Master Service Agreement | 6/22/2016 | $0.00 |
| A-33 | Furie Operating Alaska, LLC | Command Performance LLC | Master Service Agreement | 1/25/2016 | $0.00 |
| A-34 | Furie Operating Alaska, LLC | ConocoPhillips Alaska Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-35 | Furie Operating Alaska, LLC | ConocoPhillips Alaska Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-36 | Furie Operating Alaska, LLC | Cook Inlet Energy LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-37 | Furie Operating Alaska, LLC | Cook Inlet Energy LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-38 | Furie Operating Alaska, LLC | Cook Inlet Natural Gas Storage Alaska LLC | Interruptible Storage Service Agreement | 8/31/2015 | $0.00 |
| A-39 | Furie Operating Alaska, LLC | Cook Inlet Regional Citizens Advisory Council | Agreement for Funding | 7/1/2015 | $0.00 |
| A-40 | Furie Operating Alaska, LLC | Cook Inlet Spill Prevention and Response Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-41 | Furie Operating Alaska, LLC | Cook Inlet Spill Prevention and Response Inc | Response Action Contract | 1/3/2012 | $0.00 |
| A-42 | Furie Operating Alaska, LLC | Cook Inlet Spill Prevention and Response Inc | Marine Services Contract | 6/16/2014 | $0.00 |
| A-43 | Furie Operating Alaska, LLC | Cosmo Oil of USA Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-44 | Furie Operating Alaska, LLC | Cosmo Oil of USA Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-45 | Furie Operating Alaska, LLC | Cruz Construction Inc | Master Service Agreement | 6/10/2014 | $0.00 |
| A-46 | Furie Operating Alaska, LLC | Danny S. Davis | Ownership Conveyance Agreement | 6/29/2011 | $0.00 |
| A-47 | Furie Operating Alaska, LLC | Danny S. Davis | Letter Agreement | 6/29/2011 | $0.00 |
| A-48 | Furie Operating Alaska, LLC | Danny S. Davis | Letter Re: Working Interest Assignment | 6/29/2011 | $0.00 |
| A-49 | Furie Operating Alaska, LLC | Danny S. Davis | Letter Agreement Working Interest Assignment | 6/29/2011 | $0.00 |
| A-50 | Furie Operating Alaska, LLC | Danny S. Davis | Lease Transfer Agreement | 6/29/2011 | $0.00 |
| A-51 | Furie Operating Alaska, LLC | Danny S. Davis | Kitchen Unit Agreement | 12/11/2006 | $0.00 |
| A-52 | Furie Operating Alaska, LLC | Delta Western Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-53 | Furie Operating Alaska, LLC | Delta Western Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-54 | Furie Operating Alaska, LLC | Dowland-Bach Corporation | Master Service Agreement | 2/26/2016 | $0.00 |
| A-55 | Furie Operating Alaska, LLC | Drilling Services of America Inc | Master Service Agreement | 1/10/2017 | $0.00 |
| A-56 | Furie Operating Alaska, LLC | Eaton Oil Tools Inc | Master Service Agreement | 4/22/2019 | $0.00 |
| A-57 | Furie Operating Alaska, LLC | Emerald Alaska | Master Service Agreement | 5/18/2012 | $0.00 |
| A-58 | Furie Operating Alaska, LLC; Corsair Oil & Gas LLC; Cornucopia Oil & Gas Company, LLC | Energy Capital Partners Mezzanine Opportunities Fund A, LP | JOA Operator Appointment Letter | 7/15/2014 | $0.00 |
| A-59 | Furie Operating Alaska, LLC | Exploitation Technologies LLC | Contractor Service Agreement | 11/20/2015 | $0.00 |
| A-60 | Furie Operating Alaska, LLC | Expro Americas LLC | Master Service Agreement | 9/13/2012 | $0.00 |
| A-61 | Furie Operating Alaska, LLC | FireStar Oilfield Services | Master Service Agreement | 7/31/2015 | $0.00 |
| A-62 | Furie Operating Alaska, LLC | Flint Hills Resources Alaska LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-63 | Furie Operating Alaska, LLC | Flint Hills Resources Alaska LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| A-64 | Furie Operating Alaska, LLC | Fugro Chance Inc; Fugro GeoServices Inc; Fugro-McClelland Marine Geosciences Inc | Master Service Agreement | 4/11/2012 | $0.00 |
| A-65 | Furie Operating Alaska, LLC | GCI Communication | Master Service Agreement | 5/6/2013 | $0.00 |
| A-66 | Furie Operating Alaska, LLC | GCI Communication | Master Service Agreement Modification No. 1 | 6/5/2013 | $0.00 |
| A-67 | Furie Operating Alaska, LLC | Geoservices Inc | Master Service Agreement Modification No. 1 | 7/17/2013 | $0.00 |
| A-68 | Furie Operating Alaska, LLC | Global Diving & Salvage Inc | Master Services Agreement Modification No. 1 | 3/18/2013 | $0.00 |
| A-69 | Furie Operating Alaska, LLC | Global Diving & Salvage Inc | Master Services Agreement | 6/14/2011 | $0.00 |
| A-70 | Furie Operating Alaska, LLC | Gyrodata Inc | Master Service Agreement | 1/5/2015 | $0.00 |
| A-71 | Furie Operating Alaska, LLC | Halliburton Energy Services Inc | Master Service Agreement Modification No. 1 | 9/10/2013 | $0.00 |
| A-72 | Furie Operating Alaska, LLC | Halliburton Energy Services Inc | Master Service Agreement | 5/23/2011 | $0.00 |
| A-73 | Furie Operating Alaska, LLC | Hanover Insurance Company | Office Contents Insurance Policy No. RHD A 16286005 | 11/26/2018 | $0.00 |
| A-74 | Furie Operating Alaska, LLC | Hilcorp Alaska LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-75 | Furie Operating Alaska, LLC | Hilcorp Alaska LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-76 | Furie Operating Alaska, LLC | Hilcorp Alaska LLC | KGF Grind and Inject Facility User Agreement | 12/1/2016 | $0.00 |
| A-77 | Furie Operating Alaska, LLC | Industrial & Oilfield Services Inc | Master Service Agreement | 8/3/2015 | $0.00 |
| A-78 | Furie Operating Alaska, LLC | Jacobs Technology Inc | Master Service Agreement | 5/2/2017 | $0.00 |
| A-79 | Furie Operating Alaska, LLC | Kenai Beluga Pipeline LLC | Transportation Agreement | 11/11/2015 | $0.00 |
| A-80 | Furie Operating Alaska, LLC | Kenai Beluga Pipeline LLC | Facilities Connection and Reimbursement Agreement | 3/30/2015 | $0.00 |
| A-81 | Furie Operating Alaska, LLC | Kenai Beluga Pipeline LLC | Operational Balancing Agreement | 11/10/2015 | $0.00 |
| A-82 | Furie Operating Alaska, LLC | Lawrence Berry | Ownership Conveyance Agreement | 6/29/2011 | $0.00 |
| A-83 | Furie Operating Alaska, LLC | Lawrence Berry | Letter Agreement | 6/29/2011 | $0.00 |
| A-84 | Furie Operating Alaska, LLC | Lawrence Berry | Letter Re: Working Interest Assignment | 6/29/2011 | $0.00 |
| A-85 | Furie Operating Alaska, LLC | Lawrence Berry | Letter Agreement Working Interest Assignment | 6/29/2011 | $0.00 |
| A-86 | Furie Operating Alaska, LLC | Lawrence Berry | Lease Transfer Agreement | 6/29/2011 | $0.00 |
| A-87 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | CGL Insurance Policy No. 19CGLH12218 | 4/11/2019 | $0.00 |
| A-88 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Excess Liability Insurance Policy No. 19XS1H12219 | 4/11/2019 | $0.00 |
| A-89 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Excess Liability Insurance Policy No. MS-S 6052 | 4/11/2019 | $0.00 |
| A-90 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Excess Liability Insurance Policy No. MS-S 6053 | 4/11/2019 | $0.00 |
| A-91 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Oil Pollution Insurance Policy No. MS-S 6054 | 4/11/2019 | $0.00 |
| A-92 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Charterer's Legal Liability Insurance Policy No. MS-S 6055 | 4/11/2019 | $0.00 |
| A-93 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Cargo Insurance Policy No. MS-S 6110 | 4/11/2019 | $0.00 |
| A-94 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Energy Package Insurance Policy No. JHBCJP2316 | 4/11/2019 | $0.00 |
| A-95 | Furie Operating Alaska, LLC | Lloyd's Register Drilling Integrity Services Inc | Master Service Agreement | 5/18/2018 | $0.00 |
| A-96 | Furie Operating Alaska, LLC | LMJ Consulting | Master Service Agreement | 4/10/2013 | $0.00 |
| A-97 | Furie Operating Alaska, LLC | M&H Enterprises Inc d/b/a H&H Energy Services | Master Service Agreement | 8/28/2013 | $0.00 |
| A-98 | Furie Operating Alaska, LLC | MagTec Alaska LLC | Amendment No. 1 | 4/29/2018 | $0.00 |
| A-99 | Furie Operating Alaska, LLC | MagTec Alaska LLC | Master Service Agreement | 4/29/2018 | $0.00 |
| A-100 | Furie Operating Alaska, LLC | Marathon Alaska Production LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-101 | Furie Operating Alaska, LLC | Maritime Helicopters | Master Service Agreement Modification No. 1 | 9/11/2013 | $0.00 |
| A-102 | Furie Operating Alaska, LLC | Maritime Helicopters | Master Service Agreement | 8/11/2011 | $0.00 |
| A-103 | Furie Operating Alaska, LLC | Matanuska Electric Association, Inc. | Interruptible Gas Sale & Purchase Agreement | 8/20/2019 | $0.00 |
| A-104 | Furie Operating Alaska, LLC | McLane Consulting Inc | Master Service Agreement | 7/29/2013 | $0.00 |
| A-105 | Furie Operating Alaska, LLC | M-I LLC | Master Service Agreement Modification No. 1 | 7/17/2013 | $0.00 |
| A-106 | Furie Operating Alaska, LLC | NC Machinery Co | Master Service Agreement | 6/14/2017 | $0.00 |
| A-107 | Furie Operating Alaska, LLC | NRC Alaska LLC | Amendment No. 1 Master Service Agreement | 7/10/2018 | $0.00 |
| A-108 | Furie Operating Alaska, LLC | O'Brien's Response Management LLC | Services Agreement | 6/15/2018 | $0.00 |
| A-109 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Consent to Collateral Assignment | 6/4/2018 | $0.00 |
| A-110 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Consent to Collateral Assignment | 6/4/2018 | $0.00 |
| A-111 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Time Charter Party for Offshore Service Vessels | 6/1/2018 | $0.00 |
| A-112 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Time Charter Party for Offshore Service Vessels | 6/1/2018 | $0.00 |
| A-113 | Furie Operating Alaska, LLC | Offshore Energy Services Inc | Master Service Agreement | 5/13/2014 | $0.00 |
| A-114 | Furie Operating Alaska, LLC | Offshore Systems Kenai | Lease Agreement | 5/1/2015 | $0.00 |
| A-115 | Furie Operating Alaska, LLC | Offshore Systems Kenai | Facility Access/Use Agreement | 5/22/2018 | $0.00 |
| A-116 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Memorandum of Assignments and Farmout Letter Agreement | 3/10/2009 | $0.00 |
| A-117 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Assignment of Interest in Oil & Gas Lease | 2/18/2009 | $0.00 |
| A-118 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Assignment of Interest in Oil & Gas Lease | 2/18/2009 | $0.00 |
| A-119 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Farmout Letter Agreement (a memorandum of which was recorded on March 19, 2009 in the Anchorage Recording District as Doc. No. 2009-017350-0, and on March 23, 2009 in the Kenai Recording District as Doc. No. 2009-002662-0) | 2/11/2009 | $0.00 |
| A-120 | Furie Operating Alaska, LLC | Pacific Energy Resources Ltd | Memorandum of Assignments and Farmout Letter Agreement | 3/10/2009 | $0.00 |
| A-121 | Furie Operating Alaska, LLC | Pacific Energy Resources Ltd. | Farmout Letter Agreement (a memorandum of which was recorded on March 19, 2009 in the Anchorage Recording District as Doc. No. 2009-017350-0, and on March 23, 2009 in the Kenai Recording District as Doc. No. 2009-002662-0) | 2/11/2009 | $0.00 |
| A-122 | Furie Operating Alaska, LLC | Peak Oilfield Service Company LLC | Master Service Agreement | 9/28/2012 | $0.00 |
| A-123 | Furie Operating Alaska, LLC; Corsair Oil & Gas LLC | Petrotechnical Resources of Alaska LLC | Master Service Agreement | 4/10/2018 | $0.00 |
| A-124 | Furie Operating Alaska, LLC | Pollard E Line Services | Master Service Agreement | 5/30/2018 | $0.00 |
| A-125 | Furie Operating Alaska, LLC | Pollard Wireline Inc | Master Service Agreement | 4/10/2013 | $0.00 |
| A-126 | Furie Operating Alaska, LLC | Principal Financial Group | Group Dental Contracted Network Insurance | N/A | $0.00 |
| A-127 | Furie Operating Alaska, LLC | Principal Financial Group | Group Member Life Insurance | N/A | $0.00 |
| A-128 | Furie Operating Alaska, LLC | Principal Financial Group | Group Long Term Disability Insurance | N/A | $0.00 |
| A-129 | Furie Operating Alaska, LLC | Principal Financial Group | Group Short Term Disability Insurance | N/A | $0.00 |
| A-130 | Furie Operating Alaska, LLC | Principal Financial Group | Group Vision Care Expense Insurance | N/A | $0.00 |

| ID | Party 1 | Party 2 | Agreement | Date | Amount |
|---|---|---|---|---|---|
| A-131 | Cornucopia Oil & Gas Company, LLC | Production Testing Services Inc | Master Service Agreement | 2/3/2017 | $0.00 |
| A-132 | Furie Operating Alaska, LLC | Ruby Investments Inc | Office Lease Agreement | 11/1/2016 | $ 11,721.83 |
| A-133 | Furie Operating Alaska, LLC | Ryder Scott Company LP | Letter Agreement | 11/6/2018 | $0.00 |
| A-134 | Furie Operating Alaska, LLC | Safeway Services | Master Service Agreement | 8/5/2015 | $0.00 |
| A-135 | Furie Operating Alaska, LLC | Schlumberger Technology Corporation | Master Service Agreement Modification No. 1 | 7/17/2013 | $0.00 |
| A-136 | Furie Operating Alaska, LLC | Schlumberger Technology Corporation | Master Service Agreement | 6/9/2011 | $0.00 |
| A-137 | Furie Operating Alaska, LLC | Sierra Hamilton LLC | Master Service Agreement | 5/21/2018 | $0.00 |
| A-138 | Furie Operating Alaska, LLC | SolstenXP Inc | Master Service Agreement | 2/10/2015 | $0.00 |
| A-139 | Cornucopia Oil & Gas Company, LLC | State of Alaska Department of Law | Closing Agreement | 4/12/2019 | $0.00 |
| A-140 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Kitchen Unit Agreement | 12/11/2006 | $0.00 |
| A-141 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389189 | 2/1/2000 | $0.00 |
| A-142 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389190 | 2/1/2000 | $0.00 |
| A-143 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389191 | 2/1/2000 | $0.00 |
| A-144 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389192 | 2/1/2000 | $0.00 |
| A-145 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389193 | 2/1/2000 | $0.00 |
| A-146 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389196 | 2/1/2000 | $0.00 |
| A-147 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389197 | 2/1/2000 | $0.00 |
| A-148 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389198 | 2/1/2000 | $0.00 |
| A-149 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389507 | 5/1/2001 | $0.00 |
| A-150 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389513 | 5/1/2001 | $0.00 |
| A-151 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389514 | 5/1/2001 | $0.00 |
| A-152 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389515 | 5/1/2001 | $0.00 |
| A-153 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389914 | 1/1/2002 | $0.00 |
| A-154 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389915 | 1/1/2002 | $0.00 |
| A-155 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389917 | 1/1/2002 | $0.00 |
| A-156 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389918 | 1/1/2002 | $0.00 |
| A-157 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389919 | 1/1/2002 | $0.00 |
| A-158 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389923 | 1/1/2002 | $0.00 |
| A-159 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389924 | 1/1/2002 | $0.00 |
| A-160 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389925 | 1/1/2002 | $0.00 |
| A-161 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389926 | 1/1/2002 | $0.00 |
| A-162 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389927 | 1/1/2002 | $0.00 |
| A-163 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389928 | 1/1/2002 | $0.00 |
| A-164 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389929 | 1/1/2002 | $0.00 |
| A-165 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389930 | 1/1/2002 | $0.00 |
| A-166 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390374 | 10/1/2003 | $0.00 |
| A-167 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390381 | 10/1/2003 | $0.00 |
| A-168 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390548 | 6/1/2005 | $0.00 |
| A-169 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390554 | 6/1/2005 | $0.00 |
| A-170 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391106 | 1/1/2007 | $0.00 |
| A-171 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391598 | 3/1/2011 | $0.00 |
| A-172 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391599 | 3/1/2011 | $0.00 |
| A-173 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391603 | 3/1/2011 | $0.00 |
| A-174 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391604 | 3/1/2011 | $0.00 |
| A-175 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 397607 | 3/1/2011 | $0.00 |
| A-176 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Sixth Plan of Development for the Kitchen Lights Unit | 12/11/2018 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| A-177 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Plans of Operation for the Kitchen Lights Unit as approved from time to time | | $0.00 |
| A-178 | Cornucopia Oil & Gas Company, LLC | State of Alaska Department of Revenue | Closing Agreement | 4/12/2019 | $0.00 |
| A-179 | Furie Operating Alaska, LLC | Stokes & Spiehler Offshore Inc | Master Service Agreement | 8/30/2013 | $0.00 |
| A-180 | Furie Operating Alaska, LLC | Superior Energy Services LLC | Master Service Agreement | 6/14/2017 | $0.00 |
| A-181 | Furie Operating Alaska, LLC | Tailing International LLC | Assignment and Assumption of Master Service Agreement | 7/1/2016 | $0.00 |
| A-182 | Furie Operating Alaska, LLC | Tailing LLC | Assignment and Assumption of Master Service Agreement | 7/1/2016 | $0.00 |
| A-183 | Furie Operating Alaska, LLC | Tailing LLC | Master Service Agreement | 12/1/2015 | $0.00 |
| A-184 | Furie Operating Alaska, LLC | Taylor Fire Protection Services LLC | Master Service Agreement | 3/4/2016 | $0.00 |
| A-185 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Side Letter Agreement | 10/22/2010 | $0.00 |
| A-186 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Lease Assignment and Participation Agreement | 10/22/2010 | $0.00 |
| A-187 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Operating Agreement Kitchen Lights Area | 10/21/2010 | $0.00 |
| A-188 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Side Letter Agreement | 10/22/2010 | $0.00 |
| A-189 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Side Letter Agreement | 10/22/2010 | $0.00 |
| A-190 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Kitchen Unit Agreement | 12/11/2006 | $0.00 |
| A-191 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Operating Agreement | 10/21/2010 | $0.00 |
| A-192 | Furie Operating Alaska, LLC | Terrasond Limited | Master Service Agreement | 9/18/2013 | $0.00 |
| A-193 | Furie Operating Alaska, LLC | Tesco Corporation (US) | Master Service Agreement | 5/29/2014 | $0.00 |
| A-194 | Furie Operating Alaska, LLC | Tesoro Maritime Company | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-195 | Furie Operating Alaska, LLC | Tesoro Maritime Company | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-196 | Furie Operating Alaska, LLC | Total Safety US Inc | Master Service Agreement Modification No. 1 | 6/6/2014 | $0.00 |
| A-197 | Furie Operating Alaska, LLC | Total Safety US Inc | Master Service Agreement | 9/15/2011 | $0.00 |
| A-198 | Furie Operating Alaska, LLC | TransMontaigne Product Services Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-199 | Furie Operating Alaska, LLC | Tripoint Alaska LLC | Master Service Agreement | 6/5/2018 | $0.00 |
| A-200 | Furie Operating Alaska, LLC | Udelhoven Oilfield System Services Inc | Master Service Agreement | 11/15/2016 | $0.00 |
| A-201 | Furie Operating Alaska, LLC | Waters Petroleum, LLC (dba Waters Petroleum Advisors) | Consulting Services Agreement | 7/24/2019 | $0.00 |
| A-202 | Furie Operating Alaska, LLC | Weaver Brothers Inc | Tank Lease and Transport Agreement | 7/2/2018 | $0.00 |
| A-203 | Furie Operating Alaska, LLC | Wild Well Control Inc | Master Service Agreement | 6/14/2016 | $0.00 |
| A-204 | Furie Operating Alaska, LLC | Wolfepak Inc | License and Purchase Agreement | | $0.00 |
| A-205 | Furie Operating Alaska, LLC | XTO Energy Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-206 | Furie Operating Alaska, LLC | XTO Energy Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| B-36 | Furie Operating Alaska, LLC | Chugach Electric Association Inc | Firm and Interruptible Gas Sale and Purchase Agreement | 3/3/2017 | $0.00 |