# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FURIE OPERATING ALASKA, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11781 (LSS)<br><br>(Jointly Administered) |

### *FIRST AMENDED[2]* NOTICE REGARDING
### EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### TO BE REJECTED BY THE DEBTORS PURSUANT TO THE PLAN

**PLEASE TAKE NOTICE** that on May 6, 2020, the Debtors filed *The Second Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 754] (as it may be amended, modified, or supplemented from time to time, the "Plan") and (b) *Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 755] (as it may be amended, modified, or supplemented from time to time, the "Disclosure Statement").  On May 8, 2020, the Bankruptcy Court entered an order (a) approving the Disclosure Statement; (b) establishing the voting record date, voting deadline, and other dates; (c) approving procedures for soliciting, receiving, and tabulating votes on Plan and for filing objections to Plan; (d) approving manner and forms of notice and other related documents; and (e) granting related relief [Docket No. 761] (the "Disclosure Statement Order").[3]

**PLEASE TAKE FURTHER NOTICE** that, under the Plan, the Debtors are proposing to reject the Executory Contract(s) and Unexpired Lease(s) on **Schedule 1** hereto to which you are a party:[4]

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed rejection of the above Executory Contract(s) or Unexpired Lease(s) must be filed with the Bankruptcy Court

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] This First Amended Notice was filed to remove Contract No. B-36 (Firm and Interruptible Gas Sale and Purchase Agreement dated as of March 3, 2017, between Furie Operating Alaska, LLC and Chugach Electric Association, Inc.) from Schedule 1 hereto.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Disclosure Statement Order or the Plan, as applicable.

[4] The Debtors expressly reserve the right to (a) remove any Executory Contract or Unexpired Lease from this Notice and assume such Executory Contract or Unexpired Lease pursuant to the terms of the Plan up until the Effective Date and (b) contest any Claim asserted in connection with rejection of any Executory Contract or Unexpired Lease.

and served so as to be actually received by the Debtors' undersigned counsel no later than **June 5, 2020** (the "Rejection Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if you fail to object timely to the proposed rejection by the Rejection Objection Deadline, you will be deemed to have assented to such rejection.

**PLEASE TAKE FURTHER NOTICE** that unless otherwise provided by an Order of the Bankruptcy Court, any Proof of Claim based on the rejection of an Executory Contract or Unexpired Lease under the Plan must be filed with Prime Clerk, the Debtors' Claims and Noticing Agent, and served on the Debtors or the Post-Effective Date Debtors, as applicable, no later than thirty (30) days after service of notice of the Effective Date. Under the Plan, Claims based on the rejection of an Executory contract or Unexpired Lease will be placed in class 5, for which the anticipated distribution is $0. Proof of Claim forms may be obtained at the following websites: https://cases.primeclerk.com/furieoperatingalaska or http://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0. **Absent further order of the Court, any Claim based upon such rejection not filed within such time will be automatically disallowed, forever barred from being asserted, and unenforceable against the Debtors or the Post-Effective Date Debtors, without the need for any objection or further notice to, or action, order, or approval of, the Bankruptcy Court.**

**PLEASE TAKE FURTHER NOTICE** that, the Debtors shall have the right to amend or supplement the Rejection Notice by, among other things, removing or adding Executory Contracts or Unexpired Leases at any time, provided that in the event of any such amendment of supplement, the affected counterparty shall have no less than fourteen (14) days after service on such counterparty of notice of such amendment or supplement to respond to such amendment or supplement

**PLEASE TAKE FURTHER NOTICE** that, if you have not received a copy of the Plan or the Disclosure Statement and wish to receive copies of the same, or a copy of the Disclosure Statement Order, related notices and other documents, you may contact the Debtors' Claims and Noticing Agent by: (a) calling the Debtors' restructuring hotline at (844) 236-3904 or (b) writing to Prime Clerk at Furie Operating Alaska Ballot Processing, c/o Prime Clerk, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165, or via email at furieballots@primeclerk.com. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov or free of charge at https://cases.primeclerk.com/furieoperatingalaska, by clicking on the link to Plan and Disclosure Statement.

> **PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE BECAUSE THE DEBTORS' RECORDS REFLECT THAT YOU ARE A PARTY TO AN EXECUTORY CONTRACT OR UNEXPIRED LEASE THAT WILL BE REJECTED PURSUANT TO THE PLAN.**
>
> **YOU ARE ADVISED TO REVIEW CAREFULLY THE INFORMATION CONTAINED IN THIS NOTICE AND THE RELATED PROVISIONS OF THE PLAN.**

**NO PERSON, INCLUDING PRIME CLERK, HAS BEEN AUTHORIZED TO GIVE ANY ADVICE, INCLUDING LEGAL ADVICE, OR TO MAKE ANY REPRESENTATION REGARDING THE DEBTORS OR THE PLAN. YOU MAY WISH TO CONSULT AN ATTORNEY FOR LEGAL ADVICE.**

Dated: May 15. 2020
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

/s/     *Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 252-4320
Facsimile:      (302) 252-4330
Email:            matthew.ward@wbd-us.com
                      ericka.johnson@wbd-us.com

-and-

**MCDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:     (212) 547-5400
Facsimile:      (212) 547-5444
Email:            twwalsh@mwe.com
                      rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*

## Schedule 1

## List of Rejected Executory Contracts and Unexpired Leases

For the avoidance of doubt, the Debtors or the Reorganized Debtors, as applicable, reserve the right to alter, amend, modify or supplement the list of assumed Executory Contract and Unexpired Leases in accordance with the Plan, including, without limitation, pursuant to Article V of the Plan, which provides that:

## ARTICLE V
## TREATMENT OF EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES

A. *Assumption and Rejection of Executory Contracts and Unexpired Leases*

    On the Effective Date, except as otherwise provided in the Plan, each Executory Contract and Unexpired Lease not previously rejected, assumed, or assumed and assigned, including, without limitation, any employee benefit plans, severance plans, and other Executory Contracts under which employee obligations arise, shall be deemed automatically rejected pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease: (1) is specifically described in the Plan as to be assumed or assumed and assigned in connection with confirmation of the Plan, or is specifically scheduled on the Assumed Contracts and Leases List to be assumed or assumed and assigned (as specified on such list) pursuant to the Plan or the Plan Supplement; (2) is subject to a pending motion to assume such Unexpired Lease or Executory Contract as of the Effective Date; or (3) is a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan.

    Unless otherwise indicated, assumptions or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan or the Acquisition Documents are effective as of the Effective Date. Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by a Final Order of the Bankruptcy Court on or after the Effective Date. Notwithstanding anything to the contrary in the Plan, at the direction or with the consent of the Acquirer, and in accordance with the Acquisition by Foreclosure Agreement, the Acquirer (i) may elect to have the Debtors reject any Key Contract at any time prior to the Effective Date, and (ii) shall have the right to alter, amend, modify, or supplement the Assumed Contracts and Leases List identified in Article V.A of the Plan and in the Plan Supplement at any time through and including 45 days after the Effective Date.

| Contract No. | Debtor(s) Party to Contract | Name of Counterparty | Title of Contract | Effective Date |
|---|---|---|---|---|
| B-1 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Advanced Drilling Solutions LLC | Letter Agreement Re: Drilling Contract | 9/23/2016 |
| B-2 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Gas Sale and Purchase Agreement | 6/26/2014 |
| B-3 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Settlement Agreement and Release | 3/17/2019 |
| B-4 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Gas Sale and Purchase Agreement | 6/26/2014 |
| B-5 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Confidentiality Agreement | 1/30/2014 |
| B-6 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 1 | 1/29/2015 |
| B-7 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 2 to Gas Sale and Purchase Agreement | 7/27/2015 |
| B-8 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 3 to Gas Sale and Purchase Agreement | 9/13/2018 |
| B-9 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 4 to Gas Sale and Purchase Agreement | 10/4/2018 |
| B-10 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 5 to Gas Sale and Purchase Agreement | 11/8/2018 |
| B-11 | Cornucopia Oil & Gas Company, LLC | Alaska Electric and Energy Cooperative Inc | Statement of Limited Guarantee | 6/26/2014 |
| B-12 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Gas Sale and Purchase Agreement | 6/26/2014 |
| B-13 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 6 to Gas Sales Agreement | 5/24/2019 |
| B-14 | Furie Operating Alaska, LLC | All American Oilfield Associates LLC | Master Service Agreement | 4/9/2013 |
| B-15 | Furie Operating Alaska, LLC | Ally Financial | Lease Agreement | 4/26/2019 |
| B-16 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC; Corsair Oil & Gas LLC | Ankura Consulting Group LLC | Engagement Agreement | 3/23/2018 |
| B-17 | Furie Operating Alaska, LLC | Baker Hughes Oilfield Operations Inc | Master Service Agreement Modification No. 1 | 7/18/2013 |
| B-18 | Furie Operating Alaska, LLC | Baker Hughes Oilfield Operations Inc | Master Service Agreement | 4/19/2011 |
| B-19 | Furie Operating Alaska, LLC | Baker Hughes Oilfield Operations LLC | Modification No. 2 Master Service Agreement | 7/16/2018 |
| B-20 | Furie Operating Alaska, LLC | Baker Petrolite Corporation | Master Service Agreement Modification No. 1 | 7/18/2013 |
| B-21 | Furie Operating Alaska, LLC | Baker Petrolite Corporation | Master Service Agreement | 4/19/2011 |
| B-22 | Furie Operating Alaska, LLC | Baker Petrolite LLC | Modification No. 2 Master Service Agreement | 7/16/2018 |
| B-23 | Furie Operating Alaska, LLC | BAM Clough JV | Confidentiality Agreement | 8/20/2014 |
| B-24 | Furie Operating Alaska, LLC | BJ Services Company USA | Master Service Agreement | 4/19/2011 |
| B-25 | Furie Operating Alaska, LLC | BlueCrest Alaska Operating LLC | Natural Gas Exchange Agreement | 5/8/2018 |
| B-26 | Furie Operating Alaska, LLC | Bluecrest Alaska Operating LLC | Natural Gas Sale and Purchase Agreement | 5/7/2018 |
| B-27 | Furie Operating Alaska, LLC | Briley & Associates | Residential Lease Agreement | 11/14/2016 |
| B-28 | Furie Operating Alaska, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-29 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Consent Agreement | 9/30/2016 |
| B-30 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC; Corsair Oil & Gas LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Consent and Waiver under Preferred Equity Agreements | 7/15/2014 |
| B-31 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement RE: Drilling Contract | 9/23/2016 |
| B-32 | Furie Operating Alaska, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Drilling Contract | 9/20/2016 |
| B-33 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Drilling Contract | 9/21/2016 |
| B-34 | Furie Operating Alaska, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-35 | Furie Operating Alaska, LLC | CEESI Measurement Solutions Inc | Master Service Agreement | 5/29/2014 |
| B-37 | Furie Operating Alaska, LLC | CISPRI Services LLC | Charter for Off Shore Supply and Support Services | 1/4/2016 |
| B-38 | Furie Operating Alaska, LLC | CISPRI Services LLC | Vessel Boarding and Utilization Agreement | 8/5/2016 |
| B-39 | Furie Operating Alaska, LLC | CISPRI Services LLC | CISPRI Services Uniform Time Charter Part for Off-Shore Supply and Support Services | 1/4/2016 |
| B-40 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Comprator GmbH | Data Processing Agreement | |
| B-41 | Furie Operating Alaska, LLC | David W. Elder | Employment Agreement | 2/15/2015 |
| B-42 | Furie Operating Alaska, LLC | First Insurance Funding | Commercial Premium Finance Agreement | 5/12/2019 |
| B-43 | Furie Operating Alaska, LLC | First Insurance Funding | Commercial Premium Finance Agreement | 4/26/2019 |
| B-44 | Furie Operating Alaska, LLC | Furie Operating Alaska, LLC | Furie Operating Alaska, LLC, 401(k) Plan | N/A |
| B-45 | Furie Operating Alaska, LLC | Homer Electric Association Inc | Statement of Limited Guarantee | 6/26/2014 |
| B-46 | Furie Operating Alaska, LLC | Homer Electric Association Inc | Confidentiality Agreement | 1/30/2014 |
| B-47 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Kay Rieck | Memorandum of Agreement | 1/31/2016 |
| B-48 | Furie Operating Alaska, LLC | Key Energy Services LLC | Master Service Agreement | 9/7/2011 |
| B-49 | Furie Operating Alaska, LLC | Key Energy Services LLC | First Amendment to Master Service Agreement | 2/27/2013 |
| B-50 | Furie Operating Alaska, LLC | Kuukpik Drilling | Letter re Rental of Diverter Equipment | 5/31/2018 |
| B-51 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | M.A. (Tony) Nunes | Memorandum of Agreement | 1/31/2016 |
| B-52 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-53 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-54 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-55 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Brokerage Service Agreement | 3/28/2018 |
| B-56 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Brokerage Service Agreement | 3/28/2018 |
| B-57 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-58 | Furie Operating Alaska, LLC | Michael L. Foster & Associates Inc | Letter Agreement | 4/17/2014 |
| B-59 | Furie Operating Alaska, LLC | Municipality of Anchorage d/b/a Municipal Light & Power | Interruptible Gas Sale and Purchase Agreement | 8/15/2019 |
| B-60 | Furie Operating Alaska, LLC | Nabors Alaska Drilling Inc | 2018 Kitchen Lights Unit Program Proposal | 5/15/2018 |
| B-61 | Furie Operating Alaska, LLC | Nordic Calista Services | Letter Agreement Re: Equipment Rental | 5/25/2018 |
| B-62 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-63 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Offshore Daywork Drilling Contract - U.S. | 12/1/2015 |
| B-64 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Drilling Contract | 9/20/2016 |
| B-65 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Drilling Contract | 9/21/2016 |
| B-66 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Offshore Daywork Drilling Contract | 12/1/2015 |
| B-67 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-68 | Furie Operating Alaska, LLC | Northern Lights Center LLC | International Self Storage Rules & Regulations | 12/19/2016 |
| B-69 | Cornucopia Oil & Gas Company, LLC | Norton Rose Fulbright US LLP | Legal Representation Letter | 4/4/2018 |
| B-70 | Furie Operating Alaska, LLC | Reed Smith LLP | Letter Re: IRS Information Document Requests | 3/7/2016 |
| B-71 | Furie Operating Alaska, LLC | Reed Smith LLP | Letter Re: General Tax Advice and Legal Assistance | 12/14/2017 |

| | | | | |
|---|---|---|---|---|
| B-72 | Furie Operating Alaska, LLC | Seaport Global Securities LLC | Engagement Letter | 6/5/2019 |
| B-73 | Furie Operating Alaska, LLC | Shamrock Management LLC d/b/a Shamrock Energy Solutions | Master Service Agreement | 3/28/2016 |
| B-74 | Furie Operating Alaska, LLC | Shelf Drilling Offshore Resources Limited II | Letter Agreement re: Rig Lease | 8/25/2017 |
| B-75 | Furie Operating Alaska, LLC | Sierra Pine Resources International Inc | Amendment No. 1 to Master Service Agreement | 1/1/2019 |
| B-76 | Furie Operating Alaska, LLC | Sierra Pine Resources International Inc | Master Service Agreement | 1/19/2018 |
| B-77 | Furie Operating Alaska, LLC | Smith International Inc. | Master Service Agreement Modification No. 1 | 7/17/2013 |
| B-78 | Furie Operating Alaska, LLC | Southside Classic Leasing LLC | Texas Commercial Lease Agreement | 5/1/2017 |
| B-79 | Furie Operating Alaska, LLC | Sparrows Offshore LLC | Master Service Agreement | 5/19/2014 |
| B-80 | Furie Operating Alaska, LLC | Spartan Offshore Drilling LLC | Offshore Daywork Drilling Contract | 6/19/2018 |
| B-81 | Furie Operating Alaska, LLC | Spartan Offshore Drilling LLC | Offshore Daywork Drilling Company | 6/19/2018 |
| B-82 | Furie Operating Alaska, LLC | Team Industrial Services Inc | Master Service Agreement | 5/25/2012 |
| B-83 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Tom Hord | Memorandum of Agreement | 1/31/2016 |
| B-84 | Furie Operating Alaska, LLC | United States Department of Homeland Security; Secretary of Homeland Security, Jeh Johnson; U.S. Customs and Border Protection; Commissioner Gil Kerlikowski | Settlement Agreement and Mutual Release of Claims | 2/3/2017 |
| B-85 | Furie Operating Alaska, LLC | Watson Company Inc | Master Service Agreement | 1/12/2017 |
| B-86 | Furie Operating Alaska, LLC | Watson Company Inc | Letter Re: MSA Extension | 6/21/2013 |
| B-87 | Furie Operating Alaska, LLC | Weatherford International Inc | Master Service Agreement Modification No. 1 | 6/21/2013 |
| B-88 | Furie Operating Alaska, LLC | Weatherford International Inc | Master Service Agreement | 8/1/2011 |