## **Exhibit B**

Restructuring Transactions Memorandum

[See attached.]

# RESTRUCTURING TRANSACTIONS MEMORANDUM

<u>Plan Restructuring Transactions</u>. Pursuant to the Plan, the Debtors and Reorganized Debtors intend to implement the Restructuring Transactions described below.[1] Capitalized terms used but not defined in this Restructuring Transactions Memorandum shall have the meaning ascribed to such terms in the Plan or the Disclosure Statement (as applicable).

1. Prior to the Effective Date:

    (a) On April 19, 2020, HEX L.L.C. ("<u>HEX</u>") entered into an Acquisition by Foreclosure Agreement (an "<u>AFA</u>") with the Debtors, providing that HEX or its newly formed subsidiary will acquire the existing equity interests in each of Cornucopia and Corsair (the "<u>Existing Equity Interests</u>") in a UCC (§ 9-610) private sale foreclosure, which will close when all of the conditions to the Effective Date have occurred, other than the cancellation of the Existing Equity Interests and the issuance of the New Equity Interests, and increased the amount of its good faith deposit held in the Prime Clerk escrow account to $500,000. HEX has elected to complete the foreclosure sale through HEX Cook Inlet, LLC, an Alaskan limited liability company (the "<u>Acquirer</u>") that was formed on May 11, 2020 and is owned eighty percent (80%) by HEX and twenty percent (20%) by Rogue Wave AK LLC.

    (b) On or prior to the 20th day following entry of the Confirmation Order, HEX files notice with the Internal Revenue Service meeting the requirements of U.S. Department of Treasury Regulations Section 1.1445-2(d)(3)(iii) and consistent with the Plan and Confirmation Order.

    (c) Ten or more days prior to the Effective Date, the Prepetition Term Loan Administrative Agent delivers a notification of private disposition in accordance with the Uniform Commercial Code ("<u>UCC</u>").

2. On the day prior to the Effective Date:

    (a) HEX and AIDEA to fund an aggregate amount equal to $[4.5] million into Prime Clerk escrow account.

3. On the Effective Date, which is anticipated to be June 30, 2020, with each of the following steps being deemed to be effective as of 11:59pm ET on such date (the "<u>Effective Time</u>"):[2]

    (a) The UCC (§ 9-610) private sale foreclosure closes, pursuant to which the Acquirer acquires the Existing Equity Interests.

---

[1] The description of steps in this Restructuring Transactions Memorandum is not intended to be comprehensive and may be subject to change and/or further refinement.

[2] The closing will begin with release of all signature pages on or about 9:00am ET on the Effective Date, and release of funds shortly thereafter; provided, however, that all parties to the transactions agree that the Effective Time of consummation of the closing will be 11:59pm ET on the Effective Date.

1

(b) The Existing Equity Interests are cancelled, and newly issued equity interests in Reorganized Cornucopia and Reorganized Corsair are issued to Acquirer and newly issued equity interests in Reorganized Furie are issued to Reorganized Cornucopia.

(c) HEX files notice with the Bankruptcy Court meeting the requirements of U.S. Department of Treasury Regulations Section 1.1445-2(d)(3)(ii) and consistent with the Plan and Confirmation Order.

(d) HEX provides evidence satisfactory to the Debtors, the DIP Agent, and the Prepetition Agent that Reorganized Furie has been capitalized with $5 million, inclusive of up to $1.1 million in a debt service reserve account and Acquirer transaction fees.

(e) Acquirer funds, by way of release of funds from the Prime Clerk escrow account, an aggregate amount equal to $5 million (such amount, the Acquisition Proceeds as defined in the Plan) to fund distributions and other obligations under the Plan on the Effective Date, in accordance with an agreed flow of funds.

(f) Reorganized Debtors issue the new debt, listed below, and make distributions, in each case, as applicable, and as specified under the Plan, to creditors in full satisfaction of their Claims.

    (i) Reorganized Debtors execute the DIP Replacement Loan Documents and the AIDEA loan documents.

    (ii) Reorganized Cornucopia executes the New Tax Credit Documents and the New Term Loan Documents.

4. On the Effective Date immediately after signature pages are released:

(a) The UCC-1 financing statements and UCC-3 financing statements in connection with the new debt will be filed with the Delaware Secretary of State and the Alaska State Recorder's Office.

(b) Mortgages to be recorded in Kenai and Anchorage.

5. On the day following the Effective Date:

(a) Mortgages to be refiled in Kenai and Anchorage.