# **Exhibit G**

Contract and Leases Lists

# **Exhibit G-1**

Assumed Contract and Leases List

[See attached.]

## ARTICLE V
## TREATMENT OF EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES

A.  *Assumption and Rejection of Executory Contracts and Unexpired Leases*

On the Effective Date, except as otherwise provided in the Plan, each Executory Contract and Unexpired Lease not previously rejected, assumed, or assumed and assigned, including, without limitation, any employee benefit plans, severance plans, and other Executory Contracts under which employee obligations arise, shall be deemed automatically rejected pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease:  (1) is specifically described in the Plan as to be assumed or assumed and assigned in connection with confirmation of the Plan, or is specifically scheduled on the Assumed Contracts and Leases List to be assumed or assumed and assigned (as specified on such list) pursuant to the Plan or the Plan Supplement; (2) is subject to a pending motion to assume such Unexpired Lease or Executory Contract as of the Effective Date; or (3) is a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan.

Unless otherwise indicated, assumptions or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan or the Acquisition Documents are effective as of the Effective Date.  Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by a Final Order of the Bankruptcy Court on or after the Effective Date.  Notwithstanding anything to the contrary in the Plan, at the direction or with the consent of the Acquirer, and in accordance with the Acquisition by Foreclosure Agreement, the Acquirer (i) may elect to have the Debtors reject any Key Contract at any time prior to the Effective Date, and (ii) shall have the right to alter, amend, modify, or supplement the Assumed Contracts and Leases List identified in Article V.A of the Plan and in the Plan Supplement at any time through and including 45 days after the Effective Date.

| Contract No. | Debtor(s) Party to Contract | Name of Counterparty | Title of Contract | Effective Date | Cure Amount |
|---|---|---|---|---|---|
| A-1 | Furie Operating Alaska, LLC | ACS Long Distance; ACS Internet LLC d/b/a Alaska Communications | Business Services Agreement | 5/15/2015 | $0.00 |
| A-2 | Furie Operating Alaska, LLC | AIM Alaska LLC | Service Order and Storage Agreement | 1/30/2018 | $0.00 |
| A-3 | Furie Operating Alaska, LLC | Air Pollution Testing Inc | Master Service Agreement | 11/7/2017 | $0.00 |
| A-4 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Amendment No. 2 to Gas Sales Agreement | 4/25/2019 | $0.00 |
| A-5 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Gas Sales Agreement | 2/26/2016 | $0.00 |
| A-6 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Amendment to Gas Sales Agreement | 9/13/2017 | $0.00 |
| A-7 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Letter Agreement Regarding | 7/12/2018 | $0.00 |
| A-8 | Furie Operating Alaska, LLC | Alaska Pipeline Company | Amendment No. 3 to Gas Sales Agreement | 2/13/2020 | $0.00 |
| A-9 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures | License Agreement for 3D Seismic Data | 5/29/2015 | $0.00 |
| A-10 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures | Pre Subscription Agreement | 5/29/2015 | $0.00 |
| A-11 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures | Pre Subscription Agreement | 5/29/2015 | $0.00 |
| A-12 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Alaskan Seismic Ventures LLC | Consent to Collateral Assignment | 7/27/2015 | $0.00 |
| A-13 | Furie Operating Alaska, LLC | Alaskan Seismic Ventures LLC | Pre-Subscription Agreement | 7/27/2015 | $0.00 |
| A-14 | Furie Operating Alaska, LLC | American Petroleum Tankers LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-15 | Furie Operating Alaska, LLC | American Petroleum Tankers LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-16 | Furie Operating Alaska, LLC | Apache Alaska Corporation | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-17 | Furie Operating Alaska, LLC | Apache Alaska Corporation | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-18 | Furie Operating Alaska, LLC | Aspen Specialty Insurance Company | Environmental Insurance Policy No. ERA9L4H19 | 4/11/2019 | $0.00 |
| A-19 | Furie Operating Alaska, LLC | ASRC Energy Services Alaska Inc | Master Service Agreement | 1/25/2017 | $0.00 |
| A-20 | Furie Operating Alaska, LLC | ASRC Energy Services E & P Technology Inc | Master Service Agreement | 1/25/2017 | $0.00 |
| A-21 | Furie Operating Alaska, LLC | Aurora Gas LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-22 | Furie Operating Alaska, LLC | Aurora Gas LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-23 | Furie Operating Alaska, LLC | Berkshire Hathaway Homestate Insurance Co. | Automobile Insurance Policy No. 02APM0173401 | 6/18/2018 | $0.00 |
| A-24 | Furie Operating Alaska, LLC | Blue Cross Blue Shield of Texas | Group Managed Health Care and Pharmacy Benefits Contracty | N/A | $0.00 |
| A-25 | Furie Operating Alaska, LLC | BlueCrest Alaska Operating LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-26 | Furie Operating Alaska, LLC | BOS Solutions Inc | Master Service Agreement | 5/29/2018 | $0.00 |
| A-27 | Furie Operating Alaska, LLC | Buccaneer Alaska Operations LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-28 | Furie Operating Alaska, LLC | C&D Production Specialist Co Inc | Master Service Agreement | 3/18/2014 | $0.00 |
| A-29 | Furie Operating Alaska, LLC | Cameron International Corporation | Master Service Agreement Modification No. 1 | 5/30/2013 | $0.00 |
| A-30 | Furie Operating Alaska, LLC | Cameron International Corporation | Master Service Agreement | 8/19/2011 | $0.00 |
| A-31 | Furie Operating Alaska, LLC | CISPRI Services LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-32 | Furie Operating Alaska, LLC | Coffman Engineers Inc | Master Service Agreement | 6/22/2016 | $0.00 |
| A-33 | Furie Operating Alaska, LLC | Command Performance LLC | Master Service Agreement | 1/25/2016 | $0.00 |
| A-34 | Furie Operating Alaska, LLC | ConocoPhillips Alaska Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-35 | Furie Operating Alaska, LLC | ConocoPhillips Alaska Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-36 | Furie Operating Alaska, LLC | Cook Inlet Energy LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-37 | Furie Operating Alaska, LLC | Cook Inlet Energy LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-38 | Furie Operating Alaska, LLC | Cook Inlet Natural Gas Storage Alaska LLC | Interruptible Storage Service Agreement | 8/31/2015 | $0.00 |
| A-39 | Furie Operating Alaska, LLC | Cook Inlet Regional Citizens Advisory Council | Agreement for Funding | 7/1/2015 | $0.00 |
| A-40 | Furie Operating Alaska, LLC | Cook Inlet Spill Prevention and Response Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-41 | Furie Operating Alaska, LLC | Cook Inlet Spill Prevention and Response Inc | Response Action Contract | 1/3/2012 | $0.00 |
| A-42 | Furie Operating Alaska, LLC | Cook Inlet Spill Prevention and Response Inc | Marine Services Contract | 6/16/2014 | $0.00 |
| A-43 | Furie Operating Alaska, LLC | Cosmo Oil of USA Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-44 | Furie Operating Alaska, LLC | Cosmo Oil of USA Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-45 | Furie Operating Alaska, LLC | Cruz Construction Inc | Master Service Agreement | 6/10/2014 | $0.00 |
| A-46 | Furie Operating Alaska, LLC | Danny S. Davis | Ownership Conveyance Agreement | 6/29/2011 | $0.00 |
| A-47 | Furie Operating Alaska, LLC | Danny S. Davis | Letter Agreement | 6/29/2011 | $0.00 |
| A-48 | Furie Operating Alaska, LLC | Danny S. Davis | Letter Re: Working Interest Assignment | 6/29/2011 | $0.00 |
| A-49 | Furie Operating Alaska, LLC | Danny S. Davis | Letter Agreement Working Interest Assignment | 6/29/2011 | $0.00 |
| A-50 | Furie Operating Alaska, LLC | Danny S. Davis | Lease Transfer Agreement | 6/29/2011 | $0.00 |
| A-51 | Furie Operating Alaska, LLC | Danny S. Davis | Kitchen Unit Agreement | 12/11/2006 | $0.00 |
| A-52 | Furie Operating Alaska, LLC | Delta Western Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-53 | Furie Operating Alaska, LLC | Delta Western Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-54 | Furie Operating Alaska, LLC | Dowland-Bach Corporation | Master Service Agreement | 2/26/2016 | $0.00 |
| A-55 | Furie Operating Alaska, LLC | Drilling Services of America Inc | Master Service Agreement | 1/10/2017 | $0.00 |
| A-56 | Furie Operating Alaska, LLC | Eaton Oil Tools Inc | Master Service Agreement | 4/22/2019 | $0.00 |
| A-57 | Furie Operating Alaska, LLC | Emerald Alaska | Master Service Agreement | 5/18/2012 | $0.00 |
| A-58 | Furie Operating Alaska, LLC; Corsair Oil & Gas LLC; Cornucopia Oil & Gas Company, LLC | Energy Capital Partners Mezzanine Opportunities Fund A, LP | JOA Operator Appointment Letter | 7/15/2014 | $0.00 |
| A-59 | Furie Operating Alaska, LLC | Exploitation Technologies LLC | Contractor Service Agreement | 11/20/2015 | $0.00 |
| A-60 | Furie Operating Alaska, LLC | Expro Americas LLC | Master Service Agreement | 9/13/2012 | $0.00 |
| A-61 | Furie Operating Alaska, LLC | FireStar Oilfield Services | Master Service Agreement | 7/31/2015 | $0.00 |
| A-62 | Furie Operating Alaska, LLC | Flint Hills Resources Alaska LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-63 | Furie Operating Alaska, LLC | Flint Hills Resources Alaska LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |

| ID | Debtor | Counterparty | Agreement | Date | Amount |
|---|---|---|---|---|---|
| A-64 | Furie Operating Alaska, LLC | Fugro Chance Inc; Fugro GeoServices Inc; Fugro-McClelland Marine Geosciences Inc | Master Service Agreement | 4/11/2012 | $0.00 |
| A-65 | Furie Operating Alaska, LLC | GCI Communication | Master Service Agreement | 5/6/2013 | $0.00 |
| A-66 | Furie Operating Alaska, LLC | GCI Communication | Master Service Agreement Modification No. 1 | 6/5/2013 | $0.00 |
| A-67 | Furie Operating Alaska, LLC | Geoservices Inc | Master Service Agreement Modification No. 1 | 7/17/2013 | $0.00 |
| A-68 | Furie Operating Alaska, LLC | Global Diving & Salvage Inc | Master Services Agreement Modification No. 1 | 3/18/2013 | $0.00 |
| A-69 | Furie Operating Alaska, LLC | Global Diving & Salvage Inc | Master Services Agreement | 6/14/2011 | $0.00 |
| A-70 | Furie Operating Alaska, LLC | Gyrodata Inc | Master Service Agreement | 1/5/2015 | $0.00 |
| A-71 | Furie Operating Alaska, LLC | Halliburton Energy Services Inc | Master Service Agreement Modification No. 1 | 9/10/2013 | $0.00 |
| A-72 | Furie Operating Alaska, LLC | Halliburton Energy Services Inc | Master Service Agreement | 5/23/2011 | $0.00 |
| A-73 | Furie Operating Alaska, LLC | Hanover Insurance Company | Office Contents Insurance Policy No. RHD A 16286005 | 11/26/2018 | $0.00 |
| A-74 | Furie Operating Alaska, LLC | Hilcorp Alaska LLC | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-75 | Furie Operating Alaska, LLC | Hilcorp Alaska LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-76 | Furie Operating Alaska, LLC | Hilcorp Alaska LLC | KGF Grind and Inject Facility User Agreement | 12/1/2016 | $0.00 |
| A-77 | Furie Operating Alaska, LLC | Industrial & Oilfield Services Inc | Master Service Agreement | 8/3/2015 | $0.00 |
| A-78 | Furie Operating Alaska, LLC | Jacobs Technology Inc | Master Service Agreement | 5/2/2017 | $0.00 |
| A-79 | Furie Operating Alaska, LLC | Kenai Beluga Pipeline LLC | Transportation Agreement | 11/11/2015 | $0.00 |
| A-80 | Furie Operating Alaska, LLC | Kenai Beluga Pipeline LLC | Facilities Connection and Reimbursement Agreement | 3/30/2015 | $0.00 |
| A-81 | Furie Operating Alaska, LLC | Kenai Beluga Pipeline LLC | Operational Balancing Agreement | 11/10/2015 | $0.00 |
| A-82 | Furie Operating Alaska, LLC | Lawrence Berry | Ownership Conveyance Agreement | 6/29/2011 | $0.00 |
| A-83 | Furie Operating Alaska, LLC | Lawrence Berry | Letter Agreement | 6/29/2011 | $0.00 |
| A-84 | Furie Operating Alaska, LLC | Lawrence Berry | Letter Re: Working Interest Assignment | 6/29/2011 | $0.00 |
| A-85 | Furie Operating Alaska, LLC | Lawrence Berry | Letter Agreement Working Interest Assignment | 6/29/2011 | $0.00 |
| A-86 | Furie Operating Alaska, LLC | Lawrence Berry | Lease Transfer Agreement | 6/29/2011 | $0.00 |
| A-87 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | CGL Insurance Policy No. 19CGLH12218 | 4/11/2019 | $0.00 |
| A-88 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Excess Liability Insurance Policy No. 19XS1H12219 | 4/11/2019 | $0.00 |
| A-89 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Excess Liability Insurance Policy No. MS-S 6052 | 4/11/2019 | $0.00 |
| A-90 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Excess Liability Insurance Policy No. MS-S 6053 | 4/11/2019 | $0.00 |
| A-91 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Oil Pollution Insurance Policy No. MS-S 6054 | 4/11/2019 | $0.00 |
| A-92 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Charterer's Legal Liability Insurance Policy No. MS-S 6055 | 4/11/2019 | $0.00 |
| A-93 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Cargo Insurance Policy No. MS-S 6110 | 4/11/2019 | $0.00 |
| A-94 | Furie Operating Alaska, LLC | Lloyds of London Syndicate #1183 | Energy Package Insurance Policy No. JHBCJP2316 | 4/11/2019 | $0.00 |
| A-95 | Furie Operating Alaska, LLC | Lloyd's Register Drilling Integrity Services Inc | Master Service Agreement | 5/18/2018 | $0.00 |
| A-96 | Furie Operating Alaska, LLC | LMJ Consulting | Master Service Agreement | 4/10/2013 | $0.00 |
| A-97 | Furie Operating Alaska, LLC | M&H Enterprises Inc d/b/a H&H Energy Services | Master Service Agreement | 8/28/2013 | $0.00 |
| A-98 | Furie Operating Alaska, LLC | MagTec Alaska LLC | Amendment No. 1 | 4/29/2018 | $0.00 |
| A-99 | Furie Operating Alaska, LLC | MagTec Alaska LLC | Master Service Agreement | 4/29/2018 | $0.00 |
| A-100 | Furie Operating Alaska, LLC | Marathon Alaska Production LLC | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-101 | Furie Operating Alaska, LLC | Maritime Helicopters | Master Service Agreement Modification No. 1 | 9/11/2013 | $0.00 |
| A-102 | Furie Operating Alaska, LLC | Maritime Helicopters | Master Service Agreement | 8/11/2011 | $0.00 |
| A-103 | Furie Operating Alaska, LLC | Matanuska Electric Association, Inc. | Interruptible Gas Sale & Purchase Agreement | 8/20/2019 | $0.00 |
| A-104 | Furie Operating Alaska, LLC | McLane Consulting Inc | Master Service Agreement | 7/29/2013 | $0.00 |
| A-105 | Furie Operating Alaska, LLC | M-I LLC | Master Service Agreement Modification No. 1 | 7/17/2013 | $0.00 |
| A-106 | Furie Operating Alaska, LLC | NC Machinery Co | Master Service Agreement | 6/14/2017 | $0.00 |
| A-107 | Furie Operating Alaska, LLC | NRC Alaska LLC | Amendment No. 1 Master Service Agreement | 7/10/2018 | $0.00 |
| A-108 | Furie Operating Alaska, LLC | O'Brien's Response Management LLC | Services Agreement | 6/15/2018 | $0.00 |
| A-109 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Consent to Collateral Assignment | 6/4/2018 | $0.00 |
| A-110 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Consent to Collateral Assignment | 6/4/2018 | $0.00 |
| A-111 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Time Charter Party for Offshore Service Vessels | 6/1/2018 | $0.00 |
| A-112 | Furie Operating Alaska, LLC | Ocean Marine Services LLC | Time Charter Party for Offshore Service Vessels | 6/1/2018 | $0.00 |
| A-113 | Furie Operating Alaska, LLC | Offshore Energy Services Inc | Master Service Agreement | 5/13/2014 | $0.00 |
| A-114 | Furie Operating Alaska, LLC | Offshore Systems Kenai | Lease Agreement | 5/1/2015 | $0.00 |
| A-115 | Furie Operating Alaska, LLC | Offshore Systems Kenai | Facility Access/Use Agreement | 5/22/2018 | $0.00 |
| A-116 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Memorandum of Assignments and Farmout Letter Agreement | 3/10/2009 | $0.00 |
| A-117 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Assignment of Interest in Oil & Gas Lease | 2/18/2009 | $0.00 |
| A-118 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Assignment of Interest in Oil & Gas Lease | 2/18/2009 | $0.00 |
| A-119 | Furie Operating Alaska, LLC | Pacific Energy Alaska Operating LLC | Farmout Letter Agreement (a memorandum of which was recorded on March 19, 2009 in the Anchorage Recording District as Doc. No. 2009-017350-0, and on March 23, 2009 in the Kenai Recording District as Doc. No. 2009-002662-0) | 2/11/2009 | $0.00 |
| A-120 | Furie Operating Alaska, LLC | Pacific Energy Resources Ltd | Memorandum of Assignments and Farmout Letter Agreement | 3/10/2009 | $0.00 |
| A-121 | Furie Operating Alaska, LLC | Pacific Energy Resources Ltd. | Farmout Letter Agreement (a memorandum of which was recorded on March 19, 2009 in the Anchorage Recording District as Doc. No. 2009-017350-0, and on March 23, 2009 in the Kenai Recording District as Doc. No. 2009-002662-0) | 2/11/2009 | $0.00 |
| A-122 | Furie Operating Alaska, LLC | Peak Oilfield Service Company LLC | Master Service Agreement | 9/28/2012 | $0.00 |
| A-123 | Furie Operating Alaska, LLC; Corsair Oil & Gas LLC | Petrotechnical Resources of Alaska LLC | Master Service Agreement | 4/10/2018 | $0.00 |
| A-124 | Furie Operating Alaska, LLC | Pollard E Line Services | Master Service Agreement | 5/30/2018 | $0.00 |
| A-125 | Furie Operating Alaska, LLC | Pollard Wireline Inc | Master Service Agreement | 4/10/2013 | $0.00 |
| A-126 | Furie Operating Alaska, LLC | Principal Financial Group | Group Dental Contracted Network Insurance | N/A | $0.00 |
| A-127 | Furie Operating Alaska, LLC | Principal Financial Group | Group Member Life Insurance | N/A | $0.00 |
| A-128 | Furie Operating Alaska, LLC | Principal Financial Group | Group Long Term Disability Insurance | N/A | $0.00 |
| A-129 | Furie Operating Alaska, LLC | Principal Financial Group | Group Short Term Disability Insurance | N/A | $0.00 |
| A-130 | Furie Operating Alaska, LLC | Principal Financial Group | Group Vision Care Expense Insurance | N/A | $0.00 |

| ID | Debtor | Counterparty | Agreement | Date | Amount |
|---|---|---|---|---|---|
| A-131 | Cornucopia Oil & Gas Company, LLC | Production Testing Services Inc | Master Service Agreement | 2/3/2017 | $0.00 |
| A-132 | Furie Operating Alaska, LLC | Ruby Investments Inc | Office Lease Agreement | 11/1/2016 | $ 11,721.83 |
| A-133 | Furie Operating Alaska, LLC | Ryder Scott Company LP | Letter Agreement | 11/6/2018 | $0.00 |
| A-134 | Furie Operating Alaska, LLC | Safeway Services | Master Service Agreement | 8/5/2015 | $0.00 |
| A-135 | Furie Operating Alaska, LLC | Schlumberger Technology Corporation | Master Service Agreement Modification No. 1 | 7/17/2013 | $0.00 |
| A-136 | Furie Operating Alaska, LLC | Schlumberger Technology Corporation | Master Service Agreement | 6/9/2011 | $0.00 |
| A-137 | Furie Operating Alaska, LLC | Sierra Hamilton LLC | Master Service Agreement | 5/21/2018 | $0.00 |
| A-138 | Furie Operating Alaska, LLC | SolstenXP Inc | Master Service Agreement | 2/10/2015 | $0.00 |
| A-139 | Cornucopia Oil & Gas Company, LLC | State of Alaska Department of Law | Closing Agreement | 4/12/2019 | $0.00 |
| A-140 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Kitchen Unit Agreement | 12/11/2006 | $0.00 |
| A-141 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389189 | 2/1/2000 | $0.00 |
| A-142 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389190 | 2/1/2000 | $0.00 |
| A-143 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389191 | 2/1/2000 | $0.00 |
| A-144 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389192 | 2/1/2000 | $0.00 |
| A-145 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389193 | 2/1/2000 | $0.00 |
| A-146 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389196 | 2/1/2000 | $0.00 |
| A-147 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389197 | 2/1/2000 | $0.00 |
| A-148 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389198 | 2/1/2000 | $0.00 |
| A-149 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389507 | 5/1/2001 | $0.00 |
| A-150 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389513 | 5/1/2001 | $0.00 |
| A-151 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389514 | 5/1/2001 | $0.00 |
| A-152 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389515 | 5/1/2001 | $0.00 |
| A-153 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389914 | 1/1/2002 | $0.00 |
| A-154 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389915 | 1/1/2002 | $0.00 |
| A-155 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389917 | 1/1/2002 | $0.00 |
| A-156 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389918 | 1/1/2002 | $0.00 |
| A-157 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389919 | 1/1/2002 | $0.00 |
| A-158 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389923 | 1/1/2002 | $0.00 |
| A-159 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389924 | 1/1/2002 | $0.00 |
| A-160 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389925 | 1/1/2002 | $0.00 |
| A-161 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389926 | 1/1/2002 | $0.00 |
| A-162 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389927 | 1/1/2002 | $0.00 |
| A-163 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389928 | 1/1/2002 | $0.00 |
| A-164 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389929 | 1/1/2002 | $0.00 |
| A-165 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 389930 | 1/1/2002 | $0.00 |
| A-166 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390374 | 10/1/2003 | $0.00 |
| A-167 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390381 | 10/1/2003 | $0.00 |
| A-168 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390548 | 6/1/2005 | $0.00 |
| A-169 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 390554 | 6/1/2005 | $0.00 |
| A-170 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391106 | 1/1/2007 | $0.00 |
| A-171 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391598 | 3/1/2011 | $0.00 |
| A-172 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391599 | 3/1/2011 | $0.00 |
| A-173 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391603 | 3/1/2011 | $0.00 |
| A-174 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 391604 | 3/1/2011 | $0.00 |
| A-175 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Competitive Oil & Gas Lease - ADL No. 397607 | 3/1/2011 | $0.00 |
| A-176 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Sixth Plan of Development for the Kitchen Lights Unit | 12/11/2018 | $0.00 |

| ID | Debtor | Counterparty | Agreement | Date | Amount |
|---|---|---|---|---|---|
| A-177 | Furie Operating Alaska, LLC | State of Alaska Department of Natural Resources | Plans of Operation for the Kitchen Lights Unit as approved from time to time | | $0.00 |
| A-178 | Cornucopia Oil & Gas Company, LLC | State of Alaska Department of Revenue | Closing Agreement | 4/12/2019 | $0.00 |
| A-179 | Furie Operating Alaska, LLC | Stokes & Spiehler Offshore Inc | Master Service Agreement | 8/30/2013 | $0.00 |
| A-180 | Furie Operating Alaska, LLC | Superior Energy Services LLC | Master Service Agreement | 6/14/2017 | $0.00 |
| A-181 | Furie Operating Alaska, LLC | Tailing International LLC | Assignment and Assumption of Master Service Agreement | 7/1/2016 | $0.00 |
| A-182 | Furie Operating Alaska, LLC | Tailing LLC | Assignment and Assumption of Master Service Agreement | 7/1/2016 | $0.00 |
| A-183 | Furie Operating Alaska, LLC | Tailing LLC | Master Service Agreement | 12/1/2015 | $0.00 |
| A-184 | Furie Operating Alaska, LLC | Taylor Fire Protection Services LLC | Master Service Agreement | 3/4/2016 | $0.00 |
| A-185 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Side Letter Agreement | 10/22/2010 | $0.00 |
| A-186 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Lease Assignment and Participation Agreement | 10/22/2010 | $0.00 |
| A-187 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Operating Agreement Kitchen Lights Area | 10/21/2010 | $0.00 |
| A-188 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Side Letter Agreement | 10/22/2010 | $0.00 |
| A-189 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Side Letter Agreement | 10/22/2010 | $0.00 |
| A-190 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Kitchen Unit Agreement | 12/11/2006 | $0.00 |
| A-191 | Furie Operating Alaska, LLC | Taylor Minerals LLC | Operating Agreement | 10/21/2010 | $0.00 |
| A-192 | Furie Operating Alaska, LLC | Terrasond Limited | Master Service Agreement | 9/18/2013 | $0.00 |
| A-193 | Furie Operating Alaska, LLC | Tesco Corporation (US) | Master Service Agreement | 5/29/2014 | $0.00 |
| A-194 | Furie Operating Alaska, LLC | Tesoro Maritime Company | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-195 | Furie Operating Alaska, LLC | Tesoro Maritime Company | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-196 | Furie Operating Alaska, LLC | Total Safety US Inc | Master Service Agreement Modification No. 1 | 6/6/2014 | $0.00 |
| A-197 | Furie Operating Alaska, LLC | Total Safety US Inc | Master Service Agreement | 9/15/2011 | $0.00 |
| A-198 | Furie Operating Alaska, LLC | TransMontaigne Product Services Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| A-199 | Furie Operating Alaska, LLC | Tripoint Alaska LLC | Master Service Agreement | 6/5/2018 | $0.00 |
| A-200 | Furie Operating Alaska, LLC | Udelhoven Oilfield System Services Inc | Master Service Agreement | 11/15/2016 | $0.00 |
| A-201 | Furie Operating Alaska, LLC | Waters Petroleum, LLC (dba Waters Petroleum Advisors) | Consulting Services Agreement | 7/24/2019 | $0.00 |
| A-202 | Furie Operating Alaska, LLC | Weaver Brothers Inc | Tank Lease and Transport Agreement | 7/2/2018 | $0.00 |
| A-203 | Furie Operating Alaska, LLC | Wild Well Control Inc | Master Service Agreement | 6/14/2016 | $0.00 |
| A-204 | Furie Operating Alaska, LLC | Wolfepak Inc | License and Purchase Agreement | | $0.00 |
| A-205 | Furie Operating Alaska, LLC | XTO Energy Inc | CISPRI Services Limited Liability Company Agreement | 12/15/2015 | $0.00 |
| A-206 | Furie Operating Alaska, LLC | XTO Energy Inc | CISPRI Partners Amended Partnership Agreement | 12/6/2012 | $0.00 |
| B-36 | Furie Operating Alaska, LLC | Chugach Electric Association Inc | Firm and Interruptible Gas Sale and Purchase Agreement | 3/3/2017 | $0.00 |

## **Exhibit G-2**

Rejected Contract and Leases List

[See attached.]

For the avoidance of doubt, the Debtors or the Reorganized Debtors, as applicable, reserve the right to alter, amend, modify or supplement the list of assumed Executory Contract and Unexpired Leases in accordance with the Plan, including, without limitation, pursuant to Article V of the Plan, which provides that:

## ARTICLE V
## TREATMENT OF EXECUTORY CONTRACTS
## AND UNEXPIRED LEASES

A.  *Assumption and Rejection of Executory Contracts and Unexpired Leases*

On the Effective Date, except as otherwise provided in the Plan, each Executory Contract and Unexpired Lease not previously rejected, assumed, or assumed and assigned, including, without limitation, any employee benefit plans, severance plans, and other Executory Contracts under which employee obligations arise, shall be deemed automatically rejected pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease: (1) is specifically described in the Plan as to be assumed or assumed and assigned in connection with confirmation of the Plan, or is specifically scheduled on the Assumed Contracts and Leases List to be assumed or assumed and assigned (as specified on such list) pursuant to the Plan or the Plan Supplement; (2) is subject to a pending motion to assume such Unexpired Lease or Executory Contract as of the Effective Date; or (3) is a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan.

Unless otherwise indicated, assumptions or rejections of Executory Contracts and Unexpired Leases pursuant to the Plan or the Acquisition Documents are effective as of the Effective Date.  Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by a Final Order of the Bankruptcy Court on or after the Effective Date.  Notwithstanding anything to the contrary in the Plan, at the direction or with the consent of the Acquirer, and in accordance with the Acquisition by Foreclosure Agreement, the Acquirer (i) may elect to have the Debtors reject any Key Contract at any time prior to the Effective Date, and (ii) shall have the right to alter, amend, modify, or supplement the Assumed Contracts and Leases List identified in Article V.A of the Plan and in the Plan Supplement at any time through and including 45 days after the Effective Date.

| Contract No. | Debtor(s) Party to Contract | Name of Counterparty | Title of Contract | Effective Date |
|---|---|---|---|---|
| B-1 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Advanced Drilling Solutions LLC | Letter Agreement Re: Drilling Contract | 9/23/2016 |
| B-2 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Gas Sale and Purchase Agreement | 6/26/2014 |
| B-3 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Settlement Agreement and Release | 3/17/2019 |
| B-4 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Gas Sale and Purchase Agreement | 6/26/2014 |
| B-5 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Confidentiality Agreement | 1/30/2014 |
| B-6 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 1 | 1/29/2015 |
| B-7 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 2 to Gas Sale and Purchase Agreement | 7/27/2015 |
| B-8 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 3 to Gas Sale and Purchase Agreement | 9/13/2018 |
| B-9 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 4 to Gas Sale and Purchase Agreement | 10/4/2018 |
| B-10 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 5 to Gas Sale and Purchase Agreement | 11/8/2018 |
| B-11 | Cornucopia Oil & Gas Company, LLC | Alaska Electric and Energy Cooperative Inc | Statement of Limited Guarantee | 6/26/2014 |
| B-12 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Gas Sale and Purchase Agreement | 6/26/2014 |
| B-13 | Furie Operating Alaska, LLC | Alaska Electric and Energy Cooperative Inc | Amendment No. 6 to Gas Sales Agreement | 5/24/2019 |
| B-14 | Furie Operating Alaska, LLC | All American Oilfield Associates LLC | Master Service Agreement | 4/9/2013 |
| B-15 | Furie Operating Alaska, LLC | Ally Financial | Lease Agreement | 4/26/2019 |
| B-16 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC; Corsair Oil & Gas LLC | Ankura Consulting Group LLC | Engagement Agreement | 3/23/2018 |
| B-17 | Furie Operating Alaska, LLC | Baker Hughes Oilfield Operations Inc | Master Service Agreement Modification No. 1 | 7/18/2013 |
| B-18 | Furie Operating Alaska, LLC | Baker Hughes Oilfield Operations Inc | Master Service Agreement | 4/19/2011 |
| B-19 | Furie Operating Alaska, LLC | Baker Hughes Oilfield Operations LLC | Modification No. 2 Master Service Agreement | 7/16/2018 |
| B-20 | Furie Operating Alaska, LLC | Baker Petrolite Corporation | Master Service Agreement Modification No. 1 | 7/18/2013 |
| B-21 | Furie Operating Alaska, LLC | Baker Petrolite Corporation | Master Service Agreement | 4/19/2011 |
| B-22 | Furie Operating Alaska, LLC | Baker Petrolite LLC | Modification No. 2 Master Service Agreement | 7/16/2018 |
| B-23 | Furie Operating Alaska, LLC | BAM Clough JV | Confidentiality Agreement | 8/20/2014 |
| B-24 | Furie Operating Alaska, LLC | BJ Services Company USA | Master Service Agreement | 4/19/2011 |
| B-25 | Furie Operating Alaska, LLC | BlueCrest Alaska Operating LLC | Natural Gas Exchange Agreement | 5/8/2018 |
| B-26 | Furie Operating Alaska, LLC | Bluecrest Alaska Operating LLC | Natural Gas Sale and Purchase Agreement | 5/7/2018 |
| B-27 | Furie Operating Alaska, LLC | Briley & Associates | Residential Lease Agreement | 11/14/2016 |
| B-28 | Furie Operating Alaska, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-29 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Consent Agreement | 9/30/2016 |
| B-30 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC; Corsair Oil & Gas LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Consent and Waiver under Preferred Equity Agreements | 7/15/2014 |
| B-31 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement RE: Drilling Contract | 9/23/2016 |
| B-32 | Furie Operating Alaska, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Drilling Contract | 9/20/2016 |
| B-33 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Drilling Contract | 9/21/2016 |
| B-34 | Furie Operating Alaska, LLC | Brutus AG (f/k/a Deutsche Oel & Gas AG) | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-35 | Furie Operating Alaska, LLC | CEESI Measurement Solutions Inc | Master Service Agreement | 5/29/2014 |
| B-37 | Furie Operating Alaska, LLC | CISPRI Services LLC | Charter for Off Shore Supply and Support Services | 1/4/2016 |
| B-38 | Furie Operating Alaska, LLC | CISPRI Services LLC | Vessel Boarding and Utilization Agreement | 8/5/2016 |
| B-39 | Furie Operating Alaska, LLC | CISPRI Services LLC | CISPRI Services Uniform Time Charter Part for Off-Shore Supply and Support Services | 1/4/2016 |
| B-40 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Comprator GmbH | Data Processing Agreement | |
| B-41 | Furie Operating Alaska, LLC | David W. Elder | Employment Agreement | 2/15/2015 |
| B-42 | Furie Operating Alaska, LLC | First Insurance Funding | Commercial Premium Finance Agreement | 5/12/2019 |
| B-43 | Furie Operating Alaska, LLC | First Insurance Funding | Commercial Premium Finance Agreement | 4/26/2019 |
| B-44 | Furie Operating Alaska, LLC | Furie Operating Alaska, LLC | Furie Operating Alaska, LLC, 401(k) Plan | N/A |
| B-45 | Furie Operating Alaska, LLC | Homer Electric Association Inc | Statement of Limited Guarantee | 6/26/2014 |
| B-46 | Furie Operating Alaska, LLC | Homer Electric Association Inc | Confidentiality Agreement | 1/30/2014 |
| B-47 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Kay Rieck | Memorandum of Agreement | 1/31/2016 |
| B-48 | Furie Operating Alaska, LLC | Key Energy Services LLC | Master Service Agreement | 9/7/2011 |
| B-49 | Furie Operating Alaska, LLC | Key Energy Services LLC | First Amendment to Master Service Agreement | 2/27/2013 |
| B-50 | Furie Operating Alaska, LLC | Kuukpik Drilling | Letter re Rental of Diverter Equipment | 5/31/2018 |
| B-51 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | M.A. (Tony) Nunes | Memorandum of Agreement | 1/31/2016 |
| B-52 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-53 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-54 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-55 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Brokerage Service Agreement | 3/28/2018 |
| B-56 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Brokerage Service Agreement | 3/28/2018 |
| B-57 | Furie Operating Alaska, LLC | McGriff Seibels & Williams of Texas Inc | Cover Note | 4/11/2019 |
| B-58 | Furie Operating Alaska, LLC | Michael L. Foster & Associates Inc | Letter Agreement | 4/17/2014 |
| B-59 | Furie Operating Alaska, LLC | Municipality of Anchorage d/b/a Municipal Light & Power | Interruptible Gas Sale and Purchase Agreement | 8/15/2019 |
| B-60 | Furie Operating Alaska, LLC | Nabors Alaska Drilling Inc | 2018 Kitchen Lights Unit Program Proposal | 5/15/2018 |
| B-61 | Furie Operating Alaska, LLC | Nordic Calista Services | Letter Agreement Re: Equipment Rental | 5/25/2019 |
| B-62 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-63 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Offshore Daywork Drilling Contract - U.S. | 12/1/2015 |
| B-64 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Drilling Contract | 9/20/2016 |
| B-65 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Drilling Contract | 9/21/2016 |
| B-66 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Offshore Daywork Drilling Contract | 12/1/2015 |
| B-67 | Furie Operating Alaska, LLC | Nordic Overseas Drilling & Services GmbH | Letter Agreement Re: Offshore Daywork Drilling Contract | 3/1/2016 |
| B-68 | Furie Operating Alaska, LLC | Northern Lights Center LLC | International Self Storage Rules & Regulations | 12/19/2016 |
| B-69 | Cornucopia Oil & Gas Company, LLC | Norton Rose Fulbright US LLP | Legal Representation Letter | 4/4/2018 |
| B-70 | Furie Operating Alaska, LLC | Reed Smith LLP | Letter Re: IRS Information Document Requests | 3/7/2016 |
| B-71 | Furie Operating Alaska, LLC | Reed Smith LLP | Letter Re: General Tax Advice and Legal Assistance | 12/14/2017 |

| | | | | |
|---|---|---|---|---|
| B-72 | Furie Operating Alaska, LLC | Seaport Global Securities LLC | Engagement Letter | 6/5/2019 |
| B-73 | Furie Operating Alaska, LLC | Shamrock Management LLC d/b/a Shamrock Energy Solutions | Master Service Agreement | 3/28/2016 |
| B-74 | Furie Operating Alaska, LLC | Shelf Drilling Offshore Resources Limited II | Letter Agreement re: Rig Lease | 8/25/2017 |
| B-75 | Furie Operating Alaska, LLC | Sierra Pine Resources International Inc | Amendment No. 1 to Master Service Agreement | 1/1/2019 |
| B-76 | Furie Operating Alaska, LLC | Sierra Pine Resources International Inc | Master Service Agreement | 1/19/2018 |
| B-77 | Furie Operating Alaska, LLC | Smith International Inc. | Master Service Agreement Modification No. 1 | 7/17/2013 |
| B-78 | Furie Operating Alaska, LLC | Southside Classic Leasing LLC | Texas Commercial Lease Agreement | 5/1/2017 |
| B-79 | Furie Operating Alaska, LLC | Sparrows Offshore LLC | Master Service Agreement | 5/19/2014 |
| B-80 | Furie Operating Alaska, LLC | Spartan Offshore Drilling LLC | Offshore Daywork Drilling Contract | 6/19/2018 |
| B-81 | Furie Operating Alaska, LLC | Spartan Offshore Drilling LLC | Offshore Daywork Drilling Company | 6/19/2018 |
| B-82 | Furie Operating Alaska, LLC | Team Industrial Services Inc | Master Service Agreement | 5/25/2012 |
| B-83 | Furie Operating Alaska, LLC; Cornucopia Oil & Gas Company, LLC | Tom Hord | Memorandum of Agreement | 1/31/2016 |
| B-84 | Furie Operating Alaska, LLC | United States Department of Homeland Security; Secretary of Homeland Security, Jeh Johnson; U.S. Customs and Border Protection; Commissioner Gil Kerlikowski | Settlement Agreement and Mutual Release of Claims | 2/3/2017 |
| B-85 | Furie Operating Alaska, LLC | Watson Company Inc | Master Service Agreement | 1/12/2017 |
| B-86 | Furie Operating Alaska, LLC | Watson Company Inc | Letter Re: MSA Extension | 6/21/2013 |
| B-87 | Furie Operating Alaska, LLC | Weatherford International Inc | Master Service Agreement Modification No. 1 | 6/21/2013 |
| B-88 | Furie Operating Alaska, LLC | Weatherford International Inc | Master Service Agreement | 8/1/2011 |