**Exhibit H**

Equity Foreclosure Agreement

[See attached.]

**EQUITY FORECLOSURE AGREEMENT**
**AND**
**TRANSFER STATEMENT PURSUANT TO SECTION 9-619 OF THE UNIFORM**
**COMMERCIAL CODE**

This Equity Foreclosure Agreement (this "Agreement") is made and entered into as of June [    ], 2020[1] between Energy Capital Partners Mezzanine Opportunities Fund A, LP, as collateral agent for the lenders under the Credit Agreement described below (the "Collateral Agent") and HEX Cook Inlet LLC ("Grantee").

WHEREAS, the Collateral Agent is party to that certain Second Amended and Restated Credit Agreement dated as of April 12, 2018 (as amended, amended and restated, supplemented, waived, or otherwise modified from time to time, the "Credit Agreement"), entered into by and among Furie Operating Alaska, LLC ("FOA") and Cornucopia Oil & Gas Company, LLC ("Cornucopia" and together with FOA, the "Borrowers"), the lenders party thereto from time to time and Energy Capital Partners Mezzanine Opportunities Fund A, LP, as administrative agent and collateral agent;

WHEREAS, pursuant to (i) that certain Pledge Agreement, dated as of July 15, 2014 (as amended, amended and restated, supplemented, waived, or otherwise modified from time to time, the "Cornucopia Pledge") made by Brutus AG (f/k/a/ Deutsche Oel & Gas AG), a German corporation ("Brutus"), in favor of the Collateral Agent, and (ii) that certain Pledge Agreement, dated as of October 20, 2014 (as amended, amended and restated, supplemented, waived, or otherwise modified from time to time, the "Corsair Pledge" and together with the Cornucopia Pledge, the "Pledge Agreements") made by Brutus in favor of the Collateral Agent, Brutus pledged the Conveyed Property (as defined below) to secure the obligations of the Borrowers pursuant to the Credit Agreement;

WHEREAS, the Borrowers and Brutus have defaulted in connection with the obligations under the Credit Agreement and Pledge Agreements, respectively, secured by the Conveyed Property;

WHEREAS, on August 9, 2019, each of FOA, Cornucopia and Corsair Oil & Gas LLC ("Corsair" and together with FOA and Cornucopia, the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Cases") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, on September 26, 2019, the Bankruptcy Court entered the Order (A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Procedures for Stalking Horse Bid Protections, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice Thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief [Docket No. 185] (the "Bidding Procedures Order");

---

[1] [NTD:  Dated with the Effective Date of the Plan.]

WHEREAS, the Debtors, with the consent of the Collateral Agent, intend to issue new equity to Grantee, as the designee of HEX L.L.C., pursuant to the terms of (i) the Second Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code filed in the Bankruptcy Cases on May 6, 2020 at Docket No. 754 (as may be amended or modified from time to time in accordance with the terms thereof, the "Plan"), (ii) the Acquisition by Foreclosure Agreement (as defined in the Plan), and (iii) the Plan Term Sheet (as defined in the Plan); and

WHEREAS, the Collateral Agent has exercised its post-default remedies as follows.  By letter date [_____], 2020, the Collateral Agent duly notified Brutus, together with each and every other person holding an interest in the Conveyed Property subordinate to the interest held by Brutus in the Conveyed Property, pursuant to and in strict accordance with Section 9-610 of the Uniform Commercial Code as enacted in the State of New York (the "UCC"), of the defaults under the Pledge Agreements and the private disposition of Conveyed Property to occur sometime after [_____], 2020.

NOW, THEREFORE, in consideration of the foregoing, the terms, covenants and conditions contained herein and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.      Pursuant to Section 9-610(b) of the UCC and the agreement by Grantee to purchase (i) 100 membership interests units issued by Cornucopia, represented by Membership Interest Certificate No. 4 and (ii) 1,000 membership interest units issued by Corsair, represented by Membership Interest Certificate No. 3 (collectively, the "Conveyed Property"), effective as of the date first set forth above, all of Brutus's right, title and interest in and to the Conveyed Property is hereby transferred to the Grantee pursuant to this Agreement, without recourse, to have and to hold the same unto Grantee, its successors and assigns. As a result, Grantee is hereby entitled to and holds, among other things, the benefit and enjoyment of all rights conferred upon Grantee by Section 9-619(b) of the UCC.

2.      Grantee acknowledges by its acceptance of the Conveyed Property that Grantee is accepting all of Brutus's right, title and interest in and to the Conveyed Property "as is" and "where is" and without any implied or express representation, warranty or covenant, including without limitation any warranty (i) as to the condition, merchantability, fitness or adequacy for any purpose or use, quality, productiveness or capacity of any or all of the Conveyed Property, and/or (ii) relating to title, possession, quiet enjoyment, or the like, in the disposition of any or all of the Conveyed Property pursuant to this Agreement.

3.      In accordance with UCC Section 9-619(a)(4), the name and mailing address of the Collateral Agent, Brutus, and Grantee are as follows:

a.      The name and mailing address of the Collateral Agent is as follows:

Energy Capital Partners Mezzanine Opportunities Fund A, LP, as collateral agent
c/o Energy Capital Partners
12680 High Bluff Drive, Suite 400
San Diego, CA 92130

2

      b.      The name and mailing address of the Brutus is as follows:

            Brutus AG (f/k/a Deutsche Oel & Gas AG)
            Gerokstrasse 33, 70184 Stuttgart

      c.      The name and mailing address of the Grantee is as follows:

            Hex Cook Inlet LLC
            Attn: Kevin Hemenway
            188 W. Northern Lights Blvd., Suite 620
            Anchorage, AK 99503

4.     This Agreement and any claim or dispute of any kind or nature whatsoever arising out of or in any way relating to this Agreement, directly or indirectly, shall be governed by and construed in accordance with the laws of the State of New York, without regard to any choice-of-law principle that would dictate the application of the laws of another jurisdiction.

5.     EACH OF THE PARTIES TO THIS AGREEMENT HEREBY WAIVES ALL RIGHT TO TRIAL BY JURY IN ANY ACTION, SUIT, OR PROCEEDING ARISING OUT OF, IN CONNECTION WITH OR RELATING TO THIS AGREEMENT.

6.     This Agreement may be executed in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute one and the same instrument, and all signatures need not appear on any one counterpart. Any party hereto may execute and deliver a counterpart of this Agreement by delivering by facsimile or other electronic transmission a signature page of this Agreement signed by such party, and any such facsimile or other electronic signature shall be treated in all respects as having the same effect as an original signature.

7.     The Grantee acknowledges and agrees that (i) the Collateral Agent shall enjoy all rights and benefits under the Credit Agreement in connection with any act or omission whatsoever taken pursuant to or in connection with this Agreement or the transactions contemplated hereby and (ii) the Collateral Agent has executed this Agreement at the direction of the Lenders (as defined in the Credit Agreement).

[REMAINDER OF PAGE INTENTIONALLY BLANK.]

IN WITNESS WHEREOF, Grantor has caused this Equity Foreclosure Agreement to be duly executed as of the date first above written.

**ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND A, LP**,
a Delaware limited partnership, in its capacity as the Collateral Agent

By:  Energy Capital Partners Mezzanine GP, LP
Its:  General Partner

By:  Energy Capital Partners Mezzanine, LLC
Its:  General Partner

By: ECP ControlCo, LLC
Its: Sole Member

By: _____

    Name:
    Title:

ACCEPTED AND AGREED TO:

HEX Cook Inlet LLC,
in its capacity as Grantee

By:_____
Name:
Title: