# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FURIE OPERATING ALASKA, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11781 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 754, 797 & 806** |

## NOTICE OF FIRST AMENDED PLAN SUPPLEMENT FOR THE THIRD AMENDED JOINT PLAN OF REORGANIZATION FOR THE DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on May 6, 2020, Furie Operating Alaska, LLC and certain of its affiliates (collectively, the "Debtors") filed the *Second Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 754] (the "Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that on May 29, 2020, the Debtors filed that certain *Plan Supplement for the Second Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 797] (the "Initial Plan Supplement"), in support of confirmation of the Second Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that on June 7, 2020, the Debtors filed the *Third Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 806] (as may be amended or modified from time to time and including all exhibits and supplements thereto, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file this *First Amended Plan Supplement for the Third Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* (the "First Amended Plan Supplement," together with the Initial Plan Supplement, and as may be amended from time to time, the "Plan Supplement"), in support of confirmation of the Plan. The documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. The Plan Supplement documents have not yet been approved by the Bankruptcy Court. If the Plan is approved, the documents in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order. Except

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

as modified by this First Amended Plan Supplement, any document contained in the Plan Supplement is incorporated herein by reference as if attached, in its entirety, as an exhibit hereto.

**PLEASE TAKE FURTHER NOTICE** that the First Amended Plan Supplement includes the following documents, as may be modified, amended, or supplemented from time to time by the Debtors in accordance with the Plan, as set forth below:[3]

| Exhibit | Description |
| --- | --- |
| Exhibit A | Debt Documents |
| Exhibit A-4 | New Term Loan Agreement |
| Exhibit C | Litigation Trust Agreement |
| Exhibit G-2 | Rejected Contracts and Leases List |
| Exhibit I | List of Proposed Officers for the Reorganized Debtors |

**PLEASE TAKE FURTHER NOTICE** that certain documents, or portions thereof, contained in this Plan Supplement remain subject to ongoing negotiations among the Debtors, the Acquirer, Melody, the Prepetition Lenders, the Prepetition Agents, and other interested parties with respect thereto, and all rights of such parties are expressly reserved in connection therewith. The Debtors reserve all rights to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date, or any such other date in accordance with the Plan, the Confirmation Order, or any other order of the Bankruptcy Court. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan, with all rights of the parties to such documents with respect to amendments, revisions, or supplements expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Supplement, and other documents and materials filed in these chapter 11 cases may be obtained at no charge from Prime Clerk LLC, the Debtors' notice, claims, and solicitation agent in these chapter 11 cases (the "Solicitation Agent"), by (a) accessing the Debtors' restructuring website at https://cases.primeclerk.com/furieoperatingalaska; (b) emailing furieballots@primeclerk.com and referencing "Furie Operating Alaska" in the subject line; (c) calling the Debtors' restructuring hotline at (844) 678-5578 (toll-free), and asking for the Solicitation Group; (d) writing to the Solicitation Agent at the following address: Furie Operating Alaska Ballot Processing, c/o Prime Clerk, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at http://www.deb.uscourts.gov.

[Continued on Following Page]

---

[3] If a redline is not included herein, the document included in this First Amended Plan Supplement is the first time such document has been filed in any Plan Supplement.

Dated: June 8, 2020
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/    Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email:    matthew.ward@wbd-us.com
    ericka.johnson@wbd-us.com

-and-

**MCDERMOTT WILL & EMERY LLP**

Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:    (212) 547-5400
Facsimile:    (212) 547-5444
Email:    twwalsh@mwe.com
    rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*