**<u>Exhibit I</u>**

List of Proposed Officers for the Reorganized Debtors

| <u>Name</u> | <u>Position</u> |
|---|---|
| John L. Hendrix | President and Chief Executive Officer |
| Richard Dusenbery | Chief Operating Officer |
| Kevin Hemenway | Chief Financial Officer |