## Exhibit I

List of Proposed Officers for the Reorganized Debtors

| Name | Position | Affiliations (If Any) |
|---|---|---|
| John L. Hendrix | President and Chief Executive Officer | Sole owner of HEX L.L.C. and indirect majority owner of HEX Cook Inlet LLC |
| Richard Dusenbery | Chief Operating Officer | Indirect minority owner of HEX Cook Inlet LLC |
| Kevin Hemenway | Chief Financial Officer | None |

Redline of List of Proposed Officers for the Reorganized Debtors

| **Name** | **Position** | **Affiliations (If Any)** |
|---|---|---|
| John L. Hendrix | President and Chief Executive Officer | Sole owner of HEX L.L.C. and indirect majority owner of HEX Cook Inlet LLC |
| Richard Dusenbery | Chief Operating Officer | Indirect minority owner of HEX Cook Inlet LLC |
| Kevin Hemenway | Chief Financial Officer | None |