## Exhibit J

Proposed Agreements with Current Officers for the Debtors

| Name/Current Position | Proposed Relationship With Reorganized Debtors | Disclosures |
|---|---|---|
| David W. Elder, Chief Financial Officer | Consulting Agreement | The Reorganized Debtors intend to retain Mr. Elder as a part-time consultant following the Effective Date to provide transition services on an as needed basis. Subject to documentation, Mr. Elder will receive approximately $7,000 to $7,500 per month for three months in exchange for providing consulting services of up to 40 hours per month. |