**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FURIE OPERATING ALASKA, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-11781 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket No.: 843**<br>**Hearing Date: July 7, 2020 at 2:00 p.m. (ET)** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' MOTION FOR ENTRY OF A FINAL DECREE AND ORDER (I)
CLOSING CERTAIN CASES AND (II) AMENDING CAPTION OF REMAINING CASE**

The undersigned hereby certifies as follows:

1. On June 15, 2020, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed *Debtors' Motion for Entry of a Final Decree and Order (I) Closing Certain Cases and (II) Amending Caption of Remaining Case* [Docket No. 843] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Objections or responses to the Motion were due on or before June 29, 2020 at 4:00 p.m. (prevailing Eastern Time). A hearing on the Motion is scheduled for July 7, 2020 at 2:00 p.m. (prevailing Eastern Time).

3. The Office of the United States Trustee (the "UST") has provided the Debtors with informal comments regarding the Motion. In response to the informal comments from the UST, the Debtors have prepared a revised proposed form of order (the "Revised Proposed Order"), attached hereto as **Exhibit A**, incorporating the informal comments from the UST. For the

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

convenience of the Court and all parties in interest, a blackline of the Revised Proposed Order against the proposed order attached to the Motion is attached hereto as **Exhibit B**.

4. The Revised Proposed Order resolves the informal comments from the UST, and the UST does not oppose the entry of the Revised Proposed Order. The undersigned certifies that, except as set forth herein, no other informal or formal response to the Motion has been received. The undersigned further certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Motion has been filed.

5. Accordingly, the Debtors respectfully request that the Revised Proposed Order be entered at the earliest convenience of the Court.

Dated: June 30, 2020
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

 */s/ Ericka F. Johnson*
Matthew P. Ward (DE Bar No. 4471)
Ericka F. Johnson (DE Bar No. 5024)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:	(302) 252-4320
Facsimile:	(302) 252-4330
Email:	matthew.ward@wbd-us.com
	ericka.johnson@wbd-us.com

-and-

**McDERMOTT WILL & EMERY LLP**
Timothy W. Walsh (admitted *pro hac vice*)
Riley T. Orloff (admitted *pro hac vice*)
340 Madison Avenue
New York, New York 10173-1922
Telephone:	(212) 547-5400
Facsimile:	(212) 547-5444
Email:	twwalsh@mwe.com
	rorloff@mwe.com

*Counsel to the Debtors and Debtors in Possession*