**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FURIE OPERATING ALASKA, LLC, *et al.*,[1] | Case No. 19-11781 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF THE EFFECTIVE DATE OF THE DEBTORS' THIRD**
**AMENDED JOINT PLAN OF REORGANIZATION AND RELATED DATES**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") presented *The Third Amended Joint Plan of Reorganization for the Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 806] (as amended or modified in accordance with its terms, the "Plan")[2] for confirmation at a hearing (the "Confirmation Hearing") held on June 11, 2020 before the Honorable Laurie Selber Silverstein of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, following the Confirmation Hearing, the Bankruptcy Court entered the *Order Confirming Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 835] (the "Confirmation Order"), confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and Confirmation Order, the Effective Date of the Plan occurred and the Plan was substantially consummated on June 30, 2020. All conditions precedent to the effectiveness of the Plan occurred or were waived in accordance with the Plan's provisions.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order and Article XII.A. of the Plan, the provisions of the Plan are binding upon the Debtors, the Debtors' Estates, the Reorganized Debtors, the Litigation Trust, any and all holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, or injunctions described in the Plan, each Entity acquiring property under the Plan or the Confirmation Order, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: Furie Operating Alaska, LLC (8721); Cornucopia Oil & Gas Company, LLC (9914); and Corsair Oil & Gas LLC (8012). The location of the Debtors' corporate headquarters and the service address for all Debtors is 188 W. Northern Lights Blvd. Suite 620, Anchorage, Alaska 99503.

[2] Unless otherwise defined in this notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that holders of (i) Fee Claims incurred between the Petition Date and the date immediately prior to the Effective Date and (ii) Administrative Claims incurred between March 1, 2020 and the date immediately prior to the Effective Date must file requests for the payment of their respective claims on or before **July 30, 2020 at 4:00 p.m. prevailing Eastern Time** or be forever barred from asserting such claims against the Debtors or their Estates.

**PLEASE TAKE FURTHER NOTICE** that on the Effective Date, except as otherwise provided in the Plan, each Executory Contract and Unexpired Lease not previously rejected, assumed, or assumed and assigned, including, without limitation, any employee benefit plans, severance plans, and other Executory Contracts under which employee obligations arise, shall be deemed automatically rejected pursuant to sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease:  (1) is specifically described in the Plan as to be assumed or assumed and assigned in connection with confirmation of the Plan, or is specifically scheduled on the Assumed Contracts and Leases List to be assumed or assumed and assigned (as specified on such list) pursuant to the Plan or the Plan Supplement; (2) is subject to a pending motion to assume such Unexpired Lease or Executory Contract as of the Effective Date; or (3) is a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan.

**PLEASE TAKE FURTHER NOTICE** that Holders of Claims arising from the rejection of Executory Contracts or Unexpired Leases ("Rejection Claims"), if any, must file Proofs of Claim on or before **July 30, 2020 at 4:00 p.m. prevailing Eastern Time** or be forever barred from asserting such claims against the Debtors or their Estates.  Rejection Claims not Filed on or before July 30, 2020 at 4:00 p.m. prevailing Eastern Time shall be automatically Disallowed, forever barred from assertion, and shall not be enforceable against, as applicable, the Debtors, the Reorganized Debtors, their Estates, the Litigation Trust, or property of the foregoing parties, without the need for any objection by the Debtors, the Reorganized Debtors, their Estates, or the Litigation Trust and without the need for any further notice to, or action, order, or approval of the Bankruptcy Court.  Rejection Claims shall be classified as General Unsecured Claims and shall be treated in accordance with Article III of the Plan, and shall not be entitled to any recovery under the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article VIII.E. of the Plan, except as otherwise expressly provided in the Plan, all Entities that have held, hold, or may hold Claims, Interests, or Causes of Action that have been released pursuant to the Plan, discharged pursuant to the Plan, or are subject to exculpation pursuant to the Plan, are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, the Debtors, Reorganized Debtors, the Estates, the Released Parties, or the Exculpated Parties: (a) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action; (b) enforcing, attaching, collecting, or recovering by any manner or means any judgment, award, decree, or order against such Entities on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action; (c) creating, perfecting, or enforcing any Lien or encumbrance of any kind against such Entities or the property or the Estates of such Entities on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action; and (d) asserting any right of setoff (except to the extent timely asserted in accordance with *In re*

*Continental Airlines*, 134 F.3d 536 (3d. Cir. 1998)), or subrogation of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims, Interests, or Causes of Action.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, the docket in the Chapter 11 Cases, and other relevant case information are publicly available, free of charge, by accessing the Debtors' case information website at https://cases.primeclerk.com/furieoperatingalaska/.

**PLEASE TAKE FURTHER NOTICE** that any party in interest who wishes to receive service of Court filings after the Effective Date must file a request for the same under Bankruptcy Rule 2002, even if they filed such a request prior to the Effective Date.

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
| Timothy W. Walsh (admitted *pro hac vice*) | Matthew P. Ward (Del. Bar No. 4471) |
| Riley T. Orloff (admitted *pro hac vice*) | Ericka F. Johnson (Del. Bar No. 5024) |
| 340 Madison Avenue | 1313 North Market Street, Suite 1200 |
| New York, NY 10173-1922 | Wilmington, DE 19801 |
| Telephone: (212) 547-5400 | Telephone: (302) 252-4320 |
| Facsimile: (212) 547-5444 | Facsimile: (302) 252-4330 |
| Email:    twwalsh@mwe.com | Email:    matthew.ward@wbd-us.com |
|             rorloff@mwe.com |             ericka.johnson@wbd-us.com |

*Counsel for Debtors and Debtors-in-Possession*

49548314v1