IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Furie Operating Alaska, LLC, *et al.*[1], | ) | Case No. 19-11781 (LSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related Docket No. 229, 285, 320, and 417** |
| | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Giza Holdings, LLC; Taylor Minerals, LLC; Allen Lawrence Berry; the 2007 Allen Lawrence Berry Trust; and Danny Davis (collectively, the "RWIO Group") hereby withdraw with prejudice their relief sought in: (i) *Motion of Certain Royalty and Working Interest Owners for Entry of an Order (I) Determining Nature of Certain Claims and (II) if Necessary, Granting Leave, Standing and Authority to Prosecute and, if Appropriate, Settle Certain Claims on Behalf of the Debtors' Estates* [Docket No. 285] (the "RWIO Standing Motion"); (ii) *the Joint Objection and Reservation of Rights of Certain Royalty and Working Interest Owners to Amended Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [Docket No. 229] (the "RWIO Cure Objection");(iii) the *Preliminary Objection and Reservation of Rights of Certain Royalty and Working Interest Owners to the Motion Of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (D) Approving the Form and Manner of Notice thereof, (E) Approving Contract Assumption and Assignment Procedures and (F) Granting Related Relief and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief* [Docket No. 417] (the

"RWIO Sale Objection") and (iv) the *Joint Motion of Certain Royalty and Working Interest Owners for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Docket No. 320] (the "RWIO Lift Stay Motion") and (v) any and all proofs of claim filed by members of the RWIO Group in this jointly administered bankruptcy proceeding, namely Proofs of Claim Nos. 48, 49, 56, 57, 62, 74, 75, 76, 77 and 78.

Dated: July 8, 2020

        **ARCHER & GREINER, P.C.**

        */s/ Alan M. Root*
        Alan M. Root (No. 5427)
        300 Delaware Ave., Suite 1100
        Wilmington, DE 19801
        Telephone: (302) 777-4350
        Email: aroot@archerlaw.com

        *Counsel for the RWIO Group*

        **BUTCH BOYD LAW FIRM**
        Ernest W. Boyd
        Jeremy R. Stone
        2905 Sackett Street
        Houston, TX 77098
        Telephone: 713-589-8477
        Email:
        butchboyd@butchboydlawfirm.com
        jeremystone@butchboydlawfirm.com

        *Counsel for Allen Lawrence Berry, The 2007 Allen Lawrence Berry Trust; and Danny Davis*

        **LAW OFFICE OF ROBERT G. TAYLOR III**
        Robert G. Taylor III
        2040 North Loop West, Suite 104
        Houston, Texas 77018
        Telephone: (713) 654-7799
        Email: rt3atty@gmail.com

        *Counsel for Taylor Minerals, LLC and Giza Holdings, LLC*