Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| AIG Property Casualty, Inc. and its affiliates identified on the Addendum hereto<br>Attn: Kevin J. Larner, Esq<br>80 Pine Street<br>13th Floor<br>New York, NY  10005 | 29 | 12/12/2019 | Furie Operating Alaska, LLC | $0.00 | | | | $0.00 | $0.00 |
| Alaska Pipeline Company<br>ENSTAR Natural Gas Company<br>Inna Johansen<br>Moira Smith<br>P.O. Box 190288<br>Anchorage, AK 99519 | 58 | 12/16/2019 | Furie Operating Alaska, LLC | $2,300,000.00 | | | | | $2,300,000.00 |
| Aldine Independent School District<br>2520 W.W. Thorne-Legal Dept.<br>Houston, TX 77073 | 9 | 9/9/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Aldine Independent School District<br>2520 W.W. Thorne-Legal Dept.<br>Houston, TX 77073 | 10 | 9/10/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Allen Lawrence Berry 2007 Trust<br>c/o Jeremy R. Stone<br>The Butch Boyd Law Firm<br>2905 Sackett Street<br>Houston, TX 77098 | 77 | 12/16/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| Allen Lawrence Berry 2007 Trust<br>The Butch Boyd Law Firm<br>c/o Jeremy R. Stone<br>2905 Sackett Street<br>Houston, TX 77098 | 76 | 12/16/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Bartholomae, Shawn<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 38 | 12/12/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| Bartholomae, Shawn<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 45 | 12/12/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| Bartholomae, Shawn<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 46 | 12/12/2019 | Corsair Oil & Gas LLC | $0.00 | | | | | $0.00 |
| Berg, Larry O.<br>Eric Terry, PLLC<br>3511 Broadway<br>San Antonio, TX 78209 | 54 | 12/13/2019 | Corsair Oil & Gas LLC | | | $0.00 | | $0.00 | $0.00 |
| Berg, Larry O.<br>Eric Terry, PLLC<br>3511 Broadway<br>San Antonio, TX 78209 | 61 | 12/13/2019 | Furie Operating Alaska, LLC | | | $0.00 | | $0.00 | $0.00 |
| Berg, Larry O.<br>Eric Terry, PLLC<br>3511 Broadway<br>San Antonio, TX 78209 | 68 | 12/13/2019 | Cornucopia Oil & Gas Company, LLC | | | $0.00 | | $0.00 | $0.00 |

Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Berry, Allen Lawrence<br>Attn: Jeremy R. Stone<br>c/o The Butch Boyd Law Firm<br>2905 Sackett Street<br>Houston, TX 77098 | 74 | 12/16/2019 | Furie Operating Alaska, LLC | $20,030,164.00 | | | | | $20,030,164.00 |
| Berry, Allen Lawrence<br>c/o Jeremy R. Stone<br>The Butch Boyd Law Firm<br>2905 Sackett Street<br>Houston, TX 77098 | 75 | 12/16/2019 | Cornucopia Oil & Gas Company, LLC | $20,030,164.00 | | | | | $20,030,164.00 |
| Chugach Electric Association, Inc<br>Mark Fouts<br>5601 Electron Drive<br>Anchorage, AK 99518 | 70 | 12/16/2019 | Cornucopia Oil & Gas Company, LLC | $199,074.00 | | | | | $199,074.00 |
| Chugach Electric Association, Inc.<br>Mark Fouts<br>5601 Electron Drive<br>Anchorage, AK 99518 | 66 | 12/16/2019 | Corsair Oil & Gas LLC | $199,074.00 | | | | | $199,074.00 |
| Chugach Electric Association, Inc.<br>Mark Fouts<br>5601 Electron Drive<br>Anchorage, AK 99518 | 65 | 12/16/2019 | Furie Operating Alaska, LLC | $199,074.00 | | | | | $199,074.00 |
| Claim docketed in error | 83 | 2/26/2020 | Furie Operating Alaska, LLC | | | | | | $0.00 |
| Clear Creek Independent School District<br>Carl O. Sandin<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | 20 | 10/21/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Coffman Engineers, Inc.<br>1101 Second Avenue, Suite 400<br>Seattle, WA 98101 | 18 | 10/24/2019 | Furie Operating Alaska, LLC | $3,018.75 | | | | | $3,018.75 |
| Comprator GmbH<br>Silberburgstrasse 126<br>Stuttgart 70176<br>Germany | 87 | 4/6/2020 | Furie Operating Alaska, LLC | | | | | $19,712.00 | $19,712.00 |
| Cook Inlet Regional Citizens Advisory Council<br>Attn: Michael Munger, Executive Director<br>8195 Kenai Spur Highway<br>Kenai, AK 99611 | 44 | 12/13/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| Cook Inlet Spill Prevention and Response, Inc.<br>Yann Geron, Esq.<br>Reitler Kailas & Rosenblatt LLC<br>885 Third Avenue, 20th Floor<br>New York, NY 10022 | 28 | 12/11/2019 | Furie Operating Alaska, LLC | $11,594,844.98 | | | | | $11,594,844.98 |
| Cruz Construction, Inc.<br>Chris Krieg<br>45180 Kenai Spur Hwy<br>Kenai, AK 99611 | 8 | 9/9/2019 | Furie Operating Alaska, LLC | $25,040.50 | | | | | $25,040.50 |

Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| CT Corporation<br>28 Liberty St., 42nd Floor<br>New York, NY 10005 | 12 | 9/16/2019 | Furie Operating Alaska, LLC | $1,101.21 | | | | | $1,101.21 |
| CT Corporation<br>28 Liberty St., 42nd Floor<br>New York, NY 10005 | 13 | 9/16/2019 | Furie Operating Alaska, LLC | $7,358.00 | | | | | $7,358.00 |
| Davis, Danny<br>The Butch Boyd Law Firm<br>c/o Jeremy R. Stone<br>2905 Sackett Street<br>Houston, TX 77098 | 48 | 12/13/2019 | Furie Operating Alaska, LLC | | | $17,486,650.00 | | | $17,486,650.00 |
| Davis, Danny<br>The Butch Boyd Law Firm<br>c/o Jeremy R. Stone<br>2905 Sackett Street<br>Houston, TX 77098 | 49 | 12/13/2019 | Cornucopia Oil & Gas Company, LLC | | | $17,486,650.00 | | | $17,486,650.00 |
| Department of the Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 11 | 9/9/2019 | Cornucopia Oil & Gas Company, LLC | $4,830.71 | | | | | $4,830.71 |
| Dowland-Bach Corporation<br>Koniag, Inc.<br>Attn: Legal<br>3800 Centerpoint Dr, Ste 502<br>Anchorage, AK 99503 | 21 | 11/5/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| Energy Capital Partners Mezzanine Opportunities Fund A, LP, as prepetition administrative agent<br>Kirkland & Ellis, LLP, Attn: Ben Rhode<br>Attorneys for the Prepetition Term Loan Agent<br>Attn: Chad Husnick, Benjamin Rhode<br>300 N. LaSalle<br>Chicago, IL 60654 | 50 | 12/14/2019 | Furie Operating Alaska, LLC | | | $0.00 | | $0.00 | $0.00 |
| Enstar Natural Gas Company<br>PO Box 190288<br>Anchorage, AK 99519 | 17 | 10/9/2019 | Furie Operating Alaska, LLC | $43.82 | | | | | $43.82 |
| Five Star Oilfield Services, LLC<br>1301 Huffman Rd Ste 208<br>Anchorage, AK 99515 | 2 | 8/19/2019 | Furie Operating Alaska, LLC | | | | $0.00 | | $0.00 |
| Galveston County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 7 | 9/5/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Giza Holdings, LLC<br>c/o Robert G. Taylor, III<br>2040 North Loop West, Suite 104<br>Houston, TX 77018 | 56 | 12/16/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Giza Holdings, LLC<br>c/o Robert G. Taylor, III<br>2040 North Loop West, Suite 104<br>Houston, TX 77018 | 57 | 12/16/2019 | Cornucopia Oil & Gas Company, LLC | | | $0.00 | | | $0.00 |

Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Harris County, et al<br>John P. Dillman<br>Linebarger Goddan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 5 | 9/5/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Hopp, Daniel W.<br>Eversheds Sutherland (US) LLP<br>c/o Michael Bennett<br>1001 Fannin St., Suite 3700<br>Houston, TX 77009 | 67 | 12/16/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| Hopp, Daniel W.<br>Eversheds Sutherland (US) LLP<br>Michael Bennett<br>1001 Fannin St., Suite 3700<br>Houston, TX 77009 | 52 | 12/16/2019 | Corsair Oil & Gas LLC | $0.00 | | | | | $0.00 |
| Hopp, Daniel W.<br>Eversheds Sutherland (US) LLP<br>Michael Bennett<br>1001 Fannin St., Suite 3700<br>Houston, TX 77009 | 71 | 12/16/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| Infinity Limited, trading as Infinity Alaska Limited<br>c/o Credit Suisse Trust Limited<br>Attn: Nic Cleveland<br>Helvetia Court, South Esplanade, St. Peter Port<br>P.O. Box 122<br>Guernsey GY1 4EE<br>Channel Islands | 59 | 12/16/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| KENAI PENINSULA BOROUGH<br>144 N. BINKLEY STREET<br>SOLDOTNA, AK 99669 | 86 | 3/23/2020 | Furie Operating Alaska, LLC | | | | | $962,810.58 | $962,810.58 |
| KENAI PENINSULA BOROUGH<br>144 N. BINKLEY STREET<br>SOLDOTNA, AK 99669 | 88 | 6/23/2020 | Furie Operating Alaska, LLC | | | | | $961,936.76 | $961,936.76 |
| Konica Minolta Business Solutions<br>Sue Bedrick - Konica Minolta<br>101 Williams Drive<br>Ramsey, NJ 07446 | 4 | 8/30/2019 | Furie Operating Alaska, LLC | $1,623.68 | | | | | $1,623.68 |
| Long Building Technologies<br>5001 S. Zuni St<br>Littleton, CO 80120 | 69 | 12/16/2019 | Furie Operating Alaska, LLC | $2,286.00 | | | | | $2,286.00 |
| NORTECH, Inc.<br>ARCTOS Alaska, a division of Nortech, Inc.<br>2400 College Road<br>Fairbanks, AK 99709 | 1 | 8/20/2019 | Furie Operating Alaska, LLC | $20,892.72 | | | | | $20,892.72 |
| Northern Lights Royalties II LP<br>Shawn Bartholomae<br>660 W Southlake Blvd. Ste 200<br>Southlake, TX 96092 | 36 | 12/12/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |

Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Northern Lights Royalties II LP<br>Shawn Bartholomae<br>660 W Southlake Blvd. Ste 200<br>Southlake, TX 96092 | 39 | 12/12/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties II LP<br>Shawn Bartholomae<br>660 W Southlake Blvd. Ste 200<br>Southlake, TX 96092 | 47 | 12/12/2019 | Corsair Oil & Gas LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties III LP<br>Shawn Bartholomae<br>660 W Southlake Blvd, Suite 200<br>Southlake, TX 96092 | 35 | 12/12/2019 | Corsair Oil & Gas LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties III LP<br>Shawn Bartholomae<br>660 W Southlake Blvd, Suite 200<br>Southlake, TX 96092 | 41 | 12/12/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties III LP<br>Shawn Bartholomae<br>660 W Southlake Blvd, Suite 200<br>Southlake, TX 96092 | 42 | 12/12/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties IV LP<br>Shawn Bartholomae<br>660 W Southlake Blvd. Ste 200<br>Southlake, TX 96092 | 37 | 12/12/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties IV LP<br>Shawn Bartholomae<br>660 W Southlake Blvd. Ste 200<br>Southlake, TX 96092 | 40 | 12/12/2019 | Corsair Oil & Gas LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties IV LP<br>Shawn Bartholomae<br>660 W Southlake Blvd. Ste 200<br>Southlake, TX 96092 | 43 | 12/12/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties LP<br>Shawn Bartholomae<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 33 | 12/12/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties LP<br>Shawn Bartholomae<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 34 | 12/12/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| Northern Lights Royalties LP<br>Shawn Bartholomae<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 53 | 12/12/2019 | Corsair Oil & Gas LLC | $0.00 | | | | | $0.00 |
| Peak Oilfield Service Company LLC<br>Attn: Cody Gauer<br>5015 Business Park Blvd<br>Suite 4000<br>Anchorage, AK 99503 | 19 | 10/10/2019 | Furie Operating Alaska, LLC | $122,159.81 | | | | | $122,159.81 |

Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| ProAK, LLC<br>Shawn Bartholomae<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 23 | 12/12/2019 | Cornucopia Oil & Gas Company, LLC | $0.00 | | | | | $0.00 |
| ProAK, LLC<br>Shawn Bartholomae<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 31 | 12/12/2019 | Furie Operating Alaska, LLC | $0.00 | | | | | $0.00 |
| ProAK, LLC<br>Shawn Bartholomae<br>660 W. Southlake Blvd., Suite 200<br>Southlake, TX 96092 | 32 | 12/12/2019 | Corsair Oil & Gas LLC | $0.00 | | | | | $0.00 |
| Production Testing Services, Inc.<br>Misty A. Segura or Craig E. Power<br>1221 Lamar Street, 16th Floor<br>Houston, TX 77010 | 22 | 11/13/2019 | Furie Operating Alaska, LLC | $89,663.14 | | | | | $89,663.14 |
| Red Fox Environmental Services, Inc.<br>1513 B Chemin Agreable Road<br>Youngsville, LA 70592 | 3 | 8/30/2019 | Furie Operating Alaska, LLC | $442.68 | | | | | $442.68 |
| San Augustine County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 6 | 9/5/2019 | Furie Operating Alaska, LLC | | | $0.00 | | | $0.00 |
| Shelf Drilling Offshore Resources Limited II<br>Perkins Coie LLP<br>Attn. Alan D. Smith<br>1201 Third Avenue<br>Seattle, WA 98101 | 26 | 12/4/2019 | Cornucopia Oil & Gas Company, LLC | $18,828,456.03 | | $0.00 | | | $18,828,456.03 |
| Shelf Drilling Offshore Resources Limited II<br>Perkins Coie LLP<br>Attn: Alan D. Smith<br>1201 Third Avenue<br>Seattle, WA 98101 | 24 | 12/4/2019 | Furie Operating Alaska, LLC | $18,828,456.03 | | $0.00 | | | $18,828,456.03 |
| Shelf Drilling Offshore Resources Limited II<br>Perkins Coie LLP<br>Attn: Alan D. Smith<br>1201 Third Avenue<br>Seattle, WA 98101 | 25 | 12/4/2019 | Corsair Oil & Gas LLC | $18,828,456.03 | | $0.00 | | | $18,828,456.03 |
| Spartan Offshore Drilling, LLC<br>Paul Butler<br>516 JF Smith Ave.<br>Slidell, LA 70460 | 72 | 12/16/2019 | Furie Operating Alaska, LLC | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| State of Alaska<br>Department of Environmental Conservation | 84 | 2/26/2020 | Furie Operating Alaska, LLC | $4,970.51 | | | | | $4,970.51 |
| State of Alaska<br>Dept. of Law<br>1031 W. 4th Ave., Ste. 200<br>Anchorage, AK 99501 | 81 | 1/31/2020 | Cornucopia Oil & Gas Company, LLC | | | $105,511,130.00 | | | $105,511,130.00 |

Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| State of Alaska<br>Tax Division<br>550 W. 7th Ave., Ste. 500<br>Anchorage, AK 99501 | 85 | 3/6/2020 | Furie Operating Alaska, LLC | | $1,921,951.40 | | | | $1,921,951.40 |
| Stoel Rives LLP<br>Attn: Jon Iversen<br>501 L Street, Suite 500<br>Anchorage, AK 99501 | 30 | 12/12/2019 | Furie Operating Alaska, LLC | | | $64,440.50 | | | $64,440.50 |
| TAIA Energy, Inc.<br>4414 Silverwood Dr.<br>Houston, TX 77035 | 55 | 12/13/2019 | Furie Operating Alaska, LLC | | $0.00 | $0.00 | | | $0.00 |
| TAIA Energy, Inc.<br>4414 Silverwood Dr.<br>Houston, TX 77035 | 63 | 12/13/2019 | Cornucopia Oil & Gas Company, LLC | | $0.00 | $0.00 | | | $0.00 |
| TAIA Energy, Inc.<br>4414 Silverwood Dr.<br>Houston, TX 77035-3636 | 73 | 12/13/2019 | Corsair Oil & Gas LLC | | $0.00 | $0.00 | $0.00 | | $0.00 |
| Taylor Minerals, LLC<br>c/o Robert G. Taylor, III<br>2040 North Loop West, Suite 104<br>Houston, TX 77018 | 62 | 12/16/2019 | Cornucopia Oil & Gas Company, LLC | | | $13,353,442.00 | | | $13,353,442.00 |
| Taylor Minerals, LLC<br>Lacy Tukel<br>c/o Robert G. Taylor, III<br>2040 North Loop West, Suite 104<br>Houston, TX 77018 | 78 | 12/16/2019 | Furie Operating Alaska, LLC | | | $13,353,442.00 | | | $13,353,442.00 |
| The Flex Benefit Company<br>Eric Terry, PLLC<br>3511 Broadway<br>San Antonio, TX 78209 | 51 | 12/13/2019 | Furie Operating Alaska, LLC | | | $0.00 | | $0.00 | $0.00 |
| The Flex Benefit Company<br>Eric Terry, PLLC<br>3511 Broadway<br>San Antonio, TX 78209 | 60 | 12/13/2019 | Cornucopia Oil & Gas Company, LLC | | | $0.00 | | $0.00 | $0.00 |
| The Flex Benefit Company<br>Eric Terry, PLLC<br>3511 Broadway<br>San Antonio, TX 78209 | 64 | 12/13/2019 | Corsair Oil & Gas LLC | | | $0.00 | | $0.00 | $0.00 |
| United States of America<br>U.S. Attorney's Office, District of Alaska<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513 | 79 | 1/24/2020 | Furie Operating Alaska, LLC | $7,104,387.28 | | | | | $7,104,387.28 |
| United States of America<br>U.S. Attorney's Office, District of Alaska<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513 | 80 | 1/31/2020 | Furie Operating Alaska, LLC | $7,104,387.28 | | | | | $7,104,387.28 |
| United States of America<br>U.S. Attorney's Office, District of Alaska<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513 | 82 | 2/6/2020 | Furie Operating Alaska, LLC | $7,104,387.28 | | | | | $7,104,387.28 |

Claim Register
In re Furie Operating Alaska, LLC, et al.
Case No. 19-11781

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Webb Family Trust<br>Leonard H. Simon, Attorney at Law<br>X2777 Allen Parkway, Suite 800<br>Houston, TX 77019 | 27 | 12/10/2019 | Furie Operating Alaska, LLC | $4,150,000.00 | | | | | $4,150,000.00 |
| Webb, Bruce<br>Leonard H. Simon<br>Attorney at Law<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019 | 14 | 9/27/2019 | Furie Operating Alaska, LLC | $4,197,525.00 | $2,475.00 | | | | $4,200,000.00 |
| Webb, Bruce<br>Leonard H. Simon<br>Attorney at Law<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019 | 15 | 9/27/2019 | Furie Operating Alaska, LLC | $10,700.00 | | | | | $10,700.00 |
| Webb, Bruce<br>Leonard H. Simon<br>Attorney at Law<br>2777 Allen Parkway, Suite 800<br>Houston, TX 77019 | 16 | 9/27/2019 | Furie Operating Alaska, LLC | $40,312.00 | | | | | $40,312.00 |